FILED: October 5, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1850 (L)
(3:21-cv-00506-KDB-DCK)

_____

HONEYWELL INTERNATIONAL INC.; HAND HELD PRODUCTS, INC.; METROLOGIC INSTRUMENTS, INC.

   Plaintiffs - Appellants

v.

OPTO ELECTRONICS CO., LTD.

   Defendant - Appellee

_____

No. 23-2038
(3:21-cv-00506-KDB-DCK)

_____

HONEYWELL INTERNATIONAL, INC.; HAND HELD PRODUCTS, INCORPORATED; METROLOGIC INSTRUMENTS, INC.

   Plaintiffs - Appellees

v.

OPTO ELECTRONICS CO., LTD.

   Defendant – Appellant

_____

O R D E R

_____

The court consolidates Case No. 23-1850 and Case No. 23-2038 as cross-appeals. The appellant in Case No. 23-1850 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk