Nos. 2023-1850, -2038

# United States Court of Appeals
### *for the*
# Fourth Circuit

HONEYWELL INTERNATIONAL INC.; HAND HELD PRODUCTS, INC.;
METROLOGIC INSTRUMENTS, INC.,

*Plaintiffs-Appellants/Cross-Appellees,*

*v.*

OPTO ELECTRONICS CO., LTD.,

*Defendant-Appellee/Cross-Appellant.*

**On Appeal from the United States District Court
for the Western District of North Carolina
Case No. 3:21-cv-506-KDB-DCK**

**JOINT APPENDIX
VOLUME 6 OF 16 (PAGES 2546-3030)**

| | |
|---|---|
| Kirk T. Bradley | York M. Faulkner |
| M. Scott Stevens | YORKMOODYFAULKNER |
| S. Benjamin Pleune | 711 |
| Stephen R. Lareau | Tensho Building, 7F |
| Nicholas C. Marais | 3-17-11 Shibaura |
| Lauren N. Griffin | Tokyo, Minato-Ku, 108-0023 |
| Brandon C.E. Springer | Japan |
| ALSTON & BIRD LLP | (202) 251-0837 |
| Vantage South End | |
| 1120 South Tryon Street, Ste. 300 | Brian D. Schmalzbach |
| Charlotte, NC 28203 | MCGUIREWOODS, LLP |
| (704) 444-1000 | 800 East Canal Street |
| | Richmond, Virginia 23219 |
| *Attorneys for Plaintiffs-Appellants* | (804) 775-4746 |
| *Honeywell International Inc.;* | |
| *Hand-Held Products, Inc.; and* | *Attorneys for Defendant-Appellee* |
| *Metrologic Instruments, Inc.* | *Opto Electronics Co., Ltd.* |

April 1, 2024

| **VOLUME 1 OF 16** | | |
|---|---|---|
| **Date** | **Description** | **Page** |
|  | Docket Sheet | JA1 |
| 2021.09.24 | Complaint for Breach of Contract | JA51 |
| 2022.04.14 | Order on Motion to Dismiss | JA102 |
| 2022.08.29 | Defendant's Objections and Responses to Plaintiffs' First Set of Requests for Admission | JA108 |
| 2023.02.16 | Order on Discovery Disputes | JA121 |
| 2023.02.22 | Honeywell's Motion for Partial Summary Judgment and Legal Determinations Regarding Contractual Interpretation | JA125 |
| 2023.02.22 | EXHIBIT C – MDL-2001 Product Specification | JA128 |
| 2023.03.08 | Defendant OPTO Electronics Co., Ltd.'s Motion for Summary Judgment | JA131 |
| 2023.03.08 | EXHIBIT 1 – ITC Complaint | JA134 |
| 2023.03.08 | EXHIBIT 2 – ITC Order | JA189 |
| 2023.03.08 | EXHIBIT 3 – ITC Order and Honeywell's Response | JA194 |
| 2023.03.08 | EXHIBIT 4 – Claim Chart Excerpts | JA206 |
| 2023.03.08 | EXHIBIT 5 – ISO-IEC 15415 | JA209 |
| 2023.03.08 | EXHIBIT 6 – Honeywell Website | JA262 |
| 2023.03.08 | EXHIBIT 7 – U.S. Patent No. 5,243,655 | JA271 |
| 2023.03.08 | EXHIBIT 8 – ISO-IEC 15438 | JA300 |
| 2023.03.08 | EXHIBIT 9 – Accurate Data | JA417 |
| 2023.03.08 | EXHIBIT 10 – Honeywell Tech Support Page | JA421 |
| 2023.03.15 | EXHIBIT D – Wang Expert Report | JA424 |
| 2023.03.15 | EXHIBIT E – MDI-4050 Product Datasheet | JA437 |
| 2023.03.21 | Order denying OPTO's Objections to Magistrate Judge's Decision (Dkt. 125) | JA440 |
| 2023.03.22 | EXHIBIT A – L-22X Marketing Materials | JA452 |
| 2023.03.22 | EXHIBIT B – U.S. Patent No. 10,140,490 | JA455 |
| 2023.03.29 | Defendant's Reply in Support of Motion for Summary Judgment | JA470 |
| 2023.03.28 | OPTO Cover Motion for Summary Judgment on Patent Misuse | JA487 |
| 2023.03.29 | EXHIBIT 2 – U.S. Patent No. 7,159,783 | JA490 |
| 2023.04.20 | Summary Judgment Order | JA512 |

| **VOLUME 2 OF 16** | | |
|---|---|---|
| **Date** | **Description** | **Page** |
| 2023.05.01 | Honeywell's Motion for Reconsideration and Offer of Proof of Dkt. 195 | JA546 |
| 2023.05.01 | EXHIBIT S - OPTO Electronics Audit Report | JA549 |
| 2023.06.02 | Order Denying Honeywell's Motion for Reconsideration | JA565 |
| 2023.06.20 | Joint Stipulation of Facts | JA575 |
| 2023.07.05 | OPTO's Motion to Strike Honeywell's Second Amended Objections and Responses to OPTO's First Set of Interrogatories | JA579 |
| 2023.07.10 | EXHIBIT D – June 5, 2023 E-Mail from J. O'Brien | JA583 |
| 2023.07.10 | EXHIBIT E – OPTO's Amended Exhibit List | JA585 |
| 2023.07.10 | EXHIBIT H – Honeywell's First Amended Exhibit List | JA629 |
| 2023.07.13 | Transcript from July 11, 2023 Pre-Trial Conference | JA643 |
| 2023.07.13 | Order on Motions in Limine and Pretrial Matters | JA762 |
| 2023.07.18 | Order Granting OPTO's Motion to Strike Honeywell's Second Amended Objections and Responses to OPTO's First Set of Interrogatories | JA776 |
| 2023.07.19 | Verdict Form | JA781 |
| 2023.07.20 | Judgment in Case | JA783 |
| 2023.07.25 | Stipulation Regarding Jury Verdict Damages | JA784 |
| 2023.07.26 | Amended Judgment | JA787 |
| 2023.08.03 | Honeywell's Motion for Fees and Costs | JA788 |
| 2023.08.03 | Memorandum in support of Honeywell's Motion for Fees and Costs | JA791 |
| 2023.08.03 | EXHIBIT C – June 26, 2023 E-Mail from R. Muckenfuss | JA807 |
| 2023.08.03 | EXHIBIT D – OPTO Summary of Financial Results for Fiscal Year End 2022 | JA810 |
| 2023.08.03 | EXHIBIT E – OPTO Financial Statement | JA849 |
| 2023.08.03 | EXHIBIT F – Honeywell International Inc. et al v. Opticon, Inc. et al, C.A. 1:19-cv-1019-CFC (D. Del.) Complaint | JA870 |

| 2023.07.17 | Trial Transcript - Volume I | JA903 |
| | | |
| | Testimony of Taylor Smith: | |
| | Direct Examination by Mr. Pleune | JA966 |
| | Cross Examination by Mr. Muckenfuss | JA973 |
| | | |
| | Testimony of Jeremy Christopher Whitley: | |
| | Direct Examination by Mr. Stevens | JA976 |
| | Cross Examination by Mr. VanHoutan | JA1001 |
| | Redirect Examination by Mr. Stevens | JA1009 |
| | | |
| | Testimony of Craig Smith: | |
| | Direct Examination by Mr. Marais | JA1017 |
| | Voir Dire Examination by Ms. Lehman | JA1026 |
| | Direct Examination by Mr. Marais | JA1030 |
| | Cross Examination by Ms. Lehman | JA1055 |
| | Redirect Examination by Mr. Marais | JA1078 |

**VOLUME 3 OF 16**

| Date | Description | Page |
|------|-------------|------|
| 2023.07.18 | Trial Transcript - Volume II | JA1089 |
| | | |
| | Testimony of Adam Doane: | |
| | Direct Examination by Mr. Muckenfuss | JA1102 |
| | Cross Examination by Mr. Stevens | JA1170 |
| | Redirect Examination by Mr. Muckenfuss | JA1193 |
| | | |
| | Testimony of Paul Chartier: | |
| | Direct Examination by Mr. VanHoutan | JA1214 |
| | Cross Examination by Mr. Stevens | JA1262 |
| | Redirect Examination by Mr. VanHoutan | JA1292 |
| | Recross Examination by Mr. Stevens | JA1293 |
| | | |
| | Testimony of Rie Ashihara: | |
| | Direct Examination by Mr. VanHoutan | JA1297 |
| | Cross Examination by Mr. Stevens | JA1302 |
| | | |
| | Testimony of Cornelis Stoop: | |
| | Direct Examination by Mr. Stevens | JA1309 |
| | Cross Examination by Mr. VanHoutan | JA1323 |
| | Redirect Examination by Mr. Stevens | JA1328 |
| | Recross Examination by Mr. VanHoutan | JA1330 |

|  |  |  |
|---|---|---|
|  | Testimony of Rie Ashihara: | |
|  | Direct Examination by Mr. Stevens | JA1331 |
|  | Cross Examination by Mr. VanHoutan | JA1335 |
|  | Redirect Examination by Mr. Stevens | JA1336 |
| 2023.07.19 | Trial Transcript - Volume III | JA1341 |
|  | Testimony of Yoshiaki Kohmo: | |
|  | Direct Examination by Mr. Stevens | JA1346 |
|  | Testimony of Jeremy Whitley: | |
|  | Direct Examination by Mr. VanHoutan | JA1439 |
|  | Cross Examination by Mr. Stevens | JA1465 |
|  | Redirect Examination by Mr. VanHoutan | JA1487 |
|  | Testimony of Gregory Adams: | |
|  | Direct Examination by Mr. Houghton | JA1492 |
|  | Cross Examination by Mr. Stevens | JA1546 |

**VOLUME 4 OF 16**

| Date | Description | Page |
|---|---|---|
| 2023.07.20 | Trial Transcript - Volume IV | JA1597 |
|  | Testimony of Shigeaki Tanaka: | |
|  | Direct Examination by Mr. Stevens | JA1601 |
|  | Testimony of David Taylor: | |
|  | Direct Examination by Mr. Springer | JA1611 |
|  | Voir Dire Examination by Mr. McCamey | JA1618 |
|  | Direct Examination by Mr. Springer | JA1619 |
|  | Cross Examination by Mr. McCamey | JA1636 |
|  | Redirect Examination by Mr. Springer | JA1645 |
|  | Testimony of Ryan N. Herrington: | |
|  | Direct Examination by Mr. Lareau | JA1646 |
|  | Cross Examination by Mr. VanHoutan | JA1660 |
| 2023.08.14 | Honeywell's Notice of Appeal to the Fourth Circuit | JA1688 |
| 2023.08.17 | EXHIBIT 3 – Zebra License and Settlement Agreement | JA1691 |
| 2023.08.17 | OPTO Motion for Judgment as a Matter of Law | JA1712 |
| 2023.08.17 | Trial Transcript Excerpt | JA1716 |
|  | Testimony of Jeremy Christopher Whitley: | |
|  | Direct Examination by Mr. Stevens | JA1720 |
|  | Cross Examination by Mr. VanHoutan | JA1723 |

| | | |
|---|---|---|
| 2023.08.17 | Trial Transcript Excerpt | JA1725 |
| | Testimony of Adam Doane:<br>Direct Examination by Mr. Muckenfuss<br>Cross Examination by Mr. Stevens | JA1732<br>JA1735 |
| | Testimony of Rie Ashihara:<br>Direct Examination by Mr. VanHoutan<br>Redirect Examination by Mr. Stevens | JA1738<br>JA1740 |
| 2023.08.17 | Trial Transcript Excerpt<br>  Closing Argument by Mr. Stevens. | JA1742 |
| 2023.08.24 | Reply in Support of Motion for Fees and Costs | JA1746 |
| 2023.08.24 | EXHIBIT A – E-mail from Z. McCamey | JA1764 |
| 2023.08.31 | Honeywell's Response to OPTO's Motion for Judgment as a Matter of Law | JA1767 |
| 2023.09.27 | Order on Post-Trial Motions | JA1797 |
| 2023.10.02 | Honeywell's Amended Notice of Appeal to the United States Court of Appeals for the Fourth Circuit | JA1814 |
| 2023.10.04 | Notice of Appeal of Defendant OPTO Electronics Co., Ltd. to the United States Court of Appeals for the Fourth Circuit | JA1817 |
| 2023.10.27 | Honeywell's Notice of Appeal to the United States Court of Appeals for the Federal Circuit | JA1820 |
| 2023.11.07 | OPTO's Notice of Appeal to the United States Court of Appeals for the Federal Circuit | JA1823 |

| Exhibit | Description | Page No. |
|---|---|---|
| PX-5 | ISO/IEC 15438 | JA1827 |
| PX-12 | ISO/IEC 15415 | JA1943 |
| PX-17 | U.S. Patent No. 5,304,786 | JA1995 |
| PX-18 | MDL-2001 Datasheet | JA2046 |
| PX-19 | OPR-2001Z Leaflet | JA2048 |
| PX-62 | Auditor's Report and Internal Control Audit Report | JA2050 |
| PX-63 | Notice Regarding Filing of Lawsuit, Recording of Extraordinary Loss, and Revision of Consolidated Earnings Forecast for the Fiscal Year Ending November 2021,<br>OPTO Press Release, November 30, 2021 | JA2072 |
| PX-87 | NLV-1001 Product Specification | JA2078 |
| PX-125 | MDL-1000 Specification | JA2080 |

v

| PX-188 | *In the Matter of Certain Barcode Scanners, Scan Engines, Products Containing the Same, and Components Thereof*, Complaint, Investigation No. 337-TA-1165 | JA2082 |
|---|---|---|

**VOLUME 5 OF 16**

| Exhibit | Description | Page No. |
|---|---|---|
| PX-206 | U.S. Patent No. 9,465,970 | JA2136 |
| PX-207 | U.S. Patent No. 10,140,490 | JA2201 |
| PX-212 | U.S. Patent No. 7,159,783 | JA2215 |
| PX-214 | U.S. Patent No. 8,752,766 | JA2236 |
| PX-215 | U.S. Patent No. 9,230,140 | JA2266 |
| PX-216 | U.S. Patent No. 10,846,498 | JA2280 |
| PX-218 | U.S. Patent No. 10,235,547 | JA2308 |
| PX-225 | U.S. Patent No. 8,587,595 | JA2336 |
| PX-226 | U.S. Patent No. 9,092,686 | JA2348 |
| PX-227 | U.S. Patent No. 9,659,203 | JA2361 |
| PX-228 | U.S. Patent No. 9,384,378 | JA2374 |
| PX-319 | 3Q JASDAQ Regulatory Filing (Sept. 22, 2022) | JA2387 |
| PX-325 | OPTO's Objections and Responses to Honeywell's First Requests for Admission | JA2410 |
| DX-816 | US Patent No 7,387,253 | JA2423 |
| DX-818 | US Patent No 7,104,456 | JA2486 |

**VOLUME 6 OF 16**

| Exhibit | Description | Page No. |
|---|---|---|
| DX-838 | US Patent No 7,472,831 | JA2546 |
| DX-848 | P. Chartier Trial Exhibit 1001 | JA2713 |
| DX-849 | P. Chartier Trial Exhibit 1002 | JA2857 |
| DX-850 | P. Chartier Trial Exhibit 1003 | JA2987 |

**VOLUME 7 OF 16**

| Exhibit | Description | Page No. |
|---|---|---|
| DX-851 | P. Chartier Trial Exhibit 1004 | JA3031 |
| DX-852 | P. Chartier Trial Exhibit 1005 | JA3083 |
| DX-853 | P. Chartier Trial Exhibit 1006 | JA3199 |
| DX-854 | P. Chartier Trial Exhibit 1007 | JA3201 |

| VOLUME 8 OF 16 – SEALED | | |
|---|---|---|
| **Date** | **Description** | **Page No.** |
| 2022.01.05 | Answer, Affirmative Defenses, and Counterclaims | JA3215 |
| 2022.04.11 | Hearing Transcript on Motion to Dismiss | JA3249 |
| 2022.08.11 | Defendant's Objections and Responses to Plaintiffs' First Set of Interrogatories | JA3293 |
| 2022.09.06 | Honeywell's Objections and Responses to Defendant's First Set of Interrogatories | JA3336 |
| 2022.09.06 | Honeywell's Objections and Responses to Defendant's First Set of Requests for Admission | JA3375 |
| 2022.09.21 | Deposition Transcript of J. Whitley | JA3393 |
| 2022.09.26 | Deposition Transcript of R. Ashihara | JA3574 |
| **VOLUME 9 OF 16 – SEALED** | | |
| **Date** | **Description** | **Page No.** |
| 2022.09.27 | Deposition Transcript of Y. Kohmo | JA3683 |
| 2022.09.29 | Defendant's Objections and Responses to Plaintiffs' Second Set of Interrogatories | JA3757 |
| 2022.09.29 | Defendant's Supplemental and Amended Objections and Responses to Plaintiffs' First Set of Interrogatories | JA3769 |
| 2022.09.30 | Honeywell's First Amended Objections and Responses to Defendant's First Set of Interrogatories | JA3815 |
| 2022.10.21 | Expert Report of Mr. Ryan N. Herrington | JA3857 |
| 2022.11.18 | Expert Report of Dr. Greg Adams | JA3923 |
| 2023.02.22 | Memorandum in Support of Motion for Partial Summary Judgment and Legal Determinations Regarding Contractual Interpretation | JA3950 |
| 2023.02.02 | EXHIBIT A – License and Settlement Agreement | JA3973 |
| 2023.02.22 | EXHIBIT B – July 1, 2019 Correspondence | JA4005 |
| 2023.02.22 | EXHIBIT D – September 21, 2022 J. Whitley Deposition Excerpts | JA4015 |
| 2023.02.22 | EXHIBIT E – September 29, 2022 OPTO's Supplemental Responses to First Interrogatories | JA4022 |
| 2023.02.22 | EXHIBIT F – September 29, 2022 OPTO's Objections and Responses to Second Interrogatories | JA4029 |
| 2023.02.22 | EXHIBIT G - G. Adams Expert Report Excerpts | JA4034 |

| 2022.02.25 | Transcript of February 15, 2022 Status Hearing and Discovery Conference | JA4043 |
|---|---|---|

**VOLUME 10 OF 16 – SEALED**

| Date | Description | Page No. |
|---|---|---|
| 2023.03.02 | OPTO's Objections to Discovery Rulings | JA4223 |
| 2023.03.08 | Defendant's Memorandum in Support of Its Motion for Summary Judgment | JA4250 |
| 2023.03.08 | EXHIBIT 1 – First Amendment to License and Settlement Agreement | JA4282 |
| 2023.03.08 | EXHIBIT 2 – Second Amendment to License and Settlement Agreement | JA4285 |
| 2023.03.08 | EXHIBIT 3 – Application and Declaration for Remittance | JA4291 |
| 2023.03.08 | EXHIBIT 4 – Application and Declaration for Remittance | JA4293 |
| 2023.03.08 | EXHIBIT 5 – Quarterly Royalty Reports and Wire Transfer Receipts | JA4295 |
| 2023.03.08 | Defendant's Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment and Legal Determinations Regarding Contractual Interpretation | JA4333 |
| 2023.03.15 | Reply in Support of Honeywell's Motion for Partial Summary Judgment and Legal Determinations Regarding Contractual Interpretation | JA4364 |
| 2023.03.15 | EXHIBIT A – OPTO's Supplemental and Amended Objections and Responses to First Set of Interrogatories | JA4381 |
| 2023.03.15 | EXHIBIT B – ISO/IEC 15438 | JA4398 |
| 2023.03.15 | EXHIBIT C – September 27, 2022 Excerpts from Deposition of Yoshiaki Kohmo | JA4515 |
| 2023.03.16 | Honeywell's Response to OPTO's Objections to Magistrate Judge's Decision | JA4523 |
| 2023.03.22 | Honeywell's Response in Opposition to OPTO's Motion for Summary Judgment | JA4551 |
| 2023.03.28 | Honeywell's Memo in Support of Motion for Partial Summary Judgment Regarding Patent Misuse | JA4576 |
| 2023.03.28 | EXHIBIT C – July 1, 2019 Correspondence from B. Pleune to K. Chu | JA4595 |

| Date | Description | Page No. |
|---|---|---|
| 2023.03.28 | EXHIBIT D – Defendant's Supplemental and Amended Objections and Responses to Plaintiff's First Set of Interrogatories | JA4605 |
| 2023.03.29 | OPTO's Memorandum in Support of Motion for Summary Judgment Regarding Patent Misuse | JA4616 |
| 2023.04.10 | Honeywell's Opposition to OPTO's Motion for Summary Judgment Regarding Patent Misuse | JA4632 |
| 2023.04.10 | EXHIBIT A – September 30, 2022 Honeywell's First Amended Objections & Responses to OPTO's First Set of Interrogatories | JA4655 |
| 2023.04.10 | OPTO's Response to Honeywell's Patent Misuse Motion for Summary Judgment | JA4674 |

### VOLUME 11 OF 16 – SEALED

| Date | Description | Page No. |
|---|---|---|
| 2023.04.10 | EXHIBIT A – OPTO's Supplemental Responses to Plaintiffs' First Set of Interrogatories | JA4695 |
| 2023.05.01 | Memorandum in Support of Honeywell's Motion for Reconsideration of Dkt. 195 | JA4742 |
| 2023.05.01 | EXHIBIT A – License and Settlement Agreement | JA4769 |
| 2023.05.01 | EXHIBIT B – Honeywell's First Amended Objections and Responses to Defendant's First Set of Interrogatories | JA4801 |
| 2023.05.01 | EXHIBIT C – Expert Report of Ryan N. Herrington | JA4844 |
| 2023.05.01 | EXHIBIT D – September 8, 2020 Letter to OPTO Electronics | JA4911 |
| 2023.05.01 | EXHIBIT E – September 16, 2020 E-mail from Counsel for OPTO | JA4914 |
| 2023.05.01 | EXHIBIT F – October 23, 2020 E-mail from Counsel for OPTO | JA4917 |
| 2023.05.01 | EXHIBIT G – December 16, 2020 Letter to Counsel for OPTO | JA4927 |
| 2023.05.01 | EXHIBIT H – January 1, 2021 E-mail from Counsel for OPTO | JA4929 |
| 2023.05.01 | EXHIBIT I – Non-Disclosure & Confidentiality Agreement | JA4936 |
| 2023.05.12 | EXHIBIT J – January 4, 2021 E-mail from Matsuzawa | JA4940 |

| 2023.05.12 | EXHIBIT K – January 6, 2021 E-mail from Matsuzawa | JA4952 |
| 2023.05.12 | EXHIBIT L – January 11, 2021 E-mail to Matsuzawa | JA4964 |
| 2023.05.12 | EXHIBIT M – January 15, 2021 E-mail to Matsuzawa | JA4980 |
| 2023.05.12 | EXHIBIT N – January 26, 2021 E-mail to Matsuzawa | JA4989 |
| 2023.05.12 | EXHIBIT O – February 1, 2021 and February 10, 2021 E-mails to Matsuzawa | JA5001 |
| 2023.05.12 | EXHIBIT P – February 3, 2021 E-mail to Matsuzawa | JA5012 |
| 2023.05.12 | EXHIBIT Q – March 31, 2021 E-mail to Matsuzawa | JA5018 |

**VOLUME 12 OF 16 – SEALED**

| Date | Description | Page No. |
|------|-------------|----------|
| 2023.05.01 | EXHIBIT R – Deposition transcript of Rie Ashihara | JA5146 |
| 2023.05.01 | EXHIBIT S – April 13, 2023 Excerpts of Motions | JA5255 |
| 2023.05.10 | Hearing Transcript from Motions Heard on April 13. 2023 | JA5398 |
| 2023.05.15 | Defendant's Response in Opposition to Plaintiffs' Motion for Reconsideration of Dkt. 195 and Offer of Proof | JA5540 |
| 2023.05.22 | Honeywell's Reply in Support of Its Motion for Reconsideration and Offer of Proof | JA5568 |
| 2023.06.20 | OPTO's Proposed Findings of Fact and Conclusions of Law re Patent Misuse | JA5586 |
| 2023.06.20 | OPTO's Trial Brief | JA5605 |

**VOLUME 13 OF 16 – SEALED**

| Date | Description | Page No. |
|------|-------------|----------|
| 2023.06.20 | Honeywell's Trial Brief Regarding Jury Trial | JA5626 |
| 2023.06.20 | Honeywell's Trial Brief Regarding Patent Misuse | JA5647 |
| 2023.06.20 | Honeywell's Proposed Findings of Fact and Conclusions of Law | JA5671 |
| 2023.07.05 | OPTO's Memorandum in Support of Motion to Strike | JA5690 |
| 2023.07.05 | EXHIBIT 1 – Honeywell's Second Amended Objections and Responses to Defendant's First Set of Interrogatories | JA5706 |

| 2023.07.10 | Honeywell's Response to Motion to Strike | JA5753 |
|---|---|---|
| 2023.07.10 | EXHIBIT A – Honeywell's First Amended Objections and Responses to Defendant's First Set of Interrogatories | JA5770 |
| 2023.07.10 | EXHIBIT B - Honeywell's Second Amended Objections and Responses to Defendant's First Set of Interrogatories | JA5813 |
| 2023.07.10 | EXHIBIT C - Redlined Version of Honeywell's Interrogatory Responses | JA5860 |
| 2023.07.10 | EXHIBIT F – December 27, 2022 OPTO's Second Supplemental Responses to Honeywell's First Set of Interrogatories | JA5908 |
| 2023.07.10 | EXHIBIT G – April 12, 2023 Rebuttal Expert Report of Ryan H. Herrington | JA5956 |
| 2023.07.10 | EXHIBIT I – October 21, 2022 Expert Report of David O. Taylor | JA6014 |
| 2023.08.03 | EXHIBIT A – License and Settlement Agreement | JA6072 |

**VOLUME 14 OF 16 – SEALED**

| Date | Description | Page No. |
|---|---|---|
| 2023.08.03 | EXHIBIT B – Declaration of M. Scott Stevens | JA6104 |
| 2023.08.17 | OPTO's Opposition to Honeywell's Motion for Attorney Fees and Costs | JA6263 |
| 2023.08.17 | EXHIBIT 1 – Fees and Costs Analysis | JA6295 |
| 2023.08.17 | EXHIBIT 2 – Metrologic Settlement and License Agreement | JA6317 |
| 2023.08.17 | EXHIBIT 4 – Doc Production Invoice | JA6333 |
| 2023.08.17 | EXHIBIT 5 – Invoice | JA6336 |
| 2023.08.17 | OPTO Memo in Support of Motion for Judgment as a Matter of Law | JA6338 |
| 2023.08.31 | EXHIBIT A – Defendant's Second Supplemental Objections and Responses to Plaintiff's Frist Set of Interrogatories | JA6369 |
| 2023.09.12 | OPTO Reply in Support of Motion for Judgment as a Matter of Law | JA6417 |

| VOLUME 15 OF 16 – SEALED | | |
|---|---|---|
| Exhibit | Description | Page No. |
| JX-1 | License and Settlement Agreement | JA6432 |
| JX-2 | First Amendment to License and Settlement Agreement | JA6436 |
| JX-3 | Second Amendment to License and Settlement Agreement | JA6465 |
| PX-4 | ISO/IEC 15438 | JA6470 |
| PX-8 | ISO/IEC 24728 | JA6586 |
| PX-10 | ISO/IEC 24723 | JA6710 |
| PX-13 | European Pre-Standard, ENV12925 | JA6762 |

| VOLUME 16 OF 16 – SEALED | | |
|---|---|---|
| Exhibit | Description | Page No. |
| PX-61 | Table of OPTO Interrogatory Response No. 3 | JA6878 |
| PX-243 | Letter from B. Pleune to Quinn Emanuel (dated July 1, 2019) | JA6925 |
| PX-244 | Pleune Correspondence to Goldstein (May 21, 2021) | JA6934 |
| PX-245 | Report Draft OP EU 4 April2021.xlsx (Enclosure to Audit Letter) | JA6936 |
| PX-246 | Report Draft OP-1 0220.xlsx (Enclosure to Audit Letter) | JA6969 |
| PX-247 | Report Draft OP US_20210414.xlsx (Enclosure to Audit Letter) | JA7068 |
| PX-259 | E-Mail Chain with R. Goldstein (October 23, 2020) | JA7096 |
| PX-261 | E-Mail Chain with R. Goldstein (January 12, 2021) | JA7105 |
| PX-288 | Pleune June 2021 correspondence to Goldstein | JA7111 |
| PX-289 | Matsuzawa & Co. Invoice in Japanese | JA7113 |
| DX-095 | September 16, 2020 Email from Goldstein to Pleune | JA7118 |
| DX-096 | September 16, 2020 Letter from Goldstein to Pleune | JA7120 |
| DX-098 | Sales Spreadsheets Sent by Goldstein to Pleune | JA7121 |
| DX-111 | September 30 – December 16 Email Thread Goldstein and Pleune | JA7175 |
| DX-769 | Honeywell's ITC Claims Charts | JA7184 |



US007472831B2

(12) **United States Patent**　　　(10) Patent No.: **US 7,472,831 B2**

Schnee　　　　　　　　　　　　　　(45) Date of Patent:　　**Jan. 6, 2009**

---

(54) **SYSTEM FOR DETECTING IMAGE LIGHT INTENSITY REFLECTED OFF AN OBJECT IN A DIGITAL IMAGING-BASED BAR CODE SYMBOL READING DEVICE**

(75) Inventor: **Michael Schnee**, Aston, PA (US)

(73) Assignee: **Metrologic Instruments, Inc.**, Blackwood, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 57 days.

(21) Appl. No.: **11/210,507**

(22) Filed: **Aug. 23, 2005**

(65) **Prior Publication Data**

US 2006/0011725 A1    Jan. 19, 2006

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/894,478, filed on Jul. 19, 2004, now Pat. No. 7,357,325, which is a continuation of application No. 10/712,787, filed on Nov. 13, 2003, now Pat. No. 7,128,266.

(51) **Int. Cl.**
*G06K 7/10* (2006.01)

(52) **U.S. Cl.** ............. 235/454; 235/462.11; 235/462.22; 235/462.42

(58) **Field of Classification Search** ................ 235/454, 235/462.11, 462.22, 462.25, 462.42
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,812,419 A | 5/1974 | MacNeill | 382/296 |
| 4,226,541 A | 10/1980 | Tisue | 365/430 |
| 4,335,302 A | 6/1982 | Robillard | 235/462 |
| 4,560,862 A | 12/1985 | Eastman | 235/467 |
| 4,667,255 A | 5/1987 | Lindberg | 358/293 |
| 4,677,302 A | 6/1987 | Chiu | 250/559.22 |
| 4,794,239 A | 12/1988 | Allais | 235/462.1 |
| 4,796,997 A | 1/1989 | Svetkoff | 356/608 |
| 4,850,712 A | 7/1989 | Abshire | 356/602 |
| 5,288,985 A | 2/1994 | Chadima | 235/462.45 |
| 5,313,070 A | 5/1994 | Vala | 250/559.08 |

(Continued)

*Primary Examiner*—Ahshik Kim

(74) *Attorney, Agent, or Firm*—Glenn A. Cavanaugh, Esq.

(57) **ABSTRACT**

A digital imaging-based bar code symbol reading device employing an automatic light exposure measurement and illumination control subsystem having an optical axis which is coincident with the field of view (FOV) of a digital imaging area-type sensing array. The bar code symbol reading device including a system for detecting image light intensity reflected off an object in the FOV of the digital imaging-based bar code symbol reading device, having image formation optics including a beam splitter with a surface of a known reflection/transmission ratio. The image formation optics being arranged such that light reflected off of an object placed in the FOV of the digital imaging-based bar code symbol reading device is directed to the beam splitter whereby a portion of the return light being reflected from the image is directed towards the area-type sensing array during illumination operations in an image capture mode, and a portion of the return light being reflected from the images is transmitted through the beam splitter and focused upon a photodiode for detecting image light intensity and subsequent processing by an automatic light exposure measurement and illumination control subsystem, whereby said automatic light exposure measurement and illumination control subsystem controls illumination intensity produced by said illumination array subsystem. The digital imaging-based bar code symbol reading device further includes a system control subsystem for activating and controlling said subsystem components described above.

**7 Claims, 119 Drawing Sheets**



HONEYWELL-00192845

JA2546

**US 7,472,831 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,418,357 A | 5/1995 | Inoue | 235/462.11 |
| 5,420,635 A | 5/1995 | Konishi | 348/362 |
| 5,463,202 A | 10/1995 | Kurosawa | 219/121.83 |
| 5,484,994 A | 1/1996 | Roustaei | 235/462.25 |
| 5,602,379 A | 2/1997 | Uchimura | 235/462.11 |
| 5,623,137 A | 4/1997 | Powers | 235/462.23 |
| 5,627,358 A | 5/1997 | Roustaei | 235/462.11 |
| 5,744,815 A * | 4/1998 | Gurevich et al. | 250/566 |
| 5,756,981 A | 5/1998 | Roustaei | 235/462.42 |
| 5,773,806 A | 6/1998 | Longacre | 235/462.1 |
| 5,773,810 A | 6/1998 | Hussey | 235/462.25 |
| 5,777,314 A | 7/1998 | Roustaei | 235/462 |
| 5,780,834 A | 7/1998 | Havens | 235/462.1 |
| 5,783,811 A | 7/1998 | Feng | 235/462.42 |
| 5,784,102 A | 7/1998 | Hussey | 348/296 |
| 5,786,582 A | 7/1998 | Roustaei | 235/462 |
| 5,825,006 A | 10/1998 | Longacre | 235/462.27 |
| 5,831,254 A | 11/1998 | Karpen | 235/454 |
| 5,912,452 A * | 6/1999 | Wiklof et al. | 235/472.01 |
| 5,929,418 A | 7/1999 | Ehrhart | 235/462 |
| 5,932,862 A | 8/1999 | Hussey | 235/462 |
| 5,939,709 A | 8/1999 | Ghislain | 250/216 |
| 5,942,741 A | 8/1999 | Longacre | 235/462.12 |
| 6,038,067 A | 3/2000 | George | 359/368 |
| 6,123,261 A | 9/2000 | Roustaei | 235/472.01 |
| 6,181,427 B1 | 1/2001 | Yarussi | 356/445 |
| 6,250,551 B1 | 6/2001 | He | 235/462.07 |
| 6,290,135 B1 * | 9/2001 | Acosta et al. | 235/472.01 |
| 6,347,163 B2 * | 2/2002 | Roustaei | 382/324 |
| 6,525,816 B2 | 2/2003 | Asttuen | 356/364 |
| 6,601,767 B1 | 8/2003 | Gu | 235/462.01 |
| 6,734,471 B2 | 5/2004 | Kim | 257/184 |
| 6,863,216 B2 | 3/2005 | Tsikos | 235/462.01 |
| 2004/0190005 A1 | 9/2004 | Doucet | 356/614 |
| 2005/0103857 A1 | 5/2005 | Zhu | 235/462.22 |
| 2005/0103860 A1 | 5/2005 | Zhu | 235/462.22 |
| 2005/0116040 A1 | 6/2005 | Zhu | 235/462.31 |

* cited by examiner

HONEYWELL-00192846

JA2547

**U.S. Patent**          Jan. 6, 2009          Sheet 1 of 119          US 7,472,831 B2



FIG. 1A

HONEYWELL-00192847



FIG. 1B

HONEYWELL-00192848

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 18 of 498



## FIG. 1C

HONEYWELL-00192849



FIG. 1D

HONEYWELL-00192850

JA2551

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 20 of 498



FIG. 1E

HONEYWELL-00192851

JA2552

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 21 of 498



FIG. 1F

HONEYWELL-00192852

JA2553

USCA4 Appeal: 23-1850      Doc: 45-6      Filed: 04/01/2024      Pg: 22 of 498



FIG. 1G

HONEYWELL-00192853

JA2554

USCA4 Appeal: 23-1850    Doc: 45-6    Filed: 04/01/2024    Pg: 23 of 498



FIG. 1H

HONEYWELL-00192854

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 24 of 498



FIG. 1I

HONEYWELL-00192855

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 25 of 498



FIG. 1J

HONEYWELL-00192856

JA2557

USCA4 Appeal: 23-1850      Doc: 45-6      Filed: 04/01/2024      Pg: 26 of 498



FIG. 1K

HONEYWELL-00192857

JA2558



Narrow-Area Illumination For Near-Field/ Far Field
Narrow-Area Illumination For Working Range
Wide-Area Illumination For Near Field
Wide-Area Illumination For Far Field
Field Of View Along Entire Working Range Of System
Object Detection Field Overlapping Field Of View Of The System
24A
24B
24
25
26
23
21
22
20
12
Multi-Mode Illumination Subsystem (14)
Narrow-Area Illumination Arrays -Near Field/ Far Field
Narrow-Area Illumination Array
Wide-Area Illumination Array -Near Field
Wide-Area Illumination Array -Far Field
Multi-mode Image Formation And Detection Subsystem
Automatic IR-Based Object Presence And Range Detection Subsystem
27A
27B
27
Image Capturing And Buffering Subsystem
16
70
System-Mode Configuration Parameter Table
CMOS Camera Board (34)
15
Automatic Light Exposure Measurement and Illumination Control Subsystem
Multi-mode Image Processing Based Bar Code Symbol Reading Subsystem
A1
System Control Subsystem
2C
Trigger Switch
3-Tier Computing Platform (35,43)
17
19
Illumination Board (33)
Central Field Of View Along FOV Of System
Input/ Output Subsystem
18
1

FIG. 2A1

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 28 of 498

Decoded Output Symbol Character Data Representative Of Read Bar Code Symbol(s)

17

Multi-Mode Image-Processing Based Bar Code Symbol Reading Subsystem

Tracking Module 100

Finding Module 101

Marking Module 102

Decoding Module 103

Modes Of Subsystem Operation:

(1) Automatic Mode     (4) No Finder Mode
(2) Manual Mode        (5) Omniscan Mode
(3) ROI-Specific Mode

Captured Image Data Frame (31)

FIG. 2A2

HONEYWELL-00192859

JA2560

USCA4 Appeal: 23-1850　　Doc: 45-6　　Filed: 04/01/2024　　Pg: 29 of 498



FIG. 2B

HONEYWELL-00192860

JA2561

USCA4 Appeal: 23-1850    Doc: 45-6    Filed: 04/01/2024    Pg: 30 of 498



FIG. 3A

HONEYWELL-00192861

JA2562



Visible Narrow-Band Illumination Rays From Multi-Mode Illumination Subsystem (14)

4A

2E

FIG. 3B

1

21

2A

HONEYWELL-00192862



FIG. 3C

HONEYWELL-00192863

JA2564



FIG. 3D

- 45° FOV ✓
- As Few Elements As Possible ✓
  - Previous Designs Had 4 Or 5
- As Small As Possible ✓
  - Max Diameter ≈ 12mm
- All Spherical Surfaces ✓
- Common Glasses ✓
  - LaK2 (≈LaK9)
  - ZF10 (≈SF8)
  - LaF2 (≈LaF3)

JA2565

HONEYWELL-00192864

USCA4 Appeal: 23-1850      Doc: 45-6      Filed: 04/01/2024      Pg: 34 of 498



FIG. 3E

- Barrel Hold Lens Elements
- Base Hold Sensors
- Barrel Slides In Base To Focus

HONEYWELL-00192865

JA2566

USCA4 Appeal: 23-1850　　　Doc: 45-6　　　Filed: 04/01/2024　　　Pg: 35 of 498



Imaging Window (3)

Lens Assembly (21)

5

Optical Axis

FIG. 3F2



CMOS Image Sensor Array (22)

45B

21

45A2

45A1

Lens Holding Assembly (45)

FIG. 3F1

5

Optical Axis Of System

HONEYWELL-00192866

JA2567



**DOF Determination Of Image Formation Optics**

- At each distance, find frequency where MTF drops to 0.3
  - Rule of thumb for bar code decoding
  - Depends on code, speed, etc, etc - must test

- BUT: limited by sampling requirement
  - Software needs ~1.6 pixels on narrow code element
  - Limits decode ability regardless of optics
  - Exact value is rule of thumb and flexible (1.4 – 1.6)

FIG. 3G

HONEYWELL-00192867

JA2568

**U.S. Patent**    Jan. 6, 2009    Sheet 22 of 119    US 7,472,831 B2



FIG. 4A

**Depth Of Field**

• Face To 8" For 13.5 Mil
• Optics Resolve 4 Mil Somewhere
• Decodes 5 Mil Somewhere
• No Moving Elements

HONEYWELL-00192868

JA2569

USCA4 Appeal: 23-1850    Doc: 45-6    Filed: 04/01/2024    Pg: 38 of 498



FIG. 4B

HONEYWELL-00192869

JA2570



FIG. 4C

HONEYWELL-00192870

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 40 of 498



FIG. 4D



FIG. 4E

HONEYWELL-00192871

JA2572



FIG. 4F



FIG. 4G

HONEYWELL-00192872

JA2573



FIG. 4H

HONEYWELL-00192873

JA2574

DOF_PMAG.zpl

```
graphics
xmx=xmax()
xmn=xmin()
ymx=ymax()
ymn=ymin()
xwidth=xmx-xmn
ywidth=ymx-ymn
xleft=xmn+(0.l*xwidth)
xrigh=xmn+(0.95*xwidth)
ytopp=ymn+(0.05*ywidth)
ybott=ymn+(0.7*ywidth)

line xleft,ytopp,xrigh,ytopp
line xrigh,ytopp,xrigh,ybott
line xrigh,ybott,xleft,ybott
line xleft,ybott,xleft,ytopp

format 4.3
settextsize 140,80
gtext 0.68*xwidth,(0.85)*ywidth,0,"Wav : "
gtext 0.68*xwidth,(0.88)*ywidth,0, "WGT : "
for i=l,nwav(),1
gtext (0.68+i*0.05)*xwidth,0.85*ywidth,0,$str(wavl(i))
gtext (0.68+i*0.05)*xwidth,0.88*ywidth,0,$str(wwgt(i))
next
gtext 0.68*xwidth,0.91*ywidth,0,"Relative illumination: "
gtext 0.9*xwidth,(0.91)*ywidth,0,$str(reli(nfld()))
settextsize 90,50
input "Please input startpoint (mm):",start
if (start<=0) then input "Please input startpoint (mm):", start
input "Please input pixel size (um):",pix
if (pix<=O) then input "Please input pixel size (um):",pix
for i=start,start+150,10
xpos=xleft+(i-start)/150*0.85*xwidth
line xpos,ytopp,xpos,ybott
format3.0
gtext xleft*0.85+(i-start)/150*0.85*xwidth,0.72*ywidth,0,$str(i)
next
settextsize 70,40
for i=1,14,1
ypos=ytopp+i/14*.65*ywidth
line xleft,ypos,xrigh,ypos
format 3.0
gtext 0.05*xwidth,ytopp*0.9+(j-1)/14*.65*ywidth,0,$str(14-i+1)
next

gtitle "The DOF and PMAG curve of current design"
gdate

format 12.6
oldthic=thic(0)

getsystemdata 2
settextsize 120,40
j=1
gtext xwidth*0.018,0.85*ywidth,0,"centering "
for i=1,nsur()-2,1
          if (gind(i)!=0.0)
                    format 2.0
                    gtext xwidth*0.10+(j-1)*0.07*xwidth,0.85*ywidth ,0,$str(j)+":"
                    gtext xwidth*0.12+(j-1)*0.07*xwidth,0.85*ywidth ,0,":"
                    format 4.2
```

FIG. 4I1

HONEYWELL-00192874

JA2575

```
                                                    DOF_PMAG.zpl
                              if(curv(i)*curv(i+1)<0) then
            centering=abso((sdia(i)*curv(i)+sdia(i+1)*curv(i+1)))
                              if(curv(i)*curv(i+1)>0) then
            centering=abso((sdia(i)*curv(i)-sdia(i+1)*curv(i+1)))
                              gtext xwidth*0.13+(j-1)*0.07*xwidth,0.85ywidth,0,$str(centering)
                              j=j+1
                    endif
          next
          format 4.2
          settextsize 70,40
          gtext xwidth*0.018,0.91*ywidth,0,"image space f/# : "+$str(vec2(8))
          gtext xwidth*0.018,0.94*ywidth,0,"effective focal length: "+ $str(vec2(7))
          !color (3)
          gtextcent yrnn+(0.77*ywidth),"distance (mm)"
          gtext xleft*0.32,0.5*ywidth,90,"bar width (mil)"

          format 12.6
          settextsize 100,40
          minmtf=1
          maxfreq=0
          thic 0=start
          update all
          for k=0,200,0.2
                    !i=nfld()
                    for i=1,nfld(),1
                              getmtf k,O,i,2,1,1
                              !print vec1(0)
                              !print vec1(1)
                              if (vec1(0)<minmtf) then minmtf=vec1(0)
                              if (vec1(1)<minmtf) then minmtf=vec1(1)
                              if (minmtf<=0.3)
                                        maxfreq=k
                                        goto 1
                              endif
                    next
          next
          label 1
          !color (1)

          !output "1.txt" append

          oldxpos=xleft+0/150*0.85*xwidth
          oldypos=ytopp+(14-(1/((maxfreq/(sdia(0)/sdia(nsur()))*0.5/25.4*1000))/14*0.65*ywidth
          switch=0
          m=0
          for j=start,start+150,3
                    thic 0=j
                    update all
                    minmtf=1
                    for k=m,200,0.3
                              !i=nfld()
                              for i=1,nfld(),1
                              getmtf k,0,i,2,1,1
                              if (vec1(0)<minmtf) then minmtf=vec1(0)
                              if (vec1(1)<minmtf) then minmtf=vec1(1)
                              if (minmtf<=0.3)
                                        maxfreq=k
                                        goto 2
                              endif
                              next
                    next
                    label 2
                    if (maxfreq-5)>0
```

FIG. 4I2

HONEYWELL-00192875

JA2576

DOF_PMAG.zpl

```
                    m=maxfreq-10
          else
                    m=0
          endif
          !print j,sdia(0),sdia(nsur()),maxfreq
          if ((switch==0) & (1/(maxfreq/(sdia(0)/sdia(nsur()))) 0.5/25.4*1000<=13))
                    !color (0)
                    format 5.2
                    a$="FOV for 10 mil: "+$str(2*sdia(0)) + " at "+$str(j-2)+ " mm ; "
                    gtext xwidth*0.018,0.97*ywidth,0,a$
                    switch=1
                    format 12.6
                    !color(1)
          else
                         if ((switch==1) &
         (1/(maxfreq/(sdia(0)/sdia(nsur)))*0.5/25.4*1000>=13))
                              !color(0)
                              format 5.2
                              a$=$str(2*sdia(0))+" at "+$str(j-2)+" mm"
                              gtext xwidth*0.44,0.97*ywidth,0,a$
                              switch=0
                              format 12.6
                              goto 3
                              !color(1)
                         endif
          endif
          newxpos=              xleft+(j-start)/150*0.85*xwidth

newypos=ytopp+(14-(1/(maxfreq/(sdia(0)/sdia(nsur())))*0.5/25.4*1000))/14*0.65*ywidth
                    if ((14-14*(oldypos-ytopp)/0.65/ywidth)<14) then line
oldxpos,oldypos,newxpos,newypos
                         oldxpos=newxpos
                         oldypos=newypos
next
label 3
thic 0=start
update all
oldxpos=xleft+0/150*0.85*xwidth
oldxpos1=xleft+0/150*0.85*xwidth
oldypos=ytopp+(14-(0.5/((0.5/1.6/pix*1000)/(sdia(0)/sdia(nsur())))/25.4*1000))/14*0.
65*ywidth
oldypos1=ytopp+(14-(0.5/((0.5/1.4/pix*1000)/(sdia(0)/sdia(nsur())))/25.4*1000))/14*0
.65*ywidth
for j=start,start+150,4
                    thic 0=j
                    update all
                    newxpos=xleft+(j-start)/150*0.85*xwidth
                    newxpos1=xleft+(j-start)/150*0.85*xwidth

newypos=ytopp+(14-(0.5/((0.5/1.6/pix*1000)/(sdia(0)/sdia(nsur())))/25.4*l000)/14*0.
65*ywidth

newypos1=ytopp+(14-(0.5/((0.5/1.4/pix*1000)/(sdia(0)/sdia(nsur())))/25.4*1000))/14*0
.65*ywidth
                    line oldxpos, oldypos,newxpos, newypos
                    line oldxpos1,oldypos1,newxpos1,newypos1
                    oldxpos=newxpos
                    oldypos=newypos
                    oldxpos1=newxpos1
                    oldypos1=newypos1
next

thic 0=oldthic
```

FIG. 4I3

JA2577



FIG. 5A1

HONEYWELL-00192877

JA2578

**Illumination Design Goals For First Illustrative Embodiment**

- Wide-Area Illumination Modes
  - Match FOV and DOF (45°, 200mm)
  - Sufficient power density on target
    - Pixel value > 80 DN at far field center
  - Achieve sufficient uniformity (center:edge = 2:1 max)
  - Use as few LEDs as possible

- Narrow-Area Illumination Mode
  - Line usable beginning 40 mm from window
  - Match FOV and DOF
  - Sufficient power density on target
  - Sufficiently thin line
    - Height < 10 mm at far field

FIG. 5A2

HONEYWELL-00192878

JA2579

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 48 of 498



FIG. 5B

LED Arrangements For Near-Field And Far-Field Wide Area
Illumination Arrays And Narrow-Area Illumination Arrays

Upper LED Subarray
Associated With Near-
Field Wide-Area
Illumination Array
28A1-28A6

Narrow-Area
Illumination Array

Imaging Window

27B1

27A1

27A3

Lower LED Subarray
Associated With Near-
Field Wide-Area
Illumination Array
28A7-28A13

29B1-29B6

29B7-29B13

Upper LED
Subarray
Associated With Far-
Field Wide-Area
Illumination Array
29A1-29A6

4A

27B2

27A2

27A4

Lower LED Subarray
Associated With Far-
Field Wide-Area
Illumination Array
29A7-29A13

HONEYWELL-00192879

JA2580



LEDs For Narrow-Area Illumination

• Linear Illumination: Osram LS E655
    - 633 nm InGaAlP
    - 60° Lambertian Emittance
    - 6.75 mW Total Output Power (Typical Conditions)
    - $0.18 Each In 50k



FIG. 5C2

FIG. 5C1

HONEYWELL-00192880

JA2581



Cylindrical Lenses For Narrow-Area Illumination Array

• First Surface Curved Vertically To Create Line
• Second Surface Curved Horizontally To Control Line Height

27B1

27B2

27A1

27A3

27A2

27A4

FIG. 5C4

FIG. 5C3

HONEYWELL-00192881

JA2582



FIG. 5C5

Linear Illumination Profiles

HONEYWELL-00192882

JA2583





Area LEDs

• Area Illumination: Osram LS E67B
 - 633 nm InGaAlP
 - 120° Lambertian Emittance
 - 11.7 mW Total Output Power (Typical Conditions)
 - $0.18 each In 50k

FIG. 5D2

FIG. 5D1

HONEYWELL-00192883

JA2584

Far Area Lenses

• Plano Convex Lenses In Front Of Far Field LEDs

• Light Aimed By Angling Lenses
 - Even Out Distribution Across FOV Throughout DOF
 - Satisfy Center: Edge = 2:1 Max Criterion
 - Allows LEDs To Be Mounted Flat

• All Lenses CNCed In Single Piece Of Plastic

FIG. 5D3



FIG. 5D4

HONEYWELL-00192884

JA2585



FIG. 5D5

HONEYWELL-00192885

Wide-Area Illumination Profiles (Far)







FIG. 5D6

HONEYWELL-00192886

JA2587

**Pixel Value Calculation**

• Pixel Value Calculation For Center Of Far-Field Shows Sufficient Signal (> 80DN)

| | Description | Value | Unit |
|---|---|---|---|
| Sensor Power Density | Target Power Density | 4 | µW/mm² |
| | Surface Reflection | 0.6 | |
| | Optical Transmittance | 0.9 | |
| | F-Number | 9 | # |
| | Pixel Power Density | 0.007 | µW/mm² |
| Signal | CMOS Internal Gain | 4.5 | # |
| | Amplification Gain | 20 | dB |
| | Integration Gain | 5 | ms |
| | Sensor Responsivity | 1.8 | V / (lx s) |
| | Wavelength | 633 | nm |
| | Photopic Luminous Efficiency | 0.238 | lm / W |
| | Signal Out Of Sensor | 0.439 | V |
| Value / Pixel | A/D Range Max | 1.3 | V |
| | A/D Range Min | 0.0 | V |
| | Pixel Value (0-255) | 86 | DN |

FIG. 5D7

HONEYWELL-00192887

JA2588



FIG. 6A1

CMOS Sensor Array (22)

Narrow-Band Pass Filter Tuned To Output Of Multi-Mode Illumination Subsystem (4)

First Optical Filter Element 4A (High Pass)

Second Optical Filter Element 4B (Low Pass)

JA2589

HONEYWELL-00192888

**Red Window And Low-Pass Filter Characteristics**
- Must Bandpass Return Light Against Ambient
  - Red Window + Low Pass Filter
  - Restricts Range To 620nm – 700nm



FIG. 6A3



FIG. 6A2

HONEYWELL-00192889

JA2590



FIG. 6A4

HONEYWELL-00192890

JA2591

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 60 of 498



FIG. 7A

HONEYWELL-00192891

JA2592

FIG. 7A1



FIG. 7A2



HONEYWELL-00192892

JA2593



FIG. 7B

HONEYWELL-00192893

JA2594

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 63 of 498



FIG. 7C1

Drive Circuitry For LED Illumination Arrays

Auto-Exposure Control Signal

Illumination Array Selection (From System Controller 19)

HONEYWELL-00192894

JA2595

FIG. 7C2

HONEYWELL-00192895



FIG. 7D

HONEYWELL-00192896

USCA4 Appeal: 23-1850      Doc: 45-6      Filed: 04/01/2024      Pg: 66 of 498

METHOD OF GLOBAL EXPOSURE CONTROL
WITHIN A IMAGING-BASED BAR CODE SYMBOL READING SYSTEM

A — STEP A: SELECT THE SINGLE FRAME SHUTTER MODE OF OPERATION FOR THE CMOS IMAGING SENSING ARRAY PROVIDED WITHIN AN IMAGING-BASED BAR CODE SYMBOL READING SYSTEM EMPLOYING AN AUTOMATIC LIGHT EXPOSURE MEASUREMENT AND ILLUMINATION CONTROL SUBSYSTEM, A MULTI-MODE ILLUMINATION SUBSYSTEM, AND A SYSTEM CONTROL SUBSYSTEM INTEGRATED THEREWITH, AND IMAGE FORMATION OPTICS PROVIDING THE CMOS IMAGE SENSING ARRAY WITH A FIELD OF VIEW INTO A REGION OF SPACE WHERE OBJECTS TO BE IMAGED ARE PRESENTED.

B — STEP B: USE THE AUTOMATIC LIGHT EXPOSURE MEASUREMENT AND ILLUMINATION CONTROL SUBSYSTEM TO CONTINUOUSLY COLLECT ILLUMINATION FROM A PORTION OF THE FIELD OF VIEW, DETECT THE INTENSITY OF THE COLLECTED ILLUMINATION, AND GENERATE AN ELECTRICAL ANALOG SIGNAL CORRESPONDING TO THE DETECTED INTENSITY, FOR PROCESSING.

C — STEP C: ACTIVATE (E.G. BY WAY OF THE SYSTEM CONTROL SUBSYSTEM 19 OR DIRECTLY BY WAY OF TRIGGER SWITCH 2C) THE CMOS IMAGE SENSING ARRAY SO THAT ITS ROWS OF PIXELS BEGIN TO INTEGRATE PHOTONICALLY GENERATED ELECTRICAL CHARGE IN RESPONSE TO THE FORMATION OF AN IMAGE ONTO THE CMOS IMAGE SENSING ARRAY BY THE IMAGE FORMATION OPTICS OF THE SYSTEM.

D — STEP D: WHEN ALL ROWS OF PIXELS IN THE IMAGE SENSING ARRAY ARE OPERATED IN A STATE OF INTEGRATION, AUTOMATICALLY GENERATE AN ELECTRONIC ROLLING SHUTTER (ERS) DIGITAL PULSE SIGNAL FROM THE CMOS IMAGE SENSING ARRAY AND PROVIDE THIS ERS PULSE SIGNAL TO THE AUTOMATIC LIGHT EXPOSURE MEASUREMENT AND ILLUMINATION CONTROL SUBSYSTEM SO AS TO ACTIVATE LIGHT EXPOSURE MEASUREMENT AND ILLUMINATION CONTROL OPERATIONS THEREWITHIN



FIG. 7E1

HONEYWELL-00192897

JA2598

USCA4 Appeal: 23-1850      Doc: 45-6      Filed: 04/01/2024      Pg: 67 of 498



E — STEP E: UPON ACTIVATION OF THE AUTOMATIC LIGHT EXPOSURE MEASUREMENT AND ILLUMINATION CONTROL SUBSYSTEM, PROCESS THE ELECTRICAL ANALOG SIGNAL BEING CONTINUOUSLY GENERATED THEREWITHIN, MEASURE THE LIGHT EXPOSURE WITHIN A PORTION OF SAID FIELD OF VIEW, AND GENERATE AN AUTO-EXPOSURE CONTROL SIGNAL FOR CONTROLLING THE GENERATION OF ILLUMINATION FROM AT LEAST ONE LED-BASED ILLUMINATION ARRAY IN THE MULTI-MODE ILLUMINATION SUBSYSTEM THAT IS SELECTED BY AN ILLUMINATION ARRAY SELECTION CONTROL SIGNAL PRODUCED BY THE SYSTEM CONTROL SUBSYSTEM

F — STEP: F: USE THE AUTO-EXPOSURE CONTROL SIGNAL AND THE ILLUMINATION ARRAY SELECTION CONTROL SIGNAL TO DRIVE THE SELECTED LED-BASED ILLUMINATION ARRAY AND GENERATE ILLUMINATION THEREFROM INTO THE FIELD OF VIEW OF THE CMOS IMAGE SENSING ARRAY, PRECISELY WHEN ALL ROWS OF PIXELS IN THE CMOS IMAGE SENSING ARRAY ARE IN A STATE OF INTEGRATION, THEREBY ENSURING THAT ALL ROWS OF PIXELS IN THE CMOS IMAGE SENSING ARRAY HAVE A COMMON INTEGRATION TIME.

FIG. 7E2

HONEYWELL-00192898

JA2599



FIG. 8



FIG. 9



FIG. 10

HONEYWELL-00192900

JA2601



3-Tier Software Architecture:

• Linux OS
• System Core (SCORE) Software
• Product Application Software

FIG. 11

HONEYWELL-00192901

JA2602

## Events Dispatcher

Provides a means of signaling and delivering events to the App Events Manager

(pointer to App Events Manager is provided at the SCORE initialization)

int
ScoreSignalEvent(int event_id,          /* input: event id */
        void * p_par);          /* input: pointer to the event's parameters */

App Events Manager is responsible for processing the event: It can start a new task, or stop currently running task, or do something or nothing and simply ignore the event.

FIG. 12A

HONEYWELL-00192902

JA2603

# Examples of System-Defined Events

**SCORE_EVENT_POWER_UP**
Signals the completion of the system start-up.  No parameters.

**SCORE_EVENT_TIMEOUT**
Signals the timeout of the logical timer.  Parameter: pointer to timer id.

**SCORE_EVENT_UNEXPECTED_INPUT**
Signals that the unexpected input data is available.  Parameter: pointer to connection id.

**SCORE_EVENT_TRIG_ON**
Signals that the user pulled the trigger.  No parameters.

**SCORE_EVENT_TRIG_OFF**
Signals that the user released the trigger.  No parameters.

**SCORE_EVENT_OBJECT_DETECT_ON**
Signals that the object is positioned under the camera.  No parameters.

**SCORE_EVENT_OBJECT_DETECT_OFF**
Signals that the object is removed from the field-of-view of the camera.  No parameters.

**SCORE_EVENT_EXIT_TASK and SCORE_EVENT_ABORT_TASK**
Signal the end of the task execution.  Parameter: pointer to the UTID.

FIG. 12B

HONEYWELL-00192903

JA2604

# Tasks Manager

## Provides a means of executing and stopping application specific tasks (threads)

```
typedef void *                              /* Return: pointer to the set of returned parameters */
(*TASK_FUNC)(void *params);                 /* Input: set of input parameters */

int                                         /* Return: 0 if successful, otherwise error code */
ScoreStartTask(TASK_FUNC task_func,         /* Input: pointer to the task's main function */
    int task_id,                            /* Input: id assigned to the task by application */
    void *task_params,                      /* Input: parameters passed to the task's main function */
    int task_owner,                         /* Input: connection id of the task's owner */
    int task_priority,                      /* Input:  task's priority (must be 0 for now) */
    size_t stacksize,                       /* Input: size of the stack, or 0 for default size */
    size_t heapsize,                        /* Input: size of the heap, or 0 for default size */
    UTID *p_utid);                          /* Output: unique task identifier */


BOOL      /* Return: TRUE if it kills the task, or FALSE if the task was not found */
ScoreKillTask(UTID pthread_id)              /* Input: unique task identifier */
```

FIG. 12C

HONEYWELL-00192904

JA2605

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 74 of 498

# Input / Output Manager

- High priority thread running in the background and monitoring activities of the external devices and user connections

- Signals appropriate events to the application when such activities are detected

FIG. 12D

HONEYWELL-00192905

JA2606

## Input / Output Subsystem

## Provides a means of creating and deleting input/output connections...

```
int
ScoreIomngrCreateConnection(int conn_type,        /* Input:  connection type */       /* Return: connection id if successful, otherwise (-1) */
    int fd,                   /* Input:  file descriptor of a device or a socket */
    int conn_state,           /* Input:  initial state of the connection, the value controlled by application */
    void *properties);        /* Input:  pointer to the connection properties */

int
ScoreInitRS232(char *full_name,            /* Input:  full name of the device, such as "/dev/ttyS0" */       /* Return: connection id if successful, otherwise (-1) */
    RS232_PROP *rs232_prop);    /* Input: RS232 parameters */
```

FIG. 12E1

HONEYWELL-00192906

JA2607

# Input / Output Subsystem

## ...and communicating with the outside world

```
int
ScoreIomngrGetData(int connection_id,    /* Return: number of bytes received */
                                         /* Input: connection id, or -1 for the task owner */
          char *input_buffer,            /* Input: pointer to the input buffer */
          int min_len,                   /* Input:  minimum number of bytes to receive */
          int max_len,                   /* Input:  maximum number of bytes to receive */
          BOOL echo,                     /* Input:  TRUE if data should be echoed back to device, otherwise FALSE */
          int timeout_ms);               /* Input: If not 0, number of milliseconds to wait */

int
ScoreIomngrSendData(int connection_id,   /* Return: 0 if successful, or (-1) in case of error */
                                         /* Input:  connection id */
          char *p_data,                  /* Input:  pointer to the data buffer */
          int len);                      /* Input:  number of bytes to send */

void
ScoreIomngrSendStream(int stream_type,   /* Input:  type of output stream */
          char *p_data,                  /* Input:  pointer to the data buffer */
          int len);                      /* Input:  number of bytes to send */
```

FIG. 12E2

HONEYWELL-00192907

JA2608

# Timer Subsystem

## Provides a means of creating, deleting...

```
int
ScoreCreateTimer(int flags);    /* Return: timer id if successful, otherwise (-1) */
                                /* Input: optional SCORE_TIMER_CONTINUOUS */

void
ScoreDeleteTimer(int timer_id);    /* Input: timer id, must be >= 0 */

int
ScoreStartTimer(int timer_id,    /* Return: 0 if successful, otherwise (-1) */
                int time_ms);    /* Input: timer id */
                                 /* Input: timer value, in ms */

int
ScoreStopTimer(int timer_id);    /* Return: 0 if successful, otherwise (-1) */
                                 /* Input: timer id */
```

FIG. 12F1

HONEYWELL-00192908

JA2609

Timer Subsystem

...and utilizing logical timers

BOOL                    /* Return: TRUE if the timer timed out, otherwise FALSE */
ScoreTimerTimedOut(int timer_id);    /* Input:  timer id */

int                     /* Return: time (in ms) left before the timer times out, or (-1) in case of error */
ScoreGetTimeLeft(int timer_id);      /* Input:  timer id */

int                     /* Return: time (in ms) gone since the timer has been started (or restarted), or (-1) in case of error */
ScoreGetTime (int timer_id);         /* Input:  timer id */

BOOL                    /* Return: TRUE if timer is stopped, otherwise FALSE */
ScoreIsTimerStopped(int timer_id);   /* Input:  timer id */

FIG. 12F2

HONEYWELL-00192909

JA2610

# Memory Control Subsystem

Provides a thread-level dynamic memory management (the interfaces fully compatible with standard dynamic memory management functions)...

void *
ScoreMalloc(size_t size);     /* Return: pointer to the allocated memory if successful, otherwise NULL */
                              /* Input: size, in bytes, of the needed memory */

void
ScoreFree(void *mem);         /* Input: pointer to the memory to be freed */

FIG. 12G1

HONEYWELL-00192910

JA2611

# Memory Control Subsystem

## ...as well as a means of buffering the data

```
int
ScoreCreateOutpMem(SCORE_OUTP_MEM *p_outp_mem);        /* Return: 0 if successful */
                                                        /* Input: pointer to buffered memory structure */

void
ScoreDestroyOutpMem(SCORE_OUTP_MEM *p_outp_mem);        /* Input: pointer to buffered memory structure */

int
ScoreWriteToOutpMem (SCORE_OUTP_MEM *p_outp_mem,        /* Return: 0 if successful */
                                                        /* Input: pointer to buffered memory structure */
    void *p_data,                                       /* Input: pointer to the data to be buffered up for output */
    size_t len);                                        /* Input: size of the data, in bytes */

int
ScoreSendDataFromOutpMem(int connection_id,            /* Return: 0 if successful */
                                                        /* Input: id of the connection to send the data to */
    SCORE_OUTP_MEM *p_outp_mem);                        /* Input: pointer to buffered memory structure */

int
ScoreSendStreamFromOutpMem(int stream_type,           /* Return: 0 if successful */
                                                        /* Input: type of output stream */
    SCORE_OUTP_MEM *p_outp_mem);                        /* Input: pointer to buffered memory structure */
```

FIG. 12G2

HONEYWELL-00192911

# User Commands Manager

Provides a standard way of entering user commands and executing application modules responsible for handling them

(pointer to User Commands Table is provided at the SCORE initialization)

```
int
ScoreCmdManager(void *params);

rc = ScoreStartTask(ScoreCmdManager,    /* Input:  user command manager task */
    CMDMNGR_TASK_ID,                     /* Input:  id assigned to the commands manager */
    NULL,
    0,
    connection_id,                       /* Input:  connection id of the owner */
    0,                                   /* Input:  priority */
    (64 * 1024),                         /* Input:  stack size */
    (512 * 1024),                        /* Input:  heap size */
    &cmdmngr_utid);                      /* Output: unique task identifier */
```

FIG. 12H

HONEYWELL-00192912

JA2613

## Device Drivers

- Trigger driver -- establishes software connection with the hardware trigger

- Image acquisition driver -- implements image acquisition functionality

- IR driver -- implements object detection functionality

FIG. 12I

HONEYWELL-00192913

JA2614

USCA4 Appeal: 23-1850    Doc: 45-6    Filed: 04/01/2024    Pg: 83 of 498

Example of Flow of Events



- User points the scanner towards a barcode label
- Object is detected
- The IR device driver wakes up the Input/Output Manager

FIG. 13A

HONEYWELL-00192914

JA2615



- The Input/Output Manager posts the SCORE_OBJECT_DETECT_ON event

Example of Flow of Events

Application

System Core (SCORE)

Input/Output Manager

Events Dispatcher

Linux OS

FIG. 13B

HONEYWELL-00192915

JA2616

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 85 of 498



• The Events Dispatcher passes the SCORE_OBJECT_DETECT_ON event to the application

FIG. 13C

HONEYWELL-00192916

JA2617

USCA4 Appeal: 23-1850      Doc: 45-6      Filed: 04/01/2024      Pg: 86 of 498



FIG. 13D

• The SCORE_OBJECT_DETECT_ON event handling routine starts linear illumination and executes the CodeGate Task

HONEYWELL-00192917

JA2618



FIG. 13E



HONEYWELL-00192918

JA2619

USCA4 Appeal: 23-1850      Doc: 45-6      Filed: 04/01/2024      Pg: 88 of 498



- User pulls the trigger
- The trigger device driver wakes up the Input/Output Manager

Example of Flow of Events

**FIG. 13F**

HONEYWELL-00192919

JA2620

USCA4 Appeal: 23-1850    Doc: 45-6    Filed: 04/01/2024    Pg: 89 of 498



FIG. 13G

- The Input/Output Manager posts the SCORE_TRIGGER_ON event

HONEYWELL-00192920

JA2621



Example of Flow of Events

• The Events Dispatcher passes the SCORE_TRIGGER_ON event to the application

FIG. 13H

HONEYWELL-00192921

JA2622



• The SCORE_TRIGGER_ON event handling routine stops linear illumination, cancels the CodeGate Task, and executes the Main Task

FIG. 13I

Example of Flow of Events

HONEYWELL-00192922

JA2623





FIG. 13J

HONEYWELL-00192923

**Data Output Procedure**

Reader Programming Data?

**Yes:**

Set Appropriate Elements Of The Scanner Configuration Structure

Save Scanner Configuration In NOVRAM

Reconfigure The Scanner

Make Appropriate Visual And Audio Indication To The Operator

Return

**No:**

Send Data Out According to the Scanner Configuration

Make Appropriate Visual And Audio Indication To The Operator

FIG. 13K

Example of Flow of Events

Main Task

Input/Output Subsystem

Application

System Core (SCORE)

Linux OS

HONEYWELL-00192924

JA2625

Example of Flow of Events



- The decoded data is sent to the user

Application

System
Core
(SCORE)

Linux OS

Input/Output
Subsystem

Device
Drivers

FIG. 13L

HONEYWELL-00192925

JA2626

**U.S. Patent**      Jan. 6, 2009      Sheet 80 of 119      US 7,472,831 B2

<u>METHOD OF ILLUMINATING OBJECTS WITHOUT
SPECULAR REFLECTION</u>

STEP A: USE THE AUTOMATIC LIGHT EXPOSURE MEASUREMENT AND CONTROL
SUBSYSTEM TO MEASURE THE LIGHT LEVEL TO WHICH THE CMOS IMAGE
SENSING ARRAY IS EXPOSED.

STEP B: USE THE AUTOMATIC IR-BASED OBJECT PRESENCE AND RANGE
DETECTION SUBSYSTEM TO MEASURE THE PRESENCE AND RANGE OF THE
OBJECT IN EITHER THE NEAR OR FAR FIELD PORTION OF THE FIELD OF VIEW
(FOV) OF THE SYSTEM.

STEP C: USE THE DETECTED RANGE AND THE MEASURED LIGHT EXPOSURE
LEVEL TO DRIVE BOTH THE UPPER AND LOWER LED SUBARRAYS ASSOCIATED
WITH EITHER THE NEAR OR FAR FIELD WIDE AREA ILLUMINATION ARRAY.

STEP D: CAPTURE A WIDE-AREA IMAGE AT THE CMOS IMAGE SENSING ARRAY
USING THE ILLUMINATION FIELD PRODUCED DURING STEP C.

STEP E: RAPIDLY PROCESS THE CAPTURED WIDE-AREA IMAGE DURING STEP D TO
DETECT THE OCCURANCE OF HIGH SPATIAL-INTENSITY LEVELS IN THE CAPTURED
WIDE-AREA IMAGE, INDICATIVE OF A SPECULAR REFLECTION CONDITION.

STEP F:

IF A SPECULAR REFLECTION CONDITION IS DETECTED IN THE PROCESSED WIDE-
AREA IMAGE, THEN DRIVE ONLY THE UPPER LED SUBARRAY ASSOCIATED WITH
EITHER THE NEAR FIELD OR FAR FIELD WIDE AREA ILLUMINATION ARRAY.

IF A SPECULAR REFLECTION CONDITION IS NOT DETECTED IN THE PROCESSED
WIDE-AREA IMAGE, THEN USE THE DETECTED RANGE AND THE MEASURED LIGHT
EXPOSURE LEVEL TO DRIVE BOTH THE UPPER AND LOWER LED SUBARRAYS
ASSOCIATED WITH EITHER THE NEAR FIELD OR FAR FIELD WIDE AREA
ILLUMINATION ARRAY.

FIG. 13M1

HONEYWELL-00192926

JA2627

USCA4 Appeal: 23-1850      Doc: 45-6      Filed: 04/01/2024      Pg: 96 of 498

STEP G: CAPTURE A WIDE-AREA IMAGE AT THE CMOS IMAGE SENSING ARRAY USING THE ILLUMINATION FIELD PRODUCED DURING STEP F.

STEP H: RAPIDLY PROCESS THE CAPTURED WIDE-AREA IMAGE DURING STEP G TO DETECT THE OCCURANCE OF HIGH SPATIAL-INTENSITY LEVELS IN THE CAPTURED WIDE-AREA IMAGE, INDICATIVE OF A SPECULAR REFLECTION CONDITION.

STEP I:

IF A SPECULAR REFLECTION CONDITION IS STILL DETECTED IN THE PROCESSED WIDE-AREA IMAGE, THEN DRIVE THE OTHER LED SUBARRAY ASSOCIATED WITH EITHER THE NEAR FIELD OR FAR FIELD WIDE AREA ILLUMINATION ARRAY.

IF A SPECULAR REFLECTION CONDITION IS NOT DETECTED IN THE PROCESSED WIDE-AREA IMAGE, THEN DRIVE USE THE DETECTED RANGE AND THE MEASURED LIGHT EXPOSURE LEVEL TO DRIVE THE SAME LED SUBARRAY (AS IN STEP C) ASSOCIATED WITH EITHER THE NEAR FIELD OR FAR FIELD WIDE AREA ILLUMINATION ARRAY.

STEP J: CAPTURE A WIDE-AREA IMAGE AT THE CMOS IMAGE SENSING ARRAY USING THE ILLUMINATION FIELD PRODUCED DURING STEP I.

STEP K: RAPIDLY PROCESS THE CAPTURED WIDE-AREA IMAGE DURING STEP J TO DETECT THE ABSENCE OF HIGH SPATIAL-INTENSITY LEVELS IN THE CAPTURED WIDE-AREA IMAGE, CONFIRMING THE ELIMINATION OF THE ONCE DETECTED SPECULAR REFLECTION CONDITION.

FIG. 13M2

HONEYWELL-00192927

JA2628

STEP L:

IF NO SPECULAR REFLECTION CONDITION IS DETECTED IN THE PROCESSED WIDE-AREA IMAGE AT STEP K, THEN PROCESS THE WIDEAREA IMAGE USING MODE(S) SELECTED FOR THE MULTI-MODE IMAGEPROCESSING BAR CODE READING SUBSYSTEM.

IF A SPECULAR REFLECTION CONDITION IS STILL DETECTED IN THE PROCESSED WIDE-AREA IMAGE, THEN RETURN TO STEP A REPEAT STEPS A THROUGH K.

FIG. 13M3

HONEYWELL-00192928

JA2629

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 98 of 498

## Symbologies Readable By Multi-Mode Bar Code Symbol Reading Subsystem

(1)  Code 128

(2)  Code 39

(3)  I2of5

(4) Code93

(5) Codabar

(6) UPC/EAN

(7) Telepen

(8) UK-Plessey

(9)  Trioptic

(10) Matrix 2of5

(11) Airline 2of5

(12) Straight 2of5

(13) MSI-Plessey

(14) Code11

(15) PDF417

FIG. 14

HONEYWELL-00192929

JA2630

## Modes of Operation of Multi-mode Bar Code Reading Subsystem

• Automatic – Look for multiple barcodes incrementally and continue looking until entire image is processed



(1)    or    (2)

• Manual – Look for a programmable number of barcodes starting from center of image

• NoFinder – Look for one barcode in picket-fence orientation starting from center of image



• OmniScan – Look for one barcode along pre-determined orientations

• ROI-Specific Method – Look for bar code at specific region of interest (ROI) in captured image

FIG. 15

HONEYWELL-00192930

JA2631



**Setup And Cleanup Flow-Chart**

Cleanup

Wait For Decode Completion / Cancellation → Destroy MetroBCD Object

Setup

Create MetroBCD Object → Set "Operating Mode" In Bar Code Reading Subsystem → Set Decode Parameters → Set Image Attributes

FIG. 16

HONEYWELL-00192931

JA2632



**Summary Of Automatic Events**

**Search for ROIs**
• Process low resolution image
• Partition image into NxN blocks
• Create "Feature Vector" for each block
• Examine Feature Vectors for regions of high modulation
• Calculate barcode orientation

Finder Module
Tracker Module

**Mark ROIs**
• Mark four corners of barcode as ROI

Marker Module

**Decode ROIs**
○ Traverse barcode and update Feature Vector
○ Look for zero-crossings of filtered image
○ Create bar and space pattern
○ Decode bar and space pattern

Decoder Module

FIG. 17A

HONEYWELL-00192932

JA2633



**FIG. 17B**

HONEYWELL-00192933

JA2634



FIG. 18A

Step 1: Search for ROIs: Low resolution processing

HONEYWELL-00192934



**Step 2: Search for ROIs: Partition image**

- Image overlaid with XY grid
- Each block formed by grids has an associated "feature vector" (Fv)
- Feature vectors are analyzed for the presence of parallel lines
- All feature vector calculations are performed on the low-resolution image

FIG. 18B

HONEYWELL-00192935

JA2636

**Step 3: Search for ROIs: Create feature vectors**



$$Fv = \begin{cases} \text{- Gradient vectors} \\ \text{- Edge density} \\ \text{- Number of parallel edge vectors} \\ \text{- Centroid of edgels} \\ \text{- Intensity variance} \\ \text{- Histogram of intensities} \end{cases}$$



FIG. 18C

HONEYWELL-00192936

JA2637

FIG. 18D

• Large intensity variance

• Large number of parallel edge vectors

• High edge density



**Step 4: Mark ROIs: Examine feature vectors**

HONEYWELL-00192937

JA2638

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 107 of 498

**Step 5: Mark ROIs: Calculate barcode orientation**

- Within each "feature vector" block the barcode is traversed ("sliced") at different angles

- The slices are matched with each other based on "least mean square error"

- The correct orientation is that angle that matches in a "mean square error" sense every slice of the barcode



FIG. 18E

HONEYWELL-00192938

JA2639

**Step 5: Mark ROIs: Calculate barcode orientation**



Lowest mean square error
between slices
- Correct orientation



High mean square error
between slices

**FIG. 18F**

HONEYWELL-00192939

**Step 6: Mark ROIs: Mark four corners of barcode**

- From here on all operations are performed on the full-resolution image

- Barcode is traversed in either direction starting from center of block

- Using intensity variance the extent of modulation is detected (1 & 2)

- Starting from 1 & 2 and moving perpendicular to barcode orientation the four corners are determined (3, 4, 5, 6)

- 3, 4, 5, 6 define the ROI



FIG. 18G

HONEYWELL-00192940

JA2641



- Histogram component of Fv is updated while traversing barcode

- Estimate of Black-to-White transition is calculated

- Estimate of narrow & wide elements are calculated

**FIG. 18H**

**Step 7: Decode ROIs: Update feature vectors**



HONEYWELL-00192941

JA2642



**Step 8: Decode ROIs: Look for zero-crossings**

$f(x)$

$\dfrac{df}{dx}$

$\dfrac{d^2f}{dx^2}$

Double edge

Threshold

Zero Crossing

- Barcode image is median filtered in a direction perpendicular to barcode orientation

- Second derivative zero-crossings define edge transitions

- Zero-crossing data used only for detecting the edge transitions

- B/W transition estimates put upper and lower bounds to bar and space gray levels

**FIG. 18I**

HONEYWELL-00192942

JA2643

**Step 9: Decode ROIs: Create bar and space pattern**



- Edge transition is modeled as a ramp
- Edge transition is assumed to be 1-pixel wide
- Edge transition location is determined at the sub-pixel level
- Bar and space counts are gathered using edge transition data

FIG. 18J

JA2644

HONEYWELL-00192943

## Step 10: Decode ROIs: Decode bar and space pattern

- Bar and space data framed with "borders"

- Bar and space data decoded using existing Metrologic laser-scanner algorithms

FIG. 18K

HONEYWELL-00192944

JA2645

USCA4 Appeal: 23-1850    Doc: 45-6    Filed: 04/01/2024    Pg: 114 of 498

**Summary Of Manual Mode**

**Search for ROIs**
- Process low resolution image
- Partition image into NxN blocks
- Create "Feature Vector" for middle (fv) block
- Examine Feature Vector for regions of high modulation

**Mark ROIs**
- Calculate barcode orientation
- Mark four corners of barcode as ROI

**Decode ROIs**
- Traverse barcode and update Feature Vector
- Look for zero-crossings of filtered image
- Create bar and space pattern
- Decode bar and space pattern

**FIG. 19A**

HONEYWELL-00192945

JA2646



**Manual Mode Flow-Chart**

FIG. 19B

HONEYWELL-00192946

JA2647

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 116 of 498



**Summary Of No Finder Mode**

**Decode**
- Traverse barcode
- Look for zero-crossings of filtered image
- Create bar and space pattern
- Decode bar and space pattern

FIG. 20A

- No Finder
- No Marker

HONEYWELL-00192947

JA2648



FIG. 20B

HONEYWELL-00192948

USCA4 Appeal: 23-1850    Doc: 45-6    Filed: 04/01/2024    Pg: 118 of 498



**Summary Of Omniscan Mode**

**Decode ROIs**

- Traverse barcode
- Look for zero-crossings of filtered image
- Create bar and space pattern
- Decode bar and space pattern

- No Finder Module
- No Marker Module
- No Tracker Module

- Wide Area Illumination
- Assume Barcode is at Center!
- 1" Tall
- 1" Wide (Aspect Ratio = 1)
- 1D

6 Angles (50 Pixel Spacing)
- 0°
- 30°
- 60°
- 90°
- 120°
- 150°

FIG. 21A

HONEYWELL-00192949

JA2650



FIG. 21B

HONEYWELL-00192950

**Summary Of ROI-Specific Mode**

**Search for ROIs**
- Recieve ROI from previous mode
- Repartition image into NxN blocks
- Create "Feature Vector" for (fv) block specified by ROI
- Examine Feature Vector for regions of high modulation

**Mark ROIs**
- Calculate barcode orientation
- Mark four corners of barcode as ROI

**Decode ROIs**
- Traverse barcode and update Feature Vector
- Look for zero-crossings of filtered image
- Create bar and space pattern
- Decode bar and space pattern

**FIG. 22A**

HONEYWELL-00192951

JA2652

**ROI-Specific Mode Flow-Chart**



FIG. 22B

HONEYWELL-00192952

JA2653



Selection of First
"Multi-Read" Mode
(Omniscan/ROI-Specific)

Multi-mode Image-
processing Symbol
Reading Subsystem (17)

Single Bar
Code Reading
Cycle

Enter the Omniscan Mode and
Detect Code fragments within a ROI
in captured wide-area image

Enter ROI-Specific Mode, and
commence image processing of
captured image at ROI specified by
coordinates acquired during
omniscan mode of operation (via
feature analysis of code fragments)

FIG. 23

HONEYWELL-00192953

JA2654



Selection of Second "Multi-Read" Mode (No-Finder/ROI-Specific)

Multi-Mode Image-Processing Symbol Reading Subsystem (17)

Single Bar Code Reading Cycle

Enter No-Finder Mode, and detect code fragments within narrow (or wide) area image

Enter ROI-Specific Mode, and commence image processing of captured image at ROI specified by x,y coordinates corresponding to image processed during No-Finder Mode

FIG. 24

HONEYWELL-00192954

JA2655



Selection of Third "Multi-Read" Mode: (No-Finder/Omniscan/ROI-Specific)

Multi-Mode Image-Processing Symbol Reading Subsystem (17)

Single Bar Code Reading Cycle

Enter No-Finder Mode and detect code fragments within narrow (or wide) area image

Enter Omniscan Mode, and commence image processing of captured image at ROI specified by x,y coordinates corresponding to image processed during No-Finder Mode

Enter ROI-Specific Mode, and decode process image at ROI specified by x,y coordinates of code fragments detected in Omniscan Mode

FIG. 25

HONEYWELL-00192955

JA2656

USCA4 Appeal: 23-1850     Doc: 45-6         Filed: 04/01/2024     Pg: 125 of 498

<u>PROGRAMMABLE MODES OF BAR CODE SYMBOL READING
OPERATION WITHIN THE HAND-SUPPORTABLE DIGITAL IMAGING-
BASED BAR CODE SYMBOL READER OF THE PRESENT INVENTION</u>

Programmed Mode of System Operation No.1: Manually-Triggered Single-Attempt 1D Single-Read Mode Employing the No-Finder Mode of Operation

Programmed Mode of System Operation No.2: Manually-Triggered Multiple-Attempt 1D Single-Read Mode Employing the No-Finder Mode of Operation

Programmed Mode of System Operation No.3: Manually-Triggered Single-Attempt 1D/2D Single-Read Mode Employing the No-Finder And The Automatic Or Manual Modes of Operation

Programmed Mode of System Operation No.4: Manually-Triggered Multiple-Attempt 1D/2D Single-Read Mode Employing the No-Finder And The Automatic Or Manual Modes of Operation

Programmed Mode of System Operation No.5: Manually-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing the No-Finder And The Automatic Or Manual Modes of Operation

Programmed Mode of System Operation No.6: Automatically- Triggered Single-Attempt 1D Single-Read Mode Employing The No-Finder Mode Of Operation

Programmed Mode of System Operation No.7: Automatically-Triggered Multi-Attempt 1D Single-Read Mode Employing The No-Finder Mode Of Operation

Programmed Mode of System Operation No.8: Automatically-Triggered Multi-Attempt 1D/2D Single-Read Mode Employing The No-Finder and Manual and/or Automatic Modes Of Operation

Programmed Mode of System Operation No.9: Automatically-Triggered Multi-Attempt 1D/2D Multiple-Read Mode Employing The No-Finder and Manual and/or Automatic Modes Of Operation

Programmable Mode of System Operation No. 10: Automatically-Triggered Multiple-Attempt 1D/2D Single-Read Mode Employing The Manual, Automatic or Omniscan Modes Of Operation

Programmed Mode of System Operation No. 11: Semi-Automatic-Triggered Single-Attempt 1D/2D Single-Read Mode Employing The No-Finder And The Automatic Or Manual Modes Of Operation

FIG. 26A

HONEYWELL-00192956

JA2657

Programmable Mode of System Operation No. 12: Semi-Automatic-Triggered Multiple-Attempt 1D/2D Single-Read Mode Employing The No-Finder And The Automatic Or Manual Modes Of Operation

Semi-Automatic-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing The No-Finder And The Automatic Or Manual Modes Of Decoder Operation; Programmable Mode of Operation No. 13

Programmable Mode of Operation No. 14: Semi-Automatic-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing The No-Finder And The Omniscan Modes Of Operation

Programmable Mode of Operation No. 15: Continuously-Automatically-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing The Automatic, Manual Or Omniscan Modes Of Operation

Programmable Mode of System Operation No. 16: Diagnostic Mode Of Imaging-Based Bar Code Reader Operation

Programmable Mode of System Operation No. 17: Live Video Mode Of Imaging-Based Bar Code Reader Operation

FIG. 26B

HONEYWELL-00192957

JA2658



FIG. 27B

Far-Field Range

Near-Field Range

Working Distance Of System

27A
27B

1'

"Reading Extended-Length Bar Codes"

Wide Field Width (24B)

"Menu-Reading"

Narrow Field Width (24A)

Imaging-Based Bar Code Symbol Reading System
With Extended Multi-Mode Illumination Subsystem

• Four Modes Of Illumination

(1) Wide-Area For "Near" Object (0 mm-100 mm)
(2) Wide-Area For "Far" Object (100 mm-200 mm)
(3) Narrow-Area For "Near" Object (0 mm-100 mm)
(4) Narrow-Area For "Far" Object (100 mm-200 mm)

FIG. 27A

200mm

Range Of Far-Field Narrow-Area Illumination

Range Of Far-Field Wide-Area Illumination

100mm

Range Of Near-Field Narrow-Area Illumination

Range Of Near-Field Wide-Area Illumination

0mm

Image-Procesing Based Bar Code Reader

27A
27B

1'

HONEYWELL-00192958

JA2659



LED Arrangements For Near-Field And Far-Field Wide Area Illumination Arrays And Narrow-Area Illumination Arrays
Upper LED Subarray Associated With Near-Field Wide-Area Illumination Array 28A1-28A6
Imaging Window
Narrow-Area Illumination Array
27B1
27A1
Lower LED Subarray Associated With Near-Field Wide-Area Illumination Array 28A7-28A13
27A3
29B1-29B6
29B7-29B13
27A4
Upper LED Subarray Associated With Far-Field Wide-Area Illumination Array 29A1-29A6
4A
27B2
27A2
Lower LED Subarray Associated With Far-Field Wide-Area Illumination Array 29A7-29A13

FIG. 28

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 129 of 498



FIG. 29A

FIG. 29B

FIG. 29C

HONEYWELL-00192960

JA2661



FIG. 30

HONEYWELL-00192961



FIG. 31

HONEYWELL-00192962



FIG. 32

HONEYWELL-00192963

JA2664

USCA4 Appeal: 23-1850      Doc: 45-6      Filed: 04/01/2024      Pg: 133 of 498



Hands-Free Mode
Of Operation

Wide-Area
Image Capture
Mode

100

150

140

155

FIG. 33

HONEYWELL-00192964

JA2665

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 134 of 498



FIG. 34

HONEYWELL-00192965

JA2666

US 7,472,831 B2

1

# SYSTEM FOR DETECTING IMAGE LIGHT INTENSITY REFLECTED OFF AN OBJECT IN A DIGITAL IMAGING-BASED BAR CODE SYMBOL READING DEVICE

This application is a continuation-in-part of patent application Ser. No. 10/894,478 filed on Jul. 19, 2004, now U.S. Pat. No. 7,357,325, which is a continuation of patent application Ser. No. 10/712,787 filed on Nov. 13, 2003, now U.S. Pat. No. 7,128,266.

## BACKGROUND OF INVENTION

1. Field of the Invention

The present invention relates to a method and system to ensure coincident camera and auto exposure optical axis in a digital imaging-based bar code symbol reading device for reading one-dimensional (1D) and two-dimensional (2D) bar code symbols, as well as other forms of graphically-encoded intelligence.

2. Brief Description of the State of Knowledge in the Art

The state of the automatic-identification industry can be understood in terms of (i) the different classes of bar code symbologies that have been developed and adopted by the industry, and (ii) the kinds of apparatus developed and used to read such bar code symbologies in various user environments.

In general, there are currently three major classes of bar code symbologies, namely: one dimensional (1D) bar code symbologies, such as UPC/EAN, Code 39, etc.; 1D stacked bar code symbologies, Code 49, PDF417, etc.; and two-dimensional (2D) data matrix symbologies.

One Dimensional optical bar code readers are well known in the art. Examples of such readers include readers of the Metrologic Voyager® Series Laser Scanner manufactured by Metrologic Instruments, Inc. Such readers include processing circuits that are able to read one dimensional (1D) linear bar code symbologies, such as the UPC/EAN code, Code 39, etc., that are widely used in supermarkets. Such 1D linear symbologies are characterized by data that is encoded along a single axis, in the widths of bars and spaces, so that such symbols can be read from a single scan along that axis, provided that the symbol is imaged with a sufficiently high resolution along that axis.

In order to allow the encoding of larger amounts of data in a single bar code symbol, a number of 1D stacked bar code symbologies have been developed, including Code 49, as described in U.S. Pat. No. 4,794,239 (Allais), and PDF417, as described in U.S. Pat. No. 5,340,786 (Pavlidis, et al.). Stacked symbols partition the encoded data into multiple rows, each including a respective 1D bar code pattern, all or most of all of which must be scanned and decoded, then linked together to form a complete message. Scanning still requires relatively high resolution in one dimension only, but multiple linear scans are needed to read the whole symbol.

The third class of bar code symbologies, known as 2D matrix symbologies offer orientation-free scanning and greater data densities and capacities than their 1D counterparts. In 2D matrix codes, data is encoded as dark or light data elements within a regular polygonal matrix, accompanied by graphical finder, orientation and reference structures. When scanning 2D matrix codes, the horizontal and vertical relationships of the data elements are recorded with about equal resolution.

In order to avoid having to use different types of optical readers to read these different types of bar code symbols, it is desirable to have an optical reader that is able to read symbols of any of these types, including their various subtypes, inter-

2

changeably and automatically. More particularly, it is desirable to have an optical reader that is able to read all three of the above-mentioned types of bar code symbols, without human intervention, i.e., automatically. This is turn, requires that the reader have the ability to automatically discriminate between and decode bar code symbols, based only on information read from the symbol itself. Readers that have this ability are referred to as "auto-discriminating" or having an "auto-discrimination" capability.

If an auto-discriminating reader is able to read only 1D bar code symbols (including their various subtypes), it may be said to have a 1D auto-discrimination capability. Similarly, if it is able to read only 2D bar code symbols, it may be said to have a 2D auto-discrimination capability. If it is able to read both 1D and 2D bar code symbols interchangeably, it may be said to have a 1D/2D auto-discrimination capability. Often, however, a reader is said to have a 1D/2D auto-discrimination capability even if it is unable to discriminate between and decode 1D stacked bar code symbols.

Optical readers that are capable of 1D auto-discrimination are well known in the art. An early example of such a reader is Metrologic's VoyagerCG® Laser Scanner, manufactured by Metrologic Instruments, Inc.

Optical readers, particularly hand held optical readers, that are capable of 1D/2D auto-discrimination and based on the use of an asynchronously moving 1D image sensor, are described in U.S. Pat. Nos. 5,288,985 and 5,354,977, which applications are hereby expressly incorporated herein by reference. Other examples of hand held readers of this type, based on the use of a stationary 2D image sensor, are described in U.S. Pat. Nos. 6,250,551; 5,932,862; 5,932,741; 5,942,741; 5,929,418; 5,914,476; 5,831,254; 5,825,006; 5,784,102, which are also hereby expressly incorporated herein by reference.

Optical readers, whether of the stationary or movable type, usually operate at a fixed scanning rate, which means that the readers are designed to complete some fixed number of scans during a given amount of time. This scanning rate generally has a value that is between 30 and 200 scans/sec for 1D readers. In such readers, the results the successive scans are decoded in the order of their occurrence.

Imaging-based bar code symbol readers have a number advantages over laser scanning based bar code symbol readers, namely: they are more capable of reading stacked 2D symbologies, such as the PDF417 symbology; more capable of reading matrix 2D symbologies, such as the Data Matrix symbology; more capable of reading bar codes regardless of their orientation; have lower manufacturing costs; and have the potential for use in other applications, which may or may not be related to bar code scanning, such as OCR, security systems, et.

Prior art imaging-based bar code symbol readers suffer from a number of additional shortcomings and drawbacks.

Most prior art hand held optical reading devices can be reprogrammed by reading bar codes from a bar code programming menu or with use of a local host processor as taught in U.S. Pat. No. 5,929,418. However, these devices are generally constrained to operate within the modes in which they have been programmed to operate, either in the field or on the bench, before deployment to end-user application environments. Consequently, the statically-configured nature of such prior art imaging-based bar code reading systems has limited their performance.

Prior art imaging-based bar code symbol readers with integrated illumination subsystems also support a relatively short

HONEYWELL-00192966

JA2667

US 7,472,831 B2

**3**

range of the optical depth of field. This limits the capabilities of such systems from reading big or highly dense bar code labels.

Prior art imaging-based bar code symbol readers generally require separate apparatus for producing a visible aiming beam to help the user to aim the camera's field of view at the bar code label on a particular target object.

Prior art imaging-based bar code symbol readers generally require capturing multiple frames of image data of a bar code symbol, and special apparatus for synchronizing the decoding process with the image capture process within such readers, as required in U.S. Pat. Nos. 5,932,862 and 5,942,741 assigned to Welch Allyn, Inc.

Prior art imaging-based bar code symbol readers generally require large arrays of LEDs in order to flood the field of view within which a bar code symbol might reside during image capture operations, oftentimes wasting larges amounts of electrical power which can be significant in portable or mobile imaging-based readers.

Prior art imaging-based bar code symbol readers generally require processing the entire pixel data set of capture images to find and decode bar code symbols represented therein.

Many prior art Imaging-Based Bar Code Symbol Readers require the use of decoding algorithms that seek to find the orientation of bar code elements in a captured image by finding and analyzing the code words of 2-D bar code symbologies represented therein.

Some prior art imaging-based bar code symbol readers generally require the use of a manually-actuated trigger to actuate the image capture and processing cycle thereof.

Prior art imaging-based bar code symbol readers generally require separate sources of illumination for producing visible aiming beams and for producing visible illumination beams used to flood the field of view of the bar code reader.

Prior art imaging-based bar code symbol readers generally utilize during a single image capture and processing cycle, and a single decoding methodology for decoding bar code symbols represented in captured images.

Some prior art imaging-based bar code symbol readers require exposure control circuitry integrated with the image detection array for measuring the light exposure levels on selected portions thereof.

Also, many imaging-based readers also require processing portions of captured images to detect the image intensities thereof and determine the reflected light levels at the image detection component of the system, and thereafter to control the LED-based illumination sources to achieve the desired image exposure levels at the image detector.

Prior art imaging-based bar code symbol readers employing integrated illumination mechanisms control image brightness and contrast by controlling the time the image sensing device is exposed to the light reflected from the imaged objects. While this method has been proven for the CCD-based bar code scanners, it is not suitable, however, for the CMOS-based image sensing devices, which require a more sophisticated shuttering mechanism, leading to increased complexity, less reliability and, ultimately, more expensive bar code scanning systems.

Prior art imaging-based bar code symbol readers generally require the use of tables and bar code menus to manage which decoding algorithms are to be used within any particular mode of system operation to be programmed by reading bar code symbols from a bar code menu.

Finally, as a result of limitations in the mechanical, electrical, optical, and software design of prior art imaging-based bar code symbol readers, such prior art readers generally (i) fail to enable users to read high-density 1D bar codes with the

**4**

ease and simplicity of laser scanning based bar code symbol readers, and also 2D symbologies, such as PDF417 and Data Matrix, and (ii) are incapable of use in OCR and OCV, security applications, etc.

Thus, there is a great need in the art for an improved method of and apparatus for reading bar code symbols using image capture and processing techniques which avoid the shortcomings and drawbacks of prior art methods and apparatus.

## OBJECTS AND SUMMARY OF THE PRESENT INVENTION

Accordingly, a primary object of the present invention is to provide a novel method of and system for enabling the reading of 1D and 2D bar code symbologies using image capture and processing based systems and devices, which avoid the shortcomings and drawbacks of prior art methods and apparatus.

Another object of the present invention is to provide a novel hand-supportable digital Imaging-Based Bar Code Symbol Reader capable of automatically reading 1D and 2D bar code symbologies using the state-of-the art imaging technology, and at the speed and with the reliability achieved by conventional laser scanning bar code symbol readers.

Another object of the present invention is to provide a novel hand-supportable digital Imaging-Based Bar Code Symbol Reader that is capable of reading stacked 2D symbologies such as PDF417, as well as Data Matrix.

Another object of the present invention is to provide a novel hand-supportable digital Imaging-Based Bar Code Symbol Reader that is capable of reading bar codes independent of their orientation with respect to the reader.

Another object of the present invention is to provide a novel hand-supportable digital Imaging-Based Bar Code Symbol Reader that is capable of reading high-density bar codes, as simply and effectively as "flying-spot" type laser scanners do.

Another object of the present invention is to provide a hand-supportable Imaging-Based Bar Code Symbol Reader capable of reading 1D and 2D bar code symbologies in a manner as convenient to the end users as when using a conventional laser scanning bar code symbol reader.

Another object of the present invention is to provide a hand-supportable Imaging-Based Bar Code Symbol Reader having an integrated LED-Based Multi-Mode Illumination Subsystem for generating a illumination beam for aiming on a target object and illuminating a 1D bar code symbol aligned therewith during an image capture mode of the system.

Another object of the present invention is to provide a method and system to ensure coincident camera and auto exposure optical axis in a digital imaging-based bar code symbol reading device.

Another object of the present invention is to provide a hand-supportable Imaging-Based Bar Code Symbol Reader employing a CMOS-type image sensing array using global exposure control techniques.

Another object of the present invention is to provide a hand-supportable Imaging-Based Bar Code Symbol Reader employing a continuously operating Automatic Light Exposure Measurement and Illumination Control Subsystem.

Another object of the present invention is to provide a hand-supportable Imaging-Based Bar Code Symbol Reader employing a Multi-Mode LED-Based Illumination Subsystem.

Another object of the present invention is to provide a hand-supportable Imaging-Based Bar Code Symbol Reading

HONEYWELL-00192967

JA2668

US 7,472,831 B2

5

System employing an integrated LED-Based Multi-Mode Illumination Subsystem driven by an Automatic Light Exposure Measurement and Illumination Control Subsystem responsive to control activation signals generated by a CMOS image sensing array and an IR-based Object Presence and Range Detection Subsystem during object illumination and image capturing operations.

Another object of the present invention is to provide a hand-supportable Imaging-Based Bar Code Symbol Reader employing a CMOS image sensing array which activates LED illumination driver circuitry to expose a target object to narrowly-tuned LED-based illumination when all of rows of pixels in said CMOS image sensing array are in a state of integration, thereby capturing high quality images independent of the relative motion between said bar code reader and the target object.

Another object of the present invention is to provide a hand-supportable Imaging-Based Bar Code Reading System employing a mechanism of controlling the image brightness and contrast by controlling the time the illumination subsystem illuminates the target object, thus, avoiding the need for a complex shuttering mechanism for CMOS-based image sensing arrays employed therein.

Another object of the present invention is to provide a hand-supportable Imaging-Based Bar Code Symbol Reader having an integrated Multi-Mode Illumination Subsystem that supports an optical depth of field larger than conventional imaging-based bar code symbol readers.

These and other objects of the present invention will become more apparently understood hereinafter and in the claims to invention appended hereto.

BRIEF DESCRIPTION OF THE DRAWINGS OF PRESENT INVENTION

For a more complete understanding of how to practice the Objects of the Present Invention, the following Detailed Description of the Illustrative Embodiments can be read in conjunction with the accompanying Drawings, briefly described below.

FIG. 1A is a rear perspective view of the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the first illustrative embodiment of the present invention;

FIG. 1B is an front perspective view of the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the first illustrative embodiment of the present invention;

FIG. 1C is an elevated left side view of the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the first illustrative embodiment of the present invention;

FIG. 1D is an elevated right side view of the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the first illustrative embodiment of the present invention;

FIG. 1E is an elevated rear view of the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the first illustrative embodiment of the present invention;

FIG. 1F is an elevated front view of the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the first illustrative embodiment of the present invention, showing components associated with its illumination subsystem and its image capturing subsystem;

FIG. 1G is a bottom view of the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the first illustrative embodiment of the present invention;

6

FIG. 1H is a top rear view of the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the first illustrative embodiment of the present invention;

FIG. 1I is a first perspective exploded view of the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the first illustrative embodiment of the present invention;

FIG. 1J is a second perspective exploded view of the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the first illustrative embodiment of the present invention;

FIG. 1K is a third perspective exploded view of the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the first illustrative embodiment of the present invention;

FIG. 2A1 is a schematic block diagram representative of a system design for the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device illustrated in FIGS. 1A through 1L, wherein the system design is shown comprising (1) a Multi-Mode Area-Type Image Formation and Detection (i.e. Camera) Subsystem having image formation (camera) optics for producing a field of view (FOV) upon an object to be imaged and a CMOS or like area-type image sensing array for detecting imaged light reflected off the object during illumination operations in either (i) a narrow-area image capture mode in which a few central rows of pixels on the image sensing array are enabled, or (ii) a wide-area image capture mode in which all rows of the image sensing array are enabled, (2) a Multi-Mode LED-Based Illumination Subsystem for producing narrow and wide area fields of narrow-band illumination within the FOV of the Image Formation And Detection Subsystem during narrow and wide area modes of image capture, respectively, so that only light transmitted from the Multi-Mode Illumination Subsystem and reflected from the illuminated object and transmitted through a narrow-band transmission-type optical filter realized within the hand-supportable housing (i.e. using a red-wavelength high-pass reflecting window filter element disposed at the light transmission aperture thereof and a low-pass filter before the image sensor) is detected by the image sensor and all other components of ambient light are substantially rejected, (3) an IR-based object presence and range detection subsystem for producing an IR-based object detection field within the FOV of the Image Formation and Detection Subsystem, (4) an Automatic Light Exposure Measurement and Illumination Control Subsystem for controlling the operation of the LED-Based Multi-Mode Illumination Subsystem, (5) an Image Capturing and Buffering Subsystem for capturing and buffering 2-D images detected by the Image Formation and Detection Subsystem, (6) a Multimode Image-Processing Based Bar Code Symbol Reading Subsystem for processing images captured and buffered by the Image Capturing and Buffering Subsystem and reading 1D and 2D bar code symbols represented, and (7) an Input/Output Subsystem for outputting processed image data and the like to an external host system or other information receiving or responding device, in which each said subsystem component is integrated about (8) a System Control Subsystem, as shown;

FIG. 2A2 is a schematic block representation of the multi-Mode Image-Processing Based Bar Code Symbol Reading Subsystem, realized using the three-tier computing platform illustrated in FIG. 2B;

FIG. 2B is schematic diagram representative of a system implementation for the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device illustrated in FIGS. 1A through 2A2, wherein the system implementation is shown comprising (1) an illumination board 33 carrying com-

HONEYWELL-00192968

JA2669

US 7,472,831 B2

7

ponents realizing electronic functions performed by the Multi-Mode LED-Based Illumination Subsystem and the Automatic Light Exposure Measurement And Illumination Control Subsystem, (2) a CMOS camera board carrying a high resolution (1280×1024 8-bit 6 micron pixel size) CMOS image sensor array running at 25 Mhz master clock, at 7 frames/second at 1280*1024 resolution with randomly accessible region of interest (ROI) window capabilities, realizing electronic functions performed by the multi-mode area-type Image Formation and Detection Subsystem, (3) a CPU board (i.e. computing platform) including (i) an Intel Sabinal 32-Bit Microprocessor PXA210 running at 200 Mhz 1.0 core voltage with a 16 bit 100 Mhz external bus speed, (ii) an expandable (e.g. 8+ megabyte) Intel J3 Asynchronous 16-bit Flash memory, (iii) an 16 Megabytes of 100 MHz SDRAM, (iv) an Xilinx Spartan II FPGA FIFO **39** running at 50 Mhz clock frequency and 60 MB/Sec data rate, configured to control the camera timings and drive an image acquisition process, (v) a multimedia card socket, for realizing the other subsystems of the system, (vi) a power management module for the MCU adjustable by the system bus, and (vii) a pair of UARTs (one for an IRDA port and one for a JTAG port), (4) an interface board for realizing the functions performed by the I/O subsystem, and (5) an IR-based object presence and range detection circuit for realizing the IR-based Object Presence And Range Detection Subsystem;

FIG. **3A** is a schematic representation showing the spatial relationships between the near and far and narrow and wide area fields of narrow-band illumination within the FOV of the Multi-Mode Image Formation and Detection Subsystem during narrow and wide area image capture modes of operation;

FIG. **3B** is a perspective partially cut-away view of the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the first illustrative embodiment, showing the LED-Based Multi-Mode Illumination Subsystem transmitting visible narrow-band illumination through its narrowband transmission-type optical filter system and illuminating an object with such narrow-band illumination, and also showing the image formation optics, including the low pass filter before the image sensing array, for collecting and focusing light rays reflected from the illuminated object, so that an image of the object is formed and detected using only the optical components of light contained within the narrowband of illumination, while all other components of ambient light are substantially rejected before image detection at the image sensing array;

FIG. **3C** is a schematic representation showing the geometrical layout of the optical components used within the hand-supportable Digital Imaging-Based Bar Code Reading Device of the first illustrative embodiment, wherein the red-wavelength reflecting high-pass lens element is positioned at the imaging window of the device before the image formation lens elements, while the low-pass filter is disposed before the image sensor of between the image formation elements, so as to image the object at the image sensing array using only optical components within the narrow-band of illumination, while rejecting all other components of ambient light;

FIG. **3D** is a schematic representation of the image formation optical subsystem employed within the hand-supportable Digital Imaging-Based Bar Code Reading Device of the first illustrative embodiment, wherein all three lenses are made as small as possible (with a maximum diameter of 12 mm), all have spherical surfaces, all are made from common glass, e.g. LAK2 (~LaK9), ZF10 (~SF8), LAF2 (~LaF3);

FIG. **3E** is a schematic representation of the lens holding assembly employed in the image formation optical subsystem of the hand-supportable Digital Imaging-Based Bar Code

8

Reading Device of the first illustrative embodiment, showing a two-piece barrel structure which holds the lens elements, and a base structure which holds the image sensing array, wherein the assembly is configured so that the barrel structure slides within the base structure so as to focus the assembly;

FIG. **3F1** is a first schematic representation showing, from a side view, the physical position of the LEDs used in the Multi-Mode Illumination Subsystem, in relation to the image formation lens assembly, the image sensing array employed therein (e.g. a Motorola MCM20027 or National Semiconductor LM9638 CMOS 2-D image sensing array having a 1280×1024 pixel resolution (½" format), 6 micron pixel size, 13.5 Mhz clock rate, with randomly accessible region of interest (ROI) window capabilities);

FIG. **3F2** is a second schematic representation showing, from an axial view, the physical layout of the LEDs used in the Multi-Mode Illumination Subsystem of the Digital Imaging-Based Bar Code Reading Device, shown in relation to the image formation lens assembly, and the image sensing array employed therein;

FIG. **3G** is a flow chart describing the steps involved in determining the Depth of Field (DOF) of the image formation optics assembly employed in the bar code reading system of the present invention;

FIG. **4A** is a schematic representation of the Depth of Field Chart used in the design of the image formation optics in the Digital Imaging-Based Bar Code Reading Device, wherein image formation lens resolution characteristics are plotted against the pixel limits of the image sensing array;

FIG. **4B** is graphical chart illustrating the performance of the image formation optics of the Digital Imaging-Based Bar Code Reading Device of the present invention, plotting object distance (centimeters) against MTF values of image formation optics;

FIG. **4C** is a schematic representation illustrating the Depth of Field of the image formation optics of the Digital Imaging-Based Bar Code Reading Device of the present invention, measured in millimeters, and showing the narrowest bar code element dimension that can be measured over particular regions within its Depth of Field;

FIG. **4D** shows a DOF chart that plots the resolution of the image formation optics, indicating only the optical performance of the subsystem;

FIG. **4E** graphically illustrates how to read off the DOF for a certain mil size code, considering only the optical performance of the image formation optics of the Image Formation and Detection Subsystem;

FIG. **4F** shows the 1.4 and 1.6 pixel sampling limits plotted on the same axes as the optical performance curve for a fixed focal length reader (as they are functions of object distance);

FIG. **4G** graphically illustrates how to determine the composite DOF curve of the Image Formation and Detection Subsystem, considering optical performance and sampling limit together, for the 1.6 pixel case;

FIG. **4H** graphically illustrates how to read off the DOF for a certain mil size code, considering optical performance and sampling limit together, for the 1.6 pixel case;

FIGS. **4I1** through **4I3**, taken together, show an exemplary computer program written in ZPL (Zemax Programming Language) and capable of generating the composite DOF chart;

FIG. **5A1** is a schematic representation specifying the range of narrow-area illumination, near-field wide-area illumination, and far-field wide-area illumination produced from the LED-Based Multi-Mode Illumination Subsystem employed in the hand-supportable Digital Imaging-Based Bar Code Reading Device of the present invention;

HONEYWELL-00192969

JA2670

US 7,472,831 B2

9                                                                10

FIG. **5A2** is a table specifying the geometrical properties and characteristics of each illumination mode supported by the LED-Based Multi-Mode Illumination Subsystem employed in the hand-supportable Digital Imaging-Based Bar Code Reading Device of the present invention;

FIG. **5B** is a schematic representation illustrating the physical arrangement of LED light sources associated with the narrow-area illumination array and the near-field and far-field wide-area illumination arrays employed in the Digital Imaging-Based Bar Code Reading Device of the present invention, wherein the LEDs in the far-field wide-area illuminating arrays are located behind spherical lenses, the LEDs in the narrow-area illuminating array are disposed behind cylindrical lenses, and the LEDs in the near-field wide-area illuminating array are unlensed in the first illustrative embodiment of the Digital Imaging-Based Bar Code Reading Device;

FIG. **5C1** is graphical representation showing the Lambertian emittance versus wavelength characteristics of the LEDs used to implement the narrow-area illumination array in the Multi-Mode Illumination Subsystem of the present invention;

FIG. **5C2** is graphical representation showing the Lambertian emittance versus polar angle characteristics of the LEDs used to implement the narrow-area illumination array in the Multi-Mode Illumination Subsystem of the present invention;

FIG. **5C3** is schematic representation of the cylindrical lenses used before the LEDs in the narrow-area (linear) illumination arrays in the Digital Imaging-Based Bar Code Reading Device of the present invention, wherein the first surface of the cylindrical lens is curved vertically to create a narrow-area (i.e. linear) illumination pattern, and the second surface of the cylindrical lens is curved horizontally to control the height of the of the narrow-area illumination pattern to produce a narrow-area (i.e. linear) illumination field;

FIG. **5C4** is a schematic representation of the layout of the pairs of LEDs and two cylindrical lenses used to implement the narrow-area (linear) illumination array employed in the Digital Imaging-Based Bar Code Reading Device of the present invention;

FIG. **5C5** is a set of six illumination profiles for the narrow-area (linear) illumination fields produced by the narrow-area (linear) illumination array employed in the Digital Imaging-Based Bar Code Reading Device of the illustrative embodiment, taken at 30, 40, 50, 80, 120, and 220 millimeters along the field away from the imaging window (i.e. working distance) of the Digital Imaging-Based Bar Code Reading Device, illustrating that the spatial intensity of the narrow-area illumination field begins to become substantially uniform at about 80 millimeters;

FIG. **5D1** is graphical representation showing the Lambertian emittance versus wavelength characteristics of the LEDs used to implement the wide area illumination arrays employed in the Digital Imaging-Based Bar Code Reading Device of the present invention;

FIG. **5D2** is graphical representation showing the Lambertian emittance versus polar angle characteristics of the LEDs used to implement the far-field and near-field wide-area illumination arrays employed in the Digital Imaging-Based Bar Code Reading Device of the present invention;

FIG. **5D3** is schematic representation of the plano-convex lenses used before the LEDs in the far-field wide-area illumination arrays in the illumination subsystem of the present invention;

FIG. **5D4** is a schematic representation of the layout of LEDs and plano-convex lenses used to implement the far and narrow wide-area illumination array employed in the Digital Imaging-Based Bar Code Reading Device of the present invention, wherein the illumination beam produced therefrom is aimed by positioning the lenses at angles before the LEDs in the near-field (and far-field) wide-area illumination arrays employed therein;

FIG. **5D5** is a set of six illumination profiles for the near-field wide-area illumination fields produced by the near-field wide-area illumination arrays employed in the Digital Imaging-Based Bar Code Reading Device of the illustrative embodiment, taken at 10, 20, 30, 40, 60, and 100 millimeters along the field away from the imaging window (i.e. working distance) of the Digital Imaging-Based Bar Code Reading Device, illustrating that the spatial intensity of the near-field wide-area illumination field begins to become substantially uniform at about 40 millimeters;

FIG. **5D6** is a set of three illumination profiles for the far-field wide-area illumination fields produced by the far-field wide-area illumination arrays employed in the Digital Imaging-Based Bar Code Reading Device of the illustrative embodiment, taken at 100, 150 and 220 millimeters along the field away from the imaging window (i.e. working distance) of the Digital Imaging-Based Bar Code Reading Device, illustrating that the spatial intensity of the far-field wide-area illumination field begins to become substantially uniform at about 100 millimeters;

FIG. **5D7** is a table illustrating a preferred method of calculating the pixel intensity value for the center of the far-field wide-area illumination field produced from the Multi-Mode Illumination Subsystem employed in the Digital Imaging-Based Bar Code Reading Device of the present invention, showing a significant signal strength (greater than 80 DN);

FIG. **6A1** is a schematic representation showing the red-wavelength reflecting (high-pass) imaging window integrated within the hand-supportable housing of the Digital Imaging-Based Bar Code Reading Device, and the low-pass optical filter disposed before its CMOS image sensing array there within, cooperate to form a narrow-band optical filter subsystem for transmitting substantially only the very narrow band of wavelengths (e.g. 620-700 nanometers) of visible illumination produced from the Multi-Mode Illumination Subsystem employed in the Digital Imaging-Based Bar Code Reading Device, and rejecting all other optical wavelengths outside this narrow optical band however generated (i.e. ambient light sources);

FIG. **6A2** is schematic representation of transmission characteristics (energy versus wavelength) associated with the low-pass optical filter element disposed after the red-wavelength reflecting high-pass imaging window within the hand-supportable housing of the Digital Imaging-Based Bar Code Reading Device, but before its CMOS image sensing array, showing that optical wavelengths below 620 nanometers are transmitted and wavelengths above 620 nm are substantially blocked (e.g. absorbed or reflected);

FIG. **6A3** is schematic representation of transmission characteristics (energy versus wavelength) associated with the red-wavelength reflecting high-pass imaging window integrated within the hand-supportable housing of the Digital Imaging-Based Bar Code Reading Device of the present invention, showing that optical wavelengths above 700 nanometers are transmitted and wavelengths below 700 nm are substantially blocked (e.g. absorbed or reflected);

FIG. **6A4** is a schematic representation of the transmission characteristics of the narrow-based spectral filter subsystem integrated within the hand-supportable Imaging-Based Bar Code Symbol Reading Device of the present invention, plotted against the spectral characteristics of the LED-emissions

HONEYWELL-00192970

JA2671

US 7,472,831 B2

11

produced from the Multi-Mode Illumination Subsystem of the illustrative embodiment of the present invention;

FIG. 7A is a schematic representation showing the geometrical layout of the spherical/parabolic light reflecting/collecting mirror and photodiode associated with the Automatic Light Exposure Measurement and Illumination Control Subsystem, and arranged within the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the illustrative embodiment, wherein incident illumination is collected from a selected portion of the center of the FOV of the system using a spherical light collecting mirror, and then focused upon a photodiode for detection of the intensity of reflected illumination and subsequent processing by the Automatic Light Exposure Measurement and Illumination Control Subsystem, so as to then control the illumination produced by the LED-based Multi-Mode Illumination Subsystem employed in the Digital Imaging-Based Bar Code Reading Device of the present invention;

FIG. 7A1 is a schematic representation showing the geometrical layout of the mirrored beam splitter and photodiode associated with the Automatic Light Exposure Measurement and Illumination Control Subsystem, and arranged within the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the illustrative embodiment, wherein illumination is directed from the center of the FOV of the system to a mirrored beam splitter, and a portion of the illumination is transmitted through the beam splitter and focused upon a photodiode for detection of the intensity of reflected illumination and subsequent processing by the Automatic Light Exposure Measurement and Illumination Control Subsystem, so as to then control the illumination produced by the LED-based Multi-Mode Illumination Subsystem employed in the Digital Imaging-Based Bar Code Reading Device of the present invention;

FIG. 7A2 is a schematic representation showing the geometrical layout of the cube-type beam splitter and photodiode associated with the Automatic Light Exposure Measurement and Illumination Control Subsystem, and arranged within the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the illustrative embodiment, wherein illumination is directed from the center of the FOV of the system to a cube-type beam splitter, and a portion of the illumination is transmitted through the beam splitter and focused upon a photodiode for detection of the intensity of reflected illumination and subsequent processing by the Automatic Light Exposure Measurement and Illumination Control Subsystem, so as to then control the illumination produced by the LED-based Multi-Mode Illumination Subsystem employed in the Digital Imaging-Based Bar Code Reading Device of the present invention;

FIG. 7B is a schematic diagram of the Automatic Light Exposure Measurement and Illumination Control Subsystem employed in the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the present invention, wherein illumination is collected from the center of the FOV of the system and automatically detected so as to generate a control signal for driving, at the proper intensity, the narrow-area illumination array as well as the far-field and narrow-field wide-area illumination arrays of the Multi-Mode Illumination Subsystem, so that the CMOS image sensing array produces digital images of illuminated objects of sufficient brightness;

FIG. 7C is a schematic diagram of a hybrid analog/digital circuit designed to implement the Automatic Light Exposure Measurement and Illumination Control Subsystem of FIG. 7B employed in the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the present invention;

12

FIG. 7D is a schematic diagram showing that, in accordance with the principles of the present invention, the CMOS image sensing array employed in the Digital Imaging-Based Bar Code Reading Device of the illustrative embodiment, once activated by the System Control Subsystem (or directly by the trigger switch), and when all rows in the image sensing array are in a state of integration operation, automatically activates the Automatic Light Exposure Measurement and Illumination Control Subsystem which, in response thereto, automatically activates the LED illumination driver circuitry to automatically drive the appropriate LED illumination arrays associated with the Multi-Mode Illumination Subsystem in a precise manner and globally expose the entire CMOS image detection array with narrowly tuned LED-based illumination when all of its rows of pixels are in a state of integration, and thus have a common integration time, thereby capturing high quality images independent of the relative motion between the bar code reader and the object;

FIGS. 7E1 and 7E2, taken together, set forth a flow chart describing the steps involved in carrying out the global exposure control method of the present invention, within the Digital Imaging-Based Bar Code Reading Device of the illustrative embodiment;

FIG. 8 is a schematic block diagram of the IR-based automatic Object Presence and Range Detection Subsystem employed in the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the present invention, wherein a first range indication control signal is generated upon detection of an object within the near-field region of the Multi-Mode Illumination Subsystem, and wherein a second range indication control signal is generated upon detection of an object within the far-field region of the Multi-Mode Illumination Subsystem;

FIG. 9 is a schematic representation of the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the present invention, showing that its CMOS image sensing array is operably connected to its microprocessor through a FIFO (realized by way of a FPGA) and a system bus, and that its SDRAM is also operably connected to the microprocessor by way of the system bus, enabling the mapping of pixel data captured by the imaging array into the SDRAM under the control of the direct memory access (DMA) module within the microprocessor;

FIG. 10 is a schematic representation showing how the bytes of pixel data captured by the CMOS imaging array within the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the present invention, are mapped into the addressable memory storage locations of its SDRAM during each image capture cycle carried out within the device;

FIG. 11 is a schematic representation showing the software modules associated with the three-tier software architecture of the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the present invention, namely: the Main Task module, the CodeGate Task module, the Metroset Task module, the Application Events Manager module, the User Commands Table module, and the Command Handler module residing with the Application layer of the software architecture; the Tasks Manager module, the Events Dispatcher module, the Input/Output Manager module, the User Commands Manager module, the Timer Subsystem module, the Input/Output Subsystem module and the Memory Control Subsystem module residing with the System Core (SCORE) layer of the software architecture; and the Linux Kernal module, the Linux File System module, and Device Drivers modules residing within the Linux Operating System (OS) layer of the software architecture;

HONEYWELL-00192971

JA2672

US 7,472,831 B2

13

FIG. **12**A is a schematic representation of the Events Dispatcher software module which provides a means of signaling and delivering events to the Application Events Manager, including the starting of a new task, stopping a currently running task, doing something, or doing nothing and ignoring the event;

FIG. **12**B is a Table listing examples of System-Defined Events which can occur and be dispatched within the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the present invention, namely: SCORE_EVENT_POWER_UP which signals the completion of system start-up and involves no parameters; _SCORE_EVENT_TIMEOUT which signals the timeout of the logical timer, and involves the parameter "pointer to timer id"; SCORE_EVENT_UNEXPECTED_ INPUT which signals that the unexpected input data is available and involves the parameter "pointer to connection id"; SCORE_EVENT_ TRIG_ON which signals that the user pulled the trigger switch and involves no parameters; SCORE_EVENT_ TRIG_OFF which signals that the user released the trigger switch and involves no parameters; SCORE_EVENT_OBJECT_DETECT_ON which signals that the object is positioned under the bar code reader and involves no parameters; SCORE_EVENT_OBJECT_DE-TECT_OFF which signals that the object is removed from the field of view of the bar code reader and involves no parameters; SCORE_EVENT_ EXIT_TASK which signals the end of the task execution and involves the pointer UTID; and SCORE_EVENT_ ABORT_ TASK which signals the aborting of a task during execution;

FIG. **12**C is a schematic representation of the Tasks Manager software module which provides a means for executing and stopping application specific tasks (i.e. threads);

FIG. **12**D is a schematic representation of the Input/Output Manager software module (i.e. Input/Output Subsystem), which runs in the background and monitors activities of external devices and user connections, and signals appropriate events to the Application Layer, which such activities are detected;

FIGS. **12**E1 and **12**E2 set forth a schematic representation of the Input/Output Subsystem software module which provides a means for creating and deleting input/output connections, and communicating with external systems and devices;

FIGS. **12**F1 and **12**F2 set forth a schematic representation of the Timer Subsystem which provides a means for creating, deleting, and utilizing logical timers;

FIGS. **12**G1 and **12**G2 set forth a schematic representation of the Memory Control Subsystem which provides an interface for managing the thread-level dynamic memory with the device, fully compatible with standard dynamic memory management functions, as well as a means for buffering collected data;

FIG. **12**H is a schematic representation of the User Commands Manager which provides a standard way of entering user commands, and executing application modules responsible for handling the same;

FIG. **12**I is a schematic representation of the Device Driver software modules, which includes trigger switch drivers for establishing a software connection with the hardware-based manually-actuated trigger switch employed on the Digital Imaging-Based Bar Code Reading Device, an image acquisition driver for implementing image acquisition functionality aboard the Digital Imaging-Based Bar Code Reading Device, and an IR driver for implementing object detection functionality aboard the Imaging-Based Bar Code Symbol Reading Device;

14

FIG. **13**A is an exemplary flow chart representation showing how when the user points the bar code reader towards a bar code symbol, the IR device drivers detect that object within the field, and then wakes up the Input/Output Manager software module at the System Core Layer;

FIG. **13**B is an exemplary flow chart representation showing how upon detecting an object, the Input/Output Manager posts the SCORE_OBJECT_DETECT_ON event to the Events Dispatcher software module;

FIG. **13**C is an exemplary flow chart representation showing how, in response to detecting an object, the Events Dispatcher software module passes the SCORE_OBJECT_DE-TECT_ON event to the Application Layer;

FIG. **13**D is an exemplary flow chart representation showing how upon receiving the SCORE_OBJECT_DETECT_ ON event at the Application Layer, the Application Events Manager executes an event handling routine which activates the narrow-area illumination array associated with the Multi-Mode Illumination Subsystem, and executes the CodeGate Task described in FIG. **13**E;

FIG. **13**E is an exemplary flow chart representation showing how what operations are carried out when the CodeGate Task is executed within the Application Layer;

FIG. **13**F is an exemplary flow chart representation showing how, when the user pulls the trigger switch on the bar code reader while the Code Task is executing, the trigger device driver wakes up the Input/Output Manager at the System Core Layer;

FIG. **13**G is an exemplary flow chart representation showing how, in response to waking up, the Input/Output Manager posts the SCORE_TRIGGER_ON event to the Events Dispatcher;

FIG. **13**H is an exemplary flow chart representation showing how the Events Dispatcher passes on the SCORE_TRIG-GER_ON event to the Application Events Manager at the Application Layer;

FIG. **13**I is an exemplary flow chart representation showing how the Application Events Manager responds to the SCORE_TRIGGER_ON event by invoking a handling routine within the Task Manager at the System Core Layer which deactivates the narrow-area illumination array associated with the Multi-Mode Illumination Subsystem, cancels the CodeGate Task, and executes the Main Task;

FIG. **13**J is an exemplary flow chart representation showing what operations are carried out when the Main Task is executed within the Application Layer;

FIG. **13**K is an exemplary flow chart representation showing what operations are carried out when the Data Output Procedure, called in the Main Task, is executed within the Input/Output Subsystem software module in the Application Layer;

FIG. **13**L is an exemplary flow chart representation showing decoded symbol character data being sent from the Input/Output Subsystem to the Device Drivers within the Linux OS Layer of the system;

FIG. **13**M is a flow chart describing a novel method of generating wide-area illumination, for use during the Main Task routine so as to illuminate objects with a wide-area illumination field in a manner, which substantially reduces specular-type reflection at the CMOS image sensing array in the Digital Imaging-Based Bar Code Reading Device of the present invention;

FIG. **14** is a table listing various bar code symbologies supported by the Multi-Mode Bar Code Symbol Reading Subsystem module employed within the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the present invention;

HONEYWELL-00192972

US 7,472,831 B2

15

FIG. 15 is a table listing the four primary modes in which the Multi-Mode Bar Code Symbol Reading Subsystem module can be programmed to operate, namely: the Automatic Mode wherein the Multi-Mode Bar Code Symbol Reading Subsystem is configured to automatically process a captured frame of digital image data so as to search for one or more bar codes represented therein in an incremental manner, and to continue searching until the entire image is processed; the Manual Mode wherein the Multi-Mode Bar Code Symbol Reading Subsystem is configured to automatically process a captured frame of digital image data, starting from the center or sweep spot of the image at which the user would have aimed the bar code reader, so as to search for (i.e. find) one or more bar code symbols represented therein, by searching in a helical manner through frames or blocks of extracted image feature data and marking the same and processing the corresponding raw digital image data until a bar code symbol is recognized/read within the captured frame of) image data; the ROI-Specific Mode wherein the Multi-Mode Bar Code Symbol Reading Subsystem is configured to automatically process a specified "region of interest" (ROI) in a captured frame of digital image data so as to search for one or more bar codes represented therein, in response to coordinate data specifying the location of the bar code within the field of view of the multi-mode image formation and detection system; the NoFinder Mode wherein the Multi-Mode Bar Code Symbol Reading Subsystem is configured to automatically process a captured narrow-area (linear) frame of digital image data, without feature extraction and marking operations used in the Automatic and Manual Modes, so as read one or more bar code symbols represented therein; and the Omniscan Mode, wherein the Multi-Mode Bar Code Symbol Reading Subsystem is configured to automatically process a captured frame of digital image data along any one or more predetermined virtual scan line orientations, without feature extraction and marking operations used in the Automatic and Manual Modes, so as to read one or more bar code symbols represented therein;

FIG. 16 is an exemplary flow chart representation showing the steps involved in setting up and cleaning up the software sub-Application entitled "Multi-Mode Image-Processing Based Bar Code Symbol Reading Subsystem", once called from either (i) the CodeGate Task software module at the Block entitled READ BAR CODE(S) IN CAPTURED NARROW-AREA IMAGE indicated in FIG. 13E, or (ii) the Main Task software module at the Block entitled "READ BAR CODE(S) IN CAPTURED WIDE-AREA IMAGE" indicated in FIG. 13J;

FIG. 17A is a summary of the steps involved in the decode process carrying out by the Multi-Mode Bar Code Symbol Reading Subsystem of the present invention during its Automatic Mode of operation, wherein (1) the first stage of processing involves searching for (i.e. finding) regions of interest (ROIs) by processing a low resolution image of a captured frame of high-resolution image data, partitioning the low-resolution image into N×N blocks, and creating a feature vector for each block using spatial-derivative based image processing techniques, (2) the second stage of processing involves marking ROIs by examining the feature vectors for regions of high-modulation, calculating bar code orientation and marking the four corners of a bar code as a ROI, and (3) the third stage of processing involves reading any bar code symbols represented within the ROI by traversing the bar code and updating the feature vectors, examining the zero-crossings of filtered images, creating bar and space patterns, and decoding the bar and space patterns using conventional decoding algorithms;

16

FIG. 17B is an exemplary flow chart representation of the steps involved in the image-processing method carried out by the Multi-Mode Bar Code Symbol Reading Subsystem during its Automatic Mode of operation;

FIG. 18A is a graphical representation illustrating the generation of a low-resolution image of a package label from an original high-resolution image thereof during the first finding stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem configured in its Automatic Mode of operation;

FIG. 18B is a graphical representation illustrating the partitioning of the low-resolution image of the package label, the calculation of feature vectors using the same, and the analysis of these feature vectors for parallel lines, during the first finding stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem during its Automatic Mode of operation;

FIG. 18C is a graphical representation showing that the calculation of feature vectors within each block of low-resolution image data, during the second marking stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem, can involve the use of gradient vectors, edge density measures, the number of parallel edge vectors, centroids of edges, intensity variance, and the histogram of intensities captured from the low-resolution image;

FIG. 18D is a graphical representation of the examination of feature vectors looking for high edge density, large number of parallel edge vectors and large intensity variance, during the second marking stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem during its Automatic Mode of operation;

FIGS. 18E and 18F set forth graphical representations of calculating bar code orientation during the second marking stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem operating in its Automatic Mode, wherein each feature vector block, the bar code is traversed (i.e. sliced) at different angles, the slices are matched with each other based on "least mean square error", and the correct orientation is determined to be that angle which matches the mean square error sense through every slice of the bar code symbol represented within the captured image;

FIG. 18F is a graphical representation of calculating bar code orientation, during the second marking stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem operating in its Automatic Mode;

FIG. 18G is a graphical representation of the marking of the four corners of the detected bar code symbol during the second marking stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem operating in its Automatic Mode, wherein such marking operations are performed on the full high-resolution image of the parcel, the bar code is traversed in either direction starting from the center of the block, the extent of modulation is detected using the intensity variance, and the x,y coordinates (pixels) of the four corners of the bar code are detected starting from 1 and 2 and moving perpendicular to the bar code orientation, and define the ROI by the detected four corners of the bar code symbol within the high-resolution image;

FIG. 18H is a graphical representation of updating the feature vectors during the third stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem operating in its Automatic Mode, wherein the histogram component of the feature vector Fv is updated while traversing the bar code symbol, the estimate of the black-to-white transition is calculated, and an estimate of narrow and wide elements of the bar code symbol are calculated;

US 7,472,831 B2

**17**

FIG. **18**I is a graphical representation of the search for zero crossings during the third stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem operating in its Automatic Mode, wherein the high-resolution bar code image is median filtered in a direction perpendicular to bar code orientation, the second derivative zero crossings define edge crossings, the zero-crossing data is used only for detecting edge transitions, and the black/white transition estimates are used to put upper and lower bounds on the grey levels of the bars and spaces of the bar code symbol represented within the captured image;

FIG. **18**J is a graphical representation of creating bar and space pattern during the third stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem operating in its Automatic Mode, wherein the edge transition is modeled as a ramp function, the edge transition is assumed to be 1 pixel wide, the edge transition location is determined at the subpixel level, and the bar and space counts are gathered using edge transition data;

FIG. **18**K is a graphical representation of the decode bar and space pattern during the third stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem operating in its Automatic Mode, wherein the bar and space data is framed with borders, and the bar and space data is decoded using existing laser scanning bar code decoding algorithms;

FIG. **19**A is a summary of the steps involved in the image-processing method carried out by the Multi-Mode Bar Code Symbol Reading Subsystem during its Manual Mode of operation, wherein (1) the first stage of processing involves searching for (i.e. finding) regions of interest (ROIs) by processing a low resolution image of a captured frame of high-resolution image data, partitioning the low-resolution image into N×N blocks, and creating a feature vector for the middle block using spatial-derivative based image processing techniques, (2) the second stage of processing involves marking ROIs by examining the feature vectors for regions of high-modulation and returning to the first stage to create feature vectors for other blocks surrounding the middle block (in a helical manner), calculating bar code orientation and marking the four corners of a bar code as a ROI, and (3) the third stage of processing involves reading any bar code symbols represented within the ROI by traversing the bar code and updating the feature vectors, examining the zero-crossings of filtered images, creating bar and space patterns, and decoding the bar and space patterns using conventional decoding algorithms;

FIG. **19**B is an exemplary flow chart representation of the steps involved in the image-processing method carrying out by the Multi-Mode Bar Code Symbol Reading Subsystem during its Manual Mode of operation;

FIG. **20**A is a summary of the steps involved in the image processing method carried out by the Multi-Mode Bar Code Symbol Reading Subsystem during its NoFinder Mode of operation, wherein the Decoder Module does not employ bar code element finding or marking techniques (i.e. Finder Module and Marker Module) and directly processes a narrow-area portion of a captured high-resolution image, starting from the middle thereof, examines the zero-crossings of the filtered image, creates bar and space patterns therefrom, and then decodes the bar and space patterns using conventional decoding algorithms;

FIG. **20**B is an exemplary flow chart representation of the steps involved in the image-processing method carried out by the Multi-Mode Bar Code Symbol Reading Subsystem during its NoFinder Mode of operation;

FIG. **21**A is a summary of the steps involved in the image-processing method carried out by the Multi-Mode Bar Code Symbol Reading Subsystem during its OmniScan Mode of

**18**

operation, wherein the Decoder Module does not employ bar code element finding or marking techniques (i.e. Finder Module and Marker Module), assumes the imaged bar code symbol resides at the center of the captured wide-area high-resolution image with about a 1:1 aspect ratio, and directly processes the high-resolution image along a set of parallel spaced-apart (e.g. 50 pixels) virtual scan lines, examines the zero-crossings along the virtual scan lines, creates bar and space patterns therefrom, and then decodes the bar and space patterns, with the option of reprocessing the high-resolution image along a different set of parallel spaced-apart virtual scan lines oriented at a different angle from the previously processed set of virtual scan lines (e.g. 0, 30, 60, 90, 120 or 150 degrees);

FIG. **21**B is an exemplary flow chart representation of the steps involved in the image-processing method carried out by the Multi-Mode Bar Code Symbol Reading Subsystem during its OmniScan Mode of operation;

FIG. **22**A is a summary of the steps involved in the image-processing based bar code reading method carried out by the Multi-Mode Bar Code Symbol Reading Subsystem of the present invention during its "ROI-Specific" Mode of operation, designed for use in combination with the Omniscan Mode of operation, wherein (1) the first stage of processing involves receiving region of interest (ROI) coordinates (x1, x2) obtained during the Omniscan Mode of operation (after the occurrence of a failure to decode), re-partitioning the captured low-resolution image (from the Omniscan Mode) into N×N blocks, and creating a feature vector for the ROI-specified block(s) using spatial-derivative based image processing techniques, (2) the second stage of processing involves marking additional ROIs by examining the feature vectors for regions of high-modulation and returning to the first stage to create feature vectors for other blocks surrounding the middle block (in a helical manner), calculating bar code orientation and marking the four corners of a bar code as a ROI, and (3) the third stage of processing involves reading any bar code symbols represented within the ROI by traversing the bar code symbol and updating the feature vectors, examining the zero-crossings of filtered images, creating bar and space patterns, and decoding the bar and space patterns using conventional decoding algorithms;

FIG. **22**B is an exemplary flow chart representation of the steps involved in the image-processing method carried out by the Multi-Mode Bar Code Symbol Reading Subsystem of the present invention during its ROI-specific Mode of operation;

FIG. **23** is a specification of Multi-Mode Bar Code Symbol Reading Subsystem operated during its first multi-read (Omniscan/ROI-Specific) mode of operation;

FIG. **24** is a specification of Multi-Mode Bar Code Symbol Reading Subsystem operated during its second multi-read (No-Finder/ROI-Specific) mode of operation;

FIG. **25** is a specification of Multi-Mode Bar Code Symbol Reading Subsystem operated during its third multi-read (No-Finder/Omniscan/ROI-Specific) mode of operation; and

FIGS. **26**A; and **26**B taken together, provide a table listing the primary Programmable Modes of Bar Code Reading Operation within the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the present invention, namely: Programmed Mode of System Operation No. 1 —Manually-Triggered Single-Attempt 1D Single-Read Mode Employing the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode Of System Operation No. 2—Manually-Triggered Multiple-Attempt 1D Single-Read Mode Employing the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode Of System Operation No. 3—Manually-

HONEYWELL-00192974

US 7,472,831 B2

19

Triggered Single-Attempt 1D/2D Single-Read Mode Employing the No-Finder Mode And The Automatic Or Manual Modes of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode of System Operation No. 4—Manually-Triggered Multiple-Attempt 1D/2D Single-Read Mode Employing the No-Finder Mode And The Automatic Or Manual Modes of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode of System Operation No. 5—Manually-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing the No-Finder Mode And The Automatic Or Manual Modes of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode of System Operation No. 6—Automatically-Triggered Single-Attempt 1D Single-Read Mode Employing The No-Finder Mode Of the Multi-Mode Bar Code Reading Subsystem: Programmed Mode of System Operation No. 7—Automatically-Triggered Multi-Attempt iD Single-Read Mode Employing The No-Finder Mode Of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode of System Operation No. 8—Automatically-Triggered Multi-Attempt 1D/2D Single-Read Mode Employing The No-Finder Mode and Manual and/or Automatic Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode of System Operation No. 9—Automatically-Triggered Multi-Attempt 1D/2D Multiple-Read Mode Employing The No-Finder Mode and Manual and/or Automatic Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmable Mode of System Operation No. 10—Automatically-Triggered Multiple-Attempt 1D/2D Single-Read Mode Employing The Manual, Automatic or Omniscan Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode of System Operation No. 11—Semi-Automatic-Triggered Single-Attempt 1D/2D Single-Read Mode Employing The No-Finder Mode And The Automatic Or Manual Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmable Mode of System Operation No. 12—Semi-Automatic-Triggered Multiple-Attempt 1D/2D Single-Read Mode Employing The No-Finder Mode And The Automatic Or Manual Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmable Mode of Operation No. 13—Semi-Automatic-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing The No-Finder Mode And The Automatic Or Manual Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmable Mode of Operation No. 14—Semi-Automatic-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing The No-Finder Mode And The Omniscan Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmable Mode of Operation No. 15Continuously—Automatically-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing The Automatic, Manual Or Omniscan Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmable Mode of System Operation No. 16—Diagnostic Mode Of Imaging-Based Bar Code Reader Operation:; and Programmable Mode of System Operation No. 17—Live Video Mode Of Imaging-Based Bar Code Reader Operation;

FIG. 27A is a schematic representation specifying the four modes of illumination produced from the Multi-Mode Illumination Subsystem employed in the second illustrative embodiment of the Digital Imaging-Based Bar Code Symbol Reader of the present invention, which supports both near and far fields of narrow-area illumination generated during the narrow-area image capture mode of its Multi-Mode Image Formation and Detection Subsystem;

FIG. 27B is a schematic representation specifying how the cylindrical beam shaping optics employed within near-field and far-field narrow-area illumination arrays can be easily tailored to generate near and far narrow-area illumination

20

fields having geometrical characteristics that enables (i) simple reading of extended-length bar code symbols within the far-field region of the FOV of the system, and also (ii) simple reading of bar code menus with a great degree of control within the near-field region of the FOV, preferably during a "Semi-Automatic-Triggered" programmed mode of system operation;

FIG. 28 is a schematic representation illustrating the physical arrangement of LEDs and light focusing lenses associated with the near and far field narrow-area and wide-area illumination arrays employed in the Digital Imaging-Based Bar Code Symbol Reading Device according to the second illustrative embodiment of the present invention;

FIG. 29A is a first perspective view of a second illustrative embodiment of the portable POS Digital Imaging-Based Bar Code Symbol Reading Device of the present invention, shown having a hand-supportable housing of a different form factor than that of the first illustrative embodiment, and configured for use in its hands-free/presentation mode of operation, supporting primarily wide-area image capture;

FIG. 29B is a second perspective view of the second illustrative embodiment of the portable POS Digital Imaging-Based Bar Code Reading Device of the present invention, shown configured and operated in its hands-free/presentation mode of operation, supporting primarily wide-area image capture;

FIG. 29C is a third perspective view of the second illustrative embodiment of the portable Digital Imaging-Based Bar Code Reading Device of the present invention, showing configured and operated in a hands-on type mode, supporting both narrow and wide area modes of image capture;

FIG. 30 is a perspective view of a third illustrative embodiment of the Digital Imaging-Based Bar Code Symbol Reading Device of the present invention, realized in the form of a Multi-Mode Image Capture And Processing Engine that can be readily integrated into various kinds of information collection and processing systems, including wireless portable data terminals (PDTs), reverse-vending machines, retail product information kiosks and the like;

FIG. 31 is a schematic representation of a Wireless Bar Code-Driven Portable Data Terminal embodying the Imaging-Based Bar Code Symbol Reading Engine of the present invention, shown configured and operated in a hands-on mode;

FIG. 32 is a perspective view of the Wireless Bar Code Driven Portable Data Terminal of FIG. 31 shown configured and operated in a hands-on mode, wherein the Imaging-Based Bar Code Symbol Reading Engine embodied therein is used to read a bar code symbol on a package and the symbol character data representative of the read bar code is being automatically transmitted to its cradle-providing base station by way of an RF-enabled 2-way data communication link;

FIG. 33 is a side view of the Wireless Bar Code Driven Portable Data Terminal of FIGS. 31 and 32 shown configured and operated in a hands-free mode, wherein the Imaging-Based Bar Code Symbol Reading Engine is configured in a wide-area image capture mode of operation, suitable for presentation-type bar code reading at point of sale (POS) environments; and

FIG. 34 is a block schematic diagram showing the various subsystem blocks associated with a design model for the Wireless Hand-Supportable Bar Code Driven Portable Data Terminal System of FIGS. 31, 32 and 33, shown interfaced with possible host systems and/or networks.

For a more complete understanding of how to practice the Objects of the Present Invention, the following Detailed

US 7,472,831 B2

21

Description of the Illustrative Embodiments can be read in conjunction with the accompanying Drawings, briefly described below.

DETAILED DESCRIPTION OF THE
ILLUSTRATIVE EMBODIMENTS OF THE
PRESENT INVENTION

Referring to the figures in the accompanying Drawings, the various illustrative embodiments of the hand-supportable imaging-based bar code symbol reading system of the present invention will be described in great detail, wherein like elements will be indicated using like reference numerals.

Hand-Supportable Digital Imaging-Based Bar Code Reading Device of the First Illustrative Embodiment of the Present Invention

Referring to FIGS. 1A through 1K, the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the first illustrative embodiment of the present invention 1 is shown in detail comprising a hand-supportable housing 2 having a handle portion 2A and a head portion 2B that is provided with a light transmission window 3 with a high-pass (red-wavelength reflecting) optical filter element 4A having light transmission characteristics set forth in FIG. 6A2, in the illustrative embodiment. As will be described in greater detail hereinafter, high-pass optical filter element 4A cooperates within an interiorly mounted low-pass optical filter element 4B characterized in FIG. 6A1, which cooperates with the high-pass optical filter element 4A. These high and low pass filter elements 4A and 4B cooperate to provide a narrow-band optical filter system 4 that integrates with the head portion of the housing and permits only a narrow band of illumination (e.g. 633 nanometers) to exit and enter the housing during imaging operations.

As best shown in FIGS. 1I, 1J, and 1K, the hand-supportable housing 2 of the illustrative embodiment comprises: left and right housing handle halves 2A1 and 2A2; a foot-like structure 2A3 which is mounted between the handle halves 2A1 and 2A2; a trigger switch structure 2C which snap fits within and pivots within a pair of spaced apart apertures 2D1 and 2D2 provided in the housing halves; a light transmission window panel 5 through which light transmission window 3 is formed and supported within a recess formed by handle halves 2A1 and 2A2 when they are brought together, and which supports all LED illumination arrays provided by the system; an optical bench 6 for supporting electro-optical components and operably connected an orthogonally-mounted PC board 7 which is mounted within the handle housing halves; a top housing portion 2B1 for connection with the housing handle halves 2A1 and 2A2 and enclosing the head portion of the housing; light pipe lens element 8 for mounting over an array of light emitting diodes (LEDs) 9 and light pipe structures 10 mounted within the rear end of the head portion of the hand-supportable housing; and a front bumper structure 2E for holding together the top housing portion 2B1 and left and right handle halves 2A1 and 2A2 with the light transmission window panel 5 sandwiched there between, while providing a level of shock protection thereto.

In other embodiments of the present invention shown in FIGS. 27 through 33 the form factor of the hand-supportable housing might be different. In yet other applications, the housing need not even be hand-supportable, but rather might be designed for stationary support on a desktop or countertop surface, or for use in a commercial or industrial application.

Schematic Block Functional Diagram as System Design Model for the Hand-Supportable Digital Image-Based Bar Code Reading Device of the Present Invention

22

As shown in the system design model of FIG. 2A1, the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device 1 of the illustrative embodiment comprises: an IR-based Object Presence and Range Detection Subsystem 12; a Multi-Mode Area-type Image Formation and Detection (i.e. camera) Subsystem 13 having narrow-area mode of image capture, near-field wide-area mode of image capture, and a far-field wide-area mode of image capture; a Multi-Mode LED-Based Illumination Subsystem 14 having narrow-area mode of illumination, near-field wide-area mode of illumination, and a far-field wide-area mode of illumination; an Automatic Light Exposure Measurement and Illumination Control Subsystem 15; an Image Capturing and Buffering Subsystem 16; a Multi-Mode Image-Processing Bar Code Symbol Reading Subsystem 17 having five modes of image-processing based bar code symbol reading indicated in FIG. 2A2 and to be described in detail hereinabove; an Input/Output Subsystem 18; a manually-actuatable trigger switch 2C for sending user-originated control activation signals to the device; a System Mode Configuration Parameter Table 70; and a System Control Subsystem 18 integrated with each of the above-described subsystems, as shown.

The primary function of the IR-based Object Presence and Range Detection Subsystem 12 is to automatically produce an IR-based object detection field 20 within the FOV of the Multi-Mode Image Formation and Detection Subsystem 13, detect the presence of an object within predetermined regions of the object detection field (20A, 20B), and generate control activation signals A1 which are supplied to the System Control Subsystem 19 for indicating when and where an object is detected within the object detection field of the system.

In the first illustrative embodiment, the Multi-Mode Image Formation And Detection (I.E. Camera) Subsystem 13 has image formation (camera) optics 21 for producing a field of view (FOV) 23 upon an object to be imaged and a CMOS area-image sensing array 22 for detecting imaged light reflected off the object during illumination and image acquisition/capture operations.

In the first illustrative embodiment, the primary function of the Multi-Mode LED-Based Illumination Subsystem 14 is to produce a narrow-area illumination field 24, near-field wide-area illumination field 25, and a far-field wide-area illumination field 25, each having a narrow optical-bandwidth and confined within the FOV of the Multi-Mode Image Formation And Detection Subsystem 13 during narrow-area and wide-area modes of imaging, respectively. This arrangement is designed to ensure that only light transmitted from the Multi-Mode Illumination Subsystem 14 and reflected from the illuminated object is ultimately transmitted through a narrow-band transmission optical filter subsystem 4 realized by (1) high-pass (i.e. red-wavelength reflecting) filter element 4A mounted at the light transmission aperture 3 immediately in front of panel 5, and (2) low-pass filter element 4B mounted either before the image sensing array 22 or anywhere after panel 5 as shown in FIG. 3C. FIG. 6A4 sets forth the resulting composite transmission characteristics of the narrow-band transmission spectral filter subsystem 4, plotted against the spectral characteristics of the emission from the LED illumination arrays employed in the Multi-Mode Illumination Subsystem 14.

The primary function of the narrow-band integrated optical filter subsystem 4 is to ensure that the CMOS image sensing array 22 only receives the narrow-band visible illumination transmitted by the three sets of LED-based illumination arrays 27, 28 and 29 driven by LED driver circuitry 30 associated with the Multi-Mode Illumination Subsystem 14, whereas all other components of ambient light collected by

HONEYWELL-00192976

JA2677

US 7,472,831 B2

23

the light collection optics are substantially rejected at the image sensing array 22, thereby providing improved SNR thereat, thus improving the performance of the system.

The primary function of the Automatic Light Exposure Measurement and Illumination Control Subsystem 15 is to twofold: (1) to measure, in real-time, the power density [joules/cm] of photonic energy (i.e. light) collected by the optics of the system at about its image sensing array 22, and generate Auto-Exposure Control Signals indicating the amount of exposure required for good image formation and detection; and (2) in combination with Illumination Array Selection Control Signal provided by the System Control Subsystem 19, automatically drive and control the output power of selected LED arrays 27, 28 and/or 29 in the Multi-Mode Illumination Subsystem, so that objects within the FOV of the system are optimally exposed to LED-based illumination and optimal images are formed and detected at the image sensing array 22.

The primary function of the Image Capturing and Buffering Subsystem 16 is to (1) detect the entire 2-D image focused onto the 2D image sensing array 22 by the image formation optics 21 of the system, (2) generate a frame of digital pixel data 31 for either a selected region of interest of the captured image frame, or for the entire detected image, and then (3) buffer each frame of image data as it is captured. Notably, in the illustrative embodiment, a single 2D image frame (31) is captured during each image capture and processing cycle, or during a particular stage of a processing cycle, so as to eliminate the problems associated with image frame overwriting, and synchronization of image capture and decoding processes, as addressed in U.S. Pat. Nos. 5,932,862 and 5,942,741 assigned to Welch Allyn, and incorporated herein by reference.

The primary function of the Multi-Mode Image-Based Bar Code Symbol Reading Subsystem 17 is to process images that have been captured and buffered by the Image Capturing and Buffering Subsystem 16, during both narrow-area and wide-area illumination modes of system operation. Such image processing operation includes image-based bar code decoding methods illustrated in FIGS. 14 through 25, and described in detail hereinafter.

The primary function of the Input/Output Subsystem 18 is to support standard and/or proprietary communication interfaces with external host systems and devices, and output processed image data and the like to such external host systems or devices by way of such interfaces. Examples of such interfaces, and technology for implementing the same, are given in U.S. Pat. No. 6,619,549, incorporated herein by reference in its entirety.

The primary function of the System Control Subsystem 19 is to provide some predetermined degree of control or management signaling services to each subsystem component integrated, as shown. While this subsystem can be implemented by a programmed microprocessor, in the illustrative embodiment, it is implemented by the three-tier software architecture supported on computing platform shown in FIG. 2B, and as represented in FIGS. 11A through 13L, and described in detail hereinafter.

The primary function of the manually-activatable Trigger Switch 2C integrated with the hand-supportable housing is to enable the user to generate a control activation signal upon manually depressing the Trigger Switch 2C, and to provide this control activation signal to the System Control Subsystem 19 for use in carrying out its complex system and subsystem control operations, described in detail herein.

The primary function of the System Mode Configuration Parameter Table 70 is to store (in non-volatile/persistent

24

memory) a set of configuration parameters for each of the available Programmable Modes of System Operation specified in the Programmable Mode of Operation Table shown in FIGS. 26A through 26B and which can be read and used by the System Control Subsystem 19 as required during its complex operations.

The detailed structure and function of each subsystem will now be described in detail above.

Schematic Diagram as System Implementation Model for the Hand-Supportable Digital Imaging-Based Bar Code Reading Device of the Present Invention

FIG. 2B shows a schematic diagram of a system implementation for the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device 1 illustrated in FIGS. 1A through 1L. As shown in this system implementation, the bar code symbol reading device is realized using a number of hardware component comprising: an illumination board 33 carrying components realizing electronic functions performed by the LED-Based Multi-Mode Illumination Subsystem 14 and Automatic Light Exposure Measurement And Illumination Control Subsystem 15; a CMOS camera board 34 carrying high resolution (1280×1024 8-bit 6 micron pixel size) CMOS image sensing array 22 running at 25 Mhz master clock, at 7 frames/second at 1280*1024 resolution with randomly accessible region of interest (ROI) window capabilities, realizing electronic functions performed by the Multi-Mode Image Formation and Detection Subsystem 13; a CPU board 35 (i.e. computing platform) including (i) an Intel Sabinal 32-Bit Microprocessor PXA210 36 running at 200 mHz 1.0 core voltage with a 16 bit 100 Mhz external bus speed, (ii) an expandable (e.g. 8+ megabyte) Intel J3 Asynchronous 16-bit Flash memory 37, (iii) an 16 Megabytes of 100 MHz SDRAM 38, (iv) an Xilinx Spartan II FPGA FIFO 39 running at 50 Mhz clock frequency and 60 MB/Sec data rate, configured to control the camera timings and drive an image acquisition process, (v) a multimedia card socket 40, for realizing the other subsystems of the system, (vi) a power management module 41 for the MCU adjustable by the I2C bus, and (vii) a pair of UARTs 42A and 42B (one for an IRDA port and one for a JTAG port); an interface board 43 for realizing the functions performed by the I/O subsystem 18; and an IR-based object presence and range detection circuit 44 for realizing Subsystem 12.

In the illustrative embodiment, the image formation optics 21 supported by the bar code reader provides a field of view of 103 mm at the nominal focal distance to the target, of approximately 70 mm from the edge of the bar code reader. The minimal size of the field of view (FOV) is 62 mm at the nominal focal distance to the target of approximately 10 mm. Preliminary tests of the parameters of the optics are shown on FIG. 4B (the distance on FIG. 4B is given from the position of the image sensing array 22, which is located inside the bar code symbol reader approximately 80 mm from the edge). As indicated in FIG. 4C, the depth of field of the image formation optics varies from approximately 69 mm for the bar codes with resolution of 5 mils per narrow module, to 181 mm for the bar codes with resolution of 13 mils per narrow module.

The Multi-Mode Illumination Subsystem 14 is designed to cover the optical field of view (FOV) 23 of the bar code symbol reader with sufficient illumination to generate high-contrast images of bar codes located at both short and long distances from the imaging window. The illumination subsystem also provides a narrow-area (thin height) targeting beam 24 having dual purposes: (a) to indicate to the user where the optical view of the reader is; and (b) to allow a quick scan of just a few lines of the image and attempt a super-fast

HONEYWELL-00192977

US 7,472,831 B2

25

bar code decoding if the bar code is aligned properly. If the bar code is not aligned for a linearly illuminated image to decode, then the entire field of view is illuminated with a wide-area illumination field **25** or **26** and the image of the entire field of view is acquired by Image Capture and Buffering Subsystem **16** and processed by Multi-Mode Bar Code Symbol Reading Subsystem **17**, to ensure reading of a bar code symbol presented therein regardless of its orientation.

The interface board **43** employed within the bar code symbol reader provides the hardware communication interfaces for the bar code symbol reader to communicate with the outside world. The interfaces implemented in system will typically include RS232, keyboard wedge, and/or USB, or some combination of the above, as well as others required or demanded by the particular application at hand.

Specification of the Area-Type Image Formation and Detection (i.e. Camera) Subsystem During its Narrow-Area (Linear) and Wide-Area Modes of Imaging, Supported by the Narrow and Wide Area Fields of Narrow-Band Illumination, Respectively

As shown in FIGS. 3B through 3E, the Multi-Mode Image Formation And Detection (IFD) Subsystem **13** has a narrow-area image capture mode (i.e. where only a few central rows of pixels about the center of the image sensing array are enabled) and a wide-area image capture mode of operation (i.e. where all pixels in the image sensing array are enabled). The CMOS image sensing array **22** in the Image Formation and Detection Subsystem **13** has image formation optics **21** which provides the image sensing array with a field of view (FOV) **23** on objects to be illuminated and imaged. As shown, this FOV is illuminated by the Multi-Mode Illumination Subsystem **14** integrated within the bar code reader.

The Multi-Mode Illumination Subsystem **14** includes three different LED-based illumination arrays **27**, **28** and **29** mounted on the light transmission window panel **5**, and arranged about the light transmission window **4A**. Each illumination array is designed to illuminate a different portion of the FOV of the bar code reader during different modes of operation. During the narrow-area (linear) illumination mode of the Multi-Mode Illumination Subsystem **14**, the central narrow-wide portion of the FOV indicated by **23** is illuminated by the narrow-area illumination array **27**, shown in FIG. 3A. During the near-field wide-area illumination mode of the Multi-Mode Illumination Subsystem **14**, which is activated in response to the IR Object Presence and Range Detection Subsystem **12** detecting an object within the near-field portion of the FOV, the near-field wide-area portion of the FOV is illuminated by the near-field wide-area illumination array **28**, shown in FIG. 3A. During the far-field wide-area illumination mode of the Multi-Mode Illumination Subsystem **14**, which is activated in response to the IR Object Presence and Range Detection Subsystem **12** detecting an object within the far-field portion of the FOV, the far-field wide-area portion of the FOV is illuminated by the far-field wide-area illumination array **29**, shown in FIG. 3A. In FIG. 3A, the spatial relationships are shown between these fields of narrow-band illumination and the far and near field portions the FOV of the Image Formation and Detection Subsystem **13**.

In FIG. 3B, the Multi-Mode LED-Based Illumination Subsystem **14** is shown transmitting visible narrow-band illumination through its narrow-band transmission-type optical filter subsystem **4**, shown in FIG. 3C and integrated within the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device. The narrow-band illumination from the Multi-Mode Illumination Subsystem **14** illuminates an object with the FOV of the image formation optics of the Image

26

Formation and Detection Subsystem **13**, and light rays reflected and scattered therefrom are transmitted through the high-pass and low-pass optical filters **4A** and **4B** and are ultimately focused onto image sensing array **22** to form of a focused detected image thereupon, while all other components of ambient light are substantially rejected before reaching image detection at the image sensing array **22**. Notably, in the illustrative embodiment, the red-wavelength reflecting high-pass optical filter element **4A** is positioned at the imaging window of the device before the image formation optics **21**, whereas the low-pass optical filter element **4B** is disposed before the image sensing array **22** between the focusing lens elements of the image formation optics **21**. This forms narrow-band optical filter subsystem **4** which is integrated within the bar code reader to ensure that the object within the FOV is imaged at the image sensing array **22** using only spectral components within the narrow-band of illumination produced from Subsystem **14**, while rejecting substantially all other components of ambient light outside this narrow range (e.g. 15 nm).

As shown in FIG. 3D, the Image Formation And Detection Subsystem **14** employed within the hand-supportable image-based bar code reading device comprising three lenses **21A**, **21B** and **21C**, each made as small as possible (with a maximum diameter of 12 mm), having spherical surfaces, and made from common glass, e.g. LAK2 (~LaK9), ZF10 (=SF8), LAF2 (~LaF3). Collectively, these lenses are held together within a lens holding assembly **45**, as shown in FIG. 3E, and form an image formation subsystem arranged along the optical axis of the CMOS image sensing array **22** of the bar code reader.

As shown in FIG. 3E, the lens holding assembly **45** comprises: a barrel structure **45A1**, **45A2** for holding lens elements **21A**, **21B** and **21C**; and a base structure **45B** for holding the image sensing array **22**; wherein the assembly is configured so that the barrel structure **45A** slides within the base structure **45B** so as to focus the fixed-focus lens assembly during manufacture.

In FIGS. 3F1 and 3F2, the lens holding assembly **45** and imaging sensing array **22** are mounted along an optical path defined along the central axis of the system. In the illustrative embodiment, the image sensing array **22** has, for example, a 1280×1024 pixel resolution (½" format), 6 micron pixel size, with randomly accessible region of interest (ROI) window capabilities. It is understood, though, that many others kinds of imaging sensing devices (e.g. CCD) can be used to practice the principles of the present invention disclosed herein, without departing from the scope and spirit of the present invention.

Method of Designing the Image Formation (i.e. Camera) Optics within the Image-Based Bar Code Reader of the Present Invention Using The Modulation Transfer Function (MTF)

The function of the image formation (i.e. camera) optics in the Image Formation and Detection Subsystem **13** is to form and project, as accurately as possible, an image of the object being formed on the image sensing array **22**. In practice, it is impossible to get an absolutely perfect image reproduction of the object with no loss of information, because the quality of the image is limited by various effects. These effects include: (i) diffraction, always present in even the very best lenses; (ii) aberrations which, if present, can generally only be minimized, not eliminated; (iii) variation of the distance to the object, especially if the lens cannot dynamically adjust its focus; and so on. Before spending time and money to produce a lens assembly, it is necessary to determine that a given lens design for the bar code symbol reader of the present invention

HONEYWELL-00192978

JA2679

US 7,472,831 B2

27

will perform well enough to satisfy the requirements of the application. Thus, it will be extremely helpful to (i) establish one or more design criteria to quantify the lens performance, and (ii) optimize the design around these criteria until the desired performance is achieved.

The preferred criterion for designing the image formation optics in the system hereof is the modulation transfer function, or MTF. The MTF provides a measure of the contrast present in an object or image. Qualitatively, contrast may be thought of as the difference between light and dark regions in the object or image. The greater the difference in "brightness" between two regions of the object or image, the greater the contrast.

Considering the image, given the data from the image sensor, a quantitative treatment is possible.

On the common 8 bit scale, a pixel that is totally black is assigned the value 0, while a pixel that is totally saturated white is assigned the value **255**.

Also, the closer the spacing of the object features, then the worse the reproduction of that contrast in the image of the object.

A mathematical expression is required to quantify the amount of contrast present in an object or image, so that its variation after imaging through the optics may be assessed. A useful contrast measure can be defined as the modulation M of a given region in the object, given as follows:

$$M = \frac{\text{max value} - \text{min value}}{\text{max value} + \text{min value}}$$

The greater the contrast in the object or image, the greater the value of M, up to a maximum of 1. On the other hand, no contrast whatever in the object or image (i.e. no distinguishable features in the region of the object in question) yields a modulation of 0. To determine how well the image formation optics preserves the modulation of the target object in the image, it is only necessary to form a ratio of the image modulation to the object modulation, which is the MTF:

$$MTF = \frac{\text{image modulation}}{\text{object modulation}}$$

Perfect reproduction of the object contrast in the image (impossible in practice) results in an MTF of 1. A total loss of the object contrast in the image gives an MTF of 0.

The MTF is a useful concept in optical design because it simultaneously accounts for the impact of any effect that degrades the quality of the image, usually referred to as blurring. As described previously, these effects include diffraction, aberrations (spherical, chromatic, coma, astigmatism, field curvature) and deviation of the object distance from its nominal value. It should be mentioned for sake of completeness, however, that MTF is not a single perfect or all-encompassing measure of image quality. One potential drawback is that examining the MTF reveals only the total impact of all effects simultaneously, and cannot distinguish between blurring caused by one defect or another. If it is necessary to determine what effects are degrading the MTF, and to what extent for each, then other methods must be used, and other criteria examined. In addition, there are potentially negative image characteristics, such as distortion, that are not revealed at all by the MTF. If the optical designer is not careful, then it is possible that an image with an MTF close to the diffraction

28

limit, which is as good as it is possible to get, may have distortion so bad that it is unusable in the application at hand.

In accordance with the design method of the present invention, after calculating the MTF for a given optical design, an additional criterion is necessary to specify what MTF is good enough for the application in question. For bar code decoding applications, a useful rule of thumb is that 0.3 MTF or better is needed for decoding software to work reliably well in an Imaging-Based Bar Code Symbol Reader. The design strategy employed on the Imaging-Based Bar Code Symbol Reader of the present invention is to determine, as a function of object distance, the code element size (in millimeters) at which the MTF of the resulting image falls to 0.3. In other words, at each object distance, the optical designer should determine what is the smallest size of code element (in millimeters) that can be imaged well enough to be read by the Multi-Mode Image-Processing Bar Code Reading Subsystem **17** of the present invention. At one stage of the design of the image formation optics employed in the illustrative embodiment, the plot of minimum code element size against object distance is generated, as shown in FIG. **4**E.

Given such a plot, the optical design team needs to determine whether or not the resulting bar code reader performance satisfies the requirements of the application at hand. To help make this determination, an advanced optical design method and tool described below can be used with excellent results.

Method of Theoretically Characterizing the DOF of the Image Formation Optics Employed in the Imaging-Based Bar Code Reader of the Present Invention

Referring to FIGS. **4**D through **4**I3, a novel software-enabled design tool and method will now be described.

In general, the software-enabled optical design tool provides a novel way of and means for completely theoretically characterizing, and graphically viewing and interpreting the composite DOF of image formation optics (e.g. such as **21** employed in the Imaging-Based Bar Code Symbol Reader of the present invention) as well as other imaging-based optical readers, while simultaneously accounting for optical performance and image sensor limitations, over all desired object distances and for all desired code mil sizes.

Given an arrangement of lens elements for the design of the image formation optics **21**, the optical design method of the present invention involves using a software-based optical design tool, as described in FIGS. **4**I1 through **4**I3, to generate the composite DOF chart in accordance with the present invention. The functions required by this optical design tool will be described below. The software-based optical design tool (i.e. computer program) of the illustrative embodiment, described in FIGS. **4**I1 through **4**I3, has been developed using Zemax® optical modeling software, programmed in ZPL (Zemax Programming Language) in accordance with the principles of the present invention described in detail below.

The first function required by the optical design tool of the present invention is that it must be able to calculate the modulation transfer function (MTF) of the image resulting from image formation optics **21**, plotted as a function of object distance. The general industry rule of thumb is that a 0.3 MTF is the minimum acceptable for bar code decoding. Therefore, this software-based optical design tool must be able to determine, as a function of object distance, the object spatial-frequency at which the MTF of the image drops to 0.3.

The second function required by the optical design tool of the present invention is that it must be able to convert the object spatial-frequency to code mil size, and then this data should be plotted against object distance. A resulting plot is shown in FIG. **4**D, where the dotted-line curve shows the

HONEYWELL-00192979

US 7,472,831 B2

29
30

optical performance of the image formation optics, in terms of the smallest mil size code that can be decoded, at a given object distance. FIG. 4E demonstrates how to read the DOF from this plot, by finding the intersections of the mil size in question with the optical performance curve.

However, optical performance of the image formation optics is not the only factor determining the capacity of an Imaging-Based Bar Code Symbol Reader to read bar code symbols having bar code elements of a given width. Image-processing based bar code symbol decoding software requires a certain minimum number of sensor pixel "fields of view" to be projected onto each minimum width code element, within the field of the view of the image formation optics. The general industry rule of thumb is that 1.6 pixels are required per narrow element for acceptable decoding. In accordance with the present invention, this rule has been expanded to the range of 1.4 to 1.6 pixels per narrow element, and can be considered a limit imposed by sampling theory that will restrict the ultimate performance of the bar code symbol reader **1** regardless of the individual performance of its image formation optics **21**.

Therefore, the third function required by the optical design tool of the present invention is that it must be able to calculate, as a function of object distance, the size of the field of view of a single sensor pixel when projected through the image formation optics **21** and out into object space (that is, accounting for the optical magnification of the image formation optics **21**). These linear functions, both for the 1.4 and 1.6 pixel rules, are preferably plotted on the same axes as the optical performance curve, as shown in FIG. 4F.

Having described the primary functionalities of the optical design tool of the present invention, and how to generate a composite DOF plot as shown in FIG. **4**F for an Imaging-Based Bar Code Symbol Reader, it is now appropriate to describe, with reference to FIG. **4**G, how to determine the actual composite DOF curve, accounting for both optical performance and sampling limit, for the 1.6 pixel case. Other system information, such as lens focal length, lens f-number, etc. may also be displayed on the composite DOF plot of FIG. **4**G, for instance in a title block.

As shown in FIG. **4**G, the method involves following the optical performance curve until it intersects the sampling limit line. Then, the sampling limit line is followed until it re-intersects the optical performance curve, at which point the optical performance curve is again followed. Thus, the sampling limit line of choice represents the lower limit of the decoding resolution of the system. Referring to FIG. **4**H, a simple technique is shown for reading the DOF from the composite plot of FIG. **4**G.

Preferably, the optical design tool of the present invention will be provide with a simple graphical user interface (GUI) may be useful, supporting pop-up windows to enable the user to easily type numbers into the program. Also, the optical design tool will preferably implement various methods to allow the user to specify some of the required numbers while the program is running, as oppose to having to change the numbers in the program file.

A less preferred alternative way of practicing the optical design method of the present invention would be to manually construct the composite DOF plot by examining MTF data and plotting the results in Excel, for example. However, this approach is labor intensive and does not offer any appreciable increase in accuracy, as does the use of the software-enabled optical design tool described in FIGS. **4**I1 through **4**I3.

Specification of Multi-Mode LED-Based Illumination Subsystem Employed in the Hand-Supportable Image-Based Bar Code Reading System of the Present Invention

In the illustrative embodiment, the LED-Based Multi-Mode Illumination Subsystem **14** comprises: narrow-area illumination array **27**; near-field wide-area illumination array **28**; and far-field wide-area illumination array **29**. The three fields of narrow-band illumination produced by the three illumination arrays of subsystem **14** are schematically depicted in FIG. **5**A1. As will be described hereinafter, with reference to FIGS. **27** and **28**, narrow-area illumination array **27** can be realized as two independently operable arrays, namely: a near-field narrow-area illumination array and a far-field narrow-area illumination array, which are activated when the target object is detected within the near and far fields, respectively, of the automatic IR-based Object Presence and Range Detection Subsystem **12** during wide-area imaging modes of operation. However, for purposes of illustration, the first illustrative embodiment of the present invention employs only a single field narrow-area (linear) illumination array which is designed to illuminate over substantially entire working range of the system, as shown in FIG. **5**A1.

As shown in FIGS. **5**B, **5**C3 and **5**C4, the narrow-area (linear) illumination array **27** includes two pairs of LED light sources **27**A1 and **27**A2 provided with cylindrical lenses **27**B1 and **27**B2, respectively, and mounted on left and right portions of the light transmission window panel **5**. During the narrow-area image capture mode of the Image Formation and Detection Subsystem **13**, the narrow-area (linear) illumination array **27** produces a narrow-area illumination field **24** of narrow optical-bandwidth within the FOV of the system. In the illustrative embodiment, narrow-area illumination field **24** has a height less than 10 mm at far field, creating the appearance of substantially linear or rather planar illumination field.

The near-field wide-area illumination array **28** includes two sets of (flattop) LED light sources **28**A1-**28**A6 and **28**A7-**28**A13 without any lenses mounted on the top and bottom portions of the light transmission window panel **5**, as shown in FIG. **5**B. During the near-field wide-area image capture mode of the Image Formation and Detection Subsystem **13**, the near-field wide-area illumination array **28** produces a near-field wide-area illumination field **25** of narrow optical-bandwidth within the FOV of the system.

As shown in FIGS. **5**B, **5**D3 and **5**D4, the far-field wide-area illumination array **29** includes two sets of LED light sources **29**A1-**29**A6 and **29**A7-**29**A13 provided with spherical (i.e. plano-convex) lenses **29**B1-**29**B6 and **29**B7-**29**B13, respectively, and mounted on the top and bottom portions of the light transmission window panel **5**. During the far-field wide-area image capture mode of the Image Formation and Detection Subsystem **13**, the far-field wide-area illumination array **29** produces a far-field wide-area illumination beam of narrow optical-bandwidth within the FOV of the system.

Narrow-Area (Linear) Illumination Arrays Employed in the Multi-Mode Illumination Subsystem

As shown in FIG. **5**A1, the narrow-area (linear) illumination field **24** extends from about 30 mm to about 200 mm within the working range of the system, and covers both the near and far fields of the system. The near-field wide-area illumination field **25** extends from about 0 mm to about 100 mm within the working range of the system. The far-field wide-area illumination field **26** extends from about 100 mm to about 200 mm within the working range of the system. The Table shown in FIG. **5**A2 specifies the geometrical properties

HONEYWELL-00192980

US 7,472,831 B2

**31**

and characteristics of each illumination mode supported by the Multi-Mode LED-based Illumination Subsystem **14** of the present invention.

The narrow-area illumination array **27** employed in the Multi-Mode LED-Based Illumination Subsystem **14** is optically designed to illuminate a thin area at the center of the field of view (FOV) of the Imaging-Based Bar Code Symbol Reader, measured from the boundary of the left side of the field of view to the boundary of its right side, as specified in FIG. **5A1**. As will be described in greater detail hereinafter, the narrow-area illumination field **24** is automatically generated by the Multi-Mode LED-Based Illumination Subsystem **14** in response to the detection of an object within the object detection field of the automatic IR-based Object Presence and Range Detection Subsystem **12**. In general, the object detection field of the IR-based Object Presence and Range Detection Subsystem **12** and the FOV of the Image Formation and Detection Subsystem **13** are spatially co-extensive and the object detection field spatially overlaps the FOV along the entire working distance of the Imaging-Based Bar Code Symbol Reader. The narrow-area illumination field **24**, produced in response to the detection of an object, serves a dual purpose: it provides a visual indication to an operator about the location of the optical field of view of the bar code symbol reader, thus, serves as a field of view aiming instrument; and during its image acquisition mode, the narrow-area illumination beam is used to illuminated a thin area of the FOV within which an object resides, and a narrow 2-D image of the object can be rapidly captured (by a small number of rows of pixels in the image sensing array **22**), buffered and processed in order to read any linear bar code symbols that may be represented there within.

FIG. **5C1** shows the Lambertian emittance versus wavelength characteristics of the LEDs used to implement the narrow-area illumination array **27** in the Multi-Mode Illumination Subsystem **14**. FIG. **5C2** shows the Lambertian emittance versus polar angle characteristics of the same LEDs. FIG. **5C3** shows the cylindrical lenses used before the LEDs (633 nm InGaAlP) in the narrow-area (linear) illumination arrays in the illumination subsystem of the present invention. As shown, the first surface of the cylindrical lens is curved vertically to create a narrow-area (linear) illumination pattern, and the second surface of the cylindrical lens is curved horizontally to control the height of the of the linear illumination pattern to produce a narrow-area illumination pattern. FIG. **5C4** shows the layout of the pairs of LEDs and two cylindrical lenses used to implement the narrow-area illumination array of the illumination subsystem of the present invention. In the illustrative embodiment, each LED produces about a total output power of about 11.7 mW under typical conditions. FIG. **5C5** sets forth a set of six illumination profiles for the narrow-area illumination fields produced by the narrow-area illumination arrays of the illustrative embodiment, taken at 30, 40, 50, 80, 120, and 220 millimeters along the field away from the imaging window (i.e. working distance) of the bar code reader of the present invention, illustrating that the spatial intensity of the area-area illumination field begins to become substantially uniform at about 80 millimeters. As shown, the narrow-area illumination beam is usable beginning 40 mm from the light transmission/imaging window.

Near-Field Wide-Area Illumination Arrays Employed in the Multi-Mode Illumination Subsystem

The near-field wide-area illumination array **28** employed in the LED-Based Multi-Mode Illumination Subsystem **14** is optically designed to illuminate a wide area over a near-field

**32**

portion of the field of view (FOV) of the Imaging-Based Bar Code Symbol Reader, as defined in FIG. **5A1**. As will be described in greater detail hereinafter, the near-field wide-area illumination field **28** is automatically generated by the LED-based Multi-Mode Illumination Subsystem **14** in response to: (1) the detection of any object within the near-field of the system by the IR-based Object Presence and Range Detection Subsystem **12**; and (2) one or more of following events, including, for example: (i) failure of the image processor to successfully decode process a linear bar code symbol during the narrow-area illumination mode; (ii) detection of code elements such as control words associated with a 2-D bar code symbol; and/or (iii) detection of pixel data in the image which indicates that object was captured in a state of focus.

In general, the object detection field of the IR-based Object Presence and Range Detection Subsystem **12** and the FOV of the Image Formation And Detection Subsystem **13** are spatially co-extensive and the object detection field spatially overlaps the FOV along the entire working distance of the Imaging-Based Bar Code Symbol Reader. The near-field wide-area illumination field **23**, produced in response to one or more of the events described above, illuminates a wide area over a near-field portion of the field of view (FOV) of the Imaging-Based Bar Code Symbol Reader, as defined in FIG. **5A**, within which an object resides, and a 2-D image of the object can be rapidly captured (by all rows of the image sensing array **22**, buffered and decode-processed in order to read any 1D or 2-D bar code symbols that may be represented there within, at any orientation, and of virtually any bar code symbology. The intensity of the near-field wide-area illumination field during object illumination and image capture operations is determined by how the LEDs associated with the near-field wide array illumination arrays **28** are electrically driven by the Multi-Mode Illumination Subsystem **14**. The degree to which the LEDs are driven is determined by the intensity of reflected light measured near the image formation plane by the automatic light exposure and control subsystem **15**. If the intensity of reflected light at the photodetector of the Automatic Light Exposure Measurement and Illumination Control Subsystem **15** is weak, indicative that the object exhibits low light reflectivity characteristics and a more intense amount of illumination will need to be produced by the LEDs to ensure sufficient light exposure on the image sensing array **22**, then the Automatic Light Exposure Measurement and Illumination Control Subsystem **15** will drive the LEDs more intensely (i.e. at higher operating currents).

FIG. **5D1** shows the Lambertian emittance versus wavelength characteristics of the LEDs used to implement the wide area illumination arrays in the illumination subsystem of the present invention. FIG. **5D2** shows the Lambertian emittance versus polar angle characteristics of the LEDs used to implement the near field wide-area illumination arrays in the Multi-Mode Illumination Subsystem **14**. FIG. **5D4** is geometrical the layout of LEDs used to implement the narrow wide-area illumination array of the Multi-Mode Illumination Subsystem **14**, wherein the illumination beam produced therefrom is aimed by angling the lenses before the LEDs in the near-field wide-area illumination arrays of the Multi-Mode Illumination Subsystem **14**. FIG. **5D5** sets forth a set of six illumination profiles for the near-field wide-area illumination fields produced by the near-field wide-area illumination arrays of the illustrative embodiment, taken at 10, 20, 30, 40, 60, and 100 millimeters along the field away from the imaging window (i.e. working distance) of the Imaging-Based Bar Code Symbol Reader **1**. These plots illustrate that the spatial intensity of the near-field wide-area illumination

HONEYWELL-00192981

JA2682

US 7,472,831 B2

33

field begins to become substantially uniform at about 40 millimeters (i.e. center:edge=2:1 max).

Far-Field Wide-Area Illumination Arrays Employed in the Multi-Mode Illumination Subsystem

The far-field wide-area illumination array **26** employed in the Multi-Mode LED-based Illumination Subsystem **14** is optically designed to illuminate a wide area over a far-field portion of the field of view (FOV) of the Imaging-Based Bar Code Symbol Reader, as defined in FIG. **5A1**. As will be described in greater detail hereinafter, the far-field wide-area illumination field **26** is automatically generated by the LED-Based Multi-Mode Illumination Subsystem **14** in response to: (1) the detection of any object within the near-field of the system by the IR-based Object Presence and Range Detection Subsystem **12**; and (2) one or more of following events, including, for example: (i) failure of the image processor to successfully decode process a linear bar code symbol during the narrow-area illumination mode; (ii) detection of code elements such as control words associated with a 2-D bar code symbol; and/or (iii) detection of pixel data in the image which indicates that object was captured in a state of focus. In general, the object detection field of the IR-based Object Presence and Range Detection Subsystem **12** and the FOV **23** of the image detection and formation subsystem **13** are spatially co-extensive and the object detection field **20** spatially overlaps the FOV **23** along the entire working distance of the Imaging-Based Bar Code Symbol Reader. The far-field wide-area illumination field **26**, produced in response to one or more of the events described above, illuminates a wide area over a far-field portion of the field of view (FOV) of the Imaging-Based Bar Code Symbol Reader, as defined in FIG. **5A**, within which an object resides, and a 2-D image of the object can be rapidly captured (by all rows of the image sensing array **22**), buffered and processed in order to read any 1D or 2-D bar code symbols that may be represented there within, at any orientation, and of virtually any bar code symbology. The intensity of the far-field wide-area illumination field during object illumination and image capture operations is determined by how the LEDs associated with the far-field wide-area illumination array **29** are electrically driven by the Multi-Mode Illumination Subsystem **14**. The degree to which the LEDs are driven (i.e. measured in terms of junction current) is determined by the intensity of reflected light measured near the image formation plane by the Automatic Light Exposure Measurement And Illumination Control Subsystem **15**. If the intensity of reflected light at the photo-detector of the Automatic Light Exposure Measurement and Illumination Control Subsystem **15** is weak, indicative that the object exhibits low light reflectivity characteristics and a more intense amount of illumination will need to be produced b the LEDs to ensure sufficient light exposure on the image sensing array **22**, then the Automatic Light Exposure Measurement and Illumination Control Subsystem **15** will drive the LEDs more intensely (i.e. at higher operating currents).

During both near and far field wide-area illumination modes of operation, the Automatic Light Exposure Measurement and Illumination Control Subsystem (i.e. module) **15** measures and controls the time duration which the Multi-Mode Illumination Subsystem **14** exposes the image sensing array **22** to narrow-band illumination (e.g. 633 nanometers, with approximately 15 nm bandwidth) during the image capturing/acquisition process, and automatically terminates the generation of such illumination when such computed time duration expires. In accordance with the principles of the present invention, this global exposure control process

34

ensures that each and every acquired image has good contrast and is not saturated, two conditions essential for consistent and reliable bar code reading.

FIG. **5D1** shows the Lambertian emittance versus wavelength characteristics of the LEDs used to implement the far-field wide-area illumination arrays **29** in the Multi-Mode Illumination Subsystem **14** FIG. **5D2** shows the Lambertian emittance versus polar angle characteristics of the LEDs used to implement the same. FIG. **5D3** shows the piano-convex lenses used before the LEDs in the far-field wide-area illumination arrays in the Multi-Mode Illumination Subsystem **14**. FIG. **5D4** shows a layout of LEDs and plano-convex lenses used to implement the far wide-area illumination array **29** of the illumination subsystem, wherein the illumination beam produced therefrom is aimed by angling the lenses before the LEDs in the far-field wide-area illumination arrays of the Multi-Mode Illumination Subsystem **14**. FIG. **5D6** sets forth a set of three illumination profiles for the far-field wide-area illumination fields produced by the far-field wide-area illumination arrays of the illustrative embodiment, taken at 100, 150 and 220 millimeters along the field away from the imaging window (i.e. working distance) of the Imaging-Based Bar Code Symbol Reader, illustrating that the spatial intensity of the far-field wide-area illumination field begins to become substantially uniform at about 100 millimeters. FIG. **5D7** shows a table illustrating a preferred method of calculating the pixel intensity value for the center of the far field wide-area illumination field produced from the Multi-Mode Illumination Subsystem **14**, showing a significant signal strength (greater than 80DN at the far center field).

Specification of the Narrow-Band Optical Filter Subsystem Integrated within the Hand-Supportable Housing of the Imager of the Present Invention

As shown in FIG. **6A1**, the hand-supportable housing of the bar code reader of the present invention has integrated within its housing, narrow-band optical filter subsystem **4** for transmitting substantially only the very narrow band of wavelengths (e.g. 620-700 nanometers) of visible illumination produced from the narrow-band Multi-Mode Illumination Subsystem **14**, and rejecting all other optical wavelengths outside this narrow optical band however generated (i.e. ambient light sources). As shown, narrow-band optical filter subsystem **4** comprises: red-wavelength reflecting (high-pass) imaging window filter **4A** integrated within its light transmission aperture **3** formed on the front face of the hand-supportable housing; and low pass optical filter **4B** disposed before the CMOS image sensing array **22**. These optical filters **4A** and **4B** cooperate to form the narrow-band optical filter subsystem **4** for the purpose described above. As shown in FIG. **6A2**, the light transmission characteristics (energy versus wavelength) associated with the low-pass optical filter element **4B** indicate that optical wavelengths below 620 nanometers are transmitted there through, whereas optical wavelengths above 620 nm are substantially blocked (e.g. absorbed or reflected). As shown in FIG. **6A3**, the light transmission characteristics (energy versus wavelength) associated with the high-pass imaging window filter **4A** indicate that optical wavelengths above 700 nanometers are transmitted there through, thereby producing a red-color appearance to the user, whereas optical wavelengths below 700 nm are substantially blocked (e.g. absorbed or reflected) by optical filter **4A**.

During system operation, spectral band-pass filter subsystem **4** greatly reduces the influence of the ambient light, which falls upon the CMOS image sensing array **22** during the image capturing operations. By virtue of the optical filter

US 7,472,831 B2

35

of the present invention, a optical shutter mechanism is elimi-
nated in the system. In practice, the optical filter can reject
more than 85% of incident ambient light, and in typical envi-
ronments, the intensity of LED illumination is significantly
more than the ambient light on the CMOS image sensing
array 22. Thus, while an optical shutter is required in nearly
most conventional CMOS imaging systems, the imaging-
based bar code reading system of the present invention effec-
tively manages the exposure time of narrow-band illumina-
tion onto its CMOS image sensing array 22 by simply
controlling the illumination time of its LED-based illumina-
tion arrays 27, 28 and 29 using control signals generated by
Automatic Light Exposure Measurement and Illumination
Control Subsystem 15 and the CMOS image sensing array 22
while controlling illumination thereto by way of the band-
pass optical filter subsystem 4 described above. The result is
a simple system design, without moving parts, and having a
reduced manufacturing cost.

While the band-pass optical filter subsystem 4 is shown
comprising a high-pass filter element 4A and low-pass filter
element 4B, separated spatially from each other by other
optical components along the optical path of the system,
subsystem 4 may be realized as an integrated multi-layer filter
structure installed in front of the Image Formation And Detec-
tion (IFD) Module 13, or before its image sensing array 22,
without the use of the high-pass window filter 4A, or with the
use thereof so as to obscure viewing within the Imaging-
Based Bar Code Symbol Reader while creating an attractive
red-colored protective window. Preferably, the red-color win-
dow filter 4A will have substantially planar surface charac-
teristics to avoid focusing or defocusing of light transmitted
there through during imaging operations.

Specification of the Automatic Light Exposure Measurement
and Illumination Control Subsystem of the Present Invention

The primary function of the Automatic Light Exposure
Measurement and Illumination Control Subsystem 15 is to
control the brightness and contrast of acquired images by (i)
measuring light exposure at the image plane of the CMOS
imaging sensing array 22 and (ii) controlling the time dura-
tion that the Multi-Mode Illumination Subsystem 14 illumi-
nates the target object with narrow-band illumination gener-
ated from the activated LED illumination array. Thus, the
Automatic Light Exposure Measurement and Illumination
Control Subsystem 15 eliminates the need for a complex
shuttering mechanism for CMOS-based image sensing array
22. This novel mechanism ensures that the Imaging-Based
Bar Code Symbol Reader of the present invention generates
non-saturated images with enough brightness and contrast to
guarantee fast and reliable image-based bar code decoding in
demanding end-user applications.

During object illumination, narrow-band LED-based light
is reflected from the target object (at which the hand-support-
able bar code reader is aimed) and is accumulated by the
CMOS image sensing array 22. Notably, the object illumina-
tion process must be carried out for an optimal duration so
that the acquired image frame has good contrast and is not
saturated. Such conditions are required for the consistent and
reliable bar code decoding operation and performance. The
Automatic Light Exposure Measurement and Illumination
Control Subsystem 15 measures the amount of light reflected
from the target object, calculates the maximum time that the
CMOS image sensing array 22 should be kept exposed to the
actively-driven LED-based illumination array associated
with the Multi-Mode Illumination Subsystem 14, and then
automatically deactivates the illumination array when the
calculated time to do so expires (i.e. lapses).

36

As shown in FIG. 7A of the illustrative embodiment, the
Automatic Light Exposure Measurement and Illumination
Control Subsystem 15 comprises: a parabolic light-collecting
mirror 55 mounted within the head portion of the hand-sup-
portable housing, for collecting narrow-band LED-based
light reflected from a central portion of the FOV of the sys-
tem, which is then transmitted through the narrow-band opti-
cal filter subsystem 4 eliminating wide band spectral interfer-
ence; a light-sensing device (e.g. photo-diode) 56 mounted at
the focal point of the light collection mirror 55, for detecting
the filtered narrow-band optical signal focused therein by the
light collecting mirror 55; and an electronic circuitry 57 for
processing electrical signals produced by the photo-diode 56
indicative of the intensity of detected light exposure levels
within the focal plane of the CMOS image sensing array 22.
During light exposure measurement operations, incident nar-
row-band LED-based illumination is gathered from the cen-
ter of the FOV of the system by the spherical light collecting
mirror 55 and narrow-band filtered by the narrow-band opti-
cal filter subsystem 4 before being focused upon the photo-
diode 56 for intensity detection. The photo-diode 56 converts
the detected light signal into an electrical signal having an
amplitude which directly corresponds to the intensity of the
collected light signal.

As shown in FIG. 7A1 of an alternative illustrative embodi-
ment, the Automatic Light Exposure Measurement and Illu-
mination Control Subsystem 15 comprises: a mirrored beam
splitter 55A mounted within the head portion of the hand-
supportable housing for collecting narrow-band LED-based
light reflected from a central portion of the FOV of the sys-
tem, wherein image light is reflected off the object to be
imaged and upon the mirrored beam splitter 55A resulting in
a portion of the image light being transmitted through the
mirrored beam splitter 55A and focused upon a photodiode
56 for subsequent processing.

The mirrored beam splitter in its most common form is an
optical device that splits a beam of light in two. The mirrored
beam splitter comprises a plate of glass with a thin coating of
silver (usually deposited from silver vapour) with the thick-
ness of the silver coated such that of light incident at a 45
degree angle, one portion is transmitted and one portion is
reflected. The relative percentages of the reflection/transmis-
sion ratio may vary. Instead of a silver coating, a dielectric
optical coating may be used instead.

As a general principal, it is desirable to gather light from
the center of the camera's FOV, which is where the object
being imaged is most likely to be positioned. Using the mir-
rored beam splitter set up as described above, the optical axes
of the image formation and detection subsystem and the pho-
todiode may be made exactly coincident, with the extra
advantage of enabling one dimension of the scanner to be
reduced. In alternative embodiments the photodiode may
have a lens or lenses in front of it to aid in light collection.

As shown in FIG. 7A2 of an alternative illustrative embodi-
ment, the Automatic Light Exposure Measurement and Illu-
mination Control Subsystem 15 comprises: a cube-type beam
splitter 55A mounted within the head portion of the hand-
supportable housing for collecting narrow-band LED-based
light reflected from a central portion of the FOV of the sys-
tem, wherein image light is reflected off the object to be
imaged and upon the cube-type beam splitter 55A resulting in
a portion of the image light being transmitted through the
cube-type beam splitter 55A and focused upon a photodiode
56 for subsequent processing.

The cube-type beam splitter in its most common form is an
optical device that splits a beam of light in two. The cube-type
beam splitter comprises two triangular glass prisms which are

HONEYWELL-00192983

US 7,472,831 B2

37

glued together at their base. The thickness of the resin layer is adjusted such that (for a certain wavelength) a portion of the light incident through one face of the cube is reflected and the other portion is transmitted. The relative percentages of the reflection/transmission ratio may vary.

As a general principal, it is desirable to gather light from the center of the camera's FOV, which is where the object being imaged is most likely to be positioned. Using the cube-type beam splitter set up as described above, the optical axes of the image formation and detection subsystem and the photodiode may be made exactly coincident, with the extra advantage of enabling one dimension of the scanner to be reduced. In alternative embodiments the photodiode may have a lens or lenses in front of it to aid in light collection.

As shown in FIG. 7B, the System Control Subsystem 19 generates an Illumination Array Selection Control Signal which determines which LED illumination array (i.e. the narrow-area illumination array 27 or the far-field and narrow-field wide-area illumination arrays 28 or 29) will be selectively driven at any instant in time of system operation by LED Array Driver Circuitry 64 in the Automatic Light Exposure Measurement and Illumination Control Subsystem 15. As shown, electronic circuitry 57 processes the electrical signal from photo-detector 56 and generates an Auto-Exposure Control Signal for the selected LED illumination array. In term, this Auto-Exposure Control Signal is provided to the LED Array Driver Circuitry 64, along with an Illumination Array Selection Control Signal from the System Control Subsystem 19, for selecting and driving (i.e. energizing) one or more LED illumination array(s) so as to generate visible illumination at a suitable intensity level and for suitable time duration so that the CMOS image sensing array 22 automatically detects digital high-resolution images of illuminated objects, with sufficient contrast and brightness, while achieving Global Exposure Control objectives of the present invention disclosed herein. As shown in FIGS. 7B and 7C, the Illumination Array Selection Control Signal is generated by the System Control Subsystem 19 in response to (i) reading the System Mode Configuration Parameters from the System Mode Configuration Parameter Table 70, shown in FIG. 2A1, for the programmed mode of system operation at hand, and (ii) detecting the output from the automatic IR-based Object Presence and Range Detection Subsystem 12.

Notably, in the illustrative embodiment, there are three possible LED-based illumination arrays 27, 28 and 29 which can be selected for activation by the System Control Subsystem 19, and the upper and/or lower LED subarrays in illumination arrays 28 and 29 can be selectively activated or deactivated on a subarray-by-subarray basis, for various purposes taught herein, including automatic specular reflection noise reduction during wide-area image capture modes of operation.

Each one of these illumination arrays can be driven to different states depending on the Auto-Exposure Control Signal generated by electronic signal processing circuit 57, which will be generally a function of object distance, object surface reflectivity and the ambient light conditions sensed at photo-detector 56, and measured by signal processing circuit 57. The operation of signal processing circuitry 57 will now be detailed below.

As shown in FIG. 7B, the narrow-band filtered optical signal that is produced by the parabolic light focusing mirror 55 is focused onto the photo-detector D1 56 which generates an analog electrical signal whose amplitude corresponds to the intensity of the detected optical signal. This analog electrical signal is supplied to the signal processing circuit 57 for various stages of processing. The first step of processing

38

involves converting the analog electrical signal from a current-based signal to a voltage-based signal which is achieved by passing it through a constant-current source buffer circuit 58, realized by one half of transistor Q1 (58). This inverted voltage signal is then buffered by the second half of the transistor Q1 (58) and is supplied as a first input to a summing junction 59. As shown in FIG. 7C, the CMOS image sensing array 22 produces, as output, a digital Electronic Rolling Shutter (ERS) pulse signal 60, wherein the duration of this ERS pulse signal 60 is fixed to a maximum exposure time allowed in the system. The ERS pulse signal 60 is buffered through transistor Q2 61 and forms the other side of the summing junction 59. The outputs from transistors Q1 and Q2 form an input to the summing junction 59. A capacitor C5 is provided on the output of the summing junction 59 and provides a minimum integration time sufficient to reduce any voltage overshoot in the signal processing circuit 57. The output signal across the capacitor C5 is further processed by a comparator U1 62. In the illustrative embodiment, the comparator reference voltage signal is set to 1.7 volts. This reference voltage signal sets the minimum threshold level for the light exposure measurement circuit 57. The output signal from the comparator 62 is inverted by inverter U3 63 to provide a positive logic pulse signal which is supplied, as Auto-Exposure Control Signal, to the input of the LED array driver circuit 64 shown in FIG. 7C.

As will be explained in greater detail below, the LED Array Driver Circuit 64 shown in FIG. 7C automatically drives an activated LED illuminated array, and the operation of LED Array Driver Circuit 64 depends on the mode of operation in which the Multi-Mode Illumination Subsystem 14 is configured. In turn, the mode of operation in which the Multi-Mode Illumination Subsystem 14 is configured at any moment in time will typically depend on (i) the state of operation of the Object Presence and Range Detection Subsystem 12 and (ii) the programmed mode of operation in which the entire Imaging-Based Bar Code Symbol Reading System is configured using System Mode Configuration Parameters read from the Table 70 shown in FIG. 2A1.

As shown in FIG. 7C, the LED Array Driver Circuit 64 comprises analog and digital circuitry which receives two input signals: (i) the Auto-Exposure Control Signal from signal processing circuit 57; and (ii) the Illumination Array Selection Control Signal. The LED Array Driver Circuit 64 generates, as output, digital pulse-width modulated (PCM) drive signals provided to either the narrow-area illumination array 27, the upper and/or lower LED subarray employed in the near-field wide-area illumination array 28, and/or the upper and/or lower LED subarrays employed in the far-field wide-area illumination array 29. Depending on which Mode of System Operation the Imaging-Based Bar Code Symbol Reader has been configured, the LED Array Driver Circuit 64 will drive one or more of the above-described LED illumination arrays during object illumination and imaging operations. As will be described in greater detail below, when all rows of pixels in the CMOS image sensing array 22 are in a state of integration (and thus have a common integration time), such LED illumination array(s) are automatically driven by the LED Array Driver Circuit 64 at an intensity and for duration computed (in an analog manner) by the Automatic Light Exposure and Illumination Control Subsystem 15 so as to capture digital images having good contrast and brightness, independent of the light intensity of the ambient environment and the relative motion of target object with respect to the Imaging-Based Bar Code Symbol Reader.

HONEYWELL-00192984

US 7,472,831 B2

39                                                                                           40

Global Exposure Control Method of the Present Invention Carried Out Using the CMOS Image Sensing Array

In the illustrative embodiment, the CMOS image sensing array **22** is operated in its Single Frame Shutter Mode (i.e. rather than its Continuous Frame Shutter Mode) as shown in FIG. **7D**, and employs a novel exposure control method which ensure that all rows of pixels in the CMOS image sensing array **22** have a common integration time, thereby capturing high quality images even when the object is in a state of high speed motion. This novel exposure control technique shall be referred to as "the global exposure control method" of the present invention, and the flow chart of FIGS. **7E1** and **7E2** describes clearly and in great detail how this method is implemented in the Imaging-Based Bar Code Symbol Reader of the illustrative embodiment. The global exposure control method will now be described in detail below

As indicated at Block A in FIG. **7E1**, Step A in the global exposure control method involves selecting the single frame shutter mode of operation for the CMOS imaging sensing array provided within an imaging-based bar code symbol reading system employing an automatic light exposure measurement and illumination control subsystem, a multi-mode illumination subsystem, and a system control subsystem integrated therewith, and image formation optics providing the CMOS image sensing array with a field of view into a region of space where objects to be imaged are presented.

As indicated in Block B in FIG. **7E1**, Step B in the global exposure control method involves using the automatic light exposure measurement and illumination control subsystem to continuously collect illumination from a portion of the field of view, detect the intensity of the collected illumination, and generate an electrical analog signal corresponding to the detected intensity, for processing.

As indicated in Block C in FIG. **7E1**, Step C in the global exposure control method involves activating (e.g. by way of the system control subsystem **19** or directly by way of trigger switch **2C**) the CMOS image sensing array so that its rows of pixels begin to integrate photonically generated electrical charge in response to the formation of an image onto the CMOS image sensing array by the image formation optics of the system.

As indicated in Block D in FIG. **7E1**, Step D in the global exposure control method involves the CMOS image sensing array **22** automatically (i) generating an Electronic Rolling Shutter (ERS) digital pulse signal when all rows of pixels in the image sensing array are operated in a state of integration, and providing this ERS pulse signal to the Automatic Light Exposure Measurement and Illumination Control Subsystem **15** so as to activate light exposure measurement and illumination control functions/operations there within.

As indicated in Block E in FIG. **7E2**, Step E in the global exposure control method involves, upon activation of light exposure measurement and illumination control functions within Subsystem **15**, (i) processing the electrical analog signal being continuously generated there within, (ii) measuring the light exposure level within a central portion of the field of view **23** (determined by light collecting optics **55** shown in FIG. **7A**), and (iii) generating an Auto-Exposure Control Signal for controlling the generation of visible field of illumination from at least one LED-based illumination array (**27**, **28** and/or **29**) in the Multi-Mode Illumination Subsystem **14** which is selected by an Illumination Array Selection Control Signal produced by the System Control Subsystem **19**.

Finally, as indicated at Block F in FIG. **7E2**, Step F in the global exposure control method involves using (i) the Auto-Exposure Control Signal and (ii) the Illumination Array

Selection Control Signal to drive the selected LED-based illumination array(s) and illuminate the field of view of the CMOS image sensing array **22** in whatever image capture mode it may be configured, precisely when all rows of pixels in the CMOS image sensing array are in a state of integration, as illustrated in FIG. **7D**, thereby ensuring that all rows of pixels in the CMOS image sensing array have a common integration time. By enabling all rows of pixels in the CMOS image sensing array **22** to have a common integration time, high-speed "global exposure control" is effectively achieved within the Imaging-Based Bar Code Symbol Reader of the present invention, and consequently, high quality images are captured independent of the relative motion between the Bar Code Symbol Reader and the target object.

Specification of the IR-Based Automatic Object Presence and Range Detection Subsystem Employed in the Hand-Supportable Digital Image-Based Bar Code Reading Device of the Present Invention

As shown in FIG. **8A**, IR-wavelength based Automatic Object Presence and Range Detection Subsystem **12** is realized in the form of a compact optics module **76** mounted on the front portion of optics bench **6**, as shown in FIG. **1J**.

As shown in FIG. **8**, the Object Presence and Range Detection Module **12** of the illustrative embodiment comprises a number of subcomponents, namely: an optical bench **77** having an ultra-small footprint for supporting optical and electro-optical components used to implement the subsystem **12**; at least one IR laser diode **78** mounted on the optical bench **77**, for producing a low power IR laser beam **79**; IR beam shaping optics **80**, supported on the optical bench for shaping the IR laser beam (e.g. into a pencil-beam like geometry) and directing the same into the central portion of the object detection field **20** defined by the field of view (FOV) of IR light collection/focusing optics **81** supported on the optical bench **77**; an amplitude modulation (AM) circuit **82** supported on the optical bench **77**, for modulating the amplitude of the IR laser beam produced from the IR laser diode at a frequency $f_0$ (e.g. 75 Mhz) with up to 7.5 milliwatts of optical power; optical detector (e.g. an avalanche-type IR photodetector) **83**, mounted at the focal point of the IR light collection/focusing optics **81**, for receiving the IR optical signal reflected off an object within the object detection field, and converting the received optical signal **84** into an electrical signal **85**; an amplifier and filter circuit **86**, mounted on the optical bench **77**, for isolating the $f_0$ signal component and amplifying it; a limiting amplifier **87**, mounted on the optical bench, for maintaining a stable signal level; a phase detector **88**, mounted on the optical bench **77**, for mixing the reference signal component $f_0$ from the AM circuit **82** and the received signal component $f_0$ reflected from the packages and producing a resulting signal which is equal to a DC voltage proportional to the Cosine of the phase difference between the reference and the reflected $f_0$ signals; an amplifier circuit **89**, mounted on the optical bench **77**, for amplifying the phase difference signal; a received signal strength indicator (RSSI) **90**, mounted on the optical bench **77**, for producing a voltage proportional to a LOG of the signal reflected from the target object which can be used to provide additional information; a reflectance level threshold analog multiplexer **91** for rejecting information from the weak signals; and a 12 bit A/D converter **92**, mounted on the optical bench **77**, for converting the DC voltage signal from the RSSI circuit **90** into sequence of time-based range data elements $\{R_{n,i}\}$, taken along nT discrete instances in time, where each range data element $R_{n,i}$ provides a measure of the distance of the object referenced from (i) the IR laser diode **78** to (ii) a point on the surface of

HONEYWELL-00192985

US 7,472,831 B2

41
42

the object within the object detection field 20; and Range Analysis Circuitry 93 described below.

In general, the function of Range Analysis Circuitry 93 is to analyze the digital range data from the A/D converter 90 and generate two control activation signals, namely: (i) "an object presence detection" type of control activation signal $A_{1,a}$ indicating whether an object is presence or absent from the object detection field, regardless of the mode of operation in which the Multi-Mode Illumination Subsystem 14 might be configured; and (ii) "a near-field/far-field" range indication type of control activation signal $A_{1,b}$ indicating whether a detected object is located in either the predefined near-field or far-field portions of the object detection field, which correspond to the near-field and far-field portions of the FOV of the Multi-Mode Image Formation and Detection Subsystem 13.

Various kinds of analog and digital circuitry can be designed to implement the IR-based Automatic Object Presence and Range Detection Subsystem 12. Alternatively, this subsystem can be realized using various kinds of range detection techniques as taught in U.S. Pat. No. 6,637,659, incorporated herein by reference in its entirely.

In the illustrative embodiment, Automatic Object Presence and Range Detection Subsystem 12 operates as follows. In System Modes of Operation requiring automatic object presence and/or range detection, Automatic Object Presence and Range Detection Subsystem 12 will be activated at system start-up and operational at all times of system operation, typically continuously providing the System Control Subsystem 19 with information about the state of objects within both the far and near portions of the object detection field 20 of the Imaging-Based Symbol Reader. In general, this Subsystem detects two basic states of presence and range, and therefore has two basic states of operation. In its first state of operation, the IR-based automatic Object Presence and Range Detection Subsystem 12 automatically detects an object within the near-field region of the FOV 20, and in response thereto generates a first control activation signal which is supplied to the System Control Subsystem 19 to indicate the occurrence of this first fact. In its second state of operation, the IR-based automatic Object Presence and Range Detection Subsystem 12 automatically detects an object within the far-field region of the FOV 20, and in response thereto generates a second control activation signal which is supplied to the System Control Subsystem 19 to indicate the occurrence of this second fact. As will be described in greater detail and throughout this Patent Specification, these control activation signals are used by the System Control Subsystem 19 during particular stages of the system control process, such as determining (i) whether to activate either the near-field and/or far-field LED illumination arrays, and (ii) how strongly should these LED illumination arrays be driven to ensure quality image exposure at the CMOS image sensing array 22.

Specification of the Mapping of Pixel Data Captured by the Imaging Array into the SDRAM Under the Control of the Direct Memory Access (DMA) Module within the Microprocessor

As shown in FIG. 9, the CMOS image sensing array 22 employed in the Digital Imaging-Based Bar Code Symbol Reading Device hereof is operably connected to its microprocessor 36 through FIFO 39 (realized by way of a FPGA) and system bus shown in FIG. 2B. As shown, SDRAM 38 is also operably connected to the microprocessor 36 by way of the system bus, thereby enabling the mapping of pixel data captured by the CMOS image sensing array 22 into the SDRAM

38 under the control of the direct memory access (DMA) module within the microprocessor 36.

Referring to FIG. 10, details will now be given on how the bytes of pixel data captured by CMOS image sensing array 22 are automatically mapped (i.e. captured and stored) into the addressable memory storage locations of its SDRAM 38 during each image capture cycle carried out within the hand-supportable imaging-based bar code reading device of the present invention.

In the implementation of the illustrative embodiment, the CMOS image sensing array 22 sends 8-bit gray-scale data bytes over a parallel data connection to FPGA 39 which implements a FIFO using its internal SRAM. The FIFO 39 stores the pixel data temporarily and the microprocessor 36 initiates a DMA transfer from the FIFO (which is mapped to address OXOCOOOOOO, chip select 3) to the SDRAM 38. In general, modern microprocessors have internal DMA modules, and a preferred microprocessor design, the DMA module will contain a 32-byte buffer. Without consuming any CPU cycles, the DMA module can be programmed to read data from the FIFO 39, store read data bytes in the DMA's buffer, and subsequently write the data to the SDRAM 38. Alternatively, a DMA module can reside in FPGA 39 to directly write the FIFO data into the SDRAM 38. This is done by sending a bus request signal to the microprocessor 36, so that the microprocessor 36 releases control of the bus to the FPGA 39 which then takes over the bus and writes data into the SDRAM 38.

Below, a brief description will be given on where pixel data output from the CMOS image sensing array 22 is stored in the SDRAM 38, and how the microprocessor (i.e. implementing a decode algorithm) 36 accesses such stored pixel data bytes. FIG. 10 represents the memory space of the SDRAM 38. A reserved memory space of 1.3 MB is used to store the output of the CMOS image sensing array 22. This memory space is a 1:1 mapping of the pixel data from the CMOS image sensing array 22. Each byte represents a pixel in the image sensing array 22. Memory space is a mirror image of the pixel data from the image sensing array 22. Thus, when the decode program (36) accesses the memory, it is as if it is accessing the raw pixel image of the image sensing array 22. No time code is needed to track the data since the modes of operation of the bar code reader guarantee that the microprocessor 36 is always accessing the up-to-date data, and the pixel data sets are a true representation of the last optical exposure. To prevent data corruption, i.e. new data coming in while old data are still being processed, the reserved space is protected by disabling further DMA access once a whole frame of pixel data is written into memory. The DMA module is re-enabled until either the microprocessor 36 has finished going through its memory, or a timeout has occurred.

During image acquisition operations, the image pixels are sequentially read out of the image sensing array 22. Although one may choose to read and column-wise or row-wise for some CMOS image sensors, without loss of generality, the row-by-row read out of the data is preferred. The pixel image data set is arranged in the SDRAM 38 sequentially, starting at address OXAOEC0000. To randomly access any pixel in the SDRAM 38 is a straightforward matter: the pixel at row y ¼ column x located is at address (OXAOEC0000+y×1280+x).

As each image frame always has a frame start signal out of the image sensing array 22, that signal can be used to start the DMA process at address OXAOEC0000, and the address is continuously incremented for the rest of the frame. But the reading of each image frame is started at address OXAOEC0000 to avoid any misalignment of data. Notably, however, if the microprocessor 36 has programmed the

HONEYWELL-00192986

JA2687

US 7,472,831 B2

**43**

CMOS image sensing array **22** to have a ROI window, then the starting address will be modified to (OXAOEC0000+ 1280×R₁), where R₁ is the row number of the top left corner of the ROI.

Specification of the Three-Tier Software Architecture of the Hand-Supportable Digital Image-Based Bar Code Reading Device of the Present Invention

As shown in FIG. **11**, the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the present invention **1** is provided with a three-tier software architecture comprising the following software modules: (1) the Main Task module, the CodeGate Task module, the Metroset Task module, the Application Events Manager module, the User Commands Table module, and the Command Handler module, each residing within the Application layer of the software architecture; (2) the Tasks Manager module, the Events Dispatcher module, the Input/Output Manager module, the User Commands Manager module, the Timer Subsystem module, the Input/Output Subsystem module and the Memory Control Subsystem module, each residing within the System Core (SCORE) layer of the software architecture; and (3) the Linux Kemal module, the Linux File System module, and Device Drivers modules, each residing within the Linux Operating System (OS) layer of the software architecture.

While the operating system layer of the Imaging-Based Bar Code Symbol Reader is based upon the Linux operating system, it is understood that other operating systems can be used (e.g. Microsoft Windows, Max OXS, Unix, etc), and that the design preferably provides for independence between the main Application Software Layer and the Operating System Layer, and therefore, enables of the Application Software Layer to be potentially transported to other platforms. Moreover, the system design principles of the present invention provides an extensibility of the system to other future products with extensive usage of the common software components, which should make the design of such products easier, decrease their development time, and ensure their robustness.

In the illustrative embodiment, the above features are achieved through the implementation of an event-driven multi-tasking, potentially multi-user, Application layer running on top of the System Core software layer, called SCORE. The SCORE layer is statically linked with the product Application software, and therefore, runs in the Application Level or layer of the system. The SCORE layer provides a set of services to the Application in such a way that the Application would not need to know the details of the underlying operating system, although all operating system APIs are, of course, available to the application as well. The SCORE software layer provides a real-time, event-driven, OS-independent framework for the product Application to operate. The event-driven architecture is achieved by creating a means for detecting events (usually, but not necessarily, when the hardware interrupts occur) and posting the events to the Application for processing in real-time manner. The event detection and posting is provided by the SCORE software layer. The SCORE layer also provides the product Application with a means for starting and canceling the software tasks, which can be running concurrently, hence, the multi-tasking nature of the software system of the present invention.

Specification of Software Modules within the Score Layer of the System Software Architecture Employed in Imaging-Based Bar Code Reader of the Present Invention

The SCORE layer provides a number of services to the Application layer.

**44**

The Tasks Manager provides a means for executing and canceling specific application tasks (threads) at any time during the product Application run.

The Events Dispatcher provides a means for signaling and delivering all kinds of internal and external synchronous and asynchronous events

When events occur, synchronously or asynchronously to the Application, the Events Dispatcher dispatches them to the Application Events Manager, which acts on the events accordingly as required by the Application based on its current state. For example, based on the particular event and current state of the application, the Application Events Manager can decide to start a new task, or stop currently running task, or do something else, or do nothing and completely ignore the event.

The Input/Output Manager provides a means for monitoring activities of input/output devices and signaling appropriate events to the Application when such activities are detected.

The Input/Output Manager software module runs in the background and monitors activities of external devices and user connections, and signals appropriate events to the Application Layer, which such activities are detected. The Input/ Output Manager is a high-priority thread that runs in parallel with the Application and reacts to the input/output signals coming asynchronously from the hardware devices, such as serial port, user trigger switch **2**C, bar code reader, network connections, etc. Based on these signals and optional input/ output requests (or lack thereof) from the Application, it generates appropriate system events, which are delivered through the Events Dispatcher to the Application Events Manager as quickly as possible as described above.

The User Commands Manager provides a means for managing user commands, and utilizes the User Commands Table provided by the Application, and executes appropriate User Command Handler based on the data entered by the user.

The Input/Output Subsystem software module provides a means for creating and deleting input/output connections and communicating with external systems and devices The Timer Subsystem provides a means of creating, deleting, and utilizing all kinds of logical timers.

The Memory Control Subsystem provides an interface for managing the multi-level dynamic memory with the device, fully compatible with standard dynamic memory management functions, as well as a means for buffering collected data. The Memory Control Subsystem provides a means for thread-level management of dynamic memory. The interfaces of the Memory Control Subsystem are fully compatible with standard C memory management functions. The system software architecture is designed to provide connectivity of the device to potentially multiple users, which may have different levels of authority to operate with the device.

The User Commands Manager, which provides a standard way of entering user commands, and executing application modules responsible for handling the same. Each user command described in the User Commands Table is a task that can be launched by the User Commands Manager per user input, but only if the particular user's authority matches the command's level of security.

The Events Dispatcher software module provides a means of signaling and delivering events to the Application Events Manager, including the starting of a new task, stopping a currently running task, or doing something or nothing and simply ignoring the event.

FIG. **12**B provides a Table listing examples of System-Defined Events which can occur and be dispatched within the hand-supportable Digital Imaging-Based Bar Code Symbol

HONEYWELL-00192987

US 7,472,831 B2

45

Reading Device of the present invention, namely: SCORE_EVENT_POWER_UP which signals the completion of system start-up and involves no parameters; _ SCORE_EVENT_TIMEOUT which signals the timeout of the logical timer, and involves the parameter "pointer to timer id"; SCORE_EVENT_UNEXPECTED_INPUT which signals that the unexpected input data is available and involves the parameter "pointer to connection id"; SCORE_EVENT_TRIG_ON which signals that the user pulled the trigger and involves no parameters; SCORE_EVENT_TRIG_OFF which signals that the user released the trigger and involves no parameters; SCORE_EVENT_OBJECT_DETECT_ON which signals that the object is positioned under the bar code reader and involves no parameters; SCORE_EVENT_OB-JECT_DETECT_OFF which signals that the object is removed from the field of view of the bar code reader and involves no parameters; SCORE_EVENT_EXIT_TASK which signals the end of the task execution and involves the pointer UTID; and SCORE_EVENT_ABORT_TASK which signals the aborting of a task during execution.

The Imaging-Based Bar Code Symbol Reader of the present invention provides the user with a command-line interface (CLI), which can work over the standard communication lines, such as RS232, available in the Bar Code Reader. The CLI is used mostly for diagnostic purposes, but can also be used for configuration purposes in addition to the MetroSet® and MetroSelect® programming functionalities. To send commands to the bar code reader utilizing the CLI, a user must first enter the User Command Manager by typing in a special character, which could actually be a combination of multiple and simultaneous keystrokes, such Ctrl and S for example. Any standard and widely available software communication tool, such as Windows HyperTerminal, can be used to communicate with the Bar Code Reader. The bar code reader acknowledges the readiness to accept commands by sending the prompt, such as "MTLG>" back to the user. The user can now type in any valid Application command. To quit the User Command Manager and return the scanner back to its normal operation, a user must enter another special character, which could actually be a combination of multiple and simultaneous keystrokes, such Ctrl and R for example.

An example of the valid command could be the "Save Image" command, which is used to upload an image from the bar code reader's memory to the host PC. This command has the following CLI format:

save [filename [compr]]

where

(1) save is the command name.

(2) filename is the name of the file the image gets saved in. If omitted, the default filename is "image.bmp".

(3) compr is the compression number, from 0 to 10. If omitted, the default compression number is 0, meaning no compression. The higher compression number, the higher image compression ratio, the faster image transmission, but more distorted the image gets.

The Imaging-Based Bar Code Symbol Reader of the present invention can have numerous commands. All commands are described in a single table (User Commands Table shown in FIG. 11) contained in the product Applications software layer. For each valid command, the appropriate record in the table contains the command name, a short description of the command, the command type, and the address of the function that implements the command.

When a user enters a command, the User Command Manager looks for the command in the table. If found, it executes the function the address of which is provided in the record for

46

the entered command. Upon return from the function, the User Command Manager sends the prompt to the user indicating that the command has been completed and the User Command Manager is ready to accept a new command.

Specification of Software Modules within the Application Layer of the System Software Architecture Employed in Imaging-Based Bar Code Reader of the Present Invention

The image processing software employed within the system hereof performs its bar code reading function by locating and recognizing the bar codes within the frame of a captured image comprising pixel data. The modular design of the image processing software provides a rich set of image processing functions, which could be utilized in the future for other potential applications, related or not related to bar code symbol reading, such as: optical character recognition (OCR) and verification (OCV); reading and verifying directly marked symbols on various surfaces; facial recognition and other biometrics identification; etc.

The CodeGate Task, in an infinite loop, performs the following task. It illuminates a "thin" narrow horizontal area at the center of the field-of-view (FOV) and acquires a digital image of that area. It then attempts to read bar code symbols represented in the captured frame of image data using the image processing software facilities supported by the Image-Processing Bar Code Symbol Reading Subsystem 17 of the present invention to be described in greater detail hereinafter. If a bar code symbol is successfully read, then Subsystem 17 saves the decoded data in the special CodeGate data buffer. Otherwise, it clears the CodeGate data buffer. Then, it continues the loop. The CodeGate Task never exits on its own. It can be canceled by other modules in the system when reacting to other events. For example, when a user pulls the trigger switch 2C, the event TRIGGER_ON is posted to the application. The Application software responsible for processing this event, checks if the CodeGate Task is running, and if so, it cancels it and then starts the Main Task. The CodeGate Task can also be canceled upon OBJECT_DETECT_OFF event, posted when the user moves the bar code reader away from the object, or when the user moves the object away from the bar code reader.

Depending on the System Mode in which the Imaging-Based Bar Code Symbol Reader is configured, Main Task will typically perform differently. For example, when the Imaging-Based Bar Code Symbol Reader is configured in the Programmable Mode of System Operation No. 12 (i.e. Semi-Automatic-Triggered Multiple-Attempt 1D/2D Single-Read Mode) to be described in greater detail hereinafter, the Main Task first checks if the CodeGate Data Buffer contains data decoded by the CodeGate Task. If so, then it immediately sends the data out to the user by executing the Data Output procedure and exits. Otherwise, in a loop, the Main Task does the following: it illuminates an entire area of the field-of-view and acquires a full-frame image of that area. It attempts to read a bar code symbol the captured image. If it successfully reads a bar code symbol, then it immediately sends the data out to the user by executing the Data Output procedure and exits. Otherwise, it continues the loop. Notably, upon successful read and prior to executing the Data Output procedure, the Main Task analyzes the decoded data for a "reader programming" command or a sequence of commands. If necessary, it executes the MetroSelect functionality. The Main Task can be canceled by other modules within the system when reacting to other events. For example, the bar code reader of the present invention can be re-configured using standard Metrologic configuration methods, such as

HONEYWELL-00192988

JA2689

US 7,472,831 B2

47

MetroSelect® and MetroSet®. The MetroSelect functionality is executed during the Main Task.

The MetroSet functionality is executed by the special MetroSet Task. When the Focus RS232 software driver detects a special NULL-signal on its communication lines, it posts the METROSET_ON event to the Application. The Application software responsible for processing this event starts the MetroSet task. Once the MetroSet Task is completed, the scanner returns to its normal operation.

Operating System Layer Software Modules within the Application Layer of the System Software Architecture Employed in Imaging-Based Bar Code Reader of the Present Invention

The Devices Drivers software modules, which includes trigger drivers, provides a means for establishing a software connection with the hardware-based manually-actuated trigger switch 2C employed on the imaging-based device, an image acquisition driver for implementing image acquisition functionality aboard the imaging-based device, and an IR driver for implementing object detection functionality aboard the imaging-based device.

As shown in FIG. 12I, the Device Drive software modules include: trigger drivers for establishing a software connection with the hardware-based manually-actuated trigger switch 2C employed on the Imaging-Based Bar Code Symbol Reader of the present invention; an image acquisition driver for implementing image acquisition functionality aboard the Imaging-Based Bar Code Symbol Reader; and an IR driver for implementing object detection functionality aboard the Imaging-Based Bar Code Symbol Reader.

Basic System Operations Supported by the Three-Tier Software Architecture of the Hand-Supportable Digital Imaging-Based Bar Code Reading Device of the Present Invention

In FIGS. 13A through 13L, the basic systems operations supported by the three-tier software architecture of the digital Imaging-Based Bar Code Reading Device of the present invention are schematically depicted. Notably, these basic operations represent functional modules (or building blocks) with the system architecture of the present invention, which can be combined in various combinations to implement the numerous Programmable Modes of System Operation listed in FIG. 23 and described in detail below, using the image acquisition and processing platform disclosed herein. For purposes of illustration, and the avoidance of obfuscation of the present invention, these basic system operations will be described below with reference to Programmable Mode of System Operation No. 12: Semi-Automatic-Triggered Multiple-Attempt 1D/2D Single-Read Mode Employing The No-Finder Mode And The Manual Or Automatic Modes Of the Multi-Mode Bar Code Reading Subsystem 17.

FIG. 13A shows the basic operations carried out within the System Core Layer of the system when the user points the bar code reader towards a bar code symbol on an object. Such operations include the by IR device drivers enabling automatic detection of the object within the field, and waking up of the Input/Output Manager software module. As shown in FIG. 13B, the Input/Output Manager then posts the SCORE_OBJECT_DETECT_ON event to the Events Dispatcher software module in response to detecting an object. Then as shown in FIG. 13C, the Events Dispatcher software module passes the SCORE_OBJECT_DETECT_ON event to the Application Layer. FIG. 13D shows that, upon executing the SCORE_OBJECT_DETECT_ON event at the Application Layer, the Application Events Manager executes an event handling routine (shown in FIG. 13D) which activates the narrow-area (linear) illumination array 27 (i.e. during narrow-area illumination and image capture modes), and then

48

executes the CodeGate Task described in FIG. 13E. As shown in the flow chart of FIG. 13D, the system event handling routine first involves determining whether the CodeGate Task has been enabled and if not, then the system exits the event handling routine. If the CodeGate Task has been enabled (as would be the case for Programmable Mode of System Operation No. 12, in particular), then the routine proceeds to determine whether the "Presentation Mode" (i.e. Programmable Mode of System Operation No. 10) has been enabled, and if so, then the Application Layer executes the Main Task shown in FIG. 13J, and if not, then activates the narrow area illumination mode of the Multi-Mode Illumination Subsystem 14, and then executes the CodeGate Task shown in FIG. 13E.

As shown in FIG. 13E, the Application Layer executes the CodeGate Task by first activating the narrow-area image capture mode in the Multi-Mode Image Formation and Detection Subsystem 13 (i.e. by enabling a few middle rows of pixels in the CMOS sensor array 22), and then acquiring/capturing a narrow image at the center of the FOV of the Bar Code Reader. CodeGate Task then performs image processing operations on the captured narrow-area image using No-Finder Module which has been enabled by the selected Programmable Mode of System Operation No. 12. If the image processing method results in a successful read of a bar code symbol, then the Codegate Task saves the decoded symbol character data in the Codegate Data Buffer; and if not, then the task clears the Codegate Data Buffer, and then returns to the main block of the Task where image acquisition reoccurs.

As shown in FIG. 13F, when the user pulls the trigger switch 2C on the bar code reader while the Code Task is executing, the trigger switch driver in the OS Layer automatically wakes up the Input/Output Manager at the System Core Layer. As shown in FIG. 13G, the Input/Output Manager, in response to being woken up by the trigger device driver, posts the SCORE_TRIGGER_ON event to the Events Dispatcher also in the System Core Layer. As shown in FIG. 13H, the Events Dispatcher then passes on the SCORE_TRIGGER_ON event to the Application Events Manager at the Application Layer. As shown in FIG. 13I, the Application Events Manager responds to the SCORE_TRIGGER_ON event by invoking a handling routine (Trigger On Event) within the Task Manager at the System Core Layer. As shown the flow chart of FIG. 13I, the routine determines whether the Presentation Mode (i.e. Programmed Mode of System Operation No. 10) has been enabled, and if so, then the routine exits. If the routine determines that the Presentation Mode (i.e. Programmed Mode of System Operation No. 10) has not been enabled, then it determines whether the CodeGate Task is running, and if not, then, executes the Main Task described in FIG. 13J. If the routine determines that the CodeGate Task is running, then it first cancels the CodeGate Task and then deactivates the narrow-area illumination array 27 associated with the Multi-Mode Illumination Subsystem 14, and thereafter executes the Main Task.

As shown in FIG. 13J, the first step performed in the Main Task by the Application Layer is to determine whether CodeGate Data is currently available (i.e. stored in the CodeGate Data Buffer), and if such data is available, then the Main Task directly executes the Data Output Procedure described in FIG. 13K. However, if the Main Task determines that no such data is currently available, then it starts the Read TimeOut Timer, and then acquires a wide-area image of the detected object, within the time frame permitted by the Read Timeout Timer. Notably, this wide-area image acquisition process involves carrying out the following operations, namely: (i) first activating the wide-area illumination mode in the Multi-

HONEYWELL-00192989

US 7,472,831 B2

49                                                                 50

Mode Illumination Subsystem **14** and the wide-area capture mode in the CMOS image formation and detection module; (ii) determining whether the object resides in the near-field or far-field portion of the FOV (through object range measurement by the IR-based Object Presence and Range Detection Subsystem **12**); and (iii) then activating either the near or far field wide-area illumination array to illuminate either the object in either the near or far field portions of the FOV using either the near-field illumination array **28** or the far-field illumination array **29** (or possibly both **28** and **29** in special programmed cases) at an intensity and duration determined by the automatic light exposure measurement and control subsystem **15**; while (iv) sensing the spatial intensity of light imaged onto the CMOS image sensing array **22** in accordance with the Global Exposure Control Method of the present invention, described in detail hereinabove. Then the Main Task performs image processing operations on the captured image using either the Manual, ROI-Specific or Automatic Modes of operation, although it is understood that other image-processing based reading methods taught herein, such as Automatic or OmniScan, can be used depending on which Programmed Mode of System Operation has been selected by the end user for the Imaging-Based Bar Code Symbol Reader of the present invention. Notably, in the illustrative embodiment shown in FIG. **13**J, the time duration of each image acquisition/processing frame is set by the Start Read Timeout Timer and Stop Read Timeout Timer blocks shown therein, and that within the Programmed Mode of System Operation No. 12, the Main Task will support repeated (i.e. multiple) attempts to read a single bar code symbol so long as the trigger switch **2**C is manually depressed by the operator and a single bar code has not yet been read. Then upon successfully reading a (single) bar code symbol, the Main Task will then execute the Data Output Procedure. Notably, in other Programmed Modes of System Operation, in which a single attempt at reading a bar code symbol is enabled, the Main Task will be modified accordingly to support such system behavior. In such a case, an alternatively named Main Task (e.g. Main Task No. 2) would be executed to enable the required system behavior during run-time.

It should also be pointed out at this juncture, that it is possible to enable and utilize several of different kinds of symbol reading methods during the Main Task, and to apply particular reading methods based on the computational results obtained while processing the narrow-area image during the CodeGate Task, and/or while preprocessing of the captured wide-area image during one of the image acquiring/processing frames or cycles running in the Main Task. The main point to be made here is that the selection and application of image-processing based bar code reading methods will preferably occur through the selective activation of the different modes available within the multi-mode image-processing based bar code symbol reading Subsystem **17**, in response to information learned about the graphical intelligence represented within the structure of the captured image, and that such dynamic should occur in accordance with principles of dynamic adaptive learning commonly used in advanced image processing systems, speech understanding systems, and alike. This general approach is in marked contrast with the approaches used in prior art Imaging-Based Bar Code Symbol Readers, wherein permitted methods of bar code reading are pre-selected based on statically defined modes selected by the end user, and not in response to detected conditions discovered in captured images on a real-time basis.

As shown in FIG. **13**K, the first step carried out by the Data Output Procedure, called in the Main Task, involves deter-

mining whether the symbol character data generated by the Main Task is for programming the bar code reader or not. If the data is not for programming the Bar Code Symbol Reader, then the Data Output Procedure sends the data out according to the bar code reader system configuration, and then generates the appropriate visual and audio indication to the operator, and then exits the procedure. If the data is for programming the Bar Code Symbol Reader, then the Data Output Procedure sets the appropriate elements of the bar code reader configuration (file) structure, and then saves the Bar Code Reader Configuration Parameters in non-volatile RAM (i.e. NOVRAM). The Data Output Procedure then reconfigures the Bar Code Symbol Reader and then generates the appropriate visual and audio indication to the operator, and then exits the procedure. As shown in FIG. **13**L, decoded data is sent from the Input/Output Module at the System Core Layer to the Device Drivers within the Linux OS Layer of the system.

Wide-Area Illumination Control Method for Use During the Main Task System Control Routine So as to Illuminate Objects with Wide-Area Illumination in a Manner which Substantially Reduces Specular-Type Reflection at the CMOS Image Sensing Array of the Bar Code Symbol Reader

Referring to FIGS. **13**M1 through **13**M3, the method of illuminating objects without specular reflection, according to the present invention, will now be described in detail. This control routine can be called during the acquisition of wide-area image step in the Main Task routine, shown in FIG. **13**J.

As indicated at Step A in FIG. **13**M1, the first step of the illumination control method involves using the Automatic Light Exposure Measurement And Illumination Control Subsystem **15** to measure the ambient light level to which the CMOS image sensing array **22** is exposed prior to commencing each illumination and imaging cycle within the Bar Code Symbol Reading System

As indicated at Step B, the illumination control method involves using the Automatic IR-based Object Presence and Range Detection Subsystem **12** to measure the presence and range of the object in either the near or far field portion of the field of view (FOV) of the System.

As indicated at Step C, the illumination control method involves using the detected range and the measured light exposure level to drive both the upper and lower LED illumination subarrays associated with either the near-field wide-area illumination array **28** or far-field wide-area illumination array **29**.

As indicated at Step D, the illumination control method involves capturing a wide-area image at the CMOS image sensing array **22** using the illumination field produced during Step C.

As indicated at Step E, the illumination control method involves rapidly processing the captured wide-area image during Step D to detect the occurrence of high spatial-intensity levels in the captured wide-area image, indicative of a specular reflection condition.

As indicated at Step F, the illumination control method involves determining if a specular reflection condition is detected in the processed wide-area image, and if so then driving only the upper LED illumination subarray associated with either the near-field or far-field wide-area illumination array. Also, if a specular reflection condition is not detected in the processed wide-area image, then the detected range and the measured light exposure level is used to drive both the upper and lower LED subarrays associated with either the near-field or far-field wide-area illumination array.

HONEYWELL-00192990

US 7,472,831 B2

51

As indicated at Step G, the illumination control method involves capturing a wide-area image at the CMOS image sensing array **22** using the illumination field produced during Step F.

As indicated at Step H, the illumination control method involves rapidly processing the captured wide-area image during Step G to detect the occurrence of high spatial-intensity levels in the captured wide-area image, indicative of a specular reflection condition.

As indicated at Step I, the illumination control method involves determining if a specular reflection condition is still detected in the processed wide-area image, and if so, then drive the other LED subarray associated with either the near-field or far-field wide-area illumination array. If a specular reflection condition is not detected in the processed wide-area image, then the detected Range and the measured Light Exposure Level is used to drive the same LED illumination subarray (as in Step C) associated with either the near-field wide-area illumination array **28** or far field wide-area illumination array **29**.

As indicated at Step J, the illumination control method involves capturing a wide-area image at the CMOS image sensing array using the illumination field produced during Step I.

As indicated at Step K, the illumination control method involves rapidly processing the captured wide-area image during Step J to detect the absence of high spatial-intensity levels in the captured wide-area image, confirming the elimination of the earlier detected specular reflection condition.

As indicated at Step L, the illumination control method involves determining if no specular reflection condition is detected in the processed wide-area image at Step K, and if not, then the wide-area image is processed using the mode(s) selected for the Multi-Mode Image-Processing Bar Code Reading Subsystem **17**. If a specular reflection condition is still detected in the processed wide-area image, then the control process returns to Step A repeats Steps A through K, as described above.

Specification of Symbologies and Modes Supported by the Multi-Mode Bar Code Symbol Reading Subsystem Module Employed within the Hand-Supportable Digital Image-Based Bar Code Reading Device of the Present Invention

FIG. **14** lists the various bar code symbologies supported by the Multi-Mode Bar Code Symbol Reading Subsystem **17** employed within the hand-supportable Digital Imaging-Based Bar Code Symbol Reading Device of the present invention. As shown therein, these bar code symbologies include: Code 128; Code 39; I2of5; Code93; Codabar; UPC/EAN; Telepen; UK-Plessey; Trioptic; Matrix 2of5; Airline 2of5; Straight 2of5; MSI-Plessey; Code11; and PDF417.

Specification of the Various Modes of Operation in the Multi-Mode Bar Code Symbol Reading Subsystem of the Present Invention

As shown in FIG. **15**, the Multi-Mode Image-Processing Based Bar Code Symbol Reading Subsystem **17** of the illustrative embodiment supports five primary modes of operation, namely: the Automatic Mode of Operation; the Manual Mode of Operation; the ROI-Specific Mode of Operation; the No-Finder Mode of Operation; and Omniscan Mode of Operation. As will be described in greater detail herein, various combinations of these modes of operation can be used during the lifecycle of the image-processing based bar code reading process of the present invention.

FIG. **16** is a exemplary flow chart representation showing the steps involved in setting up and cleaning up the software sub-Application entitled "Multi-Mode Image-Processing

52

Based Bar Code Symbol Reading Subsystem **17**", once called from either (i) the CodeGate Task software module at the Block entitled READ BAR CODE(S) IN CAPTURED NARROW-AREA IMAGE indicated in FIG. **13**E, or (ii) the Main Task software module at the Block entitled "READ BAR CODE(S) IN CAPTURED WIDE-AREA IMAGE" indicated in FIG. **13**J.

The Automatic Mode of Multi-Mode Bar Code Symbol Reading Subsystem

In its Automatic Mode of Operation, the Multi-Mode Bar Code Symbol Reading Subsystem **17** is configured to automatically start processing a captured frame of digital image data, prior to the complete buffering thereof, so as to search for one or more bar codes represented therein in an incremental manner, and to continue searching until the entire image is processed.

This mode of image-based processing enables bar code locating and reading when no prior knowledge about the location of, or the orientation of, or the number of bar codes that may be present within an image, is available. In this mode of operation, the Multi-Mode Bar Code Symbol Reading Subsystem **17** starts processing the image from the top-left corner and continues until it reaches the bottom-right corner, reading any potential bar codes as it encounters them.

The Manual Mode of the Multi-Mode Bar Code Symbol Reading Subsystem

In its Manual Mode of Operation, the Multi-Mode Bar Code Symbol Reading Subsystem **17** is configured to automatically process a captured frame of digital image data, starting from the center or sweep spot of the image at which the user would have aimed the bar code reader, so as to search for (i.e. find) at least one bar code symbol represented therein. Unlike the Automatic Mode, this is done by searching in a helical manner through frames or blocks of extracted image feature data, and then marking the same and image-processing the corresponding raw digital image data until a bar code symbol is recognized/read within the captured frame of image data.

This mode of image processing enables bar code locating and reading when the maximum number of bar codes that could be present within the image is known a priori and when portions of the primary bar code have a high probability of spatial location close to the center of the image. The Multi-Mode Bar Code Symbol Reading Subsystem **17** starts processing the image from the center, along rectangular strips progressively further from the center and continues until either the entire image has been processed or the programmed maximum number of bar codes has been read.

The ROI-Specific Mode of the Multi-Mode Bar Code Symbol Reading Subsystem

In its ROI-Specific Mode of Operation, the Multi-Mode Bar Code Symbol Reading Subsystem **17** is configured to automatically process a captured frame of digital image data, starting from the region of interest (ROI) in the captured image, specified by coordinates acquired during a previous mode of operation within the Multi-Mode Bar Code Symbol Reading Subsystem **17**. Unlike the Manual Mode, this is done by analyzing the received ROI-specified coordinates, derived during either, a previous NoFinder Mode, Automatic Mode, or Omniscan Mode of operation, and then immediately begins processing image feature data, and image-processing the corresponding raw digital image data until a bar code symbol is recognized/read within the captured frame of image data. Thus, typically, the ROI-Specific Mode is used in

US 7,472,831 B2

**53**

conjunction with other modes of the Multi-Mode Bar Code Symbol Reading Subsystem **17**.

This mode of image processing enables bar code locating and reading when the maximum number of bar codes that could be present within the image is known a priori and when portions of the primary bar code have a high probability of spatial location close to specified ROI in the image. The Multi-Mode Bar Code Symbol Reading Subsystem starts processing the image from these initially specified image coordinates, and then progressively further in a helical manner from the ROI-specified region, and continues until either the entire image has been processed or the programmed maximum number of bar codes have been read.

The No-Finder Mode of the Multi-Mode Bar Code Symbol Reading Subsystem

In its No-Finder Mode of Operation, the Multi-Mode Bar Code Symbol Reading Subsystem **17** is configured to automatically process a captured narrow-area (linear) frame of digital image data, without the feature extraction and marking operations used in the Automatic, Manual and ROI-Specific Modes, so as to read a one or more bar code symbols represented therein.

This mode enables bar code reading when it is known, a priori, that the image contains at most one (1-dimensional) bar code symbol, portions of which have a high likelihood of spatial location close to the center of the image and when the bar code is known to be oriented at zero degrees relative to the horizontal axis. Notably, this is typically the case when the bar code reader is used in a hand-held mode of operation, where the Bar Code Symbol Reader is manually pointed at the bar code symbol to be read. In this mode, the Multi-Mode Bar Code Symbol Reading Subsystem **17** starts at the center of the image, skips all bar code location steps, and filters the image at zero (0) degrees and 180 degrees relative to the horizontal axis. Using the "bar-and-space-count" data generated by the filtration step, it reads the potential bar code symbol.

The Omni-Scan Mode of the Multi-Mode Bar Code Reading Subsystem

In its Omniscan Mode of Operation, the Multi-Mode Bar Code Symbol Reading Subsystem **17** is configured to automatically process a captured frame of digital image data along any one or more predetermined virtual scan line orientations, without feature extraction and marking operations used in the Automatic, Manual and ROI-Specific Modes, so as to read a single bar code symbol represented in the processed image.

This mode enables bar code reading when it is known, a priori, that the image contains at most one (1-dimensional) bar code, portions of which have a high likelihood of spatial location close to the center of the image but which could be oriented in any direction. Multi-Mode Bar Code Symbol Reading Subsystem **17** starts at the center of the image, skips all bar code location steps, and filters the image at different start-pixel positions and at different scan-angles. Using the bar-and-space-count data generated by the filtration step, the Omniscan Mode reads the potential bar code symbol.

Specification of Multi-Mode Bar Code Symbol Reading Subsystem of the Present Invention Operated During its Automatic Mode of Operation

As shown in FIG. **17A**, the image-processing method carried out by the Multi-Mode Bar Code Symbol Reading Subsystem during its Automatic Mode of operation, comprises the following primary steps of operation, namely: (1) the first stage of processing involves searching for (i.e. finding) regions of interest (ROIs) by processing a low resolution

**54**

image of a captured frame of high-resolution image data, partitioning the low-resolution image into N×N blocks, creating a feature vector (Fv) for each block using spatial-derivative based image processing techniques, marking ROIs by examining the feature vectors for regions of high-modulation, (2) the second stage of processing involves calculating bar code orientation, and marking the four corners of a bar code as a ROI, and (3) the third stage of processing involves reading any bar code symbols represented within the ROI by traversing the bar code image data, updating the feature vectors, examining the zero-crossings of filtered image data, creating bar and space patterns, and decoding the bar and space patterns using conventional decoding algorithms.

As will be described herein below, these three (3) stages of image processing involved in the Automatic Mode of operation can be sub-divided into four major processing blocks (i.e. modules), namely: the Tracker Module **100**, the Finder Module **101**, the Marker Module **102**, and the Decoder Module **103**, which are shown in FIG. **2A2** and described in detail below. When the Automatic Mode of the Multi-Mode Bar Code Symbol Reading Subsystem **17** is invoked, these four processing blocks (i.e. modules) are executed, sequentially, and optionally incrementally so that a rectangular sub-region of the entire image can be processed per invocation.

First Stage of Image-Based Processing within the Multi-Mode Bar Code Symbol Reading Subsystem During its Automatic Mode of Operation

During its Automatic Mode of operation, the first stage of processing in the Multi-Mode Bar Code Symbol Reading Subsystem **17** comprises: (i) searching for (i.e. finding) regions of interest (ROIs) by processing a low resolution image of a captured frame of high-resolution image data as shown in FIG. **18A**; (ii) partitioning the low-resolution image of the package label into N×N blocks as shown in FIG. **18B**; (iii) creating a feature vector for each block of low-resolution image data as shown in FIG. **18C** using gradient vectors, edge density measures, the number of parallel edge vectors, centroids of edgels, intensity variance, and the histogram of intensities captured from the low-resolution image; (iv) examining the feature vectors for regions for parallel lines by detection of high modulation, high edge density, large number of parallel edge vectors and large intensity variance (using spatial-derivative based image processing techniques) as shown in FIG. **18D**; and (v) marking ROIs. In general, this stage of processing is started before all lines of the full digital image data frame are buffered in memory, and typically only requires the number of rows in a given (first) feature block to be buffered in memory before the reading process can begin.

Detailed Specification of the Tracker Module

As indicated at Blocks A, B, C, C1 and XX in FIG. **17B**, the first invocation of the Tracker Module **100** resets the Finder Module **101**, Marker Module **102**, and Decoder Module **103** sub-components to their initial state (as Block A); it resets the feature vector array Fv (at Block D) and the number of Regions of Interest (ROI). All subsequent invocations set the maximum processing line number of each of the three blocks to the current y-dimension of the image. The Tracker Module invokes an optional callback function (Pause Checker) to facilitate aborting or pausing Multi-Mode Bar Code Symbol Reading Subsystem **17** or to change parameters on the fly.

Detailed Specification of the Finder Module

As indicated at Blocks D through Y in FIG. **17B**, the Finder Module **101** (processing block) sub-divides the image into N×N blocks, each of which has a feature vector array (Fv) element associated with it. An Fv element contains a set of

HONEYWELL-00192992

US 7,472,831 B2

**55**

numbers that identify the strong possibility of the presence of parallel lines within that image block. As indicated at Blocks D through Y, the Finder Module **101** processes the image at a lower spatial resolution; it processes every $n^{th}$ line and every $n^{th}$ pixel within each of the selected lines thereby performing calculations on the original image down-sampled-by-n. For each selected line it calculates:

$$T_y = \frac{n \sum_{x=1}^{N_x} I(x, y)}{N_x} \quad (1)$$

where $I(x, y)$=gray value at pixel location $(x, y)$ and
$N_x$=x-dimension of the supplied (sub)image.

If $T_y$ exceeds a programmable "background threshold", the image line y is declared a foreground line and is processed further by the Finder Module. A pixel is declared as a background pixel if its gray value is below a certain threshold. The Finder Module starts from the left-most pixel and traverses right on the foreground line, finds at Block G the first pixel whose intensity (gray value) exceeds the programmable background threshold and marks it as the left-edge ($x_l$) of the line. At Block H, the Finder Module then starts from the right-most pixel and traversing leftward on the foreground line determines the right-edge ($x_r$) using the same method. For foreground line y the Finder Module calculates at Block I:

$$I'_1(x, y) = |I(x+1, y) - I(x-1, y)| + |I(x, y+11) - I(x, y-1)|, \quad (2)$$
$$\text{where } x_l \leq x \leq x_r.$$

If $I'_1(x, y)$ exceeds a threshold at Block J, the Finder Module marks pixel $(x, y)$ as an edge element or edgel.

In order to find the direction and magnitude of the edge-vector corresponding to edgel $(x, y)$, the Finder Module calculates at Block K:

$$(I')_0(x, y) = \begin{vmatrix} w_1^0 I(x-1, y-1) + w_2^0 I(x, y-1) + \\ w_3^0 I(x+1, y-1) + w_4^0 I(x-1, y) + w_5^0 I(x, y) + \\ w_6^0 I(x+1, y) + w_7^0 I(x-1, y+1) + \\ w_8^0 I(x, y+1) + w_9^0 I(x+1, y+1) \end{vmatrix} \quad (3)$$

$$(I')_{45}(x, y) = \begin{vmatrix} w_1^{45} I(x-1, y-1) + w_2^{45} I(x, y-1) + \\ w_3^{45} I(x+1, y-1) + w_4^{45} I(x-1, y) + w_5^{45} I(x, y) + \\ w_6^{45} I(x+1, y) + w_7^{45} I(x-1, y+1) + \\ w_8^{45} I(x, y+1) + w_9^{45} I(x+1, y+1) \end{vmatrix} \quad (4)$$

$$(I')_{90}(x, y) = \begin{vmatrix} w_1^{90} I(x-1, y-1) + w_2^{90} I(x, y-1) + \\ w_3^{90} I(x+1, y-1) + w_4^{90} I(x-1, y) + w_5^{90} I(x, y) + \\ w_6^{90} I(x+1, y) + w_7^{90} I(x-1, y+1) + \\ w_8^{90} I(x, y+1) + w_9^{90} I(x+1, y+1) \end{vmatrix} \quad (5)$$

$$(I')_{135}(x, y) = \begin{vmatrix} w_1^{135} I(x-1, y-1) + w_2^{135} I(x, y-1) + \\ w_3^{135} I(x+1, y-1) + w_4^{135} I(x-1, y) + \\ w_5^{135} I(x, y) + w_6^{135} I(x+1, y) + \\ w_7^{135} I(x-1, y+1) + w_8^{135} I(x, y+1) + \\ w_9^{135} I(x+1, y+1) \end{vmatrix} \quad (6)$$

**56**

where the coefficients $w_i^0, w_i^{45}, w_i^{90}, w_i^{135}$ are given by the operators:

$$w^0 = \begin{matrix} -1 & 0 & 1 \\ -2 & 0 & 2 \\ -1 & 0 & 1 \end{matrix} \quad w^{45} = \begin{matrix} -2 & -1 & 0 \\ -1 & 0 & 1 \\ 0 & 1 & 2 \end{matrix} \quad w^{90} = \begin{matrix} -1 & -2 & -1 \\ 0 & 0 & 0 \\ 1 & 2 & 1 \end{matrix}$$

$$w^{135} = \begin{matrix} 0 & -1 & -2 \\ 1 & 0 & -1 \\ 2 & 1 & 0 \end{matrix}$$

At Block M, the Finder Module updates the Fv block that edgel $(x,y)$ belongs to with:

$$\text{Edge strength} \quad I'_{Fv_i} = \sum_{j=1}^{n} I'_{ij} \quad (7)$$

where $I'_{ij}$ = edge strength of edgel $j$; and
$n$ = number of edgels inside Fv block $i$

$$A_{Fv_i}(z) = \sum_{j=1}^{n} A_j, \text{ where} \quad (8)$$

$$\text{Edge direction} \quad A_j = \begin{cases} 1, & j = k, k \in [0, 3] \\ 0 \end{cases}$$

$$I'_{t_1} \geq I'_{t_2} \geq I'_{t_3} \geq I'_{t_4}, z_i = 45*(k+i-1)$$

$$\text{Centroid of edgels:} \quad \bar{x}_{Fv_i} = \frac{\sum_{j=1}^{n} x_j}{n}, \bar{y}_{Fv_i} = \frac{\sum_{j=1}^{n} y_j}{n} \quad (9)$$

where $(x_j, y_j)$ are the coordinates of edgels

$$H_{Fv_i}(z) = \sum_{j=1}^{n} H_j, \text{ where} \quad (10)$$

$$\text{Cumulative histogram} \quad H_j = \begin{cases} 1, I(x, y) \leq z \\ 0 \end{cases}$$

At Block N, the Finder Module goes through all the lines of the current image section and populates the Fv array using the above-mentioned features. At Blocks O through U, the Finder Module checks to see if all lines have been processed.

At Block V, the Finder Module then examines each Fv array element for features that strongly point to the presence of parallel lines within the Fv block. At Block W, an interesting Fv is declared as part of a Region of Interest (ROI) when the number of edgels exceeds a threshold, at least one of the edgel direction array elements exceeds a threshold value, and

$$m-n>C, \text{ where}$$

$$H_{Fv_i}(m)>\alpha N, H_{Fv_i}(n)>(1-\alpha)N, \quad (11)$$

C=Contrast-threshold
$\alpha \in (0,1)$
N=total number of pixels in image block corresponding to feature vector array Fv Notably, at Blocks C, E, and T, the Finder Module invokes the Pause Checker callback function to let the scanning application take control.

Second Stage of Image-Based Processing within the Multi-Mode Bar Code Symbol Reading Subsystem During its Automatic Mode of Operation

During its Automatic Mode of Operation, the second stage of processing in the Multi-Mode Bar Code Symbol Reading

HONEYWELL-00192993

US 7,472,831 B2

57

Subsystem **17** involves (ii) calculating bar code orientation by analyzing the feature vectors for parallel lines, and (ii) marking the four corners of a bar code as a ROI, in terms of xy coordinates.

FIGS. **18**E and **18**F illustrate calculating bar code orientation, during the second marking stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem **17** during its Automatic Mode of operation, wherein within each feature vector block, the scan line data representing the bar code is traversed (i.e. sliced) at different angles, the slices are matched with each other based on "least mean square error", and the correct orientation is determined to be that angle which matches the mean square error sense through every slice of the bar code.

FIG. **18**G illustrates the marking of the four corners of the detected bar code symbol, during the second marking stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem **17** during its Automatic Mode of operation. During this stage of processing, such marking operations are performed on the full high-resolution image of the parcel, the bar code is traversed in either direction starting from the center of the block, the extent of modulation is detected using the intensity variance, and the x,y coordinates (pixels) of the four corners of the bar code are detected starting from 1 and 2 and moving perpendicular to the bar code orientation, so as to ultimately define the ROI by the detected four corners of the bar code symbol within the high-resolution image.

Detailed Specification of the Marker Module

Within the Multi-Mode Bar Code Symbol Reading Subsystem **17** shown in FIG. **2A2**, the Marker Module as indicated at Blocks Z through KK, in FIG. **17**B, takes over from the Finder Module and examines each ROI to determine the complete extent of the ROI. The Finder Module then checks the location of the centroid of the ROI and compares it to the line number of the accumulated images in memory.

$$y_{roi_i} + L > N_y \qquad (12)$$

where

$y_{roi_i} = $ y coordinate of the centroid of $ROI_i$

L=Maximum length (in pixels) of any bar code presented to Multi-Mode Bar Code Symbol Reading Subsystem

$N_y = $ y-dimension of cumulative image

If inequality (12) holds, then the Marker Module postpones calculations for this ROI until the y-dimension of the image is such that inequality does not hold. When the Marker Module continues to process the ROI, it first determines the orientation of the parallel lines that could potentially be part of a bar code, by calculating:

$$\theta = \left(225 - \tan^{-1}\left(\frac{I'_{135}}{I'_{45}}\right)\right)\text{mod}(180), I'_0 \ge I'_{45}, I'_0 \ge I'_{45}, I'_0 \ge I'_{135} \qquad (13)$$

$$\theta = \left(\tan^{-1}\left(\frac{I'_{90}}{I'_0}\right)\right)\text{mod}(180), I'_{45} \ge I'_0, I'_{45} \ge I'_{90}, I'_{45} \ge I'_{135}$$

$$\theta = \left(45 + \tan^{-1}\left(\frac{I'_{135}}{I'_{45}}\right)\right)\text{mod}(180),$$
$$I'_{90} \ge I'_{45}, I'_{90} \ge I'_0, I'_{90} \ge I'_{135}$$

$$\theta = \left(180 - \tan^{-1}\left(\frac{I'_{90}}{I'_0}\right)\right)\text{mod}(180),$$
$$I'_{135} \ge I'_0, I'_{135} \ge I'_{90}, I'_{135} \ge I'_{45}$$

$$\begin{bmatrix} x_{j+1} \\ y_{j+1} \end{bmatrix} = \begin{bmatrix} x_j \\ y_j \end{bmatrix} - \begin{bmatrix} \cos\beta \\ \sin\beta \end{bmatrix} \qquad (14)$$

58

-continued

$$\begin{bmatrix} x'_j \\ y'_j \end{bmatrix} = \begin{bmatrix} x_j \\ y_j \end{bmatrix} - n_i \begin{bmatrix} -\sin\beta \\ \cos\beta \end{bmatrix} \qquad (15)$$

The angle θ that yields the minimum E(β), is assumed to be a close approximation of the actual orientation angle of the parallel lines.

Having calculated the correct orientation of the parallel lines, the Marker Module calculates the narrowest and the widest width of the parallel lines in the neighborhood of the ROI by traversing (i.e. scanning) the image in the direction of orientation of the lines as well as at 180 degrees to it (e.g. using a spot size window of say N×N pixels (e.g. where 1<N<10). It should be noted that all angle measurements are clockwise relative to the horizontal axis. Equation (14) specifies the traversal equation with β=θ,θ+180. Details of the method used to calculate the widths of the lines are explained at length in the Decoder Module section.

The Marker Module uses the widths of the narrowest and widest elements to determine a pixel count (n) that closely approximates the minimum quiet-zone allowable for any bar code symbology. It then traverses the image again using equation (14) and calculates:

$$m_i = \frac{\sum_{j=i}^{i+n} I(x_j, y_j)}{n} \qquad (16)$$

$$v_i = \frac{\sum_{j=i}^{i+n} \|I(x_j, y_j) - m_i\|}{n-1}$$

$$IV_i = \frac{v_i}{m_i^2}$$

where $m_i$=mean of the set of n pixels starting at pixel i
$v_i$=variance of the set of n pixels starting at pixel I

If $IV_i$ is less than a threshold, then the Marker Module makes the assumption that the group of parallel lines end at pixel i (similarly for the θ+180 direction). Starting from pixel i and traversing the image using (15) and a spot size window of say N×N pixels (e.g. where 1<N<10), and performing similar calculations as in equation (16) the four corners that approximate the quadrilateral bound of the potential bar code are determined. A pictorial representation of the above-mentioned method can be found in the figure entitled "Step 6: Mark ROIs: Mark four corners of bar code.

The Marker Module then marks all the Fv blocks that encompass the quadrilateral bound of the potential bar code, with the current ROI identifier; if there already exists one or more ROIs with different identifiers, the Marker Module picks that ROI that completely encompasses the others. The old ROIs are kept only if they are not completely enclosed within the current ROI.

The Marker Module also frequently invokes the Pause Checker to let the bar code reading Application (running) take over control.

Third Stage of Image-Based Processing within the Multi-Mode Bar Code Symbol Reading Subsystem During its Automatic Mode of Operation

The third stage of processing involves reading any bar code symbols represented within the ROI by traversing the bar code and updating the feature vectors, examining the zero-

HONEYWELL-00192994

JA2695

US 7,472,831 B2

59                                                                    60

crossings of filtered images, creating bar and space patterns, and decoding the bar and space patterns

FIG. **18**H shows updating the feature vectors during the third stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem during its Automatic Mode of operation. During this stage of processing, the histogram component of the feature vector Fv is updated while traversing the bar code (using a spot size window of say N×N pixels (e.g. where 1<N<10), an estimate of the black-to-white transition is calculated, and an estimate of narrow and wide elements of the bar code are also calculated.

FIG. **18**I illustrates the search for zero crossings during the third stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem **17** during its Automatic Mode of operation. During this stage of processing, the high-resolution bar code image is median filtered in a direction perpendicular to bar code orientation, the second derivative zero crossings define edge crossings, the zero-crossing data is used only for detecting edge transitions, and the Black/White transition estimates are used to put upper and lower bounds to bar and space grey levels, as graphically illustrated.

FIG. **18**J illustrates creating a bar and space pattern during the third stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem during its Automatic Mode of operation. During this stage of processing, the edge transition is modeled as a ramp function, the edge transition is assumed to be 1 pixel wide, the edge transition location is determined at the sub-pixel level, and the bar and space counts are gathered using edge transition data;

FIG. **18**K illustrates generating the decode bar and space pattern during the third stage of processing within the Multi-Mode Bar Code Symbol Reading Subsystem during its Automatic Mode of operation. During this stage of operation, the bar and space data is framed with borders, and the bar and space data is decoded using existing laser scanning bar code decoding algorithms.

Detailed Specification of the Decoder Module

As indicated in at Blocks LL through AAA in **17**B, the Decoder Module takes over from the Marker Module and examines each ROI previously defined by the Marker Module. For each ROI, the Decoder Module uses the quadrilateral bound coordinates {x,y} to calculate the longer (higher) extremity of the potential bar code (towards the possible quiet-zones). The Decoder Module then computes the maximum number of possible scan-lines as:

$$T = \frac{D}{n} \tag{17}$$

where D=length of the longer extremity, and n=pixel-offset per scan-line.

Notably, the parameter n (i.e. pixel-offset per scan line) represents how far the Decoder Module moves up its virtual scan direction (parallel to the previous virtual scan direction) and processes the image during each image processing cycle. As any captured image will be corrupted by some degree of noise (and certainly greater levels when a bar code symbol cannot be decoded), the Decoder Module needs to perform its next processing cycle on a line of scan data that is located as far away as possible from the previous line of scan data which did not result in a successful decode, but at the same time, the Decoder Module should exploit the inherent noise-immunity features provided in many bar code symbologies. Thus, in accordance with the present invention, the pixel-offset per scan line variable n is not arbitrarily selected, as in most prior

art systems, but rather is determined by carefully (i) determining the maximum pixel height (length) of the ROI under consideration, and (ii) dividing this maximum pixel height of the ROI into a number of pixel-offset distances proportional to the maximum pixel height of the ROI. In the preferred embodiment, the number or sequence of scan lines into which the ROI can be divided for subsequent cycles of image processing, thus defining the pixel off-set per scan-line, is described by the formula: $f(m, n)=(2m-1)/2^{n-1}$, where $n=1,2 \ldots N$, and $1 < m < 2^{n-1}$.

The Decoder Module traverses the potential bar code using equation (14) and calculates approximations for the first and second order derivatives:

$$I'_i = \sum_{j=i-1}^{i+1} \begin{bmatrix} w_1 I(x_j - 1, y_j - 1) + w_2 I(x_j, y_j - 1) + \\ w_3 I(x_j + 1, y_j - 1) + w_4 I(x_j - 1, y_j) + \\ w_5 I(x_j, y_j) + w_6 I(x_j + 1, y_j) + \\ w_7 I(x_j - 1, y_j + 1) + w_8 I(x_j, y_j + 1) + \\ w_9 I(x_j + 1, y_j + 1) \end{bmatrix} \tag{18}$$

$$I''_i = I'_{i+1} - I'_{i-1}$$

where

$$w_i = \begin{matrix} 0.776 & 0.000 & -0.776 \\ 1.000 & 0.000 & -1.000 \\ 0.776 & 0.000 & -0.776 \end{matrix} \ldots 0 < \theta \le 22 \tag{19}$$

$$w_i = \begin{matrix} 1.000 & 0.776 & 0.000 \\ 0.776 & 0.000 & -0.776 \\ 0.000 & -0.776 & -1.000 \end{matrix} \ldots 0 < \theta \le 68$$

$$w_i = \begin{matrix} 0.776 & 1.000 & 0.776 \\ 0.000 & 0.000 & 0.000 \\ -0.776 & -1.000 & -0.776 \end{matrix} \ldots 0 < \theta \le 113$$

$$w_i = \begin{matrix} 0.000 & 0.776 & 1.000 \\ -0.776 & 0.000 & 0.776 \\ -1.000 & -0.776 & 0.000 \end{matrix} \ldots 0 < \theta \le 158$$

$$w_i = \begin{matrix} -0.776 & 0.000 & 0.776 \\ -1.000 & 0.000 & 1.000 \\ -0.776 & 0.000 & 0.776 \end{matrix} \ldots 158 < \theta < 180$$

and $(x_j, y_j)$ are related by equation (15).

The Decoder Module examines the zero crossings of $I''_i$ and if

$$I''_i \cdot I''_{i+1} > 0, \text{ and}$$

$$I''_{i+1} < 0, \text{ and}$$

$$I'_i > -T \tag{20}$$

where T=minimum derivative magnitude threshold, then the Decoder Module concludes that a "space to bar transition" has occurred.

If:

$$I''_i \cdot I''_{i+1} < 0, \text{ and}$$

$$I''_{i+1} < 0, \text{ and}$$

$$I'_i > T \tag{21}$$

then, the Decoder Module concludes that a "bar to space transition" has occurred.

The Decoder Module takes the difference in pixel position of adjacent bar/space transitions and adds it to the interpolated mid-point of the bar-space/space-bar transition (found

HONEYWELL-00192995

JA2696

US 7,472,831 B2

61

using I'$_i$) to determine the width of each element of the potential bar code. This is the same method used by the Marker Module to calculate the widths of the narrowest and widest parallel lines.

Having calculated the "bar-and-space-count" data for each scan-line, the Decoder Module invokes the different (and separately enabled) symbology-decoders supported within the Imaging-Based Bar Code Symbol Reader, as indicated at FIG. **18K**. Each symbology decoder, whether 1-dimensional or certain 2-dimensional symbologies (like PDF417), detects the presence of the correct number of bars and spaces and also the correct start/stop pattern before attempting to decode the potential bar code symbol.

If the Decoder Module decodes using the current "scan-line data", then it skips all other scan-lines. If the Decoder Module detects a stacked symbology, then it continues to gather more scan-line-data. If decoding fails, then the Decoder Module adjusts the scan-line angles (bar code-orientation angle) progressively and repeats the process. The Decoder Module, in the process of collecting scan-line-data, also correlates the bar-and-space-data from one scan-line with that of the adjacent scan-lines in order to read through damaged or poorly presented bar codes. For every bar code that is decoded by the Decoder Module, a callback function is invoked to save the decoded result. The Decoder Module calls the Pause Checker callback function frequently to let the scanning application take control.

In its Automatic Mode, the Multi-Mode Bar Code Symbol Reading Subsystem **17** repeats this entire process for the entire image, and optionally for progressively acquired images.

Specification of Multi-Mode Bar Code Symbol Reading Subsystem of the Present Invention Operated During its Manual Mode of Operation

FIG. **19A** illustrates the steps involved in the process carried out by the Multi-Mode Bar Code Symbol Reading Subsystem during its Manual Mode of operation. During this manual mode of operation, the first stage of processing involves searching for and finding regions of interest (ROIs) by processing a low resolution image of a captured frame of high-resolution image data, partitioning the low-resolution image into N×N blocks, and creating a feature vector for the middle block using spatial-derivative based image processing techniques. Then the second stage of processing involves marking ROIs by examining the feature vectors for regions of high-modulation and returning to the first stage to create feature vectors for other blocks surrounding the middle block (in a helical manner), calculating bar code orientation and eventually marking the four corners of a bar code as a ROI, and (3) the third stage of processing involves reading any bar code symbols represented within the ROI by traversing the bar code and updating the feature vectors, examining the zero-crossings of filtered images, creating bar and space patterns, and decoding the bar and space patterns.

Like in the Automatic Mode, these three (3) stages of image processing in the manual mode of operation can be sub-divided into four major processing blocks (i.e. modules), namely: the Tracker Module, the Finder Module, the Marker Module, and the Decoder Module, which have been described in great detail above. When the Manual Mode of the Multi-Mode Bar Code Symbol Reading Subsystem **17** is invoked, these four processing blocks (i.e. modules) are executed sequentially and optionally incrementally so that a rectangular sub-region of the entire image can be processed per invocation.

62

FIG. **19B** illustrates the steps involved in the decode process carried out by the Multi-Mode Bar Code Symbol Reading Subsystem **17** during its Manual Mode of operation. As indicated at Block A, the Main Task or CodeGate Task in Application Layer invokes the Tracker Module to find the center coordinates of the center block of captured image data, to which the center feature vector will be associated. This central block of image data will be associated with image pixels located along the central portion of the image frame captured by the Imaging-Based Bar Code Symbol Reader. This step involves the Tracker Module resetting the Finder Module, Marker Module, and Decoder Module sub-components to their initial state; it resets the feature vector array and the number of Regions of Interest (ROI). While not indicated in the flow chart of FIG. **19B**, the Tracker Module invokes an optional callback function (Pause Checker) at various location within the control flow to facilitate aborting or pausing Multi-Mode Bar Code Symbol Reading Subsystem **17** or to change parameters on the fly.

As indicated at Block B in FIG. **19B**, the Finder Module is invoked and the captured image is subdivided into N×N blocks, each of which has a feature vector (Fv) array element associated with it. An Fv element contains a set of numbers that identify the strong possibility of the presence of parallel lines within that image block. As described hereinabove, the Finder Module processes the image at a lower spatial resolution; namely, it processes every n$^{th}$ line and every n$^{th}$ pixel within each of the selected lines thereby performing calculations on the original image down-sampled-by-n. For each selected line it calculates. At Block C, the Subsystem **17** determines if an ROI (bounding a complete bar code symbol) is found, and if so, invokes the Marker Module. Then at Block E, the Subsystem **17** determines whether an ROI has been marked by the Market Module, and if so, then the Decoder Module is invoked and then the ROI processed. If a bar code symbol is read within the ROI at Block G, then at Block H the Subsystem **17** determines if the actual number of decode cycles equals the required number of decode cycles. If so, then the Manual Mode of operation of the Subsystem **17** is stopped, and the flow returns to the Application Layer.

If at Block C in FIG. **19B** the Subsystem **17** determines that the ROI is not found, then the subsystem proceeds to Block I. If the Subsystem determines that all feature vectors have not yet been examined, then the Subsystem proceeds to Block J which advances the analysis to the next feature vector closet to the center feature vector, along the locus of a helical path through the image pixel data set. Then, at Block B, the Subsystem re-invokes the Finder Module to operate on this next feature vector.

If at Block G, the Subsystem determines that the Decoder Module does not successfully decode a bar code symbol in the ROI, then it advances to Block I and determines whether all feature vectors have not been examined.

The Subsystem **17** operated in the mode of operation specified by the flow chart of FIG. **19B** until a single bar code symbol is read within an ROI. Each instance of the Finder Module involves the analysis of another block of pixel data (corresponding to another feature vector) in effort to find an ROI containing a bar code symbol which can be found at Block C and successfully decoded at Block G. The sequential analysis of blocks of pixel data follows a helical pattern about the center starting point, determined at Block A of FIG. **19B**. Notably, during the Manual Mode of Operation, the Subsystem utilizes the image processing techniques described in connection with the Automatic Mode of operation, above.

The primary advantage of the Manual Mode of operation over the Automatic Mode of operation is that the Manual

HONEYWELL-00192996

US 7,472,831 B2

63

64

Mode is that, when the user points the bar code reader at a bar code symbol to be read, the bar code reader in the manual mode is more likely to acquire an image and process the pixel data within a ROI containing a bar code symbol is a very quick manner, in comparison with the Automatic Mode which essentially scans and processes the entire captured image starting to from upper left most block of captured image data, ensuring a faster response time in hand-held bar code reading applications, in particular.

Specification of the Multi-Mode Bar Code Symbol Reading Subsystem of the Present Invention Operated During its NoFinder Mode of Operation

FIG. 20A illustrates that the image processing carried out by the Multi-Mode Bar Code Symbol Reading Subsystem 17 during its NoFinder Mode of operation involves essentially a single stage of image processing, unlike the Automatic, Manual and ROI-Specific Modes of operation. During this No-Finder Mode, Subsystem 17 does not employ the Tracker Module, the Finder Module or the Marker Module and instead only invokes the Decoder Module to (i) directly process the narrow-area high-resolution image captured by the bar code reader, one line of scan data at a time, starting from the middle thereof, (ii) examine the zero-crossings of the filtered image, (iii) create bar and space patterns therefrom, and then (iv) decode the bar and space patterns using conventional decoding algorithms. If the reading process is not successful, then the Subsystem 17 traverses another line of scan data within the captured narrow-area image, starting from a pixel offset n which is computed assuming a constant maximum height of the ROI which is deemed to be the pixel height of the captured narrow-area image.

FIG. 20B illustrates the steps involved in the image processing method carried out by the Multi-Mode Bar Code Symbol Reading Subsystem 17 during its NoFinder Mode of operation. As indicated at Block A in FIG. 20B, the Subsystem 17 first finds (i.e. calculates) the center pixel in the captured narrow-area image. Then at Block B, the Subsystem 17 invokes the Decode Module and configures the same using the calculated center pixel. Within the Decode Module, sub-Blocks B1 through B8 are then carried out as shown in FIG. 20A. As indicated in Block B1, the Decoder Module, starting from the calculated center point, scans the image horizontally and westward (using a spot-size window of say N×N pixels (e.g. where 1<N<10), and then processes the scanned image data to determine if a first border in a bar code symbol is found. Notably, this virtual scanning process is realized as a mathematical convolution of the spot-size window and the pixel data in the image buffer. If a first border is found at Block B2, then, once again starting from the calculated center point, the Decoder Module at Block B3 scans the image horizontally and eastward (using a spot size window of say N×N pixels (e.g. where 1<N<10), and then at Block B4 processes the scanned image data to determine if a second border in a bar code symbol is found. If a second border is found at Block B4, then the Decoder Module processes the captured image at Block B5. If, at Block B6, the Decoder Module successfully reads a bar code symbol within the scanned line of image data, then the Subsystem terminates the Decoder Module and stops the NoFinder Mode of operation.

If at Block B2 in FIG. 20A the Decoder Module does not find a first border of a bar code symbol, then it proceeds to Block B7 and determines if it has tried all possible scan lines within the captured narrow-area image. If the Decoder Module has tried processing all possible scan lines through the narrow-area image, then it proceeds to the stop block and terminates the NoFinder Mode of operation. If the Decoder

Module has not tried processing all scan lines through the captured narrow-area image, then it proceeds to Block B8, where it advances to the next line of scan data in the captured narrow-area image (i.e. by the offset pixel amount n), and then returns to Block B1 where scanning and processing is resumed along the new scan line (using a spot size window of say N×N pixels (e.g. where 1<N<10).

If at Block B4, the second bar code border is not found, then the Decoder Module proceeds to Block B7 and determines whether all scan lines through the captured image have been tried. If so, then the Subsystem 17 terminates the Decoder Module and exits its NoFinder Mode of operation. If all scan lines have not been tried at this stage of the process, then the Decoder Module proceeds to Block B8 and advances to the next line of scan data for processing, as described hereinabove.

If at Block B6 in FIG. 20A the Decoder Module does not read a bar code within the current line of scan data being processed, then it proceeds to Block B7, where it determines if all lines of scan data have been tried. If all lines of scan data have not been tried, then at Block B8 the Decoder Module advances to the next line of scan data in the captured narrow-area image (i.e. by the offset pixel amount n), and then returns to Block B1 where scanning and processing is resumed along the new scan line (using a spot size window of say N×N pixels (e.g. where 1<N<10). If at Block B7, the Decoder Module determines that all lines of scan data have been tried, then the Decoder Module stops and terminates its process. For every bar code that is decoded by the Decoder Module, a callback function is invoked to save the decoded result. The Decoder Module calls the Pause Checker callback function frequently to let the car code symbol reading Application take control.

Specification of Multi-Mode Bar Code Symbol Reading Subsystem of the Present Invention Operated During its Omniscan Mode of Operation

FIG. 21A illustrates that the image processing method carried out by the Multi-Mode Bar Code Symbol Reading Subsystem during its Omniscan Mode of operation involves essentially a single stage of image processing, unlike the Automatic, Manual and ROI-Specific Modes of operation. During this Omniscan Mode, the Decoder Module does not employ the Tracker Module, the Finder Mode or the Marker Module and instead directly processes the narrow-area high-resolution image captured by the bar code reader, along a plurality of spaced apart (e.g. 50 pixels) virtual scanning lines traversing through the entire 2D frame of image data captured by the Subsystem 17. During the OmniScan Mode of operation, the Decoder Module assumes the imaged bar code symbol resides at the center of the captured wide-area high-resolution image with about a 1:1 aspect ratio (e.g. 1" tall×1" wide). Based on these assumptions, the Subsystem 17 starts at first predetermined angular orientation (e.g. 0, 30, 60, 90, 120 or 150 degrees), and then: (i) directly processes the high-resolution image along a set of parallel spaced-apart (e.g. 50 pixels) virtual scan lines line (using a spot size window of say N×N pixels (e.g. where 1<N<10); (ii) examines the zero-crossings along these virtual scan lines; (iii) creates bar and space patterns therefrom; and then (iv) decode processes the bar and space patterns. If image processing along the selected angular orientation fails to read a bar code symbol, then the Subsystem 17 automatically reprocesses the high-resolution image along a different set of parallel spaced-apart virtual scan lines oriented at a different angle from the previously processed set of virtual scan lines (e.g. 0, 30, 60, 90, 120 or 150 degrees). This processing cycle continues until a single bar code symbol is read within the processed image.

HONEYWELL-00192997

US 7,472,831 B2

**65**

FIG. 21B illustrates the steps involved in the image processing method carried out by the Multi-Mode Bar Code Symbol Subsystem 17 during its OmniScan Mode of operation. As indicated at Block A in FIG. 21B, the Subsystem 17 first finds (i.e. calculates) the start pixel and scan angle in the captured narrow-area image. Then at Block B, the Subsystem 17 invokes the Decode Module and configures the same using the calculated (i) start pixel and (ii) start scan angle. Within the Decode Module, sub-Blocks B1 through B8 are then carried out as shown in FIG. 21B. As indicated at Block B1, the Decoder Module, starting from the calculated start point and start angle, scans the image at the start angle and northwestwardly using a spot-size window of say N×N pixels (e.g. where 1<N<10), and then at Block B2 processes the scanned image data to determine if a first border in a bar code symbol is found. Notably, this virtual scanning process is realized as a mathematical convolution of the spot-size window and the pixel data in the image buffer. If a first border is found at Block B2, then, once again starting from the calculated start point and start angle, the Decoder Module at Block B3 scans the image at the start angle and southwestwardly using a spot size window of say N×N pixels (e.g. where 1<N<10), and then at Block B4 processes the scanned image data to determine if a second border in a bar code symbol is found. If a second border is found at Block B4, then the Decoder Module invokes the Decoder Module described above at Block B5 and decode processes the scanned image. If, at Block B6, the Decoder Module successfully reads a bar code symbol within the scanned line of image data, then the Subsystem 17 terminates the Decoder Module and stops the Omniscan Mode of operation.

If at Block B2 in FIG. 21A the Decoder Module does not find a first border of a bar code symbol, then it proceeds to Block B7 and determines if it has tried all possible scan lines at combinations of start pixels and start angles within the captured narrow-area image. If at Block B7 the Decoder Module has tried processing all possible scan lines at start pixel and angle combinations through the narrow-area image, then it proceeds to the "stop" Block and terminates the Omniscan Mode of decoder operation. If the Decoder Module has not tried processing all scan lines at all start pixel and angle orientations through the captured narrow-area image, then it proceeds to Block B8, where it advances to the next line of scan data in the captured narrow-area image (i.e. by the offset pixel amount n), and then returns to Block B1 where scanning and processing is resumed along the new scan line (using a spot size window of say N×N pixels (e.g. where 1<N<10).

If at Block B4, the second bar code border is not found, then the Decoder Module proceeds to Block B7 and determines whether all scan lines at all possible start pixels and angles (through the captured image) have been tried. If so, then the Decode Module terminates its process and exits the Omniscan Mode of operation. If the scan lines at all start pixel and angle combinations have not been tried at this stage of the process, then the Decoder Module proceeds to Block B8 and advances the next start pixel and angle for scan data image processing, and returns to Block B1 as described hereinabove.

If at Block G in FIG. 21A the Decoder Module does not decode a bar code within the current set of parallel lines of scan data being processed, then it proceeds to Block I, where it advances to the next set of parallel scan lines (at a different set of start pixels and angle), and then returns to Block B where scanning and processing is resumed along the new set of parallel scan lines (using a spot size window of say N×N pixels (e.g. where 1<N<10). For every bar code that is

**66**

decoded by the Decoder Module, a callback function is invoked to save the decoded result. The Decoder Module calls the Pause Checker callback function frequently to let the bar code reading Application take control.

Specification of Multi-mode Bar Code Symbol Reading Subsystem of the Present Invention Operated During its ROI-Specific Mode of Operation

FIG. 22A illustrates the steps involved in the image processing method carried out by the Multi-Mode Bar Code Symbol Reading Subsystem during its ROI-Specific Mode of operation. Notably, the ROI-Specific Mode of operation is similar to the Manual Mode of operation, except that it is used to automatically process a specified "region of interest" (ROI) previously identified during the processing of a captured image frame during a different mode of operation, e.g. the NoFinder Mode of Operation or Omniscan Mode of Operation.

As reflected in FIG. 22A, during this ROI-Specific Mode of operation, the first stage of processing involves receiving region of interest (ROI) coordinates {x,y} obtained during other modes of operation (e.g. Omniscan Mode, Automatic Mode or NoFinder Mode—after the occurrence of a failure to read), and re-partitioning the captured low-resolution image (from the Omniscan Mode) into N×N blocks, and instantiating a feature vector for the ROI-specified block(s) using features imported from and collected during the Omniscan, Automatic or No-Finder Module (and possibly utilizing additional spatial-derivative based image processing techniques). The second stage of processing involves marking additional ROIs by examining the feature vectors for regions of high-modulation (about the originally specified ROI) and returning to the first stage to create feature vectors for other blocks surrounding the specified block (in a helical manner), calculating bar code orientation and marking the four corners of a bar code contained within a ROI to be decode processed. The third stage of processing involves reading any bar code symbols represented within the ROI by traversing the pixel data associated with the bar code and updating the feature vectors, examining the zero-crossings of filtered images, creating bar and space patterns, and decoding the bar and space patterns using conventional bar code decoding algorithms.

FIG. 22B illustrates the steps involved in the image processing method carried out by the Multi-Mode Bar Code Symbol Reading Subsystem during its ROI-Specific Mode of operation. As indicated at Block A, the Decoder Module associated with either the Omniscan or NoFinder Mode receives {x,y} coordinates for a specific ROI (in which at least a portion of a bar code symbol is likely to exist) to which an initial feature vector will be instantiated. Then at Block B, the Finder Mode is invoked, and at Block C, the Finder Module determines whether or not an ROI (containing a complete bar code symbol)) has been found. If the Finder Module determines that a ROI-contained bar code has been found, then the Finder Module invokes the Marker Module, whereupon at Block E, the Marker Module determines whether the ROI-contained bar code symbol has been marked by the Marker Module. If so, then the Decoder Module is invoked and then the high-resolution pixel data associated with the ROI is processed. If a bar code symbol is read within the ROI at Block G, then at Block H the Decoder Module determines if the actual number of decodes equals the required number of decode cycles (i.e. set by the end user). If so, then the Manual Mode of Operation is stopped, and the flow returns to the Application Layer.

If at Block C in FIG. 22B the Finder Module determines that an ROI (containing a complete bar code) is not found,

US 7,472,831 B2

67

68

then the Finder Module proceeds to Block 1. If the Finder Mode determines that all feature vectors have not yet been examined, then the Finder Mode proceeds to Block J which advances the analysis to the next feature vector closest to the ROI-specified feature vector, along the locus of a helical path through the image pixel data set. Then, at Block B, the Finder Module reinvokes itself to operate on this next feature vector.

If at Block G, the Decoder Module does not successfully read a bar code symbol in the ROI, then it advances to Block I and determines whether all feature vectors have not been examined. If so, then the Decoder Module terminates the ROI-specific Mode of operation. Typically, the Subsystem 17 continues in this mode of operation until, for example, a single bar code symbol is read within an ROI marked as containing a complete bar code symbol. Each instance of the Finder Module involves the analysis of another block of pixel data (corresponding to another feature vector) in effort to find an ROI containing a complete bar code symbol, which can be found at Block C and successfully read at Block G. The sequential analysis of blocks of pixel data follows a helical pattern about the starting point, determined at Block A of FIG. 22B. Notably, during the Manual Mode of Operation, the Subsystem utilizes the image processing techniques described in connection with the Automatic Mode of Operation, above.

Specification of Multi-Mode Bar Code Symbol Reading Subsystem of the Present Invention Operated During its First Multi-Read (Omniscan/ROI-Specific) Mode of Operation

FIG. 23 describes the operation of the Multi-Mode Bar Code Symbol Reading Subsystem 17 when it is driven into its first multi-read (e.g. Omniscan/ROI-Specific) mode of operation. In this first multi-read mode of operation, the Subsystem 17 adaptively processes and reads a captured high-resolution image in a high-speed manner, applying adaptive learning techniques, taught herein.

For example, assume the multi-mode image-processing symbol decoding subsystem is configured to operate in its first multi-read (OmniScan/ROI-Specific) mode of operation, as shown in FIG. 23. In this case, if during the Omniscan Mode of operation, code fragments associated with a PDF417 bar code symbol are detected within a ROI in a captured (narrow or wide) area image, but processing thereof is unsuccessful, then the Multi-Mode Bar Code Symbol Reading Subsystem 17 will automatically (i) enter its ROI-Specific Mode of operation described above, and then (ii) immediately commences processing of the captured image at the ROI specified by ROI coordinates acquired by feature vector analysis during the Omniscan Mode of operation. In the illustrative embodiment, this switching of modes in the Subsystem 17 occurs within a single bar code symbol reading cycle, and involves processing a captured image frame using at least two different modes (i.e. methods) of image-processing based bar code reading, within which potentially dozens of different bar code symbol decoding algorithms are typically applied each decoding cycle.

One potential advantage of the Multi-Read (Omniscan/ROI-Specific) Mode of operation, over the Manual Mode of operation, is that the Multi-Read Mode offers an OmniScan Mode of operation to initially and rapidly read 1D bar code symbologies, and various kinds of 2D bar code symbologies whenever present in the captured image, and whenever a PDF417 symbology is detected (through its code fragments), the Multi-Mode Bar Code Symbol Reading Subsystem 17 can automatically (on-the-fly) to its ROI-specific Mode of operation to immediately process high-resolution

image data at a specific ROI (at which there is a high likelihood of a bar code symbol present).

Specification of Multi-Mode Bar Code Symbol Reading Subsystem of the Present Invention Operated During its Second Multi-Read (No-Finder/ROI-Specific) Mode of Operation

FIG. 24 illustrates the Multi-Mode Bar Code Symbol Reading Subsystem 17 when it is driven into its second multi-read (No-Finder/ROI-Specific) mode of operation so as to adaptively process and read a captured high-resolution image, in a high-speed manner, by applying adaptive learning techniques.

For example, assume the Multi-Mode Bar Code Symbol Reading Subsystem 17 is configured to operate in its second multi-read (No-Finder/ROI-Specific) mode when processing a wide-area image captured by the system, as shown in FIG. 24. In this case, if during the NoFinder Mode of operation, code fragments associated with a PDF417 bar code symbol are detected within the captured wide-area image, but processing thereof is unsuccessful, then the Subsystem 17 will automatically (i) enter its ROI-specific mode of operation described above, and then (ii) immediately commence processing of the captured wide-area image at a ROI specified by y coordinates corresponding to the wide-area image processed during the NoFinder Mode of operation. In the illustrative embodiment, this switching of modes in the Image-Processing Bar Code Symbol Reading Subsystem 17 occurs within a single bar code symbol reading cycle, and involves processing a single captured image frame using at least two different modes (i.e. methods) of image-processing based bar code reading (i.e. NoFinder Mode and ROI-Specific), within each of which potentially dozens of different bar code symbol decoding algorithms are typically applied during each decoding cycle.

Alternatively, assume the Subsystem 17 is configured to operate in its "multi-read mode" when processing first a narrow-area image and then a wide-area image captured by the system. In this case, if during the NoFinder Mode of operation, code fragments associated with a PDF417 bar code symbol are detected within the captured narrow-area image, but decode processing thereof is unsuccessful, then the Subsystem 17 will automatically (i) enter its ROI-specific mode of operation described above, as a wide-area image is automatically captured by the system, and then (ii) immediately commence processing the captured wide-area image at a ROI specified by y coordinates corresponding to the narrow-area image processed during the NoFinder Mode of operation. In the illustrative embodiment, this switching of modes in the Subsystem 17 occurs within a single bar code symbol reading cycle, and involves processing two captured image frames using at least two different modes (i.e. methods) of image-processing based bar code reading (i.e. NoFinder Mode and ROI-Specific), within each of which potentially dozens of different bar code symbol decoding algorithms are typically applied during each decoding cycle.

One potential advantage of the "No-Finder/ROI-Specific" Multi-Mode operation over the Manual Mode of operation, regardless of its method of implementation, is that the No-Finder Mode can rapidly read 1D bar code symbologies whenever they are presented to the bar code symbol reader, and then whenever a 2D (e.g. PDF417) symbology is encountered, the bar code symbol reader can automatically switch its method of reading to the ROI-specific Mode use features collected from a narrow (or wide) area image processed during the No-Finder Mode, so as to immediately process a specific ROI in a captured wide-area image frame, at which

HONEYWELL-00192999

US 7,472,831 B2

69

there is a high likelihood of a bar code symbol present, and to do so in a highly targeted manner.

Specification of Multi-Mode Bar Code Symbol Reading Subsystem of the Present Invention Operated During its Third Multi-Read (No-Finder/OmniScan/ROI-Specific) Mode of Operation

FIG. 25 illustrates the Multi-Mode Bar Code Symbol Reading Subsystem 17 when it is driven into its third multi-read (No-Finder/OmniScan/ROI-Specific) mode of operation so as to adaptively process and read a captured high-resolution image, in a high-speed manner, by applying adaptive learning techniques.

For example, assume the Subsystem 17 is configured to operate in its "multi-read mode" when processing a wide-area image captured by the system, as shown in FIG. 25. In this case, if during the NoFinder Mode of operation, code fragments associated with a PDF417 bar code symbol are detected within the captured narrow-area image, but decode processing thereof is unsuccessful, then the Image Formation and Detection Subsystem (i) automatically captures a wide-area image, while the Subsystem 17 (ii) automatically enters its Omniscan Mode of operation described above, and then (iii) immediately commences processing of the captured wide-area image at a plurality of parallel spatially-separated (e.g. by 50 pixels) virtual scan lines, beginning at a start pixel and start angle specified by x and/or y coordinates of code fragments detected in the narrow-area image processed during the NoFinder Mode of operation. Then, if the Omniscan Mode does not successfully read a bar code symbol within the ROI, then the Subsystem 17 (ii) automatically enters its ROI-specific mode of operation described above, and then (iii) immediately commences processing of the captured wide-area image at a ROI specified by the x,y coordinates corresponding to code fragments detected in the wide-area image processed during the Omniscan Mode of operation. In the illustrative embodiment, this switching of modes in the Subsystem 17 occurs within a single bar code symbol reading cycle, and involves processing two captured image frames using at least three different modes (i.e. methods) of image-processing based bar code reading (i.e. NoFinder Mode, Omniscan Mode, and ROI-Specific Mode), within each of which potentially dozens of different bar code symbol decoding algorithms are typically applied during each decoding cycle.

One potential advantage of the "No-Finder/OmniScan/ROI-Specific" Multi-Read Mode operation over the Manual Mode of operation, regardless of its method of implementation, is that the No-Finder Mode can rapidly acquire 1D bar code symbologies whenever they are presented to the bar code symbol reader, and then whenever a 2D symbology is encountered, the bar code symbol reader can automatically switch its method of reading to the OmniScan Mode, collected features on processed image data, and if this decoding method is not successful, then the bar code reader can automatically switch its method of reading to the ROI-Specific Mode and use features collected during the Omniscan Mode to immediately process a specific ROI in a captured image frame, at which there is a high likelihood of a bar code symbol present, and to do so in a highly targeted manner.

Programmable Modes of Bar Code Reading Operation within the Hand-Supportable Digital Image-Based Bar Code Reading Device of the Present Invention

As indicated in FIG. 26, the Imaging-Based Bar Code Symbol Reader of the present invention has at least seventeen (17) Programmable System Modes of Operation, namely: Programmed Mode of System Operation No. 1—Manually-

70

Triggered Single-Attempt 1D Single-Read Mode Employing the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode Of System Operation No. 2—Manually-Triggered Multiple-Attempt 1D Single-Read Mode Employing the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode Of System Operation No. 3—Manually-Triggered Single-Attempt 1D/2D Single-Read Mode Employing the No-Finder Mode And The Automatic Or Manual Modes of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode of System Operation No. 4—Manually-Triggered Multiple-Attempt 1D/2D Single-Read Mode Employing the No-Finder Mode And The Automatic Or Manual Modes of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode of System Operation No. 5—Manually-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing the No-Finder Mode And The Automatic Or Manual Modes of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode of System Operation No. 6—Automatically-Triggered Single-Attempt 1D Single-Read Mode Employing The No-Finder Mode Of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode of System Operation No. 7—Automatically-Triggered Multi-Attempt 1D Single-Read Mode Employing The No-Finder Mode Of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode of System Operation No. 8—Automatically-Triggered Multi-Attempt 1D/2D Single-Read Mode Employing The No-Finder Mode and Manual and/or Automatic Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode of System Operation No. 9—Automatically-Triggered Multi-Attempt 1D/2D Multiple-Read Mode Employing The No-Finder Mode and Manual and/or Automatic Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmable Mode of System Operation No. 10—Automatically-Triggered Multiple-Attempt 1D/2D Single-Read Mode Employing The Manual, Automatic or Omniscan Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmed Mode of System Operation No. 11—Semi-Automatic-Triggered Single-Attempt 1D/2D Single-Read Mode Employing The No-Finder Mode And The Automatic Or Manual Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmable Mode of System Operation No. 12—Semi-Automatic-Triggered Multiple-Attempt 1D/2D Single-Read Mode Employing The No-Finder Mode And The Automatic Or Manual Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmable Mode of Operation No. 13—Semi-Automatic-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing The No-Finder Mode And The Automatic Or Manual Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmable Mode of Operation No. 14—Semi-Automatic-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing The No-Finder Mode And The Omniscan Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmable Mode of Operation No. 15—Continuously-Automatically-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing The Automatic, Manual Or Omniscan Modes Of the Multi-Mode Bar Code Reading Subsystem; Programmable Mode of System Operation No. 16—Diagnostic Mode Of Imaging-Based Bar Code Reader Operation; and Programmable Mode of System Operation No. 17—Live Video Mode Of Imaging-Based Bar Code Reader Operation.

Preferably, these Modes Of System Operation can programmed by reading a sequence of bar code symbols from a programming menu as taught, for example, in U.S. Pat. No. 6,565,005, which describes a bar code scanner programming technology developed by Metrologic Instruments, Inc., and

HONEYWELL-00193000

US 7,472,831 B2

71

marketed under the name MetroSelect® Single Line Configuration Programming Method.

These Programmable System Modes of Operation will be described in detail herein below. Alternatively, the MetroSet® Graphical User Interface (GUI) can be used to view and change configuration parameters in the bar code symbol reader using a PC. Alternatively, a Command Line Interface (CLI) may also be used to view and change configuration parameters in the bar code symbol reader,

Each of these programmable modes of bar code reader operation shall be now described in greater detail with reference to other components of the system that are configured together to implement the same in accordance with the principles of the present invention.

Overview of the Imaging-Based Bar Code Reader Start-Up Operations

When the bar code reader hereof boots up, its FPGA is programmed automatically with 12.5/50/25 MHz clock firmware and all required device drivers are also installed automatically. The login to the Operating System is also done automatically for the user "root", and the user is automatically directed to the /root/ directory. For nearly all programmable modes of system operation employing automatic object detection, the IR object detection software driver is installed automatically. Also, for all Programmable System Modes of operation employing the narrow-area illumination mode, the narrow-area illumination software drivers are automatically installed, so that a Pulse Width Modulator (PWM) is used to drive the narrow-area LED-based illumination array 27. To start the bar code reader operation, the operating system calls the /tmp/ directory first ("cd /tmp"), and then the focusapp program, located in /root/ directory is run, because the /root/ directory is located in Flash ROM, and to save captured images, the directory /tmp/ should be the current directory where the image is stored in transition to the host), which is located in RAM.

Programmed Mode of System Operation No. 1: Manually-Triggered Single-Attempt 1D Single-Read Mode Employing the No-Finder Mode of the Multi-Mode Bar Code Symbol Reading Subsystem

Programmed Mode of System Operation No. 1 involves configuration of the system as follows: disabling the IR-based Object Presence and Range Detection Subsystem 12; and enabling the use of manual-trigger activation, the narrow-area illumination mode within the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode in the Image Formation and Detection Subsystem 13, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem 17.

During this mode of system operation, when a user pulls the trigger switch 2C, the system activates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode of the Image Formation and Detection Subsystem 13, and the No-Finder Mode of the Multi-Mode Bar Code Symbol Reading Subsystem 17. Then, the bar code reader illuminates the target object using narrow-area illumination, captures a narrow-area image of the target object, and launches the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem 17. The captured image is then processed using the No-Finder Mode. If a single cycle of programmed image processing results in the successful reading of a 1D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem 18 for use by the host system. If single cycle of programmed image processing is not result in a successful reading of a 1D bar code symbol, then the cycle is terminated, all subsystems are deactivated, and the bar code

72

reader returns to its sleep mode of operation, and wait for the next event (e.g. manually pulling trigger switch 2C) which will trigger the system into active operation.

Programmed Mode Of System Operation No. 2: Manually-Triggered Multiple-Attempt 1D Single-Read Mode Employing the No-Finder Mode of the Multi-Mode Bar Code Symbol Reading Subsystem

Programmed Mode of System Operation No. 2 involves configuration of the system as follows: disabling the IR-based Object Presence and Range Detection Subsystem 12; and enabling the use of manual-trigger activation, the narrow-area illumination mode within the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode in the Image Formation and Detection Subsystem 13, and the No-Finder Mode of the Multi-Mode Bar Code Symbol Reading Subsystem 17.

During this mode of system operation, when a user pulls the trigger switch 2C, the system activates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode of the Image Formation and Detection Subsystem 13, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem 17. Then, the bar code reader illuminates the target object using narrow-area illumination, captures a narrow-area image of the target object, and launches the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem 17. The captured narrow-area image is then processed using the No-Finder Mode. If the single cycle of programmed image processing results in the successful reading of a 1D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem for use by the host system. If the cycle of programmed image processing does not produce a successful read, then the system automatically enables successive cycles of illumination/capture/processing so long as the trigger switch 2C is being pulled, and then until the system reads a bar code symbol within a captured image of the target object; only thereafter, or when the user releases the trigger switch 2C, will the bar code symbol reader return to its sleep mode of operation, and wait for the next event that will trigger the system into active operation. In the illustrative embodiment, the default decode timeout is set to 500 ms which can be simply changed by programming. This default decode timeout setting ensures that while the trigger switch 2C is being pulled by the user, the Imaging-Based Bar Code Symbol Reader will re-attempt reading every 500 ms (at most) until it either succeeds or the trigger switch 2C is manually released.

Programmed Mode of System Operation No. 3: Manually-Triggered Single-Attempt 1D/2D Single-Read Mode Employing the No-Finder Mode and the Automatic, Manual or ROI-Specific Modes of the Multi-Mode Bar Code Symbol Reading Subsystem

Programmed Mode of System Operation No. 3 involves configuration of the system as follows: disabling the IR-based Object Presence and Range Detection Subsystem 12; and enabling the use of manual-trigger activation, the narrow-area and wide-area illumination modes within the Multi-Mode Illumination Subsystem 14, the narrow-area and wide-area image capture modes in the Image Formation and Detection Subsystem 13, and the No-Finder Mode and Manual, ROI-Specific and/or Automatic Modes of the Multi-Mode Bar Code Reading Subsystem 17.

During this programmable mode of system operation, the bar code reader is idle (in its sleep mode) until a user points the bar code reader towards an object with a bar code label, and then pulls the trigger switch 2C. When this event occurs, the system activates the narrow-area illumination mode

HONEYWELL-00193001

JA2702

US 7,472,831 B2

73

within the Multi-Mode Illumination Subsystem **14** (i.e. drives the narrow-area illumination array **27**), the narrow-area image capture mode of the Image Formation and Detection Subsystem **13**, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem **17**. Then, the bar code reader illuminates the target object using narrow-area illumination, captures a narrow-area image of the target object, and launches the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem **17**. The captured narrow-area image is then processed using the No-Finder Mode. If this single cycle of programmed image processing results in the successful reading of a 1D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem **18** for use by the host system. If this cycle of programmed image processing does not produce a successful read, then the system deactivates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem **14**, the narrow-area image capture mode of the Image Formation and Detection Subsystem **13**, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem **17**, and then activates the wide-area illumination mode within the Multi-Mode Illumination Subsystem **14**, the wide-area image capture mode of the Image Formation and Detection Subsystem **13**, and the Manual, ROI-Specific and/or Automatic Modes of the Multi-Mode Bar Code Reading Subsystem **17**. Then the bar code reader illuminates the target object using both near-field and far-field wide-area illumination, captures a wide-area image of the target object, and launches the Manual, ROI-Specific or Automatic Mode of the Multi-Mode Bar Code Reading Subsystem **17**. The captured wide-area image is then processed using the Manual, ROI-Specific or Automatic Mode. If this single cycle of programmed image processing results in the successful reading of a 1D or 2D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem **18** for use by the host system. If this cycle of programmed image processing does not produce a successful read, then the subsystem **19** deactivates all subsystems and then returns to its sleep mode, and waits for an event, which will cause it to re-enter its active mode of operation.

Programmed Mode of System Operation No. 4: Manually-Triggered Multiple-Attempt 1D/2D Single-Read Mode Employing the No-Finder Mode and the Automatic, Manual or ROI-Specific Modes of the Multi-Mode Bar Code Symbol Reading Subsystem

Programmed Mode of System Operation No. 4 involves configuration of the system as follows: disabling the IR-based object detection subsystem **12**; and enabling the use of manual-trigger activation, the narrow-area and wide-area illumination modes within the Multi-Mode Illumination Subsystem **14**, the narrow-area and wide-area image capture modes of the Image Formation and Detection Subsystem **13**, and the No-Finder Mode and Manual, ROI-Specific and/or Automatic Modes of the Multi-Mode Bar Code Reading Subsystem **17**.

During this programmed mode of system operation, when a user pulls the trigger switch **2**C, the system activates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem **14**, the narrow-area image capture mode of the Image Formation and Detection Subsystem **13**, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem **17**. Then, the bar code reader illuminates the target object using narrow-area illumination, captures a narrow-area image of the target object, and launches the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem **17**. The captured narrow-area image is then processed using the No-Finder Mode. If this single cycle of programmed image

74

processing results in the successful reading of a 1D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem for use by the host system. If this cycle of programmed image processing does not produce a successful read, then the system deactivates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem **14**, the narrow-area image capture mode of the Image Formation and Detection Subsystem **13**, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem **17**, and then activates the wide-area illumination mode within the Multi-Mode Illumination Subsystem **14**, the wide-area image capture mode of the Image Formation and Detection Subsystem **13**, and the Manual and/or Automatic Mode of the Multi-Mode Bar Code Reading Subsystem **17**. Then, the bar code reader illuminates the target object using both near-field and far-field wide-area illumination, captures a wide-area image of the target object, and launches the Manual (or Automatic) Mode of the Multi-Mode Bar Code Reading Subsystem. The captured wide-area image is then processed using the Manual Mode of bar code symbol reading. If this single cycle of programmed processing results in the successful reading of a 1D or 2D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem **18** for use by the host system. If this cycle of programmed image processing does not produce a successful read of a single 1D or 2D bar code symbol, then the Subsystem **19** automatically enables successive cycles of wide-area illumination/wide-area image capture and processing so long as the trigger switch **2**C is being pulled, and then until the system reads a single 1D or 2D bar code symbol within a captured image of the target object; only thereafter, or when the user releases the trigger switch **2**C, will the bar code reader return to its sleep mode of operation, and wait for the next event that will trigger the system into active operation. In the illustrative embodiment, the default decode timeout is set to 500 ms which can be simply changed by programming. This default decode timeout setting ensures that while the trigger switch is being pulled by the user, the Imaging-Based Bar Code Symbol Reader will re-attempt reading every 500 ms (at most) until it either succeeds or the trigger switch **2**C is manually released.

Programmed Mode of System Operation No. 5: Manually-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing the No-Finder Mode and the Automatic Manual or ROI-Specific Modes of the Multi-Mode Bar Code Reading Symbol Subsystem

Programmed Mode of System Operation No. 5 involves configuration of the system as follows: disabling the IR-based Object Presence and Range Detection Subsystem **12**; and enabling the use of manual-trigger activation, the narrow-area and wide-area illumination modes within the Multi-Mode Illumination Subsystem **14**, the narrow-area and wide-area image capture modes of the Image Formation and Detection Subsystem **13**, and the No-Finder Mode and Manual, ROI-Specific and/or Automatic Modes of the Multi-Mode Bar Code Reading Subsystem **17**.

During this mode of system operation, when a user pulls the trigger switch **2**C, the system activates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem **14**, the narrow-area image capture mode of the Image Formation and Detection Subsystem **13**, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem. Then, the bar code reader illuminates the target object using narrow-area illumination, captures a narrow-area image of the target object, and launches the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem. The captured

HONEYWELL-00193002

US 7,472,831 B2

75

narrow-area image is then processed using the No-Finder Mode. If this single cycle of programmed processing results in the successful decoding of a 1D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem **18** for use by the host system. If this cycle of programmed decode image processing does not produce a successful read, then the system deactivates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem **14**, the narrow-area image capture mode of the Image Formation and Detection Subsystem **13**, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem **17**, and then activates the wide-area illumination mode within the Multi-Mode Illumination Subsystem, the wide-area image capture mode of the Image Formation and Detection Subsystem **13**, and the Manual and/or Automatic Mode of the Multi-Mode Bar Code Reading Subsystem **17**. Then, the bar code reader illuminates the target object using both near-field and far-field wide-area illumination, captures a wide-area image of the target object, and launches the Manual (ROI-Specific and/or Automatic) Mode of the Multi-Mode Bar Code Reading Subsystem **17**. The captured wide-area image is then processed using the Manual Mode of reading. If this single cycle of programmed processing results in the successful reading of a 1D or 2D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem **18** for use by the host system. If this cycle of programmed image processing does not produce a successful reading of one or more 1D and/or 2D bar code symbols, then the system automatically enables successive cycles of wide-area illumination/wide-area image capture/image processing so long as the trigger switch is being pulled, and then until the system reads one or more 1D and/or 2D bar code symbols within a captured image of the target object; only thereafter, or when the user releases the trigger switch **2**C, will the bar code reader return to its sleep mode of operation, and wait for the next event that will trigger the system into active operation. In the illustrative embodiment, the default decode timeout is set to 500 ms which can be simply changed by programming. This default decode timeout setting ensures that while the trigger switch **2**C is being pulled by the user, the Imaging-Based Bar Code Symbol Reader will re-attempt reading every 500 ms (at most) until it either succeeds or the trigger switch **2**C is manually released. Programmed Mode of System Operation No. 6: Automatically-Triggered Single-Attempt 1D Single-Read Mode Employing the No-Finder Mode of the Multi-Mode Bar Code Symbol Reading Subsystem

Programmed Mode of System Operation No. 6 involves configuration of the system as follows: disabling the use of manual-trigger activation; and enabling IR-based Object Presence and Range Detection Subsystem **12**, the narrow-area illumination mode only within the Multi-Mode Illumination Subsystem **14**, the narrow-area image capture mode only in the Image Formation and Detection Subsystem **13**, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem **17**.

During this programmed mode of system operation, the bar code reader is idle until a user points the reader towards an object with a bar code label. Once the object is under the field-of-view of the bar code reader, and the object is automatically detected, the bar code reader "wakes up" and the system activates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem **14**, the narrow-area image capture mode of the Image Formation and Detection Subsystem **13**, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem **17**. This causes the system to illuminate a "narrow" horizontal area of the target object at the center of the field-of-view (FOV) of the bar code reader,

76

indicating to the user where the area targeted by the bar code reader is, and thus, enabling the user to position and align the narrow-area illumination beam on the target bar code. Then, the system captures/acquires a narrow-area image, which is then processed using the Bar Code Symbol Reading Subsystem **17** configured in its No-Finder Mode of operation. If this single cycle of programmed decode processing results in the successful reading of a 1D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem **18** for use by the host system. If this cycle of programmed image processing does not produce a successful read, then the system deactivates all subsystems, causing the bar code reader return to its sleep mode of operation, and wait for the next event that will trigger the system into active operation.

Programmed Mode of System Operation No. 7: Automatically-Triggered Multi-Attempt 1D Single-Read Mode Employing the No-Finder Mode of the Multi-Mode Bar Code Symbol Reading Subsystem

Programmed Mode of System Operation No. 7 involves configuration of the system as follows: disabling the use of manual-trigger activation; and enabling IR-based Object Presence And Range Detection Subsystem **12**, the narrow-area illumination mode within the Multi-Mode Illumination Subsystem **14**, the narrow-area image capture mode in the Image Formation and Detection Subsystem **13**, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem **17**.

During this programmed mode of system operation, the bar code reader is idle until a user points the bar code reader towards an object with a bar code label. Once the object is under the field-of-view of the bar code reader, and the object is automatically detected, the bar code reader "wakes up" and the system activates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem **14**, the narrow-area image capture mode of the Image Formation and Detection Subsystem **13**, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem **17**. This causes the system to illuminate a "narrow" horizontal area of the target object at the center of the field-of-view (FOV) of the bar code reader, indicating to the user where the area targeted by the bar code reader is, and thus, enabling the user to position and align the narrow-area illumination beam on the target bar code. Then, the system captures/acquires a narrow-area image, which is then processed using the No-Finder Mode. If this single cycle of programmed image processing results in the successful reading of a 1D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem **18** for use by the host system. If this cycle of programmed image processing does not produce a successful decode, then the system automatically enables successive cycles of narrow-area illumination/narrow-area image capture/processing so long as the trigger switch **2**C is being pulled, and then until the system reads a single 1D bar code symbol within a captured image of the target object; only thereafter, or when the user releases the trigger switch **2**C, will the bar code reader return to its sleep mode of operation, and wait for the next event that will trigger the system into active operation. In the illustrative embodiment, the default decode timeout is set to 500 ms which can be simply changed by programming. This default decode timeout setting ensures that while the trigger switch is being pulled by the user, the Imaging-Based Bar Code Symbol Reader will re-attempt reading every 500 ms (at most) until it either succeeds or the trigger switch **2**C is manually released.

HONEYWELL-00193003

US 7,472,831 B2

77

Programmed Mode of System Operation No. 8: Automatically-Triggered Multi-Attempt 1D/2D Single-Read Mode Employing the No-Finder Mode and Manual, ROI-Specific and/or Automatic Modes of the Multi-Mode Bar Code Symbol Reading Subsystem

Programmed Mode of System Operation No. 8 involves configuration of the system as follows: disabling the use of manual-trigger activation during all phase of system operation; and enabling IR-based Object Presence and Range Detection Subsystem 12, the narrow-area illumination mode within the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode in the Image Formation and Detection Subsystem 13, and the No-Finder Mode and Manual, ROI-Specific and/or Automatic Modes of the Multi-Mode Bar Code Reading Subsystem 17.

During this programmed mode of system operation, the bar code reader is idle until a user points the reader towards an object with a bar code label. Once the object is under the field-of-view of the scanner, and the object is automatically detected, the bar code reader "wakes up" and the system activates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem, 14 the narrow-area image capture mode of the Image Formation and Detection Subsystem 13, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem 17. This causes the system to illuminate a "narrow" horizontal area of the target object at the center of the field-of-view (FOV) of the bar code reader, indicating to the user where the area targeted by the bar code reader is, and thus, enabling the user to position and align the narrow-area illumination beam on the target bar code. Then, the system captures/acquires a narrow-area image, which is then processed using the No-Finder Mode of operation. If this single cycle of programmed image processing results in the successful reading of a 1D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem 18 for use by the host system. If this cycle of programmed image processing does not produce a successful read, then the system deactivates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode of the Image Formation and Detection Subsystem 13, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem 17, and then activates the wide-area illumination mode within the Multi-Mode Illumination Subsystem 14, the wide-area image capture mode in the Image Formation and Detection Subsystem 13, and the Manual, ROI-Specific and/or Automatic Modes of the Multi-Mode Bar Code Reading Subsystem 17. Then, the Bar Code Symbol Reader illuminates the target object using either near-field or far-field wide-area illumination (depending on the detected range of the target object), captures a wide-area image of the target object, and launches the Manual, ROI-Specific or Automatic Mode of the Multi-Mode Bar Code Reading Subsystem 17. The captured wide-area image is then processed using the Manual Mode of reading. If this cycle of programmed image processing results in the successful reading of a single 1D or 2D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem 18 for use by the host system. If this cycle of programmed image processing does not produce a successful reading of a single 1D or 2D bar code symbol, then the system automatically enables successive cycles of wide-area illumination/wide-area image capture/processing so long as the target object is being detected, and then until the system reads one or more 1D and/or 2D bar code symbols within a captured image of the target object; only thereafter, or when the user moves the object out of the FOV of the bar code reader, will the bar code reader return to its sleep mode of operation, and wait for the next event that will trigger the system into active operation. In the illustrative embodiment, the default decode timeout is set to 500 ms which can be simply changed by programming. This default decode timeout setting ensures that while the object is being detected by the bar code reader, the Bar Code Symbol Reader will re-attempt reading every 500 ms (at most) until it either succeeds or the object is moved away from the FOV of the bar code reader.

Programmed Mode of System Operation No. 9: Automatically-Triggered Multi-Attempt 1D/2D Multiple-Read Mode Employing the No-Finder Mode and Manual ROI-Specific and/or Automatic Modes of the Multi-Mode Bar Code Symbol Reading Subsystem

Programmed Mode of System Operation No. 9 involves configuration of the system as follows: disabling the use of manual-trigger activation during all phases of system operation; and enabling IR-based Object Presence and Range Detection Subsystem 12, the narrow-area illumination mode within the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode in the Image Formation and Detection Subsystem 13, and the No Finder Mode and Manual or Automatic Modes of the Multi-Mode Bar Code Symbol Reading Subsystem 17.

During this programmed mode of system operation, the bar code reader is idle until a user points the reader towards an object with a bar code label. Once the object is under the field-of-view of the bar code reader, and the object is automatically detected, the bar code reader "wakes up" and the system activates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode of the Image Formation and Detection Subsystem 13, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem 17. This causes the system to illuminate a "narrow" horizontal area of the target object at the center of the field-of-view (FOV) of the bar code reader, indicating to the user where the area targeted by the bar code reader is, and thus, enabling the user to position and align the narrow-area illumination beam on the target bar code. Then, the system captures/acquires a narrow-area image, which is then processed using the No-Finder Mode. If this single cycle of programmed processing results in the successful reading of a 1D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem 18 for use by the host system. If this cycle of programmed image processing does not produce a successful read, then the system deactivates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode of the Image Formation and Detection Subsystem 13, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem 17, and then activates the wide-area illumination mode within the Multi-Mode Illumination Subsystem 14, the wide-area image capture mode in the Image Formation and Detection Subsystem 13, and the Manual and/or Automatic Modes of the Multi-Mode Bar Code Reading Subsystem 17. Then, the bar code reader illuminates the target object using either near-field or far-field wide-area illumination (depending on the detected range of the target object), captures a wide-area image of the target object, and launches the Manual (ROI-Specific or Automatic) Mode of the Multi-Mode Bar Code Reading Subsystem 17. The captured wide-area image is then processed using the Manual Method of decoding. If this cycle of programmed image processing results in the successful reading of a single 1D or 2D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem 18 for use by the host system. If this cycle of programmed image process-

HONEYWELL-00193004

JA2705

US 7,472,831 B2

79

ing does not produce a successful read of a single 1D or 2D bar code symbol, then the system automatically enables successive cycles of wide-area-illumination/wide-area image-capture/processing so long as the target object is being detected, and then until the system reads one or more 1D and/or 2D bar code symbols within a captured image of the target object; only thereafter, or when the user moves the object out of the FOV of the bar code symbol reader, will the bar code reader return to its sleep mode of operation, and wait for the next event that will trigger the system into active operation. In the illustrative embodiment, the default decode timeout is set to 500 ms which can be simply changed by programming. This default decode timeout setting ensures that while the object is being detected by the bar code reader, the bar code reader will re-attempt reading every 500 ms (at most) until it either succeeds or the object is moved away from the FOV of the bar code reader.

Programmable Mode of System Operation No. 10: Automatically-Triggered Multiple-Attempt 1D/2D Single-Read Mode Employing the Manual, ROI-Specific, Automatic or Omniscan Modes of the Multi-Mode Bar Code Symbol Reading Subsystem

Programmed Mode of System Operation No. 10 involves configuration of the system as follows: disabling the use of manual-trigger activation during all phase of system operation; and enabling IR-based Object Presence and Range Detection Subsystem 12, the narrow-area illumination mode within the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode in the Image Formation and Detection Subsystem 13, and the Manual, ROI-Specific, Automatic or OmniScan Modes of the Multi-Mode Bar Code Reading Subsystem 17.

During this programmed mode of system operation, the bar code reader is idle until a user present an object with a bar code symbol under the field-of-view of the bar code reader, and the object is automatically detected, the bar code reader "wakes up" and the system activates the wide-area illumination mode within the Multi-Mode Illumination Subsystem 14, the wide-area image capture mode in the Image Formation and Detection Subsystem 13, and either Manual, ROI-Specific, Automatic or Omniscan Mode of the Multi-Mode Bar Code Reading Subsystem 17. This causes the system to illuminate a wide area of the target object within the field-of-view (FOV) of the bar code reader with far-field or near-field wide area illumination (depending on the detected range of the target object), and capture/acquire a wide-area image which is then processed using either the Manual, ROI-Specific, Automatic or Omniscan Method of reading. If this single cycle of programmed processing results in the successful reading of a 1D or 2D bar code symbol (when the Manual, ROI-Specific and Automatic Methods are used), then the resulting symbol character data is sent to the Input/Output Subsystem for use by the host system. If this cycle of programmed image processing does not produce a successful read, then the system automatically enables successive cycles of wide-area illumination/wide-area-image-capture/processing so long as the target object is being detected, and then until the system reads a single 1D and/or 2D bar code symbol within a captured image of the target object; only thereafter, or when the user moves the object out of the FOV of the bar code reader, will the bar code reader return to its sleep mode of operation, and wait for the next event that will trigger the system into active operation. In the illustrative embodiment, the default decode timeout is set to 500 ms which can be simply changed by programming. This default decode timeout setting ensures that while the object is being detected by

80

the bar code reader, the bar code reader will re-attempt reading every 500 ms (at most) until it either succeeds or the object is moved away from the FOV of the bar code reader.

Programmed Mode of System Operation No. 11: Semi-Automatic-Triggered Single-Attempt 1D/2D Single-Read Mode Employing the No-Finder Mode and the Automatic, ROI-Specific or Manual Modes of the Multi-Mode Bar Code Symbol Reading Subsystem

Programmed Mode of System Operation No. 11 involves configuration of the system as follows: disabling the use of the manual-trigger activation during the system activation phase of operation; and enabling the IR-based Object Presence and Range Detection Subsystem 12, the narrow-area and wide-area illumination modes within the Multi-Mode Illumination Subsystem 14, the narrow-area and wide-area image capture modes in the Image Formation and Detection Subsystem 13, and the No-Finder Mode and Manual, ROI-Specific and/or Automatic Modes of the Multi-Mode Bar Code Reading Subsystem 17.

During this programmed mode of system operation, the bar code reader is idle until a user points the reader towards an object with a bar code label. Once the object is under the field-of-view of the bar code reader, and the object is automatically detected, the bar code reader "wakes up" and the system activates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode of the Image Formation and Detection Subsystem 13, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem 17. This causes the system to illuminate a "narrow" horizontal area of the target object at the center of the field-of-view (FOV) of the bar code reader, indicating to the user where the area targeted by the bar code reader is, and thus, enabling the user to position and align the narrow-area illumination beam on the target bar code. Then, the system captures/acquires a narrow-area image, which is then processed using the No-Finder Mode. If this single cycle of programmed image processing results in the successful reading of a 1D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem 18 for use by the host system. If this cycle of programmed image processing does not produce a successful read, then the system deactivates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode of the Image Formation and Detection Subsystem 13, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem 17, and then activates the wide-area illumination mode within the Multi-Mode Illumination Subsystem 14, the wide-area image capture mode of the Image Formation and Detection Subsystem 13, and the Manual, ROI-Specific and/or Automatic Mode of the Multi-Mode Bar Code Reading Subsystem 17. Then, if the user pulls the trigger switch 2C during narrow-area illumination and image capture and continues to do so, the bar code reader will automatically illuminate the target object using wide-area illumination, capture a wide-area image of the target object, and launch the Manual, ROI-Specific or Automatic Mode of the Multi-Mode Bar Code Symbol Reading Subsystem 17. The captured wide-area image is then processed using the Manual, ROI-Specific or Automatic Mode/Method of bar code reading. If this single cycle of programmed image processing results in the successful reading of a single 1D or 2D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem 18 for use by the host system. If this cycle of programmed image processing does not produce a successful reading of a single 1D or 2D bar code symbol, then the subsystem 19 automatically deactivates all

US 7,472,831 B2

81

subsystems, causing the bar code reader return to its sleep mode of operation, and wait for the next event that will trigger the system into active operation

Programmable Mode of System Operation No. 12: Semi-Automatic-Triggered Multiple-Attempt 1D/2D Single-Read Mode Employing the No-Finder Mode and the Automatic, ROI-Specific or Manual Modes of the Multi-Mode Bar Code Symbol Reading Subsystem:

Programmed Mode of System Operation No. 12 involves configuration of the system as follows: disabling the use of manual-trigger activation during the system activation phase of operation; and enabling the IR-based Object Presence and Range Detection Subsystem **12**, the narrow-area and wide-area illumination modes within the Multi-Mode Illumination Subsystem **14**, the narrow-area and wide-area image capture modes in the Image Formation and Detection Subsystem **13**, and the No-Finder Mode and Manual, ROI-Specific and/or Automatic Modes of the Multi-Mode Bar Code Reading Subsystem **17**.

During this programmed mode of system operation, the bar code reader is idle until a user points the reader towards an object with a bar code label. Once the object is under the field-of-view of the bar code reader, and the object is automatically detected, the bar code reader "wakes up" and the system activates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem **14**, the narrow-area image capture mode of the Image Formation and Detection Subsystem **13**, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem **17**. This causes the system to illuminate a "narrow" horizontal area of the target object at the center of the field-of-view (FOV) of the bar code reader, indicating to the user where the area targeted by the bar code reader is, and thus, enabling the user to position and align the narrow-area illumination beam on the target bar code. Then, the system captures/acquires a narrow-area image, which is then processed using the No-Finder Mode. If this single cycle of programmed image processing results in the successful reading of a 1D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem **18** for use by the host system. If this cycle of programmed image processing does not produce a successful read, then the system deactivates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem **14**, the narrow-area image capture mode of the Image Formation and Detection Subsystem **13**, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem **17**, and then activates the wide-area illumination mode within the Multi-Mode Illumination Subsystem, the wide-area image capture mode of the Image Formation and Detection Subsystem **13**, and the Manual, ROI-Specific and/or Automatic Mode of the Multi-Mode Bar Code Reading Subsystem **17**. Then, if the user pulls the trigger switch **2**C during narrow-area illumination and image capture and continues to do so, the bar code reader will automatically illuminate the target object using wide-area illumination, capture a wide-area image of the target object, and launches the Manual, ROI-Specific or Automatic Mode of the Multi-Mode Bar Code Reading Subsystem **17**. The captured wide-area image is then processed using the Manual Mode of reading. If this single cycle of programmed image processing results in the successful reading of a single 1D or 2D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem **18** for use by the host system. If this cycle of programmed image processing does not produce a successful decode of a single 1D or 2D bar code symbol, then the system automatically enables successive cycles of wide-area illumination/wide-area-image-capture/

82

processing so long as the trigger switch **2**C is being pulled, and then until the system reads one or more 1D and/or 2D bar code symbols within a captured image of the target object; only thereafter, or when the user releases the trigger switch **2**C, will the bar code reader return to its sleep mode of operation, and wait for the next event that will trigger the system into active operation. In the illustrative embodiment, the default decode timeout is set to 500 ms which can be simply changed by programming. This default decode timeout setting ensures that while the trigger switch **2**C is being pulled by the user, the Imaging-Based Bar Code Symbol Reader will re-attempt reading every 500 ms (at most) until it either succeeds or the trigger switch **2**C is manually released.

Implementation of Programmable Mode of System Operation No. 12

When the Focus IR module detects an object in front of object detection field **20**, it posts the OBJECT_DETECT_ON event to the Application Layer. The Application Layer software responsible for processing this event starts the Code-Gate Task. When the user pulls the trigger switch **2**C, the TRIGGER_ON event is posted to the Application. The Application Layer software responsible for processing this event checks if the CodeGate Task is running and if so, it cancels it and then starts the Main Task. When the user releases the trigger switch **2**C, the TRIGGER_OFF event is posted to the Application. The Application Layer software responsible for processing this event, checks if the Main Task is running, and if so, it cancels it. If the object is still within the object detection field **20**, the Application Layer starts the CodeGate Task again.

When the user moves the bar code reader away from the object (or the object away from the bar code reader), the OBJECT_DETECT_OFF event is posted to the Application Layer. The Application Layer software responsible for processing this event checks if the CodeGate Task is running, and if so, it cancels it. The CodeGate Task, in an infinite loop, does the following. It activates the narrow-area illumination array **27** which illuminates a "narrow" horizontal area at the center of the field-of-view and then the Image Formation and Detection Subsystem **13** acquires an image of that narrow-area (i.e. few rows of pixels on the CMOS image sensing array **22**), and then attempts to read a bar code symbol represented in the image. If the read is successful, it saves the decoded data in the special CodeGate data buffer. Otherwise, it clears the CodeGate data buffer. Then, it continues the loop. The Code-Gate Task never exits on its own; it can be canceled by other modules of the Focus software when reacting to other events.

When a user pulls the trigger switch **2**C, the event TRIG-GER_ON is posted to the Application Layer. The Application Layer software responsible for processing this event, checks if the CodeGate Task is running, and if so, it cancels it and then starts the Main Task. The CodeGate Task can also be canceled upon OBJECT_DETECT_OFF event, posted when the user moves the bar code reader away from the object, or the object away from the bar code reader.

Programmable Mode of Operation No. 13: Semi-Automatic-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing the No-Finder Mode and the Automatic, ROI-Specific or Manual Modes of the Multi-Mode Bar Code Reading Subsystem

Programmed Mode of System Operation No. 13 involves configuration of the system as follows: disabling the use of manual-trigger activation during the system activation phase of operation; and enabling the IR-based Object Presence and Range Detection Subsystem **12**, the narrow-area and wide-area illumination modes within the Multi-Mode Illumination

HONEYWELL-00193006

US 7,472,831 B2

83

Subsystem 14, the narrow-area and wide-area image capture modes in the Image Formation and Detection Subsystem 13, and the No-Finder Mode and Manual, ROI-Specific and/or Automatic Modes of the Multi-Mode Bar Code Reading Subsystem 17.

During this programmed mode of system operation, the bar code reader is idle until a user points the reader towards an object with a bar code label. Once the object is under the field-of-view of the bar code reader, and the object is automatically detected by the Object Presence and Range Detection Subsystem 12, the bar code reader "wakes up" and the system activates the narrow-area illumination mode in the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode in the Image Formation and Detection Subsystem 13, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem 17. This causes the system to illuminate a "narrow" horizontal area of the target object at the center of the field-of-view (FOV) of the bar code reader, indicating to the user where the area targeted by the bar code reader is, and thus, enabling the user to position and align the narrow-area illumination beam on the target bar code. Then, the system captures/acquires a narrow-area image which is then processed using the No-Finder Mode. If this single cycle of programmed image processing results in the successful reading of a 1D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem 18 for use by the host system. If this cycle of programmed image processing does not produce a successful read, then the system deactivates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode of the Image Formation and Detection Subsystem 13, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem 17, and then activates the wide-area illumination mode within the Multi-Mode Illumination Subsystem 14, the wide-area image capture mode of the Image Formation and Detection Subsystem 13, and the Manual and/or Automatic Mode of the Multi-Mode Bar Code Reading Subsystem 17. Then, if the user pulls the trigger switch 2C during narrow-area illumination and image capture and continues to do so, the bar code reader will automatically illuminate the target object using wide-area illumination, capture a wide-area image of the target object, and invoke the Manual, ROI-Specific and/or Automatic Mode of the Multi-Mode Bar Code Reading Subsystem 17. The captured wide-area image is then processed using the Manual, ROI-Specific or Automatic Mode of reading. If this single cycle of programmed image processing results in the successful reading of one or more 1D and/or 2D bar code symbols, then the resulting symbol character data is sent to the Input/Output Subsystem 18 for use by the host system. If this cycle of programmed decode image processing does not produce a successful reading of one or more 1D and/or 2D bar code symbols then the system automatically enables successive cycles of wide-area illumination/wide-area-image-capture/image-processing so long as the trigger switch 2C is being pulled, and then until the system reads one or more 1D and/or 2D bar code symbols within a captured image of the target object; only thereafter, or when the user releases the trigger switch 2C, will the bar code reader return to its sleep mode of operation, and wait for the next event that will trigger the system into active operation. In the illustrative embodiment, the default decode timeout is set to 500 ms which can be simply changed by programming. This default decode timeout setting ensures that while the trigger switch 2C is being pulled by the user, the Imaging-Based Bar Code Symbol Reader will re-attempt reading every 500 ms (at most) until it either succeeds or the trigger switch 2C is manually released.

84

Programmable Mode of Operation No. 14: Semi-Automatic-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing the No-Finder Mode and the Omniscan Modes of the Multi-Mode Bar Code Symbol Reading Subsystem

Programmed Mode of System Operation No. 14 involves configuration of the system as follows: disabling the use of manual-trigger activation during the system activation phase of operation; and enabling the IR-based Object Presence and Range Detection Subsystem 12, the narrow-area and wide-area illumination modes within the Multi-Mode Illumination Subsystem 14, the narrow-area and wide-area image capture modes in the Image Formation and Detection Subsystem 13, and the No-Finder Mode and OmniScan Mode of the Multi-Mode Bar Code Reading Subsystem 17.

During this programmed mode of system operation, the bar code reader is idle until a user points the reader towards an object with a bar code label. Once the object is under the field-of-view of the bar code reader, and the object is automatically detected by the Object Presence and Range Detection Subsystem 12, the bar code reader "wakes up" and the system activates the narrow-area illumination mode in the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode in the Image Formation and Detection Subsystem 13, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem 17. This causes the narrow-area illumination array 27 to illuminate a "narrow" horizontal area of the target object at the center of the field-of-view (FOV) of the bar code reader, indicating to the user where the area targeted by the bar code reader is, and thus, enabling the user to position and align the narrow-area illumination beam on the target bar code. Then, Subsystem 13 captures/acquires a narrow-area image which is then processed by Subsystem 17 using its No-Finder Mode. If this single cycle of programmed image processing results in the successful reading of a 1D bar code symbol, then the resulting symbol character data is sent to the Input/Output Subsystem 18 for use by the host system, and then the system deactivates all subsystems and resumes its sleep state of operation. If this cycle of programmed image processing does not produce a successful read, it may nevertheless produce one or more code fragments indicative of the symbology represented in the image, (e.g. PDF417). In this case, the system deactivates the narrow-area illumination mode within the Multi-Mode Illumination Subsystem 14, the narrow-area image capture mode of the Image Formation and Detection Subsystem 13, and the No-Finder Mode of the Multi-Mode Bar Code Reading Subsystem 17; and then, if the user is pulling the trigger switch 2C at about this time, the system activates the wide-area illumination mode within the Multi-Mode Illumination Subsystem 14, the wide-area image capture mode of the Image Formation and Detection Subsystem, and either the Omniscan Mode of the Multi-Mode Bar Code Reading Subsystem 17 if code fragments have been found indicating a 2D code format (e.g. PDF format code) within the image at perhaps a particular orientation. Then, the bar code reader proceeds to automatically illuminate the target object using wide-area illumination, capture a wide-area image of the target object, and invoke the Omniscan Mode of the Multi-Mode Bar Code Reading Subsystem 17. The captured wide-area image is then first processed using the Omniscan Mode, using a first processing direction (e.g. at 0 degrees), and sequentially advances the Omniscan Mode of reading at a different angular orientation (e.g. 6 possible directions/orientations) until a single bar code symbol is successfully read. If this single cycle of programmed decode processing (using the Omniscan Mode) results in the successful decoding of a single 1D and/or 2D bar code symbol, then the resulting symbol character data is sent

HONEYWELL-00193007

US 7,472,831 B2

85

to the Input/Output Subsystem **18** for use by the host system. If this cycle of programmed image processing does not produce a successful reading of a single 1D and/or 2D bar code symbol, then the system automatically enables successive cycles of wide-area illumination/wide-area image capture/ processing so long as the trigger switch **2**C is being pulled, and then until the system reads a single 1D and/or 2D bar code symbol within a captured image of the target object. Only thereafter, or when the user releases the trigger switch **2**C, the system will return to its sleep mode of operation, and wait for the next event that will trigger the system into active operation. In the illustrative embodiment, the default decode timeout is set to 500 ms which can be simply changed by programming. This default decode timeout setting ensures that while the trigger switch **2**C is being pulled by the user, the Imaging-Based Bar Code Symbol Reader will re-attempt reading every 500 ms (at most) until it either succeeds or the trigger switch is manually released.

Programmable Mode of Operation No. 15: Continuously-Automatically-Triggered Multiple-Attempt 1D/2D Multiple-Read Mode Employing the Automatic, Manual ROI-Specific or Omniscan Modes of the Multi-Mode Bar Code Reading Subsystem

Programmed Mode of System Operation No. 15, typically used for testing purposes, involves configuration of the system as follows: disabling the use of manual-trigger activation during all phase of system operation; and enabling IR-based Object Presence and Range Detection Subsystem **12**, the wide-area illumination mode in the Multi-Mode Illumination Subsystem, **14** the wide-area image capture mode in the Image Formation and Detection Subsystem **13**, and the Manual, ROI-Specific, Automatic or OmniScan Modes of the Multi-Mode Bar Code Reading Subsystem **17**.

During this programmed mode of system operation, the bar code reader continuously and sequentially illuminates a wide area of the target object within the field-of-view (FOV) of the bar code reader with both far-field and near-field wide-area illumination, captures a wide-area image thereof, and then processes the same using either the Manual, ROI-Specific, Automatic or Omniscan Modes of operation. If any cycle of programmed image processing results in the successful reading of a 1D or 2D bar code symbol (when the Manual, ROI-Specific and Automatic Modes are used), then the resulting symbol character data is sent to the Input/Output Subsystem **18** for use by the host system (i.e. typically a test measurement system). If when any cycle of programmed image processing does not produce a successful read, the system automatically enables successive cycles of wide-area illumination/wide-area image-capture/processing. In the illustrative embodiment, the default decode timeout is set to 500 ms which can be simply changed by programming. This default decode timeout setting ensures that while the object is being detected by the bar code reader, the bar code reader will re-attempt reading every 500 ms (at most) until it either succeeds or the object is moved away from the FOV of the bar code reader.

Diagnostic Mode of Imaging-Based Bar Code Reader Operation: Programmable Mode of System Operation No. 16

Programmed Mode of System Operation No. 16 is a Diagnostic Mode. An authorized user can send a special command to the bar code reader to launch a Command Line Interface (CLI) with the bar code reader. When the bar code reader receives such request from the user, it sends a prompt "MTLG>" back to the user as a handshaking indication that the scanner is ready to accept the user commands. The user then can enter any valid command to the bar code reader and

86

view the results of its execution. To communicate with the reader in diagnostic mode over such communication line as RS232, the user can use any standard communication program, such as Windows HyperTerminal for example. This mode of operation can be used to test/debug the newly introduced features or view/change the bar code reader configuration parameters. It can also be used to download images and/or a backlog of the previously decoded bar code data from the reader memory to the host computer.

Live Video Mode of Imaging-Based Bar Code Reader Operation: Programmable Mode of System Operation No. 17

Program Mode of System Operation No. 17 can be used in combination with any other supported imaging modes. In this mode, the images acquired by the bar code reader are transmitted to the host computer in real-time along with the results of image-processing based bar code symbol reading by Subsystem **17** (if such results are available).

Second Illustrative Embodiment of Digital Imaging-Based Bar Code Symbol Reading Device of the Present Invention, Wherein Four Distinct Modes of Illumination are Provided

In the first illustrative embodiment described above, the Multi-mode Illumination Subsystem **14** had three primary modes of illumination: (1) narrow-area illumination mode; (2) near-field wide-area illumination mode; and (3) far-field wide-area illumination mode.

In a second alternative embodiment of the Digital Imaging-Based Bar Code Symbol Reading Device of the present invention shown in FIGS. **27**A, **27**B and **28**, the Multi-Mode Illumination Subsystem **14** is modified to support four primary modes of illumination: (1) near-field narrow-area illumination mode; (2) far-field narrow-area illumination mode; (3) near-field wide-area illumination mode; and (4) far-field wide-area illumination mode. In general, these near-field and far-field narrow-area illumination modes of operation are conducted during the narrow-area image capture mode of the Multi-Mode Image Formation and Detection Subsystem **13**, and are supported by a near-field narrow-illumination array **27**A and a far field narrow-illumination array **27**B illustrated in FIG. **28**, and as shown in FIG. **2**A1. In the second illustrative embodiment, each of these illumination arrays **27**A, **27**B are realized using at least a pair of LEDs, each having a cylindrical lens of appropriate focal length to focus the resulting narrow-area (i.e. linear) illumination beam into the near-field portion **24**A and far-field portion **24**B of the field of view of the system, respectively.

One of advantages of using a pair of independent illumination arrays to produce narrow-area illumination fields over near and far field portions of the FOV is that it is possible to more tightly control the production of a relatively "narrow" or "narrowly-tapered" narrow-area illumination field along its widthwise dimension. For example, as shown in FIG. **27**B, during bar code menu reading applications, the near-field narrow area illumination array **27**A can be used to generate (over the near-field portion of the FOV) an illumination field **24**A that is narrow along both its widthwise and height-wise dimensions, to enable the user to easily align the illumination field (beam) with a single bar code symbol to be read from a bar code menu of one type or another, thereby avoiding inadvertent reads of two or more bar code symbols or simply the wrong bar code symbol. At the same time, the far-field narrow area illumination array **27**B can be used to generate (over the far-field portion of the FOV) an illumination field **24**B that is sufficient wide along its widthwise dimension, to enable the user to easily read elongated bar code symbols in the far-field portion of the field of view of the bar code reader, by simply moving the object towards the far portion of the field.

HONEYWELL-00193008

US 7,472,831 B2

87

Third Illustrative Embodiment of Digital Imaging-Based Bar Code Symbol Reading Device of the Present Invention

Alternatively, the Imaging-Based Bar Code Symbol Reading Device of the present invention can have virtually any type of form factor that would support the reading of bar code symbols at diverse application environments. One alternative form factor for the bar code symbol reading device of the present invention is shown in FIGS. 29A through 29C, wherein a portable Digital Imaging-Based Bar Code Reading Device of the present invention 1" is shown from various perspective views, while arranged in a Presentation Mode (i.e. configured in Programmed System Mode No. 12).

The Digital Imaging-Based Bar Code Reading Device of the Present Invention

As shown in FIG. 30, the Digital Imaging-Based Bar Code Reading Device of the present invention 1', 1" can also be realized in the form of a Digital Imaging-Based Bar Code Reading Engine 100 that can be readily integrated into various kinds of information collection and processing systems. Notably, trigger switch 2C shown in FIG. 30 is symbolically represented on the housing of the engine design, and it is understood that this trigger switch 2C or functionally equivalent device will be typically integrated with the housing of the resultant system into which the engine is embedded so that the user can interact with and actuate the same. Such Engines according to the present invention can be realized in various shapes and sizes and be embedded within various kinds of systems and devices requiring diverse image capture and processing functions as taught herein.

Illustrative Embodiment of a Wireless Bar Code-Driven Portable Data Terminal (PDT) System of the Present Invention

FIGS. 31, 32 and 33 show a Wireless Bar Code-Driven Portable Data Terminal (PDT) System 140 according to the present invention which comprises: a Bar Code Driven PDT 150 embodying the Digital Imaging-Based Bar Code Symbol Reading Engine of the present invention 100, described herein; and a cradle-providing Base Station 155.

As shown in FIGS. 31 and 32, the Digital Imaging-Based Bar Code Symbol Reading Engine 100 can be used to read bar code symbols on packages and the symbol character data representative of the read bar code can be automatically transmitted to the cradle-providing Base Station 155 by way of an RF-enabled 2-way data communication link 170. At the same time, robust data entry and display capabilities are provided on the PDT 150 to support various information based transactions that can be carried out using System 140 in diverse retail, industrial, educational and other environments.

As shown in FIG. 32, the Wireless Bar Code Driven Portable Data Terminal System 140 comprises: a hand-supportable housing 151; Digital Imaging-Based Bar Code Symbol Reading Engine 100 as shown in FIG. 30, and described herein above, mounted within the head portion of the hand-supportable housing 151; a user control console 151A; a high-resolution color LCD display panel 152 and drivers mounted below the user control console 151A and integrated with the hand-supportable housing, for displaying, in a real-time manner, captured images, data being entered into the system, and graphical user interfaces (GUIs) generated by the end-user application running on the virtual machine of the wireless PDT; and PDT computing subsystem 180 contained within the PDT housing, for carrying out system control operations according to the requirements of the end-user application to be implemented upon the hardware and software platforms of the wireless PDT 2B of this illustrative embodiment.

88

As shown in block schematic diagram of FIG. 34, a design model for the Wireless Hand-Supportable Bar Code Driven Portable Data Terminal System 140 shown in FIGS. 31 and 32, and its cradle-supporting Base Station 155 interfaced with possible host systems 173 and/or networks 174, comprises a number of subsystems integrated about a system bus, namely: a data transmission circuit 156 for realizing the PDT side of the electromagnetic-based wireless 2-way data communication link 170; program memory (e.g. DRAM) 158; non-volatile memory (e.g. SRAM) 159; Digital Imaging-Based Bar Code Symbol Reading Engine 100 for optically capturing narrow and wide area images and reading bar code symbols recognized therein; a manual data entry device such as a membrane-switching type keypad 160; LCD panel 152; an LCD controller 161; LCD backlight brightness control circuit 162; and a system processor 163 integrated with a systems bus (e.g. data, address and control buses). Also, a battery power supply circuit 164 is provided for supplying regulated power supplies to the various subsystems, at particular voltages determined by the technology used to implement the PDT device.

As shown in FIG. 34, the Base Station 155 also comprises a number of integrated subsystems, namely: a data receiver circuit 165 for realizing the base side of the electromagnetic-based wireless 2-way data communication link 170; a data transmission subsystem 171 including a communication control module; a base station controller 172 (e.g. programmed microcontroller) for controlling the operations of the Base Station 155. As shown, the data transmission subsystem 171 interfaces with the host system 173 or network 174 by way of the USB or RS232 communication interfaces, TCP/IP, AppleTalk or the like, well known in the art. Taken together, data transmission and reception circuits 156 and 165 realize the wireless electromagnetic 2-way digital data communication link 170 employed by the wireless PDT of the present invention.

Notably, Wireless Hand-Supportable Bar Code Driven Portable Data Terminal System 140, as well as the POS Digital Imaging-Based Bar Code Symbol Reader 1" shown in FIGS. 29A through 29C, each have two primary modes of operation: (1) a hands-on mode of operation, in which the PDT 150 or POS Reader 1" is removed from its cradle and used as a bar code driven transaction terminal or simply bar code symbol reader; and (2) a hands-free mode of operation, in which the PDT 150 or POS Reader 1" remains in its cradle-providing Base Station 155, and is used a presentation type bar code symbol reader, as required in most retail point-of-sale (POS) environments. Such hands-on and hands-free modes of system operation are described in greater detail in copending U.S. patent application Ser. No. 10/684,273 filed on Oct. 11, 2003, and incorporated herein by reference in its entirety.

In such hands-on and hands-free kinds of applications, the trigger switch 2C employed in the Digital Imaging Bar Code Symbol Reading Device of the present invention can be readily modified, and augmented with a suitable stand-detection mechanism, which is designed to automatically configure and invoke the PDT 150 and its Engine 100 into its Presentation Mode (i.e. System Mode of Operation No. 12) or other suitable system mode when the PDT is placed in its Base Station 155 as shown in FIG. 33. Then when the PDT 150 is picked up and removed from its cradling supporting Base Station 155 as shown in FIGS. 31 and 32, the trigger switch 2C and stand-detection mechanism, arrangement can be arranged so as to automatically configure and invoke the PDT 150 and its Engine 100 into a suitable hands-on support-

HONEYWELL-00193009

JA2710

US 7,472,831 B2

89

ing mode of system operation (selected from the Table set forth in FIGS. **26**A and **26**B), to enable hands-on mode of operation.

Similarly, the trigger switch **2**C employed in the POS Digital Imaging Bar Code Symbol Reading Device **1**" can be readily modified, and augmented with stand-detection mechanism, which is designed to automatically configure and invoke the POS Reader **1**" into its Presentation Mode (i.e. System Mode of Operation No. 12) or other suitable system mode, when the Reader **1**" is resting on a countertop surface, as shown in FIGS. **29**A and **29**B. Then when the POS Reader **1**" is picked up off the countertop surface, for use in its hands-on mode of operation, the trigger switch **2**C and stand-detection mechanism, arrangement will automatically configure and invoke Reader **1**" into a suitable hands-on supporting mode of system operation, as shown in FIG. **29**C. In such embodiments, the stand-detection mechanism can employ a physical contact switch, or IR object sensing switch, which is actuated then the device is picked up off the countertop surface. Such mechanisms will become apparent in view of the teachings described herein.

Modifications which Readily Come to Mind

In alternative embodiments of the present invention, illumination arrays **27**, **28** and **29** employed within the Multi-Mode Illumination Subsystem **14** may be realized using solid-state light sources other than LEDs, such as, for example, visible laser diode (VLDs) taught in great detail in WIPO Publication No. WO 02/43195 A2, published on May 30, 2002, assigned to Metrologic Instruments, Inc., and incorporated herein by reference in its entirety as if set forth fully herein. However, when using VLD-based illumination techniques in the Imaging-Based Bar Code Symbol Reader of the present invention, great care must be taken to eliminate or otherwise substantially reduce speckle-noise generated at the image detection array **22** when using coherent illumination source during object illumination and imaging operations. WIPO Publication No. WO 02/43195 A2, supra, provides diverse methods of and apparatus for eliminating or substantially reducing speckle-noise during image formation and detection when using VLD-based illumination arrays.

While CMOS image sensing array technology was described as being used in the preferred embodiments of the present invention, it is understood that in alternative embodiments, CCD-type image sensing array technology, as well as other kinds of image detection technology, can be used.

The bar code reader design described in great detail hereinabove can be readily adapted for use as an industrial or commercial fixed-position bar code reader/imager, having the interfaces commonly used in the industrial world, such as Ethernet TCP/IP for instance. By providing the system with an Ethernet TCP/IP port, a number of useful features will be enabled, such as, for example: multi-user access to such bar code reading systems over the Internet; control of multiple bar code reading system on the network from a single user application; efficient use of such bar code reading systems in live video operations; web-servicing of such bar code reading systems, i.e. controlling the system or a network of systems from an Internet Browser; and the like.

While the illustrative embodiments of the present invention have been described in connection with various types of bar code symbol reading applications involving 1-D and 2-D bar code structures, it is understood that the present invention can be use to read (i.e. recognize) any machine-readable indicia, dataform, or graphically-encoded form of intelligence, including, but not limited to bar code symbol structures, alphanumeric character recognition strings, handwrit-

90

ing, and diverse dataforms currently known in the art or to be developed in the future. Hereinafter, the term "code symbol" shall be deemed to include all, such information carrying structures and other forms of graphically-encoded intelligence.

Also, Imaging-Based Bar Code Symbol Readers of the present invention can also be used to capture and process various kinds of graphical images including photos and marks printed on driver licenses, permits, credit cards, debit cards, or the like, in diverse user applications.

It is understood that the image capture and processing technology employed in bar code symbol reading systems of the illustrative embodiments may be modified in a variety of ways which will become readily apparent to those skilled in the art of having the benefit of the novel teachings disclosed herein. All such modifications and variations of the illustrative embodiments thereof shall be deemed to be within the scope and spirit of the present invention as defined by the claims to Invention appended hereto.

What is claimed is:

**1**. An image formation system for detecting image light intensity reflected off an object placed in a field of view of a digital imaging based bar code symbol reading device, said system comprising:

an illumination array subsystem for producing a field of illumination upon said object during an image capture mode of said digital imaging based bar code symbol reading device

an image detection subsystem having an area type sensing array for detecting image light which is reflected off said object within the field of view of said digital imaging based bar code symbol reading device;

a photodiode for detecting image light intensity which is reflected off said object within said field of view digital imaging based bar code symbol reading device for subsequent processing by an automatic light exposure measurement and illumination control subsystem;

a beam splitter having a surface of a known reflection/transmission ratio and positioned within said field of view of said digital imaging based bar code symbol reading device whereby when said image light is reflected off said object in said field of view and upon said beam splitter a portion of said reflected image light is directed towards said area type sensing array during illumination operations in an image capture mode and a portion of said reflected image light is transmitted through said beam splitter and focused upon said photodiode, whereby said automatic light exposure measurement and illumination control subsystem controls at least one of the intensity or duration of illumination produced by said illumination array subsystem; and

a system control subsystem for activating and controlling said subsystem components described above.

**2**. The system of claim **1**, wherein illumination is collected from a center of said field of view of said digital imaging based bar code symbol reading device, detected by said photodiode and processed by said automatic light exposure measurement and illumination control system so as to generate a control signal for driving, at the proper intensity or for the proper duration, said illumination array, so that said area type image sensing array produces digital images of illuminated objects of sufficient brightness.

**3**. The system of claim **1**, wherein said illumination array subsystem includes light emitting diode based illumination.

**4**. The system of claim **3**, wherein once said area type image sensing array is activated by said system control subsystem, said system control subsystem automatically acti-

HONEYWELL-00193010

JA2711

US 7,472,831 B2

**91**

vates said automatic light exposure measurement and illumination control subsystem which, in response thereto, automatically drives said light emitting diode based illumination in a precise manner so as to illuminate the field of view of said digital imaging based bar code symbol reading device with said light emitting diode based illumination.

**5**. The system of claim **1**, wherein said beam splitter is positioned such that the optical axes of said image detection

**92**

subsystem and said photodiode are exactly coincident thereby reducing one dimension of said digital imaging based bar code symbol reading device.

**6**. The system of claim **1**, wherein said beam splitter is a cube type beam splitter.

**7**. The system of claim **1**, wherein said beam splitter is a mirrored beam splitter.

\*   \*   \*   \*   \*

HONEYWELL-00193011

**BRITISH STANDARD**

**BS ISO/IEC
16022:2006**
*Incorporating
Corrigenda
October 2008
and February 2011*

# Information technology — Automatic identification and data capture techniques — Data Matrix bar code symbology specification

ICS 01.080.50; 35.040

EXHIBIT
1001



NO COPYING WITHOUT BSI PERMISSION EXCEPT AS PERMITTED BY COPYRIGHT LAW

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.



JA2713

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 182 of 498

# National foreword

This British Standard is the UK implementation of ISO/IEC 16022:2006, incorporating corrigenda October 2008 and February 2011. It supersedes BS ISO/IEC 16022:2000 which is withdrawn.

The start and finish of text introduced or altered by corrigendum is indicated in the text by tags. Text altered by ISO/IEC corrigendum October 2008 is indicated in the text by [AC₁) (AC₁]. Text altered by ISO/IEC corrigendum February 2011 is indicated in the text by [AC₂) (AC₂].

The UK participation in its preparation was entrusted by Technical Committee IST/34, Automatic identification and data capture techniques.

A list of organizations represented on this committee can be obtained on request to its secretary.

This publication does not purport to include all the necessary provisions of a contract. Users are responsible for its correct application.

**Compliance with a British Standard cannot confer immunity from legal obligations.**

This British Standard was published under the authority of the Standards Policy and Strategy Committee on 31 October 2006

© BSI 2011

ISBN 978 0 580 73412 0

**Amendments/corrigenda issued since publication**

| Date | Comments |
|---|---|
| 30 June 2009 | Implementation of ISO/IEC corrigendum October 2008 |
| 30 June 2011 | Implementation of ISO/IEC corrigendum February 2011 |
| | |
| | |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2714

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

# INTERNATIONAL STANDARD

# ISO/IEC 16022

Second edition
2006-09-15

## Information technology — Automatic identification and data capture techniques — Data Matrix bar code symbology specification

*Technologies de l'information — Techniques d'identification automatique et de capture des données — Spécification de symbologie de code à barres Data Matrix*



Reference number
ISO/IEC 16022:2006(E)

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2715

ii

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

# Contents

Page

Foreword .................................................................................................................................................. vii

Introduction ........................................................................................................................................... viii

1      Scope ........................................................................................................................................ 1

2      Normative references ............................................................................................................. 1

3      Terms, definitions, symbols and abbreviated terms, and mathematical/logical notations ........ 2
3.1    Terms and definitions ............................................................................................................ 2
3.2    Symbols and abbreviations ................................................................................................... 2
3.3    Mathematical/logical notations ............................................................................................. 3

4      Symbol description .................................................................................................................. 3
4.1    Basic characteristics .............................................................................................................. 3
4.2    Summary of additional features ............................................................................................ 4
4.3    Symbol structure .................................................................................................................... 4
4.3.1  Finder pattern .......................................................................................................................... 5
4.3.2  Symbol sizes and capacities .................................................................................................. 5

5      ECC 200 requirements ............................................................................................................ 5
5.1    Encode procedure overview ................................................................................................... 5
5.2    Data encodation ....................................................................................................................... 6
5.2.1  Overview .................................................................................................................................... 6
5.2.2  Default character interpretation ............................................................................................. 6
5.2.3  ASCII encodation ..................................................................................................................... 7
5.2.4  Symbology control characters ............................................................................................... 7
5.2.5  C40 encodation ........................................................................................................................ 9
5.2.6  Text encodation ..................................................................................................................... 11
5.2.7  ANSI X12 encodation ............................................................................................................ 11
5.2.8  EDIFACT encodation .............................................................................................................. 12
5.2.9  Base 256 encodation ............................................................................................................. 12
5.3    User considerations .............................................................................................................. 13
5.3.1  User selection of Extended Channel Interpretation .......................................................... 13
5.3.2  User selection of symbol size and shape ........................................................................... 13
5.4    Extended Channel Interpretation ........................................................................................ 13
5.4.1  Encoding ECIs ....................................................................................................................... 14
5.4.2  ECIs and Structured Append ................................................................................................ 15
5.4.3  Post-decode protocol ........................................................................................................... 15
5.5    ECC 200 symbol attributes .................................................................................................. 15
5.5.1  Symbol sizes and capacity .................................................................................................. 15
5.5.2  Insertion of Alignment Patterns into larger symbols ....................................................... 17
5.6    Structured Append ................................................................................................................ 17
5.6.1  Basic principles ..................................................................................................................... 17
5.6.2  Symbol sequence indicator .................................................................................................. 17
5.6.3  File identification ................................................................................................................... 18
5.6.4  FNC1 and Structured Append .............................................................................................. 18
5.6.5  Buffered and unbuffered operation ..................................................................................... 18
5.7    Error detection and correction ............................................................................................ 18
5.7.1  Reed-Solomon error correction ........................................................................................... 18
5.7.2  Generating the error correction codewords ....................................................................... 18
5.7.3  Error correction capacity ..................................................................................................... 19
5.8    Symbol construction ............................................................................................................. 20
5.8.1  Symbol character placement ................................................................................................ 20
5.8.2  Alignment Pattern module placement ................................................................................. 20

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2717

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**5.8.3      Finder Pattern module placement** .................................................................................................. **20**

**6          ECC 000 - 140 requirements** ..................................................................................................... **21**
**6.1        Use recommendations** .............................................................................................................. **21**
**6.2        Encode procedure overview** ..................................................................................................... **21**
**6.3        Data encodation** ........................................................................................................................ **21**
**6.3.1      Base 11 - Numeric encodation** ................................................................................................. **23**
**6.3.2      Base 27 - Upper-case Alphabetic encodation** ........................................................................ **23**
**6.3.3      Base 37 - Upper-case Alphanumeric encodation** .................................................................. **23**
**6.3.4      Base 41 - Upper-case Alphanumeric plus Punctuation encodation** ................................... **24**
**6.3.5      ASCII encodation** ...................................................................................................................... **24**
**6.3.6      8-bit byte encodation** ............................................................................................................... **24**
**6.4        User selection of error correction level** ................................................................................. **24**
**6.4.1      Selection of error correction level** .......................................................................................... **24**
**6.4.2      Other error correction levels based on convolutional code algorithms** ............................ **25**
**6.5        Constructing the Unprotected Bit Stream** ............................................................................. **25**
**6.5.1      Format ID Bit Field** .................................................................................................................... **25**
**6.5.2      CRC Bit Field** .............................................................................................................................. **25**
**6.5.3      Data Length Bit Field** ................................................................................................................ **25**
**6.5.4      Data prefix construction** ........................................................................................................... **25**
**6.5.5      Completing the Unprotected Bit Stream** ................................................................................ **26**
**6.6        Constructing the Unrandomised Bit Stream** .......................................................................... **26**
**6.6.1      Header construction** .................................................................................................................. **26**
**6.6.2      Applying convolutional coding to create the Protected Bit Stream** ................................... **26**
**6.6.3      Trailer construction** .................................................................................................................. **27**
**6.6.4      Completing the Unrandomised Bit Stream** ............................................................................ **27**
**6.7        Pattern randomising** ................................................................................................................. **27**
**6.8        Module placement in matrix** .................................................................................................... **27**

**7          Symbol dimensions** ................................................................................................................... **27**
**7.1        Dimensions** ................................................................................................................................ **27**
**7.2        Quiet zone** .................................................................................................................................. **27**

**8          Symbol quality** ........................................................................................................................... **27**
**8.1        Symbol quality parameters** ...................................................................................................... **28**
**8.1.1      Fixed pattern damage** ............................................................................................................... **28**
**8.1.2      Scan grade and overall symbol grade** ..................................................................................... **28**
**8.1.3      Grid non-uniformity** ................................................................................................................... **28**
**8.2        Process control measurements** ............................................................................................... **28**

**9          Reference decode algorithm for Data Matrix** ....................................................................... **28**

**10         User guidelines** ......................................................................................................................... **38**
**10.1       Human readable interpretation** ................................................................................................ **38**
**10.2       Autodiscrimination capability** .................................................................................................. **38**
**10.3       System considerations** ............................................................................................................. **38**

**11         Transmitted data** ...................................................................................................................... **38**
**11.1       Protocol for FNC1 (ECC 200 only)** ........................................................................................... **38**
**11.2       Protocol for FNC1 in the second position (ECC 200 only)** .................................................... **38**
**11.3       Protocol for Macro characters in the first position (ECC 200 only)** ..................................... **38**
**11.4       Protocol for ECIs (ECC 200 only)** ............................................................................................ **39**
**11.5       Symbology identifier** ................................................................................................................. **39**
**11.6       Transmitted data example** ........................................................................................................ **39**

**Annex A (normative) ECC 200 interleaving process** ............................................................................ **40**
**A.1        Schematic illustration** ............................................................................................................... **40**
**A.2        Starting sequence for interleaving in different sized symbols** ........................................... **40**

**Annex B (normative) ECC 200 pattern randomising** ............................................................................ **43**
**B.1        253-state algorithm** .................................................................................................................... **43**
**B.1.1      253-state randomising algorithm** ............................................................................................. **43**
**B.1.2      253-state un-randomising algorithm** ....................................................................................... **43**
**B.2        255-state algorithm** .................................................................................................................... **44**

iv

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2718

**B.2.1    255-state randomising algorithm** ................................................................................. **44**
**B.2.2    255-state un-randomising algorithm** ............................................................................ **44**

**Annex C** (normative) **ECC 200 encoding character sets** ................................................... **45**
**C.1       C40 encoding character set** ...................................................................................... **45**
**C.2       Text encoding character set** ..................................................................................... **46**
**C.3       EDIFACT encoding character set** ............................................................................ **47**

**Annex D** (normative) **ECC 200 alignment patterns** .......................................................... **48**

**Annex E** (normative) **ECC 200 Reed-Solomon error detection and correction** ............. **50**
**E.1       Error correction codeword generator polynomials** ............................................... **50**
**E.2       Error correction calculation** ..................................................................................... **52**
**E.3       Calculation of error correction codewords** ........................................................... **53**

**Annex F** (normative) **ECC 200 symbol character placement** ........................................... **55**
**F.1       Symbol character placement** .................................................................................... **55**
**F.2       Symbol character placement rules** .......................................................................... **57**
**F.2.1    Non-standard symbol character shapes** ................................................................. **57**
**F.2.2    Symbol character arrangement** ................................................................................ **60**
**F.3       Symbol character placement examples for ECC 200** ............................................ **63**

**Annex G** (normative) **ECC 000 - 140 symbol attributes** .................................................. **68**
**G.1       ECC 000** ...................................................................................................................... **68**
**G.2       ECC 050** ...................................................................................................................... **69**
**G.3       ECC 080** ...................................................................................................................... **70**
**G.4       ECC 100** ...................................................................................................................... **71**
**G.5       ECC 140** ...................................................................................................................... **72**

**Annex H** (normative) **ECC 000 - 140 data module placement grids** ............................... **73**

**Annex I** (normative) **ECC 000 - 140 character encoding schemes** ................................ **90**
**I.1       Base 11 encodation scheme** ...................................................................................... **94**
**I.1.1    First stage procedure** ................................................................................................ **94**
**I.1.2    Second stage procedure** ........................................................................................... **94**
**I.1.3    Example** ....................................................................................................................... **94**
**I.2       Base 27 encodation scheme** ...................................................................................... **95**
**I.2.1    First stage procedure** ................................................................................................ **95**
**I.2.2    Second stage procedure** ........................................................................................... **95**
**I.2.3    Example** ....................................................................................................................... **95**
**I.3       Base 37 encodation scheme** ...................................................................................... **96**
**I.3.1    First stage procedure** ................................................................................................ **96**
**I.3.2    Second stage procedure** ........................................................................................... **96**
**I.3.3    Example** ....................................................................................................................... **96**
**I.4       Base 41 encodation scheme** ...................................................................................... **97**
**I.4.1    First stage procedure** ................................................................................................ **97**
**I.4.2    Second stage procedure** ........................................................................................... **97**
**I.4.3    Example** ....................................................................................................................... **97**

**Annex J** (normative) **ECC 000 - 140 CRC algorithm** ....................................................... **98**
**J.1       CRC state machine** ..................................................................................................... **98**
**J.2       CRC polynomial** ......................................................................................................... **98**
**J.3       CRC 2-byte header** ..................................................................................................... **98**

**Annex K** (normative) **ECC 000 - 140 error checking and correcting algorithms** ......... **100**
**K.1       ECC 000** .................................................................................................................... **100**
**K.2       ECC 050** .................................................................................................................... **100**
**K.3       ECC 080** .................................................................................................................... **100**
**K.4       ECC 100** .................................................................................................................... **100**
**K.5       ECC 140** .................................................................................................................... **100**
**K.6       Processing the convolutional code** ...................................................................... **100**
**K.7       Convolutional codes reference decode algorithm** ............................................. **101**

**Annex L** (normative) **ECC 000 - 140 Master Random Bit Stream (in hexadecimal)** ................................. **104**

v

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2719

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Annex M** (normative) **Data Matrix print quality – symbology-specific aspects** ........................................ 105
**M.1**    **Data Matrix Fixed Pattern Damage** ........................................................................... 105
**M.1.1**    **Features to be assessed** ........................................................................................... 105
**M.1.2**    **Grading of the outside L of the fixed pattern** ......................................................... 105
**M.1.3**    **Grading of the clock track and adjacent solid area segments** ............................... 107
**M.1.4**    **Calculation and grading of average grade** .............................................................. 111
**M.2**    **Scan grade** ................................................................................................................ 112

**Annex N** (normative) **Symbology identifier** ........................................................................................... 113

**Annex O** (informative) **ECC 200 encode example** ................................................................................. 114

**Annex P** (informative) **Encoding data using the minimum symbol data characters for ECC 200** .......... 116

**Annex Q** (informative) **ECC 000 - 140 encode example using ECC 050** ................................................ 120
**Q.1**    **Encode example** ....................................................................................................... 120
**Q.2**    **CRC calculation for example** ................................................................................... 125

**Annex R** (informative) **Useful process control techniques** ................................................................... 128
**R.1**    **Symbol contrast** ...................................................................................................... 128
**R.2**    **Special reference symbol** ........................................................................................ 128
**R.3**    **Assessing Axial Nonuniformity** .............................................................................. 129
**R.4**    **Visual inspection for symbol distortion and defects** ............................................. 129

**Annex S** (informative) **Autodiscrimination capability** ........................................................................... 130

**Annex T** (informative) **System considerations** ..................................................................................... 131

**Bibliography** .......................................................................................................................................... 132

vi

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2720

## Foreword

ISO (the International Organization for Standardization) and IEC (the International Electrotechnical Commission) form the specialized system for worldwide standardization. National bodies that are members of ISO or IEC participate in the development of International Standards through technical committees established by the respective organization to deal with particular fields of technical activity. ISO and IEC technical committees collaborate in fields of mutual interest. Other international organizations, governmental and non-governmental, in liaison with ISO and IEC, also take part in the work. In the field of information technology, ISO and IEC have established a joint technical committee, ISO/IEC JTC 1.

International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, Part 2.

The main task of the joint technical committee is to prepare International Standards. Draft International Standards adopted by the joint technical committee are circulated to national bodies for voting. Publication as an International Standard requires approval by at least 75 % of the national bodies casting a vote.

Attention is drawn to the possibility that some of the elements of this document may be the subject of patent rights. ISO and IEC shall not be held responsible for identifying any or all such patent rights.

ISO/IEC 16022 was prepared by Joint Technical Committee ISO/IEC JTC 1, *Information technology*, Subcommittee SC 31, *Automatic identification and data capture techniques*.

This second edition cancels and replaces the first edition (ISO/IEC 16022:2000), which has been technically revised. It also incorporates the Technical Corrigendum ISO/IEC 16022:2000/Cor.1:2004.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2721

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## Introduction

Data Matrix is a two-dimensional matrix symbology which is made up of nominally square modules arranged within a perimeter finder pattern. Though primarily shown and described in this International Standard as a dark symbol on light background, Data Matrix symbols can also be printed to appear as light on dark.

Manufacturers of bar code equipment and users of the technology require publicly available standard symbology specifications to which they can refer when developing equipment and application standards. The publication of standardised symbology specifications is designed to achieve this.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2722

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

# Information technology — Automatic identification and data capture techniques — Data Matrix bar code symbology specification

## 1 Scope

This International Standard defines the requirements for the symbology known as Data Matrix. It specifies the Data Matrix symbology characteristics, data character encodation, symbol formats, dimensions and print quality requirements, error correction rules, decoding algorithm, and user-selectable application parameters.

It applies to all Data Matrix symbols produced by any printing or marking technology.

## 2 Normative references

The following referenced documents are indispensable for the application of this document. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies.

ISO/IEC 15424, *Information technology — Automatic identification and data capture techniques — Data Carrier Identifiers (including Symbology Identifiers)*

ISO/IEC 19762-1, *Information technology — Automatic identification and data capture (AIDC) techniques — Harmonized vocabulary — Part 1: General terms relating to AIDC*

ISO/IEC 19762-2, *Information technology — Automatic identification and data capture (AIDC) techniques — Harmonized vocabulary — Part 2: Optically readable media (ORM)*

ISO/IEC 15415, *Information technology — Automatic identification and data capture techniques — Bar code print quality test specification — Two-dimensional symbols*

ISO/IEC 15416, *Information technology — Automatic identification and data capture techniques — Bar code print quality test specification — Linear symbols*

ISO/IEC 646:1991, *Information technology — ISO 7-bit coded character set for information interchange*

ISO/IEC 8859-1, *Information technology — 8-bit single-byte coded graphic character sets — Part 1: Latin alphabet No. 1*

ISO/IEC 8859-5:1999, *Information technology — 8-bit single-byte coded graphic character sets — Part 5: Latin/Cyrillic alphabet*

AIM Inc. ITS/04-001 International Technical Standard: *Extended Channel Interpretations — Part 1: Identification Schemes and Protocol*

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

**1**

JA2723

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

# 3 Terms, definitions, symbols and mathematical/logical notations

## 3.1 Terms and definitions

For the purposes of this document, the terms and definitions given in ISO/IEC 19762-1, ISO/IEC 19762-2 and the following apply.

**3.1.1**
**codeword**
symbol character value, an intermediate level of coding between source data and the graphical encodation in the symbol

**3.1.2**
**module**
single cell in a matrix symbology used to encode one bit of data, nominally a square shape in Data Matrix

**3.1.3**
**convolutional coding**
error checking and correcting (ECC) algorithm that processes a set of input bits into a set of output bits that can recover from damage by breaking the input bits into blocks, then convolving each input block with the contents of a multi-stage shift register to produce protected output blocks

NOTE    These encoders can be constructed in hardware using input and output switches, shift registers, and exclusive-or (XOR) gates.

**3.1.4**
**pattern randomising**
procedure to convert an original bit pattern to another bit pattern, intended to reduce the probability of repeating patterns occurring in the symbol, by inverting selected bits

## 3.2 Symbols

For the purposes of this document, the following mathematical symbols apply unless defined locally.

$d$    number of error correction codewords

$e$    number of erasures

$k$    (for ECC 000 - 140) the number of bits in a complete segment input to the state machine to generate the convolutional code (for ECC 200) total number of error correction codewords

$m$    the memory order of the convolutional code

$n$    (for ECC 000 - 140) the number of bits in a complete segment generated by the state machine producing the convolutional code (for ECC 200) total number of data codewords

$N$    the numerical base in an encodation scheme

$p$    number of codewords reserved for error detection

$S$    symbol character

$t$    number of errors

$u$    the input bit segment to the state machine, taken k bits at a time

$v$    the output bit segment from the state machine, generated n bits at a time

**2**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2724

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

*X*      horizontal and vertical width of a module

ε      error correction codeword

## 3.3   Mathematical/logical notations

For the purposes of this document, the following notations and mathematical operations apply.

div      integer division operator

mod      integer remainder after division

XOR      exclusive-or logic function whose output is one only when its two inputs are not equivalent.

LSB      least significant bit

MSB      most significant bit

## 4   Symbol description

## 4.1   Basic characteristics

Data Matrix is a two-dimensional matrix symbology.

There are two types:

ECC 200 which uses Reed-Solomon error correction. ECC 200 is recommended for new applications.

ECC 000 - 140 with several available levels of convolutional error correction, referred to as ECC 000, ECC 050, ECC 080, ECC 100 and ECC 140 respectively. ECC 000 - 140 should only be used in closed applications where a single party controls both the production and reading of the symbols and is responsible for overall system performance.

The characteristics of Data Matrix are:

a)   Encodable character set:

   1)   values 0 – 127 in accordance with the US national version of ISO/IEC 646

NOTE 1      This version consists of the G0 set of ISO/IEC 646 and the C0 set of ISO/IEC 6429 with values 28 – 31 modified to FS, GS, RS and US respectively.

   2)   values 128 - 255 in accordance with ISO 8859-1. These are referred to as extended ASCII.

b)   Representation of data: A dark module is a binary one and a light module is a zero.

NOTE 2      This International Standard specifies Data Matrix symbols in terms of dark modules marked on a light background. However, subclause 4.2 provides that symbols may also be produced with light and dark modules reversed in colour (see 4.2), and in such symbols references in this International Standard to dark modules should be taken as references to light modules, and vice versa.

c)   Symbol size in modules (not including quiet zone):

         ECC 200            10 x 10 to 144 x 144 even values only

         ECC 000 – 140      9 x 9 to 49 x 49, odd values only

**3**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2725

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

d)  Data characters per symbol (for maximum symbol size in ECC200):

   1)  Alphanumeric data: up to 2 335 characters

   2)  8-bit byte data: 1 555 characters

   3)  Numeric data: 3 116 digits.

e)  Selectable error correction:

   ECC 200:         Reed-Solomon error correction.

   ECC 000 - 140:   Four levels of convolutional error correction, plus the option to apply only error detection

f)  Code type: Matrix

g)  Orientation independence: Yes

## 4.2  Summary of additional features

The following summarises additional features which are inherent or optional in Data Matrix:

a)  Reflectance reversal: (Inherent): Symbols are intended to be read when marked so that the image is either dark on light or light on dark (see Figure 1). The specifications in this International Standard are based on dark images on a light background, therefore references to dark or light modules should be taken as references to light or dark modules respectively in the case of symbols produced with reflectance reversal.

b)  Extended Channel Interpretations: (ECC 200 only, optional): This mechanism enables characters from other character sets (e.g. Arabic, Cyrillic, Greek, Hebrew) and other data interpretations or industry-specific requirements to be represented.

c)  Rectangular symbols: (ECC 200 only, optional): Six symbol formats are specified in a rectangular form.

d)  Structured append: (ECC 200 only, optional): This allows files of data to be represented in up to 16 Data Matrix symbols. The original data can be correctly reconstructed regardless of the order in which the symbols are scanned.

## 4.3  Symbol structure

Each Data Matrix symbol consists of data regions which contain nominally square modules set out in a regular array. In larger ECC 200 symbols, data regions are separated by alignment patterns. The data region, or set of data regions and alignment patterns,  is surrounded by a finder pattern, and this shall in turn be surrounded on all four sides by a quiet zone border. Figure 1 illustrates an ECC 140 and two representations of an ECC 200 symbol.

**4**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2726

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)





(a) ECC200, dark on light          (b) ECC200, light on dark          (c) ECC140, dark on light

**Figure 1 — ECC 200 (a & b) and ECC 140 (c) encoding "A1B2C3D4E5F6G7H8I9J0K1L2"**

**4.3.1    Finder pattern**

The finder pattern is a perimeter to the data region and is one module wide. Two adjacent sides, the left and lower sides, forming the L boundary, are solid dark lines; these are used primarily to determine physical size, orientation and symbol distortion. The two opposite sides are made up of alternating dark and light modules. These are used primarily to define the cell structure of the symbol, but also can assist in determining physical size and distortion. The extent of the quiet zone is indicated by the corner marks in Figure 1.

**4.3.2    Symbol sizes and capacities**

ECC 200 symbols have an even number of rows and an even number of columns. Some symbols are square with sizes from 10 x 10 to 144 x 144 not including quiet zones. Some symbols are rectangular with sizes from 8 x 18 to 16 x 48 not including quiet zones. All ECC 200 symbols can be recognised by the upper right corner module being light. The complete attributes of ECC 200 symbols are given in Table 7 in Section 5.5.

ECC 000 - 140 symbols have an odd number of rows and an odd number of columns. Symbols are square with sizes from 9 x 9 to 49 x 49 (modules) not including quiet zones. These symbols can be recognised by the upper right corner module being dark. The complete attributes of ECC 000 - 140 symbols are given in Annex G.

# 5    ECC 200 requirements

## 5.1    Encode procedure overview

This section provides an overview of the encoding procedure. Following sections will provide more details. An encoding example for ECC 200 is given in Annex O. The following steps convert user data to an ECC 200 symbol:

Step 1: Data encodation

Analyse the data stream to identify the variety of different characters to be encoded. ECC 200 includes various encodation schemes which allow a defined set of characters to be converted into codewords more efficiently than the default scheme. Insert additional codewords to switch between the encodation schemes and to perform other functions. Add pad characters as needed to fill the required number of codewords. If the user does not specify the matrix size, then choose the smallest size that accommodates the data. A complete list of matrix sizes is shown in Section 5.5, Table 7.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2727

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table 1 — Encodation schemes for ECC 200**

| Encodation scheme | Characters | Bits per data character |
|---|---|---|
| ASCII | double digit numerics | 4 |
| | ASCII values 0 - 127 | 8 |
| | Extended ASCII values 128 - 255 | 16 |
| C40 | Upper-case alphanumeric | 5,33 |
| | Lower case and special characters | 10,66[a] |
| Text | Lower-case alphanumeric | 5,33 |
| | Upper case and special characters | 10,66[b] |
| X12 | ANSI X12 EDI data set | 5,33 |
| EDIFACT | ASCII values 32 - 94 | 6 |
| Base 256 | All byte values 0 - 255 | 8 |
| [a]   encoded as two C40 values as result of use of a shift character | | |
| [b]   encoded as two Text values as result of use of a shift character | | |

Step 2: Error checking and correcting codeword generation

For symbols with more than 255 codewords, sub-divide the codeword stream into interleaved blocks to enable the error correction algorithms to be processed as shown in Annex A. Generate the error correction codewords for each block. The result of this process expands the codeword stream by the number of error correction codewords. Place the error correction codewords after the data codewords.

Step 3: Module placement in matrix

Place the codeword modules in the matrix. Insert the alignment pattern modules, if any, in the matrix. Add the finder pattern modules around the matrix.

## 5.2   Data encoding

### 5.2.1   Overview

The data may be encoded using any combination of six encodation schemes (see Table 1). ASCII encoding is the basic scheme. All other encodation schemes are invoked from ASCII encoding and return to this scheme. The compaction efficiencies given in Table 1 need to be interpreted carefully. The best scheme for a given set of data may not be the one with the fewest bits per data character. If the highest degree of compaction is required, account has to be taken of switching between encodation schemes and between code sets within an encodation scheme (see Annex P). It should also be noted that even if the number of codewords is minimised, the codeword stream might need to be expanded to fill a symbol. This fill process is done using pad characters.

### 5.2.2   Default character interpretation

The default character interpretation for character values 0 to 127 shall conform to ISO/IEC 646. The default character interpretation for character values 128 to 255 shall conform to ISO 8859-1: Latin Alphabet No. 1. The graphical representation of data characters shown throughout this document complies with the default interpretation. This interpretation can be changed using Extended Channel Interpretation (ECI) escape sequences, see 5.4. The default interpretation corresponds to ECI 000003.

**6**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2728

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**5.2.3  ASCII encoding**

ASCII encoding is the default set for the first symbol character in all symbol sizes. It encodes ASCII data, double density numeric data and symbology control characters. Symbology control characters include function characters, the pad character and the switches to other code sets. ASCII data is encoded as codewords 1 to 128 (ASCII value plus 1). Extended ASCII (data values 128 to 255) is encoded using the upper shift symbology control character (see 5.2.4.2). The digit pairs 00 to 99 are encoded with codewords 130 to 229 (numeric value plus 130). The ASCII code assignments are shown in Table 2.

**Table 2 — ASCII encoding values**

| Codeword | Data or function |
|----------|------------------|
| 1 - 128 | ASCII data (ASCII value + 1) |
| 129 | Pad |
| 130 - 229 | 2-digit data 00 - 99 (Numeric Value + 130) |
| 230 | Latch to C40 encoding |
| 231 | Latch to Base 256 encoding |
| 232 | FNC1 |
| 233 | Structured Append |
| 234 | Reader Programming |
| 235 | Upper Shift (shift to Extended ASCII) |
| 236 | 05 Macro |
| 237 | 06 Macro |
| 238 | Latch to ANSI X12 encoding |
| 239 | Latch to Text encoding |
| 240 | Latch to EDIFACT encoding |
| 241 | ECI Character |
| 242 - 255 | Not to be used in ASCII encoding |

**5.2.4  Symbology control characters**

ECC 200 symbols have several special symbology control characters, which have particular significance to the encodation scheme. These characters shall be used to instruct the decoder to perform certain functions or to send specific data to the host computer as described in 5.2.4.1 to 5.2.4.9. These symbology control characters, with the exception of values from 242 through 255, are found in the ASCII encodation set (see Table 2).

**5.2.4.1  Latch characters**

A Latch Character shall be used to switch from ASCII encoding to one of the other encodation schemes. All codewords which follow a Latch Character shall be compacted according to the new encodation scheme. The encodation schemes have different methods for returning to the ASCII encodation set.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2729

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

### 5.2.4.2    Upper Shift character

The Upper Shift character is used in combination with an ASCII value (1 - 128) to encode an extended ASCII character (129-255). An extended ASCII character encoded in the ASCII, C40, or Text encoding scheme requires a preceding Upper Shift character and the extended ASCII character value decreased by 128 is then encoded according to the rules of the encoding scheme. In ASCII encoding, the Upper Shift character is represented by codeword 235. The reduced data value (i.e. ASCII value minus 128) is transformed into its codeword value by adding 1. For example, to encode ¥ (Yen currency symbol) (ASCII value 165), an Upper Shift character (Codeword 235) is followed by value 37 (165 - 128), which is encoded as codeword 38. If there are long data strings of characters from the extended ASCII range, a Latch to Base 256 encodation should be more efficient.

### 5.2.4.3    Pad character

If the encoded data, irrespective of the encodation scheme in force, does not fill the data capacity of the symbol, pad characters (value 129 in ASCII encodation) shall be added to fill the remaining data capacity of the symbol. The pad characters shall only be used for this purpose. Before inserting pad characters, it is necessary to return to ASCII encodation if in any other encodation mode. The 253-State pattern randomising algorithm is applied to the pad characters starting at the second pad character and continuing to the end of the symbol (see Annex B.1).

### 5.2.4.4    Extended Channel Interpretation character

An Extended Channel Interpretation (ECI) character is used to change from the default interpretation used to encode data. The Extended Channel Interpretation protocol is common across a number of symbologies and its application to ECC 200 is defined more fully in 5.4. The ECI character shall be followed by one, two, or three codewords which identify the ECI being invoked. The new ECI remains in place until the end of the encoded data, or until another ECI character is used to invoke another interpretation.

### 5.2.4.5    Shift characters in C40 and Text encodation

In C40 and Text Encoding, three special characters, called shift characters, are used as a prefix to one of 40 values to encode about three quarters of the ASCII characters. This allows the remaining ASCII characters to be encoded in a more condensed way with single values.

### 5.2.4.6    FNC1 alternate data type identifier

To encode data to conform to specific industry standards as authorised by AIM Inc., a FNC1 character shall appear in the first or second symbol character position (or in the fifth or sixth data positions of the first symbol of Structured Append). FNC1 encoded in any other position is used as a field separator and shall be transmitted as $^G_S$ control character (ASCII value 29).

### 5.2.4.7    Macro characters

Data Matrix provides a means of abbreviating an industry specific header and trailer in one symbol character. This feature exists to reduce the number of symbol characters needed to encode data in a symbol using certain structured formats. A Macro character must be in the first character position of a symbol. They shall not be used in conjunction with Structured Append and their functions are defined in Table 3. The header shall be transmitted as a prefix to the data stream and the trailer shall be transmitted as a suffix to the data stream. The symbology identifier, if used, shall precede the header.

**8**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2730

**Table 3 — Macro functions**

| Macro codeword | Name | Interpretation | |
|---|---|---|---|
| | | Header | Trailer |
| 236 | 05 Macro | []>$^R$ $_S$05$^G$ $_S$ | $^R$ $_S$ $^E$O$_T$ |
| 237 | 06 Macro | []>$^R$ $_S$06$^G$ $_S$ | $^R$ $_S$ $^E$O$_T$ |

### 5.2.4.8    Structured Append character

A Structured Append character is used to indicate that the symbol is part of a Structured Append sequence according to the rules defined in 5.6.

### 5.2.4.9    Reader Programming character

A Reader Programming character indicates that the symbol encodes a message used to program the reader system. The Reader Programming character shall appear as the first codeword of the symbol and Reader Programming shall not be used with Structured Append.

### 5.2.5   C40 encodation

The C40 encodation scheme is designed to optimise the encoding of upper-case alphabetic and numeric characters but also enables other characters to be encoded by the use of shift characters in conjunction with the data character.

C40 characters are partitioned into 4 subsets. Characters of the first set, called the basic set, are the three special shift characters, the space character, and the ASCII characters A-Z and 0-9. They are assigned to a single C40 values. Characters of the other sets are assigned to one of the three shift characters, pointing to one of the 3 remaining subset, followed by one of the C40 values (see Annex C, Table C.1).

As a first stage, each data character is converted into a single C40 value or a pair of C40 values. The complete string of C40 values is then decomposed into groups of three values (special rules apply if one or two values remain at the end, see 5.2.5.2). Each triplet (C1, C2, C3) is then encoded into a 16-bit value according to the formula: (1600 * C1) + (40 * C2) + C3 + 1. Each 16-bit value is then separated into 2 codewords by taking the most significant 8 bits and the least significant 8 bits.

### 5.2.5.1    Switching to and from C40 encodation

It is possible to switch to C40 encodation from ASCII encodation using the appropriate latch codeword (230). Codeword 254 immediately following a pair of codewords in C40 encodation acts as an Unlatch codeword to switch back to ASCII encodation. Otherwise, the C40 encodation remains in effect to the end of the data encoded in the symbol.

### 5.2.5.2    C40 encodation rules

Each pair of codewords represents a 16-bit value where the first codeword represents the most significant 8 bits. Three C40 values ($C1$, $C2$, $C3$) shall be encoded as:

$$(1600 * C1) + (40 * C2) + C3 + 1$$

which produces a value from 1 to 64000. Figure 2 illustrates three C40 values compacted into two codewords. Characters in the Shift 1, Shift 2 and Shift 3 sets shall be encoded by first encoding the appropriate shift character, and then the C40 value for the data. C40 encodation may be in effect at the end of the symbol's codewords which encode data.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2731

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

The following rules apply when only one or two symbol characters remain in the symbol before the start of the error correction codewords:

a) If two symbol characters remain and three C40 values remain to be encoded (which may include both data and shift characters) encode the three C40 values in the last two symbol characters. A final Unlatch codeword is not required.

b) If two symbol characters remain and two C40 values remain to be encoded (the first C40 value may be a shift or data character but the second must represent a data character); encode the two remaining C40 values followed by a pad C40 value of 0 (Shift 1) in the last two symbol characters. A final Unlatch codeword again is not required.

c) If two symbol characters remain and only one C40 value (data character) remains to be encoded, the first symbol character is encoded as an Unlatch character and the last symbol character is encoded with the data character using the ASCII encodation scheme.

d) If one symbol character remains and one C40 value (data character) remains to be encoded, the last symbol character is encoded with the data character using the ASCII encodation scheme. The Unlatch character is not encoded, but is assumed, before the last symbol character.

In all other cases, either an Unlatch character is used to exit the C40 encodation scheme before the end of the symbol, or a larger symbol size is required to encode the data.

| Data characters | AIM |
|---|---|
| C40 values | 14, 22, 26 |
| Calculate 16-bit value | (1600 * 14) + (40 * 22) + 26 + 1 = 23307 |
| 1st codeword: (16-bit value) div 256 | 23307 div 256 = 91 |
| 2nd codeword: (16-bit value) mod 256 | 23307 mod 256 = 11 |
| Codewords | 91, 11 |

**Figure 2 — Example of C40 encoding**

### 5.2.5.3  Use of Upper Shift with C40

In C40 encodation the Upper Shift character is not a symbology function character but a shift within the encodation set. When a data character from the extended ASCII character range is encountered, three or four values in C40 encodation need to be encoded according to the following rule:

IF [ASCII value - 128] is in the Basic Set then:

[1(Shift 2)] [30(Upper Shift)] [V(ASCII value - 128)]

ELSE

[1(Shift 2)] [30(Upper Shift)] [0, 1, or 2(Shift 1, 2, or 3)] [V(ASCII value - 128)]

In the rule the number in [ ] equates to the C40 values from Annex C.1; V has been used to indicate the appropriate C40 value.

**10**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2732

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**5.2.6    Text encodation**

Text encodation is designed to encode normal printed text, which is predominantly lowercase characters. It is similar in structure to the C40 encodation set, except that lowercase alphabetic characters are directly encoded (i.e. without using a shift). Upper-case alphabetic characters are preceded by a Shift 3. The full Text encodation character set assignments are shown in Annex C, Table C.2.

**5.2.6.1    Switching to and from Text encodation**

It is possible to switch to Text encodation from ASCII encodation using the appropriate latch codeword (239). Codeword 254 immediately following a pair of codewords in text encodation acts as an Unlatch codeword to switch back to ASCII encodation. Otherwise, the Text encodation remains in effect to the end of the data encoded in the symbol.

**5.2.6.2    Text encodation rules**

The rules for C40 encodation apply.

**5.2.7    ANSI X12 encodation**

ANSI X12 encodation is used to encode the standard ANSI X12 electronic data interchange characters, which are compacted three data characters to two codewords in a manner similar to C40 encodation. It encodes upper-case alphabetic characters, numerics, space and the three standard ANSI X12 terminator and separator characters. The ANSI X12 code assignments are shown in Table 4. There are no shift characters in the ANSI X12 encodation set.

**Table 4 — ANSI X12 encodation set**

| X12 value | Encoded characters | ASCII values |
|-----------|-------------------|--------------|
| 0 | X12 segment terminator <CR> | 13 |
| 1 | X12 segment separator * | 42 |
| 2 | X12 sub-element separator > | 62 |
| 3 | space | 32 |
| 4 - 13 | 0 - 9 | 48 - 57 |
| 14 - 39 | A - Z | 65 - 90 |

**5.2.7.1    Switching to and from ANSI X12 encodation**

It is possible to switch to ANSI X12 encodation from ASCII encodation using the appropriate latch codeword (238). Codeword 254 immediately following a pair of codewords in ANSI X12 encodation acts as an Unlatch codeword to switch back to ASCII encodation. Otherwise, the ANSI X12 encodation remains in effect to the end of the data encoded in the symbol.

**5.2.7.2    ANSI X12 encodation rules**

The rules of C40 encodation apply. The exception is at the end of encoding ANSI X12 data. If the data characters do not fully utilise pairs of codewords, then following the last complete pair of codewords switch to ASCII using codeword 254 and continue using ASCII encodation, except when a single symbol character is left at the end before the first error correction character. This single symbol character uses the ASCII encodation scheme without requiring an Unlatch codeword.

**11**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**5.2.8   EDIFACT encodation**

The EDIFACT encodation scheme includes 63 ASCII values (values from 32 to 94) plus an Unlatch character (binary 011111) to return to ASCII encodation. EDIFACT encodation encodes four data characters in three codewords. It includes all the numeric, alphabetic and punctuation characters defined in the EDIFACT Level A character set without any of the shifts required in C40 encodation.

**5.2.8.1   Switching to and from EDIFACT encodation**

It is possible to switch to EDIFACT encodation from ASCII encodation using the appropriate latch codeword (240). The Unlatch character in EDIFACT encodation shall be used as a terminator at the end of EDIFACT encodation, which reverts to ASCII encodation.

**5.2.8.2   EDIFACT encodation Rules**

The EDIFACT encodation character set is defined in Annex C, Table C.3. There is a simple relationship between the 6-bit EDIFACT value and the ASCII 8-bit byte. The leading two bits of the 8-bit byte are ignored to create the EDIFACT 6-bit value, as illustrated in Figure 3. Strings of four EDIFACT characters are encoded in three codewords. For a simple encodation process, the leading two bits of the 8-bit byte are removed. The remaining 6-bit byte is the EDIFACT value and shall be directly encoded into the codeword as illustrated in Figure 4. When EDIFACT encodation is terminated with the Unlatch character, any remaining bits left in the single symbol character shall be filled with zeros. ASCII mode starts with the next symbol character. If EDIFACT encodation is in effect at the end of the symbol before the first error correction character, and only one or two codewords remain after the last EDIFACT codeword triplet, these remaining codewords shall be encoded in ASCII encodation without requiring an Unlatch character.

| Data character | ASCII | | EDIFACT value |
|---|---|---|---|
| | **Decimal value** | **8-bit binary value** | |
| A | 65 | 01000001 | 000001 |
| 9 | 57 | 00111001 | 111001 |
| NOTE     During the decode process, if the leading (6th) bit is 1, the bits 00 are prefixed to create the 8-bit byte. If the leading (6th) bit is 0, the bits 01 are prefixed to create the 8-bit byte. The exception to this is the EDIFACT value 011111 which is the symbology control Unlatch character to return to ASCII encodation. | | | |

**Figure 3 — The relationship between the EDIFACT value and the 8-bit byte value**

| Data characters | D | | | A | | | T | | | A | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Binary values (Table C.3) | 00 | 01 | 00 | 00 | 00 | 01 | 01 | 01 | 00 | 00 | 00 | 01 |
| Divide into 3 8-bit bytes | 00 | 01 | 00 | 00 | 00 | 01 | 01 | 01 | 00 | 00 | 00 | 01 |
| Codeword values | 16 | | | 21 | | | 1 | | | | | |

**Figure 4 — Example of EDIFACT encodation**

**5.2.9   Base 256 encodation**

The Base 256 encodation scheme shall be used to encode any 8-bit byte data, including extended channel interpretations and binary data. The default interpretation is defined in 5.2.2. The 255-State pattern randomising algorithm is applied to each Base 256 sequence within the encoded data (see B.2). It starts after the latch to Base 256 encodation and ends at the last character specified by the Base 256 field length.

12

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2734

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**5.2.9.1    Switching to and from Base 256 encodation**

It is possible to switch to Base 256 encodation from ASCII encodation using the appropriate latch codeword (231). At the end of Base 256 encodation, encodation automatically reverts to ASCII encodation. The appropriate ECI, if other than the default, shall be invoked prior to switching. The ECI sequence need not occur immediately before switching to Base 256 encodation.

**5.2.9.2    Base 256 encodation rules**

After switching to Base 256 encodation, the first one ($d1$) or two ($d1$, $d2$) codewords define the data field length in bytes. Table 5 specifies how the field length is defined. Thereafter, all encodation shall be of the byte values.

**Table 5 — Base 256 field length**

| Field Length | Values of $d1$, $d2$ | Permitted Values of d |
|---|---|---|
| Remainder of Symbol | $d1 = 0$ | $d1 = 0$ |
| 1 to 249 | $d1$ = length | $d1$ = 1 to 249 |
| 250 to 1555 | $d1$ = (length DIV 250) + 249 | $d1$ = 250 to 255 |
|  | $d2$ = length MOD 250 | $d2$ = 0 to 249 |

## 5.3    User considerations

ECC 200 offers flexibility in the way data is encoded. Alternate character sets may be invoked using the ECI protocol. Data may be encoded in square or rectangular symbols. Where the message length exceeds the capacity of a single symbol, it is also possible to encode it in a Structured Append sequence of up to 16 separate but logically linked ECC 200 symbols (see 5.6).

**5.3.1    User selection of Extended Channel Interpretation**

The use of an alternative Extended Channel Interpretation to identify a particular code page or more specific data interpretation requires additional codewords to invoke the feature. The use of the Extended Channel Interpretation protocol (see 5.4) provides the capability to encode data from alphabets other than the Latin alphabet (ISO 8859-1 Latin Alphabet No. 1) supported by the default interpretation (ECI 000003).

**5.3.2    User selection of symbol size and shape**

ECC 200 has twenty-four square and six rectangular symbol configurations. The size and shape may be selected to suit the requirement of the application. These configurations are technically specified in 5.5.

## 5.4    Extended Channel Interpretation

The Extended Channel Interpretation (ECI) protocol allows the output data stream to have interpretations different from that of the default character set. The ECI protocol is defined consistently across a number of symbologies. Four broad types of interpretations are supported in Data Matrix:

a)    international character sets (or code pages)

b)    general purpose interpretations such as encryption and compaction

c)    user defined interpretations for closed systems

d)    control information for structured append in unbuffered mode.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

**13**

JA2735

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

The Extended Channel Interpretation protocol is fully specified in AIM Inc. International Technical Specification – Extended Channel Interpretations Part 1. The protocol provides a consistent method to specify particular interpretations on byte values before printing and after decoding. The Extended Channel Interpretation is identified by a 6-digit number which is encoded in the Data Matrix symbol by the ECI character followed by one to three codewords. Specific interpretations are listed in AIM Inc. Extended Channel Interpretations Character Set Register. The Extended Channel Interpretation can only be used with readers enabled to transmit the symbology identifiers. Readers that are not enabled to transmit the symbology identifier shall not transmit the data from any symbol containing an ECI. An exception can be made if the ECI(s) can be handled entirely within the reader.

The Extended Channel Interpretation protocol shall only be applied to ECC 200 symbols. A specified Extended Channel Interpretation may be invoked anywhere in the encoded message.

### 5.4.1   Encoding ECIs

The various encoding schemes of Data Matrix for ECC 200 (defined in Table 1) may be applied under any of the Extended Channel Interpretations. The ECI can only be invoked from ASCII encoding; once this has occurred, switching may take place between any of the encodation schemes. The encodation mode used is determined strictly by the 8-bit data values being encoded and does not depend on the Extended Channel Interpretation in force. For example, a sequence of values in the range 48 to 57 (decimal) would be most efficiently encoded in numeric mode even if they were not to be interpreted as numbers. The ECI assignment is invoked using codeword 241 (ECI character) in ASCII encodation. One, two, or three additional codewords are used to encode the ECI Assignment number. The encodation rules are defined in Table 6.

The following examples illustrate the encodation:

ECI = 015000

Codewords:

[241] [(15000 - 127) div 254 + 128] [(15000 - 127) mod 254 + 1]

    = [241] [58 + 128] [141 + 1]

    = [241] [186] [142]

ECI = 090000

Codewords:

[241] [(90000 - 16383) div 64516 + 192] [((90000 - 16383) div 254) mod 254 + 1] [(90000 - 16383) mod 254 + 1]

    = [241] [1 + 192] [289 mod 254 + 1] [211 + 1]

    = [241] [193] [36] [212]

**14**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2736

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table 6 — Encoding ECI assignment numbers in ECC 200**

| ECI assignment value | Codeword sequence | Codeword values | Ranges |
|---|---|---|---|
| 000000 to 000126 | $C_0$ | 241 | |
| | $C_1$ | $ECI\_no$ + 1 | $C_1$ = (1 to 127) |
| 000127 to 016382 | $C_0$ | 241 | |
| | $C_1$ | ($ECI\_no$ - 127) div 254 + 128 | $C_1$ = (128 to 191) |
| | $C_2$ | ($ECI\_no$ - 127) mod 254 + 1 | $C_2$ = (1 to 254) |
| 0016383 to 999999 | $C_0$ | 241 | |
| | $C_1$ | ($ECI\_no$ - 16383) div 64516 +192 | $C_1$ = (192 to 207) |
| | $C_2$ | [($ECI\_no$ - 16383) div 254] mod 254 + 1 | $C_2$ = (1 to 254) |
| | $C_3$ | ($ECI\_no$ - 16383) mod 254 + 1 | $C_3$ = (1 to 254) |

**5.4.2   ECIs and Structured Append**

ECIs may occur anywhere in the message encoded in a single or Structured Append (see 5.6) set of Data Matrix symbols. Any ECI invoked shall apply until the end of the encoded data, or until another ECI is encountered. Thus the interpretation of the ECI may straddle two or more symbols.

**5.4.3   Post-decode protocol**

The protocol for transmitting ECI data shall be as defined in 11.4. When using ECIs, symbology identifiers (see 11.5) shall be fully implemented and the appropriate symbology identifier transmitted as a preamble.

**5.5   ECC 200 symbol attributes**

**5.5.1   Symbol sizes and capacity**

There are 24 square symbols and 6 rectangular symbols available in ECC 200. These are as specified in Table 7.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2737

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table 7 — ECC 200 symbol attributes**

| Symbol size[a] | | Data region | | Mapping matrix size | Total codewords | | Reed-Solomon block | | Inter-leaved blocks | Maximum data capacity | | | % of codewords used for error correction | Max. correctable codewords |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Row | Col | Size | No. | | Data | Error | Data | Error | | Num. | Alphanum.[d] | Byte | | Error/ erasure[b] |
| 10 | 10 | 8 x 8 | 1 | 8 x 8 | 3 | 5 | 3 | 5 | 1 | 6 | 3 | 1 | 62,5 | 2/0 |
| 12 | 12 | 10 x 10 | 1 | 10 x 10 | 5 | 7 | 5 | 7 | 1 | 10 | 6 | 3 | 58,3 | 3/0 |
| 14 | 14 | 12 x 12 | 1 | 12 x 12 | 8 | 10 | 8 | 10 | 1 | 16 | 10 | 6 | 55,6 | 5/7 |
| 16 | 16 | 14 x 14 | 1 | 14 x 14 | 12 | 12 | 12 | 12 | 1 | 24 | 16 | 10 | 50 | 6/9 |
| 18 | 18 | 16 x 16 | 1 | 16 x 16 | 18 | 14 | 18 | 14 | 1 | 36 | 25 | 16 | 43,8 | 7/11 |
| 20 | 20 | 18 x 18 | 1 | 18 x 18 | 22 | 18 | 22 | 18 | 1 | 44 | 31 | 20 | 45 | 9/15 |
| 22 | 22 | 20 x 20 | 1 | 20 x 20 | 30 | 20 | 30 | 20 | 1 | 60 | 43 | 28 | 40 | 10/17 |
| 24 | 24 | 22 x 22 | 1 | 22 x 22 | 36 | 24 | 36 | 24 | 1 | 72 | 52 | 34 | 40 | 12/21 |
| 26 | 26 | 24 x 24 | 1 | 24 x 24 | 44 | 28 | 44 | 28 | 1 | 88 | 64 | 42 | 38,9 | 14/25 |
| 32 | 32 | 14 x 14 | 4 | 28 x 28 | 62 | 36 | 62 | 36 | 1 | 124 | 91 | 60 | 36,7 | 18/33 |
| 36 | 36 | 16 x 16 | 4 | 32 x 32 | 86 | 42 | 86 | 42 | 1 | 172 | 127 | 84 | 32,8 | 21/39 |
| 40 | 40 | 18 x 18 | 4 | 36 x 36 | 114 | 48 | 114 | 48 | 1 | 228 | 169 | 112 | 29,6 | 24/45 |
| 44 | 44 | 20 x 20 | 4 | 40 x 40 | 144 | 56 | 144 | 56 | 1 | 288 | 214 | 142 | 28 | 28/53 |
| 48 | 48 | 22 x 22 | 4 | 44 x 44 | 174 | 68 | 174 | 68 | 1 | 348 | 259 | 172 | 28,1 | 34/65 |
| 52 | 52 | 24 x 24 | 4 | 48 x 48 | 204 | 84 | 102 | 42 | 2 | 408 | 304 | 202 | 29,2 | 42/78 |
| 64 | 64 | 14 x 14 | 16 | 56 x 56 | 280 | 112 | 140 | 56 | 2 | 560 | 418 | 277 | 28,6 | 56/106 |
| 72 | 72 | 16 x 16 | 16 | 64 x 64 | 368 | 144 | 92 | 36 | 4 | 736 | 550 | 365 | 28,1 | 72/132 |
| 80 | 80 | 18 x 18 | 16 | 72 x 72 | 456 | 192 | 114 | 48 | 4 | 912 | 682 | 453 | 29,6 | 96/180 |
| 88 | 88 | 20 x 20 | 16 | 80 x 80 | 576 | 224 | 144 | 56 | 4 | 1 152 | 862 | 573 | 28 | 112/212 |
| 96 | 96 | 22 x 22 | 16 | 88 x 88 | 696 | 272 | 174 | 68 | 4 | 1 392 | 1 042 | 693 | 28,1 | 136/260 |
| 104 | 104 | 24 x 24 | 16 | 96 x 96 | 816 | 336 | 136 | 56 | 6 | 1 632 | 1 222 | 813 | 29,2 | 168/318 |
| 120 | 120 | 18 x 18 | 36 | 108 x 108 | 1 050 | 408 | 175 | 68 | 6 | 2 100 | 1 573 | 1 047 | 28 | 204/390 |
| 132 | 132 | 20 x 20 | 36 | 120 x 120 | 1 304 | 496 | 163 | 62 | 8 | 2 608 | 1 954 | 1 301 | 27,6 | 248/472 |
| 144 | 144 | 22 x 22 | 36 | 132 x 132 | 1 558 | 620 | 156 / 155 | 62 / 62 | 8[c] / 2[c] | 3 116 | 2 335 | 1 555 | 28,5 | 310/590 |
| Rectangular Symbols | | | | | | | | | | | | | | |
| 8 | 18 | 6 x 16 | 1 | 6 x 16 | 5 | 7 | 5 | 7 | 1 | 10 | 6 | 3 | 58,3 | 3/0 |
| 8 | 32 | 6 x 14 | 2 | 6 x 28 | 10 | 11 | 10 | 11 | 1 | 20 | 13 | 8 | 52,4 | 5/0 |
| 12 | 26 | 10 x 24 | 1 | 10 x 24 | 16 | 14 | 16 | 14 | 1 | 32 | 22 | 14 | 46,7 | 7/11 |
| 12 | 36 | 10 x 16 | 2 | 10 x 32 | 22 | 18 | 22 | 18 | 1 | 44 | 31 | 20 | 45,0 | 9/15 |
| 16 | 36 | 14 x 16 | 2 | 14 x 32 | 32 | 24 | 32 | 24 | 1 | 64 | 46 | 30 | 42,9 | 12/21 |
| 16 | 48 | 14 x 22 | 2 | 14 x 44 | 49 | 28 | 49 | 28 | 1 | 98 | 72 | 47 | 36,4 | 14/25 |

[a] symbol size does not include quiet zones

[b] See 5.7.3

[c] In the largest symbol (144 x 144), the first eight Reed-Solomon blocks are 218 codewords long encoding 156 data codewords, and the last two blocks encode 217 codewords (155 data codewords). All the blocks have 62 error correction codewords.

[d] Based on text or C40 encoding without switching or shifting; for other encoding schemes, this value may vary depending on the mix and grouping of character sets

**16**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2738

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**5.5.2   Insertion of Alignment Patterns into larger symbols**

As shown in Table 7, square symbols 32 x 32 and larger and four rectangular symbols (8 x 32, 12 x 36, 16 x 36, and 16 x 48) have two or more data regions. These data regions are bounded by alignment patterns (see Annex D). The square symbols are divided into 4, 16, or 36 data regions (as illustrated in Annex D, Figures D.1, D.2, and D.3). The rectangular symbols are divided into two data regions (as illustrated in Annex D, Figure D.4). The alternating dark modules of the alignment pattern shall be to the top and right of a data region and identify the even columns and rows.

## 5.6   Structured Append

### 5.6.1   Basic principles

Up to 16 ECC 200 symbols may be appended in a structured format. If a symbol is part of a Structured Append, this is indicated by codeword 233 in the first symbol character position. This is immediately followed by three structured append codewords. The first codeword is the symbol sequence indicator. The second and third codewords are the file identification.

### 5.6.2   Symbol sequence indicator

This codeword indicates the position of the symbol within the set (up to 16) of ECC 200 symbols in the Structured Append format in the form $m$ of $n$ symbols. The first 4 bits of this codeword identify the position of the particular symbol as the binary value of ($m$ - 1). The last 4 bits identify the total number of the symbols to be concatenated in the Structured Append format as the binary value of (17 - $n$). The 4-bit patterns shall conform with those defined in Table 8.

**Table 8 — Structured Append symbol position bits**

| Symbol position | Bits 1234 | Total number of symbols | Bits 5678 |
|---|---|---|---|
| 1 | 0000 | | |
| 2 | 0001 | 2 | 1111 |
| 3 | 0010 | 3 | 1110 |
| 4 | 0011 | 4 | 1101 |
| 5 | 0100 | 5 | 1100 |
| 6 | 0101 | 6 | 1011 |
| 7 | 0110 | 7 | 1010 |
| 8 | 0111 | 8 | 1001 |
| 9 | 1000 | 9 | 1000 |
| 10 | 1001 | 10 | 0111 |
| 11 | 1010 | 11 | 0110 |
| 12 | 1011 | 12 | 0101 |
| 13 | 1100 | 13 | 0100 |
| 14 | 1101 | 14 | 0011 |
| 15 | 1110 | 15 | 0010 |
| 16 | 1111 | 16 | 0001 |

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2739

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

EXAMPLE        To indicate the 3rd symbol of a set of 7, this shall be encoded thus:

3rd position: 0010

Total 7 symbols: 1010

Bit pattern: 00101010

Codeword value: 42

### 5.6.3    File identification

The file identification is defined by the value of its two codewords. Each file identification codeword may have a value 1 to 254, allowing 64516 different file identifications. The purpose of the file identification is to increase the probability that only logically linked symbols are processed as part of the same message.

### 5.6.4    FNC1 and Structured Append

If Structured Append is used in conjunction with FNC1 (see 5.2.4.6), the first four codewords shall be used for Structured Append and the fifth and sixth codewords are available for FNC1 usage. FNC1 shall not be repeated in these positions in the second and subsequent symbols, except when used as a field separator.

### 5.6.5    Buffered and unbuffered operation

The message within a Structured Append sequence can be buffered in the reader in its entirety and transmitted after all of the symbols have been read. Alternatively, the reader may transmit the decoded data in each symbol as it is read. In this unbuffered operation, the ECI protocol for structured append (specified in AIM ITS 04/001, Part 1) defines a control block that shall be prefixed to the beginning of the data transmitted for each symbol.

## 5.7    Error detection and correction

### 5.7.1    Reed-Solomon error correction

ECC 200 symbols employ Reed-Solomon error correction. For ECC 200 symbols with less than 255 total codewords, the error correction codewords are calculated from data codewords with no interleaving. For ECC 200 symbols with more than 255 total codewords, the error correction codewords are calculated from data codewords with the interleaving procedure described in Annex A. Each ECC 200 symbol has a specific number of data and error correction codewords which are divided into a specific number of blocks, as defined in Table 7, and to which the interleaving procedure defined in Annex A is applied.

The polynomial arithmetic for ECC 200 shall be calculated using bit-wise modulo 2 arithmetic and byte-wise modulo 100101101 (decimal 301) arithmetic. This is a Galois field of $2^8$ with 100101101 representing the field's prime modulus polynomial: $x^8 + x^5 + x^3 + x^2 + 1$. Sixteen different generator polynomials are used for generating the appropriate error correction codewords. These are given in E.1.

### 5.7.2    Generating the error correction codewords

The error correction codewords are the remainder after dividing the data codewords by a polynomial $g(x)$ used for Reed-Solomon codes (see E.1).

NOTE        If this calculation is performed by "long division" the symbol data polynomial must first be multiplied by $x^k$.

The data codewords are the coefficients of the terms of a polynomial with the coefficient of the highest term being the first data codeword and the lowest power term being the last data codeword before the first error correction codeword. The highest order coefficient of the remainder is the first error correction codeword and the zero power coefficient is the last error correction codeword and the last codeword. This can be implemented by using the division circuit as shown in Figure 5. The registers $b_0$ through $b_{k-1}$ are initialised as zeros. There are two phases to generate the encoding. In the first phase, with the switch in the down position

**18**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

the data codewords are passed both to the output and the circuit. The first phase is complete after $n$ clock pulses. In the second phase ($n + 1 \ldots n + k$ clock pulses), with the switch in the up position, the error correction codewords $\varepsilon_{k-1}, \ldots, \varepsilon_0$ are generated by flushing the registers in order while keeping the data input at 0. The codewords output from the shift register are in the order that they are to be placed in the symbol. If interleaving is used, the codewords will not be placed in consecutive symbol characters. (See Annex A).

Note: n and k are defined in 3.2 as the number of data codewords and the number of error correction codewords respectively.



**Figure 5 — Error correction codeword encoding circuit**

### 5.7.3   Error correction capacity

The error correction codewords can correct two types of erroneous codewords: erasures (erroneous codewords at known locations) and errors (erroneous codewords at unknown locations). An erasure is an unscanned or undecodable symbol character. An error is a misdecoded symbol character. The number of erasures and errors that can be corrected is given by the following formula:

$e + 2t \leq d - p$

where:

$e$ = number of erasures

$t$ = number of errors

$d$ = number of error correction codewords

$p$ = number of codewords reserved for error detection.

In the general case, $p = 0$. However, if most of the error correction capacity is used to correct erasures, then the possibility of an undetected error is increased. Whenever the number of erasures is more than half the number of error correction codewords, $p = 3$. For small symbols (10 x 10, 12 x 12, 8 x 18, and 8 x 32), erasure correction should not be used ($e = 0$ and $p = 1$).

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2741

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**5.8   Symbol construction**

Given the codeword sequence obtained in the previous sections, an ECC 200 symbol is constructed using the following steps:

a)   Place codeword modules in a mapping matrix

b)   Insert alignment pattern modules, if any

c)   Place finder modules along the perimeter

**5.8.1   Symbol character placement**

Each symbol character shall be represented by eight modules which are nominally square in shape; each module represents a binary bit. A dark module is a one and a light module is a zero. The eight modules are in order from left to right and top to bottom to form a symbol character as shown in Figure 6. Because the symbol character shape defined in Figure 6 cannot be perfectly nested at the symbol boundary, some symbol characters are split into portions. Symbol character placement is defined in the C language program in F.1, described in F.2 and illustrated in F.3.



LSB = Least significant bit
MSB = Most significant bit

**Figure 6 — Representation of a codeword in a symbol character for ECC 200**

**5.8.2   Alignment Pattern module placement**

This step is only needed for larger matrices: square: 32 x 32 and larger rectangular: 8 x 32, 12 x 36 and larger The mapping matrix is sub-divided into data regions, of the sizes defined in Table 7, for the chosen symbol format. The data regions are separated from each other by two-module-wide alignment patterns. This will result in some of the symbol characters being split between two adjacent data regions. For square matrices, the alignment patterns are placed between the data regions horizontally and vertically in pairs with a total alignment pattern count of 2, 6, or 10 as shown in Figures D.1 - D.3. For rectangular matrices, only a single vertical alignment pattern is placed between the data regions as shown in Figure D.4.

**5.8.3   Finder Pattern module placement**

Modules are placed along the perimeter of the matrix to construct the finder pattern as described in Section 4.3.1.

**20**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2742

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## 6   ECC 000 - 140 requirements

### 6.1   Use recommendations

For new applications or open systems ECC 200 is recommended (See Clause 5). There is no known application where ECC 200 will be more likely to succumb to symbol damage than ECC 000 to 140 for a given symbol size.

### 6.2   Encode procedure overview

This section provides an overview of the encoding procedure. Following sections will provide more details. An example encode for ECC 050 is given in Annex Q. The following steps convert user data to an ECC 000 - 140 symbol:

Step 1: Data encodation

   The user data is analysed to identify the variety of different characters to be encoded. For maximum compaction efficiency, the lowest level encodation scheme capable of encoding the data should be selected. If the user does not specify the matrix size, then choose the smallest size that accommodates the data. The result of this step is called the Encoded Data Bit Stream.

Step 2: Data prefix construction

   A Data Prefix Bit Stream is constructed from the Format ID, CRC, and Data Length bit fields. This Data Prefix Bit Stream is prefixed to the Encoded Data Bit Stream to produce the Unprotected Bit Stream.

Step 3: Error checking and correction

   The Unprotected Bit Stream is processed by the user specified convolutional coding encode algorithm to produce the Protected Bit Stream. This step is omitted for ECC 000.

Step 4: Header and trailer construction

   A header containing only the ECC bit field is prefixed to the Protected Bit Stream. A trailer containing pad bits (zeros) is appended to the Protected Bit Stream. The Protected Bit Stream with the header and trailer added is called the Unrandomised Bit Stream.

Step 5: Pattern randomising

   The Unrandomised Bit Stream is processed by the pattern randomising algorithm and produces the Randomised Bit Stream.

Step 6: Module placement in matrix

   Modules are placed in a matrix to construct the finder pattern. The Randomised Bit Stream is placed into the matrix one module at a time according to the data module placement algorithm given in Annex H. Figure 7 shows the various bit streams during the encode process.

### 6.3   Data encodation

The data shall be encoded using one of six encodation schemes (see Table 9). The encodation scheme is fixed for the entire symbol, and thus the selection of the most appropriate encodation scheme can have a considerable effect on the number of bits required to encode any given data. The same data may be represented in ECC 000 - 140 symbols in different ways through the use of the different encodation schemes. The character sets of all the encodation schemes, except the 8-bit byte scheme, are given in Annex I. The 8-bit byte scheme is user definable. The most efficient scheme to use is the lowest base number scheme

**21**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2743

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

which is capable of encoding all the characters in the message. Thus if all the characters can be encoded in Base 27, it is not efficient to use Base 37, Base 41 or ASCII.

Table 9 — Encodation schemes

| Encodation scheme | Characters | Bits per data character |
|---|---|---|
| Base 11 | Numeric data | 3,5 |
| Base 27 | Upper-case alphabetic | 4,8 |
| Base 37 | Upper-case alphanumeric | 5,25 |
| Base 41 | Upper-case alphanumeric and punctuation | 5,5 |
| ASCII | Full 128 ASCII set | 7 |
| 8-bit Byte | User defined | 8 |



Figure 7 — ECC 000-140 encode process bit streams

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2744

To determine the appropriate encodation scheme, the data to be encoded should be analysed. The character sets of each of the Base *N* encodation schemes should be compared with the data character set to be encoded starting with the Base 11 character set. If this is suitable then it should be used, if not, the comparisons should continue with Base 27, Base 37 and Base 41, until the appropriate lowest level encodation scheme is found. If data characters beyond the capability of Base 41 need to be encoded, the ASCII set should be used, unless characters are beyond this; in which case the 8-bit byte set should be used.

For all encodation schemes, each compressed sequence of 4 to 24 bits is placed into the Encoded Bit Stream in reverse order (LSB first). This means that each individual compressed sequence is composed, then reversed, and output immediately to the Encoded Bit Stream. This does not mean that a complete compressed bit stream is formed, then reversed.

The details of each encodation scheme are given in the following clauses.

### 6.3.1   Base 11 - Numeric encodation

The Base 11 (Numeric) encodation scheme encodes 6 data characters as 21 bits, achieving an encodation density of 3,5 bits per data character. The Base 11 code set enables the following 11 characters to be encoded:

0 to 9

space

The data is encoded in two stages. In the first stage, the actual data characters shall be replaced by their Base 11 code values, as given in Annex I. In the second phase, the Base 11 code values shall be compacted using a Base 11 to Base 2 conversion according to the procedures defined in I.1.

### 6.3.2   Base 27 - Upper-case Alphabetic encodation

The Base 27 (Upper-case Alphabetic) encodation scheme encodes 5 data characters as 24 bits, achieving an encodation density of 4,8 bits per data character. The Base 27 code set enables the following 27 characters to be encoded:

A to Z

space

The data is encoded in two stages. In the first stage, the actual data characters shall be replaced by their Base 27 code values, as given in Annex I. In the second stage, the Base 27 code values shall be compacted using a Base 27 to Base 2 conversion according to the procedures defined in I.2.

### 6.3.3   Base 37 - Upper-case Alphanumeric encodation

The Base 37 (Upper-case Alphanumeric) encodation scheme encodes 4 data characters as 21 bits, achieving an encodation density of 5,25 bits per data character. The Base 37 code set enables the following 37 characters to be encoded:

A to Z

0 to 9

space

The data is encoded in two stages. In the first stage, the actual data characters shall be replaced by their Base 37 code values, as given in Annex I. In the second stage, the Base 37 code values shall be compacted using a Base 37 to Base 2 conversion according to the procedures defined in I.3.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2745

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

#### 6.3.4   Base 41 - Upper-case Alphanumeric plus Punctuation encodation

The Base 41 (Upper-case Alphanumeric plus Punctuation) encodation scheme encodes 4 data characters as 22 bits, achieving an encodation density of 5,5 bits per data character. The Base 41 code set enables the following 41 characters to be encoded:

A to Z

0 to 9

space

. (period)

, (comma)

- (minus or hyphen)

/ (forward slash or solidus)

The data is encoded in two stages. In the first stage, the actual data characters shall be replaced by their Base 41 code values, as given in Annex I. In the second stage, the Base 41 code values shall be compacted using a Base 41 to Base 2 conversion according to the procedures defined in I.4.

#### 6.3.5   ASCII encodation

The ASCII encodation scheme enables all 128 characters from ISO/IEC 646 to be encoded. Each data character shall be encoded as a 7-bit byte equivalent to the decimal value shown in the ASCII column of Table I.1 of Annex I.

#### 6.3.6   8-bit byte encodation

The 8-bit byte encodation scheme shall be used for closed applications, where the data interpretation shall be determined by the user. Each data character shall be encoded as an 8-bit byte.

### 6.4   User selection of error correction level

#### 6.4.1   Selection of error correction level

ECC 000 - 140 symbols offer five levels of error correction using convolutional code error correction, as set out in Table 10. In an application, it is important to understand that these error correction levels result in the generation of a proportional increase in the number of bits in the message (and hence increase in the size of the symbol), and offer different levels of error recovery.

**Table 10 — Error correction, error recovery and overhead percentages**

| Error correction code level | Maximum % damage | % increase in user bits from ECC 000 |
|---|---|---|
| 000 | none | none |
| 050 | 2,8 | 33 |
| 080 | 5,5 | 50 |
| 100 | 12,6 | 100 |
| 140 | 25 | 300 |

24

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2746

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**6.4.2   Other error correction levels based on convolutional code algorithms**

Other levels of error correction, based on convolutional code algorithms, have been used in Data Matrix applications implemented prior to the publication of this International Standard. Information on these non-standard Error Correction levels is available from AIM Inc. Such symbols do not conform with this International Standard.

## 6.5   Constructing the Unprotected Bit Stream

Figure 7 illustrates that the Unprotected Bit Stream has the Data Prefix Bit Stream as a prefix to the encoded data bits. The component parts of the Data Prefix Bit Stream are defined below.

### 6.5.1   Format ID Bit Field

The format ID defines the data encodation scheme. The format ID has a decimal value for the purposes of definition and a 5-bit segment value for encoding as defined in Table 11.

**Table 11 — Encoding the Format ID**

| Format ID | Encodation scheme | Binary segment value |
|---|---|---|
| | | MSB  LSB |
| 1 | Base 11 | 00000 |
| 2 | Base 27 | 00001 |
| 3 | Base 41 | 00010 |
| 4 | Base 37 | 00011 |
| 5 | ASCII | 00100 |
| 6 | 8-bit Byte | 00101 |

### 6.5.2   CRC Bit Field

The CRC Bit Field is generated by the CRC algorithm. The CRC Value is generated from the original user data as 8-bit bytes before encodation and so produces an independent error check on the user data. Annex J describes the complete procedure for generating the CRC Value.

### 6.5.3   Data Length Bit Field

The Data Length Bit Field is 9 bits in length and represents, as a binary value, the number of user data characters being encoded.

### 6.5.4   Data prefix construction

The Data Prefix Bit Stream is constructed as 30 bits as illustrated in Figure 8.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2747

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)



| Format ID<br>5 bits | CRC Value<br>16 bits | Data Length<br>9 bits |
|---|---|---|
| MSB    LSB | LSB    MSB | LSB    MSB |

**Figure 8 — Structure of Data Prefix Bit Stream**

NOTE    Some bit fields start with the MSB, others start with the LSB.

**6.5.5    Completing the Unprotected Bit Stream**

The encoded data bits are added as a suffix to the Data Prefix Bit Stream to construct the Unprotected Bit Stream.

**6.6    Constructing the Unrandomised Bit Stream**

Figure 7 illustrates that the Unrandomised Bit Stream has three constituent parts:

a)    Header

b)    Protected Bit Stream

c)    Trailer

The component parts shall be generated as defined below.

**6.6.1    Header construction**

The header of the Unrandomised Bit Stream contains the ECC Bit Field, which identifies the convolutional code structure used to protect the data encoded in the symbol. The ECC Bit Field is 7 or 19 bits long and the values are shown in Table 12.

**Table 12 — ECC Bit Field**

| ECC<br>Level | Binary Segment Identifier<br><br>MSB        LSB |
|---|---|
| 000 | 1111110 |
| 050 | 0001110000000001110 |
| 080 | 1110001110000001110 |
| 100 | 1111111110000001110 |
| 140 | 1111110001110001110 |

**6.6.2    Applying convolutional coding to create the Protected Bit Stream**

One of the five error correction levels shall be applied. The selection criteria are defined in Section 6.4. No error correction is applied for ECC 000, so the Unprotected Bit Stream becomes the Protected Bit Stream. For the other four error correction levels, convolutional coding is applied. This expands the user data proportionally throughout its length. The encoded bit stream shall be created by processing the unprotected bit stream through the appropriate error correction state machine and reading the results. The circuit diagrams of the four state machines for ECC 050 to 140 are given in Annex K.

**26**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

### 6.6.3   Trailer construction

A Trailer containing pad bits (zeros) is appended to the Protected Bit Stream. Pad bits shall be added at the end of the bit stream to ensure that the square root of the total number of bits in the Unrandomised Bit Stream shall be an odd integer between 7 and 47. This ensures that the symbol is square.

### 6.6.4   Completing the Unrandomised Bit Stream

The Protected Bit Stream, with the header and trailer added, is called the Unrandomised Bit Stream and is shown in Figure 7.

## 6.7   Pattern randomising

The Unrandomised Bit Stream is processed by the pattern randomising algorithm and produces the Randomised Bit Stream. The pattern randomising algorithm consists of a bitwise XOR operation between the Unrandomised Bit Stream and the Master Random Bit Stream as given in Annex L starting with the MSB position and continuing for the length of the Unrandomised Bit Stream.

## 6.8   Module placement in matrix

The size of the sides of the data module grid is given by the odd integer square root (between 7 and 47) calculated in the procedure defined in 6.6.3. The Randomised Bit Stream is placed into the matrix one module at a time according to the data module placement grids given in Annex H. The finder pattern (as defined in 4.3.1) shall be placed to produce an external border to the data module grid.

# 7   Symbol dimensions

## 7.1   Dimensions

Data Matrix symbols shall conform to the following dimensions:

*X* dimension: the width of a module shall be specified by the application, taking into account the scanning technology to be used, and the technology to produce the symbol.

finder pattern: the width of the finder pattern shall equal *X*.

alignment pattern: the width of the alignment pattern shall equal 2*X*.

Quiet zone: The minimum quiet zone is equal to *X* on all four sides. For applications with moderate to excessive reflected noise in close proximity to the symbol, a Quiet Zone of 2*X* to 4*X* is recommended

# 8   Symbol quality

Data Matrix symbols shall be assessed for quality using the 2D matrix bar code symbol print quality guidelines defined in ISO/IEC 15415, as augmented and modified below.

Some marking technologies may not be able to produce symbols conforming to this specification without taking special precautions. Annex T gives additional guidance to help any printing system achieve valid Data Matrix symbols.

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2749

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## 8.1 Symbol quality parameters

### 8.1.1 Fixed pattern damage

Annex M defines the measurement and grading basis for Fixed Pattern Damage.

NOTE     As provided for in Annex A of ISO/IEC 15415, the measurements and values defined in Annex M of this International Standard override those indicated in Annex A of ISO/IEC 15415.

### 8.1.2 Scan grade and overall symbol grade

The scan grade shall be the lowest of the grades for symbol contrast, modulation, fixed pattern damage, decode, axial non-uniformity, grid non-uniformity and unused error correction in an individual image of the symbol. The overall symbol grade is the arithmetic mean of the individual scan grades for a number of tested images of the symbol.

### 8.1.3 Grid non-uniformity

The ideal grid is calculated by using the four corner points of the sampling grid for each data region and subdividing it equally in both axes.

### 8.1.4 Decode

The reference decode algorithm specified in this international standard shall be applied to determine the grade for Decode. A failure of the reference decode algorithm to successfully decode the symbol shall result in a grade of 0 for decode.

## 8.2 Process control measurements

A variety of tools and methods can be used to perform useful measurements for monitoring and controlling the process of creating Data Matrix symbols. These are described in Annex R. These techniques do not constitute a print quality check of the produced symbols (the method specified earlier in this clause and Annex M is the required method for assessing symbol print quality) but they individually and collectively yield good indications of whether the symbol print process is creating workable symbols.

## (AC2) 9   Reference decode algorithm for Data Matrix

This reference decode algorithm finds a Data Matrix symbol in an image and decodes it.

a)  Define measurement parameters and form a digitised image:

   1)  Define a distance $d_{min}$ which is 7,5 times the aperture diameter defined by the application. This will be the minimum length of the "L" pattern's side.

   2)  Define a distance $g_{max}$ which is 7,5 times the aperture diameter. This is the largest gap in the "L" finder that will be tolerated by the finder algorithm in step b).

   3)  Define a distance $m_{min}$ which is 1,25 times the aperture diameter. This would be the nominal minimum module size when the aperture size is 80% of the symbol's $X$ dimension.

   4)  Form a black/white image using a threshold determined according to the method defined in ISO/IEC 15415. (AC2)

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2750

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

$\boxed{AC_2}$ b)   Search horizontal and vertical scan lines for the two outside edges of the Data Matrix "L":

1)   Extend a scan line horizontally in both directions from the centre point of the image. Sample along the scan line. For each white/black or black/white transition found along the scan line resolved to the pixel boundary:

   i)   Follow the edge upward sampling pixel by pixel until either it reaches a point $3{,}5m_{min}$ distant from the intersection of the scan line and the edge starting point, or the edge turns back toward the intersection of the scan line and the edge - the starting point.

   ii)   Follow the edge downward pixel by pixel until either it reaches a point $3{,}5m_{min}$ distant from the intersection of the scan line and the edge starting point, or the edge turns back toward the intersection of the scan line and the edge - the starting point.

   iii)   If the upward edge reaches a point $3{,}5m_{min}$ from the starting point:

      I)   Plot a line A connecting the end points of the upward edge.

      II)   Test whether the intermediate edge points lie within $0{,}5m_{min}$ from line A. If so, continue to step III. Otherwise proceed to step 1)iv) to follow the edge in the opposite direction.

      III)   Continue following the edge upward until the edge departs $0{,}5m_{min}$ from line A. Back up to the closest edge point greater than or equal to $m_{min}$ from the last edge point along the edge before the departing point and save this as the edge end point. This edge point should be along the "L" candidate outside edge.

      IV)   Continue following the edge downward until the edge departs $0{,}5m_{min}$ from line A. Back up to the closest edge point greater than or equal to $m_{min}$ from the last edge point along the edge before the departing point and save this as the edge end point. This edge point should be along the "L" candidate outside edge.

      V)   Calculate a new adjusted line A1 that is a "best fit" line to the edge in the two previous steps. The "best fit" line uses the linear regression algorithm (using the end points to select the proper dependent axis, i.e. if closer to horizontal, the dependent axis is x) applied to each point. The "best fit" line terminates lines at points p1 and p2 that are the points on the "best fit" line closest to the endpoints of the edge.

      VI)   Save the line A1 segment two end points, p1 and p2. Also save the colour of the left side of the edge viewed from p1 to p2.

   iv)   If step iii) failed or did not extend upward by $3{,}5m_{min}$ in step iii)IV), test if the downward edge reaches a point $3{,}5m_{min}$ from the starting point. If so, repeat the steps in iii) but with the downward edge.

   v)   If neither steps iii) or iv) were successful, test if both the upward and downward edges terminated at least $2m_{min}$ from the starting point. If so, form an edge comprised of the appended $2m_{min}$ length upward and downward edge segments and repeat the steps in iii) but with the appended edge.

   vi)   Proceed to and process the next transitions on the scan line, repeating from step i), until the boundary of the image is reached.

2)   Extend a scan line vertically in both directions from the centre point of the image. Look for line segments using the same logic in step 1) above but following each edge transition first left and then right. $\boxed{AC_2}$

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2751

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

[AC₂] 3)  Search among the saved line A1 segments for pairs of line segments that meet the following four criteria:

    i)  If the two lines have the same p1 to p2 directions, verify that the closer of the interline p1 to p2 distances is less than $g_{max}$. If the two lines have opposite p1 to p2 directions, verify that the closer of the interline p1 to p1 or p2 to p2 distances is less than $g_{max}$.

    ii)  Verify that the two lines are co-linear within 5 degrees.

    iii)  Verify that the two lines have the same saved colour if their p1 to p2 directions are the same or that the saved colours are opposite if their p1 to p2 directions are opposite to each other.

    iv)  Form two temporary lines by extending each line to reach the point on the extension that is closest to the furthest end point of the other line segment. Verify that the two extended lines are separated by less than $0{,}5 m_{min}$ at any point between the two extended lines.

4)  For each pair of lines meeting the criteria of step 3) above, replace the pair of line segments with a longer A1 line segment that is a "best fit" line to the four end points of the pair of shorter line segments. Also save the colour of the left side of the edge of the new longer line viewed from its p1 endpoint to its p2 endpoint.

5)  Repeat steps 3) and 4) until no more A1 line pairs can be combined.

6)  Select line segments that are at least as long as $d_{min}$. Flag them as "L" side candidates.

7)  Look for pairs of "L" side candidates that meet the following three criteria:

    i)  Verify that the closest points on each line are separated by less than $1{,}5 g_{max}$.

    ii)  Verify that they are perpendicular within 5 degrees.

    iii)  Verify that the same saved colour is on the inside of the "L" formed by the two lines. Note that if one or both lines extend past their intersection, then the two or four "L" patterns formed will need to be tested for matching colour and maintaining a minimum length of $d_{min}$ for the truncated side or sides before they can become "L" candidates.

8)  For each candidate "L" pair found in step 7) form an "L" candidate by extending the segments to their intersection point.

9)  If the "L" candidate was formed from line segments with the colour white on the inside of the "L", form a colour inverted image to decode. Attempt to decode the symbol starting with the appropriate normal or inverted image starting from step d) below using each of the "L" candidates from step 8) as the "L" shaped finder. If none decode, proceed to step c).

c)  Maintain the line A1 line segments and "L" side candidates from the previous steps. Continue searching for "L" candidates using horizontal and vertical scan lines offset from previous scan lines:

1)  Using a new horizontal scan line $3 m_{min}$ above the centre horizontal scan line, repeat the process in step b)1), except starting from the offset from the centre point, and then b)3) through b)9). If there is no decode, proceed to the next step.

2)  Using a new vertical scan line $3 m_{min}$ left of the centre vertical scan line, repeat the process in step b)2), except starting from the offset from the centre point, and then steps b)3) through b)9). If there is no decode, proceed to the next step.

3)  Repeat step 1) above except using a new horizontal scan line $3 m_{min}$ below the centre horizontal scan line. If there is no decode, repeat step 2) above except using a new vertical scan line $3 m_{min}$ right of the centre vertical scan line. If there is no decode, proceed to step 4) below. [AC₂]

**30**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2752

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

AC₂ 4) Continue processing horizontal and vertical scan lines as in steps 1) through 3) that are 3$m_{min}$ above, then left, then below, then right of the previously processed scan lines until either a symbol is decoded or the boundary of the image is reached.

d) First assume that the candidate area contains a square symbol. If the area fails to decode as a square symbol, then try to find and decode a rectangular symbol starting from procedure j). For a square symbol, first plot a normalised graph of transitions for the equal sides of the candidate area in order to find the alternating module finder pattern:

1) Project a line through the candidate area bisecting the interior angle of the two sides of the "L" found above as shown in figure 9. Define the two equal areas formed by the bisecting line as the right side and the left side as viewed from the corner of the "L".

2) For each side, form a line called a "search line" between a point $d_{min}$ distance from the corner along the "L" line, parallel to the other "L" side line, and extending to the bisecting line as shown in Figure 9.

3) Move each search line away from the corner of the "L" as shown in Figure 9, lengthening each line as it expands to span its two bounding lines, the "L" line and the bisecting line. Keep each search line parallel to the other "L" side line. As each side is moved by the size of an image pixel, count the number of black/white and white/black transitions, beginning and ending the count with transitions from the colour of the "L" side to the opposite colour. A transition from one colour to the other is to be counted only when the current search line as well as the search lines immediately above and below have the same colour, opposite to the previously counted transition colour. Plot the number of transitions multiplied by the length of the longest "L" side divided by the current length of the search line measured between the two bounding lines:

$T$ = (number of transitions) ("L" max. line length) / (search line length).

This formula normalises $T$ to keep it from increasing because the line lengthens.

Continue to calculate the $T$ values until the search line is longer than the longest axis of the candidate area plus 50%.



**Figure 9 — Expanding search lines** AC₂

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2753

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

[AC2] 4)  Form a plot of the $T$ values for each side, where the $Y$-axis is the $T$ value and the $X$-axis is the search line's distance from the corner of the "L". A sample plot is shown in Figure 10.



**Figure 10 — Example plot of T as the search line expands**

5)  Starting from the $T$ value with the smallest $X$ in the right side's plot and then increasing $X$, find the first instance of a $T_s$ value ($T_s$ = maximum of zero and $T$ - 1) that is less than 15% of the preceding local maximum $T$ value, provided that $T$ value is greater than 1. Increment this $X$ value until the number of transitions stops decreasing. If the number of transitions does not increase, increment the $X$ value once more. Refer to this $X$ value as the valley. Increment the local maximum's $X$ value until the number of transitions decreases and refer to this $X$ as the peak. Refer to the average of the peak and valley $X$ values as the descending line $X$ value. The search line at the peak may correspond to an alternating finder pattern side. At the valley, the search line may correspond to the solid dark interior line or a light quiet zone.

6)  Find the peak and valley in the left side's plot whose descending line $X$ value most closely matches the right peak and valley's descending line $X$ value. If returning to this step from a later step, consider additional left peaks and valleys, ordered in terms of how closely they match the right peak and valley. However, any left peak and valley under consideration must be checked to ensure that the absolute difference between the right and left peak $X$ values is less than 15% of the average of the two peak $X$ values and that the absolute difference between the right and left valley $X$ values is less than 15% of the average of the two valley $X$ values. The 15% specifies the maximum allowed foreshortening.

7)  The right side's valley search line, the left side's valley search line, and the two sides of the "L" outline a possible symbol's data region. Process the data region according to step e). If the decode fails, find the next left peak and valley from step d)6). Once all left peaks and valleys have been discarded, discard the right side peak and valley and continue searching from step d)5) for the next right peak and valley.

e)  For each of the two sides of the alternating pattern, find the line passing through the centre of the alternating light and dark modules:

1)  For each side, form a rectangular region bounded by the side's peak and valley search lines as the longer two sides of the rectangle, and the "L" side and the other side's valley search line as the shorter two sides, as shown in Figure 11. [AC2]

**32**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2754

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)



**Figure 11 — Rectangular region construction**

2) Within the rectangular region, find pixel edge pairs on the outside boundary of teeth:

    i) Traverse test lines starting with and parallel to the valley line looking for transitions to the opposite colour normally orthogonal to the test line. Select only transitions that are either dark to light or light to dark where the first colour matches the predominate colour of the image along the valley line.

    ii) If the number of transitions found is less than 15% of the number of pixels comprising the valley line, and the test line is not the peak line, move the test line toward the peak line by nominally one pixel and repeat step i), now considering new transitions in addition to those already found. If the 15% criterion is met or the peak line is reached, continue to the next step, otherwise continue searching from step d)6) for the next left peak and valley.

    iii) Calculate a preliminary "best fit line" with linear regression using the points on the edge between the selected pixel pairs.

    iv) Discard the 25% of the points which are furthest from the preliminary "best fit line". Calculate a final "best fit line" with linear regression using the remaining 75% of points. This line should pass along the outside of the alternating pattern, shown as the "best fit line" in Figure 12.

3) For each side, construct a line parallel to the step e)2) line which is offset toward the "L" corner by the perpendicular distance from the "L" corner to the peak search line divided by twice the number of transitions in the peak search line plus one:

    Offset = distance to the peak line / ((number of transitions + 1) * 2)

    Each of the two constructed lines should correspond to the mid-line of the alternating module pattern on that side, see Figure 12. (AC2)

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2755

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)



**Figure 12 — Alternating pattern module centre-line**

f)  For each side, measure the edge-to-edge distances in the alternating pattern:

1)  Bound the alternating pattern mid-line constructed in step e)3) by the adjacent "L" line and the other alternating pattern mid-line from step e)3). Call the length of this line $M_d$ (see Figure 11).

2)  Along the bounded mid-line, measure the edge-to-edge distances between all the similar edges of all two-element pairs, i.e. dark/light and light/dark element pairs. Begin and end the edge-to-edge measurements with edges transitioning from the "L" colour to the opposite colour.

3)  Select the median edge-to-edge measurement and set the current edge-to-edge measurement estimate, *EE_Dist*, to the median measurement.

4)  Discard all element pairs with edge-to-edge measurements that differ more than 25% from *EE_Dist*.

g)  For each side, find the centre points of the alternating pattern modules:

1)  Using the remaining element pair measurements from f)4), calculate the average ink spread (vertical or horizontal depending on the segment side) by the average of the element pair's ink spread, where *bar* is the dark element width and *space* is the light element width in a remaining element pair:

$$ink\_spread = \text{Average} \left( (bar - ((bar + space)\ /\ 2))\ /\ ((bar + space)\ /\ 2) \right)$$

2)  Calculate the centre of the bar in the median element pair using the following offset into the bar from the outside edge of the bar in the median pair:

$$offset = (EE\_Dist * (1 + ink\_spread))\ /\ 4$$

If there is more than one median element pair, choose a single pair using the following process:

i)  Order the edges (excluding the "L" finder edge) by their distance from the "L" finder edge. There are an odd number of these edges because the edges start and end on a dark to light transition going away from the "L" finder.

ii)  Call the middle edge in the list the centre edge.

**34**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

[AC2] iii)  Calculate the (odd number of) element pair edge-to-edge distances and find their median *EE_Dist*.

iv)  Select the one or more element pairs with length *EE_Dist*.

v)  Among those pairs identify the one or two element edge pairs that has an edge closest to the centre edge.

vi)  If there is still a tie, take the element pair that has the outer edge of the bar closest to centre edge.

vii)  If there is still a tie, take the element pair that has an inner edge closest to the "L" finder.

3)  Starting from the centre of the bar in the median element pair from step f)3) proceed in the direction of the space in the element pair until reaching the end of the bounded mid-line, calculate each element's centre, shown by the speckled pattern in Figure 13, by the following steps:



**Figure 13 — Edge-to-edge measurements for finding an element centre**

(While three bars and two spaces are shown in Figure 13, if a space is the element for which the centre is to be calculated, then the diagram would have three spaces instead of the bars and two bars instead of the spaces. For light elements adjacent to the element at the end of the mid-line, either *D1* or *D4* measurements are omitted as they would fall outside the symbol's or segment's measurable element boundaries.)

i)  Calculate a point p1 along the mid-line which is *EE_Dist*/2 from the previously calculated element centre in the direction of the new element.

ii)  Calculate $d_1$ through $d_4$ where:

$d_1 = D1 / 2$

$d_2 = D2$

$d_3 = D3$

$d_4 = D4 / 2$

iii)  If one of the values $d_1$ through $d_4$ is within 25% of *EE_Dist*, select the one which is closest to *EE_Dist*, and set the new *EE_Dist* to be the average of the current *EE_Dist* and the selected $d_1$ through $d_4$ distance.

I)  If $d_1$ or $d_4$ are selected, select the corresponding *D1* or *D4* edge closest to the element, the centre of which is to be calculated. Offset this edge by *(ink_spread/2) \* (EE_Dist/2)* in the appropriate direction (i.e., if *ink_spread* is positive, the offset will move the edge toward the space included in the distance *D1* or *D4* and if negative, the offset will move away from this space). Calculate a point p2 along the mid-line which is 0,75 times the selected $d_1$ or $d_4$ value from the offset edge and toward the element centre to be calculated.

II)  If $d_2$ or $d_3$ are selected, select the corresponding *D2* or *D3* edge closest to the element centre of which is to be calculated. Offset this edge by *(ink_spread/2) \* (EE_Dist/2)* in the appropriate direction (i.e., if *ink_spread* is positive, the offset will move the edge toward the space included in the distance *D2* or *D3* and if negative, the offset will move away from this space). Calculate a point p2 along the mid-line which is 0,25 times the selected $d_2$ or $d_3$ value from the offset edge and toward the element centre to be calculated. [AC2]

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2757

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

[AC2] III)  Set the element's centre as halfway between p1 and p2.

iv)  Otherwise if none of the values $d_1$ through $d_4$ is within 25% of *EE_Dist*, leave *EE_Dist* at its current value, use p1 as the new element's centre, and proceed to the next element.

4)  Starting from the bar in the median element pair, and proceeding in the opposite direction from step 3), until reaching the other end of the bounded mid-line, calculate each element's centre, following the procedures in step 3).

h)  If the number of modules in each side do not correspond to a valid first region, continue searching from step d)6) for the next left peak and valley. Otherwise plot the data module sampling grid in the data region by extending the alternating pattern module centres:

1)  Extend each side's step e)3) mid-line and the opposite side's "L" line to form the vanishing point of the two nearly parallel or parallel extended lines.

2)  Extend rays from each vanishing point passing through the step g) module centres of the nearly perpendicular step e)3) line.

3)  The intersection of the two sets of nearly perpendicular rays should correspond to the centres of the data modules in the data region, as shown in Figure 14.



**Figure 14 — Module sampling grid construction**

i)  Continue to fill in the remaining data regions:

1)  When a data region is processed, form a new "L" for the next data section to the "left" or "above" using one of two processes:

i)  If the new data region is still bounded on one side by the original "L" from procedure b), repeat from procedure c) to process the new data region using the selected set of points from step e)2) and the set of points on the "L" from step b)2) which lie beyond the step e)2) line.

ii)  If the new data region is bounded on two sides by data regions, repeat from procedure c) to process the new data region using the selected set of points from step e)2) for each data region which are adjacent and bound the new region on two sides

2)  If a data region does not match the number of modules in previously processed regions, trim the symbol to the largest number of regions which correspond to a legal symbol.

3)  Decode the symbol with its one or more data regions starting with procedure k). [AC2]

**36**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2758

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

[AC2] 4)   If the current data region exhausts its last peak and valley, revert to the previous data region and continue searching from step d)6) for the next left peak and valley in that data region.

j)   Find the data sections of a rectangular symbol.

1)   For each side of the "L" move a line perpendicular to the side and scanning along the length of the other side of the "L". Keep each search line parallel to the other "L" side line. As each side is moved by the size of an image pixel, count the number of black/white and white/black transitions, beginning and ending the count with transitions from the colour of the "L" side to the opposite colour. A transition from one colour to the other is to be counted only when the current search line as well as the search lines immediately above and below have the same colour, opposite to the previously counted transition colour. As each side is moved by a pixel, plot the number of transitions, $T$. Continue until the parallel line moves further than the perpendicular leg of the "L" plus 10%.

2)   Starting from the origin of the plot, for each direction, find the first instance of a $T_s$ value ($T_s$ = maximum of zero and $T - 1$) value that is less than 15% of the preceding local maximum $T$ value, provided that $T$ value is greater than 1. Increment this $X$ value until the $T$ value stops decreasing. If the $T$ value does not increase, increment the $X$ value once more. Refer to this $X$ value as the valley. Increment the local maximum's $X$ value until the $T$ value decreases and refer to this $X$ as the peak. Refer to the average of the peak and valley $X$ values as the descending line $X$ value. The valley line at this point may form a side of a symbol or data region.

3)   Find the alternating pattern lines for each side of the region similar to procedure e).

4)   Plot the module sample grid in the data region or symbol as in procedures f), g), and h).

5)   If the data region defined is not a valid rectangular symbol, try to form a new data region using further valid peak to valley plot transitions.

6)   Process any additional regions as in procedure i).

7)   If a valid data region or two regions are detected, attempt to decode the symbol as in procedures k) and l). If the region(s) were not valid or the decode fails, disregard the candidate area.

k)   If the number of data modules is even or the symbol forms a valid rectangular symbol, decode the symbol using Reed-Solomon error correction:

1)   Sample the data modules at their predicted centres. Black at the centre is a one and white is a zero.

2)   Convert the eight module samples in the defined codeword patterns into 8-bit symbol character values.

3)   Apply Reed-Solomon error correction to the symbol character values.

4)   Decode the symbol characters into data characters according to the specified encodation schemes.

l)   Otherwise the number of data modules is odd, so decode the symbol using convolution code error correction:

1)   Sample the data modules at their predicted centres. Black at the centre is a one and white is a zero.

2)   Apply the black/white balancing mask.

3)   Use the bit ordering table to convert the data into a bit stream.

4)   Apply the appropriate convolution code error correction.

5)   Convert the bit stream to data characters according to the encodation scheme specified.

6)   Verify that the CRC is correct. [AC2]

**37**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2759

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## 10  User guidelines

### 10.1  Human readable interpretation

Because Data Matrix symbols are capable of encoding thousands of characters, a human readable interpretation of the data characters may not be practical. As an alternative, descriptive text rather than the encoded text may accompany the symbol. The character size and font are not specified, and the message may be printed anywhere in the area surrounding the symbol. The human readable interpretation should not interfere with the symbol itself or the quiet zones.

### 10.2  Autodiscrimination capability

Data Matrix can be used in an autodiscrimination environment with a number of other symbologies. (See Annex S).

### 10.3  System considerations

Data Matrix applications must be viewed as a total system solution (see Annex T).

## 11  Transmitted data

This section describes the standard transmission protocol for compliant readers. These readers may be programmable to support other transmission options. All encoded data characters are included in the data transmission. The symbology control characters and error correction characters are not transmitted. More complex interpretations are addressed below.

### 11.1  Protocol for FNC1 (ECC 200 only)

When FNC1 appears in the first symbol character position (or in the fifth symbol character position of the first symbol of a Structured Append sequence), it shall signal that the data conforms to the GS1 Application Identifier standard format. FNC1 in any other later position in such symbols acts as a field separator. Transmission of symbology identifiers shall be enabled. The first FNC1 shall not be represented in the transmitted data, although its presence is indicated by the use of the appropriate option value (2) in the symbology identifier (see 11.5).

When used as a field separator, FNC1 shall be represented in the transmitted message by the ASCII character <$^G_S$> (ASCII value 29).

### 11.2  Protocol for FNC1 in the second position (ECC 200 only)

When FNC1 is in the second symbol character position (or in the sixth symbol character position of the first symbol of a Structured Append sequence), it shall signal that the data conforms to a particular industry standard format. Transmission of symbology identifiers shall be enabled. The first FNC1 shall not be represented in the transmitted data, although its presence is indicated by the use of the appropriate option value (3) in the symbology identifier (see 11.5).

The data encoded in the first symbol character shall be transmitted as normal at the beginning of the data. When used as a field separator, FNC1 shall be represented in the transmitted message by the ASCII character <$^G_S$> (ASCII value 29).

### 11.3  Protocol for Macro characters in the first position (ECC 200 only)

This protocol is used to encode two specific message headers and trailers in an abbreviated manner in ECC 200 symbols.

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2760

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

When a Macro character is in the first position a preamble and postamble shall be transmitted. If the first symbol character is 236 (i.e. encoding Macro 05), then the preamble [)>$^R_S$05$^G_S$ shall precede the encoded data that follows it. If the first symbol character is 237 (i.e. encoding Macro 06), then the preamble [)>$^R_S$06$^G_S$ shall precede the encoded data that follows it. The postamble $^R_S$$^E_S$0$_T$ shall be transmitted after the data in both cases.

## 11.4 Protocol for ECIs (ECC 200 only)

In systems where ECIs are supported, the use of a symbology identifier prefix is required with every transmission. Whenever an ECI codeword is encountered, it shall be transmitted as the escape character 92$_{DEC}$ (or 5C$_{HEX}$), which represents the character "\" (backslash or reverse solidus) in the default interpretation. The next codeword(s) are converted into a 6-digit value, inverting the rules defined in Table 6. The 6-digit value is transmitted as the appropriate ASCII values (48 - 57). Application software recognising \nnnnnn should interpret all subsequent characters as being from the ECI defined by the 6-digit sequence. This interpretation remains in effect until the end of the encoded data or until another ECI sequence is encountered. If the backslash (byte 92$_{DEC}$) needs to be used as encoded data, transmission shall be as follows. Whenever (ASCII 92$_{DEC}$) occurs as data, two bytes of that value shall be transmitted, thus a single occurrence is always an escape character and a double occurrence indicates true data.

EXAMPLE

  Encoded data: A\\B\C

  Transmission: A\\\\B\\C

Use of the symbology identifier assures that the application can correctly interpret the escape character.

## 11.5 Symbology identifier

ISO/IEC 15424 provides a standard procedure for reporting the symbology which has been read, together with options set in the decoder and special features encountered in the symbol. Once the structure of the data (including the use of any ECI) has been identified, the appropriate symbology identifier should be added by the decoder as a preamble to the transmitted data. The symbology identifier is required if ECIs appear anywhere in the symbol, or if FNC1 is used as defined in 11.1 or 11.2. See Annex N for the symbology identifier and option values which apply to Data Matrix.

## 11.6 Transmitted data example

In this example, the two-character message "¶Ж" is to be encoded in ECC 200, using the ASCII encodation scheme. "¶" is represented by a byte value of 182 in Data Matrix's default character set (ECI 000003, which is equivalent to ISO 8859-1). "Ж" is a Cyrillic character not available in ECI 000003, but which can be represented in ISO 8859-5 (ECI 000007) by the same byte value of 182. The complete message can therefore be represented by inserting a switch to ECI 000007 after the first character, as follows: The symbol encodes the message <¶> <Switch to ECI 000007> <Ж>, using the following series of Data Matrix codewords: [Upper Shift] [55] [ECI] [8] [Upper Shift] [55], with decimal values of [235], [55], [241], [8], [235], [55].

NOTE 1    An Upper Shift character, followed by a codeword of value 55, encodes a byte value of 182.

NOTE 2    ECIs are encoded in Data Matrix as the ECI number plus one.

The decoder transmits the following bytes (including the symbology identifier prefix with an option value of 4, which indicates use of the ECI protocol):

93, 100, 52, 182, 92, 48, 48, 48, 48, 48, 55, 182

which, if viewed entirely in the default interpretation, would appear graphically as: ]d4¶\000007¶

The decoder is responsible for signalling the switch to ECI 000007, but not for interpreting the result. ECI-aware software in the receiving application would delete the ECI escape sequence \000007, and the Cyrillic character "Ж" would be represented in a system-dependent manner (e.g., by changing the font in a desktop-publishing file). The final result would match the original message of "¶Ж".

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2761

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

# Annex A
(normative)

## ECC 200 interleaving process

### A.1  Schematic illustration

Using the example of the 72 x 72 symbol size, four levels of interleaving are required to encode a total of 368 data codewords and 144 error correction codewords. These are divided into four blocks of 92 data codewords and 36 error correction codewords, a total block length of 128 codewords.



Figure A.1 — Illustration of interleaving for 72 x 72 symbol

### A.2  Starting sequence for interleaving in different sized symbols

The sequence of the interleaved data codewords and error correction codewords is given in Table A.1.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2762

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table A.1 — Sequence of data and error correction codewords for different symbol sizes**

| Symbol size | Reed-Solomon block | Sequence of data codewords | | | Sequence of error correction codewords | | |
|---|---|---|---|---|---|---|---|
| 52 x 52 | 1 | 1, 3, 5 | ... | 201, 203 | 1, 3, 5 | ... | 81, 83 |
| | 2 | 2, 4, 6 | ... | 202, 204 | 2, 4, 6 | ... | 82, 84 |
| 64 x 64 | 1 | 1, 3, 5 | ... | 277, 279 | 1, 3, 5 | ... | 109, 111 |
| | 2 | 2, 4, 6 | ... | 278, 280 | 2, 4, 6 | ... | 110, 112 |
| 72 x 72 | 1 | 1, 5, 9 | ... | 361, 365 | 1, 5, 9 | ... | 137, 141 |
| | 2 | 2, 6, 10 | ... | 362, 366 | 2, 6, 10 | ... | 138, 142 |
| | 3 | 3, 7, 11 | ... | 363, 367 | 3, 7, 11 | ... | 139, 143 |
| | 4 | 4, 8, 12 | ... | 364, 368 | 4, 8, 12 | ... | 140, 144 |
| 80 x 80 | 1 | 1, 5, 9 | ... | 449, 453 | 1, 5, 9 | ... | 185, 189 |
| | 2 | 2, 6, 10 | ... | 450, 454 | 2, 6, 10 | ... | 186, 190 |
| | 3 | 3, 7, 11 | ... | 451, 455 | 3, 7, 11 | ... | 187, 191 |
| | 4 | 4, 8, 12 | ... | 452, 456 | 4, 8, 12 | ... | 188, 192 |
| 88 x 88 | 1 | 1, 5, 9 | ... | 569, 573 | 1, 5, 9 | ... | 217, 221 |
| | 2 | 2, 6, 10 | ... | 570, 574 | 2, 6, 10 | ... | 218, 222 |
| | 3 | 3, 7, 11 | ... | 571, 575 | 3, 7, 11 | ... | 219, 223 |
| | 4 | 4, 8, 12 | ... | 572, 576 | 4, 8, 12 | ... | 220, 224 |
| 96 x 96 | 1 | 1, 5, 9 | ... | 689, 693 | 1, 5, 9 | ... | 265, 269 |
| | 2 | 2, 6, 10 | ... | 690, 694 | 2, 6, 10 | ... | 266, 270 |
| | 3 | 3, 7, 11 | ... | 691, 695 | 3, 7, 11 | ... | 267, 271 |
| | 4 | 4, 8, 12 | ... | 692, 696 | 4, 8, 12 | ... | 268, 272 |
| 104 x 104 | 1 | 1, 7, 13 | ... | 805, 811 | 1, 7, 13 | ... | 325, 331 |
| | 2 | 2, 8, 14 | ... | 806, 812 | 2, 8, 14 | ... | 326, 332 |
| | 3 | 3, 9, 15 | ... | 807, 813 | 3, 9, 15 | ... | 327, 333 |
| | 4 | 4, 10, 16 | ... | 808, 814 | 4, 10, 16 | ... | 328, 334 |
| | 5 | 5, 11, 17 | ... | 809, 815 | 5, 11, 17 | ... | 329, 335 |
| | 6 | 6, 12, 18 | ... | 810, 816 | 6, 12, 18 | ... | 330, 336 |
| 120 x 120 | 1 | 1, 7, 13 | ... | 1039, 1045 | 1, 7, 13 | ... | 397, 403 |
| | 2 | 2, 8, 14 | ... | 1040, 1046 | 2, 8, 14 | ... | 398, 404 |
| | 3 | 3, 9, 15 | ... | 1041, 1047 | 3, 9, 15 | ... | 399, 405 |
| | 4 | 4, 10, 16 | ... | 1042, 1048 | 4, 10, 16 | ... | 400, 406 |
| | 5 | 5, 11, 17 | ... | 1043, 1049 | 5, 11, 17 | ... | 401, 407 |
| | 6 | 6, 12, 18 | ... | 1044, 1050 | 6, 12, 18 | ... | 402, 408 |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2763

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

| Symbol size | Reed-Solomon block | Sequence of data codewords | | | Sequence of error correction codewords | | |
|---|---|---|---|---|---|---|---|
| 132 x 132 | 1 | 1, 9, 17 | ... | 1289, 1297 | 1, 9, 17 | ... | 481, 489 |
| | 2 | 2, 10, 18 | ... | 1290, 1298 | 2, 10, 18 | ... | 482, 490 |
| | 3 | 3, 11, 19 | ... | 1291, 1299 | 3, 11, 19 | ... | 483, 491 |
| | 4 | 4, 12, 20 | ... | 1292, 1300 | 4, 12, 20 | ... | 484, 492 |
| | 5 | 5, 13, 21 | ... | 1293, 1301 | 5, 13, 21 | ... | 485, 493 |
| | 6 | 6, 14, 22 | ... | 1294, 1302 | 6, 14, 22 | ... | 486, 494 |
| | 7 | 7, 15, 23 | ... | 1295, 1303 | 7, 15, 23 | ... | 487, 495 |
| | 8 | 8, 16, 24 | ... | 1296, 1304 | 8, 16, 24 | ... | 488, 496 |
| 144 x 144 | 1 | 1, 11, 21 | ... | 1541, 1551 | 1, 11, 21 | ... | 601, 611 |
| | 2 | 2, 12, 22 | ... | 1542, 1552 | 2, 12, 22 | ... | 602, 612 |
| | 3 | 3, 13, 23 | ... | 1543, 1553 | 3, 13, 23 | ... | 603, 613 |
| | 4 | 4, 14, 24 | ... | 1544, 1554 | 4, 14, 24 | ... | 604, 614 |
| | 5 | 5, 15, 25 | ... | 1545, 1555 | 5, 15, 25 | ... | 605, 615 |
| | 6 | 6, 16, 26 | ... | 1546, 1556 | 6, 16, 26 | ... | 606, 616 |
| | 7 | 7, 17, 27 | ... | 1547, 1557 | 7, 17, 27 | ... | 607, 617 |
| | 8 | 8, 18, 28 | ... | 1548, 1558 | 8, 18, 28 | ... | 608, 618 |
| | 9 | 9, 19, 29 | ... | 1549 | 9, 19, 29 | ... | 609, 619 |
| | 10 | 10, 20, 30 | ... | 1550 | 10, 20, 30 | ... | 610, 620 |

42

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2764

## Annex B
(normative)

## ECC 200 pattern randomising

The pattern randomising algorithms convert an input codeword at a given position to a new randomised output codeword.

### B.1  253-state algorithm

This algorithm adds a pseudo-random number to the Pad codeword value. The pseudo-random number will always be in the range 1 to 253 and the randomised Pad codeword value will be in the range 1 to 254.

The variable Pad_codeword_position is the number of data codewords from the beginning of encoded data.

### B.1.1  253-state randomising algorithm

INPUT ( Pad_codeword_value, Pad_codeword_position )

pseudo_random_number = ( ( 149 * Pad_codeword_position ) mod 253 ) + 1

temp_variable = Pad_codeword_value + pseudo_random_number

IF ( temp_variable <= 254 )

    OUTPUT ( randomised_Pad_codeword_value = temp_variable )

ELSE

    OUTPUT ( randomised_Pad_codeword_value = temp_variable - 254 )

### B.1.2  253-state un-randomising algorithm

INPUT ( randomised_Pad_codeword_value, Pad_codeword_position )

pseudo_random_number = ( ( 149 * Pad_codeword_position ) mod 253 ) + 1

temp_variable = randomised_Pad_codeword_value - pseudo_random_number

IF ( temp_variable >= 1 )

    OUTPUT ( Pad_codeword_value = temp_variable)

ELSE

    OUTPUT ( Pad_codeword_value = temp_variable + 254 )

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2765

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## B.2  255-state algorithm

This algorithm adds a pseudo-random number to the Base 256 encodation codeword value. The pseudorandom number will always be in the range 1 to 255 and the randomised Base 256 codeword value will be in the range 0 to 255.

The variable Base256_codeword_position is the number of data codewords from the beginning of encoded data.

### B.2.1  255-state randomising algorithm

INPUT ( Base256_codeword_value, Base256_codeword_position )

pseudo_random_number = ( ( 149 * Base256_codeword_position ) mod 255 ) + 1

temp_variable = Base256_codeword_value + pseudo_random_number

IF ( temp_variable <= 255 )

    OUTPUT (randomised_Base256_codeword_value = temp_variable )

ELSE

    OUTPUT (randomised_Base256_codeword_value = temp_variable - 256 )

### B.2.2  255-state un-randomising algorithm

INPUT ( randomised_Base256_codeword_value, Base256_codeword_position )

pseudo_random_number = ( ( 149 * Base256_codeword_position ) mod 255 ) + 1

temp_variable=randomised_Base256_codeword_value - pseudo_random_number

IF ( temp_variable >= 0 )

    OUTPUT ( Base256_codeword_value = temp_variable )

ELSE

    OUTPUT ( Base256_codeword_value = temp_variable + 256 )

**44**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## Annex C
(normative)

## ECC 200 encodation character sets

**Table C.1 — C40 encodation character set**

| C40 Value | Basic set | | Shift 1 set | | Shift 2 set | | Shift 3 set | |
|---|---|---|---|---|---|---|---|---|
| | Char | Decimal | Char | Decimal | Char | Decimal | Char | Decimal |
| 0 | Shift 1 | | NUL | 0 | ! | 33 | ` | 96 |
| 1 | Shift 2 | | SOH | 1 | " | 34 | a | 97 |
| 2 | Shift 3 | | STX | 2 | # | 35 | b | 98 |
| 3 | space | 32 | ETX | 3 | $ | 36 | c | 99 |
| 4 | 0 | 48 | EOT | 4 | % | 37 | d | 100 |
| 5 | 1 | 49 | ENQ | 5 | & | 38 | e | 101 |
| 6 | 2 | 50 | ACK | 6 | ' | 39 | f | 102 |
| 7 | 3 | 51 | BEL | 7 | ( | 40 | g | 103 |
| 8 | 4 | 52 | BS | 8 | ) | 41 | h | 104 |
| 9 | 5 | 53 | HT | 9 | * | 42 | i | 105 |
| 10 | 6 | 54 | LF | 10 | + | 43 | j | 106 |
| 11 | 7 | 55 | VT | 11 | , | 44 | k | 107 |
| 12 | 8 | 56 | FF | 12 | - | 45 | l | 108 |
| 13 | 9 | 57 | CR | 13 | . | 46 | m | 109 |
| 14 | A | 65 | SO | 14 | / | 47 | n | 110 |
| 15 | B | 66 | SI | 15 | : | 58 | o | 111 |
| 16 | C | 67 | DLE | 16 | ; | 59 | p | 112 |
| 17 | D | 68 | DC1 | 17 | < | 60 | q | 113 |
| 18 | E | 69 | DC2 | 18 | = | 61 | r | 114 |
| 19 | F | 70 | DC3 | 19 | > | 62 | s | 115 |
| 20 | G | 71 | DC4 | 20 | ? | 63 | t | 116 |
| 21 | H | 72 | NAK | 21 | @ | 64 | u | 117 |
| 22 | I | 73 | SYN | 22 | [ | 91 | v | 118 |
| 23 | J | 74 | ETB | 23 | \ | 92 | w | 119 |
| 24 | K | 75 | CAN | 24 | ] | 93 | x | 120 |
| 25 | L | 76 | EM | 25 | ^ | 94 | y | 121 |
| 26 | M | 77 | SUB | 26 | _ | 95 | z | 122 |
| 27 | N | 78 | ESC | 27 | FNC1 | | { | 123 |
| 28 | O | 79 | FS | 28 | | | | | 124 |
| 29 | P | 80 | GS | 29 | | | } | 125 |
| 30 | Q | 81 | RS | 30 | Upper Shift | | ~ | 126 |
| 31 | R | 82 | US | 31 | | | DEL | 127 |
| 32 | S | 83 | | | | | | |
| 33 | T | 84 | | | | | | |
| 34 | U | 85 | | | | | | |
| 35 | V | 86 | | | | | | |

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2767

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

| C40 Value | Basic set | | Shift 1 set | | Shift 2 set | | Shift 3 set | |
|---|---|---|---|---|---|---|---|---|
| | Char | Decimal | Char | Decimal | Char | Decimal | Char | Decimal |
| 36 | W | 87 | | | | | | |
| 37 | X | 88 | | | | | | |
| 38 | Y | 89 | | | | | | |
| 39 | Z | 90 | | | | | | |

NOTE    The relationship between the ASCII decimal value and the C40 value remains constant regardless of which ECI is in effect.

### Table C.2 — Text encoding character set

| Text value | Basic set | | Shift 1 set | | Shift 2 set | | Shift 3 set | |
|---|---|---|---|---|---|---|---|---|
| | Char | Decimal | Char | Decimal | Char | Decimal | Char | Decimal |
| 0 | Shift | 1 | NUL | 0 | ! | 33 | ` | 96 |
| 1 | Shift | 2 | SOH | 1 | " | 34 | A | 65 |
| 2 | Shift | 3 | STX | 2 | # | 35 | B | 66 |
| 3 | space | 32 | ETX | 3 | $ | 36 | C | 67 |
| 4 | 0 | 48 | EOT | 4 | % | 37 | D | 68 |
| 5 | 1 | 49 | ENQ | 5 | & | 38 | E | 69 |
| 6 | 2 | 50 | ACK | 6 | ' | 39 | F | 70 |
| 7 | 3 | 51 | BEL | 7 | ( | 40 | G | 71 |
| 8 | 4 | 52 | BS | 8 | ) | 41 | H | 72 |
| 9 | 5 | 53 | HT | 9 | * | 42 | I | 73 |
| 10 | 6 | 54 | LF | 10 | + | 43 | J | 74 |
| 11 | 7 | 55 | VT | 11 | , | 44 | K | 75 |
| 12 | 8 | 56 | FF | 12 | - | 45 | L | 76 |
| 13 | 9 | 57 | CR | 13 | . | 46 | M | 77 |
| 14 | a | 97 | SO | 14 | / | 47 | N | 78 |
| 15 | b | 98 | SI | 15 | : | 58 | O | 79 |
| 16 | c | 99 | DLE | 16 | ; | 59 | P | 80 |
| 17 | d | 100 | DC1 | 17 | < | 60 | Q | 81 |
| 18 | e | 101 | DC2 | 18 | = | 61 | R | 82 |
| 19 | f | 102 | DC3 | 19 | > | 62 | S | 83 |
| 20 | g | 103 | DC4 | 20 | ? | 63 | T | 84 |
| 21 | h | 104 | NAK | 21 | @ | 64 | U | 85 |
| 22 | i | 105 | SYN | 22 | [ | 91 | V | 86 |
| 23 | j | 106 | ETB | 23 | \ | 92 | W | 87 |
| 24 | k | 107 | CAN | 24 | ] | 93 | X | 88 |
| 25 | l | 108 | EM | 25 | ^ | 94 | Y | 89 |
| 26 | m | 109 | SUB | 26 | _ | 95 | Z | 90 |
| 27 | n | 110 | ESC | 27 | FNC1 | | { | 123 |
| 28 | o | 111 | FS | 28 | | | | | 124 |
| 29 | p | 112 | GS | 29 | | | } | 125 |
| 30 | q | 113 | RS | 30 | Upper | Shift | ~ | 126 |
| 31 | r | 114 | US | 31 | | | DEL | 127 |
| 32 | s | 115 | | | | | | |
| 33 | t | 116 | | | | | | |
| 34 | u | 117 | | | | | | |
| 35 | v | 118 | | | | | | |
| 36 | w | 119 | | | | | | |
| 37 | x | 120 | | | | | | |

**46**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2768

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

| Text value | Basic set | | Shift 1 set | | Shift 2 set | | Shift 3 set | |
|---|---|---|---|---|---|---|---|---|
| | Char | Decimal | Char | Decimal | Char | Decimal | Char | Decimal |
| 38 | y | 121 | | | | | | |
| 39 | z | 122 | | | | | | |

NOTE    The relationship between the ASCII decimal value and the Text value remains constant regardless of which ECI is in effect.

**Table C.3 — EDIFACT encoding character set**

| Data character | | | EDIFACT binary value | Data character | | | EDIFACT binary value |
|---|---|---|---|---|---|---|---|
| Char | Decimal value | Binary value | | Char | Decimal value | Binary value | |
| @ | 64 | 01000000 | 000000 | space | 32 | 00100000 | 100000 |
| A | 65 | 01000001 | 000001 | ! | 33 | 00100001 | 100001 |
| B | 66 | 01000010 | 000010 | " | 34 | 00100010 | 100010 |
| C | 67 | 01000011 | 000011 | # | 35 | 00100011 | 100011 |
| D | 68 | 01000100 | 000100 | $ | 36 | 00100100 | 100100 |
| E | 69 | 01000101 | 000101 | % | 37 | 00100101 | 100101 |
| F | 70 | 01000110 | 000110 | & | 38 | 00100110 | 100110 |
| G | 71 | 01000111 | 000111 | ' | 39 | 00100111 | 100111 |
| H | 72 | 01001000 | 001000 | ( | 40 | 00101000 | 101000 |
| I | 73 | 01001001 | 001001 | ) | 41 | 00101001 | 101001 |
| J | 74 | 01001010 | 001010 | * | 42 | 00101010 | 101010 |
| K | 75 | 01001011 | 001011 | + | 43 | 00101011 | 101011 |
| L | 76 | 01001100 | 001100 | , | 44 | 00101100 | 101100 |
| M | 77 | 01001101 | 001101 | - | 45 | 00101101 | 101101 |
| N | 78 | 01001110 | 001110 | . | 46 | 00101110 | 101110 |
| O | 79 | 01001111 | 001111 | / | 47 | 00101111 | 101111 |
| P | 80 | 01010000 | 010000 | 0 | 48 | 00110000 | 110000 |
| Q | 81 | 01010001 | 010001 | 1 | 49 | 00110001 | 110001 |
| R | 82 | 01010010 | 010010 | 2 | 50 | 00110010 | 110010 |
| S | 83 | 01010011 | 010011 | 3 | 51 | 00110011 | 110011 |
| T | 84 | 01010100 | 010100 | 4 | 52 | 00110100 | 110100 |
| U | 85 | 01010101 | 010101 | 5 | 53 | 00110101 | 110101 |
| V | 86 | 01010110 | 010110 | 6 | 54 | 00110110 | 110110 |
| W | 87 | 01010111 | 010111 | 7 | 55 | 00110111 | 110111 |
| X | 88 | 01011000 | 011000 | 8 | 56 | 00111000 | 111000 |
| Y | 89 | 01011001 | 011001 | 9 | 57 | 00111001 | 111001 |
| Z | 90 | 01011010 | 011010 | : | 58 | 00111010 | 111010 |
| [ | 91 | 01011011 | 011011 | ; | 59 | 00111011 | 111011 |
| \ | 92 | 01011100 | 011100 | < | 60 | 00111100 | 111100 |
| ] | 93 | 01011101 | 011101 | = | 61 | 00111101 | 111101 |
| ^ | 94 | 01011110 | 011110 | > | 62 | 00111110 | 111110 |
| Unlatch | | 01011111 | 011111 | ? | 63 | 00111111 | 111111 |

NOTE    The relationship between the ASCII decimal value and the EDIFACT value remain constant regardless of which ECI is in effect.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2769

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Annex D**
(normative)

### ECC 200 alignment patterns



**Figure D.1 — Alignment pattern configuration for 32 x 32 square symbol**



**Figure D.2 — Alignment pattern configuration for 64 x 64 square symbol**

48

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2770

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)



**Figure D.3 — Alignment pattern configuration for 120 x 120 square symbol**



**Figure D.4 — Alignment pattern configuration for 12 x 36 rectangular symbol**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2771

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

# Annex E
(normative)

## ECC 200 Reed-Solomon error detection and correction

### E.1  Error correction codeword generator polynomials

The error correction codewords are the coefficients of the remainder resulting from first multiplying the symbol data polynomial d(x) by $x^k$ and then dividing it by the generator polynomial g(x). Each generator polynomial is the product of the first-degree polynomials: $x - 2^1$, $x - 2^2$, ..., $x - 2^n$, where n is the degree of the generator polynomial.

For example the fifth degree generator polynomial is:

$(x + 2)(x + 4)(x + 8)(x + 16)(x + 32)$

$= x^5 + (2 + 4 + 8 + 16 + 32)x^4 + ((2 * 4) + (2 * 8) + (2 * 16) + (2 * 32) + (4 * 8) + (4 * 16) + (4 * 32) + (8 * 16) + (8 * 32) + (16 * 32))x^3 + ((2 * 4 * 8) + (2 * 4 * 16) + (2 * 4 * 32) + (2 * 8 * 16) + (2 * 8 * 32) + (2 * 16 * 32) + (4 * 8 * 16) + (4 * 8 * 32) + (4 * 16 * 32) + (8 * 16 * 32))x^2 + ((2 * 4 * 8 * 16) + (2 * 4 * 8 * 32) + (2 * 4 * 16 * 32) + (2 * 8 * 16 * 32) + (4 * 8 * 16 * 32))x + (2 * 4 * 8 * 16 * 32)$

$= x^5 + 62x^4 + 111x^3 + 15x^2 + 48x + 228.$

Note that this Galois Field arithmetic is not normal integer arithmetic: - is equivalent to +, which is an "exclusive-or" operation in this Field, and multiplication is byte-wise modulo 100101101 for each binary polynomial term generated by bit-by-bit multiplication.

The polynomial divisor for generating 5 check characters is:

$g(x) = x^5 + 62x^4 + 111x^3 + 15x^2 + 48x + 228.$

The polynomial divisor for generating 7 check characters is:

$g(x) = x^7 + 254x^6 + 92x^5 + 240x^4 + 134x^3 + 144x^2 + 68x + 23.$

The polynomial divisor for generating 10 check characters is:

$g(x) = x^{10} + 61x^9 + 110x^8 + 255x^7 + 116x^6 + 248x^5 + 223x^4 + 166x^3 + 185x^2 + 24x + 28.$

The polynomial divisor for generating 11 check characters is:

$g(x) = x^{11} + 120x^{10} + 97x^9 + 60x^8 + 245x^7 + 39x^6 + 168x^5 + 194x^4 + 12x^3 + 205x^2 + 138x + 175.$

The polynomial divisor for generating 12 check characters is:

$g(x) = x^{12} + 242x^{11} + 100x^{10} + 178x^9 + 97x^8 + 213x^7 + 142x^6 + 42x^5 + 61x^4 + 91x^3 + 158x^2 + 153x + 41.$

The polynomial divisor for generating 14 check characters is:

$g(x) = x^{14} + 185x^{13} + 83x^{12} + 186x^{11} + 18x^{10} + 45x^9 + 138x^8 + 119x^7 + 157x^6 + 9x^5 + 95x^4 + 252x^3 + 192x^2 + 97x + 156.$

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2772

The polynomial divisor for generating 18 check characters is:

$g(x) = x^{18} + 188x^{17} + 90x^{16} + 48x^{15} + 225x^{14} + 254x^{13} + 94x^{12} + 129x^{11} + 109x^{10} + 213x^9 + 241x^8 + 61x^7 + 66x^6 + 75x^5 + 188x^4 + 39x^3 + 100x^2 + 195x + 83.$

The polynomial divisor for generating 20 check characters is:

$g(x) = x^{20} + 172x^{19} + 186x^{18} + 174x^{17} + 27x^{16} + 82x^{15} + 108x^{14} + 79x^{13} + 253x^{12} + 145x^{11} + 153x^{10} + 160x^9 + 188x^8 + 2x^7 + 168x^6 + 71x^5 + 233x^4 + 9x^3 + 244x^2 + 195x + 15.$

The polynomial divisor for generating 24 check characters is:

$g(x) = x^{24} + 193x^{23} + 50x^{22} + 96x^{21} + 184x^{20} + 181x^{19} + 12x^{18} + 124x^{17} + 254x^{16} + 172x^{15} + 5x^{14} + 21x^{13} + 155x^{12} + 223x^{11} + 251x^{10} + 197x^9 + 155x^8 + 21x^7 + 176x^6 + 39x^5 + 109x^4 + 205x^3 + 88x^2 + 190x + 52.$

The polynomial divisor for generating 28 check characters is:

$g(x) = x^{28} + 255x^{27} + 93x^{26} + 168x^{25} + 233x^{24} + 151x^{23} + 120x^{22} + 136x^{21} + 141x^{20} + 213x^{19} + 110x^{18} + 138x^{17} + 17x^{16} + 121x^{15} + 249x^{14} + 34x^{13} + 75x^{12} + 53x^{11} + 170x^{10} + 151x^9 + 37x^8 + 174x^7 + 103x^6 + 96x^5 + 71x^4 + 97x^3 + 43x^2 + 231x + 211.$

The polynomial divisor for generating 36 check characters is:

$g(x) = x^{36} + 112x^{35} + 81x^{34} + 98x^{33} + 225x^{32} + 25x^{31} + 59x^{30} + 184x^{29} + 175x^{28} + 44x^{27} + 115x^{26} + 119x^{25} + 95x^{24} + 137x^{23} + 101x^{22} + 33x^{21} + 68x^{20} + 4x^{19} + 2x^{18} + 18x^{17} + 229x^{16} + 182x^{15} + 80x^{14} + 251x^{13} + 220x^{12} + 179x^{11} + 84x^{10} + 120x^9 + 102x^8 + 181x^7 + 162x^6 + 250x^5 + 130x^4 + 218x^3 + 242x^2 + 127x + 245.$

The polynomial divisor for generating 42 check characters is:

$g(x) = x^{42} + 5x^{41} + 9x^{40} + 5x^{39} + 226x^{38} + 177x^{37} + 150x^{36} + 50x^{35} + 69x^{34} + 202x^{33} + 248x^{32} + 101x^{31} + 54x^{30} + 57x^{29} + 253x^{28} + x^{27} + 21x^{26} + 121x^{25} + 57x^{24} + 111x^{23} + 214x^{22} + 105x^{21} + 167x^{20} + 9x^{19} + 100x^{18} + 95x^{17} + 17x^{16} + 8x^{15} + 242x^{14} + 133x^{13} + 245x^{12} + 2x^{11} + 122x^{10} + 105x^9 + 247x^8 + 153x^7 + 22x^6 + 38x^5 + 19x^4 + 31x^3 + 137x^2 + 193x + 77.$

The polynomial divisor for generating 48 check characters is:

$g(x) = x^{48} + 19x^{47} + 225x^{46} + 253x^{45} + 92x^{44} + 213x^{43} + 69x^{42} + 175x^{41} + 160x^{40} + 147x^{39} + 187x^{38} + 87x^{37} + 17x^{36} + 44x^{35} + 82x^{34} + 240x^{33} + 186x^{32} + 138x^{31} + 66x^{30} + 100x^{29} + 120x^{28} + 88x^{27} + 131x^{26} + 205x^{25} + 170x^{24} + 90x^{23} + 37x^{22} + 23x^{21} + 118x^{20} + 147x^{19} + 16x^{18} + 106x^{17} + 191x^{16} + 87x^{15} + 237x^{14} + 188x^{13} + 205x^{12} + 231x^{11} + 238x^{10} + 133x^9 + 238x^8 + 22x^7 + 117x^6 + 32x^5 + 96x^4 + 223x^3 + 172x^2 + 132x + 245.$

The polynomial divisor for generating 56 check characters is:

$g(x) = x^{56} + 46x^{55} + 143x^{54} + 53x^{53} + 233x^{52} + 107x^{51} + 203x^{50} + 43x^{49} + 155x^{48} + 28x^{47} + 247x^{46} + 67x^{45} + 127x^{44} + 245x^{43} + 137x^{42} + 13x^{41} + 164x^{40} + 207x^{39} + 62x^{38} + 117x^{37} + 201x^{36} + 150x^{35} + 22x^{34} + 144x^{32} + 232x^{31} + 29x^{30} + 203x^{29} + 117x^{28} + 234x^{27} + 218x^{26} + 146x^{25} + 228x^{24} + 54x^{23} + 132x^{22} + 200x^{21} + 38x^{20} + 22x^{19} + 36x^{18} + 159x^{17} + 150x^{16} + 235x^{15} + 215x^{14} + 192x^{13} + 230x^{12} + 170x^{11} + 175x^{10} + 29x^9 + 100x^8 + 208x^7 + 220x^6 + 17x^5 + 12x^4 + 238x^3 + 223x^2 + 9x + 175.$

The polynomial divisor for generating 62 check characters is:

$g(x) = x^{62} + 204x^{61} + 11x^{60} + 47x^{59} + 86x^{58} + 124x^{57} + 224x^{56} + 166x^{55} + 94x^{54} + 7x^{53} + 232x^{52} + 107x^{51} + 4x^{50} + 170x^{49} + 176x^{48} + 31x^{47} + 163x^{46} + 17x^{45} + 188x^{44} + 130x^{43} + 40x^{42} + 10x^{41} + 87x^{40} + 63x^{39} + 51x^{38} + 218x^{37} + 27x^{36} + 6x^{35} + 147x^{34} + 44x^{33} + 161x^{32} + 71x^{31} + 114x^{30} + 64x^{29} + 175x^{28} + 221x^{27} + 185x^{26} + 106x^{25} + 250x^{24} + 190x^{23} + 197x^{22} + 63x^{21} + 245x^{20} + 230x^{19} + 134x^{18} + 112x^{17} + 185x^{16} + 37x^{15} + 196x^{14} + 108x^{13} + 143x^{12} + 189x^{11} + 201x^{10} + 188x^9 + 202x^8 + 118x^7 + 39x^6 + 210x^5 + 144x^4 + 50x^3 + 169x^2 + 93x + 242.$

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2773

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

The polynomial divisor for generating 68 check characters is:

$g(x) = x^{68} + 186x^{67} + 82x^{66} + 103x^{65} + 96x^{64} + 63x^{63} + 132x^{62} + 153x^{61} + 108x^{60} + 54x^{59} + 64x^{58} + 189x^{57} + 211 x^{56} + 232x^{55} + 49x^{54} + 25x^{53} + 172x^{52} + 52x^{51} + 59x^{50} + 241x^{49} + 181x^{48} + 239x^{47} + 223x^{46} + 136x^{45} + 231x^{44} + 210x^{43} + 96x^{42} + 232x^{41} + 220x^{40} + 25x^{39} + 179x^{38} + 167x^{37} + 202x^{36} + 185x^{35} + 153x^{34} + 139x^{33} + 66x^{32} + 236 x^{31} + 227x^{30} + 160x^{29} + 15x^{28} + 213x^{27} + 93x^{26} + 122x^{25} + 68x^{24} + 177x^{23} + 158x^{22} + 197x^{21} + 234x^{20} + 180x^{19} + 248x^{18} + 136x^{17} + 213x^{16} + 127x^{15} + 73x^{14} + 36x^{13} + 154x^{12} + 244x^{11} + 147x^{10} + 33x^{9} + 89x^{8} + 56x^{7} + 159x^{6} + 149x^{5} + 251x^{4} + 89x^{3} + 173x^{2} + 228x + 220.$

## E.2  Error correction calculation

The Peterson-Gorenstein-Zierler algorithm may be used to correct errors in decoded ECC 200 symbols.

The calculation described below follows this error correcting algorithm, using the Reed-Solomon error correction codewords.

Erasures shall be corrected as errors by initially filling any erasure codeword positions with dummy values.

All calculations shall be done using $GF(2^8)$ arithmetic operations. Addition and subtraction are equivalent to the binary XOR operation. Multiplication and division can be performed using log and antilog tables.

Construct the symbol character polynomial $C(x) = C_{n-1}x^{n-1} + C_{n-2}x^{n-2} + \ldots + C_1x^1 + C_0$ where the $n$ coefficients are the codewords read with $C_{n-1}$ being the first symbol character and where $n$ is the total number of symbol characters.

Calculate $i$ syndrome values $S_0$ through $S_{i-1}$ by evaluating $C(x)$ at $x = 2^k$ for $k = 1$ through $i$, where $i$ is the number of error correction codewords in the symbol.

Form and solve j simultaneous equations with $j$ unknowns $L_0$ through $L_{j-1}$ using the $i$ syndromes:

$$S_0L_0 + S_1L_1 + \ldots + S_{j-1}L_{j-1} = S_j$$

$$S_1L_0 + S_2L_1 + \ldots + S_jL_{j-1} = S_{j+1}$$

$$\vdots$$

$$\vdots$$

$$S_{j-1}L_0 + S_jL_1 + \ldots + S_{2j-2}L_{j-1} = S_{2j-1}$$

where $j$ is $i/2$.

Construct the error locator polynomial:

$$L(x) = L_{j-1}x^j + L_{j-2}x^{j-1} + \ldots + L_0x + 1$$

from the $j$ values of $L$ obtained above. Evaluate $L(x)$ at $x = 2^k$ for $k = 0$ through $n-1$ where $n$ is the total number of symbol characters in the symbol.

Whenever $L(2^k) = 0$, an error location is given by $n - 1 - k$. If more than $j$ error locations are found, the symbol is not correctable.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2774

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

Save the error locations in m error location variables $E_0$ through $E_{m-1}$ where $m$ is the number of error locations found. Form and solve $m$ simultaneous equations with $m$ unknowns $X_0$ through $X_{m-1}$ (the error magnitudes) using the error location variables $E$ and the first m syndromes $S$:

$$E_0 X_0 + E_1 X_1 + \ldots + E_{m-1} X_{m-1} = S_0$$

$$E_0{}^2 X_0 + E_1{}^2 X_1 + \ldots + E_{(m-1)}{}^2 X_{m-1} = S_1$$

$$E_0{}^3 X_0 + E_1{}^3 X_1 + \ldots + E_{(m-1)}{}^3 X_{m-1} = S_2$$

$$\vdots$$

$$\vdots$$

$$E_0{}^m X_0 + E_1{}^m X_1 + \ldots + E_{(m-1)}{}^m X_{m-1} = S_{m-1}$$

Add the error magnitudes $X_0$ through $X_{m-1}$ to the symbol character values at the corresponding error locations $E_0$ through $E_{m-1}$ to correct the errors.

NOTE        $E_0 \ldots E_{m-1}$ – are the roots of the error locator polynomial.

This algorithm, written in C, is available from AIM, Inc. on the Data Matrix Developers Diskette (see Bibliography).

## E.3  Calculation of error correction codewords

The following is an example of a generic routine, written in C, which calculates the error correction codewords for a given data codeword string of length "nd", stored as an integer array wd[]. The function ReedSolomon() first generates log and antilog tables for the Galois Field of size "gf" (in the case of ECC 200, $2^8$) with prime modulus "pp" (in the case of ECC 200, 301), then uses them in the function prod(), first to calculate coefficients of the generator polynomial of order "nc" and then to calculate "nc" additional check codewords which are appended to the data in wd[].

```
/* "prod(x,y,log,alog,gf)" returns the product "x" times "y" */
int prod(int x, int y, int *log, int *alog, int gf) {
    if (!x || !y) return 0;
    ELSE return alog[(log[x] + log[y]) % (gf-1)];
}

/* "ReedSolomon(wd,nd,nc,gf.pp)" takes "nd" data codeword values in wd[] */
/* and adds on "nc" check codewords, all within GF(gf) where "gf" is a */
/* power of 2 and "pp" is the value of its prime modulus polynomial */
void ReedSolomon(int *wd, int nd, int nc, int gf, int pp) {
    int i, j, k. *log,*alog,*c;

/* allocate, then generate the log & antilog arrays: */
    log = malloc(sizeof(int) * gf);
    alog = malloc(sizeof(int) * gf);
    log[0] = 1-gf; alog[0] = 1;
    for (i = 1; i < gf; i++) {
        alog[i] = alog[i-1] * 2;
        if (alog[i] >= gf) alog[i] ^= pp;
        log[alog[i]] = i;
    }
}

/* allocate, then generate the generator polynomial coefficients: */
    c = malloc(sizeof(int) * (nc+1));
    for (i=1; i<=nc; i++) c[i] = 0; c[0] = 1;
```

**53**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

```
    for (i=1; i<=nc; i++) {
        c[i] = c[i-1];
        for (j=i-1; j>=1; j--) {
            c[j] = c[j-1] ^ prod(c[j],alog[i],log,alog,gf);
        }
        c[0] = prod(c[0],alog[i],log,alog,gf);
    }

/* clear, then generate "nc" checkwords in the array wd[] : */
    for (i=nd; i<=(nd+nc); i++) wd[i] = 0;
    for (i=0; i<nd; i++) {
        k = wd[nd] ^ wd[i] ;
        for (j=0; j<nc; j++) {
            wd[nd+j] = wd[nd+j+1] ^ prod(k,c[nc-j-1],log, alog,gf);
        }
    }

    free(c);
    free(alog);
    free(log);
}
```

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2776

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## Annex F
(normative)

## ECC 200 symbol character placement

### F.1  Symbol character placement

The following C language program generates symbol character placement diagrams:

```
#include <stdio.h>
#include <alloc.h>

int nrow, ncol, *array;

/* "module" places "chr+bit" with appropriate wrapping within array[] */
void module(int row, int col, int chr, int bit)
{ if (row < 0) { row += nrow; col += 4 - ((nrow+4)%8); }
   if (col < 0) { col += ncol; row += 4 - ((ncol+4)%8); }
   array[row*ncol+col] = 10*chr + bit;
}
/* "utah" places the 8 bits of a utah-shaped symbol character in ECC200 */
void utah(int row, int col, int chr)
{ module(row-2,col-2,chr,1);
   module(row-2,col-1,chr,2);
   module(row-1,col-2,chr,3);
   module(row-1,col-1,chr,4);
   module(row-1,col,chr,5);
   module(row,col-2,chr,6);
   module(row,col-1,chr,7);
   module(row,col,chr,8);
}
/* "cornerN" places 8 bits of the four special corner cases in ECC200 */
void corner1(int chr)
{ module(nrow-1,0,chr,1);
   module(nrow-1,1,chr,2);
   module(nrow-1,2,chr,3);
   module(0,ncol-2,chr,4);
   module(0,ncol-1,chr,5);
   module(1,ncol-1,chr,6);
   module(2,ncol-1,chr,7);
   module(3,ncol-1,chr,8);
}
void corner2(int chr)
{ module(nrow-3,0,chr,1);
   module(nrow-2,0,chr,2);
   module(nrow-1,0,chr,3);
   module(0,ncol-4,chr,4);
   module(0,ncol-3,chr,5);
   module(0,ncol-2,chr,6);
   module(0,ncol-1,chr,7);
   module(1,ncol-1,chr,8);
}
void corner3(int chr)
{ module(nrow-3,0,chr,1);
   module(nrow-2,0,chr,2);
   module(nrow-1,0,chr,3);
   module(0,ncol-2,chr,4);
   module(0,ncol-1,chr,5);
   module(1,ncol-1,chr,6);
```

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2777

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

```
    module(2,ncol-1,chr,7);
    module(3,ncol-1,chr,8);
}
void corner4(int chr)
{ module(nrow-1,0,chr,1);
    module(nrow-1,ncol-1,chr,2);
    module(0,ncol-3,chr,3);
    module(0,ncol-2,chr,4);
    module(0,ncol-1,chr,5);
    module(1,ncol-3,chr,6);
    module(1,ncol-2,chr,7);
    module(1,ncol-1,chr,8);
}
/* "ECC200" fills an nrow x ncol array with appropriate values for ECC200 */
void ECC200(void)
{ int row, col, chr;

/* First, fill the array[] with invalid entries */
    for (row=0; row<nrow; row++) {
        for (col=0; col<ncol; col++) {
            array[row*ncol+col] = 0;
        }
    }
/* Starting in the correct location for character #1, bit 8,... */
    chr = 1; row = 4; col = 0;

    do {
/* repeatedly first check for one of the special corner cases, then... */
        if ((row == nrow) && (col == 0)) corner1(chr++);
        if ((row == nrow-2) && (col == 0) && (ncol%4)) corner2(chr++);
        if ((row == nrow-2) && (col == 0) && (ncol%8 == 4)) corner3(chr++);
        if ((row == nrow+4) && (col == 2) && (!(ncol%8))) corner4(chr++);
/* sweep upward diagonally, inserting successive characters,... */
        do {
            if ((row < nrow) && (col >= 0) && (!array[row*ncol+col]))
                utah(row,col,chr++);
            row -= 2; col += 2;
        } while ((row >= 0) && (col < ncol));
        row += 1; col += 3;

/* & then sweep downward diagonally, inserting successive characters,... */
        +
        do {
            if ((row >= 0) && (col < ncol) && (!array[row*ncol+col]))
                utah(row,col,chr++);
            row += 2; col -= 2;
        } while ((row < nrow) && (col >= 0));
        row += 3; col += 1;

/* ... until the entire array is scanned */
    } while ((row < nrow) || (col < ncol));

/* Lastly, if the lower righthand corner is untouched, fill in fixed pattern */
    if (!array[nrow*ncol-1]) {
        array[nrow*ncol-1] = array[nrow*ncol-ncol-2] = 1;
    }
}

/* "main" checks for valid command line entries, then computes & displays array
*/
void main(int argc, char *argv[])
{ int x, y, z;

    if (argc =< 3) {
        printf("Command line: ECC200 #_of_Data_Rows #_of_Data_Columns\n");
```

56

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2778

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

```
    } ELSE {
        nrow = ncol = 0;
        nrow = atoi(argv[1]); ncol = atoi(argv[2]);
        if ((nrow >= 6) && (~nrow&0X01) && (ncol >= 6) && (~ncol&0X01)) {
            array = malloc(sizeof(int) * nrow * ncol);

            ECC200();

            for (x=0; x<nrow; x++) {
                for (y=0; y<ncol; y++) {
                    z = array[x*ncol+y];
                    if (z == 0) printf(" WHI");
                        ELSE if (z == 1) printf("BLK");
                            ELSE printf("%3d.%d",z/10,z%10);
                }
                printf("\n");
            }
            free(array);
        }
    }
}
```

## F.2  Symbol character placement rules

### F.2.1  Non-standard symbol character shapes

Because the standard symbol character shape cannot always fit at the data module boundaries of the symbol and at some corners, a small set of non-standard symbol characters is required. There are six conditions: two boundary conditions which affect all symbol formats, and four different corner conditions which apply to certain symbol formats:

a.  One portion of the symbol character shape is placed on one side and the other on the opposite side. This applies to two basic symbol character shapes (see Figure F.1). Variants of these arrangements concern the row-to-row relationship between the left and right hand boundary (see Table F.1).

b.  One portion of the symbol character is placed on the top boundary and the other portion on the bottom boundary. This applies to two basic symbol character shapes (see Figure F.2). Variants of these arrangements concern the column-to-column relationship between the top and bottom boundary (see Table F.1).

c.  Four symbol character shapes are split between two or three corners (see Figures F.3 to F.6) The non-standard symbol shapes are placed at opposite boundaries. The number of these pairings increases in general proportion to the size of the perimeter of the mapping matrix. The basic pattern is as illustrated in Figures F.1 and F.2. In Figure F.1, modules a8 and a7 are in the same row, as are modules b7 and b6. In Figure F.2 module c6 and c3 are in the same column as are modules d3 and d1. There are seven cases for boundary placement, which define the relative vertical position of the symbol characters illustrated in Figure F.1, the horizontal position of the symbol characters illustrated in Figure F.2, and the corner conditions.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2779

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

Table F.1 — Factors which determine the boundary placement cases

| Boundary placement case | Row relationship of module a8 and a7 | Column relationship of module c6 and c3 | Corner condition Figure No. | Mapping matrices affected | Refer to Annex F. Figure no. for example |
|---|---|---|---|---|---|
| 1 | a7 Row = a8 Row | c3 Column = c6 Column | None | Square: $8^2$, $16^2$, $24^2$, $32^2$, $40^2$ $48^2$, $56^2$, $64^2$, $72^2$, $80^2$, $88^2$, $96^2$, & $120^2$ | Figure F.9 & F.16 |
| 2 | a7 Row = a8 Row - 2 | c3 Column = c6 Column - 2 | None | Square: $10^2$ & $18^2$ | Figure F.10 & F.17 |
| 3 | a7 Row = a8 Row + 4 | c3 Column = c6 Column + 4 | F.3 | Square: $12^2$, $20^2$, $28^2$, $36^2$, $44^2$, $108^2$, & $132^2$ | Figure F.11 & F.18 |
| 4 | a7 Row = a8 Row + 2 | c3 Column = c6 Column + 2 | F.4 | Square: $14^2$ & $22^2$ | Figure F.12 & F.19 |
| 5 | a7 Row = a8 Row | c3 Column = c6 Column + 2 | F.5 | Rectangular: 6 x 16 & 14 x 32 | Figure F.13 |
| 6 | a7 Row = a8 Row | c3 Column = c6 Column - 2 | None | Rectangular: 10 x 24 & 10 x 32 | Figure F.14 |
| 7 | a7 Row = a8 Row + 4 | c3 Column = c6 Column + 2 | F.6 | Rectangular: 6 x 28 & 14 x 44 | Figure F.15 |



Figure F.1 — Left and right symbol characters



Figure F.2 — Top and bottom symbol characters

58

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2780

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)



**Figure F.3 — Corner condition 1**



**Figure F.4 — Corner condition 2**



**Figure F.5 — Corner condition 3**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2781

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)



**Figure F.6 — Corner condition 4**

NOTE 1    Algebraic notation has been used to identify the symbol characters because these vary depending on the symbol format

NOTE 2    The corner characters are identified by the module in the bottom left and top right corners.

### F.2.2  Symbol character arrangement

The symbol characters are placed in a matrix in the following manner:

a)    A mapping matrix is created.

    1)    For small symbols with only one data region, this equates to the mapping matrix.

    2)    For larger symbols with more than one data region, the mapping matrix equates to an area the size of the abutted data regions. In effect, the mapping matrix has no separating alignment patterns. For example, the 36 x 36 format symbol has four 16 x 16 data regions which abut to create a mapping matrix 32 x 32. The size of the mapping matrix for each symbol format is given in Table 7. The boundary placement case is given in Table F.1.

b)    Symbol character 2 is placed in the uppermost left position, with its modules conforming to the bit (or module) sequence defined in Figure 11. Using the notation 2.1 to identify module 1 of symbol character 2, this module is in the top row and leftmost column of every mapping matrix. The module array sequence shown in Figure F.7 is constant for all mapping matrices.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2782

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

| 2.1 | 2.2 | 3.6 | 3.7 | 3.8 | 4.3 | 4.4 | 4.5 |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 2.3 | 2.4 | 2.5 | 5.1 | 5.2 | 4.6 | 4.7 | 4.8 |
| 2.6 | 2.7 | 2.8 | 5.3 | 5.4 | 5.5 |  |  |
| 1.a | 6.1 | 6.2 | 5.6 | 5.7 | 5.8 |  |  |
| 1.b | 6.3 | 6.4 | 6.5 |  |  |  |  |
|  | 6.6 | 6.7 | 6.8 |  |  |  |  |

**Figure F.7 — Starting sequence for module placement**

NOTE    The values a and b depend on the size of the mapping matrix

c)  The corner shapes are positioned according to Table F.1 and the appropriate Figures F.3 to F.6. Plotting of the standard symbol character shapes continues, nesting the shapes as illustrated above for symbol characters 2, 5, and 6. The non-standard symbol characters are positioned as per Table F.1. This process results in the mapping matrix being completely covered in symbol characters, most of which are un-numbered.

d)  The sequence of symbol characters is determined as follows. Symbol characters are arranged on 45-degree parallel diagonal lines between the lower left and upper right, generally linking through the centres on module 8.

e)  The first diagonal line starts with the line through module 8 of symbol character 1; this is module 8 except in the case of the 6 x 28 mapping matrix, where the corner condition, as defined in Figure F.6, determines the values of modules in symbol character 1 (i.e. making the module identified in Figure F.7 as 1.b represent module 1,2). The diagonal line continues through modules 2.8 and 3.8.

f)  At this point, the diagonal line crosses the top row boundary. The next diagonal line is started 4 modules to the right in the top row, or in the case of the 8 x 8 mapping matrix, 3 modules right and 1 module down; i.e. the diagonal line is always displaced by 4 modules. Symbol characters are numbered in order, based on the placement path crossing module 8. Thus the next characters are determined by the downward diagonal line crossing modules 4.8, 5.8, 6.8 and so on.

g)  As shown in Figure F.8, the placement path continues as diagonal lines four modules to the right (or four modules down, or combinations thereof) from the previous diagonal line. The first, and all odd numbered, diagonal lines map the symbol character sequence from bottom left to top right. The second, and all even numbered, diagonal lines map the symbol character sequence from the top right to the bottom left.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2783

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)



**Figure F.8 — Symbol character placement sequence**

h) When the placement path encounters a non-standard symbol character shape, which is not completely contained within the boundaries of the mapping matrix, that symbol character is continued on the opposite side of the matrix. This has the effect of numbering the opposite portions of these symbol characters before the placement path crosses that position. For example, in the illustrated mapping matrix (see Figure F.8) the other portions of symbol character 3 and 7 are pre-numbered before the placement path crosses them. Thus the placement path only numbers un-numbered symbol characters. These boundary and corner conditions are specified in Table F.1. This can be seen in Figure F.8 for symbol characters 1, 3, 4, and 7. The corner conditions also affect the numbering sequence. The bottom left corner as illustrated in:

Figure F.3 is numbered immediately before the symbol character above it (see Figures F.11 and F.18 for examples).

Figure F.4 is numbered immediately before the symbol character above it (see Figures F.12 and F.19 for examples).

Figure F.5 is numbered immediately after the symbol character to its right (see Figure F.13 for an example).

Figure F.6 is numbered immediately before the symbol character above it (see Figure F.15 for an example).

The remaining modules of the corner are numbered before the placement path crosses them.

i) The placement procedure continues until all symbol characters are placed, and it ends in the lower right of the mapping matrix. Four sizes of mapping matrix (10 x 10, 14 x 14, 18 x 18, and 22 x 22) have a 2 x 2 area remaining in the bottom right hand corner. The top left and bottom right modules of this area are dark (nominally encoding binary 1). This is illustrated in Figure F.8.

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2784

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

Typical mapping matrices conforming to this procedure are illustrated in F.3. Figures F.9 to F.15 cover respective cases 1 to 7 for boundary placement. Figures F.16 to F.19 are another set of examples for cases 1 to 4. F.1 provides a C language program capable of mapping all encoded bits into the appropriate mapping matrix.

## F.3  Symbol character placement examples for ECC 200



**Figure F.9 — Codeword placement for square mapping matrix of size 8**



**Figure F.10 — Codeword placement for square mapping matrix of size 10**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2785

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

| 2.1 | 2.2 | 3.6 | 3.7 | 3.8 | 4.3 | 4.4 | 4.5 | 13.1 | 13.2 | 8.4 | 8.5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.3 | 2.4 | 2.5 | 5.1 | 5.2 | 4.6 | 4.7 | 4.8 | 13.3 | 13.4 | 13.5 | 8.6 |
| 2.6 | 2.7 | 2.8 | 5.3 | 5.4 | 5.5 | 12.1 | 12.2 | 13.6 | 13.7 | 13.8 | 8.7 |
| 1.5 | 6.1 | 6.2 | 5.6 | 5.7 | 5.8 | 12.3 | 12.4 | 12.5 | 14.1 | 14.2 | 8.8 |
| 1.8 | 6.3 | 6.4 | 6.5 | 11.1 | 11.2 | 12.6 | 12.7 | 12.8 | 14.3 | 14.4 | 14.5 |
| 7.2 | 6.6 | 6.7 | 6.8 | 11.3 | 11.4 | 11.5 | 15.1 | 15.2 | 14.6 | 14.7 | 14.8 |
| 7.4 | 7.5 | 10.1 | 10.2 | 11.6 | 11.7 | 11.8 | 15.3 | 15.4 | 15.5 | 1.1 | 1.2 |
| 7.7 | 7.8 | 10.3 | 10.4 | 10.5 | 16.1 | 16.2 | 15.6 | 15.7 | 15.8 | 1.3 | 1.4 |
| 9.1 | 9.2 | 10.6 | 10.7 | 10.8 | 16.3 | 16.4 | 16.5 | 18.1 | 18.2 | 1.6 | 1.7 |
| 9.3 | 9.4 | 9.5 | 17.1 | 17.2 | 16.6 | 16.7 | 16.8 | 18.3 | 18.4 | 18.5 | 7.1 |
| 9.6 | 9.7 | 9.8 | 17.3 | 17.4 | 17.5 | 3.1 | 3.2 | 18.6 | 18.7 | 18.8 | 7.3 |
| 8.1 | 8.2 | 8.3 | 17.6 | 17.7 | 17.8 | 3.3 | 3.4 | 3.5 | 4.1 | 4.2 | 7.6 |

Figure F.11 — Codeword placement for square mapping matrix of size 12

| 2.1 | 2.2 | 3.6 | 3.7 | 3.8 | 4.3 | 4.4 | 4.5 | 13.1 | 13.2 | 8.4 | 8.5 | 8.6 | 8.7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.3 | 2.4 | 2.5 | 5.1 | 5.2 | 4.6 | 4.7 | 4.8 | 13.3 | 13.4 | 13.5 | 14.1 | 14.2 | 8.8 |
| 2.6 | 2.7 | 2.8 | 5.3 | 5.4 | 5.5 | 12.1 | 12.2 | 13.6 | 13.7 | 13.8 | 14.3 | 14.4 | 14.5 |
| 1.5 | 6.1 | 6.2 | 5.6 | 5.7 | 5.8 | 12.3 | 12.4 | 12.5 | 15.1 | 15.2 | 14.6 | 14.7 | 14.8 |
| 1.8 | 6.3 | 6.4 | 6.5 | 11.1 | 11.2 | 12.6 | 12.7 | 12.8 | 15.3 | 15.4 | 15.5 | 1.1 | 1.2 |
| 7.2 | 6.6 | 6.7 | 6.8 | 11.3 | 11.4 | 11.5 | 16.1 | 16.2 | 15.6 | 15.7 | 15.8 | 1.3 | 1.4 |
| 7.4 | 7.5 | 10.1 | 10.2 | 11.6 | 11.7 | 11.8 | 16.3 | 16.4 | 16.5 | 22.1 | 22.2 | 1.6 | 1.7 |
| 7.7 | 7.8 | 10.3 | 10.4 | 10.5 | 17.1 | 17.2 | 16.6 | 16.7 | 16.8 | 22.3 | 22.4 | 22.5 | 7.1 |
| 9.1 | 9.2 | 10.6 | 10.7 | 10.8 | 17.3 | 17.4 | 17.5 | 21.1 | 21.2 | 22.6 | 22.7 | 22.8 | 7.3 |
| 9.3 | 9.4 | 9.5 | 18.1 | 18.2 | 17.6 | 17.7 | 17.8 | 21.3 | 21.4 | 21.5 | 23.1 | 23.2 | 7.6 |
| 9.6 | 9.7 | 9.8 | 18.3 | 18.4 | 18.5 | 20.1 | 20.2 | 21.6 | 21.7 | 21.8 | 23.3 | 23.4 | 23.5 |
| 8.1 | 19.1 | 19.2 | 18.6 | 18.7 | 18.8 | 20.3 | 20.4 | 20.5 | 24.1 | 24.2 | 23.6 | 23.7 | 23.8 |
| 8.2 | 19.3 | 19.4 | 19.5 | 3.1 | 3.2 | 20.6 | 20.7 | 20.8 | 24.3 | 24.4 | 24.5 | BLK | WHT |
| 8.3 | 19.6 | 19.7 | 19.8 | 3.3 | 3.4 | 3.5 | 4.1 | 4.2 | 24.6 | 24.7 | 24.8 | WHT | BLK |

Figure F.12 — Codeword placement for square mapping matrix of size 14

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2786

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

| 2.1 | 2.2 | 3.6 | 3.7 | 3.8 | 4.3 | 4.4 | 4.5 | 9.1 | 9.2 | 10.6 | 10.7 | 10.8 | 7.3 | 7.4 | 7.5 |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|-----|-----|-----|
| 2.3 | 2.4 | 2.5 | 5.1 | 5.2 | 4.6 | 4.7 | 4.8 | 9.3 | 9.4 | 9.5 | 11.1 | 11.2 | 7.6 | 7.7 | 7.8 |
| 2.6 | 2.7 | 2.8 | 5.3 | 5.4 | 5.5 | 8.1 | 8.2 | 9.6 | 9.7 | 9.8 | 11.3 | 11.4 | 11.5 | 1.1 | 1.2 |
| 1.5 | 6.1 | 6.2 | 5.6 | 5.7 | 5.8 | 8.3 | 8.4 | 8.5 | 12.1 | 12.2 | 11.6 | 11.7 | 11.8 | 1.3 | 1.4 |
| 1.8 | 6.3 | 6.4 | 6.5 | 3.1 | 3.2 | 8.6 | 8.7 | 8.8 | 12.3 | 12.4 | 12.5 | 10.1 | 10.2 | 1.6 | 1.7 |
| 7.1 | 6.6 | 6.7 | 6.8 | 3.3 | 3.4 | 3.5 | 4.1 | 4.2 | 12.6 | 12.7 | 12.8 | 10.3 | 10.4 | 10.5 | 7.2 |

**Figure F.13 — Codeword placement for 6 x 16 rectangular mapping matrix**

| 2.1 | 2.2 | 3.6 | 3.7 | 3.8 | 4.3 | 4.4 | 4.5 | 11.1 | 11.2 | 12.6 | 12.7 | 12.8 | 13.3 | 13.4 | 13.5 | 21.1 | 21.2 | 22.6 | 22.7 | 22.8 | 23.3 | 23.4 | 23.5 |
|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2.3 | 2.4 | 2.5 | 5.1 | 5.2 | 4.6 | 4.7 | 4.8 | 11.3 | 11.4 | 11.5 | 14.1 | 14.2 | 13.6 | 13.7 | 13.8 | 21.3 | 21.4 | 21.5 | 24.1 | 24.2 | 23.6 | 23.7 | 23.8 |
| 2.6 | 2.7 | 2.8 | 5.3 | 5.4 | 5.5 | 10.1 | 10.2 | 11.6 | 11.7 | 11.8 | 14.3 | 14.4 | 14.5 | 20.1 | 20.2 | 21.6 | 21.7 | 21.8 | 24.3 | 24.4 | 24.5 | 1.1 | 1.2 |
| 1.5 | 6.1 | 6.2 | 5.6 | 5.7 | 5.8 | 10.3 | 10.4 | 10.5 | 15.1 | 15.2 | 14.6 | 14.7 | 14.8 | 20.3 | 20.4 | 20.5 | 25.1 | 25.2 | 24.6 | 24.7 | 24.8 | 1.3 | 1.4 |
| 1.8 | 6.3 | 6.4 | 6.5 | 9.1 | 9.2 | 10.6 | 10.7 | 10.8 | 15.3 | 15.4 | 15.5 | 19.1 | 19.2 | 20.6 | 20.7 | 20.8 | 25.3 | 25.4 | 25.5 | 29.1 | 29.2 | 1.6 | 1.7 |
| 7.2 | 6.6 | 6.7 | 6.8 | 9.3 | 9.4 | 9.5 | 16.1 | 16.2 | 15.6 | 15.7 | 15.8 | 19.3 | 19.4 | 19.5 | 26.1 | 26.2 | 25.6 | 25.7 | 25.8 | 29.3 | 29.4 | 29.5 | 7.1 |
| 7.4 | 7.5 | 8.1 | 8.2 | 9.6 | 9.7 | 9.8 | 16.3 | 16.4 | 16.5 | 18.1 | 18.2 | 19.6 | 19.7 | 19.8 | 26.3 | 26.4 | 26.5 | 28.1 | 28.2 | 29.6 | 29.7 | 29.8 | 7.3 |
| 7.7 | 7.8 | 8.3 | 8.4 | 8.5 | 16.6 | 16.7 | 16.8 | 17.1 | 17.2 | 18.3 | 18.4 | 18.5 | 27.1 | 27.2 | 26.6 | 26.7 | 26.8 | 28.3 | 28.4 | 28.5 | 30.1 | 30.2 | 7.6 |
| 3.1 | 3.2 | 8.6 | 8.7 | 8.8 | 17.3 | 17.4 | 17.5 | 12.1 | 12.2 | 18.6 | 18.7 | 18.8 | 27.3 | 27.4 | 27.5 | 22.1 | 22.2 | 28.6 | 28.7 | 28.8 | 30.3 | 30.4 | 30.5 |
| 3.3 | 3.4 | 3.5 | 4.1 | 4.2 | 17.6 | 17.7 | 17.8 | 12.3 | 12.4 | 12.5 | 13.1 | 13.2 | 27.6 | 27.7 | 27.8 | 22.3 | 22.4 | 22.5 | 23.1 | 23.2 | 30.6 | 30.7 | 30.8 |

**Figure F.14 — Codeword placement for 10 x 24 rectangular mapping matrix**

| 2.1 | 2.2 | 3.6 | 3.7 | 3.8 | 4.3 | 4.4 | 4.5 | 8.1 | 8.2 | 9.6 | 9.7 | 9.8 | 10.3 | 10.4 | 10.5 | 14.1 | 14.2 | 15.6 | 15.7 | 15.8 | 16.3 | 16.4 | 16.5 | 20.1 | 20.2 | 1.4 | 1.5 |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|-----|-----|
| 2.3 | 2.4 | 2.5 | 5.1 | 5.2 | 4.6 | 4.7 | 4.8 | 8.4 | 8.5 | 11.1 | 11.2 | 10.6 | 10.7 | 10.8 | 13.1 | 14.3 | 14.4 | 14.5 | 17.1 | 16.6 | 16.7 | 16.8 | 20.3 | 20.4 | 20.5 | 1.6 |  |
| 2.6 | 2.7 | 2.8 | 5.3 | 5.4 | 5.5 | 7.1 | 7.2 | 8.6 | 8.7 | 8.8 | 11.3 | 11.4 | 11.5 | 13.2 | 13.4 | 14.6 | 14.7 | 14.8 | 17.3 | 17.4 | 18.9 | 19.6 | 20.6 | 20.7 | 20.8 | 1.7 |  |
| 1.1 | 6.1 | 6.2 | 5.6 | 5.7 | 5.8 | 7.3 | 7.4 | 7.5 | 12.1 | 12.2 | 11.6 | 11.7 | 11.8 | 13.3 | 13.4 | 13.5 | 18.1 | 18.2 | 17.7 | 17.5 | 19.7 | 19.4 | 19.5 | 20.1 | 21.2 | 1.8 |  |
| 1.2 | 6.3 | 6.4 | 6.5 | 3.1 | 3.2 | 7.6 | 7.7 | 7.8 | 12.3 | 12.4 | 12.5 | 9.1 | 9.2 | 13.6 | 13.7 | 13.8 | 18.3 | 18.4 | 18.5 | 19.1 | 19.2 | 19.7 | 19.8 | 21.3 | 21.4 | 21.5 |  |
| 1.3 | 6.6 | 6.7 | 6.8 | 3.3 | 3.4 | 3.5 | 4.1 | 4.2 | 12.6 | 12.7 | 12.8 | 9.3 | 9.4 | 9.5 | 13.1 | 13.2 | 18.6 | 18.7 | 18.8 | 15.3 | 15.4 | 15.5 | 16.1 | 16.2 | 21.7 | 21.8 |  |

**Figure F.15 — Codeword placement for 6 x 28 rectangular mapping matrix**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2787

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | 2.2 | 3.6 | 3.7 | 3.8 | 6.3 | 4.4 | 4.5 | 13.1 | 13.2 | 14.6 | 14.7 | 14.8 | 15.3 | 15.4 | 15.5 |
| 2.3 | 2.4 | 2.5 | 5.1 | 5.2 | 4.6 | 4.7 | 4.8 | 13.3 | 13.4 | 13.5 | 16.1 | 16.2 | 15.6 | 15.7 | 15.8 |
| 2.6 | 2.7 | 2.8 | 5.3 | 5.4 | 5.5 | 12.1 | 12.2 | 13.6 | 13.7 | 13.8 | 16.3 | 16.4 | 16.5 | 1.1 | 1.2 |
| 1.5 | 6.1 | 6.2 | 5.6 | 5.7 | 5.8 | 12.3 | 12.4 | 12.5 | 17.1 | 17.2 | 16.6 | 16.7 | 16.8 | 1.3 | 1.4 |
| 1.8 | 6.3 | 6.4 | 6.5 | 11.1 | 11.2 | 12.6 | 12.7 | 12.8 | 17.3 | 17.4 | 17.5 | 27.1 | 27.2 | 1.6 | 1.7 |
| 7.2 | 6.6 | 6.7 | 6.8 | 11.3 | 11.4 | 11.5 | 18.1 | 18.2 | 17.6 | 17.7 | 17.8 | 27.3 | 27.4 | 27.5 | 7.1 |
| 7.4 | 7.5 | 10.1 | 10.2 | 11.6 | 11.7 | 11.8 | 18.3 | 18.4 | 18.5 | 26.1 | 26.2 | 27.6 | 27.7 | 27.8 | 7.3 |
| 7.7 | 7.8 | 10.3 | 10.4 | 10.5 | 19.1 | 19.2 | 18.6 | 18.7 | 18.8 | 26.3 | 26.4 | 26.5 | 28.1 | 28.2 | 7.6 |
| 9.1 | 9.2 | 10.6 | 10.7 | 10.8 | 19.3 | 19.4 | 19.5 | 25.1 | 25.2 | 26.6 | 26.7 | 26.8 | 28.3 | 28.4 | 28.5 |
| 9.3 | 9.4 | 9.5 | 20.1 | 20.2 | 19.6 | 19.7 | 19.8 | 25.3 | 25.4 | 25.5 | 29.1 | 29.2 | 28.6 | 28.7 | 28.8 |
| 9.6 | 9.7 | 9.8 | 20.3 | 20.4 | 20.5 | 24.1 | 24.2 | 25.6 | 25.7 | 25.8 | 29.3 | 29.4 | 29.5 | 8.1 | 8.2 |
| 8.5 | 21.1 | 21.2 | 20.6 | 20.7 | 20.8 | 24.3 | 24.4 | 24.5 | 30.1 | 30.2 | 29.6 | 29.7 | 29.8 | 8.3 | 8.4 |
| 8.8 | 21.3 | 21.4 | 21.5 | 23.1 | 23.2 | 24.6 | 24.7 | 24.8 | 30.3 | 30.4 | 30.5 | 32.1 | 32.2 | 8.6 | 8.7 |
| 22.2 | 21.6 | 21.7 | 21.8 | 23.3 | 23.4 | 23.5 | 31.1 | 31.2 | 30.6 | 30.7 | 30.8 | 32.3 | 32.4 | 32.5 | 22.1 |
| 22.4 | 22.5 | 3.1 | 3.2 | 23.6 | 23.7 | 23.8 | 31.3 | 31.4 | 31.5 | 14.1 | 14.2 | 32.6 | 32.7 | 32.8 | 22.3 |
| 22.7 | 22.8 | 3.3 | 3.4 | 3.5 | 4.1 | 4.2 | 31.6 | 31.7 | 31.8 | 14.3 | 14.4 | 14.5 | 15.1 | 15.2 | 22.6 |

Figure F.16 — Codeword placement for square mapping matrix of size 16

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | 2.2 | 3.6 | 3.7 | 3.8 | 6.3 | 4.4 | 4.5 | 13.1 | 13.2 | 14.6 | 14.7 | 14.8 | 25.3 | 15.4 | 15.5 | 1.1 | 1.2 |
| 2.3 | 2.4 | 2.5 | 5.1 | 5.2 | 4.6 | 4.7 | 4.8 | 13.3 | 13.4 | 13.5 | 16.1 | 16.2 | 15.6 | 15.7 | 15.8 | 1.3 | 1.4 |
| 2.6 | 2.7 | 2.8 | 5.3 | 5.4 | 5.5 | 12.1 | 12.2 | 13.6 | 13.7 | 13.8 | 16.3 | 16.4 | 16.5 | 29.1 | 29.2 | 1.6 | 1.7 |
| 1.5 | 6.1 | 6.2 | 5.6 | 5.7 | 5.8 | 12.3 | 12.4 | 12.5 | 17.1 | 17.2 | 16.6 | 16.7 | 16.8 | 29.3 | 29.4 | 29.5 | 7.1 |
| 1.8 | 6.3 | 6.4 | 6.5 | 11.1 | 11.2 | 12.6 | 12.7 | 12.8 | 17.3 | 17.4 | 17.5 | 28.1 | 28.2 | 29.6 | 29.7 | 29.8 | 7.3 |
| 7.2 | 6.6 | 6.7 | 6.8 | 11.3 | 11.4 | 11.5 | 18.1 | 18.2 | 17.6 | 17.7 | 17.8 | 28.3 | 28.4 | 28.5 | 30.1 | 30.2 | 7.6 |
| 7.4 | 7.5 | 10.1 | 10.2 | 11.6 | 11.7 | 11.8 | 18.3 | 18.4 | 18.5 | 27.1 | 27.2 | 28.6 | 28.7 | 28.8 | 30.3 | 30.4 | 30.5 |
| 7.7 | 7.8 | 10.3 | 10.4 | 10.5 | 19.1 | 19.2 | 18.6 | 18.7 | 18.8 | 27.3 | 27.4 | 27.5 | 31.1 | 31.2 | 30.6 | 30.7 | 30.8 |
| 9.1 | 9.2 | 10.6 | 10.7 | 10.8 | 19.3 | 19.4 | 19.5 | 26.1 | 26.2 | 27.6 | 27.7 | 27.8 | 31.3 | 31.4 | 31.5 | 8.1 | 8.2 |
| 9.3 | 9.4 | 9.5 | 20.1 | 20.2 | 19.6 | 19.7 | 19.8 | 26.3 | 26.4 | 26.5 | 32.1 | 32.2 | 31.6 | 31.7 | 31.8 | 8.3 | 8.4 |
| 9.6 | 9.7 | 9.8 | 20.3 | 20.4 | 20.5 | 25.1 | 25.2 | 26.6 | 26.7 | 26.8 | 32.3 | 32.4 | 32.5 | 38.1 | 38.2 | 8.6 | 8.7 |
| 8.5 | 21.1 | 21.2 | 20.6 | 20.7 | 20.8 | 25.3 | 25.4 | 25.5 | 33.1 | 33.2 | 32.6 | 32.7 | 32.8 | 38.3 | 38.4 | 38.5 | 22.1 |
| 8.8 | 21.3 | 21.4 | 21.5 | 24.1 | 24.2 | 25.6 | 25.7 | 25.8 | 33.3 | 33.4 | 33.5 | 37.1 | 37.2 | 38.6 | 38.7 | 38.8 | 22.3 |
| 22.2 | 21.6 | 21.7 | 21.8 | 24.3 | 24.4 | 24.5 | 34.1 | 34.2 | 33.6 | 33.7 | 33.8 | 37.3 | 37.4 | 37.5 | 39.1 | 39.2 | 22.6 |
| 22.4 | 22.5 | 23.1 | 23.2 | 24.6 | 24.7 | 24.8 | 34.3 | 34.4 | 34.5 | 36.1 | 36.2 | 37.6 | 37.7 | 37.8 | 39.3 | 39.4 | 39.5 |
| 22.7 | 22.8 | 23.3 | 23.4 | 23.5 | 35.1 | 35.2 | 34.6 | 34.7 | 34.8 | 36.3 | 36.4 | 36.5 | 40.1 | 40.2 | 39.6 | 39.7 | 39.8 |
| 1.1 | 3.2 | 23.6 | 23.7 | 23.8 | 35.3 | 35.4 | 35.5 | 14.1 | 14.2 | 36.6 | 36.7 | 36.8 | 40.3 | 40.4 | 40.5 | BLK | WHT |
| 3.3 | 3.4 | 3.5 | 4.1 | 4.2 | 35.6 | 35.7 | 35.8 | 14.3 | 14.4 | 14.5 | 15.1 | 15.2 | 40.6 | 40.7 | 40.8 | WHT | BLK |

Figure F.17 — Codeword placement for square mapping matrix of size 18

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2788

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)



**Figure F.18 — Codeword placement for square mapping matrix of size 20**



**Figure F.19 — Codeword placement for square mapping matrix of size 22**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2789

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## Annex G
(normative)

## ECC 000 - 140 symbol attributes

**Table G.1 — ECC 000**

| Symbol size[a] | | Data region size | | Numeric capacity | Alphanum capacity | 8-bit byte capacity | % of codewords used for error correction | % correctable |
|---|---|---|---|---|---|---|---|---|
| Row | Col | Row | Col | | | | | |
| 9 | 9 | 7 | 7 | 3 | 2 | 1 | 0,0 | 0,0 |
| 11 | 11 | 9 | 9 | 12 | 8 | 5 | 0,0 | 0,0 |
| 13 | 13 | 11 | 11 | 24 | 16 | 10 | 0,0 | 0,0 |
| 15 | 15 | 13 | 13 | 37 | 25 | 16 | 0,0 | 0,0 |
| 17 | 17 | 15 | 15 | 53 | 35 | 23 | 0,0 | 0,0 |
| 19 | 19 | 17 | 17 | 72 | 48 | 31 | 0,0 | 0,0 |
| 21 | 21 | 19 | 19 | 92 | 61 | 40 | 0,0 | 0,0 |
| 23 | 23 | 21 | 21 | 115 | 76 | 50 | 0,0 | 0,0 |
| 25 | 25 | 23 | 23 | 140 | 93 | 61 | 0,0 | 0,0 |
| 27 | 27 | 25 | 25 | 168 | 112 | 73 | 0,0 | 0,0 |
| 29 | 29 | 27 | 27 | 197 | 131 | 86 | 0,0 | 0,0 |
| 31 | 31 | 29 | 29 | 229 | 153 | 100 | 0,0 | 0,0 |
| 33 | 33 | 31 | 31 | 264 | 176 | 115 | 0,0 | 0,0 |
| 35 | 35 | 33 | 33 | 300 | 200 | 131 | 0,0 | 0,0 |
| 37 | 37 | 35 | 35 | 339 | 226 | 148 | 0,0 | 0,0 |
| 39 | 39 | 37 | 37 | 380 | 253 | 166 | 0,0 | 0,0 |
| 41 | 41 | 39 | 39 | 424 | 282 | 185 | 0,0 | 0,0 |
| 43 | 43 | 41 | 41 | 469 | 313 | 205 | 0,0 | 0,0 |
| 45 | 45 | 43 | 43 | 500 | 345 | 226 | 0,0 | 0,0 |
| 47 | 47 | 45 | 45 | 560 | 378 | 248 | 0,0 | 0,0 |
| 49 | 49 | 47 | 47 | 596 | 413 | 271 | 0,0 | 0,0 |
| [a] excluding quiet zones | | | | | | | | |

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2790

**Table G.2 — ECC 050**

| Symbol size[a] | | Data region size | | Numeric capacity | Alphanum. capacity | 8-bit byte capacity | % of codewords used for error correction | % correctable |
|---|---|---|---|---|---|---|---|---|
| Row | Col | Row | Col | | | | | |
| 11 | 11 | 9 | 9 | 1 | 1 | 0[b] | 25,0 | 2,8 |
| 13 | 13 | 11 | 11 | 10 | 6 | 4 | 25,0 | 2,8 |
| 15 | 15 | 13 | 13 | 20 | 13 | 9 | 25,0 | 2,8 |
| 17 | 17 | 15 | 15 | 32 | 21 | 14 | 25,0 | 2,8 |
| 19 | 19 | 17 | 17 | 46 | 30 | 20 | 25,0 | 2,8 |
| 21 | 21 | 19 | 19 | 61 | 41 | 27 | 25,0 | 2,8 |
| 23 | 23 | 21 | 21 | 78 | 52 | 34 | 25,0 | 2,8 |
| 25 | 25 | 23 | 23 | 97 | 65 | 42 | 25,0 | 2,8 |
| 27 | 27 | 25 | 25 | 118 | 78 | 51 | 25,0 | 2,8 |
| 29 | 29 | 27 | 27 | 140 | 93 | 61 | 25,0 | 2,8 |
| 31 | 31 | 29 | 29 | 164 | 109 | 72 | 25,0 | 2,8 |
| 33 | 33 | 31 | 31 | 190 | 126 | 83 | 25,0 | 2,8 |
| 35 | 35 | 33 | 33 | 217 | 145 | 95 | 25,0 | 2,8 |
| 37 | 37 | 35 | 35 | 246 | 164 | 108 | 25,0 | 2,8 |
| 39 | 39 | 37 | 37 | 277 | 185 | 121 | 25,0 | 2,8 |
| 41 | 41 | 39 | 39 | 310 | 206 | 135 | 25,0 | 2,8 |
| 43 | 43 | 41 | 41 | 344 | 229 | 150 | 25,0 | 2,8 |
| 45 | 45 | 43 | 43 | 380 | 253 | 166 | 25,0 | 2,8 |
| 47 | 47 | 45 | 45 | 418 | 278 | 183 | 25,0 | 2,8 |
| 49 | 49 | 47 | 47 | 457 | 305 | 200 | 25,0 | 2,8 |

[a]   excluding quiet zone

[b]   this combination is not possible

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2791

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table G.3 — ECC 080**

| Symbol size[a] | | Data region size | | Numeric capacity | Alphanum. capacity | 8-bit byte capacity | % of codewords used for error correction | % correctable |
|------|------|------|------|------|------|------|------|------|
| Row | Col | Row | Col | | | | | |
| 13 | 13 | 11 | 11 | 4 | 3 | 2 | 33,3 | 5,5 |
| 15 | 15 | 13 | 13 | 13 | 9 | 6 | 33,3 | 5,5 |
| 17 | 17 | 15 | 15 | 24 | 16 | 10 | 33,3 | 5,5 |
| 19 | 19 | 17 | 17 | 36 | 24 | 16 | 33,3 | 5,5 |
| 21 | 21 | 19 | 19 | 50 | 33 | 22 | 33,3 | 5,5 |
| 23 | 23 | 21 | 21 | 65 | 43 | 28 | 33,3 | 5,5 |
| 25 | 25 | 23 | 23 | 82 | 54 | 36 | 33,3 | 5,5 |
| 27 | 27 | 25 | 25 | 100 | 67 | 44 | 33,3 | 5,5 |
| 29 | 29 | 27 | 27 | 120 | 80 | 52 | 33,3 | 5,5 |
| 31 | 31 | 29 | 29 | 141 | 94 | 62 | 33,3 | 5,5 |
| 33 | 33 | 31 | 31 | 164 | 109 | 72 | 33,3 | 5,5 |
| 35 | 35 | 33 | 33 | 188 | 125 | 82 | 33,3 | 5,5 |
| 37 | 37 | 35 | 35 | 214 | 143 | 94 | 33,3 | 5,5 |
| 39 | 39 | 37 | 37 | 242 | 161 | 106 | 33,3 | 5,5 |
| 41 | 41 | 39 | 39 | 270 | 180 | 118 | 33,3 | 5,5 |
| 43 | 43 | 41 | 41 | 301 | 201 | 132 | 33,3 | 5,5 |
| 45 | 45 | 43 | 43 | 333 | 222 | 146 | 33,3 | 5,5 |
| 47 | 47 | 45 | 45 | 366 | 244 | 160 | 33,3 | 5,5 |
| 49 | 49 | 47 | 47 | 402 | 268 | 176 | 33,3 | 5,5 |

a    excluding quiet zones

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2792

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table G.4 — ECC 100**

| Symbol size[a] | | Data region size | | Numeric capacity | Alphanum. capacity | 8-bit byte capacity | % of codewords used for error correction | % correctable |
|---|---|---|---|---|---|---|---|---|
| Row | Col | Row | Col | | | | | |
| 13 | 13 | 11 | 11 | 1 | 1 | 0[b] | 50,0 | 12,6 |
| 15 | 15 | 13 | 13 | 8 | 5 | 3 | 50,0 | 12,6 |
| 17 | 17 | 15 | 15 | 16 | 11 | 7 | 50,0 | 12,6 |
| 19 | 19 | 17 | 17 | 25 | 17 | 11 | 50,0 | 12,6 |
| 21 | 21 | 19 | 19 | 36 | 24 | 15 | 50,0 | 12,6 |
| 23 | 23 | 21 | 21 | 47 | 31 | 20 | 50,0 | 12,6 |
| 25 | 25 | 23 | 23 | 60 | 40 | 26 | 50,0 | 12,6 |
| 27 | 27 | 25 | 25 | 73 | 49 | 32 | 50,0 | 12,6 |
| 29 | 29 | 27 | 27 | 88 | 59 | 38 | 50,0 | 12,6 |
| 31 | 31 | 29 | 29 | 104 | 69 | 45 | 50,0 | 12,6 |
| 33 | 33 | 31 | 31 | 121 | 81 | 53 | 50,0 | 12,6 |
| 35 | 35 | 33 | 33 | 140 | 93 | 61 | 50,0 | 12,6 |
| 37 | 37 | 35 | 35 | 159 | 106 | 69 | 50,0 | 12,6 |
| 39 | 39 | 37 | 37 | 180 | 120 | 78 | 50,0 | 12,6 |
| 41 | 41 | 39 | 39 | 201 | 134 | 88 | 50,0 | 12,6 |
| 43 | 43 | 41 | 41 | 224 | 149 | 98 | 50,0 | 12,6 |
| 45 | 45 | 43 | 43 | 248 | 165 | 108 | 50,0 | 12,6 |
| 47 | 47 | 45 | 45 | 273 | 182 | 119 | 50,0 | 12,6 |
| 49 | 49 | 47 | 47 | 300 | 200 | 131 | 50,0 | 12,6 |

[a]    excluding quiet zones

[b]    this combination is not possible

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2793

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table G.5 — ECC 140**

| Symbol size[a] | | Data region size | | Numeric capacity | Alphanum. capacity | 8-bit byte capacity | % of codewords used for error correction | % correctable |
|---|---|---|---|---|---|---|---|---|
| Row | Col | Row | Col | | | | | |
| 17 | 17 | 15 | 15 | 2 | 1 | 1 | 75,0 | 25,0 |
| 19 | 19 | 17 | 17 | 6 | 4 | 3 | 75,0 | 25,0 |
| 21 | 21 | 19 | 19 | 12 | 8 | 5 | 75,0 | 25,0 |
| 23 | 23 | 21 | 21 | 17 | 11 | 7 | 75,0 | 25,0 |
| 25 | 25 | 23 | 23 | 24 | 16 | 10 | 75,0 | 25,0 |
| 27 | 27 | 25 | 25 | 30 | 20 | 13 | 75,0 | 25,0 |
| 29 | 29 | 27 | 27 | 38 | 25 | 16 | 75,0 | 25,0 |
| 31 | 31 | 29 | 29 | 46 | 30 | 20 | 75,0 | 25,0 |
| 33 | 33 | 31 | 31 | 54 | 36 | 24 | 75,0 | 25,0 |
| 35 | 35 | 33 | 33 | 64 | 42 | 28 | 75,0 | 25,0 |
| 37 | 37 | 35 | 35 | 73 | 49 | 32 | 75,0 | 25,0 |
| 39 | 39 | 37 | 37 | 84 | 56 | 36 | 75,0 | 25,0 |
| 41 | 41 | 39 | 39 | 94 | 63 | 41 | 75,0 | 25,0 |
| 43 | 43 | 41 | 41 | 106 | 70 | 46 | 75,0 | 25,0 |
| 45 | 45 | 43 | 43 | 118 | 78 | 51 | 75,0 | 25,0 |
| 47 | 47 | 45 | 45 | 130 | 87 | 57 | 75,0 | 25,0 |
| 49 | 49 | 47 | 47 | 144 | 96 | 63 | 75,0 | 25,0 |
| [a] excluding quiet zones | | | | | | | | |

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2794

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## Annex H
(normative)

## ECC 000 - 140 data module placement grids

**Table H.1 — 7 x 7 data**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | 45 | 10 | 38 | 24 | 21 | 1 |
| 12 | 40 | 26 | 5 | 33 | 19 | 47 |
| 22 | 31 | 29 | 15 | 43 | 8 | 36 |
| 34 | 20 | 48 | 13 | 41 | 27 | 6 |
| 44 | 9 | 37 | 23 | 17 | 30 | 16 |
| 39 | 25 | 4 | 32 | 18 | 46 | 11 |
| 0 | 28 | 14 | 42 | 7 | 35 | 3 |

**Table H.2 — 9 x 9 data**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | 19 | 55 | 10 | 46 | 28 | 64 | 73 | 1 |
| 62 | 17 | 53 | 35 | 71 | 8 | 80 | 44 | 26 |
| 49 | 31 | 67 | 4 | 76 | 40 | 22 | 58 | 13 |
| 69 | 6 | 78 | 42 | 24 | 60 | 15 | 51 | 33 |
| 74 | 38 | 20 | 56 | 11 | 47 | 29 | 65 | 37 |
| 25 | 61 | 16 | 52 | 34 | 70 | 7 | 79 | 43 |
| 12 | 48 | 30 | 66 | 63 | 75 | 39 | 21 | 57 |
| 32 | 68 | 5 | 77 | 41 | 23 | 59 | 14 | 50 |
| 0 | 72 | 36 | 18 | 54 | 9 | 45 | 27 | 3 |

**Table H.3 — 11 x 11 data**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 26 | 114 | 70 | 15 | 103 | 59 | 37 | 81 | 4 | 1 |
| 117 | 73 | 18 | 106 | 62 | 40 | 84 | 7 | 95 | 51 | 29 |
| 12 | 100 | 56 | 34 | 78 | 92 | 89 | 45 | 23 | 111 | 67 |
| 65 | 43 | 87 | 10 | 98 | 54 | 32 | 120 | 76 | 21 | 109 |
| 82 | 5 | 93 | 49 | 27 | 115 | 71 | 16 | 104 | 60 | 38 |
| 96 | 52 | 30 | 118 | 74 | 19 | 107 | 63 | 41 | 85 | 8 |
| 24 | 112 | 68 | 13 | 101 | 57 | 35 | 79 | 48 | 90 | 46 |
| 75 | 20 | 108 | 64 | 42 | 86 | 9 | 97 | 53 | 31 | 119 |
| 102 | 58 | 36 | 80 | 77 | 91 | 47 | 25 | 113 | 69 | 14 |
| 39 | 83 | 6 | 94 | 50 | 28 | 116 | 72 | 17 | 105 | 61 |
| 0 | 88 | 44 | 22 | 110 | 66 | 11 | 99 | 55 | 33 | 3 |

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2795

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table H.4 — 13 x 13 data**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 159 | 29 | 133 | 81 | 16 | 120 | 68 | 42 | 146 | 94 | 91 | 1 |
| 37 | 141 | 89 | 24 | 128 | 76 | 50 | 154 | 102 | 11 | 115 | 63 | 167 |
| 83 | 18 | 122 | 70 | 44 | 148 | 96 | 5 | 109 | 57 | 161 | 31 | 135 |
| 125 | 73 | 47 | 151 | 99 | 8 | 112 | 60 | 164 | 34 | 138 | 86 | 21 |
| 40 | 144 | 92 | 107 | 105 | 53 | 157 | 27 | 131 | 79 | 14 | 118 | 66 |
| 103 | 12 | 116 | 64 | 168 | 38 | 142 | 90 | 25 | 129 | 77 | 51 | 155 |
| 110 | 58 | 162 | 32 | 136 | 84 | 19 | 123 | 71 | 45 | 149 | 97 | 6 |
| 165 | 35 | 139 | 87 | 22 | 126 | 74 | 48 | 152 | 100 | 9 | 113 | 61 |
| 132 | 80 | 15 | 119 | 67 | 41 | 145 | 93 | 55 | 106 | 54 | 158 | 28 |
| 23 | 127 | 75 | 49 | 153 | 101 | 10 | 114 | 62 | 166 | 36 | 140 | 88 |
| 69 | 43 | 147 | 95 | 4 | 108 | 56 | 160 | 30 | 134 | 82 | 17 | 121 |
| 150 | 98 | 7 | 111 | 59 | 163 | 33 | 137 | 85 | 20 | 124 | 72 | 46 |
| 0 | 104 | 52 | 156 | 26 | 130 | 78 | 13 | 117 | 65 | 39 | 143 | 3 |

**Table H.5 — 15 x 15 data**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 187 | 37 | 157 | 97 | 217 | 22 | 142 | 82 | 202 | 52 | 172 | 112 | 7 | 1 |
| 41 | 161 | 101 | 221 | 26 | 146 | 86 | 206 | 56 | 176 | 116 | 11 | 131 | 71 | 191 |
| 93 | 213 | 18 | 138 | 78 | 198 | 48 | 168 | 108 | 105 | 123 | 63 | 183 | 33 | 153 |
| 28 | 148 | 88 | 208 | 58 | 178 | 118 | 13 | 133 | 73 | 193 | 43 | 163 | 103 | 223 |
| 80 | 200 | 50 | 170 | 110 | 5 | 125 | 65 | 185 | 35 | 155 | 95 | 215 | 20 | 140 |
| 54 | 174 | 114 | 9 | 129 | 69 | 189 | 39 | 159 | 99 | 219 | 24 | 144 | 84 | 204 |
| 106 | 127 | 121 | 61 | 181 | 31 | 151 | 91 | 211 | 16 | 136 | 76 | 196 | 46 | 166 |
| 134 | 74 | 194 | 44 | 164 | 104 | 224 | 29 | 149 | 89 | 209 | 59 | 179 | 119 | 14 |
| 186 | 36 | 156 | 96 | 216 | 21 | 141 | 81 | 201 | 51 | 171 | 111 | 6 | 126 | 66 |
| 160 | 100 | 220 | 25 | 145 | 85 | 205 | 55 | 175 | 115 | 10 | 130 | 70 | 190 | 40 |
| 212 | 17 | 137 | 77 | 197 | 47 | 167 | 107 | 67 | 122 | 62 | 182 | 32 | 152 | 92 |
| 147 | 87 | 207 | 57 | 177 | 117 | 12 | 132 | 72 | 192 | 42 | 162 | 102 | 222 | 27 |
| 199 | 49 | 169 | 109 | 4 | 124 | 64 | 184 | 34 | 154 | 94 | 214 | 19 | 139 | 79 |
| 173 | 113 | 8 | 128 | 68 | 188 | 38 | 158 | 98 | 218 | 23 | 143 | 83 | 203 | 53 |
| 0 | 120 | 60 | 180 | 30 | 150 | 90 | 210 | 15 | 135 | 75 | 195 | 45 | 165 | 3 |

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2796

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

### Table H.6 — 17 x 17 data

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 69 | 205 | 35 | 171 | 103 | 239 | 18 | 154 | 86 | 222 | 52 | 188 | 120 | 256 | 273 | 1 |
| 220 | 50 | 186 | 118 | 254 | 33 | 169 | 101 | 237 | 67 | 203 | 135 | 271 | 16 | 288 | 152 | 84 |
| 178 | 110 | 246 | 25 | 161 | 93 | 229 | 59 | 195 | 127 | 263 | 8 | 280 | 144 | 76 | 212 | 42 |
| 250 | 29 | 165 | 97 | 233 | 63 | 199 | 131 | 267 | 12 | 284 | 148 | 80 | 216 | 46 | 182 | 114 |
| 157 | 89 | 225 | 55 | 191 | 123 | 259 | 4 | 276 | 140 | 72 | 208 | 38 | 174 | 106 | 242 | 21 |
| 235 | 65 | 201 | 133 | 269 | 14 | 286 | 150 | 82 | 218 | 48 | 184 | 116 | 252 | 31 | 167 | 99 |
| 193 | 125 | 261 | 6 | 278 | 142 | 74 | 210 | 40 | 176 | 108 | 244 | 23 | 159 | 91 | 227 | 57 |
| 265 | 10 | 282 | 146 | 78 | 214 | 44 | 180 | 112 | 248 | 27 | 163 | 95 | 231 | 61 | 197 | 129 |
| 274 | 138 | 70 | 206 | 36 | 172 | 104 | 240 | 19 | 155 | 87 | 223 | 53 | 189 | 121 | 257 | 137 |
| 83 | 219 | 49 | 185 | 117 | 253 | 32 | 168 | 100 | 236 | 66 | 202 | 134 | 270 | 15 | 287 | 151 |
| 41 | 177 | 109 | 245 | 24 | 160 | 92 | 228 | 58 | 194 | 126 | 262 | 7 | 279 | 143 | 75 | 211 |
| 113 | 249 | 28 | 164 | 96 | 232 | 62 | 198 | 130 | 266 | 11 | 283 | 147 | 79 | 215 | 45 | 181 |
| 20 | 156 | 88 | 224 | 54 | 190 | 122 | 258 | 255 | 275 | 139 | 71 | 207 | 37 | 173 | 105 | 241 |
| 98 | 234 | 64 | 200 | 132 | 268 | 13 | 285 | 149 | 81 | 217 | 47 | 183 | 115 | 251 | 30 | 166 |
| 56 | 192 | 124 | 260 | 5 | 277 | 141 | 73 | 209 | 39 | 175 | 107 | 243 | 22 | 158 | 90 | 226 |
| 128 | 264 | 9 | 281 | 145 | 77 | 213 | 43 | 179 | 111 | 247 | 26 | 162 | 94 | 230 | 60 | 196 |
| 0 | 272 | 136 | 68 | 204 | 34 | 170 | 102 | 238 | 17 | 153 | 85 | 221 | 51 | 187 | 119 | 3 |

### Table H.7 — 19 x 19 data

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 82 | 234 | 44 | 348 | 196 | 120 | 272 | 25 | 329 | 177 | 101 | 253 | 63 | 215 | 139 | 291 | 6 | 1 |
| 239 | 49 | 353 | 201 | 125 | 277 | 30 | 334 | 182 | 106 | 258 | 68 | 220 | 144 | 296 | 11 | 315 | 163 | 87 |
| 343 | 191 | 115 | 267 | 20 | 324 | 172 | 96 | 248 | 58 | 210 | 134 | 286 | 310 | 305 | 153 | 77 | 229 | 39 |
| 132 | 284 | 37 | 341 | 189 | 113 | 265 | 75 | 227 | 151 | 303 | 18 | 322 | 170 | 94 | 246 | 56 | 360 | 208 |
| 28 | 332 | 180 | 104 | 256 | 66 | 218 | 142 | 294 | 9 | 313 | 161 | 85 | 237 | 47 | 351 | 199 | 123 | 275 |
| 185 | 109 | 261 | 71 | 223 | 147 | 299 | 14 | 318 | 166 | 90 | 242 | 52 | 356 | 204 | 128 | 280 | 33 | 337 |
| 251 | 61 | 213 | 137 | 289 | 4 | 308 | 156 | 80 | 232 | 42 | 346 | 194 | 118 | 270 | 23 | 327 | 175 | 99 |
| 225 | 149 | 301 | 16 | 320 | 168 | 92 | 244 | 54 | 358 | 206 | 130 | 282 | 35 | 339 | 187 | 111 | 263 | 73 |
| 292 | 7 | 311 | 159 | 83 | 235 | 45 | 349 | 197 | 121 | 273 | 26 | 330 | 178 | 102 | 254 | 64 | 216 | 140 |
| 316 | 164 | 88 | 240 | 50 | 354 | 202 | 126 | 278 | 31 | 335 | 183 | 107 | 259 | 69 | 221 | 145 | 297 | 12 |
| 78 | 230 | 40 | 344 | 192 | 116 | 268 | 21 | 325 | 173 | 97 | 249 | 59 | 211 | 135 | 287 | 158 | 306 | 154 |
| 55 | 359 | 207 | 131 | 283 | 36 | 340 | 188 | 112 | 264 | 74 | 226 | 150 | 302 | 17 | 321 | 169 | 93 | 245 |
| 198 | 122 | 274 | 27 | 331 | 179 | 103 | 255 | 65 | 217 | 141 | 293 | 8 | 312 | 160 | 84 | 236 | 46 | 350 |
| 279 | 32 | 336 | 184 | 108 | 260 | 70 | 222 | 146 | 298 | 13 | 317 | 165 | 89 | 241 | 51 | 355 | 203 | 127 |
| 326 | 174 | 98 | 250 | 60 | 212 | 136 | 288 | 285 | 307 | 155 | 79 | 231 | 41 | 345 | 193 | 117 | 269 | 22 |
| 110 | 262 | 72 | 224 | 148 | 300 | 15 | 319 | 167 | 91 | 243 | 53 | 357 | 205 | 129 | 281 | 34 | 338 | 186 |
| 62 | 214 | 138 | 290 | 5 | 309 | 157 | 81 | 233 | 43 | 347 | 195 | 119 | 271 | 24 | 328 | 176 | 100 | 252 |
| 143 | 295 | 10 | 314 | 162 | 86 | 238 | 48 | 352 | 200 | 124 | 276 | 29 | 333 | 181 | 105 | 257 | 67 | 219 |
| 0 | 304 | 152 | 76 | 228 | 38 | 342 | 190 | 114 | 266 | 19 | 323 | 171 | 95 | 247 | 57 | 209 | 133 | 3 |

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2797

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table H.8 — 21 x 21 data**

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 88 | 424 | 256 | 46 | 382 | 214 | 130 | 298 | 25 | 361 | 193 | 109 | 277 | 67 | 403 | 235 | 151 | 319 | 4 | 1 |
| 437 | 269 | 59 | 395 | 227 | 143 | 311 | 38 | 374 | 206 | 122 | 290 | 80 | 416 | 248 | 164 | 332 | 17 | 353 | 185 | 101 |
| 49 | 385 | 217 | 133 | 301 | 28 | 364 | 196 | 112 | 280 | 70 | 406 | 238 | 154 | 322 | 7 | 343 | 175 | 91 | 427 | 259 |
| 222 | 138 | 306 | 33 | 369 | 201 | 117 | 285 | 75 | 411 | 243 | 159 | 327 | 12 | 348 | 180 | 96 | 432 | 264 | 54 | 390 |
| 295 | 22 | 358 | 190 | 106 | 274 | 64 | 400 | 232 | 148 | 316 | 340 | 337 | 169 | 85 | 421 | 253 | 43 | 379 | 211 | 127 |
| 377 | 209 | 125 | 293 | 83 | 419 | 251 | 167 | 335 | 20 | 356 | 188 | 104 | 440 | 272 | 62 | 398 | 230 | 146 | 314 | 41 |
| 115 | 283 | 73 | 409 | 241 | 157 | 325 | 10 | 346 | 178 | 94 | 430 | 262 | 52 | 388 | 220 | 136 | 304 | 31 | 367 | 199 |
| 78 | 414 | 246 | 162 | 330 | 15 | 351 | 183 | 99 | 435 | 267 | 57 | 393 | 225 | 141 | 309 | 36 | 372 | 204 | 120 | 288 |
| 236 | 152 | 320 | 5 | 341 | 173 | 89 | 425 | 257 | 47 | 383 | 215 | 131 | 299 | 26 | 362 | 194 | 110 | 278 | 68 | 404 |
| 333 | 18 | 354 | 186 | 102 | 438 | 270 | 60 | 396 | 228 | 144 | 312 | 39 | 375 | 207 | 123 | 291 | 81 | 417 | 249 | 165 |
| 344 | 176 | 92 | 428 | 260 | 50 | 386 | 218 | 134 | 302 | 29 | 365 | 197 | 113 | 281 | 71 | 407 | 239 | 155 | 323 | 8 |
| 97 | 433 | 265 | 55 | 391 | 223 | 139 | 307 | 34 | 370 | 202 | 118 | 286 | 76 | 412 | 244 | 160 | 328 | 13 | 349 | 181 |
| 254 | 44 | 380 | 212 | 128 | 296 | 23 | 359 | 191 | 107 | 275 | 65 | 401 | 233 | 149 | 317 | 172 | 338 | 170 | 86 | 422 |
| 397 | 229 | 145 | 313 | 40 | 376 | 208 | 124 | 292 | 82 | 418 | 250 | 166 | 334 | 19 | 355 | 187 | 103 | 439 | 271 | 61 |
| 135 | 303 | 30 | 366 | 198 | 114 | 282 | 72 | 408 | 240 | 156 | 324 | 9 | 345 | 177 | 93 | 429 | 261 | 51 | 387 | 219 |
| 35 | 371 | 203 | 119 | 287 | 77 | 413 | 245 | 161 | 329 | 14 | 350 | 182 | 98 | 434 | 266 | 56 | 392 | 224 | 140 | 308 |
| 192 | 108 | 276 | 66 | 402 | 234 | 150 | 318 | 315 | 339 | 171 | 87 | 423 | 255 | 45 | 381 | 213 | 129 | 297 | 24 | 360 |
| 289 | 79 | 415 | 247 | 163 | 331 | 16 | 352 | 184 | 100 | 436 | 268 | 58 | 394 | 226 | 142 | 310 | 37 | 373 | 205 | 121 |
| 405 | 237 | 153 | 321 | 6 | 342 | 174 | 90 | 426 | 258 | 48 | 384 | 216 | 132 | 300 | 27 | 363 | 195 | 111 | 279 | 69 |
| 158 | 326 | 11 | 347 | 179 | 95 | 431 | 263 | 53 | 389 | 221 | 137 | 305 | 32 | 368 | 200 | 116 | 284 | 74 | 410 | 242 |
| 0 | 336 | 168 | 84 | 420 | 252 | 42 | 378 | 210 | 126 | 294 | 21 | 357 | 189 | 105 | 273 | 63 | 399 | 231 | 147 | 3 |

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2798

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## Table H.9 — 23 x 23 data

| 1 | 10 | 355 | 171 | 263 | 447 | 79 | 309 | 493 | 125 | 217 | 401 | 33 | 332 | 516 | 148 | 240 | 424 | 56 | 286 | 470 | 102 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | 200 | 16 | 188 | 361 | 177 | 289 | 453 | 85 | 315 | 499 | 131 | 223 | 407 | 39 | 338 | 522 | 154 | 246 | 430 | 62 | 292 | 476 |
| 280 | 464 | 384 | 479 | 372 | 349 | 165 | 257 | 441 | 364 | 303 | 73 | 487 | 119 | 318 | 211 | 395 | 27 | 226 | 341 | 398 | 50 | |
| 433 | 65 | 96 | 53 | 111 | 203 | 387 | 191 | 19 | 180 | 7 | 456 | 88 | 260 | 444 | 76 | 306 | 450 | 82 | 312 | 214 | 496 | 249 |
| 145 | 237 | 295 | 243 | 283 | 467 | 99 | 473 | 375 | 105 | 197 | 352 | 168 | 358 | 174 | 306 | 450 | 492 | 124 | 314 | 216 | 398 | 513 |
| 335 | 519 | 421 | 507 | 427 | 59 | 191 | 289 | 105 | 277 | 105 | 34 | 408 | 174 | 488 | 89 | 261 | 359 | 175 | 194 | 370 | 6 | 36 |
| 392 | 24 | 151 | 45 | 139 | 231 | 19 | 267 | 277 | 47 | 277 | 77 | 445 | 205 | 370 | 83 | 313 | 469 | 129 | 405 | 37 | 374 | 208 |
| 137 | 229 | 323 | 218 | 344 | 415 | 473 | 451 | 47 | 160 | 47 | 28 | 491 | 83 | 307 | 469 | 101 | 291 | 61 | 429 | 512 | 152 | 505 |
| 310 | 494 | 413 | 500 | 402 | 47 | 289 | 347 | 436 | 21 | 436 | 523 | 28 | 396 | 135 | 307 | 291 | 475 | 291 | 475 | 107 | 428 | 80 |
| 454 | 86 | 126 | 74 | 132 | 252 | 175 | 163 | 149 | 149 | 149 | 396 | 135 | 135 | 307 | 469 | 77 | 417 | 107 | 248 | 35 | 167 | 270 |
| 166 | 258 | 316 | 273 | 304 | 517 | 333 | 21 | 339 | 339 | 339 | 135 | 212 | 40 | 120 | 347 | 61 | 194 | 233 | 509 | 512 | 468 | 350 |
| 20 | 365 | 442 | 353 | 457 | 40 | 445 | 366 | 523 | 523 | 523 | 212 | 40 | 160 | 205 | 194 | 41 | 49 | 141 | 495 | 35 | 216 | 388 |
| 192 | 376 | 181 | 382 | 169 | 408 | 77 | 28 | 28 | 28 | 21 | 40 | 160 | 389 | 370 | 186 | 233 | 417 | 509 | 127 | 144 | 498 | 100 |
| 474 | 106 | 8 | 186 | 14 | 120 | 205 | 491 | 396 | 396 | 396 | 120 | 389 | 205 | 94 | 94 | 340 | 127 | 325 | 219 | 35 | 314 | 290 |
| 48 | 278 | 198 | 297 | 370 | 488 | 370 | 83 | 135 | 135 | 135 | 347 | 205 | 370 | 94 | 340 | 297 | 186 | 141 | 403 | 334 | 196 | 416 |
| 251 | 435 | 462 | 423 | 481 | 89 | 83 | 307 | 307 | 307 | 21 | 194 | 370 | 186 | 340 | 297 | 423 | 58 | 509 | 483 | 518 | 351 | 159 |
| 515 | 147 | 67 | 153 | 55 | 261 | 313 | 101 | 77 | 469 | 347 | 61 | 233 | 94 | 297 | 423 | 58 | 288 | 386 | 472 | 334 | 271 | 331 |
| 38 | 337 | 239 | 509 | 245 | 359 | 469 | 291 | 475 | 291 | 417 | 49 | 417 | 340 | 186 | 58 | 288 | 164 | 233 | 219 | 12 | 179 | 406 |
| 210 | 394 | 521 | 141 | 429 | 175 | 129 | 61 | 291 | 475 | 61 | 141 | 509 | 297 | 141 | 288 | 164 | 18 | 363 | 190 | 380 | 455 | 118 |
| 501 | 133 | 26 | 409 | 61 | 194 | 405 | 429 | 49 | 107 | 233 | 495 | 127 | 127 | 509 | 386 | 509 | 363 | 141 | 325 | 92 | 87 | 317 |
| 75 | 305 | 225 | 311 | 213 | 509 | 37 | 512 | 248 | 248 | 509 | 144 | 328 | 325 | 141 | 233 | 141 | 141 | 495 | 26 | 184 | 259 | 443 |
| 265 | 449 | 81 | 495 | 121 | 325 | 219 | 26 | 35 | 156 | 518 | 35 | 12 | 219 | 483 | 472 | 219 | 509 | 311 | 394 | 368 | 357 | 173 |
| 3 | 161 | 253 | 437 | 69 | 299 | 483 | 115 | 207 | 391 | 23 | 322 | 506 | 138 | 230 | 414 | 46 | 276 | 92 | 184 | 368 | 184 | 0 |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2799

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table H.10 — 25 x 25 data**

| 2 | 603 | 103 | 503 | 303 | 53 | 453 | 253 | 153 | 553 | 353 | 28 | 428 | 228 | 128 | 528 | 328 | 78 | 478 | 278 | 178 | 578 | 378 | 375 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 123 | 523 | 323 | 73 | 473 | 273 | 173 | 573 | 373 | 48 | 348 | 248 | 148 | 548 | 348 | 98 | 498 | 298 | 198 | 598 | 398 | 23 | 423 | 223 | 623 |
| 311 | 61 | 461 | 261 | 161 | 561 | 361 | 36 | 436 | 236 | 136 | 86 | 336 | 86 | 86 | 486 | 186 | 506 | 386 | 11 | 411 | 211 | 611 | 111 | 511 |
| 467 | 267 | 167 | 567 | 367 | 42 | 242 | 242 | 242 | 542 | 92 | 492 | 292 | 580 | 286 | 192 | 392 | 17 | 417 | 217 | 617 | 117 | 517 | 317 | 67 |
| 155 | 555 | 355 | 30 | 430 | 230 | 130 | 330 | 330 | 80 | 480 | 180 | 280 | 180 | 180 | 286 | 405 | 205 | 605 | 105 | 505 | 305 | 55 | 455 | 255 |
| 370 | 45 | 445 | 533 | 145 | 345 | 245 | 95 | 495 | 295 | 195 | 595 | 20 | 20 | 380 | 580 | 620 | 120 | 520 | 320 | 70 | 470 | 270 | 170 | 570 |
| 433 | 233 | 133 | 89 | 333 | 83 | 483 | 283 | 183 | 583 | 383 | 8 | 208 | 608 | 608 | 5 | 508 | 308 | 58 | 458 | 258 | 158 | 558 | 358 | 33 |
| 139 | 539 | 339 | 276 | 489 | 189 | 389 | 589 | 389 | 14 | 414 | 214 | 114 | 514 | 301 | 220 | 64 | 464 | 264 | 164 | 564 | 364 | 39 | 439 | 239 |
| 326 | 76 | 476 | 599 | 176 | 576 | 403 | 403 | 403 | 201 | 601 | 101 | 301 | 51 | 101 | 108 | 251 | 151 | 551 | 351 | 26 | 426 | 226 | 126 | 526 |
| 499 | 299 | 199 | 12 | 399 | 24 | 224 | 624 | 224 | 124 | 524 | 324 | 474 | 274 | 324 | 220 | 574 | 374 | 49 | 449 | 249 | 149 | 549 | 349 | 99 |
| 187 | 587 | 387 | 218 | 412 | 212 | 512 | 112 | 512 | 312 | 62 | 462 | 262 | 162 | 574 | 362 | 37 | 437 | 237 | 137 | 537 | 337 | 87 | 487 | 287 |
| 393 | 18 | 418 | 106 | 618 | 118 | 68 | 318 | 68 | 488 | 288 | 168 | 568 | 368 | 37 | 5 | 243 | 143 | 543 | 343 | 93 | 493 | 293 | 193 | 593 |
| 408 | 206 | 606 | 321 | 506 | 306 | 456 | 256 | 456 | 156 | 556 | 356 | 392 | 346 | 510 | 443 | 531 | 331 | 81 | 481 | 281 | 181 | 581 | 381 | 6 |
| 621 | 121 | 521 | 459 | 71 | 321 | 571 | 171 | 571 | 371 | 356 | 31 | 246 | 231 | 66 | 131 | 331 | 81 | 551 | 296 | 196 | 596 | 396 | 21 | 221 |
| 509 | 309 | 59 | 165 | 259 | 159 | 34 | 359 | 34 | 434 | 234 | 134 | 534 | 546 | 184 | 346 | 184 | 296 | 496 | 384 | 9 | 409 | 209 | 609 | 109 |
| 65 | 465 | 285 | 352 | 565 | 365 | 240 | 440 | 240 | 140 | 540 | 90 | 490 | 84 | 15 | 96 | 284 | 15 | 415 | 215 | 615 | 115 | 515 | 515 | 315 |
| 252 | 152 | 552 | 447 | 27 | 427 | 527 | 227 | 527 | 327 | 77 | 277 | 177 | 290 | 602 | 284 | 590 | 202 | 602 | 215 | 102 | 302 | 52 | 52 | 452 |
| 572 | 372 | 47 | 247 | 147 | 547 | 347 | 97 | 347 | 497 | 597 | 397 | 597 | 177 | 122 | 190 | 203 | 402 | 622 | 102 | 522 | 72 | 472 | 272 | 172 |
| 35 | 435 | 235 | 135 | 535 | 85 | 485 | 197 | 485 | 585 | 185 | 10 | 410 | 410 | 60 | 377 | 422 | 622 | 522 | 60 | 322 | 280 | 160 | 560 | 360 |
| 241 | 141 | 541 | 341 | 91 | 291 | 591 | 285 | 591 | 391 | 16 | 216 | 616 | 616 | 460 | 597 | 222 | 122 | 310 | 466 | 460 | 566 | 366 | 560 | 441 |
| 529 | 329 | 79 | 479 | 279 | 179 | 219 | 591 | 219 | 404 | 566 | 26 | 216 | 596 | 186 | 22 | 316 | 60 | 510 | 266 | 166 | 566 | 366 | 41 | 129 |
| 94 | 494 | 294 | 7 | 394 | 579 | 4 | 404 | 219 | 44 | 354 | 29 | 426 | 396 | 196 | 169 | 169 | 266 | 466 | 186 | 354 | 29 | 144 | 229 | 344 |
| 282 | 182 | 582 | 382 | 213 | 19 | 313 | 191 | 313 | 132 | 144 | 244 | 532 | 581 | 560 | 357 | 254 | 254 | 154 | 554 | 354 | 144 | 244 | 544 | 482 |
| 588 | 338 | 13 | 413 | 613 | 7 | 513 | 213 | 513 | 338 | 488 | 144 | 88 | 21 | 272 | 32 | 438 | 238 | 138 | 538 | 338 | 132 | 332 | 82 | 188 |
| 0 | 400 | 200 | 600 | 100 | 500 | 450 | 250 | 150 | 550 | 350 | 25 | 425 | 225 | 125 | 525 | 325 | 75 | 475 | 175 | 275 | 575 | 175 | 288 | 3 |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2800

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table H.11 — 27 × 27 data**

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 118 | 658 | 550 | 334 | 64 | 498 | 280 | 712 | 172 | 604 | 388 | 37 | 469 | 253 | 685 | 145 | 577 | 361 | 91 | 523 | 307 | 199 | 631 | 415 | 10 | 1 |
| 125 | 341 | 557 | 71 | 503 | 287 | 719 | 179 | 611 | 395 | 44 | 476 | 260 | 692 | 152 | 584 | 368 | 98 | 530 | 314 | 206 | 638 | 422 | 17 | 449 | 233 | 665 |
| 327 | 57 | 489 | 273 | 705 | 165 | 597 | 381 | 30 | 462 | 246 | 678 | 570 | 84 | 354 | 516 | 300 | 192 | 624 | 408 | 457 | 241 | 435 | 673 | 651 | 111 | 543 |
| 511 | 295 | 727 | 187 | 619 | 403 | 52 | 484 | 268 | 700 | 160 | 592 | 106 | 538 | 322 | 214 | 646 | 25 | 457 | 241 | 673 | 133 | 219 | 133 | 565 | 349 | 79 |
| 714 | 174 | 606 | 390 | 39 | 471 | 255 | 687 | 147 | 579 | 363 | 525 | 93 | 201 | 417 | 12 | 444 | 228 | 127 | 329 | 559 | 660 | 120 | 552 | 336 | 66 | 282 |
| 613 | 397 | 46 | 248 | 471 | 255 | 687 | 586 | 370 | 100 | 532 | 316 | 208 | 633 | 451 | 235 | 667 | 127 | 329 | 710 | 170 | 343 | 73 | 505 | 289 | 721 | 181 |
| 32 | 464 | 248 | 157 | 262 | 694 | 356 | 140 | 572 | 302 | 194 | 626 | 410 | 640 | 424 | 113 | 545 | 329 | 710 | 602 | 393 | 491 | 275 | 707 | 167 | 599 | 383 |
| 265 | 697 | 157 | 359 | 680 | 140 | 356 | 572 | 319 | 454 | 238 | 670 | 5 | 437 | 221 | 653 | 76 | 508 | 710 | 292 | 170 | 724 | 184 | 616 | 400 | 49 | 481 |
| 143 | 575 | 359 | 521 | 589 | 262 | 356 | 103 | 535 | 427 | 22 | 454 | 116 | 130 | 562 | 346 | 278 | 710 | 212 | 644 | 42 | 602 | 386 | 35 | 467 | 251 | 683 |
| 366 | 96 | 528 | 312 | 89 | 204 | 636 | 420 | 197 | 224 | 656 | 123 | 339 | 332 | 494 | 177 | 379 | 28 | 414 | 9 | 393 | 42 | 474 | 258 | 690 | 150 | 582 |
| 514 | 298 | 190 | 622 | 406 | 442 | 433 | 15 | 629 | 18 | 555 | 325 | 69 | 501 | 717 | 609 | 28 | 448 | 232 | 460 | 450 | 244 | 676 | 138 | 568 | 352 | 82 |
| 215 | 647 | 431 | 26 | 458 | 242 | 674 | 217 | 134 | 8 | 55 | 271 | 285 | 163 | 595 | 379 | 485 | 650 | 448 | 232 | 701 | 161 | 593 | 377 | 107 | 539 | 323 |
| 418 | 13 | 445 | 229 | 661 | 121 | 553 | 337 | 67 | 231 | 487 | 703 | 271 | 163 | 53 | 289 | 688 | 650 | 110 | 580 | 701 | 364 | 94 | 526 | 310 | 202 | 634 |
| 452 | 236 | 668 | 128 | 560 | 344 | 74 | 506 | 290 | 447 | 715 | 188 | 404 | 40 | 256 | 148 | 587 | 132 | 564 | 101 | 580 | 533 | 317 | 209 | 641 | 425 | 20 |
| 654 | 114 | 546 | 330 | 60 | 492 | 276 | 708 | 168 | 649 | 175 | 620 | 472 | 263 | 155 | 371 | 87 | 218 | 650 | 65 | 303 | 101 | 195 | 627 | 411 | 6 | 222 |
| 563 | 347 | 77 | 509 | 293 | 725 | 185 | 617 | 401 | 614 | 398 | 391 | 695 | 141 | 357 | 519 | 335 | 434 | 132 | 564 | 644 | 428 | 23 | 455 | 239 | 671 | 131 |
| 63 | 495 | 279 | 711 | 171 | 603 | 387 | 36 | 468 | 182 | 614 | 607 | 681 | 573 | 205 | 303 | 551 | 218 | 240 | 348 | 9 | 441 | 225 | 657 | 117 | 549 | 333 |
| 286 | 718 | 178 | 610 | 394 | 43 | 475 | 259 | 691 | 722 | 144 | 47 | 249 | 104 | 637 | 195 | 72 | 421 | 16 | 132 | 232 | 664 | 124 | 556 | 340 | 70 | 502 |
| 164 | 596 | 461 | 29 | 245 | 461 | 677 | 137 | 569 | 290 | 576 | 360 | 158 | 374 | 529 | 627 | 274 | 226 | 650 | 564 | 232 | 650 | 542 | 326 | 488 | 272 | 704 |
| 402 | 51 | 483 | 267 | 159 | 699 | 591 | 375 | 105 | 182 | 684 | 576 | 90 | 522 | 407 | 411 | 183 | 218 | 110 | 348 | 78 | 110 | 56 | 294 | 186 | 618 | 618 |
| 470 | 254 | 267 | 146 | 699 | 159 | 92 | 524 | 308 | 632 | 144 | 205 | 306 | 456 | 226 | 6 | 335 | 132 | 564 | 281 | 497 | 281 | 173 | 294 | 726 | 389 | 38 |
| 693 | 686 | 146 | 578 | 362 | 245 | 677 | 207 | 639 | 200 | 367 | 213 | 90 | 240 | 623 | 239 | 551 | 132 | 65 | 497 | 65 | 180 | 713 | 173 | 605 | 477 | 261 |
| 571 | 153 | 585 | 517 | 146 | 699 | 92 | 315 | 4 | 18 | 321 | 191 | 529 | 24 | 645 | 455 | 342 | 119 | 564 | 78 | 281 | 720 | 612 | 605 | 45 | 247 | 139 |
| 102 | 355 | 85 | 301 | 531 | 426 | 725 | 207 | 237 | 450 | 652 | 443 | 75 | 227 | 659 | 657 | 72 | 551 | 335 | 282 | 598 | 382 | 180 | 396 | 45 | 679 | 372 |
| 304 | 534 | 318 | 210 | 193 | 439 | 21 | 409 | 453 | 666 | 112 | 11 | 345 | 544 | 119 | 117 | 274 | 65 | 48 | 598 | 48 | 480 | 31 | 463 | 156 | 588 | 520 |
| 635 | 196 | 628 | 412 | 642 | 7 | 223 | 655 | 115 | 126 | 18 | 544 | 61 | 328 | 551 | 340 | 183 | 342 | 399 | 250 | 250 | 682 | 264 | 696 | 156 | 358 | 203 |
| 419 | 14 | 446 | 230 | 662 | 439 | 655 | 338 | 68 | 342 | 450 | 277 | 493 | 58 | 385 | 70 | 723 | 169 | 689 | 466 | 149 | 142 | 142 | 574 | 527 | 88 | 88 |
| 432 | 216 | 648 | 108 | 540 | 324 | 54 | 486 | 270 | 594 | 162 | 594 | 378 | 27 | 243 | 675 | 135 | 567 | 351 | 81 | 513 | 581 | 365 | 95 | 297 | 311 | 3 |
| 0 | 432 | 216 | 648 | 108 | 540 | 324 | 54 | 486 | 270 | 702 | 162 | 594 | 27 | 243 | 675 | 135 | 567 | 351 | 81 | 513 | 297 | 189 | 621 | 405 | 189 | |

**79**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2801

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

Table H.12 — 29 × 29 data

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 703 | 123 | 587 | 355 | 819 | 65 | 529 | 297 | 761 | 181 | 645 | 413 | 36 | 268 | 500 | 732 | 152 | 616 | 384 | 94 | 558 | 326 | 790 | 210 | 674 | 442 | 7 | 1 |
| 141 | 605 | 373 | 837 | 83 | 547 | 315 | 779 | 199 | 663 | 431 | 54 | 518 | 170 | 286 | 750 | 634 | 402 | 112 | 576 | 344 | 808 | 228 | 692 | 460 | 25 | 489 | 257 | 721 |
| 359 | 823 | 69 | 533 | 301 | 765 | 185 | 649 | 417 | 40 | 504 | 272 | 736 | 156 | 620 | 388 | 98 | 562 | 330 | 794 | 214 | 678 | 446 | 475 | 243 | 707 | 127 | 591 | |
| 76 | 540 | 308 | 772 | 192 | 656 | 424 | 47 | 279 | 743 | 163 | 627 | 395 | 569 | 105 | 337 | 801 | 221 | 685 | 18 | 453 | 148 | 743 | 380 | 134 | 598 | 366 | 830 | |
| 293 | 757 | 177 | 641 | 409 | 32 | 496 | 424 | 47 | 511 | 148 | 612 | 380 | 90 | 322 | 395 | 105 | 206 | 438 | 435 | 467 | 235 | 18 | 482 | 119 | 583 | 351 | 815 | 525 |
| 201 | 665 | 433 | 56 | 520 | 288 | 172 | 636 | 100 | 728 | 404 | 578 | 346 | 810 | 230 | 694 | 462 | 491 | 259 | 723 | 361 | 143 | 607 | 825 | 375 | 839 | 85 | 549 | 781 |
| 419 | 42 | 506 | 274 | 738 | 158 | 622 | 390 | 564 | 332 | 796 | 216 | 680 | 448 | 13 | 477 | 245 | 709 | 129 | 435 | 593 | 361 | 78 | 542 | 71 | 535 | 303 | 767 | 651 |
| 513 | 281 | 745 | 165 | 629 | 397 | 107 | 571 | 339 | 803 | 223 | 687 | 455 | 20 | 484 | 252 | 716 | 136 | 600 | 368 | 832 | 78 | 295 | 759 | 310 | 774 | 194 | 658 | 49 |
| 730 | 150 | 614 | 382 | 92 | 556 | 324 | 788 | 208 | 672 | 440 | 5 | 469 | 237 | 701 | 121 | 585 | 353 | 817 | 63 | 527 | 295 | 759 | 179 | 643 | 411 | 34 | 498 | 266 |
| 632 | 400 | 110 | 574 | 342 | 806 | 226 | 690 | 458 | 23 | 487 | 255 | 719 | 139 | 603 | 371 | 835 | 81 | 545 | 313 | 777 | 197 | 661 | 429 | 52 | 516 | 284 | 748 | 168 |
| 96 | 560 | 328 | 792 | 212 | 676 | 444 | 9 | 473 | 241 | 705 | 125 | 589 | 357 | 821 | 67 | 531 | 299 | 763 | 183 | 647 | 415 | 38 | 502 | 270 | 734 | 154 | 618 | 386 |
| 335 | 799 | 219 | 683 | 451 | 16 | 480 | 248 | 712 | 132 | 596 | 364 | 828 | 74 | 538 | 306 | 770 | 190 | 654 | 422 | 45 | 509 | 277 | 741 | 161 | 625 | 393 | 103 | 567 |
| 204 | 668 | 436 | 471 | 465 | 233 | 697 | 117 | 581 | 349 | 813 | 59 | 523 | 291 | 755 | 175 | 639 | 407 | 30 | 494 | 262 | 726 | 146 | 610 | 378 | 88 | 552 | 320 | 784 |
| 463 | 28 | 492 | 260 | 724 | 144 | 608 | 376 | 840 | 86 | 550 | 318 | 782 | 202 | 666 | 434 | 57 | 521 | 289 | 753 | 173 | 637 | 405 | 115 | 579 | 347 | 811 | 231 | 695 |
| 478 | 246 | 710 | 130 | 594 | 362 | 826 | 72 | 536 | 304 | 768 | 188 | 652 | 420 | 43 | 507 | 275 | 739 | 159 | 623 | 391 | 101 | 565 | 333 | 797 | 217 | 681 | 449 | 14 |
| 717 | 137 | 601 | 369 | 833 | 79 | 543 | 311 | 775 | 195 | 659 | 427 | 50 | 514 | 282 | 746 | 166 | 630 | 398 | 108 | 572 | 340 | 804 | 224 | 688 | 456 | 21 | 485 | 253 |
| 586 | 354 | 818 | 64 | 528 | 296 | 760 | 180 | 644 | 412 | 35 | 499 | 267 | 731 | 151 | 615 | 383 | 93 | 557 | 325 | 789 | 209 | 673 | 441 | 6 | 470 | 238 | 702 | 122 |
| 836 | 82 | 546 | 314 | 778 | 198 | 662 | 430 | 53 | 517 | 285 | 749 | 169 | 633 | 401 | 111 | 575 | 343 | 807 | 227 | 691 | 459 | 24 | 488 | 256 | 720 | 140 | 604 | 372 |
| 532 | 300 | 764 | 184 | 648 | 416 | 39 | 503 | 271 | 735 | 155 | 619 | 387 | 97 | 561 | 329 | 793 | 213 | 677 | 445 | 10 | 474 | 242 | 706 | 126 | 590 | 358 | 822 | 68 |
| 771 | 191 | 655 | 423 | 46 | 510 | 278 | 742 | 162 | 626 | 394 | 104 | 568 | 336 | 800 | 220 | 684 | 452 | 17 | 481 | 249 | 713 | 133 | 597 | 365 | 75 | 539 | 756 | 307 |
| 640 | 408 | 31 | 495 | 263 | 727 | 118 | 611 | 379 | 89 | 553 | 321 | 785 | 205 | 669 | 437 | 239 | 466 | 234 | 698 | 118 | 582 | 350 | 814 | 60 | 524 | 292 | 631 | 176 |
| 55 | 519 | 287 | 751 | 171 | 635 | 403 | 113 | 577 | 345 | 809 | 229 | 693 | 461 | 26 | 490 | 258 | 722 | 142 | 606 | 374 | 838 | 84 | 548 | 316 | 780 | 200 | 664 | 432 |
| 273 | 737 | 157 | 621 | 389 | 99 | 563 | 331 | 795 | 215 | 679 | 447 | 12 | 476 | 244 | 708 | 128 | 592 | 360 | 824 | 70 | 534 | 302 | 766 | 186 | 650 | 418 | 41 | 505 |
| 164 | 628 | 396 | 106 | 570 | 338 | 802 | 222 | 686 | 454 | 19 | 483 | 251 | 715 | 135 | 599 | 367 | 831 | 77 | 541 | 309 | 773 | 193 | 657 | 425 | 48 | 512 | 729 | 744 |
| 381 | 91 | 555 | 323 | 787 | 207 | 671 | 439 | 4 | 468 | 236 | 700 | 120 | 584 | 352 | 816 | 62 | 526 | 294 | 758 | 178 | 642 | 410 | 33 | 497 | 265 | 729 | 149 | 613 |
| 573 | 341 | 805 | 225 | 689 | 457 | 22 | 486 | 254 | 718 | 138 | 602 | 370 | 834 | 80 | 544 | 312 | 776 | 196 | 660 | 428 | 51 | 515 | 283 | 747 | 167 | 631 | 399 | 109 |
| 791 | 211 | 675 | 443 | 8 | 472 | 240 | 704 | 124 | 588 | 356 | 820 | 66 | 530 | 298 | 762 | 182 | 646 | 414 | 37 | 501 | 269 | 733 | 153 | 617 | 385 | 95 | 559 | 327 |
| 682 | 450 | 15 | 479 | 247 | 711 | 131 | 595 | 363 | 827 | 73 | 537 | 305 | 769 | 189 | 653 | 421 | 44 | 508 | 276 | 740 | 160 | 624 | 392 | 102 | 566 | 334 | 798 | 218 |
| 0 | 464 | 232 | 696 | 116 | 580 | 348 | 812 | 58 | 522 | 290 | 754 | 174 | 638 | 406 | 29 | 493 | 261 | 725 | 145 | 609 | 377 | 87 | 551 | 319 | 203 | 667 | 3 | |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2802

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table H.13 — 31 x 31 data**

| 2 | 759 | 139 | 635 | 387 | 883 | 77 | 573 | 325 | 821 | 201 | 697 | 449 | 945 | 542 | 46 | 294 | 790 | 170 | 666 | 418 | 914 | 108 | 604 | 356 | 852 | 232 | 480 | 15 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 147 | 643 | 891 | 395 | 85 | 581 | 333 | 829 | 209 | 705 | 457 | 953 | 54 | 550 | 302 | 798 | 674 | 426 | 922 | 116 | 612 | 364 | 860 | 240 | 736 | 488 | 23 | 519 | 271 | 767 |
| 379 | 875 | 69 | 565 | 317 | 813 | 193 | 689 | 441 | 937 | 38 | 534 | 286 | 782 | 162 | 658 | 906 | 100 | 596 | 348 | 844 | 224 | 720 | 472 | 7 | 503 | 255 | 751 | 131 | 627 |
| 89 | 585 | 337 | 833 | 213 | 709 | 461 | 957 | 58 | 554 | 306 | 802 | 182 | 678 | 430 | 926 | 120 | 368 | 864 | 244 | 740 | 492 | 27 | 523 | 275 | 771 | 151 | 647 | 399 | 895 |
| 321 | 817 | 197 | 693 | 445 | 941 | 42 | 538 | 290 | 786 | 166 | 662 | 414 | 910 | 104 | 600 | 352 | 616 | 848 | 476 | 11 | 507 | 259 | 755 | 135 | 631 | 383 | 879 | 73 | 569 |
| 205 | 701 | 453 | 949 | 50 | 546 | 298 | 794 | 174 | 670 | 422 | 918 | 112 | 608 | 360 | 856 | 236 | 732 | 484 | 19 | 515 | 267 | 763 | 143 | 639 | 391 | 887 | 81 | 577 | 825 |
| 437 | 933 | 34 | 530 | 282 | 778 | 158 | 654 | 406 | 902 | 96 | 592 | 344 | 840 | 220 | 716 | 468 | 499 | 251 | 747 | 127 | 623 | 375 | 871 | 65 | 561 | 313 | 809 | 189 | 685 |
| 60 | 556 | 308 | 804 | 184 | 680 | 432 | 928 | 122 | 618 | 370 | 866 | 246 | 742 | 494 | 29 | 525 | 277 | 773 | 153 | 649 | 401 | 897 | 91 | 587 | 339 | 835 | 215 | 463 | 959 |
| 556 | 788 | 168 | 664 | 416 | 912 | 106 | 602 | 354 | 850 | 230 | 726 | 478 | 13 | 509 | 261 | 757 | 137 | 633 | 385 | 881 | 75 | 571 | 323 | 819 | 189 | 695 | 447 | 711 | 540 |
| 292 | 672 | 424 | 920 | 114 | 610 | 362 | 858 | 238 | 734 | 486 | 21 | 517 | 269 | 765 | 145 | 641 | 393 | 889 | 83 | 579 | 331 | 827 | 207 | 703 | 455 | 951 | 52 | 943 | 796 |
| 176 | 904 | 98 | 594 | 346 | 842 | 222 | 718 | 470 | 5 | 501 | 253 | 749 | 129 | 625 | 377 | 873 | 67 | 563 | 315 | 811 | 191 | 687 | 439 | 935 | 36 | 532 | 284 | 548 | 656 |
| 408 | 614 | 366 | 862 | 242 | 738 | 490 | 25 | 521 | 273 | 769 | 149 | 645 | 397 | 893 | 87 | 583 | 335 | 831 | 211 | 707 | 459 | 955 | 56 | 552 | 304 | 800 | 180 | 300 | 924 |
| 118 | 846 | 226 | 722 | 474 | 9 | 505 | 257 | 753 | 133 | 629 | 381 | 877 | 71 | 567 | 319 | 815 | 195 | 691 | 443 | 939 | 40 | 536 | 288 | 784 | 164 | 660 | 412 | 160 | 598 |
| 350 | 730 | 482 | 17 | 513 | 265 | 761 | 141 | 637 | 389 | 885 | 79 | 575 | 327 | 823 | 203 | 699 | 451 | 947 | 48 | 544 | 296 | 792 | 172 | 668 | 420 | 916 | 110 | 908 | 854 |
| 234 | 511 | 497 | 249 | 745 | 125 | 621 | 373 | 869 | 63 | 559 | 311 | 807 | 187 | 683 | 435 | 931 | 32 | 528 | 280 | 776 | 156 | 652 | 404 | 900 | 94 | 590 | 342 | 606 | 714 |
| 466 | 278 | 774 | 154 | 650 | 402 | 898 | 92 | 588 | 340 | 836 | 216 | 712 | 464 | 960 | 61 | 557 | 309 | 805 | 185 | 681 | 433 | 929 | 123 | 619 | 371 | 867 | 247 | 838 | 495 |
| 526 | 138 | 634 | 386 | 882 | 76 | 572 | 324 | 820 | 200 | 696 | 448 | 944 | 45 | 541 | 293 | 789 | 169 | 665 | 417 | 913 | 107 | 603 | 355 | 851 | 231 | 727 | 479 | 218 | 262 |
| 758 | 394 | 890 | 84 | 580 | 332 | 828 | 208 | 704 | 456 | 952 | 53 | 549 | 301 | 797 | 177 | 673 | 425 | 921 | 115 | 611 | 363 | 859 | 239 | 735 | 487 | 22 | 14 | 371 | 146 |
| 642 | 68 | 564 | 316 | 812 | 192 | 688 | 440 | 936 | 37 | 533 | 285 | 781 | 161 | 657 | 409 | 905 | 99 | 595 | 347 | 843 | 223 | 719 | 471 | 6 | 502 | 254 | 510 | 887 | 378 |
| 874 | 336 | 832 | 212 | 708 | 460 | 956 | 57 | 553 | 305 | 801 | 181 | 677 | 429 | 925 | 119 | 615 | 367 | 863 | 243 | 739 | 491 | 26 | 522 | 274 | 770 | 150 | 270 | 80 | 88 |
| 68 | 196 | 212 | 444 | 940 | 41 | 537 | 289 | 785 | 165 | 661 | 413 | 909 | 103 | 599 | 351 | 847 | 227 | 723 | 475 | 10 | 506 | 258 | 754 | 134 | 630 | 382 | 646 | 398 | 320 |
| 584 | 452 | 692 | 444 | 95 | 591 | 343 | 839 | 219 | 715 | 467 | 917 | 141 | 607 | 359 | 855 | 235 | 731 | 483 | 18 | 514 | 266 | 762 | 142 | 638 | 390 | 886 | 878 | 72 | 436 |
| 196 | 307 | 281 | 803 | 901 | 121 | 617 | 369 | 865 | 245 | 477 | 12 | 917 | 591 | 855 | 263 | 759 | 152 | 648 | 400 | 896 | 90 | 586 | 338 | 834 | 214 | 710 | 808 | 43 | 59 |
| 710 | 167 | 663 | 183 | 95 | 105 | 601 | 353 | 849 | 229 | 725 | 508 | 260 | 756 | 136 | 632 | 384 | 880 | 74 | 570 | 322 | 818 | 198 | 694 | 446 | 942 | 188 | 462 | 539 | 291 |
| 452 | 423 | 113 | 609 | 361 | 857 | 237 | 733 | 485 | 20 | 516 | 268 | 764 | 144 | 640 | 392 | 888 | 82 | 578 | 330 | 826 | 206 | 702 | 454 | 950 | 51 | 547 | 299 | 795 | 175 |
| 932 | 97 | 593 | 345 | 841 | 221 | 717 | 489 | 4 | 500 | 252 | 748 | 128 | 624 | 376 | 872 | 66 | 562 | 314 | 810 | 190 | 686 | 438 | 934 | 35 | 531 | 283 | 159 | 655 | 407 |
| 555 | 365 | 861 | 241 | 737 | 105 | 601 | 24 | 520 | 272 | 768 | 148 | 644 | 396 | 892 | 86 | 582 | 334 | 830 | 210 | 706 | 458 | 954 | 55 | 551 | 303 | 779 | 427 | 923 | 117 |
| 787 | 225 | 721 | 473 | 8 | 504 | 256 | 752 | 132 | 628 | 380 | 876 | 70 | 566 | 318 | 814 | 194 | 690 | 442 | 938 | 39 | 535 | 287 | 783 | 163 | 659 | 411 | 907 | 101 | 349 |
| 671 | 481 | 16 | 512 | 264 | 760 | 140 | 636 | 388 | 884 | 78 | 574 | 326 | 822 | 202 | 698 | 450 | 946 | 47 | 543 | 295 | 791 | 171 | 667 | 419 | 915 | 109 | 605 | 357 | 233 |
| 613 | 248 | 744 | 124 | 620 | 372 | 868 | 62 | 558 | 310 | 806 | 186 | 682 | 434 | 930 | 31 | 527 | 279 | 775 | 155 | 651 | 403 | 899 | 93 | 589 | 341 | 837 | 217 | 853 | 3 |
| 845 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 729 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2803

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table H.14 — 33 × 33 data**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 265 | 793 | 133 | 661 | 397 | 925 | 67 | 595 | 331 | 859 | 199 | 727 | 463 | 991 | 34 | 562 | 298 | 826 | 166 | 694 | 430 | 958 | 100 | 628 | 364 | 892 | 232 | 760 | 496 | 1024 | 1057 | 1 |
| 824 | 164 | 692 | 428 | 956 | 98 | 626 | 362 | 890 | 230 | 758 | 494 | 1022 | 65 | 593 | 329 | 857 | 197 | 725 | 461 | 989 | 131 | 659 | 395 | 923 | 263 | 791 | 527 | 1055 | 32 | 1088 | 560 | 296 |
| 676 | 412 | 940 | 82 | 610 | 346 | 874 | 214 | 742 | 478 | 1006 | 49 | 577 | 313 | 841 | 181 | 709 | 445 | 973 | 115 | 643 | 379 | 907 | 247 | 775 | 511 | 1039 | 16 | 1072 | 544 | 280 | 808 | 148 |
| 948 | 90 | 618 | 354 | 882 | 222 | 750 | 486 | 1014 | 57 | 585 | 321 | 849 | 189 | 717 | 453 | 981 | 123 | 651 | 387 | 915 | 255 | 783 | 519 | 1047 | 24 | 1080 | 552 | 288 | 816 | 156 | 684 | 420 |
| 602 | 338 | 866 | 206 | 734 | 470 | 998 | 41 | 569 | 305 | 833 | 173 | 701 | 437 | 965 | 107 | 635 | 371 | 899 | 239 | 767 | 503 | 1031 | 8 | 1064 | 536 | 272 | 800 | 140 | 668 | 404 | 932 | 74 |
| 886 | 226 | 754 | 490 | 1018 | 61 | 589 | 325 | 853 | 193 | 721 | 457 | 985 | 127 | 655 | 391 | 919 | 259 | 787 | 523 | 1051 | 28 | 1084 | 556 | 292 | 820 | 160 | 688 | 424 | 606 | 342 | 870 | 358 |
| 738 | 474 | 1002 | 45 | 573 | 309 | 837 | 177 | 705 | 441 | 969 | 111 | 639 | 375 | 903 | 243 | 771 | 507 | 1035 | 12 | 1068 | 540 | 276 | 804 | 144 | 672 | 408 | 936 | 78 | 614 | 350 | 878 | 210 |
| 565 | 301 | 829 | 169 | 697 | 433 | 961 | 103 | 631 | 367 | 895 | 235 | 763 | 499 | 1027 | 4 | 1060 | 532 | 268 | 796 | 136 | 664 | 400 | 928 | 70 | 598 | 334 | 862 | 202 | 730 | 466 | 994 | 482 |
| 855 | 195 | 723 | 459 | 987 | 129 | 657 | 393 | 921 | 261 | 789 | 525 | 1053 | 30 | 1086 | 558 | 294 | 822 | 162 | 690 | 426 | 954 | 96 | 624 | 360 | 888 | 228 | 756 | 492 | 1020 | 63 | 591 | 37 |
| 707 | 443 | 971 | 113 | 641 | 377 | 905 | 245 | 773 | 509 | 1037 | 14 | 1070 | 542 | 278 | 806 | 146 | 674 | 410 | 938 | 80 | 608 | 344 | 872 | 212 | 740 | 476 | 1004 | 47 | 575 | 311 | 839 | 327 |
| 979 | 121 | 649 | 385 | 913 | 253 | 781 | 517 | 1045 | 22 | 1078 | 550 | 286 | 814 | 154 | 682 | 418 | 946 | 88 | 616 | 352 | 880 | 220 | 748 | 484 | 1012 | 55 | 583 | 319 | 847 | 187 | 715 | 179 |
| 633 | 369 | 897 | 237 | 765 | 501 | 1029 | 6 | 1062 | 534 | 270 | 798 | 138 | 666 | 402 | 930 | 72 | 600 | 336 | 864 | 204 | 732 | 468 | 996 | 39 | 567 | 303 | 831 | 171 | 699 | 435 | 963 | 451 |
| 917 | 257 | 785 | 521 | 1049 | 26 | 1082 | 554 | 290 | 818 | 158 | 686 | 422 | 950 | 92 | 620 | 356 | 884 | 224 | 752 | 488 | 1016 | 59 | 587 | 323 | 851 | 191 | 719 | 455 | 983 | 125 | 653 | 105 |
| 769 | 505 | 1033 | 10 | 1066 | 538 | 274 | 802 | 142 | 670 | 406 | 934 | 76 | 604 | 340 | 868 | 208 | 736 | 472 | 1000 | 43 | 571 | 307 | 835 | 175 | 703 | 439 | 967 | 109 | 637 | 373 | 901 | 389 |
| 1041 | 18 | 1074 | 546 | 282 | 810 | 150 | 678 | 414 | 942 | 84 | 612 | 348 | 876 | 216 | 744 | 480 | 1008 | 51 | 579 | 315 | 843 | 183 | 711 | 447 | 975 | 117 | 645 | 381 | 909 | 249 | 777 | 241 |
| 1058 | 530 | 266 | 794 | 134 | 662 | 398 | 926 | 68 | 596 | 332 | 860 | 200 | 728 | 464 | 992 | 35 | 563 | 299 | 827 | 167 | 695 | 431 | 959 | 101 | 629 | 365 | 893 | 233 | 761 | 497 | 1025 | 513 |
| 295 | 823 | 163 | 691 | 427 | 955 | 97 | 625 | 361 | 889 | 229 | 757 | 493 | 1021 | 64 | 592 | 328 | 856 | 196 | 724 | 460 | 988 | 130 | 658 | 394 | 922 | 262 | 790 | 526 | 1054 | 31 | 1087 | 529 |
| 147 | 675 | 411 | 939 | 81 | 609 | 345 | 873 | 213 | 741 | 477 | 1005 | 48 | 576 | 312 | 840 | 180 | 708 | 444 | 972 | 114 | 642 | 378 | 906 | 246 | 774 | 510 | 1038 | 15 | 1071 | 543 | 279 | 559 |
| 419 | 947 | 89 | 617 | 353 | 881 | 221 | 749 | 485 | 1013 | 56 | 584 | 320 | 848 | 188 | 716 | 452 | 980 | 122 | 650 | 386 | 914 | 254 | 782 | 518 | 1046 | 23 | 1079 | 551 | 287 | 815 | 155 | 807 |
| 73 | 601 | 337 | 865 | 205 | 733 | 469 | 997 | 40 | 568 | 304 | 832 | 172 | 700 | 436 | 964 | 106 | 634 | 370 | 898 | 238 | 766 | 502 | 1030 | 7 | 1063 | 535 | 271 | 799 | 139 | 667 | 403 | 931 |
| 357 | 885 | 225 | 753 | 489 | 1017 | 60 | 588 | 324 | 852 | 192 | 720 | 456 | 984 | 126 | 654 | 390 | 918 | 258 | 786 | 522 | 1050 | 27 | 1083 | 555 | 291 | 819 | 159 | 687 | 423 | 951 | 93 | 621 |
| 209 | 737 | 473 | 1001 | 44 | 572 | 308 | 836 | 176 | 704 | 440 | 968 | 110 | 638 | 374 | 902 | 242 | 770 | 506 | 1034 | 11 | 1067 | 539 | 275 | 803 | 143 | 671 | 407 | 935 | 77 | 605 | 341 | 869 |
| 481 | 1009 | 52 | 580 | 316 | 844 | 184 | 712 | 448 | 976 | 118 | 646 | 382 | 910 | 250 | 778 | 514 | 1042 | 19 | 1075 | 547 | 283 | 811 | 151 | 679 | 415 | 943 | 85 | 613 | 349 | 877 | 217 | 745 |
| 36 | 564 | 300 | 828 | 168 | 696 | 432 | 960 | 102 | 630 | 366 | 894 | 234 | 762 | 498 | 1026 | 29 | 1085 | 531 | 267 | 795 | 135 | 663 | 399 | 927 | 69 | 597 | 333 | 861 | 201 | 729 | 465 | 993 |
| 326 | 854 | 194 | 722 | 458 | 986 | 128 | 656 | 392 | 920 | 260 | 788 | 524 | 1052 | 9 | 1065 | 537 | 273 | 801 | 141 | 669 | 405 | 933 | 75 | 603 | 339 | 867 | 207 | 735 | 471 | 999 | 62 | 590 |
| 178 | 706 | 442 | 970 | 112 | 640 | 376 | 904 | 244 | 772 | 508 | 1036 | 13 | 1069 | 541 | 277 | 805 | 145 | 673 | 409 | 937 | 79 | 607 | 343 | 871 | 211 | 739 | 475 | 1003 | 46 | 574 | 310 | 838 |
| 450 | 978 | 120 | 648 | 384 | 912 | 252 | 780 | 516 | 1044 | 21 | 1077 | 549 | 285 | 813 | 153 | 681 | 417 | 945 | 87 | 615 | 351 | 879 | 219 | 747 | 483 | 1011 | 54 | 582 | 318 | 846 | 186 | 714 |
| 104 | 632 | 368 | 896 | 236 | 764 | 500 | 1028 | 5 | 1061 | 533 | 269 | 797 | 137 | 665 | 401 | 929 | 71 | 599 | 335 | 863 | 203 | 731 | 467 | 995 | 38 | 566 | 302 | 830 | 170 | 698 | 434 | 962 |
| 38 | 916 | 256 | 784 | 504 | 1032 | 124 | 652 | 388 | 916 | 256 | 784 | 504 | 1032 | 25 | 1081 | 553 | 289 | 817 | 157 | 685 | 421 | 949 | 91 | 619 | 355 | 883 | 223 | 751 | 487 | 1015 | 58 | 652 |
| 240 | 768 | 504 | 1032 | 9 | 1065 | 537 | 273 | 801 | 141 | 669 | 405 | 933 | 75 | 603 | 339 | 867 | 207 | 735 | 471 | 1007 | 42 | 570 | 306 | 834 | 174 | 702 | 438 | 966 | 108 | 636 | 372 | 900 |
| 512 | 1040 | 17 | 1073 | 545 | 281 | 809 | 149 | 677 | 413 | 941 | 83 | 611 | 347 | 875 | 215 | 743 | 479 | 1007 | 50 | 578 | 314 | 842 | 182 | 710 | 446 | 974 | 116 | 644 | 380 | 908 | 248 | 776 |
| 1010 | 17 | 1073 | 545 | 473 | 1001 | 44 | 572 | 308 | 836 | 176 | 704 | 440 | 968 | 110 | 638 | 374 | 902 | 242 | 770 | 506 | 1034 | 11 | 1067 | 539 | 227 | 755 | 491 | 1019 | 62 | 590 | 248 | 248 |
| 1056 | 528 | 264 | 792 | 132 | 660 | 396 | 924 | 66 | 594 | 330 | 858 | 198 | 726 | 462 | 990 | 33 | 561 | 297 | 825 | 165 | 693 | 429 | 957 | 99 | 627 | 363 | 891 | 231 | 759 | 495 | 3 | 3 |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2804

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## Table H.15 — 35 x 35 data

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 290 | 850 | 150 | 710 | 430 | 990 | | 80 | 1200 | 640 | 360 | 920 | 220 | 780 | 500 | 1060 | 45 | 1165 | 605 | 325 | 885 | 185 | 745 | 465 | 1025 | 115 | 676 | 395 | 955 | 815 | 535 | 1095 | 10 | 1 |

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2805

**Table H.16 — 37 x 37 data**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 302 | 894 | 154 | 1338 | 746 | 450 | 1042 | 80 | 1264 | 672 | 376 | 968 | 228 | 820 | 524 | 1116 | 43 | 1227 | 635 | 339 | 931 | 191 | 783 | 487 | 1079 | 117 | 1301 | 709 | 413 | 1005 | 265 | 857 | 561 | 1153 | 6 | 1 |
| 917 | 177 | 1361 | 769 | 473 | 1065 | 103 | 1287 | 695 | 399 | 991 | 251 | 843 | 547 | 1139 | 66 | 1250 | 658 | 362 | 954 | 214 | 806 | 510 | 1102 | 140 | 1324 | 732 | 436 | 1028 | 288 | 880 | 584 | 1176 | 29 | 1213 | 621 | 325 |
| 1343 | 751 | 455 | 1047 | 85 | 1269 | 677 | 381 | 973 | 233 | 825 | 529 | 1121 | 48 | 1232 | 640 | 344 | 936 | 196 | 788 | 492 | 1084 | 122 | 1306 | 714 | 418 | 1010 | 270 | 862 | 566 | 1158 | 11 | 1195 | 603 | 307 | 899 | 159 |
| 464 | 1056 | 94 | 1278 | 686 | 390 | 982 | 242 | 834 | 538 | 1130 | 57 | 1241 | 649 | 353 | 945 | 205 | 797 | 501 | 1093 | 131 | 1315 | 723 | 427 | 1019 | 279 | 871 | 575 | 1167 | 20 | 1204 | 612 | 316 | 908 | 168 | 1352 | 760 |
| 75 | 1259 | 667 | 371 | 963 | 223 | 815 | 519 | 1111 | 38 | 1222 | 630 | 334 | 926 | 186 | 778 | 482 | 1074 | 112 | 1296 | 704 | 408 | 1000 | 260 | 852 | 556 | 1148 | 1190 | 1185 | 593 | 297 | 889 | 149 | 1333 | 741 | 445 | 1037 |
| 702 | 406 | 998 | 258 | 850 | 554 | 1146 | 73 | 1257 | 665 | 369 | 961 | 221 | 813 | 517 | 1109 | 147 | 1331 | 739 | 443 | 1035 | 295 | 887 | 591 | 1183 | 36 | 1220 | 628 | 332 | 924 | 184 | 1368 | 776 | 480 | 1072 | 110 | 1294 |
| 980 | 240 | 832 | 536 | 1128 | 55 | 1239 | 647 | 351 | 943 | 203 | 795 | 499 | 1091 | 129 | 1313 | 721 | 425 | 1017 | 277 | 869 | 573 | 1165 | 18 | 1202 | 610 | 314 | 906 | 166 | 1350 | 758 | 462 | 1054 | 92 | 1276 | 684 | 388 |
| 841 | 545 | 1137 | 64 | 1248 | 656 | 360 | 952 | 212 | 804 | 508 | 1100 | 138 | 1322 | 730 | 434 | 1026 | 286 | 878 | 582 | 1174 | 27 | 1211 | 619 | 323 | 915 | 175 | 1359 | 767 | 471 | 1063 | 101 | 1285 | 693 | 397 | 989 | 249 |
| 1119 | 46 | 1230 | 638 | 342 | 934 | 194 | 786 | 490 | 1082 | 120 | 1304 | 712 | 416 | 1008 | 268 | 860 | 564 | 1156 | 9 | 1193 | 601 | 305 | 897 | 157 | 1341 | 749 | 453 | 1045 | 83 | 1267 | 675 | 379 | 971 | 231 | 823 | 527 |
| 1253 | 661 | 365 | 957 | 217 | 809 | 513 | 1105 | 143 | 1327 | 735 | 439 | 1031 | 291 | 883 | 587 | 1179 | 32 | 1216 | 624 | 328 | 920 | 180 | 1364 | 772 | 476 | 1068 | 106 | 1290 | 698 | 402 | 994 | 254 | 846 | 550 | 1142 | 69 |
| 347 | 939 | 199 | 791 | 495 | 1087 | 125 | 1309 | 717 | 421 | 1013 | 273 | 865 | 569 | 1161 | 14 | 1198 | 606 | 310 | 902 | 162 | 1346 | 754 | 458 | 1050 | 88 | 1272 | 680 | 384 | 976 | 236 | 828 | 532 | 1124 | 51 | 1235 | 643 |
| 208 | 800 | 504 | 1096 | 134 | 1318 | 726 | 430 | 1022 | 282 | 874 | 578 | 1170 | 23 | 1207 | 615 | 319 | 911 | 171 | 1355 | 763 | 467 | 1059 | 97 | 1281 | 689 | 393 | 985 | 245 | 837 | 541 | 1133 | 60 | 1244 | 652 | 356 | 948 |
| 485 | 1077 | 115 | 1299 | 707 | 411 | 1003 | 263 | 855 | 559 | 1151 | 4 | 1188 | 596 | 300 | 892 | 152 | 1336 | 744 | 448 | 1040 | 78 | 1262 | 670 | 374 | 966 | 226 | 818 | 522 | 1114 | 41 | 1225 | 633 | 337 | 929 | 189 | 781 |
| 145 | 1329 | 737 | 441 | 1033 | 293 | 885 | 589 | 1181 | 34 | 1218 | 626 | 330 | 922 | 182 | 1366 | 774 | 478 | 1070 | 108 | 1292 | 700 | 404 | 996 | 256 | 848 | 552 | 1144 | 71 | 1255 | 663 | 367 | 959 | 219 | 811 | 515 | 1107 |
| 719 | 423 | 1015 | 275 | 867 | 571 | 1163 | 16 | 1200 | 608 | 312 | 904 | 164 | 1348 | 756 | 460 | 1052 | 90 | 1274 | 682 | 386 | 978 | 238 | 830 | 534 | 1126 | 53 | 1237 | 645 | 349 | 941 | 201 | 793 | 497 | 1089 | 127 | 1311 |
| 1024 | 284 | 876 | 580 | 1172 | 25 | 1209 | 617 | 321 | 913 | 173 | 1357 | 765 | 469 | 1061 | 99 | 1283 | 691 | 395 | 987 | 247 | 839 | 543 | 1135 | 62 | 1246 | 654 | 358 | 950 | 210 | 802 | 506 | 1098 | 136 | 1320 | 728 | 432 |
| 858 | 562 | 1154 | 7 | 1191 | 599 | 303 | 895 | 155 | 1339 | 747 | 451 | 1043 | 81 | 1265 | 673 | 377 | 969 | 229 | 821 | 525 | 1117 | 44 | 1228 | 636 | 340 | 932 | 192 | 784 | 488 | 1080 | 118 | 1302 | 710 | 414 | 1006 | 266 |
| 1177 | 30 | 1214 | 622 | 326 | 918 | 178 | 1362 | 770 | 474 | 1066 | 104 | 1288 | 696 | 400 | 992 | 252 | 844 | 548 | 1140 | 67 | 1251 | 659 | 363 | 955 | 215 | 807 | 511 | 1103 | 141 | 1325 | 733 | 437 | 1029 | 289 | 881 | 585 |
| 1196 | 604 | 308 | 900 | 160 | 1344 | 752 | 456 | 1048 | 86 | 1270 | 678 | 382 | 974 | 234 | 826 | 530 | 1122 | 49 | 1233 | 641 | 345 | 937 | 197 | 789 | 493 | 1085 | 123 | 1307 | 715 | 419 | 1011 | 271 | 863 | 567 | 1159 | 12 |
| 317 | 909 | 169 | 1353 | 761 | 465 | 1057 | 95 | 1279 | 687 | 391 | 983 | 243 | 835 | 539 | 1131 | 58 | 1242 | 650 | 354 | 946 | 206 | 798 | 502 | 1094 | 132 | 1316 | 724 | 428 | 1020 | 280 | 872 | 576 | 1168 | 21 | 1205 | 613 |
| 150 | 1334 | 742 | 446 | 1038 | 76 | 1260 | 668 | 372 | 964 | 224 | 816 | 520 | 1112 | 39 | 1223 | 631 | 335 | 927 | 187 | 779 | 483 | 1075 | 113 | 1297 | 705 | 409 | 1001 | 261 | 853 | 557 | 1149 | 598 | 1186 | 594 | 298 | 890 |
| 775 | 479 | 1071 | 109 | 1293 | 701 | 405 | 997 | 257 | 849 | 553 | 1145 | 72 | 1256 | 664 | 368 | 960 | 220 | 812 | 516 | 1108 | 146 | 1330 | 738 | 442 | 1034 | 294 | 886 | 590 | 1182 | 35 | 1219 | 627 | 331 | 923 | 183 | 1367 |
| 1053 | 91 | 1275 | 683 | 387 | 979 | 239 | 831 | 535 | 1127 | 54 | 1238 | 646 | 350 | 942 | 202 | 794 | 498 | 1090 | 128 | 1312 | 720 | 424 | 1016 | 276 | 868 | 572 | 1164 | 17 | 1201 | 609 | 313 | 905 | 165 | 1349 | 757 | 461 |
| 1284 | 692 | 396 | 988 | 248 | 840 | 544 | 1136 | 63 | 1247 | 655 | 359 | 951 | 211 | 803 | 507 | 1099 | 137 | 1321 | 729 | 433 | 1025 | 285 | 877 | 581 | 1173 | 26 | 1210 | 618 | 322 | 914 | 174 | 1358 | 766 | 470 | 1062 | 100 |
| 378 | 970 | 230 | 822 | 526 | 1118 | 45 | 1229 | 637 | 341 | 933 | 193 | 785 | 489 | 1081 | 119 | 1303 | 711 | 415 | 1007 | 267 | 859 | 563 | 1155 | 8 | 1192 | 600 | 304 | 896 | 156 | 1340 | 748 | 452 | 1044 | 82 | 1266 | 674 |
| 253 | 845 | 549 | 1141 | 68 | 1252 | 660 | 364 | 956 | 216 | 808 | 512 | 1104 | 142 | 1326 | 734 | 438 | 1030 | 290 | 882 | 586 | 1178 | 31 | 1215 | 623 | 327 | 919 | 179 | 1363 | 771 | 475 | 1067 | 105 | 1289 | 697 | 401 | 993 |
| 531 | 1123 | 50 | 1234 | 642 | 346 | 938 | 198 | 790 | 494 | 1086 | 124 | 1308 | 716 | 420 | 1012 | 272 | 864 | 568 | 1160 | 13 | 1197 | 605 | 309 | 901 | 161 | 1345 | 753 | 457 | 1049 | 87 | 1271 | 679 | 383 | 975 | 235 | 827 |
| 59 | 1243 | 651 | 355 | 947 | 207 | 799 | 503 | 1095 | 133 | 1317 | 725 | 429 | 1021 | 281 | 873 | 577 | 1169 | 22 | 1206 | 614 | 318 | 910 | 170 | 1354 | 762 | 466 | 1058 | 96 | 1280 | 688 | 392 | 984 | 244 | 836 | 540 | 1132 |
| 632 | 336 | 928 | 188 | 780 | 484 | 1076 | 114 | 1298 | 706 | 410 | 1002 | 262 | 854 | 558 | 1150 | 1147 | 1187 | 595 | 299 | 891 | 151 | 1335 | 743 | 447 | 1039 | 77 | 1261 | 669 | 373 | 965 | 225 | 817 | 521 | 1113 | 40 | 1224 |
| 958 | 218 | 810 | 514 | 1106 | 144 | 1328 | 736 | 440 | 1032 | 292 | 884 | 588 | 1180 | 33 | 1217 | 625 | 329 | 921 | 181 | 1365 | 773 | 477 | 1069 | 107 | 1291 | 699 | 403 | 995 | 255 | 847 | 551 | 1143 | 70 | 1254 | 662 | 366 |
| 792 | 496 | 1088 | 126 | 1310 | 718 | 422 | 1014 | 274 | 866 | 570 | 1162 | 15 | 1199 | 607 | 311 | 903 | 163 | 1347 | 755 | 459 | 1051 | 89 | 1273 | 681 | 385 | 977 | 237 | 829 | 533 | 1125 | 52 | 1236 | 644 | 348 | 940 | 200 |
| 1097 | 135 | 1319 | 727 | 431 | 1023 | 283 | 875 | 579 | 1171 | 24 | 1208 | 616 | 320 | 912 | 172 | 1356 | 764 | 468 | 1060 | 98 | 1282 | 690 | 394 | 986 | 246 | 838 | 542 | 1134 | 61 | 1245 | 653 | 357 | 949 | 209 | 801 | 505 |
| 1300 | 708 | 412 | 1004 | 264 | 856 | 560 | 1152 | 5 | 1189 | 597 | 301 | 893 | 153 | 1337 | 745 | 449 | 1041 | 79 | 1263 | 671 | 375 | 967 | 227 | 819 | 523 | 1115 | 42 | 1226 | 634 | 338 | 930 | 190 | 782 | 486 | 1078 | 116 |
| 435 | 1027 | 287 | 879 | 583 | 1175 | 28 | 1212 | 620 | 324 | 916 | 176 | 1360 | 768 | 472 | 1064 | 102 | 1286 | 694 | 398 | 990 | 250 | 842 | 546 | 1138 | 65 | 1249 | 657 | 361 | 953 | 213 | 805 | 509 | 1101 | 139 | 1323 | 731 |
| 269 | 861 | 565 | 1157 | 10 | 1194 | 602 | 306 | 898 | 158 | 1342 | 750 | 454 | 1046 | 84 | 1268 | 676 | 380 | 972 | 232 | 824 | 528 | 1120 | 47 | 1231 | 639 | 343 | 935 | 195 | 787 | 491 | 1083 | 121 | 1305 | 713 | 417 | 1009 |
| 574 | 1166 | 19 | 1203 | 611 | 315 | 907 | 167 | 1351 | 759 | 463 | 1055 | 93 | 1277 | 685 | 389 | 981 | 241 | 833 | 537 | 1129 | 56 | 1240 | 648 | 352 | 944 | 204 | 796 | 500 | 1092 | 130 | 1314 | 722 | 426 | 1018 | 278 | 870 |
| 0 | 1184 | 592 | 296 | 888 | 148 | 1332 | 740 | 444 | 1036 | 74 | 1258 | 666 | 370 | 962 | 222 | 814 | 518 | 1110 | 37 | 1221 | 629 | 333 | 925 | 185 | 777 | 481 | 1073 | 111 | 1295 | 703 | 407 | 999 | 259 | 851 | 555 | 3 |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

**Table H.17 — 39 x 39 data**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 328 | 952 | 172 | 1420 | 796 | 484 | 1108 | 94 | 1342 | 718 | 406 | 1030 | 250 | 1498 | 874 | 562 | 1186 | 55 | 1303 | 679 | 367 | 991 | 211 | 1459 | 835 | 523 | 1147 | 133 | 1381 | 757 | 445 | 1069 | 289 | 913 | 601 | 1225 | 16 | 1 |
| 962 | 182 | 1430 | 806 | 494 | 1118 | 104 | 1352 | 728 | 416 | 1040 | 260 | 1508 | 884 | 572 | 1196 | 65 | 1313 | 689 | 377 | 1001 | 221 | 1469 | 845 | 533 | 1157 | 143 | 1391 | 767 | 455 | 1079 | 299 | 923 | 611 | 1235 | 26 | 1274 | 650 | 338 |
| 1410 | 786 | 474 | 1098 | 84 | 1332 | 708 | 396 | 1020 | 240 | 1488 | 864 | 552 | 1176 | 45 | 1293 | 669 | 357 | 981 | 201 | 1449 | 825 | 513 | 1137 | 123 | 1371 | 747 | 435 | 1059 | 279 | 903 | 591 | 1215 | 6 | 1254 | 630 | 318 | 942 | 162 |
| 499 | 1123 | 109 | 1357 | 733 | 421 | 1045 | 265 | 1513 | 889 | 577 | 1201 | 70 | 1318 | 694 | 382 | 1006 | 226 | 1474 | 850 | 538 | 1162 | 148 | 1396 | 772 | 460 | 1084 | 304 | 928 | 616 | 1240 | 31 | 1279 | 655 | 343 | 967 | 187 | 1435 | 811 |
| 89 | 1337 | 713 | 401 | 1025 | 245 | 1493 | 869 | 557 | 1181 | 50 | 1298 | 674 | 362 | 986 | 206 | 1454 | 830 | 518 | 1142 | 128 | 1376 | 752 | 440 | 1064 | 284 | 908 | 596 | 1220 | 11 | 1259 | 635 | 323 | 947 | 167 | 1415 | 791 | 479 | 1103 |
| 723 | 411 | 1035 | 255 | 1503 | 879 | 567 | 1191 | 60 | 1308 | 684 | 372 | 996 | 216 | 1464 | 840 | 528 | 1152 | 138 | 1386 | 762 | 450 | 1074 | 294 | 918 | 606 | 1230 | 21 | 1269 | 645 | 333 | 957 | 177 | 1425 | 801 | 489 | 1113 | 99 | 1347 |
| 1015 | 235 | 1483 | 859 | 547 | 1171 | 40 | 1288 | 664 | 352 | 976 | 196 | 1444 | 820 | 508 | 1132 | 118 | 1366 | 742 | 430 | 1054 | 274 | 898 | 586 | 1210 | 1264 | 1249 | 625 | 313 | 937 | 157 | 1405 | 781 | 469 | 1093 | 79 | 1327 | 703 | 391 |
| 1520 | 896 | 584 | 1208 | 77 | 1325 | 701 | 389 | 1013 | 233 | 1481 | 857 | 545 | 1169 | 155 | 1403 | 779 | 467 | 1091 | 311 | 935 | 623 | 1247 | 38 | 1286 | 662 | 350 | 974 | 194 | 1442 | 818 | 506 | 1130 | 116 | 1364 | 740 | 428 | 1052 | 272 |
| 565 | 1189 | 58 | 1306 | 682 | 370 | 994 | 214 | 1462 | 838 | 526 | 1150 | 136 | 1384 | 760 | 448 | 1072 | 292 | 916 | 604 | 1228 | 19 | 1267 | 643 | 331 | 955 | 175 | 1423 | 799 | 487 | 1111 | 97 | 1345 | 721 | 409 | 1033 | 253 | 1501 | 877 |
| 68 | 1316 | 692 | 380 | 1004 | 224 | 1472 | 848 | 536 | 1160 | 146 | 1394 | 770 | 458 | 1082 | 302 | 926 | 614 | 1238 | 29 | 1277 | 653 | 341 | 965 | 185 | 1433 | 809 | 497 | 1121 | 107 | 1355 | 731 | 419 | 1043 | 263 | 1511 | 887 | 575 | 1199 |
| 672 | 360 | 984 | 204 | 1452 | 828 | 516 | 1140 | 126 | 1374 | 750 | 438 | 1062 | 282 | 906 | 594 | 1218 | 9 | 1257 | 633 | 321 | 945 | 165 | 1413 | 789 | 477 | 1101 | 87 | 1335 | 711 | 399 | 1023 | 243 | 1491 | 867 | 555 | 1179 | 48 | 1296 |
| 1009 | 229 | 1477 | 853 | 541 | 1165 | 151 | 1399 | 775 | 463 | 1087 | 307 | 931 | 619 | 1243 | 34 | 1282 | 658 | 346 | 970 | 190 | 1438 | 814 | 502 | 1126 | 112 | 1360 | 736 | 424 | 1048 | 268 | 1516 | 892 | 580 | 1204 | 73 | 1321 | 697 | 385 |
| 1457 | 833 | 521 | 1145 | 131 | 1379 | 755 | 443 | 1067 | 287 | 911 | 599 | 1223 | 14 | 1262 | 638 | 326 | 950 | 170 | 1418 | 794 | 482 | 1106 | 92 | 1340 | 716 | 404 | 1028 | 248 | 1496 | 872 | 560 | 1184 | 53 | 1301 | 677 | 365 | 989 | 209 |
| 531 | 1155 | 141 | 1389 | 765 | 453 | 1077 | 297 | 921 | 609 | 1233 | 24 | 1272 | 648 | 336 | 960 | 180 | 1428 | 804 | 492 | 1116 | 102 | 1350 | 726 | 414 | 1038 | 258 | 1506 | 882 | 570 | 1194 | 63 | 1311 | 687 | 375 | 999 | 219 | 1467 | 843 |
| 121 | 1369 | 745 | 433 | 1057 | 277 | 901 | 589 | 1213 | 4 | 1252 | 628 | 316 | 940 | 160 | 1408 | 784 | 472 | 1096 | 82 | 1330 | 706 | 394 | 1018 | 238 | 1486 | 862 | 550 | 1174 | 43 | 1291 | 667 | 355 | 979 | 199 | 1447 | 823 | 511 | 1135 |
| 777 | 465 | 1089 | 309 | 933 | 621 | 1245 | 36 | 1284 | 660 | 348 | 972 | 192 | 1440 | 816 | 504 | 1128 | 114 | 1362 | 738 | 426 | 1050 | 270 | 1518 | 894 | 582 | 1206 | 75 | 1323 | 699 | 387 | 1011 | 231 | 1479 | 855 | 543 | 1167 | 153 | 1401 |
| 1070 | 290 | 914 | 602 | 1226 | 17 | 1265 | 641 | 329 | 953 | 173 | 1421 | 797 | 485 | 1109 | 95 | 1343 | 719 | 407 | 1031 | 251 | 1499 | 875 | 563 | 1187 | 56 | 1304 | 680 | 368 | 992 | 212 | 1460 | 836 | 524 | 1148 | 134 | 1382 | 758 | 446 |
| 924 | 612 | 1236 | 27 | 1275 | 651 | 339 | 963 | 183 | 1431 | 807 | 495 | 1119 | 105 | 1353 | 729 | 417 | 1041 | 261 | 1509 | 885 | 573 | 1197 | 66 | 1314 | 690 | 378 | 1002 | 222 | 1470 | 846 | 534 | 1158 | 144 | 1392 | 768 | 456 | 1080 | 300 |
| 1216 | 7 | 1255 | 631 | 319 | 943 | 163 | 1411 | 787 | 475 | 1099 | 85 | 1333 | 709 | 397 | 1021 | 241 | 1489 | 865 | 553 | 1177 | 46 | 1294 | 670 | 358 | 982 | 202 | 1450 | 826 | 514 | 1138 | 124 | 1372 | 748 | 436 | 1060 | 280 | 904 | 592 |
| 1280 | 656 | 344 | 968 | 188 | 1436 | 812 | 500 | 1124 | 110 | 1358 | 734 | 422 | 1046 | 266 | 1514 | 890 | 578 | 1202 | 71 | 1319 | 695 | 383 | 1007 | 227 | 1475 | 851 | 539 | 1163 | 149 | 1397 | 773 | 461 | 1085 | 305 | 929 | 617 | 1241 | 32 |
| 324 | 948 | 168 | 1416 | 792 | 480 | 1104 | 90 | 1338 | 714 | 402 | 1026 | 246 | 1494 | 870 | 558 | 1182 | 51 | 1299 | 675 | 363 | 987 | 207 | 1455 | 831 | 519 | 1143 | 129 | 1377 | 753 | 441 | 1065 | 285 | 909 | 597 | 1221 | 12 | 1260 | 636 |
| 178 | 1426 | 802 | 490 | 1114 | 100 | 1348 | 724 | 412 | 1036 | 256 | 1504 | 880 | 568 | 1192 | 61 | 1309 | 685 | 373 | 997 | 217 | 1465 | 841 | 529 | 1153 | 139 | 1387 | 763 | 451 | 1075 | 295 | 919 | 607 | 1231 | 22 | 1270 | 646 | 334 | 958 |
| 782 | 470 | 1094 | 80 | 1328 | 704 | 392 | 1016 | 236 | 1484 | 860 | 548 | 1172 | 41 | 1289 | 665 | 353 | 977 | 197 | 1445 | 821 | 509 | 1133 | 119 | 1367 | 743 | 431 | 1055 | 275 | 899 | 587 | 1211 | 640 | 1250 | 626 | 314 | 938 | 158 | 1406 |
| 1129 | 115 | 1363 | 739 | 427 | 1051 | 271 | 1519 | 895 | 583 | 1207 | 76 | 1324 | 700 | 388 | 1012 | 232 | 1480 | 856 | 544 | 1168 | 154 | 1402 | 778 | 466 | 1090 | 310 | 934 | 622 | 1246 | 37 | 1285 | 661 | 349 | 973 | 193 | 1441 | 817 | 505 |
| 1344 | 720 | 408 | 1032 | 252 | 1500 | 876 | 564 | 1188 | 57 | 1305 | 681 | 369 | 993 | 213 | 1461 | 837 | 525 | 1149 | 135 | 1383 | 759 | 447 | 1071 | 291 | 915 | 603 | 1227 | 18 | 1266 | 642 | 330 | 954 | 174 | 1422 | 798 | 486 | 1110 | 96 |
| 418 | 1042 | 262 | 1510 | 886 | 574 | 1198 | 67 | 1315 | 691 | 379 | 1003 | 223 | 1471 | 847 | 535 | 1159 | 145 | 1393 | 769 | 457 | 1081 | 301 | 925 | 613 | 1237 | 28 | 1276 | 652 | 340 | 964 | 184 | 1432 | 808 | 496 | 1120 | 106 | 1354 | 730 |
| 242 | 1490 | 866 | 554 | 1178 | 47 | 1295 | 671 | 359 | 983 | 203 | 1451 | 827 | 515 | 1139 | 125 | 1373 | 749 | 437 | 1061 | 281 | 905 | 593 | 1217 | 8 | 1256 | 632 | 320 | 944 | 164 | 1412 | 788 | 476 | 1100 | 86 | 1334 | 710 | 398 | 1022 |
| 891 | 579 | 1203 | 72 | 1320 | 696 | 384 | 1008 | 228 | 1476 | 852 | 540 | 1164 | 150 | 1398 | 774 | 462 | 1086 | 306 | 930 | 618 | 1242 | 33 | 1281 | 657 | 345 | 969 | 189 | 1437 | 813 | 501 | 1125 | 111 | 1359 | 735 | 423 | 1047 | 267 | 1515 |
| 1183 | 52 | 1300 | 676 | 364 | 988 | 208 | 1456 | 832 | 520 | 1144 | 130 | 1378 | 754 | 442 | 1066 | 286 | 910 | 598 | 1222 | 13 | 1261 | 637 | 325 | 949 | 169 | 1417 | 793 | 481 | 1105 | 91 | 1339 | 715 | 403 | 1027 | 247 | 1495 | 871 | 559 |
| 1310 | 686 | 374 | 998 | 218 | 1466 | 842 | 530 | 1154 | 140 | 1388 | 764 | 452 | 1076 | 296 | 920 | 608 | 1232 | 23 | 1271 | 647 | 335 | 959 | 179 | 1427 | 803 | 491 | 1115 | 101 | 1349 | 725 | 413 | 1037 | 257 | 1505 | 881 | 569 | 1193 | 62 |
| 354 | 978 | 198 | 1446 | 822 | 510 | 1134 | 120 | 1368 | 744 | 432 | 1056 | 276 | 900 | 588 | 1212 | 1209 | 1251 | 627 | 315 | 939 | 159 | 1407 | 783 | 471 | 1095 | 81 | 1329 | 705 | 393 | 1017 | 237 | 1485 | 861 | 549 | 1173 | 42 | 1290 | 666 |
| 230 | 1478 | 854 | 542 | 1166 | 152 | 1400 | 776 | 464 | 1088 | 308 | 932 | 620 | 1244 | 35 | 1283 | 659 | 347 | 971 | 191 | 1439 | 815 | 503 | 1127 | 113 | 1361 | 737 | 425 | 1049 | 269 | 1517 | 893 | 581 | 1205 | 74 | 1322 | 698 | 386 | 1010 |
| 834 | 522 | 1146 | 132 | 1380 | 756 | 444 | 1068 | 288 | 912 | 600 | 1224 | 15 | 1263 | 639 | 327 | 951 | 171 | 1419 | 795 | 483 | 1107 | 93 | 1341 | 717 | 405 | 1029 | 249 | 1497 | 873 | 561 | 1185 | 54 | 1302 | 678 | 366 | 990 | 210 | 1458 |
| 1156 | 142 | 1390 | 766 | 454 | 1078 | 298 | 922 | 610 | 1234 | 25 | 1273 | 649 | 337 | 961 | 181 | 1429 | 805 | 493 | 1117 | 103 | 1351 | 727 | 415 | 1039 | 259 | 1507 | 883 | 571 | 1195 | 64 | 1312 | 688 | 376 | 1000 | 220 | 1468 | 844 | 532 |
| 1370 | 746 | 434 | 1058 | 278 | 902 | 590 | 1214 | 5 | 1253 | 629 | 317 | 941 | 161 | 1409 | 785 | 473 | 1097 | 83 | 1331 | 707 | 395 | 1019 | 239 | 1487 | 863 | 551 | 1175 | 44 | 1292 | 668 | 356 | 980 | 200 | 1448 | 824 | 512 | 1136 | 122 |
| 459 | 1083 | 303 | 927 | 615 | 1239 | 30 | 1278 | 654 | 342 | 966 | 186 | 1434 | 810 | 498 | 1122 | 108 | 1356 | 732 | 420 | 1044 | 264 | 1512 | 888 | 576 | 1200 | 69 | 1317 | 693 | 381 | 1005 | 225 | 1473 | 849 | 537 | 1161 | 147 | 1395 | 771 |
| 283 | 907 | 595 | 1219 | 10 | 1258 | 634 | 322 | 946 | 166 | 1414 | 790 | 478 | 1102 | 88 | 1336 | 712 | 400 | 1024 | 244 | 1492 | 868 | 556 | 1180 | 49 | 1297 | 673 | 361 | 985 | 205 | 1453 | 829 | 517 | 1141 | 127 | 1375 | 751 | 439 | 1063 |
| 605 | 1229 | 20 | 1268 | 644 | 332 | 956 | 176 | 1424 | 800 | 488 | 1112 | 98 | 1346 | 722 | 410 | 1034 | 254 | 1502 | 878 | 566 | 1190 | 59 | 1307 | 683 | 371 | 995 | 215 | 1463 | 839 | 527 | 1151 | 137 | 1385 | 761 | 449 | 1073 | 293 | 917 |
| 0 | 1248 | 624 | 312 | 936 | 156 | 1404 | 780 | 468 | 1092 | 78 | 1326 | 702 | 390 | 1014 | 234 | 1482 | 858 | 546 | 1170 | 39 | 1287 | 663 | 351 | 975 | 195 | 1443 | 819 | 507 | 1131 | 117 | 1365 | 741 | 429 | 1053 | 273 | 897 | 585 | 3 |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

**Table H.18 — 41 x 41 data**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 332 | 1644 | 988 | 168 | 1480 | 824 | 496 | 1152 | 86 | 1398 | 742 | 414 | 1070 | 250 | 1562 | 906 | 578 | 1234 | 45 | 1357 | 701 | 373 | 1029 | 209 | 1521 | 865 | 537 | 1193 | 127 | 1439 | 783 | 455 | 1111 | 291 | 1603 | 947 | 619 | 1275 | 4 | 1 |
| 1677 | 1021 | 201 | 1513 | 857 | 529 | 1185 | 119 | 1431 | 775 | 447 | 1103 | 283 | 1595 | 939 | 611 | 1267 | 78 | 1390 | 734 | 406 | 1062 | 242 | 1554 | 898 | 570 | 1226 | 160 | 1472 | 816 | 488 | 1144 | 324 | 1636 | 980 | 652 | 1308 | 37 | 1349 | 693 | 365 |
| 181 | 1493 | 837 | 509 | 1165 | 99 | 1411 | 755 | 427 | 1083 | 263 | 1575 | 919 | 591 | 1247 | 58 | 1370 | 714 | 386 | 1042 | 222 | 1534 | 878 | 550 | 1206 | 140 | 1452 | 796 | 468 | 1124 | 304 | 1616 | 960 | 632 | 1288 | 17 | 1329 | 673 | 345 | 1657 | 1001 |
| 847 | 519 | 1175 | 109 | 1421 | 765 | 437 | 1093 | 273 | 1585 | 929 | 601 | 1257 | 68 | 1380 | 724 | 396 | 1052 | 232 | 1544 | 888 | 560 | 1216 | 150 | 1462 | 806 | 478 | 1134 | 314 | 1626 | 970 | 642 | 1298 | 27 | 1339 | 683 | 355 | 1667 | 1011 | 191 | 1503 |
| 1155 | 89 | 1401 | 745 | 417 | 1073 | 253 | 1565 | 909 | 581 | 1237 | 48 | 1360 | 704 | 376 | 1032 | 212 | 1524 | 868 | 540 | 1196 | 130 | 1442 | 786 | 458 | 1114 | 294 | 1606 | 950 | 622 | 1278 | 7 | 1319 | 663 | 335 | 1647 | 991 | 171 | 1483 | 827 | 499 |
| 1426 | 770 | 442 | 1098 | 278 | 1590 | 934 | 606 | 1262 | 73 | 1385 | 729 | 401 | 1057 | 237 | 1549 | 893 | 565 | 1221 | 155 | 1467 | 811 | 483 | 1139 | 319 | 1631 | 975 | 647 | 1303 | 32 | 1344 | 688 | 360 | 1672 | 1016 | 196 | 1508 | 852 | 524 | 1180 | 114 |
| 422 | 1078 | 258 | 1570 | 914 | 586 | 1242 | 53 | 1365 | 709 | 381 | 1037 | 217 | 1529 | 873 | 545 | 1201 | 135 | 1447 | 791 | 463 | 1119 | 299 | 1611 | 955 | 627 | 1283 | 12 | 1324 | 668 | 340 | 1652 | 996 | 176 | 1488 | 832 | 504 | 1160 | 94 | 1406 | 750 |
| 268 | 1580 | 924 | 596 | 1252 | 63 | 1375 | 719 | 391 | 1047 | 227 | 1539 | 883 | 555 | 1211 | 145 | 1457 | 801 | 473 | 1129 | 309 | 1621 | 965 | 637 | 1293 | 22 | 1334 | 678 | 350 | 1662 | 1006 | 186 | 1498 | 842 | 514 | 1170 | 104 | 1416 | 760 | 432 | 1088 |
| 903 | 575 | 1231 | 42 | 1354 | 698 | 370 | 1026 | 206 | 1518 | 862 | 534 | 1190 | 124 | 1436 | 780 | 452 | 1108 | 288 | 1600 | 944 | 616 | 1272 | 1316 | 1313 | 657 | 329 | 1641 | 985 | 165 | 1477 | 821 | 493 | 1149 | 83 | 1395 | 739 | 411 | 1067 | 247 | 1559 |
| 1270 | 81 | 1393 | 737 | 409 | 1065 | 245 | 1557 | 901 | 573 | 1229 | 163 | 1475 | 819 | 491 | 1147 | 327 | 1639 | 983 | 655 | 1311 | 40 | 1352 | 696 | 368 | 1680 | 1024 | 204 | 1516 | 860 | 532 | 1188 | 122 | 1434 | 778 | 450 | 1106 | 286 | 1598 | 942 | 614 |
| 1373 | 717 | 389 | 1045 | 225 | 1537 | 881 | 553 | 1209 | 143 | 1455 | 799 | 471 | 1127 | 307 | 1619 | 963 | 635 | 1291 | 20 | 1332 | 676 | 348 | 1660 | 1004 | 184 | 1496 | 840 | 512 | 1168 | 102 | 1414 | 758 | 430 | 1086 | 266 | 1578 | 922 | 594 | 1250 | 61 |
| 399 | 1055 | 235 | 1547 | 891 | 563 | 1219 | 153 | 1465 | 809 | 481 | 1137 | 317 | 1629 | 973 | 645 | 1301 | 30 | 1342 | 686 | 358 | 1670 | 1014 | 194 | 1506 | 850 | 522 | 1178 | 112 | 1424 | 768 | 440 | 1096 | 276 | 1588 | 932 | 604 | 1260 | 71 | 1383 | 727 |
| 215 | 1527 | 871 | 543 | 1199 | 133 | 1445 | 789 | 461 | 1117 | 297 | 1609 | 953 | 625 | 1281 | 10 | 1322 | 666 | 338 | 1650 | 994 | 174 | 1486 | 830 | 502 | 1158 | 92 | 1404 | 748 | 420 | 1076 | 256 | 1568 | 912 | 584 | 1240 | 51 | 1363 | 707 | 379 | 1035 |
| 896 | 568 | 1224 | 158 | 1470 | 814 | 486 | 1142 | 322 | 1634 | 978 | 650 | 1306 | 35 | 1347 | 691 | 363 | 1675 | 1019 | 199 | 1511 | 855 | 527 | 1183 | 117 | 1429 | 773 | 445 | 1101 | 281 | 1593 | 937 | 609 | 1265 | 76 | 1388 | 732 | 404 | 1060 | 240 | 1552 |
| 1204 | 138 | 1450 | 794 | 466 | 1122 | 302 | 1614 | 958 | 630 | 1286 | 15 | 1327 | 671 | 343 | 1655 | 999 | 179 | 1491 | 835 | 507 | 1163 | 97 | 1409 | 753 | 425 | 1081 | 261 | 1573 | 917 | 589 | 1245 | 56 | 1368 | 712 | 384 | 1040 | 220 | 1532 | 876 | 548 |
| 1460 | 804 | 476 | 1132 | 312 | 1624 | 968 | 640 | 1296 | 25 | 1337 | 681 | 353 | 1665 | 1009 | 189 | 1501 | 845 | 517 | 1173 | 107 | 1419 | 763 | 435 | 1091 | 271 | 1583 | 927 | 599 | 1255 | 66 | 1378 | 722 | 394 | 1050 | 230 | 1542 | 886 | 558 | 1214 | 148 |
| 456 | 1112 | 292 | 1604 | 948 | 620 | 1276 | 5 | 1317 | 661 | 333 | 1645 | 989 | 169 | 1481 | 825 | 497 | 1153 | 87 | 1399 | 743 | 415 | 1071 | 251 | 1563 | 907 | 579 | 1235 | 46 | 1358 | 702 | 374 | 1030 | 210 | 1522 | 866 | 538 | 1194 | 128 | 1440 | 784 |
| 325 | 1637 | 981 | 653 | 1309 | 38 | 1350 | 694 | 366 | 1678 | 1022 | 202 | 1514 | 858 | 530 | 1186 | 120 | 1432 | 776 | 448 | 1104 | 284 | 1596 | 940 | 612 | 1268 | 79 | 1391 | 735 | 407 | 1063 | 243 | 1555 | 899 | 571 | 1227 | 161 | 1473 | 817 | 489 | 1145 |
| 961 | 633 | 1289 | 18 | 1330 | 674 | 346 | 1658 | 1002 | 182 | 1494 | 838 | 510 | 1166 | 100 | 1412 | 756 | 428 | 1084 | 264 | 1576 | 920 | 592 | 1248 | 59 | 1371 | 715 | 387 | 1043 | 223 | 1535 | 879 | 551 | 1207 | 141 | 1453 | 797 | 469 | 1125 | 305 | 1617 |
| 1299 | 28 | 1340 | 684 | 356 | 1668 | 1012 | 192 | 1504 | 848 | 520 | 1176 | 110 | 1422 | 766 | 438 | 1094 | 274 | 1586 | 930 | 602 | 1258 | 69 | 1381 | 725 | 397 | 1053 | 233 | 1545 | 889 | 561 | 1217 | 151 | 1463 | 807 | 479 | 1135 | 315 | 1627 | 971 | 643 |
| 1320 | 664 | 336 | 1648 | 992 | 172 | 1484 | 828 | 500 | 1156 | 90 | 1402 | 746 | 418 | 1074 | 254 | 1566 | 910 | 582 | 1238 | 49 | 1361 | 705 | 377 | 1033 | 213 | 1525 | 869 | 541 | 1197 | 131 | 1443 | 787 | 459 | 1115 | 295 | 1607 | 951 | 623 | 1279 | 8 |
| 361 | 1673 | 1017 | 197 | 1509 | 853 | 525 | 1181 | 115 | 1427 | 771 | 443 | 1099 | 279 | 1591 | 935 | 607 | 1263 | 74 | 1386 | 730 | 402 | 1058 | 238 | 1550 | 894 | 566 | 1222 | 156 | 1468 | 812 | 484 | 1140 | 320 | 1632 | 976 | 648 | 1304 | 33 | 1345 | 689 |
| 997 | 177 | 1489 | 833 | 505 | 1161 | 95 | 1407 | 751 | 423 | 1079 | 259 | 1571 | 915 | 587 | 1243 | 54 | 1366 | 710 | 382 | 1038 | 218 | 1530 | 874 | 546 | 1202 | 136 | 1448 | 792 | 464 | 1120 | 300 | 1612 | 956 | 628 | 1284 | 13 | 1325 | 669 | 341 | 1653 |
| 1499 | 843 | 515 | 1171 | 105 | 1417 | 761 | 433 | 1089 | 269 | 1581 | 925 | 597 | 1253 | 64 | 1376 | 720 | 392 | 1048 | 228 | 1540 | 884 | 556 | 1212 | 146 | 1458 | 802 | 474 | 1130 | 310 | 1622 | 966 | 638 | 1294 | 23 | 1335 | 679 | 351 | 1663 | 1007 | 187 |
| 494 | 1150 | 84 | 1396 | 740 | 412 | 1068 | 248 | 1560 | 904 | 576 | 1232 | 43 | 1355 | 699 | 371 | 1027 | 207 | 1519 | 863 | 535 | 1191 | 125 | 1437 | 781 | 453 | 1109 | 289 | 1601 | 945 | 617 | 1273 | 660 | 1314 | 658 | 330 | 1642 | 986 | 166 | 1478 | 822 |
| 121 | 1433 | 777 | 449 | 1105 | 285 | 1597 | 941 | 613 | 1269 | 80 | 1392 | 736 | 408 | 1064 | 244 | 1556 | 900 | 572 | 1228 | 162 | 1474 | 818 | 490 | 1146 | 326 | 1638 | 982 | 654 | 1310 | 39 | 1351 | 695 | 367 | 1679 | 1023 | 203 | 1515 | 859 | 531 | 1187 |
| 757 | 429 | 1085 | 265 | 1577 | 921 | 593 | 1249 | 60 | 1372 | 716 | 388 | 1044 | 224 | 1536 | 880 | 552 | 1208 | 142 | 1454 | 798 | 470 | 1126 | 306 | 1618 | 962 | 634 | 1290 | 19 | 1331 | 675 | 347 | 1659 | 1003 | 183 | 1495 | 839 | 511 | 1167 | 101 | 1413 |
| 1095 | 275 | 1587 | 931 | 603 | 1259 | 70 | 1382 | 726 | 398 | 1054 | 234 | 1546 | 890 | 562 | 1218 | 152 | 1464 | 808 | 480 | 1136 | 316 | 1628 | 972 | 644 | 1300 | 29 | 1341 | 685 | 357 | 1669 | 1013 | 193 | 1505 | 849 | 521 | 1177 | 111 | 1423 | 767 | 439 |
| 1567 | 911 | 583 | 1239 | 50 | 1362 | 706 | 378 | 1034 | 214 | 1526 | 870 | 542 | 1198 | 132 | 1444 | 788 | 460 | 1116 | 296 | 1608 | 952 | 624 | 1280 | 9 | 1321 | 665 | 337 | 1649 | 993 | 173 | 1485 | 829 | 501 | 1157 | 91 | 1403 | 747 | 419 | 1075 | 255 |
| 608 | 1264 | 75 | 1387 | 731 | 403 | 1059 | 239 | 1551 | 895 | 567 | 1223 | 157 | 1469 | 813 | 485 | 1141 | 321 | 1633 | 977 | 649 | 1305 | 34 | 1346 | 690 | 362 | 1674 | 1018 | 198 | 1510 | 854 | 526 | 1182 | 116 | 1428 | 772 | 444 | 1100 | 280 | 1592 | 936 |
| 55 | 1367 | 711 | 383 | 1039 | 219 | 1531 | 875 | 547 | 1203 | 137 | 1449 | 793 | 465 | 1121 | 301 | 1613 | 957 | 629 | 1285 | 14 | 1326 | 670 | 342 | 1654 | 998 | 178 | 1490 | 834 | 506 | 1162 | 96 | 1408 | 752 | 424 | 1080 | 260 | 1572 | 916 | 588 | 1244 |
| 721 | 393 | 1049 | 229 | 1541 | 885 | 557 | 1213 | 147 | 1459 | 803 | 475 | 1131 | 311 | 1623 | 967 | 639 | 1295 | 24 | 1336 | 680 | 352 | 1664 | 1008 | 188 | 1500 | 844 | 516 | 1172 | 106 | 1418 | 762 | 434 | 1090 | 270 | 1582 | 926 | 598 | 1254 | 65 | 1377 |
| 1028 | 208 | 1520 | 864 | 536 | 1192 | 126 | 1438 | 782 | 454 | 1110 | 290 | 1602 | 946 | 618 | 1274 | 1271 | 1315 | 659 | 331 | 1643 | 987 | 167 | 1479 | 823 | 495 | 1151 | 85 | 1397 | 741 | 413 | 1069 | 249 | 1561 | 905 | 577 | 1233 | 44 | 1356 | 700 | 372 |
| 1553 | 897 | 569 | 1225 | 159 | 1471 | 815 | 487 | 1143 | 323 | 1635 | 979 | 651 | 1307 | 36 | 1348 | 692 | 364 | 1676 | 1020 | 200 | 1512 | 856 | 528 | 1184 | 118 | 1430 | 774 | 446 | 1102 | 282 | 1594 | 938 | 610 | 1266 | 77 | 1389 | 733 | 405 | 1061 | 241 |
| 549 | 1205 | 139 | 1451 | 795 | 467 | 1123 | 303 | 1615 | 959 | 631 | 1287 | 16 | 1328 | 672 | 344 | 1656 | 1000 | 180 | 1492 | 836 | 508 | 1164 | 98 | 1410 | 754 | 426 | 1082 | 262 | 1574 | 918 | 590 | 1246 | 57 | 1369 | 713 | 385 | 1041 | 221 | 1533 | 877 |
| 149 | 1461 | 805 | 477 | 1133 | 313 | 1625 | 969 | 641 | 1297 | 26 | 1338 | 682 | 354 | 1666 | 1010 | 190 | 1502 | 846 | 518 | 1174 | 108 | 1420 | 764 | 436 | 1092 | 272 | 1584 | 928 | 600 | 1256 | 67 | 1379 | 723 | 395 | 1051 | 231 | 1543 | 887 | 559 | 1215 |
| 785 | 457 | 1113 | 293 | 1605 | 949 | 621 | 1277 | 6 | 1318 | 662 | 334 | 1646 | 990 | 170 | 1482 | 826 | 498 | 1154 | 88 | 1400 | 744 | 416 | 1072 | 252 | 1564 | 908 | 580 | 1236 | 47 | 1359 | 703 | 375 | 1031 | 211 | 1523 | 867 | 539 | 1195 | 129 | 1441 |
| 1138 | 318 | 1630 | 974 | 646 | 1302 | 31 | 1343 | 687 | 359 | 1671 | 1015 | 195 | 1507 | 851 | 523 | 1179 | 113 | 1425 | 769 | 441 | 1097 | 277 | 1589 | 933 | 605 | 1261 | 72 | 1384 | 728 | 400 | 1056 | 236 | 1548 | 892 | 564 | 1220 | 154 | 1466 | 810 | 482 |
| 1610 | 954 | 626 | 1282 | 11 | 1323 | 667 | 339 | 1651 | 995 | 175 | 1487 | 831 | 503 | 1159 | 93 | 1405 | 749 | 421 | 1077 | 257 | 1569 | 913 | 585 | 1241 | 52 | 1364 | 708 | 380 | 1036 | 216 | 1528 | 872 | 544 | 1200 | 134 | 1446 | 790 | 462 | 1118 | 298 |
| 636 | 1292 | 21 | 1333 | 677 | 349 | 1661 | 1005 | 185 | 1497 | 841 | 513 | 1169 | 103 | 1415 | 759 | 431 | 1087 | 267 | 1579 | 923 | 595 | 1251 | 62 | 1374 | 718 | 390 | 1046 | 226 | 1538 | 882 | 554 | 1210 | 144 | 1456 | 800 | 472 | 1128 | 308 | 1620 | 964 |
| 0 | 1312 | 656 | 328 | 1640 | 984 | 164 | 1476 | 820 | 492 | 1148 | 82 | 1394 | 738 | 410 | 1066 | 246 | 1558 | 902 | 574 | 1230 | 41 | 1353 | 697 | 369 | 1025 | 205 | 1517 | 861 | 533 | 1189 | 123 | 1435 | 779 | 451 | 1107 | 287 | 1599 | 943 | 615 | 3 |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

**Table H.19 — 43 x 43 data**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 359 | 1735 | 1047 | 187 | 1563 | 875 | 531 | 1219 | 101 | 1477 | 789 | 445 | 1821 | 1133 | 273 | 1649 | 961 | 617 | 1305 | 58 | 1434 | 746 | 402 | 1778 | 1090 | 230 | 1606 | 918 | 574 | 1262 | 144 | 1520 | 832 | 488 | 1176 | 316 | 1692 | 1004 | 660 | 1348 | 15 | 1 |
| 1746 | 1058 | 198 | 1574 | 886 | 542 | 1230 | 112 | 1488 | 800 | 456 | 1832 | 1144 | 284 | 1660 | 972 | 628 | 1316 | 69 | 1445 | 757 | 413 | 1789 | 1101 | 241 | 1617 | 929 | 585 | 1273 | 155 | 1531 | 843 | 499 | 1187 | 327 | 1703 | 1015 | 671 | 1359 | 26 | 1402 | 714 | 370 |
| 176 | 1552 | 864 | 520 | 1208 | 90 | 1466 | 778 | 434 | 1810 | 1122 | 262 | 1638 | 950 | 606 | 1294 | 47 | 1423 | 735 | 391 | 1767 | 1079 | 219 | 1595 | 907 | 563 | 1251 | 133 | 1509 | 821 | 477 | 1165 | 305 | 1681 | 993 | 649 | 1337 | 4 | 1380 | 692 | 348 | 1724 | 1036 |
| 899 | 555 | 1243 | 125 | 1501 | 813 | 469 | 1845 | 1157 | 297 | 1673 | 985 | 641 | 1329 | 82 | 1458 | 770 | 426 | 1802 | 1114 | 254 | 1630 | 942 | 598 | 1286 | 168 | 1544 | 856 | 512 | 1200 | 340 | 1716 | 1028 | 684 | 1372 | 39 | 1415 | 727 | 383 | 1759 | 1071 | 211 | 1587 |
| 1222 | 104 | 1480 | 792 | 448 | 1824 | 1136 | 276 | 1652 | 964 | 620 | 1308 | 61 | 1437 | 749 | 405 | 1781 | 1093 | 233 | 1609 | 921 | 577 | 1265 | 147 | 1523 | 835 | 491 | 1179 | 319 | 1695 | 1007 | 663 | 1351 | 18 | 1394 | 706 | 362 | 1738 | 1050 | 190 | 1566 | 878 | 534 |
| 1491 | 803 | 459 | 1835 | 1147 | 287 | 1663 | 975 | 631 | 1319 | 72 | 1448 | 760 | 416 | 1792 | 1104 | 244 | 1620 | 932 | 588 | 1276 | 158 | 1534 | 846 | 502 | 1190 | 330 | 1706 | 1018 | 674 | 1362 | 29 | 1405 | 717 | 373 | 1749 | 1061 | 201 | 1577 | 889 | 545 | 1233 | 115 |
| 437 | 1813 | 1125 | 265 | 1641 | 953 | 609 | 1297 | 50 | 1426 | 738 | 394 | 1770 | 1082 | 222 | 1598 | 910 | 566 | 1254 | 136 | 1512 | 824 | 480 | 1168 | 308 | 1684 | 996 | 652 | 1340 | 7 | 1383 | 695 | 351 | 1727 | 1039 | 179 | 1555 | 867 | 523 | 1211 | 93 | 1469 | 781 |
| 1152 | 292 | 1668 | 980 | 636 | 1324 | 77 | 1453 | 765 | 421 | 1797 | 1109 | 249 | 1625 | 937 | 593 | 1281 | 163 | 1539 | 851 | 507 | 1195 | 335 | 1711 | 1023 | 679 | 1367 | 34 | 1410 | 722 | 378 | 1754 | 1066 | 206 | 1582 | 894 | 550 | 1238 | 120 | 1496 | 808 | 464 | 1840 |
| 1646 | 958 | 614 | 1302 | 55 | 1431 | 743 | 399 | 1775 | 1087 | 227 | 1603 | 915 | 571 | 1259 | 141 | 1517 | 829 | 485 | 1173 | 313 | 1689 | 1001 | 657 | 1345 | 12 | 1388 | 700 | 356 | 1732 | 1044 | 184 | 1560 | 872 | 528 | 1216 | 98 | 1474 | 786 | 442 | 1818 | 1130 | 270 |
| 625 | 1313 | 66 | 1442 | 754 | 410 | 1786 | 1098 | 238 | 1614 | 926 | 582 | 1270 | 152 | 1528 | 840 | 496 | 1184 | 324 | 1700 | 1012 | 668 | 1356 | 23 | 1399 | 711 | 367 | 1743 | 1055 | 195 | 1571 | 883 | 539 | 1227 | 109 | 1485 | 797 | 453 | 1829 | 1141 | 281 | 1657 | 969 |
| 44 | 1420 | 732 | 388 | 1764 | 1076 | 216 | 1592 | 904 | 560 | 1248 | 130 | 1506 | 818 | 474 | 1162 | 302 | 1678 | 990 | 646 | 1334 | 1391 | 1377 | 689 | 345 | 1721 | 1033 | 173 | 1549 | 861 | 517 | 1205 | 87 | 1463 | 775 | 431 | 1807 | 1119 | 259 | 1635 | 947 | 603 | 1291 |
| 773 | 429 | 1805 | 1117 | 257 | 1633 | 945 | 601 | 1289 | 171 | 1547 | 859 | 515 | 1203 | 343 | 1719 | 1031 | 687 | 1375 | 42 | 1418 | 730 | 386 | 1762 | 1074 | 214 | 1590 | 902 | 558 | 1246 | 128 | 1504 | 816 | 472 | 1848 | 1160 | 300 | 1676 | 988 | 644 | 1332 | 85 | 1461 |
| 1784 | 1096 | 236 | 1612 | 924 | 580 | 1268 | 150 | 1526 | 838 | 494 | 1182 | 322 | 1698 | 1010 | 666 | 1354 | 21 | 1397 | 709 | 365 | 1741 | 1053 | 193 | 1569 | 881 | 537 | 1225 | 107 | 1483 | 795 | 451 | 1827 | 1139 | 279 | 1655 | 967 | 623 | 1311 | 64 | 1440 | 752 | 408 |
| 247 | 1623 | 935 | 591 | 1279 | 161 | 1537 | 849 | 505 | 1193 | 333 | 1709 | 1021 | 677 | 1365 | 32 | 1408 | 720 | 376 | 1752 | 1064 | 204 | 1580 | 892 | 548 | 1236 | 118 | 1494 | 806 | 462 | 1838 | 1150 | 290 | 1666 | 978 | 634 | 1322 | 75 | 1451 | 763 | 419 | 1795 | 1107 |
| 913 | 569 | 1257 | 139 | 1515 | 827 | 483 | 1171 | 311 | 1687 | 999 | 655 | 1343 | 10 | 1386 | 698 | 354 | 1730 | 1042 | 182 | 1558 | 870 | 526 | 1214 | 96 | 1472 | 784 | 440 | 1816 | 1128 | 268 | 1644 | 956 | 612 | 1300 | 53 | 1429 | 741 | 397 | 1773 | 1085 | 225 | 1601 |
| 1284 | 166 | 1542 | 854 | 510 | 1198 | 338 | 1714 | 1026 | 682 | 1370 | 37 | 1413 | 725 | 381 | 1757 | 1069 | 209 | 1585 | 897 | 553 | 1241 | 123 | 1499 | 811 | 467 | 1843 | 1155 | 295 | 1671 | 983 | 639 | 1327 | 80 | 1456 | 768 | 424 | 1800 | 1112 | 252 | 1628 | 940 | 596 |
| 1521 | 833 | 489 | 1177 | 317 | 1693 | 1005 | 661 | 1349 | 16 | 1392 | 704 | 360 | 1736 | 1048 | 188 | 1564 | 876 | 532 | 1220 | 102 | 1478 | 790 | 446 | 1822 | 1134 | 274 | 1650 | 962 | 618 | 1306 | 59 | 1435 | 747 | 403 | 1779 | 1091 | 231 | 1607 | 919 | 575 | 1263 | 145 |
| 500 | 1188 | 328 | 1704 | 1016 | 672 | 1360 | 27 | 1403 | 715 | 371 | 1747 | 1059 | 199 | 1575 | 887 | 543 | 1231 | 113 | 1489 | 801 | 457 | 1833 | 1145 | 285 | 1661 | 973 | 629 | 1317 | 70 | 1446 | 758 | 414 | 1790 | 1102 | 242 | 1618 | 930 | 586 | 1274 | 156 | 1532 | 844 |
| 306 | 1682 | 994 | 650 | 1338 | 5 | 1381 | 693 | 349 | 1725 | 1037 | 177 | 1553 | 865 | 521 | 1209 | 91 | 1467 | 779 | 435 | 1811 | 1123 | 263 | 1639 | 951 | 607 | 1295 | 48 | 1424 | 736 | 392 | 1768 | 1080 | 220 | 1596 | 908 | 564 | 1252 | 134 | 1510 | 822 | 478 | 1166 |
| 1029 | 685 | 1373 | 40 | 1416 | 728 | 384 | 1760 | 1072 | 212 | 1588 | 900 | 556 | 1244 | 126 | 1502 | 814 | 470 | 1846 | 1158 | 298 | 1674 | 986 | 642 | 1330 | 83 | 1459 | 771 | 427 | 1803 | 1115 | 255 | 1631 | 943 | 599 | 1287 | 169 | 1545 | 857 | 513 | 1201 | 341 | 1717 |
| 1352 | 19 | 1395 | 707 | 363 | 1739 | 1051 | 191 | 1567 | 879 | 535 | 1223 | 105 | 1481 | 793 | 449 | 1825 | 1137 | 277 | 1653 | 965 | 621 | 1309 | 62 | 1438 | 750 | 406 | 1782 | 1094 | 234 | 1610 | 922 | 578 | 1266 | 148 | 1524 | 836 | 492 | 1180 | 320 | 1696 | 1008 | 664 |
| 1406 | 718 | 374 | 1750 | 1062 | 202 | 1578 | 890 | 546 | 1234 | 116 | 1492 | 804 | 460 | 1836 | 1148 | 288 | 1664 | 976 | 632 | 1320 | 73 | 1449 | 761 | 417 | 1793 | 1105 | 245 | 1621 | 933 | 589 | 1277 | 159 | 1535 | 847 | 503 | 1191 | 331 | 1707 | 1019 | 675 | 1363 | 30 |
| 352 | 1728 | 1040 | 180 | 1556 | 868 | 524 | 1212 | 94 | 1470 | 782 | 438 | 1814 | 1126 | 266 | 1642 | 954 | 610 | 1298 | 51 | 1427 | 739 | 395 | 1771 | 1083 | 223 | 1599 | 911 | 567 | 1255 | 137 | 1513 | 825 | 481 | 1169 | 309 | 1685 | 997 | 653 | 1341 | 8 | 1384 | 696 |
| 1067 | 207 | 1583 | 895 | 551 | 1239 | 121 | 1497 | 809 | 465 | 1841 | 1153 | 293 | 1669 | 981 | 637 | 1325 | 78 | 1454 | 766 | 422 | 1798 | 1110 | 250 | 1626 | 938 | 594 | 1282 | 164 | 1540 | 852 | 508 | 1196 | 336 | 1712 | 1024 | 680 | 1368 | 35 | 1411 | 723 | 379 | 1755 |
| 1561 | 873 | 529 | 1217 | 99 | 1475 | 787 | 443 | 1819 | 1131 | 271 | 1647 | 959 | 615 | 1303 | 56 | 1432 | 744 | 400 | 1776 | 1088 | 228 | 1604 | 916 | 572 | 1260 | 142 | 1518 | 830 | 486 | 1174 | 314 | 1690 | 1002 | 658 | 1346 | 13 | 1389 | 701 | 357 | 1733 | 1045 | 185 |
| 540 | 1228 | 110 | 1486 | 798 | 454 | 1830 | 1142 | 282 | 1658 | 970 | 626 | 1314 | 67 | 1443 | 755 | 411 | 1787 | 1099 | 239 | 1615 | 927 | 583 | 1271 | 153 | 1529 | 841 | 497 | 1185 | 325 | 1701 | 1013 | 669 | 1357 | 24 | 1400 | 712 | 368 | 1744 | 1056 | 196 | 1572 | 884 |
| 88 | 1464 | 776 | 432 | 1808 | 1120 | 260 | 1636 | 948 | 604 | 1292 | 45 | 1421 | 733 | 389 | 1765 | 1077 | 217 | 1593 | 905 | 561 | 1249 | 131 | 1507 | 819 | 475 | 1163 | 303 | 1679 | 991 | 647 | 1335 | 703 | 1378 | 690 | 346 | 1722 | 1034 | 174 | 1550 | 862 | 518 | 1206 |
| 815 | 471 | 1847 | 1159 | 299 | 1675 | 987 | 643 | 1331 | 84 | 1460 | 772 | 428 | 1804 | 1116 | 256 | 1632 | 944 | 600 | 1288 | 170 | 1546 | 858 | 514 | 1202 | 342 | 1718 | 1030 | 686 | 1374 | 41 | 1417 | 729 | 385 | 1761 | 1073 | 213 | 1589 | 901 | 557 | 1245 | 127 | 1503 |
| 1826 | 1138 | 278 | 1654 | 966 | 622 | 1310 | 63 | 1439 | 751 | 407 | 1783 | 1095 | 235 | 1611 | 923 | 579 | 1267 | 149 | 1525 | 837 | 493 | 1181 | 321 | 1697 | 1009 | 665 | 1353 | 20 | 1396 | 708 | 364 | 1740 | 1052 | 192 | 1568 | 880 | 536 | 1224 | 106 | 1482 | 794 | 450 |
| 289 | 1665 | 977 | 633 | 1321 | 74 | 1450 | 762 | 418 | 1794 | 1106 | 246 | 1622 | 934 | 590 | 1278 | 160 | 1536 | 848 | 504 | 1192 | 332 | 1708 | 1020 | 676 | 1364 | 31 | 1407 | 719 | 375 | 1751 | 1063 | 203 | 1579 | 891 | 547 | 1235 | 117 | 1493 | 805 | 461 | 1837 | 1149 |
| 955 | 611 | 1299 | 52 | 1428 | 740 | 396 | 1772 | 1084 | 224 | 1600 | 912 | 568 | 1256 | 138 | 1514 | 826 | 482 | 1170 | 310 | 1686 | 998 | 654 | 1342 | 9 | 1385 | 697 | 353 | 1729 | 1041 | 181 | 1557 | 869 | 525 | 1213 | 95 | 1471 | 783 | 439 | 1815 | 1127 | 267 | 1643 |
| 1326 | 79 | 1455 | 767 | 423 | 1799 | 1111 | 251 | 1627 | 939 | 595 | 1283 | 165 | 1541 | 853 | 509 | 1197 | 337 | 1713 | 1025 | 681 | 1369 | 36 | 1412 | 724 | 380 | 1756 | 1068 | 208 | 1584 | 896 | 552 | 1240 | 122 | 1498 | 810 | 466 | 1842 | 1154 | 294 | 1670 | 982 | 638 |
| 1433 | 745 | 401 | 1777 | 1089 | 229 | 1605 | 917 | 573 | 1261 | 143 | 1519 | 831 | 487 | 1175 | 315 | 1691 | 1003 | 659 | 1347 | 14 | 1390 | 702 | 358 | 1734 | 1046 | 186 | 1562 | 874 | 530 | 1218 | 100 | 1476 | 788 | 444 | 1820 | 1132 | 272 | 1648 | 960 | 616 | 1304 | 57 |
| 412 | 1788 | 1100 | 240 | 1616 | 928 | 584 | 1272 | 154 | 1530 | 842 | 498 | 1186 | 326 | 1702 | 1014 | 670 | 1358 | 25 | 1401 | 713 | 369 | 1745 | 1057 | 197 | 1573 | 885 | 541 | 1229 | 111 | 1487 | 799 | 455 | 1831 | 1143 | 283 | 1659 | 971 | 627 | 1315 | 68 | 1444 | 756 |
| 1078 | 218 | 1594 | 906 | 562 | 1250 | 132 | 1508 | 820 | 476 | 1164 | 304 | 1680 | 992 | 648 | 1336 | 1333 | 1379 | 691 | 347 | 1723 | 1035 | 175 | 1551 | 863 | 519 | 1207 | 89 | 1465 | 777 | 433 | 1809 | 1121 | 261 | 1637 | 949 | 605 | 1293 | 46 | 1422 | 734 | 390 | 1766 |
| 1629 | 941 | 597 | 1285 | 167 | 1543 | 855 | 511 | 1199 | 339 | 1715 | 1027 | 683 | 1371 | 38 | 1414 | 726 | 382 | 1758 | 1070 | 210 | 1586 | 898 | 554 | 1242 | 124 | 1500 | 812 | 468 | 1844 | 1156 | 296 | 1672 | 984 | 640 | 1328 | 81 | 1457 | 769 | 425 | 1801 | 1113 | 253 |
| 576 | 1264 | 146 | 1522 | 834 | 490 | 1178 | 318 | 1694 | 1006 | 662 | 1350 | 17 | 1393 | 705 | 361 | 1737 | 1049 | 189 | 1565 | 877 | 533 | 1221 | 103 | 1479 | 791 | 447 | 1823 | 1135 | 275 | 1651 | 963 | 619 | 1307 | 60 | 1436 | 748 | 404 | 1780 | 1092 | 232 | 1608 | 920 |
| 157 | 1533 | 845 | 501 | 1189 | 329 | 1705 | 1017 | 673 | 1361 | 28 | 1404 | 716 | 372 | 1748 | 1060 | 200 | 1576 | 888 | 544 | 1232 | 114 | 1490 | 802 | 458 | 1834 | 1146 | 286 | 1662 | 974 | 630 | 1318 | 71 | 1447 | 759 | 415 | 1791 | 1103 | 243 | 1619 | 931 | 587 | 1275 |
| 823 | 479 | 1167 | 307 | 1683 | 995 | 651 | 1339 | 6 | 1382 | 694 | 350 | 1726 | 1038 | 178 | 1554 | 866 | 522 | 1210 | 92 | 1468 | 780 | 436 | 1812 | 1124 | 264 | 1640 | 952 | 608 | 1296 | 49 | 1425 | 737 | 393 | 1769 | 1081 | 221 | 1597 | 909 | 565 | 1253 | 135 | 1511 |
| 1194 | 334 | 1710 | 1022 | 678 | 1366 | 33 | 1409 | 721 | 377 | 1753 | 1065 | 205 | 1581 | 893 | 549 | 1237 | 119 | 1495 | 807 | 463 | 1839 | 1151 | 291 | 1667 | 979 | 635 | 1323 | 76 | 1452 | 764 | 420 | 1796 | 1108 | 248 | 1624 | 936 | 592 | 1280 | 162 | 1538 | 850 | 506 |
| 1688 | 1000 | 656 | 1344 | 11 | 1387 | 699 | 355 | 1731 | 1043 | 183 | 1559 | 871 | 527 | 1215 | 97 | 1473 | 785 | 441 | 1817 | 1129 | 269 | 1645 | 957 | 613 | 1301 | 54 | 1430 | 742 | 398 | 1774 | 1086 | 226 | 1602 | 914 | 570 | 1258 | 140 | 1516 | 828 | 484 | 1172 | 312 |
| 667 | 1355 | 22 | 1398 | 710 | 366 | 1742 | 1054 | 194 | 1570 | 882 | 538 | 1226 | 108 | 1484 | 796 | 452 | 1828 | 1140 | 280 | 1656 | 968 | 624 | 1312 | 65 | 1441 | 753 | 409 | 1785 | 1097 | 237 | 1613 | 925 | 581 | 1269 | 151 | 1527 | 839 | 495 | 1183 | 323 | 1699 | 1011 |
| 0 | 1376 | 688 | 344 | 1720 | 1032 | 172 | 1548 | 860 | 516 | 1204 | 86 | 1462 | 774 | 430 | 1806 | 1118 | 258 | 1634 | 946 | 602 | 1290 | 43 | 1419 | 731 | 387 | 1763 | 1075 | 215 | 1591 | 903 | 559 | 1247 | 129 | 1505 | 817 | 473 | 1161 | 301 | 1677 | 989 | 645 | 3 |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

**Table H.20 — 45 x 45 data**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 370 | 1810 | 1090 | 190 | 1630 | 910 | 550 | 1990 | 1270 | 100 | 1540 | 820 | 460 | 1900 | 1180 | 280 | 1720 | 1000 | 640 | 1360 | 55 | 1495 | 775 | 415 | 1855 | 1135 | 235 | 1675 | 955 | 595 | 1315 | 145 | 1585 | 865 | 505 | 1945 | 1225 | 325 | 1765 | 1045 | 685 | 1405 | 10 | 1 |
| 1838 | 1118 | 218 | 1658 | 938 | 578 | 2018 | 1298 | 128 | 1568 | 848 | 488 | 1928 | 1208 | 308 | 1748 | 1028 | 668 | 1388 | 83 | 1523 | 803 | 443 | 1883 | 1163 | 263 | 1703 | 983 | 623 | 1343 | 173 | 1613 | 893 | 533 | 1973 | 1253 | 353 | 1793 | 1073 | 713 | 1433 | 38 | 1478 | 758 | 398 |
| 196 | 1636 | 916 | 556 | 1996 | 1276 | 106 | 1546 | 826 | 466 | 1906 | 1186 | 286 | 1726 | 1006 | 646 | 1366 | 61 | 1501 | 781 | 421 | 1861 | 1141 | 241 | 1681 | 961 | 601 | 1321 | 151 | 1591 | 871 | 511 | 1951 | 1231 | 331 | 1771 | 1051 | 691 | 1411 | 16 | 1456 | 736 | 376 | 1816 | 1096 |
| 927 | 567 | 2007 | 1287 | 117 | 1557 | 837 | 477 | 1917 | 1197 | 297 | 1737 | 1017 | 657 | 1377 | 72 | 1512 | 792 | 432 | 1872 | 1152 | 252 | 1692 | 972 | 612 | 1332 | 162 | 1602 | 882 | 522 | 1962 | 1242 | 342 | 1782 | 1062 | 702 | 1422 | 27 | 1467 | 747 | 387 | 1827 | 1107 | 207 | 1647 |
| 1984 | 1264 | 94 | 1534 | 814 | 454 | 1894 | 1174 | 274 | 1714 | 994 | 634 | 1354 | 49 | 1489 | 769 | 409 | 1849 | 1129 | 229 | 1669 | 949 | 589 | 1309 | 139 | 1579 | 859 | 499 | 1939 | 1219 | 319 | 1759 | 1039 | 679 | 1399 | 4 | 1444 | 724 | 364 | 1804 | 1084 | 184 | 1624 | 904 | 544 |
| 131 | 1571 | 851 | 491 | 1931 | 1211 | 311 | 1751 | 1031 | 671 | 1391 | 86 | 1526 | 806 | 446 | 1886 | 1166 | 266 | 1706 | 986 | 626 | 1346 | 176 | 1616 | 896 | 536 | 1976 | 1256 | 356 | 1796 | 1076 | 716 | 1436 | 41 | 1481 | 761 | 401 | 1841 | 1121 | 221 | 1661 | 941 | 581 | 2021 | 1301 |
| 829 | 469 | 1909 | 1189 | 289 | 1729 | 1009 | 649 | 1369 | 64 | 1504 | 784 | 424 | 1864 | 1144 | 244 | 1684 | 964 | 604 | 1324 | 154 | 1594 | 874 | 514 | 1954 | 1234 | 334 | 1774 | 1054 | 694 | 1414 | 19 | 1459 | 739 | 379 | 1819 | 1099 | 199 | 1639 | 919 | 559 | 1999 | 1279 | 109 | 1549 |
| 1920 | 1200 | 300 | 1740 | 1020 | 660 | 1380 | 75 | 1515 | 795 | 435 | 1875 | 1155 | 255 | 1695 | 975 | 615 | 1335 | 165 | 1605 | 885 | 525 | 1965 | 1245 | 345 | 1785 | 1065 | 705 | 1425 | 30 | 1470 | 750 | 390 | 1830 | 1110 | 210 | 1650 | 930 | 570 | 2010 | 1290 | 120 | 1560 | 840 | 480 |
| 277 | 1717 | 997 | 637 | 1357 | 52 | 1492 | 772 | 412 | 1852 | 1132 | 232 | 1672 | 952 | 592 | 1312 | 142 | 1582 | 862 | 502 | 1942 | 1222 | 322 | 1762 | 1042 | 682 | 1402 | 7 | 1447 | 727 | 367 | 1807 | 1087 | 187 | 1627 | 907 | 547 | 1987 | 1267 | 97 | 1537 | 817 | 457 | 1897 | 1177 |
| 1025 | 665 | 1385 | 80 | 1520 | 800 | 440 | 1880 | 1160 | 260 | 1700 | 980 | 620 | 1340 | 170 | 1610 | 890 | 530 | 1970 | 1250 | 350 | 1790 | 1070 | 710 | 1430 | 35 | 1475 | 755 | 395 | 1835 | 1115 | 215 | 1655 | 935 | 575 | 2015 | 1295 | 125 | 1565 | 845 | 485 | 1925 | 1205 | 305 | 1745 |
| 1363 | 58 | 1498 | 778 | 418 | 1858 | 1138 | 238 | 1678 | 958 | 598 | 1318 | 148 | 1588 | 868 | 508 | 1948 | 1228 | 328 | 1768 | 1048 | 688 | 1408 | 13 | 1453 | 733 | 373 | 1813 | 1093 | 193 | 1633 | 913 | 553 | 1993 | 1273 | 103 | 1543 | 823 | 463 | 1903 | 1183 | 283 | 1723 | 1003 | 643 |
| 1509 | 789 | 429 | 1869 | 1149 | 249 | 1689 | 969 | 609 | 1329 | 159 | 1599 | 879 | 519 | 1959 | 1239 | 339 | 1779 | 1059 | 699 | 1419 | 24 | 1464 | 744 | 384 | 1824 | 1104 | 204 | 1644 | 924 | 564 | 2004 | 1284 | 114 | 1554 | 834 | 474 | 1914 | 1194 | 294 | 1734 | 1014 | 654 | 1374 | 69 |
| 406 | 1846 | 1126 | 226 | 1666 | 946 | 586 | 1306 | 136 | 1576 | 856 | 496 | 1936 | 1216 | 316 | 1756 | 1036 | 676 | 1396 | 1450 | 1441 | 721 | 361 | 1801 | 1081 | 181 | 1621 | 901 | 541 | 1981 | 1261 | 91 | 1531 | 811 | 451 | 1891 | 1171 | 271 | 1711 | 991 | 631 | 1351 | 46 | 1486 | 766 |
| 1169 | 269 | 1709 | 989 | 629 | 1349 | 179 | 1619 | 899 | 539 | 1979 | 1259 | 359 | 1799 | 1079 | 719 | 1439 | 44 | 1484 | 764 | 404 | 1844 | 1124 | 224 | 1664 | 944 | 584 | 2024 | 1304 | 134 | 1574 | 854 | 494 | 1934 | 1214 | 314 | 1754 | 1034 | 674 | 1394 | 89 | 1529 | 809 | 449 | 1889 |
| 1687 | 967 | 607 | 1327 | 157 | 1597 | 877 | 517 | 1957 | 1237 | 337 | 1777 | 1057 | 697 | 1417 | 22 | 1462 | 742 | 382 | 1822 | 1102 | 202 | 1642 | 922 | 562 | 2002 | 1282 | 112 | 1552 | 832 | 472 | 1912 | 1192 | 292 | 1732 | 1012 | 652 | 1372 | 67 | 1507 | 787 | 427 | 1867 | 1147 | 247 |
| 618 | 1338 | 168 | 1608 | 888 | 528 | 1968 | 1248 | 348 | 1788 | 1068 | 708 | 1428 | 33 | 1473 | 753 | 393 | 1833 | 1113 | 213 | 1653 | 933 | 573 | 2013 | 1293 | 123 | 1563 | 843 | 483 | 1923 | 1203 | 303 | 1743 | 1023 | 663 | 1383 | 78 | 1518 | 798 | 438 | 1878 | 1158 | 258 | 1698 | 978 |
| 146 | 1586 | 866 | 506 | 1946 | 1226 | 326 | 1766 | 1046 | 686 | 1406 | 11 | 1451 | 731 | 371 | 1811 | 1091 | 191 | 1631 | 911 | 551 | 1991 | 1271 | 101 | 1541 | 821 | 461 | 1901 | 1181 | 281 | 1721 | 1001 | 641 | 1361 | 56 | 1496 | 776 | 416 | 1856 | 1136 | 236 | 1676 | 956 | 596 | 1316 |
| 894 | 534 | 1974 | 1254 | 354 | 1794 | 1074 | 714 | 1434 | 39 | 1479 | 759 | 399 | 1839 | 1119 | 219 | 1659 | 939 | 579 | 2019 | 1299 | 129 | 1569 | 849 | 489 | 1929 | 1209 | 309 | 1749 | 1029 | 669 | 1389 | 84 | 1524 | 804 | 444 | 1884 | 1164 | 264 | 1704 | 984 | 624 | 1344 | 174 | 1614 |
| 1952 | 1232 | 332 | 1772 | 1052 | 692 | 1412 | 17 | 1457 | 737 | 377 | 1817 | 1097 | 197 | 1637 | 917 | 557 | 1997 | 1277 | 107 | 1547 | 827 | 467 | 1907 | 1187 | 287 | 1727 | 1007 | 647 | 1367 | 62 | 1502 | 782 | 422 | 1862 | 1142 | 242 | 1682 | 962 | 602 | 1322 | 152 | 1592 | 872 | 512 |
| 343 | 1783 | 1063 | 703 | 1423 | 28 | 1468 | 748 | 388 | 1828 | 1108 | 208 | 1648 | 928 | 568 | 2008 | 1288 | 118 | 1558 | 838 | 478 | 1918 | 1198 | 298 | 1738 | 1018 | 658 | 1378 | 73 | 1513 | 793 | 433 | 1873 | 1153 | 253 | 1693 | 973 | 613 | 1333 | 163 | 1603 | 883 | 523 | 1963 | 1243 |
| 1040 | 680 | 1400 | 5 | 1445 | 725 | 365 | 1805 | 1085 | 185 | 1625 | 905 | 545 | 1985 | 1265 | 95 | 1535 | 815 | 455 | 1895 | 1175 | 275 | 1715 | 995 | 635 | 1355 | 50 | 1490 | 770 | 410 | 1850 | 1130 | 230 | 1670 | 950 | 590 | 1310 | 140 | 1580 | 860 | 500 | 1940 | 1220 | 320 | 1760 |
| 1437 | 42 | 1482 | 762 | 402 | 1842 | 1122 | 222 | 1662 | 942 | 582 | 2022 | 1302 | 132 | 1572 | 852 | 492 | 1932 | 1212 | 312 | 1752 | 1032 | 672 | 1392 | 87 | 1527 | 807 | 447 | 1887 | 1167 | 267 | 1707 | 987 | 627 | 1347 | 177 | 1617 | 897 | 537 | 1977 | 1257 | 357 | 1797 | 1077 | 717 |
| 1460 | 740 | 380 | 1820 | 1100 | 200 | 1640 | 920 | 560 | 2000 | 1280 | 110 | 1550 | 830 | 470 | 1910 | 1190 | 290 | 1730 | 1010 | 650 | 1370 | 65 | 1505 | 785 | 425 | 1865 | 1145 | 245 | 1685 | 965 | 605 | 1325 | 155 | 1595 | 875 | 515 | 1955 | 1235 | 335 | 1775 | 1055 | 695 | 1415 | 20 |
| 391 | 1831 | 1111 | 211 | 1651 | 931 | 571 | 2011 | 1291 | 121 | 1561 | 841 | 481 | 1921 | 1201 | 301 | 1741 | 1021 | 661 | 1381 | 76 | 1516 | 796 | 436 | 1876 | 1156 | 256 | 1696 | 976 | 616 | 1336 | 166 | 1606 | 886 | 526 | 1966 | 1246 | 346 | 1786 | 1066 | 706 | 1426 | 31 | 1471 | 751 |
| 1088 | 188 | 1628 | 908 | 548 | 1988 | 1268 | 98 | 1538 | 818 | 458 | 1898 | 1178 | 278 | 1718 | 998 | 638 | 1358 | 53 | 1493 | 773 | 413 | 1853 | 1133 | 233 | 1673 | 953 | 593 | 1313 | 143 | 1583 | 863 | 503 | 1943 | 1223 | 323 | 1763 | 1043 | 683 | 1403 | 8 | 1448 | 728 | 368 | 1808 |
| 1656 | 936 | 576 | 2016 | 1296 | 126 | 1566 | 846 | 486 | 1926 | 1206 | 306 | 1746 | 1026 | 666 | 1386 | 81 | 1521 | 801 | 441 | 1881 | 1161 | 261 | 1701 | 981 | 621 | 1341 | 171 | 1611 | 891 | 531 | 1971 | 1251 | 351 | 1791 | 1071 | 711 | 1431 | 36 | 1476 | 756 | 396 | 1836 | 1116 | 216 |
| 554 | 1994 | 1274 | 104 | 1544 | 824 | 464 | 1904 | 1184 | 284 | 1724 | 1004 | 644 | 1364 | 59 | 1499 | 779 | 419 | 1859 | 1139 | 239 | 1679 | 959 | 599 | 1319 | 149 | 1589 | 869 | 509 | 1949 | 1229 | 329 | 1769 | 1049 | 689 | 1409 | 14 | 1454 | 734 | 374 | 1814 | 1094 | 194 | 1634 | 914 |
| 1285 | 115 | 1555 | 835 | 475 | 1915 | 1195 | 295 | 1735 | 1015 | 655 | 1375 | 70 | 1510 | 790 | 430 | 1870 | 1150 | 250 | 1690 | 970 | 610 | 1330 | 160 | 1600 | 880 | 520 | 1960 | 1240 | 340 | 1780 | 1060 | 700 | 1420 | 25 | 1465 | 745 | 385 | 1825 | 1105 | 205 | 1645 | 925 | 565 | 2005 |
| 1532 | 812 | 452 | 1892 | 1172 | 272 | 1712 | 992 | 632 | 1352 | 47 | 1487 | 767 | 407 | 1847 | 1127 | 227 | 1667 | 947 | 587 | 1307 | 137 | 1577 | 857 | 497 | 1937 | 1217 | 317 | 1757 | 1037 | 677 | 1397 | 730 | 1442 | 722 | 362 | 1802 | 1082 | 182 | 1622 | 902 | 542 | 1982 | 1262 | 92 |
| 493 | 1933 | 1213 | 313 | 1753 | 1033 | 673 | 1393 | 88 | 1528 | 808 | 448 | 1888 | 1168 | 268 | 1708 | 988 | 628 | 1348 | 178 | 1618 | 898 | 538 | 1978 | 1258 | 358 | 1798 | 1078 | 718 | 1438 | 43 | 1483 | 763 | 403 | 1843 | 1123 | 223 | 1663 | 943 | 583 | 2023 | 1303 | 133 | 1573 | 853 |
| 1191 | 291 | 1731 | 1011 | 651 | 1371 | 66 | 1506 | 786 | 426 | 1866 | 1146 | 246 | 1686 | 966 | 606 | 1326 | 156 | 1596 | 876 | 516 | 1956 | 1236 | 336 | 1776 | 1056 | 696 | 1416 | 21 | 1461 | 741 | 381 | 1821 | 1101 | 201 | 1641 | 921 | 561 | 2001 | 1281 | 111 | 1551 | 831 | 471 | 1911 |
| 1742 | 1022 | 662 | 1382 | 77 | 1517 | 797 | 437 | 1877 | 1157 | 257 | 1697 | 977 | 617 | 1337 | 167 | 1607 | 887 | 527 | 1967 | 1247 | 347 | 1787 | 1067 | 707 | 1427 | 32 | 1472 | 752 | 392 | 1832 | 1112 | 212 | 1652 | 932 | 572 | 2012 | 1292 | 122 | 1562 | 842 | 482 | 1922 | 1202 | 302 |
| 639 | 1359 | 54 | 1494 | 774 | 414 | 1854 | 1134 | 234 | 1674 | 954 | 594 | 1314 | 144 | 1584 | 864 | 504 | 1944 | 1224 | 324 | 1764 | 1044 | 684 | 1404 | 9 | 1449 | 729 | 369 | 1809 | 1089 | 189 | 1629 | 909 | 549 | 1989 | 1269 | 99 | 1539 | 819 | 459 | 1899 | 1179 | 279 | 1719 | 999 |
| 82 | 1522 | 802 | 442 | 1882 | 1162 | 262 | 1702 | 982 | 622 | 1342 | 172 | 1612 | 892 | 532 | 1972 | 1252 | 352 | 1792 | 1072 | 712 | 1432 | 37 | 1477 | 757 | 397 | 1837 | 1117 | 217 | 1657 | 937 | 577 | 2017 | 1297 | 127 | 1567 | 847 | 487 | 1927 | 1207 | 307 | 1747 | 1027 | 667 | 1387 |
| 780 | 420 | 1860 | 1140 | 240 | 1680 | 960 | 600 | 1320 | 150 | 1590 | 870 | 510 | 1950 | 1230 | 330 | 1770 | 1050 | 690 | 1410 | 15 | 1455 | 735 | 375 | 1815 | 1095 | 195 | 1635 | 915 | 555 | 1995 | 1275 | 105 | 1545 | 825 | 465 | 1905 | 1185 | 285 | 1725 | 1005 | 645 | 1365 | 60 | 1500 |
| 1871 | 1151 | 251 | 1691 | 971 | 611 | 1331 | 161 | 1601 | 881 | 521 | 1961 | 1241 | 341 | 1781 | 1061 | 701 | 1421 | 26 | 1466 | 746 | 386 | 1826 | 1106 | 206 | 1646 | 926 | 566 | 2006 | 1286 | 116 | 1556 | 836 | 476 | 1916 | 1196 | 296 | 1736 | 1016 | 656 | 1376 | 71 | 1511 | 791 | 431 |
| 228 | 1668 | 948 | 588 | 1308 | 138 | 1578 | 858 | 498 | 1938 | 1218 | 318 | 1758 | 1038 | 678 | 1398 | 1395 | 1443 | 723 | 363 | 1803 | 1083 | 183 | 1623 | 903 | 543 | 1983 | 1263 | 93 | 1533 | 813 | 453 | 1893 | 1173 | 273 | 1713 | 993 | 633 | 1353 | 48 | 1488 | 768 | 408 | 1848 | 1128 |
| 985 | 625 | 1345 | 175 | 1615 | 895 | 535 | 1975 | 1255 | 355 | 1795 | 1075 | 715 | 1435 | 40 | 1480 | 760 | 400 | 1840 | 1120 | 220 | 1660 | 940 | 580 | 2020 | 1300 | 130 | 1570 | 850 | 490 | 1930 | 1210 | 310 | 1750 | 1030 | 670 | 1390 | 85 | 1525 | 805 | 445 | 1885 | 1165 | 265 | 1705 |
| 1323 | 153 | 1593 | 873 | 513 | 1953 | 1233 | 333 | 1773 | 1053 | 693 | 1413 | 18 | 1458 | 738 | 378 | 1818 | 1098 | 198 | 1638 | 918 | 558 | 1998 | 1278 | 108 | 1548 | 828 | 468 | 1908 | 1188 | 288 | 1728 | 1008 | 648 | 1368 | 63 | 1503 | 783 | 423 | 1863 | 1143 | 243 | 1683 | 963 | 603 |
| 1604 | 884 | 524 | 1964 | 1244 | 344 | 1784 | 1064 | 704 | 1424 | 29 | 1469 | 749 | 389 | 1829 | 1109 | 209 | 1649 | 929 | 569 | 2009 | 1289 | 119 | 1559 | 839 | 479 | 1919 | 1199 | 299 | 1739 | 1019 | 659 | 1379 | 74 | 1514 | 794 | 434 | 1874 | 1154 | 254 | 1694 | 974 | 614 | 1334 | 164 |
| 501 | 1941 | 1221 | 321 | 1761 | 1041 | 681 | 1401 | 6 | 1446 | 726 | 366 | 1806 | 1086 | 186 | 1626 | 906 | 546 | 1986 | 1266 | 96 | 1536 | 816 | 456 | 1896 | 1176 | 276 | 1716 | 996 | 636 | 1356 | 51 | 1491 | 771 | 411 | 1851 | 1131 | 231 | 1671 | 951 | 591 | 1311 | 141 | 1581 | 861 |
| 1249 | 349 | 1789 | 1069 | 709 | 1429 | 34 | 1474 | 754 | 394 | 1834 | 1114 | 214 | 1654 | 934 | 574 | 2014 | 1294 | 124 | 1564 | 844 | 484 | 1924 | 1204 | 304 | 1744 | 1024 | 664 | 1384 | 79 | 1519 | 799 | 439 | 1879 | 1159 | 259 | 1699 | 979 | 619 | 1339 | 169 | 1609 | 889 | 529 | 1969 |
| 1767 | 1047 | 687 | 1407 | 12 | 1452 | 732 | 372 | 1812 | 1092 | 192 | 1632 | 912 | 552 | 1992 | 1272 | 102 | 1542 | 822 | 462 | 1902 | 1182 | 282 | 1722 | 1002 | 642 | 1362 | 57 | 1497 | 777 | 417 | 1857 | 1137 | 237 | 1677 | 957 | 597 | 1317 | 147 | 1587 | 867 | 507 | 1947 | 1227 | 327 |
| 698 | 1418 | 23 | 1463 | 743 | 383 | 1823 | 1103 | 203 | 1643 | 923 | 563 | 2003 | 1283 | 113 | 1553 | 833 | 473 | 1913 | 1193 | 293 | 1733 | 1013 | 653 | 1373 | 68 | 1508 | 788 | 428 | 1868 | 1148 | 248 | 1688 | 968 | 608 | 1328 | 158 | 1598 | 878 | 518 | 1958 | 1238 | 338 | 1778 | 1058 |
| 0 | 1440 | 720 | 360 | 1800 | 1080 | 180 | 1620 | 900 | 540 | 1980 | 1260 | 90 | 1530 | 810 | 450 | 1890 | 1170 | 270 | 1710 | 990 | 630 | 1350 | 45 | 1485 | 765 | 405 | 1845 | 1125 | 225 | 1665 | 945 | 585 | 1305 | 135 | 1575 | 855 | 495 | 1935 | 1215 | 315 | 1755 | 1035 | 675 | 3 |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

**Table H.21 — 47 x 47 data**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 398 | 1902 | 1150 | 210 | 1714 | 962 | 586 | 2090 | 1338 | 116 | 1620 | 868 | 492 | 1996 | 1244 | 304 | 1808 | 1056 | 680 | 2184 | 1432 | 69 | 1573 | 821 | 445 | 1949 | 1197 | 257 | 1761 | 1009 | 633 | 2137 | 1385 | 163 | 1667 | 915 | 539 | 2043 | 1291 | 351 | 1855 | 1103 | 727 | 1479 | 22 | 1 |
| 1914 | 1162 | 222 | 1726 | 974 | 598 | 2102 | 1350 | 128 | 1632 | 880 | 504 | 2008 | 1256 | 316 | 1820 | 1068 | 692 | 2196 | 1444 | 81 | 1585 | 833 | 457 | 1961 | 1209 | 269 | 1773 | 1021 | 645 | 2149 | 1397 | 175 | 1679 | 927 | 551 | 2055 | 1303 | 363 | 1867 | 1115 | 739 | 1491 | 34 | 1538 | 786 | 410 |
| 198 | 1702 | 950 | 574 | 2078 | 1326 | 104 | 1608 | 856 | 480 | 1984 | 1232 | 292 | 1796 | 1044 | 668 | 2172 | 1420 | 57 | 1561 | 809 | 433 | 1937 | 1185 | 245 | 1749 | 997 | 621 | 2125 | 1373 | 151 | 1655 | 903 | 527 | 2031 | 1279 | 339 | 1843 | 1091 | 715 | 1467 | 10 | 1514 | 762 | 386 | 1890 | 1138 |
| 980 | 604 | 2108 | 1356 | 134 | 1638 | 886 | 510 | 2014 | 1262 | 322 | 1826 | 1074 | 698 | 2202 | 1450 | 87 | 1591 | 839 | 463 | 1967 | 1215 | 275 | 1779 | 1027 | 651 | 2155 | 1403 | 181 | 1685 | 933 | 557 | 2061 | 1309 | 369 | 1873 | 1121 | 745 | 1497 | 40 | 1544 | 792 | 416 | 1920 | 1168 | 228 | 1732 |
| 2084 | 1332 | 110 | 1614 | 862 | 486 | 1990 | 1238 | 298 | 1802 | 1050 | 674 | 2178 | 1426 | 63 | 1567 | 815 | 439 | 1943 | 1191 | 251 | 1755 | 1003 | 627 | 2131 | 1379 | 157 | 1661 | 909 | 533 | 2037 | 1285 | 345 | 1849 | 1097 | 721 | 1473 | 16 | 1520 | 768 | 392 | 1896 | 1144 | 204 | 1708 | 956 | 580 |
| 122 | 1626 | 874 | 498 | 2002 | 1250 | 310 | 1814 | 1062 | 686 | 2190 | 1438 | 75 | 1579 | 827 | 451 | 1955 | 1203 | 263 | 1767 | 1015 | 639 | 2143 | 1391 | 169 | 1673 | 921 | 545 | 2049 | 1297 | 357 | 1861 | 1109 | 733 | 1485 | 28 | 1532 | 780 | 404 | 1908 | 1156 | 216 | 1720 | 968 | 592 | 2096 | 1344 |
| 850 | 474 | 1978 | 1226 | 286 | 1790 | 1038 | 662 | 2166 | 1414 | 51 | 1555 | 803 | 427 | 1931 | 1179 | 239 | 1743 | 991 | 615 | 2119 | 1367 | 145 | 1649 | 897 | 521 | 2025 | 1273 | 333 | 1837 | 1085 | 709 | 1461 | 4 | 1508 | 756 | 380 | 1884 | 1132 | 192 | 1696 | 944 | 568 | 2072 | 1320 | 98 | 1602 |
| 2017 | 1265 | 325 | 1829 | 1077 | 701 | 2205 | 1453 | 90 | 1594 | 842 | 466 | 1970 | 1218 | 278 | 1782 | 1030 | 654 | 2158 | 1406 | 184 | 1688 | 936 | 560 | 2064 | 1312 | 372 | 1876 | 1124 | 748 | 1500 | 43 | 1547 | 795 | 419 | 1923 | 1171 | 231 | 1735 | 983 | 607 | 2111 | 1359 | 137 | 1641 | 889 | 513 |
| 301 | 1805 | 1053 | 677 | 2181 | 1429 | 66 | 1570 | 818 | 442 | 1946 | 1194 | 254 | 1758 | 1006 | 630 | 2134 | 1382 | 160 | 1664 | 912 | 536 | 2040 | 1288 | 348 | 1852 | 1100 | 724 | 1476 | 19 | 1523 | 771 | 395 | 1899 | 1147 | 207 | 1711 | 959 | 583 | 2087 | 1335 | 113 | 1617 | 865 | 489 | 1993 | 1241 |
| 1065 | 689 | 2193 | 1441 | 78 | 1582 | 830 | 454 | 1958 | 1206 | 266 | 1770 | 1018 | 642 | 2146 | 1394 | 172 | 1676 | 924 | 548 | 2052 | 1300 | 360 | 1864 | 1112 | 736 | 1488 | 31 | 1535 | 783 | 407 | 1911 | 1159 | 219 | 1723 | 971 | 595 | 2099 | 1347 | 125 | 1629 | 877 | 501 | 2005 | 1253 | 313 | 1817 |
| 2169 | 1417 | 54 | 1558 | 806 | 430 | 1934 | 1182 | 242 | 1746 | 994 | 618 | 2122 | 1370 | 148 | 1652 | 900 | 524 | 2028 | 1276 | 336 | 1840 | 1088 | 712 | 1464 | 7 | 1511 | 759 | 383 | 1887 | 1135 | 195 | 1699 | 947 | 571 | 2075 | 1323 | 101 | 1605 | 853 | 477 | 1981 | 1229 | 289 | 1793 | 1041 | 665 |
| 84 | 1588 | 836 | 460 | 1964 | 1212 | 272 | 1776 | 1024 | 648 | 2152 | 1400 | 178 | 1682 | 930 | 554 | 2058 | 1306 | 366 | 1870 | 1118 | 742 | 1494 | 37 | 1541 | 789 | 413 | 1917 | 1165 | 225 | 1729 | 977 | 601 | 2105 | 1353 | 131 | 1635 | 883 | 507 | 2011 | 1259 | 319 | 1823 | 1071 | 695 | 2199 | 1447 |
| 812 | 436 | 1940 | 1188 | 248 | 1752 | 1000 | 624 | 2128 | 1376 | 154 | 1658 | 906 | 530 | 2034 | 1282 | 342 | 1846 | 1094 | 718 | 1470 | 13 | 1517 | 765 | 389 | 1893 | 1141 | 201 | 1705 | 953 | 577 | 2081 | 1329 | 107 | 1611 | 859 | 483 | 1987 | 1235 | 295 | 1799 | 1047 | 671 | 2175 | 1423 | 60 | 1564 |
| 1952 | 1200 | 260 | 1764 | 1012 | 636 | 2140 | 1388 | 166 | 1670 | 918 | 542 | 2046 | 1294 | 354 | 1858 | 1106 | 730 | 1482 | 25 | 1529 | 777 | 401 | 1905 | 1153 | 213 | 1717 | 965 | 589 | 2093 | 1341 | 119 | 1623 | 871 | 495 | 1999 | 1247 | 307 | 1811 | 1059 | 683 | 2187 | 1435 | 72 | 1576 | 824 | 448 |
| 236 | 1740 | 988 | 612 | 2116 | 1364 | 142 | 1646 | 894 | 518 | 2022 | 1270 | 330 | 1834 | 1082 | 706 | 1458 | 1526 | 1505 | 753 | 377 | 1881 | 1129 | 189 | 1693 | 941 | 565 | 2069 | 1317 | 95 | 1599 | 847 | 471 | 1975 | 1223 | 283 | 1787 | 1035 | 659 | 2163 | 1411 | 48 | 1552 | 800 | 424 | 1928 | 1176 |
| 1033 | 657 | 2161 | 1409 | 187 | 1691 | 939 | 563 | 2067 | 1315 | 375 | 1879 | 1127 | 751 | 1503 | 46 | 1550 | 798 | 422 | 1926 | 1174 | 234 | 1738 | 986 | 610 | 2114 | 1362 | 140 | 1644 | 892 | 516 | 2020 | 1268 | 328 | 1832 | 1080 | 704 | 2208 | 1456 | 93 | 1597 | 845 | 469 | 1973 | 1221 | 281 | 1785 |
| 2138 | 1386 | 164 | 1668 | 916 | 540 | 2044 | 1292 | 352 | 1856 | 1104 | 728 | 1480 | 23 | 1527 | 775 | 399 | 1903 | 1151 | 211 | 1715 | 963 | 587 | 2091 | 1339 | 117 | 1621 | 869 | 493 | 1997 | 1245 | 305 | 1809 | 1057 | 681 | 2185 | 1433 | 70 | 1574 | 822 | 446 | 1950 | 1198 | 258 | 1762 | 1010 | 634 |
| 176 | 1680 | 928 | 552 | 2056 | 1304 | 364 | 1868 | 1116 | 740 | 1492 | 35 | 1539 | 787 | 411 | 1915 | 1163 | 223 | 1727 | 975 | 599 | 2103 | 1351 | 129 | 1633 | 881 | 505 | 2009 | 1257 | 317 | 1821 | 1069 | 693 | 2197 | 1445 | 82 | 1586 | 834 | 458 | 1962 | 1210 | 270 | 1774 | 1022 | 646 | 2150 | 1398 |
| 904 | 528 | 2032 | 1280 | 340 | 1844 | 1092 | 716 | 1468 | 11 | 1515 | 763 | 387 | 1891 | 1139 | 199 | 1703 | 951 | 575 | 2079 | 1327 | 105 | 1609 | 857 | 481 | 1985 | 1233 | 293 | 1797 | 1045 | 669 | 2173 | 1421 | 58 | 1562 | 810 | 434 | 1938 | 1186 | 246 | 1750 | 998 | 622 | 2126 | 1374 | 152 | 1656 |
| 2062 | 1310 | 370 | 1874 | 1122 | 746 | 1498 | 41 | 1545 | 793 | 417 | 1921 | 1169 | 229 | 1733 | 981 | 605 | 2109 | 1357 | 135 | 1639 | 887 | 511 | 2015 | 1263 | 323 | 1827 | 1075 | 699 | 2203 | 1451 | 88 | 1592 | 840 | 464 | 1968 | 1216 | 276 | 1780 | 1028 | 652 | 2156 | 1404 | 182 | 1686 | 934 | 558 |
| 346 | 1850 | 1098 | 722 | 1474 | 17 | 1521 | 769 | 393 | 1897 | 1145 | 205 | 1709 | 957 | 581 | 2085 | 1333 | 111 | 1615 | 863 | 487 | 1991 | 1239 | 299 | 1803 | 1051 | 675 | 2179 | 1427 | 64 | 1568 | 816 | 440 | 1944 | 1192 | 252 | 1756 | 1004 | 628 | 2132 | 1380 | 158 | 1662 | 910 | 534 | 2038 | 1286 |
| 1110 | 734 | 1486 | 29 | 1533 | 781 | 405 | 1909 | 1157 | 217 | 1721 | 969 | 593 | 2097 | 1345 | 123 | 1627 | 875 | 499 | 2003 | 1251 | 311 | 1815 | 1063 | 687 | 2191 | 1439 | 76 | 1580 | 828 | 452 | 1956 | 1204 | 264 | 1768 | 1016 | 640 | 2144 | 1392 | 170 | 1674 | 922 | 546 | 2050 | 1298 | 358 | 1862 |
| 1462 | 5 | 1509 | 757 | 381 | 1885 | 1133 | 193 | 1697 | 945 | 569 | 2073 | 1321 | 99 | 1603 | 851 | 475 | 1979 | 1227 | 287 | 1791 | 1039 | 663 | 2167 | 1415 | 52 | 1556 | 804 | 428 | 1932 | 1180 | 240 | 1744 | 992 | 616 | 2120 | 1368 | 146 | 1650 | 898 | 522 | 2026 | 1274 | 334 | 1838 | 1086 | 710 |
| 1548 | 796 | 420 | 1924 | 1172 | 232 | 1736 | 984 | 608 | 2112 | 1360 | 138 | 1642 | 890 | 514 | 2018 | 1266 | 326 | 1830 | 1078 | 702 | 2206 | 1454 | 91 | 1595 | 843 | 467 | 1971 | 1219 | 279 | 1783 | 1031 | 655 | 2159 | 1407 | 185 | 1689 | 937 | 561 | 2065 | 1313 | 373 | 1877 | 1125 | 749 | 1501 | 44 |
| 396 | 1900 | 1148 | 208 | 1712 | 960 | 584 | 2088 | 1336 | 114 | 1618 | 866 | 490 | 1994 | 1242 | 302 | 1806 | 1054 | 678 | 2182 | 1430 | 67 | 1571 | 819 | 443 | 1947 | 1195 | 255 | 1759 | 1007 | 631 | 2135 | 1383 | 161 | 1665 | 913 | 537 | 2041 | 1289 | 349 | 1853 | 1101 | 725 | 1477 | 20 | 1524 | 772 |
| 1160 | 220 | 1724 | 972 | 596 | 2100 | 1348 | 126 | 1630 | 878 | 502 | 2006 | 1254 | 314 | 1818 | 1066 | 690 | 2194 | 1442 | 79 | 1583 | 831 | 455 | 1959 | 1207 | 267 | 1771 | 1019 | 643 | 2147 | 1395 | 173 | 1677 | 925 | 549 | 2053 | 1301 | 361 | 1865 | 1113 | 737 | 1489 | 32 | 1536 | 784 | 408 | 1912 |
| 1700 | 948 | 572 | 2076 | 1324 | 102 | 1606 | 854 | 478 | 1982 | 1230 | 290 | 1794 | 1042 | 666 | 2170 | 1418 | 55 | 1559 | 807 | 431 | 1935 | 1183 | 243 | 1747 | 995 | 619 | 2123 | 1371 | 149 | 1653 | 901 | 525 | 2029 | 1277 | 337 | 1841 | 1089 | 713 | 1465 | 8 | 1512 | 760 | 384 | 1888 | 1136 | 196 |
| 602 | 2106 | 1354 | 132 | 1636 | 884 | 508 | 2012 | 1260 | 320 | 1824 | 1072 | 696 | 2200 | 1448 | 85 | 1589 | 837 | 461 | 1965 | 1213 | 273 | 1777 | 1025 | 649 | 2153 | 1401 | 179 | 1683 | 931 | 555 | 2059 | 1307 | 367 | 1871 | 1119 | 743 | 1495 | 38 | 1542 | 790 | 414 | 1918 | 1166 | 226 | 1730 | 978 |
| 1330 | 108 | 1612 | 860 | 484 | 1988 | 1236 | 296 | 1800 | 1048 | 672 | 2176 | 1424 | 61 | 1565 | 813 | 437 | 1941 | 1189 | 249 | 1753 | 1001 | 625 | 2129 | 1377 | 155 | 1659 | 907 | 531 | 2035 | 1283 | 343 | 1847 | 1095 | 719 | 1471 | 14 | 1518 | 766 | 390 | 1894 | 1142 | 202 | 1706 | 954 | 578 | 2082 |
| 1624 | 872 | 496 | 2000 | 1248 | 308 | 1812 | 1060 | 684 | 2188 | 1436 | 73 | 1577 | 825 | 449 | 1953 | 1201 | 261 | 1765 | 1013 | 637 | 2141 | 1389 | 167 | 1671 | 919 | 543 | 2047 | 1295 | 355 | 1859 | 1107 | 731 | 1483 | 26 | 1530 | 778 | 402 | 1906 | 1154 | 214 | 1718 | 966 | 590 | 2094 | 1342 | 120 |
| 472 | 1976 | 1224 | 284 | 1788 | 1036 | 660 | 2164 | 1412 | 49 | 1553 | 801 | 425 | 1929 | 1177 | 237 | 1741 | 989 | 613 | 2117 | 1365 | 143 | 1647 | 895 | 519 | 2023 | 1271 | 331 | 1835 | 1083 | 707 | 1459 | 774 | 1506 | 754 | 378 | 1882 | 1130 | 190 | 1694 | 942 | 566 | 2070 | 1318 | 96 | 1600 | 848 |
| 1267 | 327 | 1831 | 1079 | 703 | 2207 | 1455 | 92 | 1596 | 844 | 468 | 1972 | 1220 | 280 | 1784 | 1032 | 656 | 2160 | 1408 | 186 | 1690 | 938 | 562 | 2066 | 1314 | 374 | 1878 | 1126 | 750 | 1502 | 45 | 1549 | 797 | 421 | 1925 | 1173 | 233 | 1737 | 985 | 609 | 2113 | 1361 | 139 | 1643 | 891 | 515 | 2019 |
| 1807 | 1055 | 679 | 2183 | 1431 | 68 | 1572 | 820 | 444 | 1948 | 1196 | 256 | 1760 | 1008 | 632 | 2136 | 1384 | 162 | 1666 | 914 | 538 | 2042 | 1290 | 350 | 1854 | 1102 | 726 | 1478 | 21 | 1525 | 773 | 397 | 1901 | 1149 | 209 | 1713 | 961 | 585 | 2089 | 1337 | 115 | 1619 | 867 | 491 | 1995 | 1243 | 303 |
| 691 | 2195 | 1443 | 80 | 1584 | 832 | 456 | 1960 | 1208 | 268 | 1772 | 1020 | 644 | 2148 | 1396 | 174 | 1678 | 926 | 550 | 2054 | 1302 | 362 | 1866 | 1114 | 738 | 1490 | 33 | 1537 | 785 | 409 | 1913 | 1161 | 221 | 1725 | 973 | 597 | 2101 | 1349 | 127 | 1631 | 879 | 503 | 2007 | 1255 | 315 | 1819 | 1067 |
| 1419 | 56 | 1560 | 808 | 432 | 1936 | 1184 | 244 | 1748 | 996 | 620 | 2124 | 1372 | 150 | 1654 | 902 | 526 | 2030 | 1278 | 338 | 1842 | 1090 | 714 | 1466 | 9 | 1513 | 761 | 385 | 1889 | 1137 | 197 | 1701 | 949 | 573 | 2077 | 1325 | 103 | 1607 | 855 | 479 | 1983 | 1231 | 291 | 1795 | 1043 | 667 | 2171 |
| 1590 | 838 | 462 | 1966 | 1214 | 274 | 1778 | 1026 | 650 | 2154 | 1402 | 180 | 1684 | 932 | 556 | 2060 | 1308 | 368 | 1872 | 1120 | 744 | 1496 | 39 | 1543 | 791 | 415 | 1919 | 1167 | 227 | 1731 | 979 | 603 | 2107 | 1355 | 133 | 1637 | 885 | 509 | 2013 | 1261 | 321 | 1825 | 1073 | 697 | 2201 | 1449 | 86 |
| 438 | 1942 | 1190 | 250 | 1754 | 1002 | 626 | 2130 | 1378 | 156 | 1660 | 908 | 532 | 2036 | 1284 | 344 | 1848 | 1096 | 720 | 1472 | 15 | 1519 | 767 | 391 | 1895 | 1143 | 203 | 1707 | 955 | 579 | 2083 | 1331 | 109 | 1613 | 861 | 485 | 1989 | 1237 | 297 | 1801 | 1049 | 673 | 2177 | 1425 | 62 | 1566 | 814 |
| 1202 | 262 | 1766 | 1014 | 638 | 2142 | 1390 | 168 | 1672 | 920 | 544 | 2048 | 1296 | 356 | 1860 | 1108 | 732 | 1484 | 27 | 1531 | 779 | 403 | 1907 | 1155 | 215 | 1719 | 967 | 591 | 2095 | 1343 | 121 | 1625 | 873 | 497 | 2001 | 1249 | 309 | 1813 | 1061 | 685 | 2189 | 1437 | 74 | 1578 | 826 | 450 | 1954 |
| 1742 | 990 | 614 | 2118 | 1366 | 144 | 1648 | 896 | 520 | 2024 | 1272 | 332 | 1836 | 1084 | 708 | 1460 | 1457 | 1507 | 755 | 379 | 1883 | 1131 | 191 | 1695 | 943 | 567 | 2071 | 1319 | 97 | 1601 | 849 | 473 | 1977 | 1225 | 285 | 1789 | 1037 | 661 | 2165 | 1413 | 50 | 1554 | 802 | 426 | 1930 | 1178 | 238 |
| 653 | 2157 | 1405 | 183 | 1687 | 935 | 559 | 2063 | 1311 | 371 | 1875 | 1123 | 747 | 1499 | 42 | 1546 | 794 | 418 | 1922 | 1170 | 230 | 1734 | 982 | 606 | 2110 | 1358 | 136 | 1640 | 888 | 512 | 2016 | 1264 | 324 | 1828 | 1076 | 700 | 2204 | 1452 | 89 | 1593 | 841 | 465 | 1969 | 1217 | 277 | 1781 | 1029 |
| 1381 | 159 | 1663 | 911 | 535 | 2039 | 1287 | 347 | 1851 | 1099 | 723 | 1475 | 18 | 1522 | 770 | 394 | 1898 | 1146 | 206 | 1710 | 958 | 582 | 2086 | 1334 | 112 | 1616 | 864 | 488 | 1992 | 1240 | 300 | 1804 | 1052 | 676 | 2180 | 1428 | 65 | 1569 | 817 | 441 | 1945 | 1193 | 253 | 1757 | 1005 | 629 | 2133 |
| 1675 | 923 | 547 | 2051 | 1299 | 359 | 1863 | 1111 | 735 | 1487 | 30 | 1534 | 782 | 406 | 1910 | 1158 | 218 | 1722 | 970 | 594 | 2098 | 1346 | 124 | 1628 | 876 | 500 | 2004 | 1252 | 312 | 1816 | 1064 | 688 | 2192 | 1440 | 77 | 1581 | 829 | 453 | 1957 | 1205 | 265 | 1769 | 1017 | 641 | 2145 | 1393 | 171 |
| 523 | 2027 | 1275 | 335 | 1839 | 1087 | 711 | 1463 | 6 | 1510 | 758 | 382 | 1886 | 1134 | 194 | 1698 | 946 | 570 | 2074 | 1322 | 100 | 1604 | 852 | 476 | 1980 | 1228 | 288 | 1792 | 1040 | 664 | 2168 | 1416 | 53 | 1557 | 805 | 429 | 1933 | 1181 | 241 | 1745 | 993 | 617 | 2121 | 1369 | 147 | 1651 | 899 |
| 1305 | 365 | 1869 | 1117 | 741 | 1493 | 36 | 1540 | 788 | 412 | 1916 | 1164 | 224 | 1728 | 976 | 600 | 2104 | 1352 | 130 | 1634 | 882 | 506 | 2010 | 1258 | 318 | 1822 | 1070 | 694 | 2198 | 1446 | 83 | 1587 | 835 | 459 | 1963 | 1211 | 271 | 1775 | 1023 | 647 | 2151 | 1399 | 177 | 1681 | 929 | 553 | 2057 |
| 1845 | 1093 | 717 | 1469 | 12 | 1516 | 764 | 388 | 1892 | 1140 | 200 | 1704 | 952 | 576 | 2080 | 1328 | 106 | 1610 | 858 | 482 | 1986 | 1234 | 294 | 1798 | 1046 | 670 | 2174 | 1422 | 59 | 1563 | 811 | 435 | 1939 | 1187 | 247 | 1751 | 999 | 623 | 2127 | 1375 | 153 | 1657 | 905 | 529 | 2033 | 1281 | 341 |
| 729 | 1481 | 24 | 1528 | 776 | 400 | 1904 | 1152 | 212 | 1716 | 964 | 588 | 2092 | 1340 | 118 | 1622 | 870 | 494 | 1998 | 1246 | 306 | 1810 | 1058 | 682 | 2186 | 1434 | 71 | 1575 | 823 | 447 | 1951 | 1199 | 259 | 1763 | 1011 | 635 | 2139 | 1387 | 165 | 1669 | 917 | 541 | 2045 | 1293 | 353 | 1857 | 1105 |
| 0 | 1504 | 752 | 376 | 1880 | 1128 | 188 | 1692 | 940 | 564 | 2068 | 1316 | 94 | 1598 | 846 | 470 | 1974 | 1222 | 282 | 1786 | 1034 | 658 | 2162 | 1410 | 47 | 1551 | 799 | 423 | 1927 | 1175 | 235 | 1739 | 987 | 611 | 2115 | 1363 | 141 | 1645 | 893 | 517 | 2021 | 1269 | 329 | 1833 | 1081 | 705 | 3 |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## Annex I
(normative)

## ECC 000 - 140 character encodation schemes

This Annex provides details of the ASCII character set (ISO/IEC 646) used for one of the ECC 000 - 140 encodation schemes, and the four encodation schemes showing the mapping of the data character to the encodation scheme code value.

**Table I.1 — Mapping of data character value to encodation scheme value**

| ASCII SET | | ENCODATION SCHEME | | | |
|---|---|---|---|---|---|
| Character | Decimal value | Base 11 code value | Base 27 code value | Base 37 code value | Base 41 code value |
| NUL | 0 | | | | |
| SOH | 1 | | | | |
| STX | 2 | | | | |
| ETX | 3 | | | | |
| EOT | 4 | | | | |
| ENQ | 5 | | | | |
| ACK | 6 | | | | |
| BEL | 7 | | | | |
| BS | 8 | | | | |
| HT | 9 | | | | |
| LF | 10 | | | | |
| VT | 11 | | | | |
| FF | 12 | | | | |
| CR | 13 | | | | |
| SO | 14 | | | | |
| SI | 15 | | | | |
| DLE | 16 | | | | |
| DC1 | 17 | | | | |
| DC2 | 18 | | | | |
| DC3 | 19 | | | | |
| DC4 | 20 | | | | |
| NAK | 21 | | | | |
| SYN | 22 | | | | |
| ETB | 23 | | | | |
| CAN | 24 | | | | |
| EM | 25 | | | | |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2812

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

| ASCII SET | | ENCODATION SCHEME | | | |
|---|---|---|---|---|---|
| Character | Decimal value | Base 11 code value | Base 27 code value | Base 37 code value | Base 41 code value |
| SUB | 26 | | | | |
| ESC | 27 | | | | |
| FS | 28 | | | | |
| GS | 29 | | | | |
| RS | 30 | | | | |
| US | 31 | | | | |
| space | 32 | 0 | 0 | 0 | 0 |
| ! | 33 | | | | |
| " | 34 | | | | |
| # | 35 | | | | |
| $ | 36 | | | | |
| % | 37 | | | | |
| & | 38 | | | | |
| ' | 39 | | | | |
| ( | 40 | | | | |
| ) | 41 | | | | |
| * | 42 | | | | |
| + | 43 | | | | |
| , | 44 | | | | 38 |
| - | 45 | | | | 39 |
| . | 46 | | | | 37 |
| / | 47 | | | | 40 |
| 0 | 48 | 1 | | 27 | 27 |
| 1 | 49 | 2 | | 28 | 28 |
| 2 | 50 | 3 | | 29 | 29 |
| 3 | 51 | 4 | | 30 | 30 |
| 4 | 52 | 5 | | 31 | 31 |
| 5 | 53 | 6 | | 32 | 32 |
| 6 | 54 | 7 | | 33 | 33 |
| 7 | 55 | 8 | | 34 | 34 |
| 8 | 56 | 9 | | 35 | 35 |
| 9 | 57 | 10 | | 36 | 36 |
| : | 58 | | | | |
| ; | 59 | | | | |
| < | 60 | | | | |

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2813

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

| ASCII SET | | ENCODATION SCHEME | | | |
|---|---|---|---|---|---|
| Character | Decimal value | Base 11 code value | Base 27 code value | Base 37 code value | Base 41 code value |
| = | 61 | | | | |
| > | 62 | | | | |
| ? | 63 | | | | |
| @ | 64 | | | | |
| A | 65 | | 1 | 1 | 1 |
| B | 66 | | 2 | 2 | 2 |
| C | 67 | | 3 | 3 | 3 |
| D | 68 | | 4 | 4 | 4 |
| E | 69 | | 5 | 5 | 5 |
| F | 70 | | 6 | 6 | 6 |
| G | 71 | | 7 | 7 | 7 |
| H | 72 | | 8 | 8 | 8 |
| I | 73 | | 9 | 9 | 9 |
| J | 74 | | 10 | 10 | 10 |
| K | 75 | | 11 | 11 | 11 |
| L | 76 | | 12 | 12 | 12 |
| M | 77 | | 13 | 13 | 13 |
| N | 78 | | 14 | 14 | 14 |
| O | 79 | | 15 | 15 | 15 |
| P | 80 | | 16 | 16 | 16 |
| Q | 81 | | 17 | 17 | 17 |
| R | 82 | | 18 | 18 | 18 |
| S | 83 | | 19 | 19 | 19 |
| T | 84 | | 20 | 20 | 20 |
| U | 85 | | 21 | 21 | 21 |
| V | 86 | | 22 | 22 | 22 |
| W | 87 | | 23 | 23 | 23 |
| X | 88 | | 24 | 24 | 24 |
| Y | 89 | | 25 | 25 | 25 |
| Z | 90 | | 26 | 26 | 26 |
| [ | 91 | | | | |
| \ | 92 | | | | |
| ] | 93 | | | | |
| ^ | 94 | | | | |
| _ | 95 | | | | |

92

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2814

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

| ASCII SET | | ENCODATION SCHEME | | | |
|---|---|---|---|---|---|
| Character | Decimal value | Base 11 code value | Base 27 code value | Base 37 code value | Base 41 code value |
| ' | 96 | | | | |
| a | 97 | | | | |
| b | 98 | | | | |
| c | 99 | | | | |
| d | 100 | | | | |
| e | 101 | | | | |
| f | 102 | | | | |
| g | 103 | | | | |
| h | 104 | | | | |
| i | 105 | | | | |
| j | 106 | | | | |
| k | 107 | | | | |
| l | 108 | | | | |
| m | 109 | | | | |
| n | 110 | | | | |
| o | 111 | | | | |
| p | 112 | | | | |
| q | 113 | | | | |
| r | 114 | | | | |
| s | 115 | | | | |
| t | 116 | | | | |
| u | 117 | | | | |
| v | 118 | | | | |
| w | 119 | | | | |
| x | 120 | | | | |
| y | 121 | | | | |
| z | 122 | | | | |
| { | 123 | | | | |
| \| | 124 | | | | |
| } | 125 | | | | |
| ~ | 126 | | | | |
| DEL | 127 | | | | |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2815

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## I.1  Base 11 encodation scheme

### I.1.1  First stage procedure

The data characters shall be converted to their Base 11 code values using Table I.1 as the conversion table.

### I.1.2  Second stage procedure

The following procedure shall be used to compact the Base 11 code values to a binary string.

a)  Sub-divide the number of Base 11 characters into a sequence of six characters, from left to right. If less than six characters go to Step 5.

b)  Assign the code values of the six Base 11 characters as $C_1$ to $C_6$, where $C_1$ is the first character.

c)  Carry out a Base 11 to Base 2 conversion to produce a sequence of 21 bits, using equation 6 of Table I.2.

d)  Repeat from step a) as necessary.

e)  When there are less than six characters, carry out a Base 11 to Base 2 conversion using the appropriate equation of Table I.2 which corresponds to the number of remaining Base 11 characters.

**Table I.2 — Base 11 (Numeric) encodation equations**

| Number of data characters | Encodation equation | Bit length |
|---|---|---|
| 1 | $C_1$ | 4 |
| 2 | $C_1 + C_2 \cdot 11$ | 7 |
| 3 | $C_1 + C_2 \cdot 11 + C_3 \cdot 11^2$ | 11 |
| 4 | $C_1 + C_2 \cdot 11 + C_3 \cdot 11^2 + C_4 \cdot 11^3$ | 14 |
| 5 | $C_1 + C_2 \cdot 11 + C_3 \cdot 11^2 + C_4 \cdot 11^3 + C_5 \cdot 11^4$ | 18 |
| 6 | $C_1 + C_2 \cdot 11 + C_3 \cdot 11^2 + C_4 \cdot 11^3 + C_5 \cdot 11^4 + C_6 \cdot 11^5$ | 21 |

### I.1.3  Example

Using the data character string: 123<space>45678 the complete Base 11 encodation process is shown in Figure I.1.

| Data | 1 | 2 | 3 | <space> | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| Base 11 code value | 2 | 3 | 4 | 0 | 5 | 6 | 7 | 8 | 9 |
| Character position | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | $C_6$ | $C_1$ | $C_2$ | $C_3$ |
| Weight | 1 | 11 | 121 | 1331 | 14641 | 161051 | 1 | 11 | 121 |
| Product | 2 | 33 | 484 | 0 | 73205 | 966306 | 7 | 88 | 1089 |
| Decimal value | 1040030 | | | | | | 1184 | | |
| Binary string | 011111101111010011110 | | | | | | 10010100000 | | |

**Figure I.1 — Base 11 example**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2816

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## I.2 Base 27 encodation scheme

### I.2.1 First stage procedure

The data characters shall be converted to their Base 27 code values using Table I.1 as the conversion table.

### I.2.2 Second stage procedure

The following procedure shall be used to compact the Base 27 code values to a binary string.

a) Sub-divide the number of Base 27 characters into a sequence of five characters, from left to right. If less than five characters go to Step 5.

b) Assign the code values of the five Base 27 characters as $C_1$ to $C_5$, where $C_1$ is the first character.

c) Carry out a Base 27 to Base 2 conversion to produce a sequence of 24 bits, using equation 5 of Table I.3.

d) Repeat from step a) as necessary.

e) When there are less than five characters, carry out a Base 27 to Base 2 conversion using the appropriate equation of Table I.3 which corresponds to the number of remaining Base 27 characters.

**Table I.3 — Base 27 (Upper-case Alphabetic) encodation equations**

| Number of data characters | Encodation equation | Bit length |
|---|---|---|
| 1 | $C_1$ | 5 |
| 2 | $C_1 + C_2 * 27$ | 10 |
| 3 | $C_1 + C_2 * 27 + C_3 * 27^2$ | 15 |
| 4 | $C_1 + C_2 * 27 + C_3 * 27^2 + C_4 * 27^3$ | 20 |
| 5 | $C_1 + C_2 * 27 + C_3 * 27^2 + C_4 * 27^3 + C_5 * 27^4$ | 24 |

### I.2.3 Example

Using the data character string: DATA<space>MATRIX the complete Base 27 encodation process is shown in Figure I.2.

| Data | D | A | T | A | <space> | M | A | T | R | I | X |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Base 27 code value | 4 | 1 | 20 | 1 | 0 | 13 | 1 | 20 | 18 | 9 | 24 |
| Character position | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | $C_1$ |
| Weight | 1 | 27 | 729 | 19683 | 531441 | 1 | 27 | 729 | 19683 | 531441 | 1 |
| Product | 4 | 27 | 14580 | 19683 | 0 | 13 | 27 | 14580 | 354294 | 4782969 | 24 |
| Decimal Value | 34294 | | | | | 5151883 | | | | | 24 |
| Binary String | 000000001000010111110110 | | | | | 010011101001110010001011 | | | | | 11000 |

**Figure I.2 — Base 27 example**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

95

JA2817

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

### I.3 Base 37 encodation scheme

#### I.3.1 First stage procedure

The data characters shall be converted to their Base 37 code values using Table I.1 as the conversion table.

#### I.3.2 Second stage procedure

The following procedure shall be used to compact the Base 37 code values to a binary string.

a) Sub-divide the number of Base 37 characters into a sequence of four characters, from left to right. If less than four characters go to Step 5.

b) Assign the code values of the four Base 37 characters as $C_1$ to $C_4$, where $C_1$ is the first character.

c) Carry out a Base 37 to Base 2 conversion to produce a sequence of 21 bits, using equation 4 of Table I.4.

d) Repeat from step a) as necessary.

e) When there are less than four characters, carry out a Base 37 to Base 2 conversion using the equation (1 to 3) of Table I.4 which corresponds to the number of remaining Base 37 characters.

Table I.4 — Base 37 (Upper-case Alphanumeric) encodation equations

| Number of data characters | Encodation equation | Bit length |
|---|---|---|
| 1 | $C_1$ | 6 |
| 2 | $C_1 + C_2 * 37$ | 11 |
| 3 | $C_1 + C_2 * 37 + C_3 * 37^2$ | 16 |
| 4 | $C_1 + C_2 * 37 + C_3 * 37^2 + C_4 * 37^3$ | 21 |

#### I.3.3 Example

Using the data character string:

123ABCD89

the complete Base 37 encodation process is shown in Figure I.3.

| Data | 1 | 2 | 3 | A | B | C | D | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| Base 37 code value | 28 | 29 | 30 | 1 | 2 | 3 | 4 | 35 | 36 |
| Character position | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_1$ |
| Weight | 1 | 37 | 1369 | 50653 | 1 | 37 | 1369 | 50653 | 1 |
| Product | 28 | 1073 | 41070 | 50653 | 2 | 111 | 5476 | 1772855 | 36 |
| Decimal value | 92824 | | | | 1778444 | | | | 36 |
| Binary string | 000010110101010011000 | | | | 110110010001100001000 | | | | 100100 |

Figure I.3 — Base 37 example

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2818

## I.4   Base 41 encodation scheme

### I.4.1   First stage procedure

The data characters shall be converted to their Base 41 code values using Table I.1 as the conversion table.

### I.4.2   Second stage procedure

The following procedure shall be used to compact the Base 41 code values to a binary string.

a)   Sub-divide the number of Base 41 characters into a sequence of four characters, from left to right. If less than four characters go to Step 5.

b)   Assign the code values of the four Base 41 characters as $C_1$ to $C_4$, where $C_1$ is the first character.

c)   Carry out a Base 41 to Base 2 conversion to produce a sequence of 22 bits, using equation 4 of Table I.5.

d)   Repeat from step a) as necessary.

e)   When there are less than four characters, carry out a Base 41 to Base 2 conversion using the appropriate equation of Table I.5 which corresponds to the number of remaining Base 41 characters.

Table I.5 — Base 41 (Upper-case alphanumeric + punctuation) encodation equations

| Number of data characters | Encodation equation | Bit length |
|---|---|---|
| 1 | $C_1$ | 6 |
| 2 | $C_1 + C_2 * 41$ | 11 |
| 3 | $C_1 + C_2 * 41 + C_3 * 41^2$ | 17 |
| 4 | $C_1 + C_2 * 41 + C_3 * 41^2 + C_4 * 41^3$ | 22 |

### I.4.3   Example

Using the data character string:

AB/C123-X

the complete Base 41 encodation process is shown in Figure I.4.

| Data | A | B | / | C | 1 | 2 | 3 | - | X |
|---|---|---|---|---|---|---|---|---|---|
| Base 41 code value | 1 | 2 | 40 | 3 | 28 | 29 | 30 | 39 | 24 |
| Character position | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_1$ |
| Weight | 1 | 41 | 1681 | 68921 | 1 | 41 | 1681 | 68921 | 1 |
| Product | 1 | 82 | 67240 | 206763 | 28 | 1189 | 50430 | 2687919 | 24 |
| Decimal value | 274086 | | | | 2739566 | | | | 24 |
| Binary string | 0001000010111010100110 | | | | 1010011100110101101110 | | | | 011000 |

Figure I.4 — Base 41 example

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2819

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

# Annex J
(normative)

## ECC 000 - 140 CRC algorithm

Following are two implementations for representing CRC.

### J.1  CRC state machine

The CRC may be represented as a schematic, as illustrated in Figure J.1. After the data bits have been shifted through the state machine the resulting CRC is read out of the 16 memory registers (m) in the diagram (left most register is the MSB).

### J.2  CRC polynomial

The CRC algorithm shall be the CCITT standard polynomial:

$$X^{16} + X^{12} + X^5 + 1$$

With $X = 2$, the value of the polynomial shown as a 17 bit value is:

$$1000100000100001_{base\ 2}$$

The CRC is the remainder after dividing the data string by this value.

### J.3  CRC 2-byte header

The CRC calculation headers, as defined in Table J.1, are used in the CRC operation as a prefix to the 8-bit byte values of the data characters. The CRC 2-byte header is shifted into the state machine prior to the calculation of the CRC.

**Table J.1 — CRC calculation header**

| Format ID | Encodation scheme | CRC calculation header | | |
|---|---|---|---|---|
| | | MS Byte | LS Byte | Hex |
| 1 | Base 11 | 00000001 | 00000000 | 01 00 |
| 2 | Base 27 | 00000010 | 00000000 | 02 00 |
| 3 | Base 41 | 00000011 | 00000000 | 03 00 |
| 4 | Base 37 | 00000100 | 00000000 | 04 00 |
| 5 | ASCII | 00000101 | 00000000 | 05 00 |
| 6 | 8-bit Byte | 00000110 | 00000000 | 06 00 |

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2820

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)



$$X^{16} + X^{12} + X^5 + 1$$

Input Bits

**Figure J.1 — CRC algorithm schematic**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2821

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## Annex K
(normative)

## ECC 000 - 140 error checking and correcting algorithms

### K.1  ECC 000

This provides no error correction.

### K.2  ECC 050

The error correction bit stream 'v' for ECC 050 shall be created by processing the unprotected bit stream 'u' through a state machine suitable for a convolutional code of the structure 4-3-3, as illustrated in Figure K.1.

### K.3  ECC 080

The error correction bit stream 'v' for ECC 080 shall be created by processing the unprotected bit stream 'u' through a state machine suitable for a convolutional code of the structure 3-2-11, as illustrated in Figure K.2.

### K.4  ECC 100

The error correction bit stream 'v' for ECC 100 shall be created by processing the unprotected bit stream 'u' through a state machine suitable for a convolutional code of the structure 2-1-15, as illustrated in Figure K.3.

### K.5  ECC 140

The error correction bit stream 'v' for ECC 140 shall be created by processing the unprotected bit stream 'u' through a state machine suitable for a convolutional code of the structure 4-1-13, as illustrated in Figure K.4.

### K.6  Processing the convolutional code

In the state machine circuit diagrams, the following notation is used:

m    represents a single bit storage register

+    represents a one bit binary adder which outputs the lowest bit. It is equivalent to an odd parity generator.

or    such adjoining lines are connected

such intersecting lines are not connected

**100**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2822

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

The state machine is operated as follows:

a)  The memory storage registers (m) are filled with a zero value before starting the process.

b)  An input cycle is performed, consisting of passing a user data bit through the input switch to a memory storage register (m) for each possible input switch position, i.e. for *k* bits.

c)  Once a complete set of *k* input bits has been entered, an output cycle is performed. An output cycle consists of reading out an error corrected bit for each possible output switch position, i.e. for *n* bits. At each position, the output bit is computed by performing an XOR operation on the connected memory storage register values.

d)  After one input and output cycle, a shift operation is performed by shifting all memory storage register values to the right by one position.

e)  Steps b) through d) are repeated until all raw data bits have been input. At the end:

    1)  Some zero bits may need to be added to the end of the last segment of input bits to ensure that *k* bits are input.

    2)  Sufficient additional zero bits shall be input to ensure that the *m* memory storage registers shall all return to zero values. The output from steps e) 1) and e) 2) is part of the encoded data. The process is complete when all true data bits have passed through the last (rightmost) memory storage register.

## K.7  Convolutional codes reference decode algorithm

The Fano algorithm can be used for error correction of data protected by convolutional codes. A basic description of the operation of the Fano algorithm is given in Lin and Costello (see Bibliography). The following guidelines should be used in constructing a convolutional coding decoder.

The start-up variable values must be as follows:

Backward Metric = maximum negative number

Current Metric = 0

Forward Metric = 0

Threshold = 0

The metric is computed by determining the number of bits that are different between the damaged block and the candidate match block:

Metric = ( 1 * correct bits ) - ( penalty * incorrect )

Table K1 presents values for the Single Bit Penalty and Delta which should be used when decoding each of the ECC levels.

**Table K.1 — Fano algorithm coefficients**

| ECC level | Single bit penalty | Delta |
|-----------|--------------------|-------|
| 050       | 31                 | 20    |
| 080       | 16                 | 11    |
| 100       | 8                  | 6     |
| 140       | 4                  | 1     |

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2823

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)



**Figure K.1 — ECC 050; 4-3-3**



**Figure K.2 — ECC 080; 3-2-11**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2824

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)



**Figure K.3 — ECC 100; 2-1-15**



**Figure K.4 — ECC 140; 4-1-13**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2825

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## Annex L
(normative)

## ECC 000 - 140 Master Random Bit Stream (in hexadecimal)

(MSB)

```
05 ff c7 31 88 a8 83 9c 64 87 9f 64 b3 e0 4d 9c 80 29 3a 90

b3 8b 9e 90 45 bf f5 68 4b 08 cf 44 b8 d4 4c 5b a0 ab 72 52

1c e4 d2 74 a4 da 8a 08 fa a7 c7 dd 00 30 a9 e6 64 ab d5 8b

ed 9c 79 f8 08 d1 8b c6 22 64 0b 33 43 d0 80 d4 44 95 2e 6f

5e 13 8d 47 62 06 eb 80 82 c9 41 d5 73 8a 30 23 24 e3 7f b2

a8 0b ed 38 42 4c d7 b0 ce 98 bd e1 d5 e4 c3 1d 15 4a cf d1

1f 39 26 18 93 fc 19 b2 2d ab f2 6e a1 9f af d0 8a 2b a0 56

b0 41 6d 43 a4 63 f3 aa 7d af 35 57 c2 94 4a 65 0b 41 de b8

e2 30 12 27 9b 66 2b 34 5b b8 99 e8 28 71 d0 95 6b 07 4d 3c

7a b3 e5 29 b3 ba 8c cc 2d e0 c9 c0 22 ec 4c de f8 58 07 fc

19 f2 64 e2 c3 e2 d8 b9 fd 67 a0 bc f5 2e c9 49 75 62 82 27

10 f4 19 6f 49 f7 b3 84 14 ea eb e1 2a 31 ab 47 7d 08 29 ac

bb 72 fa fa 62 b8 c8 d3 86 89 95 fd df cc 9c ad f1 d4 6c 64

23 24 2a 56 1f 36 eb b7 d6 ff da 57 f4 50 79 08 0 (LSB)
```

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2826

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Annex M**
(normative)

## Data Matrix print quality – symbology-specific aspects

Because of differences in symbology structures and reference decode algorithms, the effect of certain parameters on a symbol's reading performance may vary from one symbology to another. ISO/IEC 15415 provides for symbology specifications to define the grading of certain symbology-specific attributes. This annex therefore defines the method of grading Fixed Pattern Damage to be used in the application of ISO/IEC 15415 to Data Matrix.

### M.1   Data Matrix Fixed Pattern Damage

#### M.1.1   Features to be assessed

The fixed pattern features to be assessed are contained in the one-module wide perimeter of the symbol and the quiet zone of a minimum of one module width (or more if specified by the application) surrounding the symbol. In larger symbols (square symbols 32 x 32 modules or larger, or rectangular symbols 8 x 32 or 12 x 36 or larger) with internal alignment patterns, the alignment pattern is also part of the fixed pattern. The left and lower side of the symbol should form a one-module wide solid "L" shape and the right and upper sides should consist of alternating dark and light single modules (known as the clock track). The alignment bars and internal clock track of the alignment pattern should similarly be a one-module wide solid bar or a series of alternating dark and light single modules respectively. The grading of Fixed Pattern Damage takes account not only of the total number of damaged modules but also of concentrations of damage.

#### M.1.2   Grading of the outside L of the fixed pattern

Damage to each side of the L shall be graded based on the modulation of the individual modules that compose it. These measurements are applied to the full length of the L sides and to the associated quiet zones.

Figure M.1 below indicates the four segments L1, L2, QZL1 and QZL2. Segment L1 is the vertical portion of the L and extends to the module in the quiet zone adjacent to the L corner. Segment L2 is the horizontal portion of the L and extends to the module in the quiet zone adjacent to the L corner. Segments QZL1 and QZL2 are the portions of the quiet zone adjacent to L1 and L2 respectively and extend one module beyond the end of L1 and L2 respectively, furthest from the corner and are shown shaded in Figure M.1. The corner module at the intersection of L1 and L2 is included in both segments, as is that at the intersection of QZL1 and QZL2.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2827

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)



**Figure M.1 — Outside L and corresponding quiet zone segments of fixed pattern**

The procedure described below shall be applied to each segment in turn.

a)  Find the modulation grade for each module based on the values in ISO/IEC 15415. Since the intended light or dark nature of the module is known, any module intended to be dark but the reflectance of which is above the global threshold, and any module intended to be light but the reflectance of which is below the global threshold shall be given modulation grade 0.

[AC1] b)  For each modulation grade level apply the parameter grade overlay technique described in ISO/IEC 15415:

1)  For each side of the L (L1 and L2 in Figure M.1) and each quiet zone area (QZL1 and QZL2, adjacent to L1 and L2 respectively in Figure M.1), assume that all modules not achieving that grade or a higher grade are module errors, and derive a notional damage grade based on the grade thresholds shown in Table M.1. Take the lower of the modulation grade level and the notional damage grade.

2)  The grade for each segment shall be the highest resulting grade for all modulation grade levels.

c)  Additionally, for both square and rectangular symbols with more than one data region, repeat steps a) and b) above where L1 and L2 start with the module in the quiet zone and end at the module in the clock track area of the same data region and QZL1 and QZL2 consist of the quiet zone adjacent to these L1 and L2 segments as defined like Figure M.1. In other words treat the lower left data region as if it were a symbol with a single data region. If this grade is lower than that obtained from L1, L2, QZL1, and QZL2 in steps a) and b) then replace the grade obtained in steps a) and b) with this grade.

d)  Additionally, for segments L1 and L2, verify that all gaps are separated by at least four correct modules and that no gaps are wider than three modules; if this test fails, the grade obtained from the above steps shall be reduced to 0 at that modulation grade level. [AC1]

[AC1] e) [AC1]  The grade for Fixed Pattern Damage for the segment shall be the highest resulting grade for all modulation grade levels.

**106**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2828

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table M.1 — Grade thresholds for notional damage**

| Percentage of modules damaged | Grade |
|---|---|
| 0% | 4 |
| ≤ 9% | 3 |
| ≤ 13% | 2 |
| ≤ 17% | 1 |
| > 17% | 0 |

### M.1.3   Grading of the clock track and adjacent solid area segments

[AC1] This section defines the measurement of damage to the internal alignment patterns (when present) and also external clock tracks and associated quiet zone areas. These tests are applied separately to each segment of the internal alignment patterns, the clock tracks, and associated quiet zone areas that bound the data region, or individual data regions of larger symbols. Each segment consists of a clock track portion and a solid area portion (which is part either of the quiet zone or of an internal alignment bar).

A clock track portion commences with a dark module in the L side or internal alignment bar perpendicular to it and continues to the light module preceding either the quiet zone or the next internal alignment bar.

A solid area portion with the alignment bar not adjacent to a quiet zone commences with the module adjacent to the first module of the associated clock track portion and continues to the module one past the last module of the associated clock track portion. Figure M.4 (a) illustrates the structures of these segments. The solid segments which correspond to portions of the external quiet zone are defined in this same way, as shown in Figure M.2.

A solid area portion with the alignment bar adjacent to a quiet zone commences with the module adjacent to the first module of the associated clock track portion and continues to the module adjacent to the last module of the associated clock track portion. Figure M.4 (b) illustrates the structures of these segments. [AC1]

NOTE      In a symbol without internal alignment patterns, the external clock track segments extend for the full width or height of the symbol.



[AC1] NOTE      Figure M.2 depicts an internal alignment pattern segment which terminates at another internal alignment segment of the same color. [AC1]

**Figure M.2 — Structure of external clock track segment and internal alignment pattern segment**

a)   For each external clock track segment or internal alignment pattern segment of a symbol (for multi-segment symbols), damage is measured according to the following procedure:

**107**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

b)   Transition ratio test.

On every clock track segment in the binarised image, both external (adjacent to the quiet zone) and internal (adjacent to the solid internal alignment bar), count the number of transitions in the clock track side, $Tc$, and the solid line side, $Ts$, and compute and grade the transition ratio $TR$ as follows:

$Ts' = \text{Max} (0, \ Ts - 1)$

$TR = Ts' / Tc$

**Table M.2 — Grading of Transition ratio**

| $TR$ | Grade |
|---|---|
| $TR < 0,06$ | 4 |
| $0,06 \leq TR < 0,08$ | 3 |
| $0,08 \leq TR < 0,10$ | 2 |
| $0,10 \leq TR < 0,12$ | 1 |
| $TR \geq 0,12$ | 0 |

NOTE      The end points between which transitions are counted are the intersections of grid lines plotted by the reference decode algorithm in the first and last modules of the clock track or solid area. See Figure M.3.



**Figure M.3 — Transitions in perfect symbol (left) and damaged symbol (right)**

c)   Notional damage grade

Find the modulation grade for each module based on the values in ISO/IEC 15415. Since the intended light or dark nature of the module is known, any module intended to be dark but the reflectance of which is above the global threshold, and any module intended to be light but the reflectance of which is below the global threshold shall be given modulation grade 0.

d)   For each modulation grade level:

Assume that all modules not achieving that grade or a higher grade are module errors, and derive a notional damage grade based on the following three assessments:

108

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

e)  Clock track regularity test

> For each segment of clock track, taking groups of five adjacent modules and progressing along the segment in steps of one module, verify that in any group of five adjacent modules no more than two are module errors; if this condition is met, the clock track regularity grade shall be 4, otherwise it shall be 0.

f)  Clock track damage test

> For each segment, count the number of incorrect modules in the clock track for the segment; the percentage $P$ of incorrect modules over the length of the area shall result in the percentage damage grades shown in Table M.3.

g)  Solid fixed pattern test

> For each segment, count the number of incorrect modules in the solid area (internal alignment bar or external quiet zone area) adjacent to the clock track; the percentage $P$ of incorrect modules over the length of the area shall result in the percentage damage grades shown in Table M.3.

**Table M.3 — Grading of percentage damage to clock track segments and solid area segments**

| $P$ | Grade |
|---|---|
| $P < 10\%$ | 4 |
| $10\% \leq P < 15\%$ | 3 |
| $15\% \leq P < 20\%$ | 2 |
| $20\% \leq P < 25\%$ | 1 |
| $P \geq 25\%$ | 0 |

h)  At each grade level take the lowest of the modulation grade level, the clock track regularity grade, the clock track percentage damage grade, and the solid fixed pattern percentage damage grade.

i)  The notional damage grade for the segment shall be the highest resulting grade for all modulation grade levels.

j)  The Fixed Pattern Damage grade for the segment shall be the lower of the transition ratio grade and the notional damage grade.

k)  The overall Fixed Pattern Damage grade for the clock track and adjacent solid area segments is the lowest of the grades obtained for each of the individual segments.

The shaded areas in Figure M.4 below show an example of an internal alignment pattern segment, which includes the clock track portion and solid area portion to which the transition ratio, regularity and solid fixed pattern tests are applied.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2831

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)



**Figure M.4 — Internal alignment pattern segment which terminates at the external quiet zone** AC₁

The shaded areas in Figure M.5 below show an example of a segment of the external clock track and associated quiet zone to which the transition ratio, regularity and solid fixed pattern tests are applied.



**Figure M.5 — External clock track segment**



**Figure M.6 — Example showing the 37 modules graded for an L side of a 36×36 module symbol**

EXAMPLE      Figure M.6 shows an example based on grading the L1 segment of a $36 \times 36$ symbol, with $SC = 89$ % and $GT = 51$ %. The reflectance and modulation values, and modulation grade, are shown in Table M.4 for module 0 to 36 in the segment. The extended module on the quiet zone adjacent to the L corner is indicated as module 0.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2832

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table M.4 — Example of modulation grading of 36-module segment**

| Module | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| Reflectance (%) | 84 | 15 | 13 | 13 | 13 | 9 | 11 | 84 | 11 | 10 |
| *MOD* | 74 | 80 | 86 | 86 | 86 | 94 | 90 | (74) | 90 | 92 |
| MOD Grade | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 0 | 4 | 4 |
| Module | | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| Reflectance (%) | | 9 | 11 | 70 | 13 | 12 | 15 | 11 | 11 | 11 |
| *MOD* | | 94 | 90 | (42) | 86 | 88 | 80 | 90 | 90 | 90 |
| MOD Grade | | 4 | 4 | 0 | 4 | 4 | 4 | 4 | 4 | 4 |
| Module | | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| Reflectance (%) | | 27 | 11 | 14 | 10 | 12 | 50 | 12 | 11 | 14 |
| *MOD* | | 54 | 90 | 83 | 92 | 88 | 2 | 88 | 90 | 83 |
| MOD Grade | | 4 | 4 | 4 | 4 | 4 | 0 | 4 | 4 | 4 |
| Module | | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |
| Reflectance (%) | | 13 | 12 | 37 | 13 | 12 | 13 | 11 | 13 | 12 |
| *MOD* | | 86 | 88 | 31 | 86 | 88 | 86 | 90 | 86 | 88 |
| MOD Grade | | 4 | 4 | 2 | 4 | 4 | 4 | 4 | 4 | 4 |

NOTE     Modules 0, 7 and 12 are clearly light; module 24, and to a lesser extent module 30, suffer from low modulation.

Based upon these values, the segment grading would be as shown in Table M.5.

**Table M.5 — Example of grading segment**

| MOD grade level | No. of modules | Cum. No. Of modules | Remainder "damaged" modules | Damaged modules % | Notional damage grade | Lower of grade |
|---|---|---|---|---|---|---|
| 4 | 33 | 33 | 4 | 10,8 | 2 | 2 |
| 3 | 0 | 33 | 4 | 10,8 | 2 | 2 |
| 2 | 1 | 34 | 3 | 8,1 | 3 | 2 |
| 1 | 0 | 34 | 3 | 8,1 | 3 | 1 |
| 0 | 3 | 37 | 0 | 0 | 4 | 0 |
| Final Grade for segment – highest of last column | | | | | | 2 |



## M.1.4  Calculation and grading of average grade

In addition to the assessment of the individual segments, a calculation of AG (average grade) is also made to take account of the cumulative effect of damage that is of relatively minor significance in individual segments but that affects several segments. This is based on averaging the grades for L1, L2, QZL1, QZL2 and the overall clock track and adjacent solid area segment grade

Once all segments have been graded, calculate the average grade AG:

*AG* = (Sum of the segment grades) / 5

Assign a grade to *AG* in accordance with Table M.6.

The Fixed Pattern Damage grade for the symbol shall be the lowest of the five segment grades and the grade for *AG*.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2833

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table M.6 — Grading of *AG***

| Mean of five segment grades | Grade |
|---|---|
| 4 | 4 |
| ≥ 3,5 | 3 |
| ≥ 3,0 | 2 |
| ≥ 2,5 | 1 |
| < 2,5 | 0 |

EXAMPLE 1

Assume that four of the five segments are graded 4, and one is graded 1. Then

(4 x 4) + (1 x 1) = 17

So *AG* = 17 / 5 = 3,4

From Table M.6, a mean of 3,4 will be graded 2. The lowest of the 6 grades is 1, and the symbol Fixed Pattern Damage grade, is therefore 1.

EXAMPLE 2

Assume that three of the five segments are graded 4, one is graded 3 and one is graded 1. Then

(3 x 4) + (1 x 3) + (1 x 1) = 16

So AG = 16 / 5 = 3,2

From Table M.6, a mean of 3,2 will be graded 2. The lowest of the 6 grades is1, and the symbol Fixed Pattern Damage grade is therefore1.

EXAMPLE 3

Assume that all of the five segments are graded 3. Then

5 x 3 = 15

So AG = 15 / 5 = 3,0

From Table M.6, a mean of 3,0 will be graded 2. The lowest of the 6 grades is 2, and the symbol Fixed Pattern Damage grade is therefore 2.

## M.2   Scan grade

The scan grade shall be the lowest of the grades for the standard parameters evaluated according to ISO/IEC 15415 together with the grade for Fixed Pattern Damage evaluated in accordance with this Annex.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2834

## Annex N
(normative)

## Symbology identifier

ISO/IEC 15424 provides a uniform methodology for reporting the symbology read, options set in the reader and any special features of the symbology encountered.

The symbology identifier for Data Matrix is:

   ]dm

where:

   ]    is the symbology identifier flag (ASCII value 93)

   d    is the code character for the Data Matrix symbology

   m    is a modifier character with one of the values defined in Table N.1

**Table N.1 — Symbology Identifier option values for Data Matrix**

| Option value | Option |
|---|---|
| 0 | ECC 000 - 140 |
| 1 | ECC 200 |
| 2 | ECC 200, FNC1 in 1st or 5th position |
| 3 | ECC 200, FNC1 in 2nd or 6th position |
| 4 | ECC 200 supporting ECI protocol |
| 5 | ECC 200, FNC1 in 1st or 5th position plus supporting ECI protocol |
| 6 | ECC 200, FNC1 in 2nd or 6th position plus supporting ECI protocol |
| NOTE | (Permissible values of m: 0, 1, 2, 3, 4, 5, 6) |

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2835

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

# Annex O
(informative)

## ECC 200 encode example

In this example the user data to be encoded is "123456" (length of 6).

*Step 1: Data encodation*

The ASCII representation is:

data character:   '1'  '2'  '3'  '4'  '5'  '6'

decimal:       49  50  51  52  53  54

ASCII encodation converts the above 6 characters to 3 bytes. This is done using the following formula for digit pairs.

Codeword = (numerical value of digit pairs) + 130

The details of this calculation are as follows.

"12" = 12 + 130 = 142

"34" = 34 + 130 = 164

"56" = 56 + 130 = 186

The data stream after data encodation is:

decimal: 142 164 186

Consulting Table 7, three data codewords fit exactly into a 10 x 10 symbol, and five error correction codewords need to be added. If the encoded data did not exactly fill a data region, then additional pads would have to be encoded.

*Step 2: Error checking and correction*

Error correction codewords are generated using the Reed-Solomon algorithm and appended to the encodation data stream. The resulting data stream is:

| codeword: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| decimal: | 142 | 164 | 186 | 114 | 25 | 5 | 88 | 102 |
| hex: | 8E | A4 | BA | 72 | 19 | 05 | 58 | 66 |

\_____data_____/   _____check_____/

Annex E describes the error correction process for ECC 200 and E.3 gives an example of a routine to perform the calculation of the error correction codewords.

**114**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2836

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

*Step 3: Module placement in matrix:*

The final codewords from Step 2 are placed in the binary matrix as symbol characters according to the algorithm described in 5.8.1 (also see Figure F.1):



**Figure O.1 — Module positioning in matrix**

*Step 4: Actual symbol*

The final Data Matrix symbol is produced by adding the finder pattern modules and converting the binary ones to black and binary zeroes to white.



**Figure O.2 — Final Data Matrix symbol encoding "123456"**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2837

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## Annex P
(informative)

## Encoding data using the minimum symbol data characters for ECC 200

The same data may be represented by different Data Matrix symbols through the use of different code sets.

The following algorithm will usually produce the shortest codeword stream.

a)   Start in ASCII encodation.

b)   While in ASCII encodation:

   1)   If the next data sequence is at least 2 consecutive digits, encode the next two digits as a double digit in ASCII mode.

   2)   If the look-ahead test (starting at step j) indicates another mode, switch to that mode.

   3)   If the Base 256 encodation mode has been indicated, encode the Latch to Base 256 encodation mode character followed by a currently undefined length byte; step G or step I will fill in the length field (this may require adding a second length byte).

   4)   If the next data character is extended ASCII (greater than 127) encode it in ASCII mode first using the Upper Shift (value 235) character.

   5)   Otherwise process the next data character in ASCII encodation.

c)   While in C40 encodation:

   1)   If the C40 encoding is at the point of starting a new double symbol character and if the look-ahead test (starting at step J) indicates another mode, switch to that mode.

   2)   Otherwise process the next character in C40 encodation.

d)   While in Text encodation:

   1)   If the Text encoding is at the point of starting a new double symbol character and if the look-ahead test (starting at step J) indicates another mode, switch to that mode.

   2)   Otherwise process the next character in Text encodation.

e)   While in X12 encodation:

   1)   If the X12 encoding is at the point of starting a new double symbol character and if the look-ahead test (starting at step J) indicates another mode, switch to that mode.

   2)   Otherwise process the next character in X12 encodation.

f)   While in EDIFACT (EDF) encodation:

   1)   If the EDIFACT encoding is at the point of starting a new triple symbol character and if the look-ahead test (starting at step J) indicates another mode, switch to that mode.

   2)   Otherwise process the next character in EDIFACT encodation.

**116**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2838

g)  While in Base 256 (B256) encodation:

   1)  If the look-ahead test (starting at step J) indicates another mode, switch to that mode.

   2)  Otherwise, process the next character in Base 256 encodation.

h)  Repeat from step B until end of data.

i)  At the end of data, if in Base 256 encodation, set the length to 0 (0 indicates that Base 256 encodation terminates the symbol).

*The look-ahead test (Steps J through S):*

The look-ahead test scans the data to be encoded to find the best mode.

j)  Initialise the symbol character count for each mode:

   1)  If the current mode is ASCII, initialise:

      ASCII count = 0,

      C40 count = 1,

      Text count = 1,

      X12 count = 1,

      EDF count = 1,

      B256 count = 1,25.

   otherwise initialise:

      ASCII count = 1,

      C40 count = 2,

      Text count = 2,

      X12 count = 2,

      EDF count = 2,

      B256 count = 2,25.

   2)  If the current mode is C40 encodation, the C40 count = 0.

   3)  If the current mode is Text encodation, the Text count = 0.

   4)  If the current mode is X12 encodation, the X12 count = 0.

   5)  If the current mode is EDIFACT encodation, the EDF count = 0.

   6)  If the current mode is Base 256 encodation, the B256 count = 0.

k)  If at the end of data:

   1)  Round up all the counts to whole numbers.

   2)  If the ASCII count is less than or equal to all the other counts, return from the test indicating ASCII encodation.

**117**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2839

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

   3) If the B256 count is less than all the other counts, return from the test indicating Base 256 encodation.

   4) If the EDF count is less than all the other counts, return from the test indicating EDIFACT encodation.

   5) If the Text count is less than all the other counts, return from the test indicating Text encodation.

   6) If the X12 count is less than all the other counts, return from the test indicating X12 encodation.

   7) Return from the test indicating C40 encodation.

l) Process the ASCII count:

   1) If the data character is a digit, add 1/2 to the ASCII count.

   2) If the data character is extended ASCII (greater than 127), round up and add 2 to the ASCII count.

   3) Otherwise round up and add 1 to the ASCII count.

m) Process the C40 count:

   1) If the data character is a native C40 character, add 2/3 to the C40 count.

   2) If the data character is extended ASCII (greater than 127), add 8/3 to the C40 count.

   3) Otherwise add 4/3 to the C40 count.

n) Process the Text count:

   1) If the data character is a native Text character, add 2/3 to the Text count.

   2) If the data character is extended ASCII (greater than 127), add 8/3 to the Text count.

   3) Otherwise add 4/3 to the Text count.

o) Process the X12 count:

   1) If the data character is a native X12 character, add 2/3 to the X12 count.

   2) If the data character is extended ASCII (greater than 127), add 13/3 to the X12 count.

   3) Otherwise add 10/3 to the X12 count.

p) Process the EDF count:

   1) If the data character is a native EDF character, add 3/4 to the X12 count.

   2) If the data character is extended ASCII (greater than 127), add 17/4 to the X12 count.

   3) Otherwise add 13/4 to the X12 count.

q) Process the B256 count:

   1) If the character is a Function character (FNC1, Structured Append, Reader Program, or Code Page), add 4 to the B256 count.

   2) Otherwise add 1 to the B256 count.

118

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2840

r)   If at least 4 data characters have been processed in this test loop:

1)   If the ASCII count plus 1 is less than or equal to all the other counts, return from the test indicating ASCII encoding.

2)   If the B256 count plus 1 is less than or equal to the ASCII count or less than the other counts, return from the test indicating Base 256 encodation.

3)   If the EDF count plus 1 is less than all the other counts, return from the test indicating EDIFACT encodation.

4)   If the Text count plus 1 is less than all the other counts, return from the test indicating Text encodation.

5)   If the X12 count plus 1 is less than all the other counts, return from the test indicating X12 encodation.

6)   If the C40 count plus 1 is less than the ASCII, B256, EDF, and Text counts:

   i)   If the C40 count is less than the X12 count, return from the test indicating C40 count.

   ii)   If the C40 count equals the X12 count:

      I)   If one of the three X12 terminator/ separator characters first occurs in the yet to be processed data before a non-X12 character, return from the test indicating X12 encodation.

      II)   Otherwise return with the C40 encodation.

s)   Repeat from step k) until a return condition occurs.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2841

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## Annex Q
(informative)

## ECC 000 - 140 encode example using ECC 050

### Q.1   Encode example

User data to be encoded: "AB12-X". This will be encoded in base 41 (format ID3)

*Step 1: Data encodation*

|  | sequence 1 | sequence 2 |
|---|---|---|
| a) break user data into 4-character sequences: |  |  |
|  | A B 1 2 | - X |
| b) convert to Base 41 code values: |  |  |
|  | 1 2 28 29 | 39 24 |
| c) apply conversion equations: |  |  |
|  | 2045860 | 1023 |
| d) convert to binary bit stream: |  |  |
|  | 011111001011110100100 | 01111111111 |
| e) reverse each sequence to create the final Encoded Data Bit Stream: |  |  |
|  | 001001011110110011110 | 11111111110 |

*Step 2: Data prefix construction*

a)  The format ID field for base 41 is given from Table 11 (Section 5.4.1):

00010

b)  The CRC field is computed as shown in Q.2, then it receives an MSB/LSB reversal to result in:

1001 1010 1010 1110

c)  The length field must be 6 in binary with MSB/LSB reversal:

011000000

d)  The final Unprotected Bit Stream is shown in Figure Q.1.

**120**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2842

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

*Step 3: Error checking and correction:*

The Unprotected Bit Stream is broken into 3-bit input blocks in preparation for input to the ECC 050 state machine. Three extra input blocks of all zeros have been added to the input block list; this gives a total of 24 input blocks (see Figure Q.1). The number of extra zero blocks added is equal to the longest shift register path through the state machine for the ECC being used; for ECC 050, 3 zero blocks are added. The basic flow of all ECC state machines is as follows:

a)  Zero the state machine registers

b)  Switch in a new input block (MSB goes to position 1)

c)  Compute the output values from all XOR gates

d)  Switch out an output block (MSB comes from position 1)

Table Q.1 shows the values of all state machine elements during the process of performing convolutional coding on the 24 input blocks.

The final Protected Bit Stream (length = 96 bits) is:

0000 1010 1011 1111 1010 1010 1010 0000 0100 0011 0110 1000 0101 0001 1000 0000 1110 1010 1001 1010 1001 1000 0100 1010

| Unprotected Bit Stream (Step 2) | | | | |
|---|---|---|---|---|
| 00010 | 1001101010101110 | 011000000 | 0010010111101100111110 11111111110 | |
| fmt3 | CRC-16 | len | encoded data | |
| Unprotected Bit Stream broken into 3-bit with three extra input blocks (Step 3) | | | | |
| 000 101 001 101 010 101 110 011 000 000 001 001 011 110 110 011 111 011 111 111 110 000 000 000 | | | | |

**Figure Q.1 — Unprotected Bit Stream from steps 2 and 3**

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2843

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Table Q.1 — Values of all registers during convolutional encoding**

| state machine cycle | Input 1 2 3 | register 1A 1B 1C 2A 2B 2C 3A 3B 3C | output 1 2 3 4 | state machine cycle | input 1 2 3 | register 1A 1B 1C 2A 2B 2C 3A 3B 3C | output 1 2 3 4 |
|---|---|---|---|---|---|---|---|
| 1 | 0 | 000 | 0 | 13 | 0 | 000 | 0 |
|  | 0 | 000 | 0 |  | 1 | 000 | 1 |
|  | 0 | 000 | 0 |  | 1 | 110 | 0 |
|  |  |  | 0 |  |  |  | 1 |
| 2 | 1 | 000 | 1 | 14 | 1 | 000 | 0 |
|  | 0 | 000 | 0 |  | 1 | 100 | 0 |
|  | 1 | 000 | 1 |  | 0 | 111 | 0 |
|  |  |  | 0 |  |  |  | 1 |
| 3 | 0 | 100 | 1 | 15 | 1 | 100 | 1 |
|  | 0 | 000 | 0 |  | 1 | 110 | 0 |
|  | 1 | 100 | 1 |  | 0 | 011 | 0 |
|  |  |  | 1 |  |  |  | 0 |
| 4 | 1 | 010 | 1 | 16 | 0 | 110 | 0 |
|  | 0 | 000 | 1 |  | 1 | 111 | 0 |
|  | 1 | 110 | 1 |  | 1 | 001 | 0 |
|  |  |  | 1 |  |  |  | 0 |
| 5 | 0 | 101 | 1 | 17 | 1 | 011 | 1 |
|  | 1 | 000 | 0 |  | 1 | 111 | 0 |
|  | 0 | 111 | 1 |  | 1 | 100 | 1 |
|  |  |  | 0 |  |  |  | 0 |
| 6 | 1 | 010 | 1 | 18 | 0 | 101 | 1 |
|  | 0 | 100 | 0 |  | 1 | 111 | 0 |
|  | 1 | 011 | 1 |  | 1 | 110 | 1 |
|  |  |  | 0 |  |  |  | 0 |
| 7 | 1 | 101 | 1 | 19 | 1 | 010 | 1 |
|  | 1 | 010 | 0 |  | 1 | 111 | 0 |
|  | 0 | 101 | 1 |  | 1 | 111 | 1 |
|  |  |  | 0 |  |  |  | 1 |
| 8 | 0 | 110 | 0 | 20 | 1 | 101 | 1 |
|  | 1 | 101 | 0 |  | 1 | 111 | 0 |
|  | 1 | 010 | 0 |  | 1 | 111 | 1 |
|  |  |  | 0 |  |  |  | 0 |
| 9 | 0 | 011 | 0 | 21 | 1 | 110 | 1 |
|  | 0 | 110 | 1 |  | 1 | 111 | 0 |
|  | 0 | 101 | 0 |  | 0 | 111 | 0 |
|  |  |  | 0 |  |  |  | 1 |
| 10 | 0 | 001 | 0 | 22 | 0 | 111 | 1 |
|  | 0 | 011 | 0 |  | 0 | 111 | 0 |
|  | 0 | 010 | 1 |  | 0 | 011 | 0 |
|  |  |  | 1 |  |  |  | 0 |
| 11 | 0 | 000 | 0 | 23 | 0 | 011 | 0 |
|  | 0 | 001 | 1 |  | 0 | 011 | 1 |
|  | 1 | 001 | 1 |  | 0 | 001 | 0 |
|  |  |  | 0 |  |  |  | 0 |
| 12 | 0 | 000 | 1 | 24 | 0 | 001 | 1 |
|  | 0 | 000 | 0 |  | 0 | 001 | 0 |
|  | 1 | 100 | 0 |  | 0 | 000 | 1 |
|  |  |  | 0 |  |  |  | 0 |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2844

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

*Step 4: Header and trailer construction*

The header contains the ECC bit field for 050 from Table 12 (6.6.1) with the bits reversed (MSB/LSB):

0111000000000111000 (length = 19 bits)

The trailer contains enough pad bits to make the Unrandomised Bit Stream fit exactly into a square matrix of the smallest size. There are 96 bits in the Protected Bit Stream and 19 bits in the header for a total of 115 bits.

A 13 x 13 data matrix has 11 x 11 information bits available (121 bits); this is the smallest matrix size able to contain 115 bits. There are 6 bits (121 - 115) that are set to zero. Therefore, the trailer is:

000000

The final Unrandomised Bit Stream is shown in Figure Q.2.

---

0111000000000111000

0000101010111111101010101010000001000011011010000101000110000000111010101001101010011000010010100    000000

protected bit stream                                                                          trailer

---

**Figure Q.2 — Final Unrandomised Bit Stream**

*Step 5: Pattern randomising*

Partition the Unrandomised Bit Stream into 4-bit nibbles for easy XORing:

0111 0000 0000 0111 0000 0001 0101 0111 1111 0101 0101 0100 0000 1000 0110 1101 0000 1010 0011 0000 0001 1101 0101 0011 0101 0011 0000 1001 0100 0000 0

Get the required number (121) of random bits from the Master Random Bit Stream (Annex L):

(05, FF, C7, 31, 88, A8, 83, 9C, 64, 87, 9F, 64, B3, E0, 4D, first bit of 9C) =

0000 0101 1111 1111 1100 0111 0011 0001 1000 1000 1010 1000 1000 0011 1001 1100 0110 0100 1000 0111 1001 1111 0110 0100 1011 0011 1110 0000 0100 1101 1

Produce the Randomised Bit Stream by XORing the input with the random bits:

0111 0101 1111 1000 1100 0110 0110 0110 0111 1101 1111 1100 1000 1011 1111 0001 0110 1110 1011 0111 1000 0010 0011 0111 1110 0000 1110 1001 0000 1101 1

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2845

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

*Step 6: Module placement in matrix*

Using the Data Module Placement Grid for this matrix size, the data modules are placed into the binary matrix data area:

1 1 0 1 0 0 1 1 0 0 1

1 0 0 1 0 1 0 1 1 0 1

1 0 1 1 1 0 0 1 0 1 0

1 1 0 1 1 1 0 1 0 1 0

0 1 1 0 0 0 0 1 1 0 0

1 1 1 0 1 0 0 1 1 0 1

0 0 1 0 0 1 1 1 1 1 0

1 0 1 0 1 1 1 1 0 0 1

0 1 1 1 1 1 0 1 0 1 0

1 0 0 1 0 0 1 1 1 1 0

0 0 1 1 0 1 1 0 1 1 1

After adding the finder pattern modules, the final binary matrix is produced:

1 0 1 0 1 0 1 0 1 0 1 0 1

1 1 1 0 1 0 0 1 1 0 0 1 0

1 1 0 0 1 0 1 0 1 1 0 1 1

1 1 0 1 1 1 0 0 1 0 1 0 0

1 1 1 0 1 1 1 0 1 0 1 0 1

1 0 1 1 0 0 0 0 1 1 0 0 0

1 1 1 1 0 1 0 0 1 1 0 1 1

1 0 0 1 0 0 1 1 1 1 1 0 0

1 1 0 1 0 1 1 1 1 0 0 1 1

1 0 1 1 1 1 0 1 0 1 0 0

1 1 0 0 1 0 0 1 1 1 1 0 1

1 0 0 1 1 0 1 1 0 1 1 1 0

1 1 1 1 1 1 1 1 1 1 1 1 1

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2846

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

**Q.2   CRC calculation for example**

Construct the bit stream for input to the CRC algorithm. This consists of the CRC 2-byte header followed by the original user data. The CRC 2-byte header from Annex J, Table J.1 for format 3 is:

0000 0011 0000 0000.

The original user data is:

A B 1 2 - X

0100 0001, 0100 0010, 0011 0001, 0011 0010, 0010 1101, 0101 1000

The complete pre-CRC bit stream before byte reversal is:

0000 0011, 0000 0000, 0100 0001, 0100 0010, 0011 0001, 0011 0010, 0010 1101, 0101 1000

The complete pre-CRC bit stream after byte reversal is: (64 bits)

1100 0000, 0000 0000, 1000 0010, 0100 0010, 1000 1100, 0100 1100, 1011 0100, 0001 1010

This bit stream is input to the CRC state machine shown in Table Q.2. The CRC MSB is in the left-most shift register, so the final computed CRC value is 01110 1010101 1001 when read directly from the state machine. Parsing into 4-bit nibbles yields: 0111, 0101, 0101, 1001 which is the CRC field value used in Annex Q, Step 2b.

**Table Q.2 — Value of all registers during CRC calculation**

| Machine cycle | XOR register bits 1-5 | gate out3 | XOR register bits 6-12 | gate out2 | register bits 13-16 | input bit | XOR gate out1 |
|---|---|---|---|---|---|---|---|
| start-up | 00000 | 1 | 0000000 | 1 | 0000 | 1 | 1 |
| 1 | 10000 | 1 | 1000000 | 1 | 1000 | 1 | 1 |
| 2 | 11000 | 0 | 1100000 | 0 | 1100 | 0 | 0 |
| 3 | 01100 | 0 | 0110000 | 0 | 0110 | 0 | 0 |
| 4 | 00110 | 1 | 0011000 | 1 | 0011 | 0 | 1 |
| 5 | 10011 | 0 | 1001100 | 1 | 1001 | 0 | 1 |
| 6 | 11001 | 1 | 0100010 | 0 | 1100 | 0 | 0 |
| 7 | 01100 | 0 | 1010011 | 1 | 0110 | 0 | 0 |
| 8 | 00110 | 1 | 0101001 | 0 | 1011 | 0 | 1 |
| 9 | 10011 | 0 | 1010100 | 1 | 0101 | 0 | 1 |
| 10 | 11001 | 1 | 0101010 | 0 | 1010 | 0 | 0 |
| 11 | 01100 | 1 | 1010101 | 0 | 0101 | 0 | 1 |
| 12 | 10110 | 0 | 1101010 | 0 | 0010 | 0 | 0 |
| 13 | 01011 | 0 | 0110101 | 0 | 0001 | 0 | 1 |
| 14 | 10101 | 1 | 0011010 | 0 | 0000 | 0 | 0 |
| 15 | 01010 | 0 | 1001101 | 1 | 0000 | 0 | 0 |
| 16 | 00101 | 0 | 0100110 | 1 | 1000 | 1 | 1 |
| 17 | 10010 | 0 | 0010011 | 1 | 1100 | 0 | 0 |

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2847

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

| Machine cycle | XOR register bits 1-5 | gate out3 | XOR register bits 6-12 | gate out2 | register bits 13-16 | input bit | XOR gate out1 |
|---|---|---|---|---|---|---|---|
| 18 | 01001 | 1 | 0001001 | 1 | 1110 | 0 | 0 |
| 19 | 00100 | 1 | 1000100 | 1 | 1111 | 0 | 1 |
| 20 | 10010 | 1 | 1100010 | 1 | 1111 | 0 | 1 |
| 21 | 11001 | 0 | 1110010 | 0 | 1111 | 0 | 1 |
| 22 | 11100 | 0 | 0111000 | 0 | 0111 | 1 | 0 |
| 23 | 01110 | 1 | 0011100 | 1 | 0011 | 0 | 1 |
| 24 | 10111 | 0 | 1001110 | 1 | 1001 | 0 | 1 |
| 25 | 11011 | 0 | 0100111 | 0 | 1100 | 1 | 1 |
| 26 | 11101 | 1 | 0010011 | 1 | 0110 | 0 | 0 |
| 27 | 01110 | 1 | 1001001 | 0 | 1011 | 0 | 1 |
| 28 | 10111 | 0 | 1100100 | 1 | 0101 | 0 | 1 |
| 29 | 11011 | 1 | 0110010 | 0 | 1010 | 0 | 0 |
| 30 | 01101 | 1 | 1011001 | 1 | 0101 | 1 | 0 |
| 31 | 00110 | 0 | 1101100 | 0 | 1010 | 0 | 0 |
| 32 | 00011 | 1 | 0110110 | 0 | 0101 | 1 | 0 |
| 33 | 00001 | 1 | 1011011 | 1 | 0010 | 0 | 0 |
| 34 | 00000 | 1 | 1101101 | 0 | 1001 | 0 | 1 |
| 35 | 10000 | 0 | 1110110 | 0 | 0100 | 0 | 0 |
| 36 | 01000 | 1 | 0111011 | 0 | 0010 | 1 | 1 |
| 37 | 10100 | 0 | 1011101 | 1 | 0001 | 1 | 0 |
| 38 | 01010 | 0 | 0101110 | 0 | 1000 | 0 | 0 |
| 39 | 00101 | 1 | 0010111 | 1 | 0100 | 0 | 0 |
| 40 | 00010 | 0 | 1001011 | 1 | 1010 | 0 | 0 |
| 41 | 00001 | 1 | 0100101 | 1 | 1101 | 1 | 0 |
| 42 | 00000 | 0 | 1010010 | 0 | 1110 | 0 | 0 |
| 43 | 00000 | 1 | 0101001 | 0 | 0111 | 0 | 1 |
| 44 | 10000 | 0 | 1010100 | 0 | 0011 | 1 | 0 |
| 45 | 01000 | 0 | 0101010 | 0 | 0001 | 1 | 0 |
| 46 | 00100 | 0 | 0010101 | 1 | 0000 | 0 | 0 |
| 47 | 00010 | 0 | 0001010 | 0 | 1000 | 0 | 0 |
| 48 | 00001 | 0 | 0000101 | 0 | 0100 | 1 | 1 |
| 49 | 10000 | 0 | 0000010 | 0 | 0010 | 0 | 0 |
| 50 | 01000 | 0 | 0000001 | 1 | 0001 | 1 | 0 |
| 51 | 00100 | 1 | 0000000 | 1 | 1000 | 1 | 1 |
| 52 | 10010 | 0 | 1000000 | 0 | 1100 | 0 | 0 |
| 53 | 01001 | 0 | 0100000 | 1 | 0110 | 1 | 1 |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2848

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

| Machine cycle | XOR register bits 1-5 | gate out3 | XOR register bits 6-12 | gate out2 | register bits 13-16 | input bit | XOR gate out1 |
|---|---|---|---|---|---|---|---|
| 54 | 10100 | 1 | 0010000 | 1 | 1011 | 0 | 1 |
| 55 | 11010 | 1 | 1001000 | 1 | 1101 | 0 | 1 |
| 56 | 11101 | 1 | 1100100 | 0 | 1110 | 0 | 0 |
| 57 | 01110 | 1 | 1110010 | 1 | 0111 | 0 | 1 |
| 58 | 10111 | 0 | 1111001 | 0 | 1011 | 0 | 1 |
| 59 | 11011 | 1 | 0111100 | 0 | 0101 | 1 | 0 |
| 60 | 01101 | 0 | 1011110 | 1 | 0010 | 1 | 1 |
| 61 | 10110 | 1 | 0101111 | 0 | 1001 | 0 | 1 |
| 62 | 11011 | 0 | 1010111 | 0 | 0100 | 1 | 1 |
| 63 | 11101 | 1 | 0101011 | 1 | 0010 | 0 | 0 |
| 64 | 01110 | | 1010101 | | 1001 | | |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2849

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

# Annex R
## (informative)

# Useful process control techniques

This Annex describes tools and procedures useful for monitoring and controlling the process of creating scannable Data Matrix symbols. These techniques do not constitute a print quality check of the produced symbols (the method of Clause 8 and Annex M is the required method for assessing symbol print quality) but they individually and collectively yield good indications of whether the symbol print process is creating workable symbols.

## R.1  Symbol contrast

Most linear bar code verifiers have either a reflectometer mode or a mode for plotting scan reflectance profiles and/or reporting Symbol Contrast (as defined in ISO/IEC 15415 and ISO/IEC 19762) from undecodable scans. Except with symbols requiring special illumination configurations, the symbol contrast readings that can be obtained using a 6 or 10 mil aperture at 660 nm wavelength (either the reported SC value, the peak-to-peak scan profile excursions, or the difference between peak reflectometer readings) are found to correlate well with an image-derived symbol contrast. In particular these readings can be used to check that symbol contrast stays well above the minimum allowed for the intended symbol quality grade.

## R.2  Special reference symbol

For process control purposes, a 16 x 16 ECC 200 reference symbol can be printed which encodes the data "30Q324343430794<OQQ". As shown in Figure R.1, this reference symbol has a region of parallel bars and spaces which can be linearly scanned and then evaluated for print growth using the edge-measurement methodologies of ISO/IEC 15416.



**Figure R.1 — ECC 200 reference symbol encoding "30Q324343430794<OQQ"**

Many linear bar code verifiers can be programmed to list element widths derived by the ISO/IEC 15416 methodology even for undecoded scans. The left-hand portion of any linear test scan across the upper half of the ECC 200 reference symbol will contain four bar-space pairs whose widths may be designated $b_1$ to $b_4$ and $s_1$ to $s_4$.

128

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2850

A normalised indication of horizontal print growth can be calculated as:

$(b_1 + b_2 + b_3 + b_4) / (b_1 + s_1 + b_2 + s_2 + b_3 + s_3 + b_4 + s_4)$

This value in Data Matrix symbols should nominally be 50% and stay within 35% to 65% limits.

Note that this measurement will not be sensitive to printing variations parallel to the long dimension of the elements in the reference symbol. If a more complete assessment of the print process is desired, the Data Matrix reference symbol should be printed in both orientations and tested.

### R.3  Assessing Axial Nonuniformity

For any symbol, measure the length of both legs of the "L" shaped finder pattern. Divide each length by the number of modules in that dimension, e.g. a 12 x 36 symbol would have 12 and 36 as divisors. These two normalised dimensions are $X_{AVG}$ and $Y_{AVG}$ which can be used in the formula below to grade Axial Nonuniformity.

$AN$ = abs$(X_{AVG} - Y_{AVG}) / ((X_{AVG} + Y_{AVG}) / 2)$

If the value of $AN$ is greater than 0,12 the symbol would fail according to ISO/IEC 15415. Values up to 0,06 correspond to a grade 4 for this parameter.

### R.4  Visual inspection for symbol distortion and defects

Ongoing visual inspection of the perimeter patterns in sample symbols can monitor two important aspects of the print process. First, 2D matrix symbols are susceptible to errors caused by local distortions of the matrix grid. Any such distortions will show up visually in a Data Matrix symbol as either crooked edges on the "L" shaped finder pattern or uneven spacings within the alternating patterns found along the other two margins of the symbol. Larger ECC 200 symbols also include alignment patterns whose straightness and evenness can be visually checked. Symbols likely to fail the reference decode can be quickly identified in this way. Second, the two arms of the finder pattern and the adjacent quiet zones should always be solidly in opposite reflectance states. Failures in the print mechanism which may produce defects in the form of light or dark streaks through the symbol should be visibly evident where they infringe the finder or quiet zone. Such systematic failures in the print process should be corrected.

**129**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

## Annex S
(informative)

## Autodiscrimination capability

Data Matrix may be read by suitably programmed bar code decoders which have been designed to autodiscriminate it from other symbologies. The decoder's valid set of symbologies should be limited to those needed by a given application to maximise reading security.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2852

## Annex T
(informative)

## System considerations

Any Data Matrix application must be viewed as a total system solution. All the symbology encoding/decoding components (surface marker or printer, labels, readers) making up an application need to operate together as a system.  A failure in any link of the chain, or a mismatch between them, could compromise the performance of the overall system.

— While compliance with the specifications is one key to assuring overall system success, other considerations come into play which may influence performance as well. The following guidelines suggest some factors to keep in mind when specifying or implementing bar code systems:

— Select a print density which will yield tolerance values that can be achieved by the marking or printing technology being used.

— Choose a reader with a resolution suitable for the symbol density and quality produced by the printing technology.

— Ensure that the printed symbol's optical properties are compatible with the wavelength of the scanner's light source or sensor.

— Verify symbol compliance in the final label or package configuration. Overlays, showthrough, and curved or irregular surfaces can all affect symbol readability.

Marking technologies that are not consistently capable of producing a solid line of continuous modules, for example, dot peen and ink jet, require particular care to ensure that gaps between nominally touching modules do not interfere with the decoding of the symbol using the application specified aperture size. In addition, the relative positioning of modules and the horizontal and vertical axes needs to comply with the requirements for axial non-uniformity specified in ISO/IEC 15415. Application specifications should also consult ISO/IEC 15415 for guidance regarding the specification of aperture size, lighting, and other parameters.

Scanning systems must take into consideration the variations in diffuse reflection between dark and light features. At some scanning angles, the specular component of the reflected light can greatly exceed the desired diffuse component, making successful reading more difficult. In cases where the surface of the part or material can be altered, matte, non-glossy finishes may help minimise specular effects. Where this option is not available, particular care must be taken to ensure the illumination for the mark being read optimises the desired contrast components.

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2853

BS ISO/IEC 16022:2006
ISO/IEC 16022:2006 (E)

# Bibliography

[1]    LIN and COSTELLO, "Error Control Coding: Fundamentals and Applications," Prentice Hall, 1983.

[2]    C. BRITTON RORBAUGH, "Error Coding Cookbook," McGraw Hill, 1996.

[3]    AIM Inc. "Data Matrix Developer's Diskette" (AIM Inc., 125 Warrendale-Bayne Road, Suite 100, Warrendale, PA 15086, USA).

**132**

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2854

*blank*

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2855

**BS ISO/IEC**
**16022:2006**

# BSI - British Standards Institution

BSI is the independent national body responsible for preparing British Standards. It presents the UK view on standards in Europe and at the international level. It is incorporated by Royal Charter.

**Revisions**

British Standards are updated by amendment or revision. Users of British Standards should make sure that they possess the latest amendments or editions.

It is the constant aim of BSI to improve the quality of our products and services. We would be grateful if anyone finding an inaccuracy or ambiguity while using this British Standard would inform the Secretary of the technical committee responsible, the identity of which can be found on the inside front cover. Tel: +44 (0)20 8996 9000. Fax: +44 (0)20 8996 7400.

BSI offers members an individual updating service called PLUS which ensures that subscribers automatically receive the latest editions of standards.

**Buying standards**

Orders for all BSI, international and foreign standards publications should be addressed to Customer Services. Tel: +44 (0)20 8996 9001. Fax: +44 (0)20 8996 7001 Email: orders@bsigroup.com You may also buy directly using a debit/credit card from the BSI Shop on the Website http://www.bsigroup.com/shop

In response to orders for international standards, it is BSI policy to supply the BSI implementation of those that have been published as British Standards, unless otherwise requested.

**Information on standards**

BSI provides a wide range of information on national, European and international standards through its Library and its Technical Help to Exporters Service. Various BSI electronic information services are also available which give details on all its products and services. Contact Information Centre. Tel: +44 (0)20 8996 7111 Fax: +44 (0)20 8996 7048 Email: info@bsigroup.com

Subscribing members of BSI are kept up to date with standards developments and receive substantial discounts on the purchase price of standards. For details of these and other benefits contact Membership Administration. Tel: +44 (0)20 8996 7002 Fax: +44 (0)20 8996 7001 Email: membership@bsigroup.com

Information regarding online access to British Standards via British Standards Online can be found at http://www.bsigroup.com/BSOL

Further information about BSI is available on the BSI website at http://www.bsigroup.com

**Copyright**

Copyright subsists in all BSI publications. BSI also holds the copyright, in the UK, of the publications of the international standardization bodies. Except as permitted under the Copyright, Designs and Patents Act 1988 no extract may be reproduced, stored in a retrieval system or transmitted in any form or by any means – electronic, photocopying, recording or otherwise – without prior written permission from BSI.

This does not preclude the free use, in the course of implementing the standard, of necessary details such as symbols, and size, type or grade designations. If these details are to be used for any other purpose than implementation then the prior written permission of BSI must be obtained.

Details and advice can be obtained from the Copyright and Licensing Manager. Tel: +44 (0)20 8996 7070 Email: copyright@bsigroup.com

BSI Group
Headquarters 389
Chiswick High Road,
London, W4 4AL, UK
Tel +44 (0)20 8996 9001
Fax +44 (0)20 8996 7001
www.bsigroup.com/
standards

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2856

BS ISO/IEC 18004:2015



## BSI Standards Publication

# Information technology — Automatic identification and data capture techniques — QR Code bar code symbology specification

EXHIBIT
1002



...making excellence a habit.™

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2857

USCA4 Appeal: 23-1850    Doc: 45-6    Filed: 04/01/2024    Pg: 326 of 498

**National foreword**

This British Standard is the UK implementation of ISO/IEC 18004:2015. It supersedes BS ISO/IEC 18004:2006 which is withdrawn.

The UK participation in its preparation was entrusted to Technical Committee IST/34, Automatic identification and data capture techniques.

A list of organizations represented on this committee can be obtained on request to its secretary.

This publication does not purport to include all the necessary provisions of a contract. Users are responsible for its correct application.

© The British Standards Institution 2015. Published by BSI Standards Limited 2015

ISBN 978 0 580 81570 6

ICS 01.080.50; 35.040

**Compliance with a British Standard cannot confer immunity from legal obligations.**

This British Standard was published under the authority of the Standards Policy and Strategy Committee on 31 March 2015.

**Amendments issued since publication**

| Date | Text affected |
| --- | --- |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2858

BS ISO/IEC 18004:2015

# INTERNATIONAL STANDARD

# ISO/IEC 18004

Third edition
2015-02-01

## Information technology — Automatic identification and data capture techniques — QR Code bar code symbology specification

*Technologies de l'information — Technologie d'identification automatique et de capture des données — Spécification de la symbologie de code à barres Code QR*

Reference number
ISO/IEC 18004:2015(E)



© ISO/IEC 2015

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2859

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 328 of 498

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**



**COPYRIGHT PROTECTED DOCUMENT**

© ISO/IEC 2015

All rights reserved. Unless otherwise specified, no part of this publication may be reproduced or utilized otherwise in any form or by any means, electronic or mechanical, including photocopying, or posting on the internet or an intranet, without prior written permission. Permission can be requested from either ISO at the address below or ISO's member body in the country of the requester.

    ISO copyright office
    Case postale 56 • CH-1211 Geneva 20
    Tel. + 41 22 749 01 11
    Fax + 41 22 749 09 47
    E-mail copyright@iso.org
    Web www.iso.org

Published in Switzerland

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2860

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

# Contents

Page

Foreword ................................................................................................................................................................................................................ vi

Introduction ...................................................................................................................................................................................................... vii

1    Scope ......................................................................................................................................................................................................... 1

2    Conformance .................................................................................................................................................................................... 1

3    Normative references ............................................................................................................................................................. 1

4    Terms and definitions ............................................................................................................................................................ 2

5    Mathematical and logical symbols, abbreviations and conventions ....................................... 4
     5.1    Mathematical and logical symbols ................................................................................................................ 4
     5.2    Abbreviations ......................................................................................................................................................... 4
     5.3    Conventions ............................................................................................................................................................. 4
            5.3.1    Module positions ............................................................................................................................ 4
            5.3.2    Byte notation ..................................................................................................................................... 4
            5.3.3    Version references .......................................................................................................................... 4

6    Symbol description .................................................................................................................................................................... 4
     6.1    Basic characteristics .......................................................................................................................................... 4
     6.2    Summary of additional features .................................................................................................................. 6
     6.3    Symbol structure .................................................................................................................................................. 7
            6.3.1    General ................................................................................................................................................... 7
            6.3.2    Symbol Versions and sizes ...................................................................................................... 9
            6.3.3    Finder pattern ............................................................................................................................... 16
            6.3.4    Separator ........................................................................................................................................... 17
            6.3.5    Timing pattern ............................................................................................................................... 17
            6.3.6    Alignment patterns .................................................................................................................... 17
            6.3.7    Encoding region ............................................................................................................................ 17
            6.3.8    Quiet zone .......................................................................................................................................... 17

7    Requirements ............................................................................................................................................................................... 18
     7.1    Encode procedure overview ....................................................................................................................... 18
     7.2    Data analysis .......................................................................................................................................................... 20
     7.3    Modes ........................................................................................................................................................................... 20
            7.3.1    General ................................................................................................................................................. 20
            7.3.2    Extended Channel Interpretation (ECI) mode .................................................... 20
            7.3.3    Numeric mode ................................................................................................................................ 21
            7.3.4    Alphanumeric mode ................................................................................................................. 21
            7.3.5    Byte mode .......................................................................................................................................... 21
            7.3.6    Kanji mode ........................................................................................................................................ 21
            7.3.7    Mixing modes .................................................................................................................................. 21
            7.3.8    Structured Append mode ...................................................................................................... 21
            7.3.9    FNC1 mode ........................................................................................................................................ 22
     7.4    Data encoding ....................................................................................................................................................... 22
            7.4.1    Sequence of data ......................................................................................................................... 22
            7.4.2    Extended Channel Interpretation (ECI) mode .................................................... 23
            7.4.3    Numeric mode ................................................................................................................................ 25
            7.4.4    Alphanumeric mode ................................................................................................................. 26
            7.4.5    Byte mode .......................................................................................................................................... 27
            7.4.6    Kanji mode ........................................................................................................................................ 29
            7.4.7    Mixing modes .................................................................................................................................. 30
            7.4.8    FNC1 modes ...................................................................................................................................... 30
            7.4.9    Terminator ........................................................................................................................................ 32
            7.4.10    Bit stream to codeword conversion ............................................................................ 32
     7.5    Error correction ................................................................................................................................................. 36
            7.5.1    Error correction capacity .................................................................................................... 36
            7.5.2    Generating the error correction codewords ......................................................... 44

iii

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2861

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

7.6     Constructing the final message codeword sequence ............................................. 45
7.7     Codeword placement in matrix ........................................................................ 46
        7.7.1   Symbol character representation ........................................................ 46
        7.7.2   Function pattern placement ............................................................... 46
        7.7.3   Symbol character placement .............................................................. 46
7.8     Data masking .................................................................................................. 50
        7.8.1   General ............................................................................................. 50
        7.8.2   Data mask patterns ........................................................................... 50
        7.8.3   Evaluation of data masking results .................................................... 53
7.9     Format information ......................................................................................... 55
        7.9.1   QR Code symbols .............................................................................. 55
        7.9.2   Micro QR Code symbols .................................................................... 57
7.10    Version information ......................................................................................... 58

8   **Structured Append** ................................................................................................. 59
8.1     Basic principles ............................................................................................... 59
8.2     Symbol Sequence Indicator ............................................................................. 60
8.3     Parity Data ..................................................................................................... 61

9   **Symbol printing and marking** ................................................................................. 61
9.1     Dimensions ..................................................................................................... 61
9.2     Human-readable interpretation ....................................................................... 61
9.3     Marking guidelines .......................................................................................... 61

10  **Symbol quality** ....................................................................................................... 62
10.1    Methodology .................................................................................................... 62
10.2    Symbol quality parameters ............................................................................. 62
        10.2.1  Fixed pattern damage ....................................................................... 62
        10.2.2  Scan grade and overall symbol grade ................................................ 62
        10.2.3  Grid non-uniformity ......................................................................... 62
10.3    Process control measurements ........................................................................ 62

11  **Decoding procedure overview** ............................................................................... 62

12  **Reference decode algorithm for QR Code** ............................................................. 63

13  **Autodiscrimination capability** ............................................................................... 70

14  **Transmitted data** .................................................................................................. 70
14.1    General principles ........................................................................................... 70
14.2    Symbology Identifier ...................................................................................... 71
14.3    Extended Channel Interpretations ................................................................... 71
14.4    FNC1 ............................................................................................................... 72

Annex A (normative) **Error detection and correction generator polynomials** ............. 73

Annex B (normative) **Error correction decoding steps** ................................................ 77

Annex C (normative) **Format information** ................................................................... 79

Annex D (normative) **Version information** .................................................................. 81

Annex E (normative) **Position of alignment patterns** .................................................. 83

Annex F (normative) **Symbology Identifier** ................................................................. 85

Annex G (normative) **QR Code print quality** ................................................................
         symbology-specific aspects .......................................................................... 86

Annex H (informative) **JIS8 and Shift JIS character sets** ............................................. 92

Annex I (informative) **Symbol encoding examples** ....................................................... 94

Annex J (informative) **Optimisation of bit stream length** ............................................. 99

Annex K (informative) **User guidelines for printing and scanning of QR Code symbols** ........ 108

Annex L (informative) **Autodiscrimination** ................................................................. 110

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2862

**Annex M** (informative) **Process control techniques** ................................................................................................ **111**

**Annex N** (informative) **Characteristics of Model 1 symbols** ................................................................................ **113**

**Bibliography** ................................................................................................................................................................................ **116**

© ISO/IEC 2015 – All rights reserved    v
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2863

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

# Foreword

ISO (the International Organization for Standardization) and IEC (the International Electrotechnical Commission) form the specialized system for worldwide standardization. National bodies that are members of ISO or IEC participate in the development of International Standards through technical committees established by the respective organization to deal with particular fields of technical activity. ISO and IEC technical committees collaborate in fields of mutual interest. Other international organizations, governmental and non-governmental, in liaison with ISO and IEC, also take part in the work. In the field of information technology, ISO and IEC have established a joint technical committee, ISO/IEC JTC 1.

The procedures used to develop this document and those intended for its further maintenance are described in the ISO/IEC Directives, Part 1. In particular the different approval criteria needed for the different types of document should be noted. This document was drafted in accordance with the editorial rules of the ISO/IEC Directives, Part 2 (see www.iso.org/directives).

Attention is drawn to the possibility that some of the elements of this document may be the subject of patent rights. ISO and IEC shall not be held responsible for identifying any or all such patent rights. Details of any patent rights identified during the development of the document will be in the Introduction and/or on the ISO list of patent declarations received (see www.iso.org/patents).

Any trade name used in this document is information given for the convenience of users and does not constitute an endorsement.

For an explanation on the meaning of ISO specific terms and expressions related to conformity assessment, as well as information about ISO's adherence to the WTO principles in the Technical Barriers to Trade (TBT) see the following URL: Foreword - Supplementary information

The committee responsible for this document is ISO/IEC JTC 1, *Information technology*, SC 31, *Automatic identification and data capture techniques*.

This third edition cancels and replaces the second edition (ISO/IEC 18004:2006), which has been technically revised.

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2864

# Introduction

It is necessary to distinguish four technically different, but closely related members of the QR Code family, which represent an evolutionary sequence.

— QR Code Model 1 was the original specification for QR Code and is described in AIM ITS 97-001 International Symbology Specification-QR Code.

— QR Code Model 2 was an enhanced form of the symbology with additional features (primarily the addition of alignment patterns to assist navigation in larger symbols), and was the basis of the first edition of ISO/IEC 18004.

— QR Code (the basis of the second edition of ISO/IEC 18004) is closely similar to QR Code Model 2, its QR Code format differs only in the addition of the facility for symbols to appear in a mirror image orientation for reflectance reversal (light symbols on dark backgrounds) and the option for specifying alternative character sets to the default.

— The Micro QR Code format (also specified in the second edition of ISO/IEC 18004), is a variant of QR Code with a reduced number of overhead modules and a restricted range of sizes, which enables small to moderate amount of data to be represented in a small symbol, particularly suited to direct marking on parts and components, and to applications where the space available for the symbol is severely restricted.

QR Code is a matrix symbology. The symbols consist of an array of nominally square modules arranged in an overall square pattern, including a unique finder pattern located at three corners of the symbol (in Micro QR Code symbols, at a single corner) and intended to assist in easy location of its position, size, and inclination. A wide range of sizes of symbol is provided for, together with four levels of error correction. Module dimensions are user-specified to enable symbol production by a wide variety of techniques.

QR Code Model 2 symbols are fully compatible with QR Code reading systems.

Model 1 QR Code symbols are recommended only to be used in closed system applications and it is not a requirement that equipment complying with this International Standard should support Model 1. Since QR Code is the recommended model for new, open systems application of QR Code, this International Standard describes QR Code fully, and lists the features in which Model 1 QR Code differs from QR Code in Annex N.

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2865

BS ISO/IEC 18004:2015

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

BS ISO/IEC 18004:2015

**INTERNATIONAL STANDARD**  ISO/IEC 18004:2015(E)

# Information technology — Automatic identification and data capture techniques — QR Code bar code symbology specification

## 1  Scope

This International Standard defines the requirements for the symbology known as QR Code. It specifies the QR Code symbology characteristics, data character encoding methods, symbol formats, dimensional characteristics, error correction rules, reference decoding algorithm, production quality requirements, and user-selectable application parameters.

## 2  Conformance

QR Code symbols (and equipment designed to produce or read QR Code symbols) shall be considered as conforming with this International Standard if they provide or support the features defined in this International Standard.

Symbols complying with the requirements for QR Code Model 1, as described in ISO/IEC 18004:2006, may not be readable with equipment complying with this International Standard.

Symbols complying with the requirements for QR Code Model 2, as defined in ISO/IEC 18004:2000, are readable with equipment complying with this International Standard.

Reading equipment complying with ISO/IEC 18004:2000 will not be able to read all symbols complying with this International Standard. Symbols that make use of the additional features of QR Code will not be readable by such equipment.

Printing equipment complying with ISO/IEC 18004:2000 will not be able to print all symbols defined in this International Standard. Symbols that make use of the additional features of QR Code will not be printable by such equipment.

It should be noted, however, that QR Code Model 2 and Micro QR Code are the form of the symbology recommended for new and open systems applications.

## 3  Normative references

The following documents, in whole or in part, are normatively referenced in this document and are indispensable for its application. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies.

ISO/IEC 8859-1:1998, *Information technology — 8-bit single-byte coded graphic character sets — Part 1: Latin alphabet No. 1*

ISO/IEC 15415, *Information technology — Automatic identification and data capture techniques — Bar code symbol print quality test specification — Two-dimensional symbols*

ISO/IEC 19762-1, *Information technology — Automatic identification and data capture (AIDC) techniques — Harmonized vocabulary — Part 1: General terms relating to AIDC*

ISO/IEC 19762-2, *Information technology — Automatic identification and data capture (AIDC) techniques — Harmonized vocabulary — Part 2: Optically readable media (ORM)*

JIS X 0201, 7-bit and 8-bit coded character sets for information interchange

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2867

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

## 4 Terms and definitions

For the purposes of this document, the terms and definitions given in ISO/IEC 19762-1 and ISO/IEC 19762-2 and the following apply.

**4.1**
**character count indicator**
bit sequence which defines the data string length in a mode

**4.2**
**data masking**
process of XORing the bit pattern in the encoding region with a data mask pattern to provide a symbol with more evenly balanced numbers of dark and light modules, and reduced occurrence of patterns which would interfere with fast processing of the image

**4.3**
**data mask pattern reference**
three-bit identifier of the data masking patterns applied to the symbol

**4.4**
**encoding region**
region of the symbol not occupied by function patterns and available for encoding of data and error correction codewords, and for Version and format information

**4.5**
**exclusive subset**
subset of characters within the character set of a mode which are not shared with the more restricted character set of another mode

**4.6**
**extension pattern**
function pattern in Model 1 symbols, which does not encode data

**4.7**
**format information**
encoded pattern containing information on symbol characteristics essential to enable the remainder of the encoding region to be decoded

**4.8**
**QR Code**
pertaining to QR Code symbols identified as versions 1 to 40, as distinct from Micro QR Code symbols

**4.9**
**function pattern**
overhead component of the symbol (finder, separator, timing patterns, and alignment patterns) required for location of the symbol or identification of its characteristics to assist in decoding

**4.10**
**masking**
process of XORing the bit pattern in an area of the symbol with a mask pattern to reduce the occurrence of patterns which would interfere with fast processing of the image

**4.11**
**micro**
pertaining to Micro QR Code symbols identified as versions M1 to M4, as distinct from QR Code symbols

**4.12**
**mode**
method of representing a defined character set as a bit string

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2868

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**4.13**
**mode indicator**
four-bit identifier indicating in which mode the following data sequence is encoded

**4.14**
**padding bit**
zero bit, not representing data, used to fill empty positions of the final codeword after the terminator in a data bit string

**4.15**
**remainder bit**
zero bit, not representing data, used to fill empty positions of the symbol encoding region after the final symbol character, where the area of the encoding region available for symbol characters does not divide exactly into 8-bit symbol characters

**4.16**
**remainder codeword**
pad codeword, placed after the error correction codewords, used to fill empty codeword positions to complete the symbol if the total number of data and error correction codewords does not exactly fill its nominal capacity

**4.17**
**segment**
sequence of data encoded according to the rules of one ECI or encoding mode

**4.18**
**separator**
function pattern of all light modules, one module wide, separating the finder patterns from the rest of the symbol

**4.19**
**symbol number**
three-bit field indicating the symbol version and error correction level applied, used as part of the format information in Micro QR Code symbols

**4.20**
**terminator**
bit pattern of defined number (depending on symbol) of all zero bits used to end the bit string representing data

**4.21**
**timing pattern**
alternating sequence of dark and light modules enabling module coordinates in the symbol to be determined

**4.22**
**version**
size of the symbol represented in terms of its position in the sequence of permissible sizes for Micro QR Code symbols from 11 × 11 modules (version M1) to 17 × 17 modules (version M4) or, for QR Code symbols, from 21 × 21 modules (version 1) to 177 × 177 (version 40) modules

Note 1 to entry: The error correction level applied to the symbol may be suffixed to the version designation, e.g. version 4-L or version M3-Q.

**4.23**
**version information**
encoded pattern in certain QR Code symbols containing information on the symbol version together with error correction bits for this data

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2869

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

# 5 Mathematical and logical symbols, abbreviations and conventions

## 5.1 Mathematical and logical symbols

Mathematical symbols used in formulae and equations are defined after the formula or equation in which they appear.

For the purposes of this document, the following mathematical operations apply.

> div    is the integer division operator;
>
> mod    is the integer remainder after division;
>
> XOR    is the exclusive-or logic function whose output is one only when its two inputs are not equivalent. It is represented by the symbol $\oplus$.

## 5.2 Abbreviations

BCH    Bose-Chaudhuri-Hocquenghem

ECI    Extended Channel Interpretation

RS    Reed-Solomon

## 5.3 Conventions

### 5.3.1 Module positions

For ease of reference, module positions are defined by their row and column coordinates in the symbol, in the form $(i, j)$ where $i$ designates the row (counting from the top downwards) and $j$ the column (counting from left to right) in which the module is located, with counting commencing at 0. Module (0, 0) is therefore located at the upper left corner of the symbol.

### 5.3.2 Byte notation

Byte contents are shown as hex values.

### 5.3.3 Version references

For QR Code symbols, symbol versions are referred to in the form Version V-E where V identifies the version number (1 to 40) and E indicates the error correction level (L, M, Q, H).

For Micro QR Code symbols, symbol versions are referred to in the form Version MV-E where the letter M indicates the Micro QR Code format and V (with a range of 1 to 4) and E (with values L, M and Q) have the meanings defined above.

# 6 Symbol description

## 6.1 Basic characteristics

QR Code is a matrix symbology with the following characteristics:

a)    Formats:

    1)    QR Code, with full range of capabilities and maximum data capacity;

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2870

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

2) Micro QR Code, with reduced overhead, some restrictions on capabilities and reduced data capacity (compared with QR Code symbols).

b) Encodable character set:

1) numeric data (digits 0 - 9);

2) alphanumeric data (digits 0 - 9; upper case letters A - Z; nine other characters: space, $ % * + - . / : );

3) byte data [default: ISO/IEC 8859-1; or other sets as otherwise defined (see 7.3.5)];

4) Kanji characters. Kanji characters in QR Code can be compacted into 13 bits.

c) Representation of data:

A dark module is nominally a binary one and a light module is nominally a binary zero. However, see 6.2 for details of reflectance reversal.

d) Symbol size (not including quiet zone):

1) Micro QR Code symbols: 11 × 11 modules to 17 × 17 modules (Versions M1 to M4, increasing in steps of two modules per side);

2) QR Code symbols: 21 × 21 modules to 177 × 177 modules (Versions 1 to 40, increasing in steps of four modules per side).

e) Data characters per symbol

1) maximum Micro QR Code symbol size, Version M4-L:

— numeric data:             35 characters

— alphanumeric data:        21 characters

— Byte data:                15 characters

— Kanji data:               9 characters

2) maximum QR Code symbol size, Version 40-L:

— numeric data:             7 089 characters

— alphanumeric data:        4 296 characters

— Byte data:                2 953 characters

— Kanji data:               1 817 characters

f) Selectable error correction:

Four levels of Reed-Solomon error correction (referred to as L, M, Q and H in increasing order of capacity) allowing recovery of:

— L     7%

— M     15%

— Q     25%

— H     30%

of the symbol codewords.

© ISO/IEC 2015 – All rights reserved                                                    5
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

For Micro QR Code symbols, error correction level H is not available. For Version M1 Micro QR Code symbols, the RS capacity is limited to error detection only.

g) Code type:

Matrix

h) Orientation independence:

Yes (both rotation and reflection)

Figure 1 illustrates a Version 1 QR Code symbol in normal colour and with reflectance reversal (see 6.2), in both normal and mirror image orientations.

Figure 2 illustrates a Version M2 Micro QR Code symbol in normal colour and with reflectance reversal (see 6.2), in both normal and mirror image orientations.

## 6.2   Summary of additional features

The use of the following additional features is optional in QR Code:

— Structured append

This allows files of data to be represented logically and continuously in up to 16 QR Code symbols. These may be scanned in any sequence to enable the original data to be correctly reconstructed. Structured Append is not available with Micro QR Code symbols.

— Extended Channel Interpretations

This mechanism enables data using character sets other than the default encodable set (e.g. Arabic, Cyrillic, Greek) and other data interpretations (e.g. compacted data using defined compression schemes) or other industry-specific requirements to be encoded. Extended Channel Interpretations other than the default interpretation are not available in Micro QR Code symbols.

— Reflectance reversal

Symbols are intended to be read when marked so that the image is either dark on light or light on dark (see Figures 1 and 2). The specifications in this International Standard are based on dark images on a light background, therefore in the case of symbols produced with reflectance reversal references to dark or light modules should be taken as references to light or dark modules respectively.

— Mirror imaging

The arrangement of modules defined in this International Standard represents the "normal" orientation of the symbol. It is, however, possible to achieve a valid decode of a symbol in which the arrangement of the modules has been laterally transposed. When viewed with the finder patterns at the top left, top right and bottom left corners of the symbol, the effect of mirror imaging is to interchange the row and column positions of the modules.

                                                                    © ISO/IEC 2015 – All rights reserved

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2872



**Figure 1 — Examples of QR Code symbol encoding the text "QR Code Symbol" – (a) normal orientation and normal reflectance arrangement; (b) normal orientation and reversed reflectances; (c) mirror image orientation and normal reflectance arrangement; (d) mirror image orientation and reversed reflectances**



**Figure 2 — Examples of Version M2 Micro QR Code symbol encoding the text "01234567" – (a) normal orientation and normal reflectance arrangement; (b) normal orientation and reversed reflectances; (c) mirror image orientation and normal reflectance arrangement; (d) mirror image orientation and reversed reflectances**

NOTE      The corner marks in Figures 1 and 2 indicate the extent of the quiet zone.

## 6.3   Symbol structure

### 6.3.1   General

Each QR Code symbol shall be constructed of nominally square modules set out in a regular square array and shall consist of an encoding region and function patterns, namely finder, separator, timing patterns,

© ISO/IEC 2015 – All rights reserved                                                                          7
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2873

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

and alignment patterns. Function patterns do not encode data. The symbol shall be surrounded on all four sides by a quiet zone border. Figure 3 illustrates the structure of a Version 7 symbol. Figure 4 illustrates the structure of a Version M3 symbol.



Figure 3 — Structure of a QR Code symbol

                                     © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2874

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



**Figure 4 — Structure of Version M3 Micro QR Code symbol**

**6.3.2    Symbol Versions and sizes**

**6.3.2.1    QR Code symbols**

There are forty sizes of QR Code symbol referred to as Version 1, Version 2 ... Version 40. Version 1 measures 21 modules × 21 modules, Version 2 measures 25 modules × 25 modules and so on increasing in steps of 4 modules per side up to Version 40 which measures 177 modules × 177 modules. Figures 5 to 10 illustrate the structure of Versions 1, 2, 6, 7, 14, 21 and 40.

© ISO/IEC 2015 – All rights reserved                                                                                9
    Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2875

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



Figure 5 — Version 1 and 2 symbols

 © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2876

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



Version 6

**Figure 6 — Version 6 symbol**

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2877

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



Version 7

**Figure 7 — Version 7 symbol**

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2878

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



Version 14

**Figure 8 — Version 14 symbol**

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2879

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**



Version 21

**Figure 9 — Version 21 symbol**

 © ISO/IEC 2015 – All rights reserved

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2880

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



Version 40

**Figure 10 — Version 40 symbol**

### 6.3.2.2    Micro QR Code symbols

There are four sizes of Micro QR Code symbol, referred to as Versions M1 to M4. Version M1 measures
11 × 11 modules, Version M2 13 × 13 modules, Version M3 15 × 15 modules, and Version M4 17 × 17
modules, i.e. increasing in steps of 2 modules per side. Figure 11 illustrates the structure of Micro QR
Code Versions M1 to M4.

NOTE      Two formats of M3 symbol are shown, which differ only in the codeword placement according to the
error correction level.

© ISO/IEC 2015 – All rights reserved                                                                                          **15**
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2881

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**



**Figure 11 — Versions of Micro QR Code symbol**

### 6.3.3    Finder pattern

#### 6.3.3.1    QR Code symbols

There are three identical Finder Patterns located at the upper left, upper right and lower left corners of the symbol respectively as illustrated in Figure 3. Each finder pattern may be viewed as three superimposed concentric squares and is constructed of dark 7 × 7 modules, light 5 × 5 modules and dark 3 × 3 modules. The ratio of module widths in each finder pattern is 1 : 1 : 3 : 1 : 1 as illustrated in Figure 12. The symbol is preferentially encoded so that similar patterns have a low probability of being encountered elsewhere in the symbol, enabling rapid identification of a possible QR Code symbol in the field of view. Identification of the three finder patterns comprising the Finder Pattern then unambiguously defines the location and rotational orientation of the symbol in the field of view.

#### 6.3.3.2    Micro QR Code symbols

A single finder pattern, as defined in 6.3.3.1, is located at the upper left corner of the symbol as illustrated in Figure 4. Identification of the finder pattern together with the timing patterns unambiguously defines the size, location and rotational orientation of the symbol in the field of view.

    © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2882

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



**Figure 12 — Structure of finder pattern**

### 6.3.4   Separator

A one-module wide separator, constructed of all light modules, is placed between each finder pattern and the Encoding Region, as illustrated in Figures 3 and 4.

### 6.3.5   Timing pattern

The horizontal and vertical timing patterns respectively consist of a one module wide row or column of alternating dark and light modules, commencing and ending with a dark module. They enable the symbol density and version to be determined and provide datum positions for determining module coordinates.

In QR Code symbols, the horizontal timing pattern runs across row 6 of the symbol between the separators for the upper finder patterns; the vertical timing pattern similarly runs down column 6 of the symbol between the separators for the left-hand finder patterns. See Figure 3.

In Micro QR Code symbols, the horizontal timing pattern runs across row 0 of the symbol on the right side of the separator to the right hand edge of the symbol; the vertical Timing Pattern similarly runs down column 0 of the symbol below the separator to the bottom edge of the symbol. See Figure 4.

### 6.3.6   Alignment patterns

Alignment patterns are present only in QR Code symbols of version 2 or larger. Each alignment pattern may be viewed as three superimposed concentric squares and is constructed of dark 5 × 5 modules, light 3 × 3 modules and a single central dark module. The number of alignment patterns depends on the symbol version and they shall be placed in all symbols of Version 2 or larger in positions defined in Annex E.

### 6.3.7   Encoding region

This region shall contain the symbol characters representing data, those representing error correction codewords, the format information and, where appropriate, the version information. Refer to 7.7.1 for details of the symbol characters. Refer to 7.9 for details of the format information. Refer to 7.10 for details of the version information.

### 6.3.8   Quiet zone

This is a region which shall be free of all other markings, surrounding the symbol on all four sides. Its nominal reflectance value shall be equal to that of the light modules.

For QR Code symbols its width shall be 4X.

For Micro QR Code symbols its width shall be 2X.

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2883

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

# 7   Requirements

## 7.1   Encode procedure overview

This section provides an overview of the steps required to convert input data to a QR Code symbol.

*Step 1 Data analysis*

Analyze the input data stream to identify the variety of different characters to be encoded. The QR Code format (but not the Micro QR Code format) supports the Extended Channel Interpretation feature, enabling data differing from the default character set to be encoded. QR Code includes several modes (see 7.3) to allow different sub-sets of characters to be converted into symbol characters in efficient ways. Switch between modes as necessary in order to achieve the most efficient conversion of data into a binary string. Select the required Error Detection and Correction Level. If the user has not specified the symbol version to be used, select the smallest version that will accommodate the data. A complete list of symbol versions and capacities is shown in Table 1.

*Step 2 Data encoding*

Convert the data characters into a bit stream in accordance with the rules for the mode in force, as defined in 7.4.2 to 7.4.6, inserting mode indicators as necessary to change modes at the beginning of each new mode segment, and a Terminator at the end of the data sequence. Split the resulting bit stream into 8-bit codewords. Add Pad Characters as necessary to fill the number of data codewords required for the version.

*Step 3 Error correction coding*

Divide the codeword sequence into the required number of blocks (as defined in Table 9) to enable the error correction algorithms to be processed. Generate the error correction codewords for each block, appending the error correction codewords to the end of the data codeword sequence.

*Step 4 Structure final message*

Interleave the data and error correction codewords from each block as described in 7.6 (step 3) and add remainder bits as necessary.

*Step 5 Module placement in matrix*

Place the codeword modules in the matrix together with the finder pattern, separators, timing pattern, and (if required) alignment patterns.

*Step 6 Data masking*

Apply the data masking patterns in turn to the encoding region of the symbol. Evaluate the results and select the pattern which optimizes the dark/light module balance and minimizes the occurrence of undesirable patterns.

*Step 7 Format and version information*

Generate the format information and (where applicable) the version information and complete the symbol.

**Table 1 — Codeword capacity of all versions of QR Code**

| Version | No. of Modules/ side (A) | Function pattern modules (B) | Format and version information modules (C) | Data modules except (C) (D = A$^2$ – B –C ) | Data capacity [codewords] [a] (E) | Remainder Bits |
|---------|---------|---------|---------|---------|---------|---------|
| M1 | 11 | 70 | 15 | 36 | 5 | 0 |
| [a]   All codewords are 8 bits in length, except in versions M1 and M3 where the final data codeword is 4 bits in length | | | | | | |

 © ISO/IEC 2015 – All rights reserved
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2884

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**Table 1** *(continued)*

| Version | No. of Mod-ules/side (A) | Function pat-tern modules (B) | Format and version information modules (C) | Data modules except (C) $(D = A^2 - B - C)$ | Data capacity [codewords] [a] (E) | Remainder Bits |
|---|---|---|---|---|---|---|
| M2 | 13 | 74 | 15 | 80 | 10 | 0 |
| M3 | 15 | 78 | 15 | 132 | 17 | 0 |
| M4 | 17 | 82 | 15 | 192 | 24 | 0 |
| 1 | 21 | 202 | 31 | 208 | 26 | 0 |
| 2 | 25 | 235 | 31 | 359 | 44 | 7 |
| 3 | 29 | 243 | 31 | 567 | 70 | 7 |
| 4 | 33 | 251 | 31 | 807 | 100 | 7 |
| 5 | 37 | 259 | 31 | 1 079 | 134 | 7 |
| 6 | 41 | 267 | 31 | 1 383 | 172 | 7 |
| 7 | 45 | 390 | 67 | 1 568 | 196 | 0 |
| 8 | 49 | 398 | 67 | 1 936 | 242 | 0 |
| 9 | 53 | 406 | 67 | 2 336 | 292 | 0 |
| 10 | 57 | 414 | 67 | 2 768 | 346 | 0 |
| 11 | 61 | 422 | 67 | 3 232 | 404 | 0 |
| 12 | 65 | 430 | 67 | 3 728 | 466 | 0 |
| 13 | 69 | 438 | 67 | 4 256 | 532 | 0 |
| 14 | 73 | 611 | 67 | 4 651 | 581 | 3 |
| 15 | 77 | 619 | 67 | 5 243 | 655 | 3 |
| 16 | 81 | 627 | 67 | 5 867 | 733 | 3 |
| 17 | 85 | 635 | 67 | 6 523 | 815 | 3 |
| 18 | 89 | 643 | 67 | 7 211 | 901 | 3 |
| 19 | 93 | 651 | 67 | 7 931 | 991 | 3 |
| 20 | 97 | 659 | 67 | 8 683 | 1 085 | 3 |
| 21 | 101 | 882 | 67 | 9 252 | 1 156 | 4 |
| 22 | 105 | 890 | 67 | 10 068 | 1 258 | 4 |
| 23 | 109 | 898 | 67 | 10 916 | 1 364 | 4 |
| 24 | 113 | 906 | 67 | 11 796 | 1 474 | 4 |
| 25 | 117 | 914 | 67 | 12 708 | 1 588 | 4 |
| 26 | 121 | 922 | 67 | 13 652 | 1 706 | 4 |
| 27 | 125 | 930 | 67 | 14 628 | 1 828 | 4 |
| 28 | 129 | 1 203 | 67 | 15 371 | 1 921 | 3 |
| 29 | 133 | 1 211 | 67 | 16 411 | 2 051 | 3 |
| 30 | 137 | 1 219 | 67 | 17 483 | 2 185 | 3 |
| 31 | 141 | 1 227 | 67 | 18 587 | 2 323 | 3 |
| 32 | 145 | 1 235 | 67 | 19 723 | 2 465 | 3 |
| 33 | 149 | 1 243 | 67 | 20 891 | 2 611 | 3 |
| 34 | 153 | 1 251 | 67 | 22 091 | 2 761 | 3 |
| 35 | 157 | 1 574 | 67 | 23 008 | 2 876 | 0 |
| [a] All codewords are 8 bits in length, except in versions M1 and M3 where the final data codeword is 4 bits in length | | | | | | |

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2885

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**Table 1** *(continued)*

| Version | No. of Mod-ules/ side (A) | Function pat-tern modules (B) | Format and version information modules (C) | Data modules except (C) (D = A$^2$ – B –C ) | Data capacity [codewords] $^a$ (E) | Remainder Bits |
|---|---|---|---|---|---|---|
| 36 | 161 | 1 582 | 67 | 24 272 | 3 034 | 0 |
| 37 | 165 | 1 590 | 67 | 25 568 | 3 196 | 0 |
| 38 | 169 | 1 598 | 67 | 26 896 | 3 362 | 0 |
| 39 | 173 | 1 606 | 67 | 28 256 | 3 532 | 0 |
| 40 | 177 | 1 614 | 67 | 29 648 | 3 706 | 0 |
| $^a$ All codewords are 8 bits in length, except in versions M1 and M3 where the final data codeword is 4 bits in length | | | | | | |

## 7.2   Data analysis

Analyze the input data string to determine its content and select the default or other appropriate ECI and the appropriate mode to encode each sequence as described in 7.4. Each mode in sequence from Numeric mode to Kanji mode progressively requires more bits per character. It is possible to switch from mode to mode within a symbol in order to minimize the bit stream length for data, parts of which can more efficiently be encoded in one mode than other parts, e.g. numeric sequences followed by alphanumeric sequences. It is in theory most efficient to encode data in the mode requiring the fewest bits per data character, but as there is some overhead in the form of mode indicator and character count indicator associated with each mode change, it may not always result in the shortest overall bit stream to change modes for a small number of characters. Also, because the capacity of symbols increases in discrete steps from one version to the next, it may not always be necessary to achieve the maximum conversion efficiency in every case. Guidance on minimising the bit stream length is given in Annex J. In Micro QR Code symbols, there are restrictions on the modes available in the smaller versions. Annex J.2 shows the Micro QR Code symbol versions appropriate for various combinations of two modes.

## 7.3   Modes

### 7.3.1   General

The modes defined below are based on the character values and assignments associated with the default ECI. When any other ECI is in force (in QR Code symbols only), the byte values rather than the specific character assignments shall be used to select the optimum data compaction mode. For example, Numeric mode would be appropriate if there is a sequence of data byte values within the range 30$_{HEX}$ to 39$_{HEX}$ inclusive. In this case the compaction is carried out using the default numeric or alphabetic equivalents of the byte values.

### 7.3.2   Extended Channel Interpretation (ECI) mode

The Extended Channel Interpretation (ECI) protocol defined in the AIM Inc. International Technical Specification *Extended Channel Interpretations*, allows the output data stream to have interpretations different from that of the default character set. The ECI protocol is defined consistently across a number of symbologies. The ECI protocol provides a consistent method to specify particular interpretations of byte values before printing and after decoding. The ECI protocol is not supported in Micro QR Code symbols.

The default interpretation for QR Code is ECI **000003** representing the ISO/IEC 8859-1 character set.

International applications using other character sets should use the ECI protocol. For instance, the interpretation corresponding to the JIS8 and Shift JIS character sets is ECI **000020**.

The effect of ECI mode is to insert an ECI escape sequence at that point in the data. It is immediately followed by another mode indicator (e.g. for efficient data encoding) and remains in force until the end of the message or a subsequent ECI mode indicator.

20
© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

### 7.3.3 Numeric mode

Numeric mode encodes data from the decimal digit set (**0 - 9**) (byte values $30_{HEX}$ to $39_{HEX}$). Normally, 3 data characters are represented by 10 bits.

### 7.3.4 Alphanumeric mode

Alphanumeric mode encodes data from a set of 45 characters, i.e. 10 numeric digits (**0 - 9**) (byte values $30_{HEX}$ to $39_{HEX}$), 26 alphabetic characters (**A - Z**) (byte values $41_{HEX}$ to $5A_{HEX}$), and 9 symbols (**SP, $, %, *, +, -, ., /, :**) (byte values $20_{HEX}$, $24_{HEX}$, $25_{HEX}$, $2A_{HEX}$, $2B_{HEX}$, 2D to $2F_{HEX}$, $3A_{HEX}$ respectively). Normally, two input characters are represented by 11 bits.

Alphanumeric mode is not available in Version M1 Micro QR Code symbols.

### 7.3.5 Byte mode

In this mode, data is encoded at 8 bits per character.

In closed-system national or application-specific implementations of QR Code, an alternative 8-bit character set, for example as defined in an appropriate part of ISO/IEC 8859, may be specified for Byte mode. When an alternative character set is specified, however, the parties intending to read the QR Code symbols require to be notified of the applicable character set in the application specification or by bilateral agreement.

Byte mode is not available in Version M1 or M2 Micro QR Code symbols.

### 7.3.6 Kanji mode

The Kanji mode efficiently encodes Kanji characters in accordance with the Shift JIS system based on JIS X 0208. The Shift JIS values are shifted from the JIS X 0208 values. JIS X 0208 gives details of the shift coded representation. Each two-byte character value is compacted to a 13-bit binary codeword.

When the character set specified for 8-bit byte mode makes use of byte values in the ranges $81_{HEX}$ to $9F_{HEX}$ and/or $E0_{HEX}$ to $EB_{HEX}$, it may not be possible to use Kanji mode unambiguously, as reading systems will be unable to determine from the transmitted data whether such byte values are the lead byte of a double byte character. It may be possible to achieve a shorter bit stream by using the Kanji mode compaction rules when an appropriate sequence of byte values occurs in the data (i.e. lead bytes in the ranges $81_{HEX}$ to $9F_{HEX}$ and/or $E0_{HEX}$ to $EB_{HEX}$ followed by trailer bytes in the range $40_{HEX}$ to $FC_{HEX}$, except $7F_{HEX}$, or $EB_{HEX}$ followed by $40_{HEX}$ to $BF_{HEX}$). Figure H.1 shows the byte combinations graphically.

Kanji mode is not available in version M1 or M2 Micro QR Code symbols.

### 7.3.7 Mixing modes

The QR Code symbol may contain sequences of data in a combination of any of the modes described in 7.3.2 to 7.3.9. Micro QR Code symbols may contain sequences of data in a combination of any of the modes available for the version of the symbol and described in 7.3.3 to 7.3.7.

Refer to Annex J for guidance on selecting the most efficient way of representing a given input data string in multiple modes in QR Code symbols, and to Annex J.3 for the available versions of Micro QR Code symbols for given combinations of data in two modes.

### 7.3.8 Structured Append mode

Structured Append mode is used to split the encoding of the data from a message over a number of QR Code symbols. All of the symbols require to be read and the data message can be reconstructed in the correct sequence. The Structured Append header is encoded in each symbol to identify the length of

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2887

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

the sequence and the symbol's position in it, and verify that all the symbols read belong to the same message. Refer to 8 for details of encoding in Structured Append mode.

Structured Append mode is not available for Micro QR Code symbols.

### 7.3.9   FNC1 mode

FNC1 mode is used for messages containing specific data formats. In the "1st position" it designates data formatted in accordance with the GS1 General Specifications. In the "2nd position" it designates data formatted in accordance with a specific industry application previously agreed with AIM Inc. FNC1 mode applies to the entire symbol and is not affected by subsequent mode indicators.

NOTE       "1st position" and 2nd position" do not refer to actual locations but are based on the positions of the character in Code 128 symbols, when used in an equivalent manner.

FNC1 mode is not available for Micro QR Code symbols.

## 7.4   Data encoding

### 7.4.1   Sequence of data

Input data is converted into a bit stream consisting of one or more segments each in a separate mode. In the default ECI, the bit stream commences with the first mode indicator. If the initial ECI is other than the default ECI, the bit stream commences with an ECI header, followed by the first segment.

The ECI header (if present) shall comprise:

— ECI mode indicator (4 bits)

— ECI Designator (8, 16 or 24 bits)

The ECI header shall begin with the first (most significant) bit of the ECI mode indicator and end with the final (least significant) bit of the ECI Designator.

The remainder of the bit stream is then made up of segments each comprising:

— Mode indicator

— Character count indicator

— Data bit stream

Each mode segment shall begin with the first (most significant) bit of the mode indicator and end with the final (least significant) bit of the data bit stream. There shall be no explicit separator between segments as their length is defined unambiguously by the rules for the mode in force and the number of input data characters.

To encode a sequence of input data in a given mode, the steps defined in sections 7.4.2 to 7.4.7 shall be followed. Table 2 defines the mode indicators for each mode. Table 3 defines the length of the character count indicator, which varies according to the mode and the symbol version in use.

                                                                                      © ISO/IEC 2015 – All rights reserved
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2888

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**Table 2 — Mode indicators for QR Code**

| Mode | QR Code symbols | Micro QR Code symbols | | | |
|---|---|---|---|---|---|
| **Version** | **all** | **M1** | **M2** | **M3** | **M4** |
| Mode indicator length (bits) | **4** | 0 | 1 | 2 | 3 |
| ECI | **0111** | n/a | n/a | n/a | n/a |
| Numeric | **0001** | n/a | 0 | 00 | 000 |
| Alphanumeric | **0010** | n/a | 1 | 01 | 001 |
| Byte | **0100** | n/a | n/a | 10 | 010 |
| Kanji | **1000** | n/a | n/a | 11 | 011 |
| Structured Append | **0011** | n/a | n/a | n/a | n/a |
| FNC1 [a] | 0101 (1st position) **1001** (2nd position) | n/a | n/a | n/a | n/a |
| Terminator (End of Message) [b] | **0000** | **000** | **00000** | **0000000** | **000000000** |

[a] See 7.4.8.2 and 7.4.8.3.
[b] The Terminator is not a mode indicator as such.

**Table 3 — Number of bits in character count indicator for QR Code**

| Version | Numeric mode | Alphanumeric mode | Byte mode | Kanji mode |
|---|---|---|---|---|
| M1 | **3** | n/a | n/a | n/a |
| M2 | **4** | **3** | n/a | n/a |
| M3 | **5** | **4** | **4** | **3** |
| M4 | **6** | **5** | **5** | **4** |
| 1 to 9 | **10** | **9** | **8** | **8** |
| 10 to 26 | **12** | **11** | **16** | **10** |
| 27 to 40 | **14** | **13** | **16** | **12** |

The end of the data in the complete symbol is indicated by a Terminator consisting of between 3 and 9 zero bits (see Table 2), which is omitted or abbreviated if the remaining symbol capacity after the data bit stream is less than the required bit length of Terminator. The Terminator is not a mode indicator as such.

### 7.4.2    Extended Channel Interpretation (ECI) mode

#### 7.4.2.1    General

This mode, used for encoding data subject to alternative interpretations of byte values (e.g. alternative character sets) in accordance with the AIM ECI specification which defines the pre-processing of this type of data, is invoked by the use of mode indicator **0111.**

The Extended Channel Interpretation can only be used with readers enabled to transmit the Symbology Identifier. Readers that cannot transmit the Symbology Identifier cannot transmit the data from any symbol containing an ECI.

Input ECI data shall be handled by the encoding system as a series of byte values.

© ISO/IEC 2015 – All rights reserved                                                                    **23**
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

Data in an ECI sequence may be encoded in whatever mode or modes permit the most efficient encoding of the byte values of the data, irrespective of their significance. For example, a sequence of bytes in the range $30_{HEX}$ to $39_{HEX}$ could be encoded in Numeric mode (see 7.4.3) as though it were a sequence of digits 0 – 9 even though it might not actually represent numeric data. In order to determine the value of the character count indicator, the number of bytes (or, in Kanji mode, of byte pairs) shall be used.

### 7.4.2.2    ECI Designator

Each Extended Channel Interpretation is designated by a six-digit assignment number which is encoded in the QR Code symbol as the first one, two or three codewords following the ECI mode indicator. The encoding rules are defined in Table 4. The ECI Designator appears in the data to be encoded as character $5C_{HEX}$ [\ or backslash (reverse solidus) in ISO/IEC 8859-1, ¥ or yen sign in JIS8] followed by the six digit assignment number. Where $5C_{HEX}$ appears as true data it shall be doubled in the data string before encoding in symbols to which the ECI protocol applies.

When a single occurrence of $5C_{HEX}$ is encountered in the input to the decoder, an ECI mode indicator is inserted followed by the ECI Designator. When a doubled $5C_{HEX}$ is encountered, it is encoded as two $5C_{HEX}$ bytes.

On decoding, the binary pattern of the first ECI Designator codeword (i.e. the codeword following the mode indicator in ECI mode), determines the length of the ECI Designator sequence. The number of **1** bits before the first **0** bit defines the number of additional codewords after the first used to represent the ECI Assignment number. The bit sequence after the first **0** bit is the binary representation of the ECI Assignment number. The lower numbered ECI assignments may be encoded in multiple ways, but the shortest way is preferred.

#### Table 4 — Encoding ECI Assignment Number

| ECI Assignment Value | No. of Codewords | Codeword values |
|---|---|---|
| 000000 to 000127 | 1 | **0**bbbbbbb |
| 000000 to 016383 | 2 | **10**bbbbbb bbbbbbbb |
| 000000 to 999999 | 3 | **110**bbbbb bbbbbbbb bbbbbbbb |
| | | where b ... b is the binary value of the ECI Assignment number |

Example

Assume data to be encoded is in Greek, using character set ISO/IEC 8859-7 (ECI 000009) in version 1-H symbol.

| | |
|---|---|
| Data to be encoded: | \000009**ΑΒΓΔΕ** (character values $A1_{HEX}$, $A2_{HEX}$, $A3_{HEX}$, $A4_{HEX}$, $A5_{HEX}$) |
| Bit sequence in symbol: | |
| ECI mode indicator | **0111** |
| ECI Assignment number (000009) | **0 0001001** |
| Mode indicator (byte) | **0100** |
| Character count indicator (5) | **00000101** |
| Data: | **10100001 10100010 10100011 10100100 10100101** |
| Final bit string: | **0111 00001001 0100 00000101 10100001 10100010 10100011 10100100 10100101** |

See 14.3 for example of transmission of this data following decoding.

 © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2890

### 7.4.2.3    Multiple ECIs

Refer to the AIM ECI specification for the rules defining the effect of a subsequent ECI Designator in an ECI data segment. For example, data to which a character set ECI has been applied may also be subject to encryption or compaction using a transformation ECI which will co-exist with the initial ECI, or a second character set ECI will have the effect of terminating the first ECI and starting a new ECI segment. Where any ECI Designator appears in the data, it shall be encoded in the QR Code symbol in accordance with 7.4.2.2 and shall commence a new mode segment.

### 7.4.2.4    ECIs and Structured Append

Any ECI(s) invoked shall apply subject to the rules defined above and in the AIM ECI specification until the end of the encoded data or a change of ECI (signalled by mode indicator **0111**). If the encoded data in the ECI(s) extends through two or more symbols in Structured Append mode, it is necessary to provide an ECI header consisting of ECI mode indicator and ECI Designator number for each ECI in force, immediately following the Structured Append header, in subsequent symbols in which the ECI continues in force.

### 7.4.3    Numeric mode

The input data string is divided into groups of three digits, and each group is converted to its 10-bit binary equivalent. If the number of input digits is not an exact multiple of three, the final one or two digits are converted to 4 or 7 bits respectively. The binary data is then concatenated and prefixed with the mode indicator and the character count indicator. The mode indicator in the Numeric mode has either 4 bits for QR Code symbols or the number of bits defined in Table 2 for Micro QR Code symbols, and the character count indicator has the number of bits defined in Table 3. The number of input data characters is converted to its binary equivalent and added as the character count indicator after the mode indicator and before the binary data sequence.

EXAMPLE 1      (for Version 1-H symbol)

**Input data:      01234567**

1. Divide into groups of three digits:                    **012 345 67**

2. Convert each group to its binary equivalent:      **012 → 0000001100**

                                                                              **345 → 0101011001**

                                                                              **67 → 1000011**

3. Connect the binary data in sequence:                 **0000001100 0101011001 1000011**

4. Convert character count indicator to binary (10 bits for version 1-H):

                        No. of input data characters:    **8 → 0000001000**

5. Add mode indicator **0001** and character count indicator to binary data:

                        **0001 0000001000 0000001100 0101011001 1000011**

EXAMPLE 2      (for Micro QR Code version M3-M symbol)

Input data:                                                          **0123456789012345**

1. Divide into groups of three digits:                    **012 345 678 901 234 5**

2. Convert each group to its binary equivalent:      **012 = 0000001100**

                                                                              **345 = 0101011001**

© ISO/IEC 2015 – All rights reserved                                                                                    **25**
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2891

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

**678** = **1010100110**

**901** = **1110000101**

**234** = **0011101010**

**5** = **0101**

3. Connect the binary data in sequence:

**0000001100 0101011001 1010100110 1110000101 0011101010 0101**

4. Convert character count indicator to binary (5 bits for version M3-M):

No. of input data characters:          **16** = **10000**

5. Add mode indicator (**00** for version M3-M) and character count indicator to binary data:

**00 10000 0000001100 0101011001 1010100110 1110000101 0011101010 0101**

For any number of data characters the length of the bit stream in Numeric mode is given by the following formula:

$B = M + C + 10(D \,\text{DIV}\, 3) + R$

where:

| | |
|---|---|
| $B$ | number of bits in bit stream |
| $M$ | number of bits in mode indicator (4 for QR Code symbols, or as shown in Table 2 for Micro QR Code symbols) |
| $C$ | number of bits in character count indicator (from Table 3) |
| $D$ | number of input data characters |
| $R$ | 0 if ($D$ MOD 3) = 0 |
| $R$ | 4 if ($D$ MOD 3) = 1 |
| $R$ | 7 if ($D$ MOD 3) = 2 |

**7.4.4   Alphanumeric mode**

Each input data character is assigned a character value V from 0 to 44 according to Table 5.

**Table 5 — Encoding/decoding table for Alphanumeric mode**

| Char. | Value | Char. | Value | Char. | Value | Char. | Value | Char. | Value | Char. | Value | Char. | Value | Char. | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 6 | 6 | C | 12 | I | 18 | O | 24 | U | 30 | SP | 36 | . | 42 |
| 1 | 1 | 7 | 7 | D | 13 | J | 19 | P | 25 | V | 31 | $ | 37 | / | 43 |
| 2 | 2 | 8 | 8 | E | 14 | K | 20 | Q | 26 | W | 32 | % | 38 | : | 44 |
| 3 | 3 | 9 | 9 | F | 15 | L | 21 | R | 27 | X | 33 | * | 39 | | |
| 4 | 4 | A | 10 | G | 16 | M | 22 | S | 28 | Y | 34 | + | 40 | | |
| 5 | 5 | B | 11 | H | 17 | N | 23 | T | 29 | Z | 35 | - | 41 | | |

Input data characters are divided into groups of two characters which are encoded as 11-bit binary codes. The character value of the first character is multiplied by 45 and the character value of the second digit is added to the product. The sum is then converted to an 11-bit binary number. If the number of input data characters is not a multiple of two, the character value of the final character is encoded as a

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2892

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

6-bit binary number. The binary data is then concatenated and prefixed with the mode indicator and the character count indicator. The mode indicator in the Alphanumeric mode has either 4 bits for QR Code symbols or the number of bits defined in Table 2 for Micro QR Code symbols, and the character count indicator has the number of bits defined in Table 3. The number of input data characters is converted to its binary equivalent and added as the character count indicator after the mode indicator and before the binary data sequence.

In FNC1 mode symbols the **FNC1** character may occur in the data. It is represented in Alphanumeric mode by the character %. Refer to 7.4.8.2, 7.4.8.3 and 14.4 for details of the encoding and transmission of **FNC1** and %.

EXAMPLE          (for Version 1-H symbol)

Input data:                                         **AC-42**

1. Determine character values according to Table 5.    **AC-42 → (10,12,41,4,2)**

2. Divide the result into groups of two decimal values:    **(10,12) (41,4) (2)**

3. Convert each group to its 11-bit binary equivalent:    **(10,12) 10\*45+12 → 462 → 00111001110**

    **(41,4) 41\*45+4 → 1849 → 11100111001**

    **(2) → 2 → 000010**

4. Connect the binary data in sequence:    **00111001110 11100111001 000010**

5. Convert character count indicator to binary (9 bits for version 1-H):

    No. of input data characters:    **5 → 000000101**

6. Add mode indicator **0010** and character count indicator to binary data:

    **0010 000000101 00111001110 11100111001 000010**

For any number of data characters the length of the bit stream in Alphanumeric mode is given by the following formula:

$$B = M + C + 11 \big( D \, \text{DIV} \, 2 \big) + 6 \big( D \, \text{MOD} \, 2 \big)$$

where:

   $B$    number of bits in bit stream

   $M$    number of bits in mode indicator (4 for QR Code symbols, or as shown in Table 2 for Micro QR Code symbols)

   $C$    number of bits in character count indicator (from Table 3)

   $D$    number of input data characters

### 7.4.5    Byte mode

In this mode, one 8-bit codeword directly represents the byte value of the input data character, i.e. a density of 8 bits/character.

#### Table 6 — Encoding/decoding table for ISO/IEC 8859-1 character set

| Byte | Char. | Byte | Char. | Byte | Char. | Byte | Char. | Byte | Char. | Byte | Char. | Byte | Char. | Byte | Char. |
|------|-------|------|-------|------|-------|------|-------|------|-------|------|-------|------|-------|------|-------|
| 0 | NUL | 32 | space | 64 | @ | 96 | ` | 128 | | 160 | NBSP | 192 | À | 224 | à |

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2893

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

**Table 6** *(continued)*

| Byte | Char. | Byte | Char. | Byte | Char. | Byte | Char. | Byte | Char. | Byte | Char. | Byte | Char. | Byte | Char. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SOH | 33 | ! | 65 | A | 97 | a | 129 | | 161 | ¡ | 193 | Á | 225 | á |
| 2 | STX | 34 | " | 66 | B | 98 | b | 130 | | 162 | ¢ | 194 | Â | 226 | â |
| 3 | ETX | 35 | # | 67 | C | 99 | c | 131 | | 163 | £ | 195 | Ã | 227 | ã |
| 4 | EOT | 36 | $ | 68 | D | 100 | d | 132 | | 164 | ¤ | 196 | Ä | 228 | ä |
| 5 | ENQ | 37 | % | 69 | E | 101 | e | 133 | | 165 | ¥ | 197 | Å | 229 | å |
| 6 | ACK | 38 | & | 70 | F | 102 | f | 134 | | 166 | ¦ | 198 | Æ | 230 | æ |
| 7 | BEL | 39 | ' | 71 | G | 103 | g | 135 | | 167 | § | 199 | Ç | 231 | ç |
| 8 | BS | 40 | ( | 72 | H | 104 | h | 136 | | 168 | ¨ | 200 | È | 232 | è |
| 9 | HT | 41 | ) | 73 | I | 105 | i | 137 | | 169 | © | 201 | É | 233 | é |
| 10 | LF | 42 | * | 74 | J | 106 | j | 138 | | 170 | ª | 202 | Ê | 234 | ê |
| 11 | VT | 43 | + | 75 | K | 107 | k | 139 | | 171 | « | 203 | Ë | 235 | ë |
| 12 | FF | 44 | , | 76 | L | 108 | l | 140 | | 172 | ¬ | 204 | Ì | 236 | ì |
| 13 | CR | 45 | - | 77 | M | 109 | m | 141 | | 173 | SHY | 205 | Í | 237 | í |
| 14 | SO | 46 | . | 78 | N | 110 | n | 142 | | 174 | ® | 206 | Î | 238 | î |
| 15 | SI | 47 | / | 79 | O | 111 | o | 143 | | 175 | ¯ | 207 | Ï | 239 | ï |
| 16 | DLE | 48 | 0 | 80 | P | 112 | p | 144 | | 176 | ° | 208 | Ð | 240 | ð |
| 17 | DC1 | 49 | 1 | 81 | Q | 113 | q | 145 | | 177 | ± | 209 | Ñ | 241 | ñ |
| 18 | DC2 | 50 | 2 | 82 | R | 114 | r | 146 | | 178 | ² | 210 | Ò | 242 | ò |
| 19 | DC3 | 51 | 3 | 83 | S | 115 | s | 147 | | 179 | ³ | 211 | Ó | 243 | ó |
| 20 | DC4 | 52 | 4 | 84 | T | 116 | t | 148 | | 180 | ´ | 212 | Ô | 244 | ô |
| 21 | NAK | 53 | 5 | 85 | U | 117 | u | 149 | | 181 | µ | 213 | Õ | 245 | õ |
| 22 | SYN | 54 | 6 | 86 | V | 118 | v | 150 | | 182 | ¶ | 214 | Ö | 246 | ö |
| 23 | ETB | 55 | 7 | 87 | W | 119 | w | 151 | | 183 | · | 215 | × | 247 | ÷ |
| 24 | CAN | 56 | 8 | 88 | X | 120 | x | 152 | | 184 | ¸ | 216 | Ø | 248 | ø |
| 25 | EM | 57 | 9 | 89 | Y | 121 | y | 153 | | 185 | ¹ | 217 | Ù | 249 | ù |
| 26 | SUB | 58 | : | 90 | Z | 122 | z | 154 | | 186 | º | 218 | Ú | 250 | ú |
| 27 | ESC | 59 | ; | 91 | [ | 123 | { | 155 | | 187 | » | 219 | Û | 251 | û |
| 28 | FS | 60 | < | 92 | \ | 124 | \| | 156 | | 188 | ¼ | 220 | Ü | 252 | ü |
| 29 | GS | 61 | = | 93 | ] | 125 | } | 157 | | 189 | ½ | 221 | Ý | 253 | ý |
| 30 | RS | 62 | > | 94 | ^ | 126 | ~ | 158 | | 190 | ¾ | 222 | Þ | 254 | þ |
| 31 | US | 63 | ? | 95 | _ | 127 | DEL | 159 | | 191 | ¿ | 223 | ß | 255 | ÿ |

NOTE 1    In the JIS8 character set (see Table H.1), byte values 80$_{HEX}$ to 9F$_{HEX}$ and E0$_{HEX}$ to FF$_{HEX}$ are not assigned but are reserved values. Some of those values are used as the first byte in the Shift JIS character set (see Table H.2) and may be used to distinguish between the JIS8 and Shift JIS character sets, or to enable Kanji mode compaction to be carried out. JIS X 0208 gives details of the shift coded representation.

NOTE 2    Byte values 00$_{HEX}$ to 7F$_{HEX}$ in the JIS8 character set correspond to ISO/IEC 8859-1 and ISO/IEC 646 IRV, except values 5C$_{HEX}$ and 7E$_{HEX}$.

The binary data is then concatenated and prefixed with the mode indicator and the character count indicator. The mode indicator in the Byte mode has either 4 bits for QR Code symbols or the number of bits defined in Table 2 for Micro QR Code symbols, and the character count indicator has the number of bits defined in Table 3. The number of input data characters is converted to its binary equivalent and added after the mode indicator and before the binary data sequence.

                                                                 © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2894

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

For any number of data characters the length of the bit stream in Byte mode is given by the following formula:

$$B = M + C + 8D$$

where:

$B$     number of bits in bit stream

$M$     number of bits in mode indicator (4 for QR Code symbols, or as shown in Table 2 for Micro QR Code symbols)

$C$     number of bits in character count indicator (from Table 3)

$D$     number of input data characters

### 7.4.6 Kanji mode

In the Shift JIS system, Kanji characters are represented by a two byte combination. These byte values are shifted from the JIS X 0208 values. JIS X 0208 gives details of the shift coded representation. Input data characters in Kanji mode are compacted to 13-bit binary codewords as defined below. The binary data is then concatenated and prefixed with the mode indicator and the character count indicator. The mode indicator in the Numeric mode has either 4 bits for QR Code symbols or the number of bits defined in Table 2 for Micro QR Code symbols, and the character count indicator has the number of bits defined in Table 3. The number of input data characters is converted to its binary equivalent and added as the character count indicator after the mode indicator and before the binary data sequence.

1. For characters with Shift JIS values from $8140_{HEX}$ to $9FFC_{HEX}$:

   a) Subtract $8140_{HEX}$ from Shift JIS value;

   b) Multiply most significant byte of result by $C0_{HEX}$;

   c) Add least significant byte to product from b);

   d) Convert result to a 13-bit binary string.

2. For characters with Shift JIS values from $E040_{HEX}$ to $EBBF_{HEX}$:

   a) Subtract $C140_{HEX}$ from Shift JIS value;

   b) Multiply most significant byte of result by $C0_{HEX}$;

   c) Add least significant byte to product from b);

   d) Convert result to a 13-bit binary string.

EXAMPLES:

| Input character | "点" | "茗" |
|---|---|---|
| (Shift JIS value): | 935F | E4AA |
| 1. Subtract 8140 or C140 | 935F - 8140 = 121F | E4AA - C140 = 236A |
| 2. Multiply m.s.b. by C0 | 12 × C0 = D80 | 23 × C0 = 1A40 |
| 3. Add l.s.b. | D80 + 1F = D9F | 1A40 + 6A = 1AAA |
| 4. Convert to 13-bit binary | 0D9F →0 1101 1001 1111 | 1AAA →1 1010 1010 1010 |

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2895

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

3.  For all characters:

   e)  Prefix binary sequence representing input data characters with mode indicator (from Table 2) and character count indicator binary equivalent (number of bits defined in Tables);

For any number of data characters the length of the bit stream in Kanji mode is given by the following formula:

$$B = M + C + 13D$$

where:

   $B$    number of bits in bit stream

   $M$    number of bits in mode indicator (4 for QR Code symbols, or as shown in Table 2 for Micro QR Code symbols)

   $C$    number of bits in character count indicator (from Table 3)

   $D$    number of input data characters

### 7.4.7   Mixing modes

There is the option for a symbol to contain sequences of data in one mode and then to change modes if the data content requires it, or in order to increase the density of encoding. Refer to Annex J for guidance. Each segment of data is encoded in the appropriate mode as indicated in 7.4.2 to 7.4.6, with the basic structure mode indicator/character count indicator/Data and followed immediately by the mode indicator commencing the next segment. Figure 13 illustrates the structure of data containing $n$ segments.

| Segment 1 | | | Segment 2 | | | …… | Segment $n$ | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| mode indicator 1 | character count indicator | Data | mode indicator 2 | character count indicator | Data | …… | mode indicator $n$ | character count indicator | Data | Terminator |

**Figure 13 — Format of mixed mode data**

### 7.4.8   FNC1 modes

#### 7.4.8.1   General

In QR Code symbols, there are two mode indicators which are used cumulatively with those defined in 7.3.2 to 7.3.9 and 7.4.2 to 7.4.7 to identify symbols encoding messages formatted according to specific predefined industry or application specifications. These (together with any associated parameter data) precede the mode indicator(s) used to encode the data efficiently. When these mode indicators are used, it is necessary for the decoder to transmit the Symbology Identifier as defined in 14.2 and Annex F.

#### 7.4.8.2   FNC1 in first position

NOTE   "first position" is not used in a literal sense but is a historical reference to the position of the FNC1 symbol character in Code 128 symbols.

This mode indicator identifies symbols encoding data formatted according to the GS1 Application Identifiers standard. For this purpose, it shall only be used once in a symbol and shall be placed immediately before the first mode indicator used for efficient data encoding (Numeric, Alphanumeric, Byte or Kanji), and after any ECI or Structured Append header. Where the GS1 specifications call for the FNC1 character (in other symbologies which use this special character) to be used as a data field separator (i.e. at the end of a variable-length data field), QR Code symbols shall use the % character in

30                                                                                      © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2896

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

Alphanumeric mode or character **GS** (byte value $1D_{HEX}$) in Byte mode to perform this function. If the % character occurs as part of the data it shall be encoded as %%. Decoders encountering % in these symbols shall transmit it as ASCII/JIS8 value $1D_{HEX}$, and if %% is encountered it shall be transmitted as a single % character.

EXAMPLE 1

Input data:     **0104912345123459**     (Application Identifier 01 = GS1 article no., fixed length; data: 04912345123459)

**15970331**     (Application Identifier 15 = "Best before" date YYMMDD, fixed length; data: 31 March 1997)

**30128**  (Application Identifier 30 = quantity, variable length; data: 128) (requires separator character)

**10ABC123**     (Application Identifier 10 = batch number, variable length; data: ABC123)

Data to be encoded:

**0104912345123459159703313 0128%10ABC123**

Bit sequence in symbol:

**0101** (mode indicator, FNC1 implied in 1st position)

**0001** (mode indicator, Numeric mode)

**0000011101** (character count indicator, 29)

<data bits for **0104912345123459159703313 0128**>

**0010** (mode indicator, Alphanumeric mode)

**000001001** (character count indicator, 9)

<data bits for **%10ABC123**>

Transmitted data (see 14.2 and Annex F)

**JQ3**010491234512345915970331 30128**<1D$_{HEX}$>**10ABC123

EXAMPLE 2     Encoding/transmission of % character in data:

| | |
|---|---|
| Input data: | **123%** |
| Encoded as: | **123%%** |
| Transmitted as: | **123%** |

**7.4.8.3    FNC1 in second position**

NOTE   "second position" is not used in a literal sense but is a historical reference to the position of the FNC1 symbol character in Code 128 symbols.

This mode indicator identifies symbols formatted in accordance with specific industry or application specifications previously agreed with AIM International. It is immediately followed by a one-byte codeword the value of which is that of the Application Indicator assigned to identify the specification concerned by AIM International. For this purpose, it shall only be used once in a symbol and shall be placed immediately before the first mode indicator used for efficient data encoding (Numeric, Alphanumeric, Byte or Kanji), and after any ECI or structured Append header. An Application Indicator may take the form of any single Latin alphabetic character from the set {a - z, A - Z} (represented by the

© ISO/IEC 2015 – All rights reserved     31
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2897

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

ASCII value of the character plus 100) or a two-digit number (represented by its numeric value directly) and shall be transmitted by the decoder as the first one or two characters immediately preceding the data. Where the application specifications call for the FNC1 character (in other symbologies which use this special character) to be used as a data field separator, QR Code symbols shall use the % character in Alphanumeric mode or character **GS** (ASCII/JIS8 value $1D_{HEX}$) in Byte mode to perform this function. If the % character occurs as part of the data it shall be encoded as %%. Decoders encountering % in these symbols shall transmit it as ASCII/JIS8 value $1D_{HEX}$, and if %% is encountered it shall be transmitted as a single % character.

EXAMPLE

NOTE    Application Indicator 37 has not been assigned at the time of publication to any organisation and the data content of the example is purely arbitrary.

| | |
|---|---|
| Application Indicator: | 37 |
| Input data: | AA1234BBB112text text text text<CR> |

Bit sequence in symbol:

**1001** (mode indicator, FNC1 implied in 2nd position)

**00100101** (Application Indicator, 37)

**0010** (mode indicator, Alphanumeric mode)

**000001100** (character count indicator, 12)

<data bits for **AA1234BBB112**>

**0100** (mode indicator, Byte mode)

**00010100** (character count indicator, 20)

<data bits for **text text text text<CR>** >

Transmitted data:

]**Q**537AA1234BBB112text text text text<CR>

### 7.4.9   Terminator

The end of data in the symbol is signalled by the Terminator sequence of **0** bits, as defined in Table 2, appended to the data bit stream following the final mode segment. The Terminator shall be omitted if the data bit stream completely fills the capacity of the symbol, or abbreviated if the remaining capacity of the symbol is less than the required bit length of Terminator.

### 7.4.10   Bit stream to codeword conversion

The bit streams corresponding to each mode segment shall be connected in order. The Terminator shall be appended to the complete bit stream as defined in 7.4.9. The resulting message bit stream shall then be divided into codewords. All codewords are 8 bits in length, except for the final data symbol character in Micro QR Code versions M1 and M3 symbols, which is 4 bits in length. If the bit stream length is such that it does not end at a codeword boundary, padding bits with binary value 0 shall be added after the final bit (least significant bit) of the data stream to extend it to the codeword boundary. The message bit stream shall then be extended to fill the data capacity of the symbol corresponding to the Version and Error Correction Level, as defined in Table 8, by adding the Pad Codewords **11101100** and **00010001** alternately. For Micro QR Code versions M1 and M3 symbols, the final data codeword is 4 bits long. The Pad Codeword used in the final data symbol character position in Micro QR Code versions M1 and M3 symbols shall be represented as **0000**. The resulting series of codewords, the data codeword sequence, is then processed as described in 7.5 to add error correction codewords to the message. In certain versions

 © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2898

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

of symbol, it may be necessary to add 3, 4 or 7 Remainder Bits (all zeros) to the end of the message, after the final error correction codeword, in order exactly to fill the symbol capacity (see Table 1).

**Table 7 — Number of symbol characters and input data capacity for QR Code**

| Version | Error correction level | Number of data codewords | Number of data bits | Data capacity | | | |
|---|---|---|---|---|---|---|---|
| | | | | Numeric | Alphanumeric | Byte | Kanji |
| M1 | Error Detection only | 3 | 20 | 5 | - | - | - |
| M2 | L | 5 | 40 | 10 | 6 | - | - |
| | M | 4 | 32 | 8 | 5 | - | - |
| M3 | L | 11 | 84 | 23 | 14 | 9 | 6 |
| | M | 9 | 68 | 18 | 11 | 7 | 4 |
| M4 | L | 16 | 128 | 35 | 21 | 15 | 9 |
| | M | 14 | 112 | 30 | 18 | 13 | 8 |
| | Q | 10 | 80 | 21 | 13 | 9 | 5 |
| 1 | L | 19 | 152 | 41 | 25 | 17 | 10 |
| | M | 16 | 128 | 34 | 20 | 14 | 8 |
| | Q | 13 | 104 | 27 | 16 | 11 | 7 |
| | H | 9 | 72 | 17 | 10 | 7 | 4 |
| 2 | L | 34 | 272 | 77 | 47 | 32 | 20 |
| | M | 28 | 224 | 63 | 38 | 26 | 16 |
| | Q | 22 | 176 | 48 | 29 | 20 | 12 |
| | H | 16 | 128 | 34 | 20 | 14 | 8 |
| 3 | L | 55 | 440 | 127 | 77 | 53 | 32 |
| | M | 44 | 352 | 101 | 61 | 42 | 26 |
| | Q | 34 | 272 | 77 | 47 | 32 | 20 |
| | H | 26 | 208 | 58 | 35 | 24 | 15 |
| 4 | L | 80 | 640 | 187 | 114 | 78 | 48 |
| | M | 64 | 512 | 149 | 90 | 62 | 38 |
| | Q | 48 | 384 | 111 | 67 | 46 | 28 |
| | H | 36 | 288 | 82 | 50 | 34 | 21 |
| 5 | L | 108 | 864 | 255 | 154 | 106 | 65 |
| | M | 86 | 688 | 202 | 122 | 84 | 52 |
| | Q | 62 | 496 | 144 | 87 | 60 | 37 |
| | H | 46 | 368 | 106 | 64 | 44 | 27 |
| 6 | L | 136 | 1 088 | 322 | 195 | 134 | 82 |
| | M | 108 | 864 | 255 | 154 | 106 | 65 |
| | Q | 76 | 608 | 178 | 108 | 74 | 45 |
| | H | 60 | 480 | 139 | 84 | 58 | 36 |
| 7 | L | 156 | 1 248 | 370 | 224 | 154 | 95 |
| | M | 124 | 992 | 293 | 178 | 122 | 75 |
| | Q | 88 | 704 | 207 | 125 | 86 | 53 |
| | H | 66 | 528 | 154 | 93 | 64 | 39 |
| 8 | L | 194 | 1 552 | 461 | 279 | 192 | 118 |
| | M | 154 | 1 232 | 365 | 221 | 152 | 93 |
| | Q | 110 | 880 | 259 | 157 | 108 | 66 |
| | H | 86 | 688 | 202 | 122 | 84 | 52 |
| 9 | L | 232 | 1 856 | 552 | 335 | 230 | 141 |
| | M | 182 | 1 456 | 432 | 262 | 180 | 111 |
| | Q | 132 | 1 056 | 312 | 189 | 130 | 80 |
| | H | 100 | 800 | 235 | 143 | 98 | 60 |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2899

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**Table 7** (continued)

| Version | Error correction level | Number of data codewords | Number of data bits | Data capacity | | | |
|---------|------------------------|--------------------------|---------------------|---------|--------------|------|-------|
| | | | | Numeric | Alphanumeric | Byte | Kanji |
| 10 | L | 274 | 2 192 | 652 | 395 | 271 | 167 |
| | M | 216 | 1 728 | 513 | 311 | 213 | 131 |
| | Q | 154 | 1 232 | 364 | 221 | 151 | 93 |
| | H | 122 | 976 | 288 | 174 | 119 | 74 |
| 11 | L | 324 | 2 592 | 772 | 468 | 321 | 198 |
| | M | 254 | 2 032 | 604 | 366 | 251 | 155 |
| | Q | 180 | 1 440 | 427 | 259 | 177 | 109 |
| | H | 140 | 1 120 | 331 | 200 | 137 | 85 |
| 12 | L | 370 | 2 960 | 883 | 535 | 367 | 226 |
| | M | 290 | 2 320 | 691 | 419 | 287 | 177 |
| | Q | 206 | 1 648 | 489 | 296 | 203 | 125 |
| | H | 158 | 1 264 | 374 | 227 | 155 | 96 |
| 13 | L | 428 | 3 424 | 1 022 | 619 | 425 | 262 |
| | M | 334 | 2 672 | 796 | 483 | 331 | 204 |
| | Q | 244 | 1 952 | 580 | 352 | 241 | 149 |
| | H | 180 | 1 440 | 427 | 259 | 177 | 109 |
| 14 | L | 461 | 3 688 | 1 101 | 667 | 458 | 282 |
| | M | 365 | 2 920 | 871 | 528 | 362 | 223 |
| | Q | 261 | 2 088 | 621 | 376 | 258 | 159 |
| | H | 197 | 1 576 | 468 | 283 | 194 | 120 |
| 15 | L | 523 | 4 184 | 1 250 | 758 | 520 | 320 |
| | M | 415 | 3 320 | 991 | 600 | 412 | 254 |
| | Q | 295 | 2 360 | 703 | 426 | 292 | 180 |
| | H | 223 | 1 784 | 530 | 321 | 220 | 136 |
| 16 | L | 589 | 4 712 | 1 408 | 854 | 586 | 361 |
| | M | 453 | 3 624 | 1 082 | 656 | 450 | 277 |
| | Q | 325 | 2 600 | 775 | 470 | 322 | 198 |
| | H | 253 | 2 024 | 602 | 365 | 250 | 154 |
| 17 | L | 647 | 5 176 | 1 548 | 938 | 644 | 397 |
| | M | 507 | 4 056 | 1 212 | 734 | 504 | 310 |
| | Q | 367 | 2 936 | 876 | 531 | 364 | 224 |
| | H | 283 | 2 264 | 674 | 408 | 280 | 173 |
| 18 | L | 721 | 5 768 | 1 725 | 1 046 | 718 | 442 |
| | M | 563 | 4 504 | 1 346 | 816 | 560 | 345 |
| | Q | 397 | 3 176 | 948 | 574 | 394 | 243 |
| | H | 313 | 2 504 | 746 | 452 | 310 | 191 |
| 19 | L | 795 | 6 360 | 1 903 | 1 153 | 792 | 488 |
| | M | 627 | 5 016 | 1 500 | 909 | 624 | 384 |
| | Q | 445 | 3 560 | 1 063 | 644 | 442 | 272 |
| | H | 341 | 2 728 | 813 | 493 | 338 | 208 |
| 20 | L | 861 | 6 888 | 2 061 | 1 249 | 858 | 528 |
| | M | 669 | 5 352 | 1 600 | 970 | 666 | 410 |
| | Q | 485 | 3 880 | 1 159 | 702 | 482 | 297 |
| | H | 385 | 3 080 | 919 | 557 | 382 | 235 |
| 21 | L | 932 | 7 456 | 2 232 | 1 352 | 929 | 572 |
| | M | 714 | 5 712 | 1 708 | 1 035 | 711 | 438 |
| | Q | 512 | 4 096 | 1 224 | 742 | 509 | 314 |
| | H | 406 | 3 248 | 969 | 587 | 403 | 248 |
| 22 | L | 1 006 | 8 048 | 2 409 | 1 460 | 1 003 | 618 |
| | M | 782 | 6 256 | 1 872 | 1 134 | 779 | 480 |
| | Q | 568 | 4 544 | 1 358 | 823 | 565 | 348 |
| | H | 442 | 3 536 | 1 056 | 640 | 439 | 270 |

**34**

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2900

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**Table 7** (continued)

| Version | Error correction level | Number of data codewords | Number of data bits | Data capacity | | | |
|---|---|---|---|---|---|---|---|
| | | | | Numeric | Alphanumeric | Byte | Kanji |
| 23 | L | 1 094 | 8 752 | 2 620 | 1 588 | 1 091 | 672 |
| | M | 860 | 6 880 | 2 059 | 1 248 | 857 | 528 |
| | Q | 614 | 4 912 | 1 468 | 890 | 611 | 376 |
| | H | 464 | 3 712 | 1 108 | 672 | 461 | 284 |
| 24 | L | 1 174 | 9 392 | 2 812 | 1 704 | 1 171 | 721 |
| | M | 914 | 7 312 | 2 188 | 1 326 | 911 | 561 |
| | Q | 664 | 5 312 | 1 588 | 963 | 661 | 407 |
| | H | 514 | 4 112 | 1 228 | 744 | 511 | 315 |
| 25 | L | 1 276 | 10 208 | 3 057 | 1 853 | 1 273 | 784 |
| | M | 1 000 | 8 000 | 2 395 | 1 451 | 997 | 614 |
| | Q | 718 | 5 744 | 1 718 | 1 041 | 715 | 440 |
| | H | 538 | 4 304 | 1 286 | 779 | 535 | 330 |
| 26 | L | 1 370 | 10 960 | 3 283 | 1 990 | 1 367 | 842 |
| | M | 1 062 | 8 496 | 2 544 | 1 542 | 1 059 | 652 |
| | Q | 754 | 6 032 | 1 804 | 1 094 | 751 | 462 |
| | H | 596 | 4 768 | 1 425 | 864 | 593 | 365 |
| 27 | L | 1 468 | 11 744 | 3 517 | 2 132 | 1 465 | 902 |
| | M | 1 128 | 9 024 | 2 701 | 1 637 | 1 125 | 692 |
| | Q | 808 | 6 464 | 1 933 | 1 172 | 805 | 496 |
| | H | 628 | 5 024 | 1 501 | 910 | 625 | 385 |
| 28 | L | 1 531 | 12 248 | 3 669 | 2 223 | 1 528 | 940 |
| | M | 1 193 | 9 544 | 2 857 | 1 732 | 1 190 | 732 |
| | Q | 871 | 6 968 | 2 085 | 1 263 | 868 | 534 |
| | H | 661 | 5 288 | 1 581 | 958 | 658 | 405 |
| 29 | L | 1 631 | 13 048 | 3 909 | 2 369 | 1 628 | 1 002 |
| | M | 1 267 | 10 136 | 3 035 | 1 839 | 1 264 | 778 |
| | Q | 911 | 7 288 | 2 181 | 1 322 | 908 | 559 |
| | H | 701 | 5 608 | 1 677 | 1 016 | 698 | 430 |
| 30 | L | 1 735 | 13 880 | 4 158 | 2 520 | 1 732 | 1 066 |
| | M | 1 373 | 10 984 | 3 289 | 1 994 | 1 370 | 843 |
| | Q | 985 | 7 880 | 2 358 | 1 429 | 982 | 604 |
| | H | 745 | 5 960 | 1 782 | 1 080 | 742 | 457 |
| 31 | L | 1 843 | 14 744 | 4 417 | 2 677 | 1 840 | 1 132 |
| | M | 1 455 | 11 640 | 3 486 | 2 113 | 1 452 | 894 |
| | Q | 1 033 | 8 264 | 2 473 | 1 499 | 1 030 | 634 |
| | H | 793 | 6 344 | 1 897 | 1 150 | 790 | 486 |
| 32 | L | 1 955 | 15 640 | 4 686 | 2 840 | 1 952 | 1 201 |
| | M | 1 541 | 12 328 | 3 693 | 2 238 | 1 538 | 947 |
| | Q | 1 115 | 8 920 | 2 670 | 1 618 | 1 112 | 684 |
| | H | 845 | 6 760 | 2 022 | 1 226 | 842 | 518 |
| 33 | L | 2 071 | 16 568 | 4 965 | 3 009 | 2 068 | 1 273 |
| | M | 1 631 | 13 048 | 3 909 | 2 369 | 1 628 | 1 002 |
| | Q | 1 171 | 9 368 | 2 805 | 1 700 | 1 168 | 719 |
| | H | 901 | 7 208 | 2 157 | 1 307 | 898 | 553 |
| 34 | L | 2 191 | 17 528 | 5 253 | 3 183 | 2 188 | 1 347 |
| | M | 1 725 | 13 800 | 4 134 | 2 506 | 1 722 | 1 060 |
| | Q | 1 231 | 9 848 | 2 949 | 1 787 | 1 228 | 756 |
| | H | 961 | 7 688 | 2 301 | 1 394 | 958 | 590 |
| 35 | L | 2 306 | 18 448 | 5 529 | 3 351 | 2 303 | 1 417 |
| | M | 1 812 | 14 496 | 4 343 | 2 632 | 1 809 | 1 113 |
| | Q | 1 286 | 10 288 | 3 081 | 1 867 | 1 283 | 790 |
| | H | 986 | 7 888 | 2 361 | 1 431 | 983 | 605 |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2901

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**Table 7** *(continued)*

| Version | Error correction level | Number of data codewords | Number of data bits | Data capacity | | | |
|---|---|---|---|---|---|---|---|
| | | | | Numeric | Alphanumeric | Byte | Kanji |
| 36 | L | 2 434 | 19 472 | 5 836 | 3 537 | 2 431 | 1 496 |
| | M | 1 914 | 15 312 | 4 588 | 2 780 | 1 911 | 1 176 |
| | Q | 1 354 | 10 832 | 3 244 | 1 966 | 1 351 | 832 |
| | H | 1 054 | 8 432 | 2 524 | 1 530 | 1 051 | 647 |
| 37 | L | 2 566 | 20 528 | 6 153 | 3 729 | 2 563 | 1 577 |
| | M | 1 992 | 15 936 | 4 775 | 2 894 | 1 989 | 1 224 |
| | Q | 1 426 | 11 408 | 3 417 | 2 071 | 1 423 | 876 |
| | H | 1 096 | 8 768 | 2 625 | 1 591 | 1 093 | 673 |
| 38 | L | 2 702 | 21 616 | 6 479 | 3 927 | 2 699 | 1 661 |
| | M | 2 102 | 16 816 | 5 039 | 3 054 | 2 099 | 1 292 |
| | Q | 1 502 | 12 016 | 3 599 | 2 181 | 1 499 | 923 |
| | H | 1 142 | 9 136 | 2 735 | 1 658 | 1 139 | 701 |
| 39 | L | 2 812 | 22 496 | 6 743 | 4 087 | 2 809 | 1 729 |
| | M | 2 216 | 17 728 | 5 313 | 3 220 | 2 213 | 1 362 |
| | Q | 1 582 | 12 656 | 3 791 | 2 298 | 1 579 | 972 |
| | H | 1 222 | 9 776 | 2 927 | 1 774 | 1 219 | 750 |
| 40 | L | 2 956 | 23 648 | 7 089 | 4 296 | 2 953 | 1 817 |
| | M | 2 334 | 18 672 | 5 596 | 3 391 | 2 331 | 1 435 |
| | Q | 1 666 | 13 328 | 3 993 | 2 420 | 1 663 | 1 024 |
| | H | 1 276 | 10 208 | 3 057 | 1 852 | 1 273 | 784 |

NOTE 1    All codewords shall be 8 bits in length, except that the final data codeword for Versions M1 and M3 is 4 bits long.

NOTE 2    The number of Data Bits includes bits for mode indicator and character count indicator.

## 7.5   Error correction

### 7.5.1   Error correction capacity

QR Code employs Reed-Solomon error control coding to detect and correct errors. A series of error correction codewords is generated, which are added to the data codeword sequence in order to enable the symbol to withstand damage without loss of data. There are four user-selectable levels of error correction, as shown in Table 8, offering the capability of recovery from the following amounts of damage:

**Table 8 — Error correction levels**

| Error Correction Level | Recovery Capacity % (approx.) |
|---|---|
| L | 7 |
| M | 15 |
| Q | 25 |
| H | 30 |

Annex K.2 gives guidance on the appropriate level of error correction to be applied to a symbol.

Error correction level H is not available in Micro QR Code symbols.

The error correction codewords can correct two types of erroneous codewords, erasures (erroneous codewords at known locations) and errors (erroneous codewords at unknown locations). An erasure is an unscanned or undecodable symbol character. An error is a misdecoded symbol character. Since QR Code is a matrix symbology, a defect converting a module from dark to light or vice versa will result in

36

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

the affected symbol character misdecoding as an apparently valid but different codeword. Such an error causing a substitution error in the data requires two error correction codewords to correct it.

The number of erasures and errors correctable is given by the following formula:

$$e + 2t \leq d - p$$

where:

$e$    number of erasures

$t$    number of errors

$d$    number of error correction codewords

$p$    number of misdecode protection codewords

In the general case, $p = 0$. However, if most of the error correction capacity is used to correct erasures, then the possibility of an undetected error is increased. Whenever the number of erasures is more than half the number of error correction codewords, $p = 3$. For small symbols with less than 8 error correction codewords, erasure correction should not be used ($e = 0$ and $p > 0$).

For example, in a version 6-H symbol there is a total of 172 codewords, of which 112 are error correction codewords (leaving 60 data codewords). The 112 error correction codewords can correct 56 misdecodes or substitution errors, i.e. 56/172 or 32,6% of the symbol capacity.

In the formula above, the following values should be assigned to $p$:

— $p = 3$ in version 1-L and M2-L symbols,

— $p = 2$ in version 1-M, 2-L, M1, M2-M, M3-L, and M4-L symbols,

— $p = 1$ in version 1-Q, 1-H and 3-L symbols,

— $p = 0$ in all other cases.

Where $p > 0$ there are $p$ (i.e. 1, 2 or 3) codewords which act as error detection codewords and prevent transmission of data from symbols where the number of errors exceeds the error correction capacity, $e$ must be less than $d/2$. In a Version 2-L symbol, for example, the total number of codewords is 44; of these, 34 are data codewords and 10 error correction codewords. From Table 9 it can be seen that the error correction capacity is 4 errors (where $e = 0$). Substituting in the formula above,

$$0 + (2 \times 4) = 10 - 2$$

meaning that the correction of the 4 errors requires only 8 error correction codewords; the remaining 2 error correction codewords can therefore detect (but not correct) any additional errors and the symbol would, if there were more than 4 errors, fail to decode.

Depending on the Version and Error Correction Level, the data codeword sequence shall be subdivided into one or more blocks, to each of which the error correction algorithm shall be applied separately. Table 9 lists, for each version and Error Correction Level, the total number of codewords, the total number of error correction codewords, and the structure and number of error correction blocks.

If Remainder Bits are required to fill remaining modules in the symbol capacity for certain symbol versions they shall all be 0 bits.

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2903

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**Table 9 — Error correction characteristics for QR Code**

| Version | Total number of codewords | Error correction level | Number of error correction codewords | Value of p | Number of error correction blocks | Error correction code per block (c, k, r)[a] |
|---|---|---|---|---|---|---|
| M1 | 5 | Error detection only | 2 | 2 | 1 | (5,3,0)[b] |
| M2 | 10 | L | 5 | 3 | 1 | (10,5,1)[b] |
|  |  | M | 6 | 2 | 1 | (10,4,2)[b] |
| M3 | 17 | L | 6 | 2 | 1 | (17,11,2)[b] |
|  |  | M | 8 |  | 1 | (17,9,4) |
| M4 | 24 | L | 8 | 2 | 1 | (24,16,3)[b] |
|  |  | M | 10 | 0 | 1 | (24,14,5) |
|  |  | Q | 14 | 0 | 1 | (24,10,7) |
| 1 | 26 | L | 7 | 3 | 1 | (26,19,2)[b] |
|  |  | M | 10 | 2 | 1 | (26,16,4)[b] |
|  |  | Q | 13 | 1 | 1 | (26,13,6)[b] |
|  |  | H | 17 | 1 | 1 | (26,9,8)[b] |
| 2 | 44 | L | 10 | 2 | 1 | (44,34,4)[b] |
|  |  | M | 16 | 0 | 1 | (44,28,8) |
|  |  | Q | 22 | 0 | 1 | (44,22,11) |
|  |  | H | 28 | 0 | 1 | (44,16,14) |
| 3 | 70 | L | 15 | 1 | 1 | (70,55,7)[b] |
|  |  | M | 26 | 0 | 1 | (70,44,13) |
|  |  | Q | 36 | 0 | 2 | (35,17,9) |
|  |  | H | 44 | 0 | 2 | (35,13,11) |
| 4 | 100 | L | 20 |  | 1 | (100,80,10) |
|  |  | M | 36 | 0 | 2 | (50,32,9) |
|  |  | Q | 52 |  | 2 | (50,24,13) |
|  |  | H | 64 |  | 4 | (25,9,8) |
| 5 | 134 | L | 26 |  | 1 | (134,108,13) |
|  |  |  |  |  | 2 | (67,43,12) |
|  |  | M | 48 | 0 | 2 | (33,15,9) |
|  |  | Q | 72 |  | 2 | (34,16,9) |
|  |  | H | 88 |  | 2 | (33,11,11) |
|  |  |  |  |  | 2 | (34,12,11) |
| 6 | 172 | L | 36 |  | 2 | (86,68,9) |
|  |  | M | 64 | 0 | 4 | (43,27,8) |
|  |  | Q | 96 |  | 4 | (43,19,12) |
|  |  | H | 112 |  | 4 | (43,15,14) |
| 7 | 196 | L | 40 |  | 2 | (98,78,10) |
|  |  |  |  |  | 4 | (49,31,9) |
|  |  | M | 72 | 0 | 2 | (32,14,9) |
|  |  | Q | 108 |  | 4 | (33,15,9) |
|  |  | H | 130 |  | 4 | (39,13,13) |
|  |  |  |  |  | 1 | (40,14,13) |
| 8 | 242 | L | 48 |  | 2 | (121,97,12) |
|  |  |  |  |  | 2 | (60,38,11) |
|  |  | M | 88 | 0 | 2 | (61,39,11) |
|  |  | Q | 132 |  | 4 | (40,18,11) |
|  |  | H | 156 |  | 2 | (41,19,11) |
|  |  |  |  |  | 4 | (40,14,13) |
|  |  |  |  |  | 2 | (41,15,13) |

[a]  c = total number of codewords,  k = number of data codewords, r = error correction capacity

[b]  Error correction capacity is less than half the number of error correction codewords to reduce the probability of misdecodes

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2904

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

Table 9 *(continued)*

| Version | Total number of code-words | Error correction level | Number of error correction codewords | Value of p | Number of error correction blocks | Error correction code per block (c, k, r)[a] |
|---|---|---|---|---|---|---|
| 9 | 292 | L<br>M<br>Q<br>H | 60<br>110<br>160<br>192 | 0 | 2<br>3<br>2<br>4<br>4<br>4<br>4 | (146,116,15)<br>(58,36,11)<br>(59,37,11)<br>(36,16,10)<br>(37,17,10)<br>(36,12,12)<br>(37,13,12) |
| 10 | 346 | L<br>M<br>Q<br>H | 72<br>130<br>192<br>224 | 0 | 2<br>2<br>4<br>1<br>6<br>2<br>6<br>2 | (86,68,9)<br>(87,69,9)<br>(69,43,13)<br>(70,44,13)<br>(43,19,12)<br>(44,20,12)<br>(43,15,14)<br>(44,16,14) |
| 11 | 404 | L<br>M<br>Q<br>H | 80<br>150<br>224<br>264 | 0 | 4<br>1<br>4<br>4<br>4<br>3<br>8 | (101,81,10)<br>(80,50,15)<br>(81,51,15)<br>(50,22,14)<br>(51,23,14)<br>(36,12,12)<br>(37,13,12 |
| 12 | 466 | L<br>M<br>Q<br>H | 96<br>176<br>260<br>308 | 0 | 2<br>2<br>6<br>2<br>4<br>6<br>7<br>4 | (116,92,12)<br>(117,93,12)<br>(58,36,11)<br>(59,37,11)<br>(46,20,13)<br>(47,21,13)<br>(42,14,14)<br>(43,15,14) |
| 13 | 532 | L<br>M<br>Q<br>H | 104<br>198<br>288<br>352 | 0 | 4<br>8<br>1<br>8<br>4<br>12<br>4 | (133,107,13)<br>(59,37,11)<br>(60,38,11)<br>(44,20,12)<br>(45,21,12)<br>(33,11,11)<br>(34,12,11) |
| 14 | 581 | L<br>M<br>Q<br>H | 120<br>216<br>320<br>384 | 0 | 3<br>1<br>4<br>5<br>11<br>5<br>11<br>5 | (145,115,15)<br>(146,116,15)<br>(64,40,12)<br>(65,41,12)<br>(36,16,10)<br>(37,17,10)<br>(36,12,12)<br>(37,13,12) |

[a]   c = total number of codewords,  k = number of data codewords,  r = error correction capacity

[b]   Error correction capacity is less than half the number of error correction codewords to reduce the probability of misdecodes

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2905

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**Table 9** *(continued)*

| Version | Total number of codewords | Error correction level | Number of error correction codewords | Value of p | Number of error correction blocks | Error correction code per block (c, k, r)[a] |
|---|---|---|---|---|---|---|
| 15 | 655 | L<br>M<br>Q<br>H | 132<br>240<br>360<br>432 | 0 | 5<br>1<br>5<br>5<br>5<br>7<br>11<br>7 | (109,87,11)<br>(110,88,11)<br>(65,41,12)<br>(66,42,12)<br>(54,24,15)<br>(55,25,15)<br>(36,12,12)<br>(37,13,12) |
| 16 | 733 | L<br>M<br>Q<br>H | 144<br>280<br>408<br>480 | 0 | 5<br>1<br>7<br>3<br>15<br>2<br>3<br>13 | (122,98,12)<br>(123,99,12)<br>(73,45,14)<br>(74,46,14)<br>(43,19,12)<br>(44,20,12)<br>(45,15,15)<br>(46,16,15) |
| 17 | 815 | L<br>M<br>Q<br>H | 168<br>308<br>448<br>532 | 0 | 1<br>5<br>10<br>1<br>1<br>15<br>2<br>17 | (135,107,14)<br>(136,108,14)<br>(74,46,14)<br>(75,47,14)<br>(50,22,14)<br>(51,23,14)<br>(42,14,14)<br>(43,15,14) |
| 18 | 901 | L<br>M<br>Q<br>H | 180<br>338<br>504<br>588 | 0 | 5<br>1<br>9<br>4<br>17<br>1<br>2<br>19 | (150,120,15)<br>(151,121,15)<br>(69,43,13)<br>(70,44,13)<br>(50,22,14)<br>(51,23,14)<br>(42,14,14)<br>(43,15,14) |
| 19 | 991 | L<br>M<br>Q<br>H | 196<br>364<br>546<br>650 | 0 | 3<br>4<br>3<br>11<br>17<br>4<br>9<br>16 | (141,113,14)<br>(142,114,14)<br>(70,44,13)<br>(71,45,13)<br>(47,21,13)<br>(48,22,13)<br>(39,13,13)<br>(40,14,13) |
| 20 | 1 085 | L<br>M<br>Q<br>H | 224<br>416<br>600<br>700 | 0 | 3<br>5<br>3<br>13<br>15<br>5<br>15<br>10 | (135,107,14)<br>(136,108,14)<br>(67,41,13)<br>(68,42,13)<br>(54,24,15)<br>(55,25,15)<br>(43,15,14)<br>(44,16,14) |

[a]   c = total number of codewords,  k = number of data codewords, r = error correction capacity

[b]   Error correction capacity is less than half the number of error correction codewords to reduce the probability of misdecodes

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2906

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**Table 9** (continued)

| Version | Total number of code-words | Error correction level | Number of error correction codewords | Value of p | Number of error correction blocks | Error correction code per block (c, k, r)[a] |
|---|---|---|---|---|---|---|
| 21 | 1 156 | L<br>M<br>Q<br>H | 224<br>442<br>644<br>750 | 0 | 4<br>4<br>17<br>17<br>6<br>19<br>6 | (144,116,14)<br>(145,117,14)<br>(68,42,13)<br>(50,22,14)<br>(51,23,14)<br>(46,16,15)<br>(47,17,15) |
| 22 | 1 258 | L<br>M<br>Q<br>H | 252<br>476<br>690<br>816 | 0 | 2<br>7<br>17<br>7<br>16<br>34 | (139,111,14)<br>(140,112,14)<br>(74,46,14)<br>(54,24,15)<br>(55,25,15)<br>(37,13,12) |
| 23 | 1 364 | L<br>M<br>Q<br>H | 270<br>504<br>750<br>900 | 0 | 4<br>5<br>4<br>14<br>11<br>14<br>16<br>14 | (151,121,15)<br>(152,122,15)<br>(75,47,14)<br>(76,48,14)<br>(54,24,15)<br>(55,25,15)<br>(45,15,15)<br>(46,16,15) |
| 24 | 1 474 | L<br>M<br>Q<br>H | 300<br>560<br>810<br>960 | 0 | 6<br>4<br>6<br>14<br>11<br>16<br>30<br>2 | (147,117,15)<br>(148,118,15)<br>(73,45,14)<br>(74,46,14)<br>(54,24,15)<br>(55,25,15)<br>(46,16,15)<br>(47,17,15) |
| 25 | 1 588 | L<br>M<br>Q<br>H | 312<br>588<br>870<br>1050 | 0 | 8<br>4<br>8<br>13<br>7<br>22<br>22<br>13 | (132,106,13)<br>(133,107,13)<br>(75,47,14)<br>(76,48,14)<br>(54,24,15)<br>(55,25,15)<br>(45,15,15)<br>(46,16,15) |
| 26 | 1 706 | L<br>M<br>Q<br>H | 336<br>644<br>952<br>1110 | 0 | 10<br>2<br>19<br>4<br>28<br>6<br>33<br>4 | (142,114,14)<br>(143,115,14)<br>(74,46,14)<br>(75,47,14)<br>(50,22,14)<br>(51,23,14)<br>(46,16,15)<br>(47,17,15) |

[a]   c = total number of codewords,  k = number of data codewords, r = error correction capacity

[b]   Error correction capacity is less than half the number of error correction codewords to reduce the probability of misdecodes

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2907

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**Table 9** *(continued)*

| Version | Total number of codewords | Error correction level | Number of error correction codewords | Value of p | Number of error correction blocks | Error correction code per block (c, k, r)[a] |
|---|---|---|---|---|---|---|
| 27 | 1 828 | L<br>M<br>Q<br>H | 360<br>700<br>1 020<br>1 200 | 0 | 8<br>4<br>22<br>3<br>8<br>26<br>12<br>28 | (152,122,15)<br>(153,123,15)<br>(73,45,14)<br>(74,46,14)<br>(53,23,15)<br>(54,24,15)<br>(45,15,15)<br>(46,16,15) |
| 28 | 1 921 | L<br>M<br>Q<br>H | 390<br>728<br>1 050<br>1 260 | 0 | 3<br>10<br>3<br>23<br>4<br>31<br>11<br>31 | (147,117,15)<br>(148,118,15)<br>(73,45,14)<br>(74,46,14)<br>(54,24,15)<br>(55,25,15)<br>(45,15,15)<br>(46,16,15) |
| 29 | 2 051 | L<br>M<br>Q<br>H | 420<br>784<br>1 140<br>1 350 | 0 | 7<br>7<br>21<br>7<br>1<br>37<br>19<br>26 | (146,116,15)<br>(147,117,15)<br>(73,45,14)<br>(74,46,14)<br>(53,23,15)<br>(54,24,15)<br>(45,15,15)<br>(46,16,15) |
| 30 | 2 185 | L<br>M<br>Q<br>H | 450<br>812<br>1 200<br>1 440 | 0 | 5<br>10<br>19<br>10<br>15<br>25<br>23<br>25 | (145,115,15)<br>(146,116,15)<br>(75,47,14)<br>(76,48,14)<br>(54,24,15)<br>(55,25,15)<br>(45,15,15)<br>(46,16,15) |
| 31 | 2 323 | L<br>M<br>Q<br>H | 480<br>868<br>1 290<br>1 530 | 0 | 13<br>3<br>2<br>29<br>42<br>1<br>23<br>28 | (145,115,15)<br>(146,116,15)<br>(74,46,14)<br>(75,47,14)<br>(54,24,15)<br>(55,25,15)<br>(45,15,15)<br>(46,16,15) |
| 32 | 2 465 | L<br>M<br>Q<br>H | 510<br>924<br>1 350<br>1 620 | 0 | 17<br>10<br>23<br>10<br>35<br>19<br>35 | (145,115,15)<br>(74,46,14)<br>(75,47,14)<br>(54,24,15)<br>(55,25,15)<br>(45,15,15)<br>(46,16,15) |

[a]   c = total number of codewords,  k = number of data codewords, r = error correction capacity

[b]   Error correction capacity is less than half the number of error correction codewords to reduce the probability of misdecodes

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2908

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

Table 9 (continued)

| Version | Total number of codewords | Error correction level | Number of error correction codewords | Value of p | Number of error correction blocks | Error correction code per block (c, k, r)[a] |
|---|---|---|---|---|---|---|
| 33 | 2 611 | L<br>M<br>Q<br>H | 540<br>980<br>1 440<br>1 710 | 0 | 17<br>1<br>14<br>21<br>29<br>19<br>11<br>46 | (145,115,15)<br>(146,116,15)<br>(74,46,14)<br>(75,47,14)<br>(54,24,15)<br>(55,25,15)<br>(45,15,15)<br>(46,16,15) |
| 34 | 2 761 | L<br>M<br>Q<br>H | 570<br>1 036<br>1 530<br>1 800 | 0 | 13<br>6<br>14<br>23<br>44<br>7<br>59<br>1 | (145,115,15)<br>(146,116,15)<br>(74,46,14)<br>(75,47,14)<br>(54,24,15)<br>(55,25,15)<br>(46,16,15)<br>(47,17,15) |
| 35 | 2 876 | L<br>M<br>Q<br>H | 570<br>1 064<br>1 590<br>1 890 | 0 | 12<br>7<br>12<br>26<br>39<br>14<br>22<br>41 | (151,121,15)<br>(152,122,15)<br>(75,47,14)<br>(76,48,14)<br>(54,24,15)<br>(55,25,15)<br>(45,15,15)<br>(46,16,15) |
| 36 | 3 034 | L<br>M<br>Q<br>H | 600<br>1 120<br>1 680<br>1 980 | 0 | 6<br>14<br>6<br>34<br>46<br>10<br>2<br>64 | (151,121,15)<br>(152,122,15)<br>(75,47,14)<br>(76,48,14)<br>(54,24,15)<br>(55,25,15)<br>(45,15,15)<br>(46,16,15) |
| 37 | 3 196 | L<br>M<br>Q<br>H | 630<br>1 204<br>1 770<br>2 100 | 0 | 17<br>4<br>29<br>14<br>49<br>10<br>24<br>46 | (152,122,15)<br>(153,123,15)<br>(74,46,14)<br>(75,47,14)<br>(54,24,15)<br>(55,25,15)<br>(45,15,15)<br>(46,16,15) |
| 38 | 3 362 | L<br>M<br>Q<br>H | 660<br>1 260<br>1 860<br>2 220 | 0 | 4<br>18<br>13<br>32<br>48<br>14<br>42<br>32 | (152,122,15)<br>(153,123,15)<br>(74,46,14)<br>(75,47,14)<br>(54,24,15)<br>(55,25,15)<br>(45,15,15)<br>(46,16,15) |

[a]  c = total number of codewords,  k = number of data codewords, r = error correction capacity

[b]  Error correction capacity is less than half the number of error correction codewords to reduce the probability of misdecodes

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2909

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**Table 9** *(continued)*

| Version | Total number of codewords | Error correction level | Number of error correction codewords | Value of p | Number of error correction blocks | Error correction code per block (c, k, r)[a] |
|---|---|---|---|---|---|---|
| 39 | 3 532 | L<br>M<br>Q<br>H | 720<br>1 316<br>1 950<br>2 310 | 0 | 20<br>4<br>40<br>7<br>43<br>22<br>10<br>67 | (147,117,15)<br>(148,118,15)<br>(75,47,14)<br>(76,48,14)<br>(54,24,15)<br>(55,25,15)<br>(45,15,15)<br>(46,16,15) |
| 40 | 3 706 | L<br>M<br>Q<br>H | 750<br>1 372<br>2 040<br>2 430 | 0 | 19<br>6<br>18<br>31<br>34<br>34<br>20<br>61 | (148,118,15)<br>(149,119,15)<br>(75,47,14)<br>(76,48,14)<br>(54,24,15)<br>(55,25,15)<br>(45,15,15)<br>(46,16,15) |

[a]   c = total number of codewords,  k = number of data codewords, r = error correction capacity

[b]   Error correction capacity is less than half the number of error correction codewords to reduce the probability of misdecodes

### 7.5.2   Generating the error correction codewords

The data codewords including Pad codewords as necessary shall be divided into the number of blocks shown in Table 9. Error correction codewords shall be calculated for each block and appended to the data codewords.

NOTE        Micro QR Code symbols consist of a single block.

The polynomial arithmetic for QR Code shall be calculated using bit-wise modulo 2 arithmetic and byte-wise modulo 100011101 arithmetic. This is a Galois field of $2^8$ with 100011101 representing the field's prime modulus polynomial $x^8 + x^4 + x^3 + x^2 + 1$.

The data codewords are the coefficients of the terms of a polynomial with the coefficient of the highest term being the first data codeword and that of the lowest power term being the last data codeword before the first error correction codeword.

The error correction codewords are the remainder after dividing the data codewords by a polynomial $g(x)$ used for error correction codes (see Annex A). The highest order coefficient of the remainder is the first error correction codeword and the zero power coefficient is the last error correction codeword and the last codeword in the block.

NOTE        If this calculation is performed by "long division" the symbol data polynomial must first be multiplied by $x^k$.

Thirty-six different generator polynomials are used for generating the error correction codewords for QR Code. These are given in Annex A.

This can be implemented by using the division circuit as shown in Figure 14. The registers $b_0$ through $b_{k-1}$ are initialized as zeros. There are two phases to generate the encoding. In the first phase, with the switch in the down position the data codewords are passed both to the output and the circuit. The first phase is complete after $n$ clock pulses. In the second phase ($n + 1 \dots n + k$ clock pulses), with the switch in the up position, the error correction codewords $\varepsilon_{k-1} \dots \varepsilon_0$ are generated by flushing the registers in order while keeping the data input at 0.

                                                    © ISO/IEC 2015 – All rights reserved
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2910

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



**Figure 14 — Error correction codeword encoding circuit**

## 7.6   Constructing the final message codeword sequence

The total number of codewords in the message shall always be equal to the total number of codewords capable of being represented in the symbol, as shown in Tables 7 and 9.

The following steps shall be followed to construct the final sequence of codewords (data plus error correction codewords plus Remainder Codewords if necessary):

1. Divide the data codeword sequence into $n$ blocks as defined in Table 9 according to the version and error correction level (or a single block for Micro QR Code symbols).

2. For each data block, calculate a corresponding block of error correction codewords as defined in 7.5.2 and Annex A.

3. Assemble the final sequence by taking data and error correction codewords from each block in turn. For example, if there are four blocks the sequence would be: data block 1, codeword 1; data block 2, codeword 1; ... ; data block 4, codeword 1; data block 1, codeword 2; ... and similarly to data block 3, final codeword; data block 4, final codeword; then error correction block 1, codeword 1, error correction block 2, codeword 1, ... and similarly to error correction block 4, final codeword. QR Code symbols contain data and error correction blocks which always exactly fill the symbol codeword capacity. In certain QR Code versions, however, where the number of modules available for data and error correction codewords is not an exact multiple of 8, there may be a need for 3, 4 or 7 Remainder Bits to be appended to the final message bit stream in order to fill exactly the number of modules in the encoding region.

The shortest data block (or blocks) shall be placed first in the sequence and all the data codewords shall be placed in the symbol before the first error correction codeword. For example, the Version 5-H symbol comprises four data and four error correction blocks, the first two of each of which contain 11 data and 22 error correction codewords respectively, while the third and fourth pairs of blocks contain 12 data and 22 error correction codewords respectively. In this symbol, the character arrangement can be depicted as shown in Figure 15. Each row of the figure corresponds to one block of data codewords (shown as $D_n$) followed by the associated block of error correction codewords (shown as $E_n$); the sequence of character placement in the symbol is obtained by reading down each column of the figure in turn.

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2911

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

| | Data codewords | | | | | Error correction codewords | | | |
|---|---|---|---|---|---|---|---|---|---|
| Block 1 | $D_1$ | $D_2$ | ..... | $D_{11}$ | | $E_1$ | $E_2$ | ..... | $E_{22}$ |
| Block 2 | $D_{12}$ | $D_{13}$ | ..... | $D_{22}$ | | $E_{23}$ | $E_{24}$ | ..... | $E_{44}$ |
| Block 3 | $D_{23}$ | $D_{24}$ | ..... | $D_{33}$ | $D_{34}$ | $E_{45}$ | $E_{46}$ | ..... | $E_{66}$ |
| Block 4 | $D_{35}$ | $D_{36}$ | ..... | $D_{45}$ | $D_{46}$ | $E_{67}$ | $E_{68}$ | ..... | $E_{88}$ |

**Figure 15 — Constructing the final message codeword sequence**

The final message codeword sequence for the Version 5-H symbol is therefore:

$D_1$, $D_{12}$, $D_{23}$, $D_{35}$, $D_2$, $D_{13}$, $D_{24}$, $D_{36}$, ... $D_{11}$, $D_{22}$, $D_{33}$, $D_{45}$, $D_{34}$, $D_{46}$, $E_1$, $E_{23}$, $E_{45}$, $E_{67}$, $E_2$, $E_{24}$, $E_{46}$, $E_{68}$, ... $E_{22}$, $E_{44}$, $E_{66}$, $E_{88}$. The symbol module capacity is filled by adding 7 Remainder (**0**) bits as needed after the final codeword.

## 7.7   Codeword placement in matrix

### 7.7.1   Symbol character representation

There are two types of symbol character, regular and irregular, in the QR Code symbol. Their use depends on their position in the symbol, relative to other symbol characters and function patterns.

Most codewords shall be represented in a regular 2 × 4 module block in the symbol. There are two ways of positioning these blocks, in a vertical arrangement (2 modules wide and 4 modules high) and, if necessary when placement changes direction, in a horizontal arrangement (4 modules wide and 2 modules high). Irregular symbol characters are used when changing direction or in the vicinity of alignment or other function Patterns. Examples are shown in Figures 16, 17 and 18.

### 7.7.2   Function pattern placement

A square blank matrix shall be constructed with the number of modules horizontally and vertically corresponding to the Version in use. Positions corresponding to the finder pattern, separator, timing pattern, and alignment patterns shall be filled with either dark modules or light modules as appropriate. Module positions for the format information and version information shall be left temporarily blank. These blank positions are shown in Figures 19 and 20 and are common to all Versions (although the version information is not present in Version 1 to 6 symbols). Annex E defines the positioning of alignment patterns.

### 7.7.3   Symbol character placement

In the encoding region of the QR Code symbol, symbol characters are positioned in two-module wide columns commencing at the lower right corner of the symbol and running alternately upwards and downwards from the right to the left. The principles governing the placement of characters and of bits within the characters are given below. Figures 19 and 20 illustrate Version 2 and Version 7 symbols applying these principles.

a)   The sequence of bit placement in the column shall be from right to left and either upwards or downwards in accordance with the direction of symbol character placement.

b)   The most significant bit (shown as bit 7) of each codeword shall be placed in the first available module position. Subsequent bits shall be placed in the next module positions. The most significant bit therefore occupies the lower right module of a regular symbol character when the direction of

46

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2912

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

placement is upwards, and the upper right module when the direction of placement is downwards. It may however occupy the lower left module of an irregular symbol character if the previous character has ended in the right-hand module column (see Figure 18).



**Figure 16 — Bit placement in regular symbol character in upwards and downwards directions**

c)   When a symbol character encounters the horizontal boundary of an alignment pattern or of the timing pattern in both module columns, it shall continue above or below the pattern as though the encoding region were continuous.

d)   When the upper or lower boundary of the symbol character region is reached (i.e. the edge of the symbol, format information, version information, or separator) any remaining bits in the codeword shall be placed in the next column to the left. The direction of placement reverses.



**Figure 17 — Example of bit placement in (i) regular and (ii) irregular symbol characters when direction of placement changes**

e)   When the right-hand module column of the symbol character column encounters an alignment pattern or an area occupied by version information, bits are placed to form an irregular symbol character, extending along the single module column adjacent to the alignment pattern or version information. If the character ends before two columns are available for the next symbol character, the most significant bit of the next character shall be placed in the single column.

© ISO/IEC 2015 – All rights reserved    **47**
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2913

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**



**Figure 18 — Example of bit placement adjacent to alignment pattern**

An alternative method for placement in the symbol, which yields the same result, is to regard the interleaved codeword sequence as a single bit stream, which is placed (starting with the most significant bit) in the two-module wide columns alternately upwards and downwards from the right to left of the symbol. In each column the bits are placed alternately in the right and left modules, moving upwards or downwards according to the direction of placement and skipping areas occupied by function patterns, changing direction at the top or bottom of the column. Each bit shall always be placed in the first available module position.

When the data capacity of the symbol is such that it does not divide exactly into a number of 8-bit symbol characters, the appropriate number of Remainder Bits (3, 4 or 7 as shown in Table 1) shall be used to fill the symbol capacity. These Remainder Bits shall always have the value 0 before data masking according to 7.8.



**Figure 19 — Symbol character arrangement in version 2-M symbol**

                                                    © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2914

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



**Figure 20 — Symbol character arrangement in version 7-H symbol**

Exactly the same principles apply to a Micro QR Code symbol. There are no irregular symbol characters in these symbols and the sole exception is that $D_3$ in a Version M1 symbol, $D_{11}$ in a Version M3-L symbol and $D_9$ in a Version M3-M symbol is a 2 × 2 square 4-module block.

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2915

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

### 7.8   Data masking

#### 7.8.1   General

For reliable QR Code reading, it is preferable for dark and light modules to be arranged in a well-balanced manner in the symbol. The module pattern **1011101** particularly found in the finder pattern should be avoided in other areas of the symbol as much as possible. To meet the above conditions, data masking should be applied following the steps described below:

1.  Data masking is not applied to function patterns.

2.  Convert the given module pattern in the encoding region (excluding the format information and the version information) with multiple matrix patterns successively through the XOR operation. For the XOR operation, lay the module pattern over each of the data masking matrix patterns in turn and reverse the modules (from light to dark or vice versa) which correspond to dark modules of the data masking pattern.

3.  Then evaluate all the resulting converted patterns by charging penalties for undesirable features on each conversion result.

4.  Select the pattern with the lowest penalty points score.

#### 7.8.2   Data mask patterns

Table 10 shows the data mask pattern reference (binary reference for use in the format information) and the data mask pattern generation condition. The data mask pattern is generated by defining as dark any module in the encoding region (excluding the area reserved for format information and the version information) for which the condition is true; in the condition, $i$ refers to the row position of the module in question and $j$ to its column position, with $(i, j) = (0, 0)$ for the top left module in the symbol.

**Table 10 — Data mask pattern generation conditions**

| Data mask pattern reference for QR Code symbols | Data mask pattern reference for Micro QR Code symbols | Condition |
|---|---|---|
| 000 | | $(i + j) \bmod 2 = 0$ |
| 001 | 00 | $i \bmod 2 = 0$ |
| 010 | | $j \bmod 3 = 0$ |
| 011 | | $(i + j) \bmod 3 = 0$ |
| 100 | 01 | $((i \operatorname{div} 2) + (j \operatorname{div} 3)) \bmod 2 = 0$ |
| 101 | | $(i\,j) \bmod 2 + (i\,j) \bmod 3 = 0$ |
| 110 | 10 | $((i\,j) \bmod 2 + (i\,j) \bmod 3) \bmod 2 = 0$ |
| 111 | 11 | $((i+j) \bmod 2 + (i\,j) \bmod 3) \bmod 2 = 0$ |

Figure 21 shows all data mask patterns, illustrated in a version 1 symbol. Figure 23 simulates the effects of data masking using data mask pattern references 000 to 111.

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2916

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



**Figure 21 — Data mask patterns for version 1 symbol**

NOTE 1    The three bits below each pattern represent the data mask pattern reference.

NOTE 2    The equation below the data mask pattern reference shows the data mask pattern generation condition; modules which meet the condition are shown dark.

Figure 22 below shows the four available data masking patterns applied to a Micro QR Code version M-4 symbol.

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2917

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



Figure 22 — Data mask patterns applied to Micro QR Code version M4 symbol

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2918



**Figure 23 — Data masking simulation in QR Code symbols**

### 7.8.3 Evaluation of data masking results

#### 7.8.3.1 Evaluation of QR Code symbols

After performing the data masking operation with each data mask pattern in turn, the results shall be evaluated by scoring penalty points for each occurrence of the following features. The higher the number of points, the less acceptable the result. In Table 11 below, the variables $N_1$ to $N_4$ represent weighted penalty scores for the undesirable features ($N_1 = 3$, $N_2 = 3$, $N_3 = 40$, $N_4 = 10$), i is the amount by which the number of adjacent modules of the same color exceeds 5 and k is the rating of the deviation of the proportion of dark modules in the symbol from 50 % in steps of 5 %. Although the data masking operation is only performed on the encoding region of the symbol excluding the format information, the area to be evaluated is the complete symbol.

© ISO/IEC 2015 – All rights reserved                                                          **53**
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2919

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

**Table 11 — Scoring of data masking results**

| Feature | Evaluation condition | Points |
|---|---|---|
| Adjacent modules in row/column in same color | No. of modules = (5 + i) | $N_1 + i$ |
| Block of modules in same color | Block size = 2 × 2 | $N_2$ |
| **1 : 1 : 3 : 1 : 1** ratio (dark:light:dark:light:dark) pattern in row/column, preceded or followed by light area 4 modules wide | Existence of the pattern | $N_3$ |
| Proportion of dark modules in entire symbol | 50 × (5 × k)% to 50 × (5 × (k + 1))% | $N_4 \times k$ |

NOTE 1   Adjacent modules in row/column in the same colour.

Check the blocks consisting of light (white) or dark (black) modules of more than five in a row both laterally and vertically for the evaluation of data masking results. The rule of this calculation is that 3 penalty points shall be added to each block of five consecutive modules, 4 penalty points for each block of six consecutive modules and so on, with scoring by 1 point each time the number of modules increases. For example, impose 5 penalty points on the block of "dark:dark:dark:dark:dark:dark:dark" module pattern, where a series of seven consecutive modules is counted as one block. However, do not double-count the point. The penalty point for a seven-module block, for example, shall be 5, not the sum of 3 (for a five-module block) + 4 (for a six-module block) + 5 (for a seven-module block) =12.

NOTE 2   Module blocks in the same colour.

The penalty point shall be equal to the number of blocks with 2 x 2 light or dark modules. Take a block consisting of 3 x 3 dark modules for an example. Considering that up to four 2 x 2 dark modules can be included in this block, the penalty applied to this block shall be calculated as 4 (blocks) x 3 (points) = 12 points.

NOTE 3   1:1:3:1:1 ratio pattern in row/column.

If the light area of more than 4 module wide exists after or before a 1:1:3:1:1 (dark:light:dark:light:dark) pattern, the imposed penalty shall be 40 points.

NOTE 4   Proportion of dark modules in entire symbol.

Add 10 points to a deviation of 5% increment or decrement in the proportion ratio of dark module from the referential 50% (or 0 point) level. For example, assign 0 points as a penalty if the ratio of dark module is between 45% and 55%, or 10 points if the ratio of dark module is between 40% and 60%.

The data mask pattern which results in the lowest penalty score shall be selected for the symbol.

### 7.8.3.2    Evaluation of Micro QR Code symbols

After performing the data masking operation on the encoding region of the symbol with each data mask pattern in turn, the results shall be evaluated by scoring points for the number of dark modules in each of the two edges which are not timing patterns. The lower the number of points, the less acceptable the result. In these symbols, it is desirable to have more dark modules in the edge, in order to differentiate a quiet zone from an encoding region more effectively.

For each data mask pattern in turn, count the number of dark modules in the right and lower edges of the symbol (excluding the final module of the timing pattern). The evaluation score is given by the following formula:

If $SUM_1 \leq SUM_2$

$$\text{Evaluation score} = SUM_1 \times 16 + SUM_2$$

If $SUM_1 > SUM_2$

$$\text{Evaluation score} = SUM_2 \times 16 + SUM_1$$

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2920

where:

SUM$_1$   number of dark modules in right side edge

SUM$_2$   number of dark modules in lower side edge



Figure 24 — Evaluation of masking results in Micro QR Code symbol

The data mask pattern which results in the highest score shall be selected for the symbol.

## 7.9   Format information

### 7.9.1   QR Code symbols

The format information is a 15-bit sequence containing 5 data bits, with 10 error correction bits calculated using the (15, 5) BCH code. For details of the error correction calculation for the format information, refer to Annex C. The first two data bits contain the Error Correction Level of the symbol, indicated in Table 12.

Table 12 — Error correction level indicators for QR Code symbols

| Error Correction Level | Binary indicator |
|---|---|
| L | 01 |
| M | 00 |
| Q | 11 |
| H | 10 |

The third to fifth data bits of the format information contain the data mask pattern reference from Table 10 above for the pattern selected according to 7.8.3.

The 10 error correction bits shall be calculated as described in Annex C and appended to the 5 data bits.

The 15-bit error corrected format information shall then be XORed with the Mask Pattern **101010000010010**, in order to ensure that no combination of Error Correction Level and data mask pattern will result in an all-zero data string.

The resulting masked format information shall be mapped into the areas reserved for it in the symbol as shown in Figure 25. Note that the format information appears twice in the symbol in order to provide redundancy since its correct decoding is essential to the decoding of the complete symbol. The least

© ISO/IEC 2015 – All rights reserved   55
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

significant bit of the format information is located in the modules numbered 0, and the most significant bit in the modules numbered 14 in Figure 25. The module in position (4V + 9, 8) where V is the version number, shall always be dark and does not form part of the format information.



Dark Module

Figure 25 — Format information positioning

EXAMPLE

| | |
|---|---|
| Assume Error Correction Level M | **00** |
| and data mask pattern reference: | **101** |
| Data: | **00101** |
| BCH bits: | **0011011100** |
| Unmasked bit sequence: | **001010011011100** |
| Mask pattern for XOR operation: | **101010000010010** |
| Format information module pattern: | **100000011001110** |

bit 14        bit 0

Figure 25 — Format information positioning

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2922

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

### 7.9.2    Micro QR Code symbols

The format information is a 15-bit sequence containing 5 data bits, with 10 error correction bits calculated using the (15, 5) BCH code. For details of the error correction calculation for the format information, refer to Annex C. The first three data bits contain the symbol number (in binary), which identifies the version and error correction level, as shown in Table 13:

**Table 13 — Symbol numbers for Micro QR Code symbols**

| Symbol number | Version | Error Correction Level | Binary Indicator |
|---|---|---|---|
| 0 | M1 | Error detection only | 000 |
| 1 | M2 | L | 001 |
| 2 | M2 | M | 010 |
| 3 | M3 | L | 011 |
| 4 | M3 | M | 100 |
| 5 | M4 | L | 101 |
| 6 | M4 | M | 110 |
| 7 | M4 | Q | 111 |

The fourth and fifth data bits of the format information contain the data mask pattern reference shown in Table 10 for the pattern selected according to 7.8.3.

The 10 error correction bits shall be calculated as described in Annex C and appended to the 5 data bits.

The 15-bit error corrected format information shall then be XORed with the bit pattern **100010001000101**, in order to ensure that no combination of symbol number and data mask pattern will result in an all-zero data string.

The resulting masked format information shall be mapped into the areas reserved for it in the symbol as shown in Figure 25 or 26, depending on the symbol type. The least significant bit of the format information is located in the module numbered 0, and the most significant bit in the module numbered 14 in Figures 24 and 25.

EXAMPLE



Symbol number 0:                                                                    **000**

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2923

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

| | |
|---|---|
| Data mask pattern reference: | **11** |
| Data bits (symbol number, data mask pattern reference): | **00011** |
| BCH bits: | **1101011001** |
| Unmasked bit sequence: | **000111101011001** |
| Mask pattern for XOR operation: | **100010001000101** |
| Format information module pattern: | **100101100011100** |

bit 14        bit 0

**Figure 26 — Micro QR Code symbol format information bit positions**

## 7.10 Version information

The version information is included in QR Code symbols of version 7 or larger. It consists of an 18-bit sequence containing 6 data bits, with 12 error correction bits calculated using the (18, 6) Golay code. For details of the error correction calculation for the version information, refer to Annex D. The six data bits contain the Version of the symbol, most significant bit first.

The 12 error correction bits shall be calculated as described in Annex D and appended to the 6 data bits.

No version information will result in an all-zero data string since only Versions 7 to 40 symbols contain the version information. Masking is not therefore applied to the version information.

The resulting version information shall be mapped into the areas reserved for it in the symbol as shown in Figure 27. Note that the version information appears twice in the symbol in order to provide redundancy since its correct decoding is essential to the decoding of the complete symbol. The least significant bit of the version information is located in the modules numbered 0, and the most significant bit in the modules numbered 17, in Figure 28.

Example:

| | |
|---|---|
| Version number: | **7** |
| Data: | **000111** |
| BCH bits: | **110010010100** |
| Version information module pattern: | **000111110010010100** |

The version information areas are the 6 × 3 module block above the timing pattern and immediately to the left of the top right finder pattern separator, and the 3 × 6 module block to the left of the timing pattern and immediately above the lower left finder pattern separator.

 © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2924

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



**Figure 27 — Version information positioning**

| 0 | 3 | 6 | 9 | 12 | 15 |
|---|---|---|---|----|----|
| 1 | 4 | 7 | 10 | 13 | 16 |
| 2 | 5 | 8 | 11 | 14 | 17 |

| 0 | 1 | 2 |
|---|---|---|
| 3 | 4 | 5 |
| 6 | 7 | 8 |
| 9 | 10 | 11 |
| 12 | 13 | 14 |
| 15 | 16 | 17 |

Version Information in lower left        Version Information in upper right

**Figure 28 — Module arrangement in version information**

## 8  Structured Append

### 8.1  Basic principles

Structured Append is not available with Micro QR Code symbols.

Up to 16 QR Code symbols may be appended in a structured format. If a symbol is part of a Structured Append message, it is indicated by a header block in the first two and a half symbol character positions.

The Structured Append mode indicator **0011** is placed in the four most significant bit positions in the first symbol character.

© ISO/IEC 2015 – All rights reserved                                                    59
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2925

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

This is immediately followed by two Structured Append codewords, spread over the four least significant bits of the first symbol character, the second symbol character and the four most significant bits of the third symbol character. The first codeword is the symbol sequence indicator (see 7.2). The second codeword is the parity data (see 7.3) and is identical in all symbols in the message, enabling it to be verified that all symbols read form part of the same Structured Append message. This header is immediately followed by the data codewords for the symbol commencing with the first mode indicator. If one or more ECIs other than the default ECI is in force, an ECI header for each ECI, consisting of the ECI mode indicator and ECI Designator, shall follow the Structured Append header.

The lower part of Figure 29 shows an example of four Structured Append symbols, with the same data as that in the upper symbol.



**Figure 29 — Single symbol (above) and Structured Append series of symbols (below) encoding "ABCDEFGHIJKLMNOPQRSTUVWXYZ0123456789ABCDEFGHIJKLMNOPQRSTUVWXYZ"**

## 8.2   Symbol Sequence Indicator

This codeword indicates the position of the symbol within the set of (up to 16) QR Code symbols in the Structured Append format (in the form $m$ of $n$ symbols). The first 4 bits of this codeword identify the position of the particular symbol. The last 4 bits identify the total number of symbols to be concatenated in the Structured Append format. The 4-bit patterns shall be the binary equivalents of ($m$ - 1) and ($n$ - 1) respectively.

EXAMPLE

To indicate the 3rd symbol of a set of 7, this shall be encoded thus:

| | |
|---|---|
| 3rd position: | 0010 |
| Total 7 symbols: | 0110 |
| Bit pattern: | 00100110 |

 © ISO/IEC 2015 – All rights reserved
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2926

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**8.3   Parity Data**

The Parity Data shall be an 8-bit byte following the Symbol Sequence Indicator. The parity data is a value obtained by XORing byte by byte the byte values of all the original input data before division into symbol blocks. Mode Indicators, Character Count Identifiers, padding bits, Terminator and Pad Characters shall be excluded from the calculation. Input data is represented for this calculation by 2-byte Shift JIS values for Kanji (each byte being treated separately in the XOR calculation, most significant first) and 8-bit values as shown in Table 6 for other characters. In ECI mode the byte values obtained after any encryption or compression of the data shall be used for the calculation.

For example, "0123456789日本" is divided into "0123", "4567" and "89日本" as follows:

> 1st symbol block ("0123") - hex. values 30, 31, 32, 33
>
> 2nd symbol block ("4567") - hex. values 34, 35, 36, 37
>
> 3rd symbol block ("89日本") - hex. values 38, 39, 93FA, 967B

The parity data is calculated from "0123456789日本" by XORing the data successively, byte by byte.

$$30 \oplus 31 \oplus 32 \oplus 33 \oplus 34 \oplus 35 \oplus 36 \oplus 37 \oplus 38 \oplus 39 \oplus 93 \oplus \mathbf{FA} \oplus 96 \oplus \mathbf{7B} = 85$$

Note that the calculation of the parity data may be performed either before the data is sent to the printer or in the printer, based on the capabilities of the printer.

# 9   Symbol printing and marking

## 9.1   Dimensions

QR Code symbols shall conform to the following dimensions:

*X dimension*:   the width of a module shall be specified by the application, taking into account the scanning technology to be used, and the technology to produce the symbol;

*Y dimension*:   the height of a module shall be equal to the X dimension;

*minimum quiet zone*:   equal to 2X (for Micro QR Code symbols) or 4X (for QR Code symbols) wide on all four sides.

## 9.2   Human-readable interpretation

Because QR Code symbols are capable of encoding thousands of characters, a human readable interpretation of the data characters may not be practical. As an alternative, descriptive text rather than literal text may accompany the symbol.

The character size and font are not specified, and the message may be printed anywhere in the area surrounding the symbol. The human readable interpretation should not interfere with the symbol itself nor the quiet zones.

## 9.3   Marking guidelines

QR Code symbols can be printed or marked using a number of different techniques. Annex K provides user guidelines.

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2927

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

## 10 Symbol quality

### 10.1 Methodology

QR Code symbols shall be assessed for quality using the 2D matrix bar code symbol print quality guidelines defined in ISO/IEC 15415, as augmented and modified below.

Some marking technologies may not be able to produce symbols conforming to this International Standard without taking special precautions. Annex M gives additional guidance to help any printing system achieve valid QR Code symbols.

Directly marked symbols (DPM) and/or symbols printed with disconnected dots may not pass this methodology and may not be readable by QR Code scanners. Application requiring such symbols should specify quality measurement using the ISO/IEC 15415 quality extension ISO/IEC/TR 29158 and may require specialized DPM scanners.

### 10.2 Symbol quality parameters

#### 10.2.1 Fixed pattern damage

Annex G defines the measurement and grading basis for Fixed Pattern Damage.

#### 10.2.2 Scan grade and overall symbol grade

The scan grade shall be the lowest of the grades for symbol contrast, modulation, fixed pattern damage, decode, axial non-uniformity, grid non-uniformity and unused error correction in an individual image of the symbol. The overall symbol grade is the arithmetic mean of the individual scan grades for a number of tested images of the symbol.

#### 10.2.3 Grid non-uniformity

The ideal grid is calculated by using the finder patterns and alignment patterns as datum points, as located by the use of the reference decode algorithm (see Clause 12).

### 10.3 Process control measurements

A variety of tools and methods can be used to perform useful measurements for monitoring and controlling the process of creating QR Code symbols. These are described in Annex M. These techniques do not constitute a print quality check of the produced symbols (the method specified earlier in this clause and Annex G is the required method for assessing symbol print quality) but they individually and collectively yield good indications of whether the symbol print process is creating workable symbols.

## 11 Decoding procedure overview

The decoding steps from reading a QR Code symbol to outputting data characters are the reverse of the encoding procedure. Figure 30 shows an outline of the process flow.

1. Locate and obtain an image of the symbol. Recognize dark and light modules as an array of "0" and "1" bits. Identify reflectance polarity from finder pattern module colouring.

2. Read the format information. Release the masking pattern and perform error correction on the format information modules as necessary; if successful, symbol is in normal orientation, otherwise attempt mirror image decoding of format information. Identify Error Correction Level, either directly, in QR Code symbols, or from Micro QR Code symbol number, and data mask pattern reference.

3. Read the version information (where applicable), then determine the version of the symbol (from symbol number, in the case of Micro QR Code symbols).

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2928

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

4.  Release the data masking by XORing the encoding region bit pattern with the data mask pattern the reference of which has been extracted from the format information.

5.  Read the symbol characters according to the placement rules for the model and restore the data and error correction codewords of the message.

6.  Detect errors using the error correction codewords corresponding to the Level Information. If any error is detected, correct it.

7.  Divide the data codewords into segments according to the mode indicators and character count indicators.

8.  Finally, decode the Data Characters in accordance with the mode(s) in use and output the result.



**Figure 30 — QR Code decoding steps**

## 12 Reference decode algorithm for QR Code

This reference decode algorithm finds the symbol in an image and decodes it. The decode algorithm refers to dark and light states in the image.

a)  Determine a Global Threshold by taking a reflectance value midway between the maximum reflectance and minimum reflectance in the image. Convert the image to a set of dark and light pixels using the Global Threshold.

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2929

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

b) Locate the finder pattern. The finder pattern in QR Code consists of three identical finder patterns located at three of the four corners of the symbol. The finder pattern in Micro QR Code is a single finder pattern. As described in 6.3.3, module widths in each finder pattern form a dark-light-dark-light-dark sequence the relative widths of each element of which are in the ratios 1 : 1 : 3 : 1 : 1. For the purposes of this algorithm the tolerance for each of these widths is 0,5 (i.e. a range of 0,5 to 1,5 for the single module box and 2,5 to 3,5 for the three module square box).

1) When a candidate area is detected note the position of the first and last points A and B respectively at which a line of pixels in the image encounters the outer edges of the finder pattern (see Figure 31). Repeat this for adjacent pixel lines in the image until all lines crossing the central box of the finder pattern in the x axis of the image have been identified.



**Figure 31 — Scan line in finder pattern**

2) Repeat step 1) for pixel columns crossing the central box of the finder pattern in the y axis of the image.

3) Locate the center of the pattern. Construct a line through the midpoints between the points A and B on the outermost pixel lines crossing the central box of the finder pattern in the x axis. Construct a similar line through points A and B on the outermost pixel columns crossing the central box in the y axis. The center of the pattern is located at the intersection of these two lines.

4) Repeat steps 1) to 3) to locate the centers of the two other finder patterns.

5) If no candidate areas are detected, reverse the colouring of the light and dark pixels and recommence at the beginning of step b to attempt to decode the symbol as a symbol with reflectance reversal.

6) If a single pattern is identified but two further finder patterns cannot be located, attempt to decode the symbol as a Micro QR Code symbol by jumping to the Micro QR Code symbols reference decode (from step m).

c) Determine the rotational orientation of the symbol by analysing the finder pattern center coordinates to identify which pattern is the upper left pattern in the symbol and the angle of rotation of the symbol.

d) Determine 1) the distance D crossing the full width of the symbol between the centers of the upper left finder pattern and of the upper right finder pattern and 2) the width of the two patterns, $W_{UL}$ and $W_{UR}$ as shown in Figure 32.

                                                      © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2930



**Figure 32 — Upper finder patterns**

e) Calculate the nominal X dimension of the symbol.

$$X = \left( W_{UL} + W_{UR} \right) / 14$$

f) Provisionally determine the version V of the symbol.

$$V = \left\lfloor \left( D / X \right) - 10 \right\rfloor / 4$$

g) If the provisional symbol version is 6 or less, this is specified as the defined version. If the provisional symbol version is 7 or more, the version information is decoded as follows.

1) Divide the width $W_{UR}$ of the upper right finder pattern by 7 to calculate the module size $CP_{UR}$.

$$CP_{UR} = W_{UR} / 7$$

2) Find the guide lines AC and AB from A, B and C, which pass through the centers of the three finder patterns, as shown in <u>Figure 33</u> below. The sampling grid for each module center in the version information 1 area is determined based on lines parallel to the guide lines, the central coordinates of the finder patterns, and the module size $CP_{UR}$. Binary values 0 and 1 are determined from the light or dark pattern on the sampling grid.



**Figure 33 — Finder patterns and version information**

© ISO/IEC 2015 – All rights reserved     **65**
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2931

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

3) Determine the version by detecting and correcting errors, if any, based on the table in Annex D.2.

4) If errors exceeding the error correction capacity are detected, then calculate the pattern width $W_{DL}$ of the lower left finder pattern and follow a similar procedure to steps a), b) and c) above to decode version information 2.

h) For Version 1 symbols, redefine X as the average spacing of the center points of the dark and light modules in the upper side Timing Patterns. In a similar manner, calculate the Y dimension as the average spacing of the center points of the dark and light modules in the left side Timing Pattern. Establish a sampling grid based on 1) the horizontal line through the upper side Timing Pattern with lines parallel to it at the vertical spacing of Y, comprising six lines above the horizontal reference line and as many lines below it as are required for the version of the symbol and 2) the vertical line passing through the left side Timing Pattern with lines parallel to it at the horizontal spacing of X, comprising six lines to the left of the vertical reference line and as many lines to the right of it as are required for the version of the symbol. For version 2 and larger symbols, determine the central coordinate of each alignment pattern from the coordinates defined in 6.3.6 and Annex E and construct the sampling grids with lines equidistantly spaced between these points.



**Figure 34 — Finder patterns and alignment patterns**

1) Divide the pattern width $W_{UL}$ of the upper left finder pattern $P_{UL}$ by 7 to calculate the module size $CP_{UL}$.

$$CP_{UL} = W_{UL} / 7$$

2) Determine the provisional central coordinates of the alignment patterns P1 and P2 (see Figure 33), based on the coordinate of the center A of the upper left finder pattern $P_{UL}$, lines parallel to the guide lines AB and AC obtained in 7c), and the module size $CP_{UL}$.

3) Scan the outline of the white square in alignment pattern P1 and P2 starting from the pixel of the provisional central coordinate to find the actual central coordinates Xi and Yj (see Figure 35).

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2932

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



**Figure 35 — Central coordinates of alignment pattern**

4) Estimate the provisional central coordinate of the alignment pattern P3, based on the central coordinate of the upper left finder pattern $P_{UL}$ and the actual central coordinates of the alignment patterns P1 and P2 obtained in step 3.

5) Find the actual central coordinate of the alignment pattern P3 by following the same procedure in step 3.

6) Find Lx, which is the center-to-center distance of the alignment patterns P2 and P3, and Ly, which is the center-to-center distance of the alignment patterns P1 and P3. Divide Lx and Ly by the defined spacing of the alignment patterns to obtain the module *pitches* CPx in the lower side and CPy in the right side in the upper left area of the symbol (see Figure 36).

CPx = Lx / AP

CPy = Ly / AP

where AP is the spacing in modules of the alignment pattern centers (see Table E.1).

In the same fashion, find Lx', which is the horizontal distance between the central coordinates of the upper left finder pattern $P_{UL}$ and the central coordinates of the alignment pattern P1, and Ly', which is the vertical distance between the central coordinates of the upper left finder pattern $P_{UL}$ and the central coordinates of the alignment pattern P2. Divide Lx' and Ly' by the formula below to obtain the module pitches CPx' in the upper side and CPy' in the left side in the upper left area of the symbol.

CPx' = Lx' / (Column coordinate of the central module of the alignment pattern P1

— Column coordinate of the central module of the upper left Finder Pattern $P_{UL}$)

CPy' = Ly' / (Row coordinate of the central module of the alignment pattern P2

— Row coordinate of the central module of the upper left Finder Pattern $P_{UL}$)



**Figure 36 — Upper left area of symbol**

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2933

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

7) Determine the sampling grid covering the upper left area of the symbol based on the module pitches CPx, CPx', CPy and CPy' representing each side in the upper left area of the symbol.

8) In the same fashion detemine the sampling grids for the upper right area (covered by the upper right finder pattern $P_{UR}$, alignment patterns P1, P3 and P4) and lower left area (covered by the lower left finder pattern $P_{DL}$, alignment patterns P2, P3 and P5) of the symbol.

9) For the alignment pattern P6 (see Figure 37), estimate its provisional central coordinate from the module pitches CPx' and CPy', the values of which are obtained from the spacings of alignment patterns P3, P4 and P5, guide lines passing through the centers of the alignment patterns P3 and P4, and P3 and P5 respectively, and the central coordinates of these Patterns.



**Figure 37 — Lower right area of symbol**

10) Repeat steps 5) to 8) to determine the sampling grid for the lower right area of the symbol.

11) The same principles shall be applied to determine the sampling grids for any areas of the symbol not already covered.

i) Sample an area of 3 x 3 image pixels, centred on each intersection of the grid lines and determine whether it is dark or light based on the Global Threshold. Construct a bit matrix mapping the dark modules as binary 1 and light modules as binary 0.

j) Decode the format information adjacent to the upper left finder pattern as described in Annex C.3 to yield the Error Correction Level and the data mask pattern applied to the symbol. If errors exceeding the error correction capacity of the format information are detected, then follow the same procedure to decode the format information adjacent to the upper right and lower left finder patterns.

k) If a valid format information bit string cannot be derived, determine whether it is a valid sequence if read in the reverse direction and if so attempt to continue decoding as a mirror image symbol with the image row and column coordinates transposed.

l) Go to step y.

m) For Micro QR Code symbols, determine the possible angles of rotation of the symbol by analysing the angles of the lines from step b) 3) relative to the imaging sensor axes, as ϑ (see Figure 38), ϑ + 90°, ϑ + 180° and ϑ + 270°.

68    © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2934

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



**Figure 38 — angle ϑ relative to the imaging sensor axes**

n)  Plot three lines parallel to each axis of the finder pattern and equally spaced across the pattern and measure the distances from point A to point B on each line. The spacing is not limited but three lines shall be in the finder pattern.

o)  Calculate the provisional module dimension X of the symbol in each axis as one seventh of the mean of the three distances A to B from step n.

p)  Taking each side of the outer box of the finder pattern in turn, extend a line outward from the finder pattern in both directions, parallel to the edge and 0,5 X in from the edge.

q)  Search for the timing patterns:

   1)  Identify two edges of the finder pattern nominally perpendicular to each other, each of which has both

      i)   a clear area of at least 1,5X in one direction;

      ii)  alternating light and dark areas evenly spaced at 1X centres from the edge of the finder pattern in the opposite direction (a candidate timing pattern).

   2)  Check that there is the same number of dark modules in each candidate timing pattern and that this number is between two and five.

r)  Determine the provisional version of the symbol from the number of dark elements in the timing pattern:

   –  If there are two dark elements, the symbol version is M1;

   –  If there are three dark elements, the symbol version is M2;

   –  If there are four dark elements, the symbol version is M3;

   –  If there are five dark elements, the symbol version is M4.

s)  From the centre of the first dark module in each side of the timing patterns extend a line parallel with the adjacent side of the finder pattern to intersect with the corresponding line from the other side and sample an area of 3 x 3 image pixels at 1X intervals along the line to determine the light or dark status of each module of the format information. Determine the format information bit string by taking the dark pixels as binary 1 and light pixels as binary 0.

t)  Release masking of the format information by XORing the bit string with the pattern given in 7.9.2 and decode the format information (applying the error correction procedure given in Annex B if

© ISO/IEC 2015 – All rights reserved                                                                                              69
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

necessary) to yield the symbol number (and hence the version and error correction level of the symbol) and the data mask pattern applied to the symbol.

u) If the format information bit string is not a valid sequence, determine whether it is a valid sequence if read in the reverse direction and if so attempt to continue decoding as a mirror image symbol with the image row and column coordinates transposed. If no more than two bits differ from a valid sequence in Annex C substitute this sequence and decode the substituted format information to obtain the symbol number and the data mask pattern.

v) Confirm the module pitch X in each axis by dividing the overall width from the outer edge of the finder pattern adjacent to the quiet zone to the outer edge of the last dark module in the timing pattern by the number of modules corresponding to the symbol version.

w) Establish a sampling grid, corresponding to the version of the symbol, of lines spaced 1X apart in each axis, parallel to each other and to the side of the finder pattern, and running from the centres of the timing pattern modules and from similar positions in the finder pattern.

x) Sample an area of 3 x 3 image pixels, centred on each intersection of the grid lines, and determine whether it is dark or light based on the Global Threshold. Construct a bit matrix mapping the dark modules as binary 1 and light modules as binary 0.

y) XOR the data mask pattern with the encoding region of the symbol to release the data masking and restore the symbol characters representing data and error correction codewords. This reverses the effect of the data masking process applied during the encoding procedure.

z) Determine the symbol codewords in accordance with the placement rules in 7.7.3.

aa) Rearrange the codeword sequence into blocks as required for the symbol Version and Error Correction Level, by reversing the interleaving process defined in 7.6. step 3).

bb) Follow the error detection and correction decoding procedure in Annex B to correct errors and erasures up to the maximum correction capacity for the symbol version and Error Correction Level.

cc) Restore the original message bit stream by assembling the data blocks in sequence.

dd) Subdivide the data bit stream into segments each commencing with a mode indicator and the length of which is determined by the character count indicator following the mode indicator.

ee) Decode each segment according to the rules for the mode in force.

## 13 Autodiscrimination capability

QR Code can be used in an autodiscrimination environment with a number of other symbologies. (See Annex L). Although Model 1 and QR Code symbols can be autodiscriminated by analysis of the format information mask pattern, Model 1 symbols should not be used in the same environment as QR Code symbols.

## 14 Transmitted data

### 14.1 General principles

All encoded data characters shall be included in the data transmission. The function patterns, format and version information, error correction characters, Pad and Remainder characters shall not be transmitted. The default transmission mode for all data shall be as bytes.

The Structured Append header block shall not be transmitted by decoders operating in buffered mode which have reconstructed the complete message before transmission. If the decoder is operating in unbuffered mode the Structured Append header shall be transmitted as the first 2 bytes of every symbol.

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2936

More complex interpretations including the transmission of data in an Extended Channel Interpretation, are addressed below.

## 14.2 Symbology Identifier

ISO/IEC 15424 provides a standard procedure for reporting the symbology which has been read, together with options set in the decoder and any special features encountered in the symbol.

Once the structure of the data (including the use of any ECI) has been identified, the appropriate Symbology Identifier should be added by the decoder as a preamble to the transmitted data; if ECIs are used the Symbology Identifier is required. See Annex F for the Symbology Identifier and option values which apply to QR Code.

## 14.3 Extended Channel Interpretations

In systems where the ECI protocol is supported the transmission of the Symbology Identifier is required with every transmission. Whenever the ECI mode indicator is encountered, it shall be transmitted as the escape character 5C$_{HEX}$, (which represents the backslash character "\" in ISO/IEC 8859-1 and in the AIM ECI specification and maps to the character "¥" in JIS X 0201). The codeword(s) *representing* the ECI Designator are converted into a 6 digit number by inverting the rules defined in Table 4. These 6 digits shall be transmitted as the corresponding 8-bit values in the range 30$_{HEX}$ to 39$_{HEX}$, immediately following the escape character.

Application software recognizing \**nnnnnn** should interpret all subsequent characters as being from the ECI defined by the 6 digit designator. This interpretation remains in effect until:

– the end of the encoded data;

– a change to a new ECI signaled by mode indicator **0111**, subject to rules defined by the AIM ECI specification.

When reverting to the default interpretation the decoder shall output the appropriate escape sequence as prefix to the data.

If the character 5C$_{HEX}$ needs to be used as encoded data, transmission shall be as follows: whenever character 5C$_{HEX}$ occurs as data, two bytes of the value shall be transmitted, thus a single occurrence is always an escape character and a double occurrence indicates true data.

Example 1

a) Encoded data (hex):   41 42 43 5C 31 32 33 34

Transmitted data:   41 42 43 5C 5C 31 32 33 34

b) Encoded data:   ABC followed by <further data> encoded according to rules for ECI 123456.

Transmitted data:   41 42 43 5C 31 32 33 34 35 36 <further data>

Example 2 (using data in 7.4.2.2)

The message contains ECI mode indicator/ECI Designator/mode indicator/Character count indicator/Data in the form of

**0111 00001001 0100 00000101 10100001 10100010 10100011 10100100 10100101**

Symbology Identifier                    **]Q2** (see Annex F) must be added to the data transmission.

Transmission (hex. values):          **5D 51 32 5C 30 30 30 30 30 39 A1 A2 A3 A4 A5**

Encoded data in ECI 000009:          **ΑΒΓΔΕ**

© ISO/IEC 2015 – All rights reserved                                                                       **71**
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2937

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

In Structured Append mode, when the ECI mode indicator is encountered at the beginning of the symbol, subsequent data characters shall be interpreted as being from the ECI(s) in force at the end of the preceding symbol.

NOTE        $5C_{HEX}$ is equivalent to the backslash character "\" in ISO/IEC 8859-1 and to "¥" in JIS X 0201.

## 14.4 FNC1

In the modes with implied FNC1 in either first or second position, this implied character cannot be transmitted directly as there is no byte value corresponding to it. It is therefore necessary to indicate its presence in the first or second position by the transmission of the relevant Symbology Identifier (**]Q3, ]Q4, ]Q5** or **]Q6** defined in <u>Annex F</u> shall be used). Elsewhere in these symbols it may occur in accordance with the relevant application specification as a data field separator, represented in Alphanumeric mode by the character % and in Byte mode by the character **GS** (ASCII/JIS8 value $1D_{HEX}$). In both cases the decoder shall transmit ASCII/JIS8 value $1D_{HEX}$.

If, in symbols in FNC1 mode, the character % needs to be encoded as data while in Alphanumeric mode, it shall be represented in the symbol by %%. If this is encountered the decoder shall transmit a single % character.

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2938

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

# Annex A
## (normative)

## Error detection and correction generator polynomials

The check character generation polynomial is used to divide the data codeword polynomial, where each codeword is the coefficient of the dividend polynomial in descending power order. The coefficients of the remainder of this division are the error correction codeword values.

Table A.1 shows the generator polynomials for the error correction codes which are used for each Version and Level, for all QR Code symbols. The number of error correction codewords required for a particular version and error correction level can be obtained from Table 9. In the table, $\alpha$ is the primitive element 2 under GF($2^8$). Each generator polynomial is the product of the first degree polynomials: x-$2^0$, x-$2^1$, ..., x-$2^{n-1}$; where n is the degree of the generator polynomial.

**Table A.1 — Generator polynomials for Reed-Solomon error correction codewords**

| Number of error correction code-words | Generator polynomials |
|---|---|
| 2 | $x^2 + \alpha^{25}x + \alpha$ |
| 5 | $x^5 + \alpha^{113}x^4 + \alpha^{164}x^3 + \alpha^{166}x^2 + \alpha^{119}x + \alpha^{10}$ |
| 6 | $x^6 + \alpha^{166}x^5 + x^4 + \alpha^{134}x^3 + \alpha^{5}x^2 + \alpha^{176}x + \alpha^{15}$ |
| 7 | $x^7 + \alpha^{87}x^6 + \alpha^{229}x^5 + \alpha^{146}x^4 + \alpha^{149}x^3 + \alpha^{238}x^2 + \alpha^{102}x + \alpha^{21}$ |
| 8 | $x^8 + \alpha^{175}x^7 + \alpha^{238}x^6 + \alpha^{208}x^5 + \alpha^{249}x^4 + \alpha^{215}x^3 + \alpha^{252}x^2 + \alpha^{196}x + \alpha^{28}$ |
| 10 | $x^{10} + \alpha^{251}x^9 + \alpha^{67}x^8 + \alpha^{46}x^7 + \alpha^{61}x^6 + \alpha^{118}x^5 + \alpha^{70}x^4 + \alpha^{64}x^3 + \alpha^{94}x^2 + \alpha^{32}x + \alpha^{45}$ |
| 13 | $x^{13} + \alpha^{74}x^{12} + \alpha^{152}x^{11} + \alpha^{176}x^{10} + \alpha^{100}x^9 + \alpha^{86}x^8 + \alpha^{100}x^7 + \alpha^{106}x^6 + \alpha^{104}x^5 + \alpha^{130}x^4 + \alpha^{218}x^3 + \alpha^{206}x^2 + \alpha^{140}x + \alpha^{78}$ |
| 14 | $x^{14} + \alpha^{199}x^{13} + \alpha^{249}x^{12} + \alpha^{155}x^{11} + \alpha^{48}x^{10} + \alpha^{190}x^9 + \alpha^{124}x^8 + \alpha^{218}x^7 + \alpha^{137}x^6 + \alpha^{216}x^5 + \alpha^{87}x^4 + \alpha^{207}x^3 + \alpha^{59}x^2 + \alpha^{22}x + \alpha^{91}$ |
| 15 | $x^{15} + \alpha^{8}x^{14} + \alpha^{183}x^{13} + \alpha^{61}x^{12} + \alpha^{91}x^{11} + \alpha^{202}x^{10} + \alpha^{37}x^9 + \alpha^{51}x^8 + \alpha^{58}x^7 + \alpha^{58}x^6 + \alpha^{237}x^5 + \alpha^{140}x^4 + \alpha^{124}x^3 + \alpha^{5}x^2 + \alpha^{99}x + \alpha^{105}$ |
| 16 | $x^{16} + \alpha^{120}x^{15} + \alpha^{104}x^{14} + \alpha^{107}x^{13} + \alpha^{109}x^{12} + \alpha^{102}x^{11} + \alpha^{161}x^{10} + \alpha^{76}x^9 + \alpha^{3}x^8 + \alpha^{91}x^7 + \alpha^{191}x^6 + \alpha^{147}x^5 + \alpha^{169}x^4\alpha^{182}x^3 + \alpha^{194}x^2 + \alpha^{225}x + \alpha^{120}$ |
| 17 | $x^{17} + \alpha^{43}x^{16} + \alpha^{139}x^{15} + \alpha^{206}x^{14} + \alpha^{78}x^{13} + \alpha^{43}x^{12} + \alpha^{239}x^{11} + \alpha^{123}x^{10} + \alpha^{206}x^9 + \alpha^{214}x^8 + \alpha^{147}x^7 + \alpha^{24}x^6 + \alpha^{99}x^5 + \alpha^{150}x^4 + \alpha^{39}x^3 + \alpha^{243}x^2 + \alpha^{163}x + \alpha^{136}$ |
| 18 | $x^{18} + \alpha^{215}x^{17} + \alpha^{234}x^{16} + \alpha^{158}x^{15} + \alpha^{94}x^{14} + \alpha^{184}x^{13} + \alpha^{97}x^{12} + \alpha^{118}x^{11} + \alpha^{170}x^{10} + \alpha^{79}x^9 + \alpha^{187}x^8 + \alpha^{152}x^7 + \alpha^{148}x^6 + \alpha^{252}x^5 + \alpha^{179}x^4 + \alpha^{5}x^3 + \alpha^{98}x^2 + \alpha^{96}x + \alpha^{153}$ |
| 20 | $x^{20} + \alpha^{17}x^{19} + \alpha^{60}x^{18} + \alpha^{79}x^{17} + \alpha^{50}x^{16} + \alpha^{61}x^{15} + \alpha^{163}x^{14} + \alpha^{26}x^{13} + \alpha^{187}x^{12} + \alpha^{202}x^{11} + \alpha^{180}x^{10} + \alpha^{221}x^9 + \alpha^{225}x^8 + \alpha^{83}x^7 + \alpha^{239}x^6 + \alpha^{156}x^5 + \alpha^{164}x^4 + \alpha^{212}x^3 + \alpha^{212}x^2 + \alpha^{188}x + \alpha^{190}$ |
| 22 | $x^{22} + \alpha^{210}x^{21} + \alpha^{171}x^{20} + \alpha^{247}x^{19} + \alpha^{242}x^{18} + \alpha^{93}x^{17} + \alpha^{230}x^{16} + \alpha^{14}x^{15} + \alpha^{109}x^{14} + \alpha^{221}x^{13} + \alpha^{53}x^{12} + \alpha^{200}x^{11} + \alpha^{74}x^{10} + \alpha^{8}x^9 + \alpha^{172}x^8 + \alpha^{98}x^7 + \alpha^{80}x^6 + \alpha^{219}x^5 + \alpha^{134}x^4 + \alpha^{160}x^3 + \alpha^{105}x^2 + \alpha^{165}x + \alpha^{231}$ |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2939

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

**Table A.1** *(continued)*

| Number of error correction code-words | Generator polynomials |
|---|---|
| 24 | $x^{24} + \alpha^{229}x^{23} + \alpha^{121}x^{22} + \alpha^{135}x^{21} + \alpha^{48}x^{20} + \alpha^{211}x^{19} + \alpha^{117}x^{18} + \alpha^{251}x^{17} + \alpha^{126}x^{16} + \alpha^{159}x^{15} + \alpha^{180}x^{14} + \alpha^{169}x^{13} + \alpha^{152}x^{12} + \alpha^{192}x^{11} + \alpha^{226}x^{10} + \alpha^{228}x^{9} + \alpha^{218}x^{8} + \alpha^{111}x^{7} + x^{6} + \alpha^{117}x^{5} + \alpha^{232}x^{4} + \alpha^{87}x^{3} + \alpha^{96}x^{2} + \alpha^{227}x + \alpha^{21}$ |
| 26 | $x^{26} + \alpha^{173}x^{25} + \alpha^{125}x^{24} + \alpha^{158}x^{23} + \alpha^{2}x^{22} + \alpha^{103}x^{21} + \alpha^{182}x^{20} + \alpha^{118}x^{19} + \alpha^{17}x^{18} + \alpha^{145}x^{17} + \alpha^{201}x^{16} + \alpha^{111}x^{15} + \alpha^{28}x^{14} + \alpha^{165}x^{13} + \alpha^{53}x^{12} + \alpha^{161}x^{11} + \alpha^{21}x^{10} + \alpha^{245}x^{9} + \alpha^{142}x^{8} + \alpha^{13}x^{7} + \alpha^{102}x^{6} + \alpha^{48}x^{5} + \alpha^{227}x^{4} + \alpha^{153}x^{3} + \alpha^{145}x^{2} + \alpha^{218}x + \alpha^{70}$ |
| 28 | $x^{28} + \alpha^{168}x^{27} + \alpha^{223}x^{26} + \alpha^{200}x^{25} + \alpha^{104}x^{24} + \alpha^{224}x^{23} + \alpha^{234}x^{22} + \alpha^{108}x^{21} + \alpha^{180}x^{20} + \alpha^{110}x^{19} + \alpha^{190}x^{18} + \alpha^{195}x^{17} + \alpha^{147}x^{16} + \alpha^{205}x^{15} + \alpha^{27}x^{14} + \alpha^{232}x^{13} + \alpha^{201}x^{12} + \alpha^{21}x^{11} + \alpha^{43}x^{10} + \alpha^{245}x^{9} + \alpha^{87}x^{8} + \alpha^{42}x^{7} + \alpha^{195}x^{6} + \alpha^{212}x^{5} + \alpha^{119}x^{4} + \alpha^{242}x^{3} + \alpha^{37}x^{2} + \alpha^{9}x + \alpha^{123}$ |
| 30 | $x^{30} + \alpha^{41}x^{29} + \alpha^{173}x^{28} + \alpha^{145}x^{27} + \alpha^{152}x^{26} + \alpha^{216}x^{25} + \alpha^{31}x^{24} + \alpha^{179}x^{23} + \alpha^{182}x^{22} + \alpha^{50}x^{21} + \alpha^{48}x^{20} + \alpha^{110}x^{19} + \alpha^{86}x^{18} + \alpha^{239}x^{17} + \alpha^{96}x^{16} + \alpha^{222}x^{15} + \alpha^{125}x^{14} + \alpha^{42}x^{13} + \alpha^{173}x^{12} + \alpha^{226}x^{11} + \alpha^{193}x^{10} + \alpha^{224}x^{9} + \alpha^{130}x^{8} + \alpha^{156}x^{7} + \alpha^{37}x^{6} + \alpha^{251}x^{5} + \alpha^{216}x^{4} + \alpha^{238}x^{3} + \alpha^{40}x^{2} + \alpha^{192}x + \alpha^{180}$ |
| 32 | $x^{32} \alpha^{10}x^{31} + \alpha^{6}x^{30} + \alpha^{106}x^{29} + \alpha^{190}x^{28} + \alpha^{249}x^{27} + \alpha^{167}x^{26} + \alpha^{4}x^{25} + \alpha^{67}x^{24} + \alpha^{209}x^{23} + \alpha^{138}x^{22} + \alpha^{138}x^{21} + \alpha^{32}x^{20} + \alpha^{242}x^{19} + \alpha^{123}x^{18} + \alpha^{89}x^{17} + \alpha^{27}x^{16} + \alpha^{120}x^{15} + \alpha^{185}x^{14} + \alpha^{80}x^{13} + \alpha^{156}x^{12} + \alpha^{38}x^{11} + \alpha^{69}x^{10} + \alpha^{171}x^{9} + \alpha^{60}x^{8} + \alpha^{28}x^{7} + \alpha^{222}x^{6} + \alpha^{80}x^{5} + \alpha^{52}x^{4} + \alpha^{254}x^{3} + \alpha^{185}x^{2} + \alpha^{220}x + \alpha^{241}$ |
| 34 | $x^{34} + \alpha^{111}x^{33} + \alpha^{77}x^{32} + \alpha^{146}x^{31} + \alpha^{94}x^{30} + \alpha^{26}x^{29} + \alpha^{21}x^{28} + \alpha^{108}x^{27} + \alpha^{19}x^{26} + \alpha^{105}x^{25} + \alpha^{94}x^{24} + \alpha^{113}x^{23} + \alpha^{193}x^{22} + \alpha^{86}x^{21} + \alpha^{140}x^{20} + \alpha^{163}x^{19} + \alpha^{125}x^{18} + \alpha^{58}x^{17} + \alpha^{158}x^{16} + \alpha^{229}x^{15} + \alpha^{239}x^{14} + \alpha^{218}x^{13} + \alpha^{103}x^{12} + \alpha^{56}x^{11} + \alpha^{70}x^{10} + \alpha^{114}x^{9} + \alpha^{61}x^{8} + \alpha^{183}x^{7} + \alpha^{129}x^{6} + \alpha^{167}x^{5} + \alpha^{13}x^{4} + \alpha^{98}x^{3} + \alpha^{62}x^{2} + \alpha^{129}x + \alpha^{51}$ |
| 36 | $x^{36} + \alpha^{200}x^{35} + \alpha^{183}x^{34} + \alpha^{98}x^{33} + \alpha^{16}x^{32} + \alpha^{172}x^{31} + \alpha^{31}x^{30} + \alpha^{246}x^{29} + \alpha^{234}x^{28} + \alpha^{60}x^{27} + \alpha^{152}x^{26} + \alpha^{115}x^{25} + x^{24} + \alpha^{167}x^{23} + \alpha^{152}x^{22} + \alpha^{113}x^{21} + \alpha^{248}x^{20} + \alpha^{238}x^{19} + \alpha^{107}x^{18} + \alpha^{18}x^{17} + \alpha^{63}x^{16} + \alpha^{218}x^{15} + \alpha^{37}x^{14} + \alpha^{87}x^{13} + \alpha^{210}x^{12} + \alpha^{105}x^{11} + \alpha^{177}x^{10} + \alpha^{120}x^{9} + \alpha^{74}x^{8} + \alpha^{121}x^{7} + \alpha^{196}x^{6} + \alpha^{117}x^{5} + \alpha^{251}x^{4} + \alpha^{113}x^{3} + \alpha^{233}x^{2} + \alpha^{30}x + \alpha^{120}$ |
| 40 | $x^{40} + \alpha^{59}x^{39} + \alpha^{116}x^{38} + \alpha^{79}x^{37} + \alpha^{161}x^{36} + \alpha^{252}x^{35} + \alpha^{98}x^{34} + \alpha^{128}x^{33} + \alpha^{205}x^{32} + \alpha^{128}x^{31} + \alpha^{161}x^{30} + \alpha^{247}x^{29} + \alpha^{57}x^{28} + \alpha^{163}x^{27} + \alpha^{56}x^{26} + \alpha^{235}x^{25} + \alpha^{106}x^{24} + \alpha^{53}x^{23} + \alpha^{26}x^{22} + \alpha^{187}x^{21} + \alpha^{174}x^{20} + \alpha^{226}x^{19} + \alpha^{104}x^{18} + \alpha^{170}x^{17} + \alpha^{7}x^{16} + \alpha^{175}x^{15} + \alpha^{35}x^{14} + \alpha^{181}x^{13} + \alpha^{114}x^{12} + \alpha^{88}x^{11} + \alpha^{41}x^{10} + \alpha^{47}x^{9} + \alpha^{163}x^{8} + \alpha^{125}x^{7} + \alpha^{134}x^{6} + \alpha^{72}x^{5} + \alpha^{20}x^{4} + \alpha^{232}x^{3} + \alpha^{53}x^{2} + \alpha^{35}x + \alpha^{15}$ |
| 42 | $x^{42} + \alpha^{250}x^{41} + \alpha^{103}x^{40} + \alpha^{221}x^{39} + \alpha^{230}x^{38} + \alpha^{25}x^{37} + \alpha^{18}x^{36} + \alpha^{137}x^{35} + \alpha^{231}x^{34} + x^{33} + \alpha^{32}x^{32} + \alpha^{58}x^{31} + \alpha^{242}x^{30} + \alpha^{221}x^{29} + \alpha^{191}x^{28} + \alpha^{110}x^{27} + \alpha^{84}x^{26} + \alpha^{230}x^{25} + \alpha^{8}x^{24} + \alpha^{188}x^{23} + \alpha^{106}x^{22} + \alpha^{96}x^{21} + \alpha^{147}x^{20} + \alpha^{15}x^{19} + \alpha^{131}x^{18} + \alpha^{139}x^{17} + \alpha^{34}x^{16} + \alpha^{101}x^{15} + \alpha^{223}x^{14} + \alpha^{101}x^{13} + \alpha^{101}x^{12} + \alpha^{213}x^{11} + \alpha^{199}x^{10} + \alpha^{237}x^{9} + \alpha^{254}x^{8} + \alpha^{201}x^{7} + \alpha^{123}x^{6} + \alpha^{171}x^{5} + \alpha^{162}x^{4} + \alpha^{194}x^{3} + \alpha^{117}x^{2} + \alpha^{50}x + \alpha^{96}$ |
| 44 | $x^{44} + \alpha^{190}x^{43} + \alpha^{7}x^{42} + \alpha^{61}x^{41} + \alpha^{121}x^{40} + \alpha^{71}x^{39} + \alpha^{246}x^{38} + \alpha^{69}x^{37} + \alpha^{55}x^{36} + \alpha^{168}x^{35} + \alpha^{188}x^{34} + \alpha^{89}x^{33} + \alpha^{243}x^{32} + \alpha^{191}x^{31} + \alpha^{25}x^{30} + \alpha^{72}x^{29} + \alpha^{123}x^{28} + \alpha^{9}x^{27} + \alpha^{145}x^{26} + \alpha^{14}x^{25} + \alpha^{247}x^{24} + \alpha x^{23} + \alpha^{238}x^{22} + \alpha^{44}x^{21} + \alpha^{78}x^{20} + \alpha^{143}x^{19} + \alpha^{62}x^{18} + \alpha^{224}x^{17} + \alpha^{126}x^{16} + \alpha^{118}x^{15} + \alpha^{114}x^{14} + \alpha^{68}x^{13} + \alpha^{163}x^{12} + \alpha^{52}x^{11} + \alpha^{194}x^{10} + \alpha^{217}x^{9} + \alpha^{147}x^{8} + \alpha^{204}x^{7} + \alpha^{169}x^{6} + \alpha^{37}x^{5} + \alpha^{130}x^{4} + \alpha^{113}x^{3} + \alpha^{102}x^{2} + \alpha^{73}x + \alpha^{181}$ |

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2940

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**Table A.1** *(continued)*

| Number of error correction code-words | Generator polynomials |
|---|---|
| 46 | $x^{46} + \alpha^{112}x^{45} + \alpha^{94}x^{44} + \alpha^{88}x^{43} + \alpha^{112}x^{42} + \alpha^{253}x^{41} + \alpha^{224}x^{40} + \alpha^{202}x^{39} + \alpha^{115}x^{38} + \alpha^{187}x^{37} + \alpha^{99}x^{36} + \alpha^{89}x^{35} + \alpha^{5}x^{34} + \alpha^{54}x^{33} + \alpha^{113}x^{32} + \alpha^{129}x^{31} + \alpha^{44}x^{30} + \alpha^{58}x^{29} + \alpha^{16}x^{28} + \alpha^{135}x^{27} + \alpha^{216}x^{26} + \alpha^{169}x^{25} + \alpha^{211}x^{24} + \alpha^{36}x^{23} + \alpha x^{22} + \alpha^{4}x^{21} + \alpha^{96}x^{20} + \alpha^{60}x^{19} + \alpha^{241}x^{18} + \alpha^{73}x^{17} + \alpha^{104}x^{16} + \alpha^{234}x^{15} + \alpha^{8}x^{14} + \alpha^{249}x^{13} + \alpha^{245}x^{12} + \alpha^{119}x^{11} + \alpha^{174}x^{10} + \alpha^{52}x^{9} + \alpha^{25}x^{8} + \alpha^{157}x^{7} + \alpha^{224}x^{6} + \alpha^{43}x^{5} + \alpha^{202}x^{4} + \alpha^{223}x^{3} + \alpha^{19}x^{2} + \alpha^{82}x + \alpha^{15}$ |
| 48 | $x^{48} + \alpha^{228}x^{47} + \alpha^{25}x^{46} + \alpha^{196}x^{45} + \alpha^{130}x^{44} + \alpha^{211}x^{43} + \alpha^{146}x^{42} + \alpha^{60}x^{41} + \alpha^{24}x^{40} + \alpha^{251}x^{39} + \alpha^{90}x^{38} + \alpha^{39}x^{37} + \alpha^{102}x^{36} + \alpha^{240}x^{35} + \alpha^{61}x^{34} + \alpha^{178}x^{33} + \alpha^{63}x^{32} + \alpha^{46}x^{31} + \alpha^{123}x^{30} + \alpha^{115}x^{29} + \alpha^{18}x^{28} + \alpha^{221}x^{27} + \alpha^{111}x^{26} + \alpha^{135}x^{25} + \alpha^{160}x^{24} + \alpha^{182}x^{23} + \alpha^{205}x^{22} + \alpha^{107}x^{21} + \alpha^{206}x^{20} + \alpha^{95}x^{19} + \alpha^{150}x^{18} + \alpha^{120}x^{17} + \alpha^{184}x^{16} + \alpha^{91}x^{15} + \alpha^{21}x^{14} + \alpha^{247}x^{13} + \alpha^{156}x^{12} + \alpha^{140}x^{11} + \alpha^{238}x^{10} + \alpha^{191}x^{9} + \alpha^{11}x^{8} + \alpha^{94}x^{7} + \alpha^{227}x^{6} + \alpha^{84}x^{5} + \alpha^{50}x^{4} + \alpha^{163}x^{3} + \alpha^{39}x^{2} + \alpha^{34}x + \alpha^{108}$ |
| 50 | $x^{50} + \alpha^{232}x^{49} + \alpha^{125}x^{48} + \alpha^{157}x^{47} + \alpha^{161}x^{46} + \alpha^{164}x^{45} + \alpha^{9}x^{44} + \alpha^{118}x^{43} + \alpha^{46}x^{42} + \alpha^{209}x^{41} + \alpha^{99}x^{40} + \alpha^{203}x^{39} + \alpha^{193}x^{38} + \alpha^{35}x^{37} + \alpha^{3}x^{36} + \alpha^{209}x^{35} + \alpha^{111}x^{34} + \alpha^{195}x^{33} + \alpha^{242}x^{32} + \alpha^{203}x^{31} + \alpha^{225}x^{30} + \alpha^{46}x^{29} + \alpha^{13}x^{28} + \alpha^{32}x^{27} + \alpha^{160}x^{26} + \alpha^{126}x^{25} + \alpha^{209}x^{24} + \alpha^{130}x^{23} + \alpha^{160}x^{22} + \alpha^{242}x^{21} + \alpha^{215}x^{20} + \alpha^{242}x^{19} + \alpha^{75}x^{18} + \alpha^{77}x^{17} + \alpha^{42}x^{16} + \alpha^{189}x^{15} + \alpha^{32}x^{14} + \alpha^{113}x^{13} + \alpha^{65}x^{12} + \alpha^{124}x^{11} + \alpha^{69}x^{10} + \alpha^{228}x^{9} + \alpha^{114}x^{8} + \alpha^{235}x^{7} + \alpha^{175}x^{6} + \alpha^{124}x^{5} + \alpha^{170}x^{4} + \alpha^{215}x^{3} + \alpha^{232}x^{2} + \alpha^{133}x + \alpha^{205}$ |
| 52 | $x^{52} + \alpha^{116}x^{51} + \alpha^{50}x^{50} + \alpha^{86}x^{49} + \alpha^{186}x^{48} + \alpha^{50}x^{47} + \alpha^{220}x^{46} + \alpha^{251}x^{45} + \alpha^{89}x^{44} + \alpha^{192}x^{43} + \alpha^{46}x^{42} + \alpha^{86}x^{41} + \alpha^{127}x^{40} + \alpha^{124}x^{39} + \alpha^{19}x^{38} + \alpha^{184}x^{37} + \alpha^{233}x^{36} + \alpha^{151}x^{35} + \alpha^{215}x^{34} + \alpha^{22}x^{33} + \alpha^{14}x^{32} + \alpha^{59}x^{31} + \alpha^{145}x^{30} + \alpha^{37}x^{29} + \alpha^{242}x^{28} + \alpha^{203}x^{27} + \alpha^{134}x^{26} + \alpha^{254}x^{25} + \alpha^{89}x^{24} + \alpha^{190}x^{23} + \alpha^{94}x^{22} + \alpha^{59}x^{21} + \alpha^{65}x^{20} + \alpha^{124}x^{19} + \alpha^{113}x^{18} + \alpha^{100}x^{17} + \alpha^{233}x^{16} + \alpha^{235}x^{15} + \alpha^{121}x^{14} + \alpha^{22}x^{13} + \alpha^{76}x^{12} + \alpha^{86}x^{11} + \alpha^{97}x^{10} + \alpha^{39}x^{9} + \alpha^{242}x^{8} + \alpha^{200}x^{7} + \alpha^{220}x^{6} + \alpha^{101}x^{5} + \alpha^{33}x^{4} + \alpha^{239}x^{3} + \alpha^{254}x^{2} + \alpha^{116}x + \alpha^{51}$ |
| 54 | $x^{54} + \alpha^{183}x^{53} + \alpha^{26}x^{52} + \alpha^{201}x^{51} + \alpha^{87}x^{50} + \alpha^{210}x^{49} + \alpha^{221}x^{48} + \alpha^{113}x^{47} + \alpha^{21}x^{46} + \alpha^{46}x^{45} + \alpha^{65}x^{44} + \alpha^{45}x^{43} + \alpha^{50}x^{42} + \alpha^{238}x^{41} + \alpha^{184}x^{40} + \alpha^{249}x^{39} + \alpha^{225}x^{38} + \alpha^{102}x^{37} + \alpha^{58}x^{36} + \alpha^{209}x^{35} + \alpha^{218}x^{34} + \alpha^{109}x^{33} + \alpha^{165}x^{32} + \alpha^{26}x^{31} + \alpha^{95}x^{30} + \alpha^{184}x^{29} + \alpha^{192}x^{28} + \alpha^{52}x^{27} + \alpha^{245}x^{26} + \alpha^{35}x^{25} + \alpha^{254}x^{24} + \alpha^{238}x^{23} + \alpha^{175}x^{22} + \alpha^{172}x^{21} + \alpha^{79}x^{20} + \alpha^{123}x^{19} + \alpha^{25}x^{18} + \alpha^{122}x^{17} + \alpha^{43}x^{16} + \alpha^{120}x^{15} + \alpha^{108}x^{14} + \alpha^{215}x^{13} + \alpha^{80}x^{12} + \alpha^{128}x^{11} + \alpha^{201}x^{10} + \alpha^{235}x^{9} + \alpha^{8}x^{8} + \alpha^{153}x^{7} + \alpha^{59}x^{6} + \alpha^{101}x^{5} + \alpha^{31}x^{4} + \alpha^{198}x^{3} + \alpha^{76}x^{2} + \alpha^{31}x + \alpha^{156}$ |
| 56 | $x^{56} + \alpha^{106}x^{55} + \alpha^{120}x^{54} + \alpha^{107}x^{53} + \alpha^{157}x^{52} + \alpha^{164}x^{51} + \alpha^{216}x^{50} + \alpha^{112}x^{49} + \alpha^{116}x^{48} + \alpha^{2}x^{47} + \alpha^{91}x^{46} + \alpha^{248}x^{45} + \alpha^{163}x^{44} + \alpha^{36}x^{43} + \alpha^{201}x^{42} + \alpha^{202}x^{41} + \alpha^{229}x^{40} + \alpha^{6}x^{39} + \alpha^{144}x^{38} + \alpha^{254}x^{37} + \alpha^{155}x^{36} + \alpha^{135}x^{35} + \alpha^{208}x^{34} + \alpha^{170}x^{33} + \alpha^{209}x^{32} + \alpha^{12}x^{31} + \alpha^{139}x^{30} + \alpha^{127}x^{29} + \alpha^{142}x^{28} + \alpha^{182}x^{27} + \alpha^{249}x^{26} + \alpha^{177}x^{25} + \alpha^{174}x^{24} + \alpha^{190}x^{23} + \alpha^{28}x^{22} + \alpha^{10}x^{21} + \alpha^{85}x^{20} + \alpha^{239}x^{19} + \alpha^{184}x^{18} + \alpha^{101}x^{17} + \alpha^{124}x^{16} + \alpha^{152}x^{15} + \alpha^{206}x^{14} + \alpha^{96}x^{13} + \alpha^{23}x^{12} + \alpha^{163}x^{11} + \alpha^{61}x^{10} + \alpha^{27}x^{9} + \alpha^{196}x^{8} + \alpha^{247}x^{7} + \alpha^{151}x^{6} + \alpha^{154}x^{5} + \alpha^{202}x^{4} + \alpha^{207}x^{3} + \alpha^{20}x^{2} + \alpha^{61}x + \alpha^{10}$ |
| 58 | $x^{58} + \alpha^{82}x^{57} + \alpha^{116}x^{56} + \alpha^{26}x^{55} + \alpha^{247}x^{54} + \alpha^{66}x^{53} + \alpha^{27}x^{52} + \alpha^{62}x^{51} + \alpha^{107}x^{50} + \alpha^{252}x^{49} + \alpha^{182}x^{48} + \alpha^{200}x^{47} + \alpha^{185}x^{46} + \alpha^{235}x^{45} + \alpha^{55}x^{44} + \alpha^{251}x^{43} + \alpha^{242}x^{42} + \alpha^{210}x^{41} + \alpha^{144}x^{40} + \alpha^{154}x^{39} + \alpha^{237}x^{38} + \alpha^{176}x^{37} + \alpha^{141}x^{36} + \alpha^{192}x^{35} + \alpha^{248}x^{34} + \alpha^{152}x^{33} + \alpha^{249}x^{32} + \alpha^{206}x^{31} + \alpha^{85}x^{30} + \alpha^{253}x^{29} + \alpha^{142}x^{28} + \alpha^{65}x^{27} + \alpha^{165}x^{26} + \alpha^{125}x^{25} + \alpha^{23}x^{24} + \alpha^{24}x^{23} + \alpha^{30}x^{22} + \alpha^{122}x^{21} + \alpha^{240}x^{20} + \alpha^{214}x^{19} + \alpha^{6}x^{18} + \alpha^{129}x^{17} + \alpha^{218}x^{16} + \alpha^{29}x^{15} + \alpha^{145}x^{14} + \alpha^{127}x^{13} + \alpha^{134}x^{12} + \alpha^{206}x^{11} + \alpha^{245}x^{10} + \alpha^{117}x^{9} + \alpha^{29}x^{8} + \alpha^{41}x^{7} + \alpha^{63}x^{6} + \alpha^{159}x^{5} + \alpha^{142}x^{4} + \alpha^{233}x^{3} + \alpha^{125}x^{2} + \alpha^{148}x + \alpha^{123}$ |

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2941

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**Table A.1** *(continued)*

| Number of error correction code-words | Generator polynomials |
|---|---|
| 60 | $x^{60} + \alpha^{107}x^{59} + \alpha^{140}x^{58} + \alpha^{26}x^{57} + \alpha^{12}x^{56} + \alpha^9x^{55} + \alpha^{141}x^{54} + \alpha^{243}x^{53} + \alpha^{197}x^{52} + \alpha^{226}x^{51} + \alpha^{197}x^{50} + \alpha^{219}x^{49} + \alpha^{45}x^{48} + \alpha^{211}x^{47} + \alpha^{101}x^{46} + \alpha^{219}x^{45} + \alpha^{120}x^{44} + \alpha^{28}x^{43} + \alpha^{181}x^{42} + \alpha^{127}x^{41} + \alpha^0x^{40} + \alpha^{100}x^{39} + \alpha^{247}x^{38} + \alpha^2x^{37} + \alpha^{205}x^{36} + \alpha^{198}x^{35} + \alpha^{57}x^{34} + \alpha^{115}x^{33} + \alpha^{219}x^{32} + \alpha^{101}x^{31} + \alpha^{109}x^{30} + \alpha^{160}x^{29} + \alpha^{82}x^{28} + \alpha^{37}x^{27} + \alpha^{38}x^{26} + \alpha^{238}x^{25} + \alpha^{49}x^{24} + \alpha^{160}x^{23} + \alpha^{209}x^{22} + \alpha^{121}x^{21} + \alpha^{86}x^{20} + \alpha^{11}x^{19} + \alpha^{124}x^{18} + \alpha^{30}x^{17} + \alpha^{181}x^{16} + \alpha^{84}x^{15} + \alpha^{25}x^{14} + \alpha^{194}x^{13} + \alpha^{87}x^{12} + \alpha^{65}x^{11} + \alpha^{102}x^{10} + \alpha^{190}x^9 + \alpha^{220}x^8 + \alpha^{70}x^7 + \alpha^{27}x^6 + \alpha^{209}x^5 + \alpha^{16}x^4 + \alpha^{89}x^3 + \alpha^7x^2 + \alpha^{33}x + \alpha^{240}$ |
| 62 | $x^{62} + \alpha^{65}x^{61} + \alpha^{202}x^{60} + \alpha^{113}x^{59} + \alpha^{98}x^{58} + \alpha^{71}x^{57} + \alpha^{223}x^{56} + \alpha^{248}x^{55} + \alpha^{118}x^{54} + \alpha^{214}x^{53} + \alpha^{94}x^{52} + x^{51} + \alpha^{122}x^{50} + \alpha^{37}x^{49} + \alpha^{23}x^{48} + \alpha^2x^{47} + \alpha^{228}x^{46} + \alpha^{58}x^{45} + \alpha^{121}x^{44} + \alpha^7x^{43} + \alpha^{105}x^{42} + \alpha^{135}x^{41} + \alpha^{78}x^{40} + \alpha^{243}x^{39} + \alpha^{118}x^{38} + \alpha^{70}x^{37} + \alpha^{76}x^{36} + \alpha^{223}x^{35} + \alpha^{89}x^{34} + \alpha^{72}x^{33} + \alpha^{50}x^{32} + \alpha^{70}x^{31} + \alpha^{111}x^{30} + \alpha^{194}x^{29} + \alpha^{17}x^{28} + \alpha^{212}x^{27} + \alpha^{126}x^{26} + \alpha^{181}x^{25} + \alpha^{35}x^{24} + \alpha^{221}x^{23} + \alpha^{117}x^{22} + \alpha^{235}x^{21} + \alpha^{11}x^{20} + \alpha^{229}x^{19} + \alpha^{149}x^{18} + \alpha^{147}x^{17} + \alpha^{123}x^{16} + \alpha^{213}x^{15} + \alpha^{40}x^{14} + \alpha^{115}x^{13} + \alpha^6x^{12} + \alpha^{200}x^{11} + \alpha^{100}x^{10} + \alpha^{26}x^9 + \alpha^{246}x^8 + \alpha^{182}x^7 + \alpha^{218}x^6 + \alpha^{127}x^5 + \alpha^{215}x^4 + \alpha^{36}x^3 + \alpha^{186}x^2 + \alpha^{110}x + \alpha^{106}$ |
| 64 | $x^{64} + \alpha^{45}x^{63} + \alpha^{51}x^{62} + \alpha^{175}x^{61} + \alpha^9x^{60} + \alpha^7x^{59} + \alpha^{158}x^{58} + \alpha^{159}x^{57} + \alpha^{49}x^{56} + \alpha^{68}x^{55} + \alpha^{119}x^{54} + \alpha^{92}x^{53} + \alpha^{123}x^{52} + \alpha^{177}x^{51} + \alpha^{204}x^{50} + \alpha^{187}x^{49} + \alpha^{254}x^{48} + \alpha^{200}x^{47} + \alpha^{78}x^{46} + \alpha^{141}x^{45} + \alpha^{149}x^{44} + \alpha^{119}x^{43} + \alpha^{26}x^{42} + \alpha^{127}x^{41} + \alpha^{53}x^{40} + \alpha^{160}x^{39} + \alpha^{93}x^{38} + \alpha^{199}x^{37} + \alpha^{212}x^{36} + \alpha^{29}x^{35} + \alpha^{24}x^{34} + \alpha^{145}x^{33} + \alpha^{156}x^{32} + \alpha^{208}x^{31} + \alpha^{150}x^{30} + \alpha^{218}x^{29} + \alpha^{209}x^{28} + \alpha^4x^{27} + \alpha^{216}x^{26} + \alpha^{91}x^{25} + \alpha^{47}x^{24} + \alpha^{184}x^{23} + \alpha^{146}x^{22} + \alpha^{47}x^{21} + \alpha^{140}x^{20} + \alpha^{195}x^{19} + \alpha^{195}x^{18} + \alpha^{125}x^{17} + \alpha^{242}x^{16} + \alpha^{238}x^{15} + \alpha^{63}x^{14} + \alpha^{99}x^{13} + \alpha^{108}x^{12} + \alpha^{140}x^{11} + \alpha^{230}x^{10} + \alpha^{242}x^9 + \alpha^{31}x^8 + \alpha^{204}x^7 + \alpha^{11}x^6 + \alpha^{178}x^5 + \alpha^{243}x^4 + \alpha^{217}x^3 + \alpha^{156}x^2 + \alpha^{213}x + \alpha^{231}$ |
| 66 | $x^{66} + \alpha^5x^{65} + \alpha^{118}x^{64} + \alpha^{222}x^{63} + \alpha^{180}x^{62} + \alpha^{136}x^{61} + \alpha^{136}x^{60} + \alpha^{162}x^{59} + \alpha^{51}x^{58} + \alpha^{46}x^{57} + \alpha^{117}x^{56} + \alpha^{13}x^{55} + \alpha^{215}x^{54} + \alpha^{81}x^{53} + \alpha^{17}x^{52} + \alpha^{139}x^{51} + \alpha^{247}x^{50} + \alpha^{197}x^{49} + \alpha^{171}x^{48} + \alpha^{95}x^{47} + \alpha^{173}x^{46} + \alpha^{65}x^{45} + \alpha^{137}x^{44} + \alpha^{178}x^{43} + \alpha^{68}x^{42} + \alpha^{111}x^{41} + \alpha^{95}x^{40} + \alpha^{101}x^{39} + \alpha^{41}x^{38} + \alpha^{72}x^{37} + \alpha^{214}x^{36} + \alpha^{169}x^{35} + \alpha^{197}x^{34} + \alpha^{95}x^{33} + \alpha^7x^{32} + \alpha^{44}x^{31} + \alpha^{154}x^{30} + \alpha^{77}x^{29} + \alpha^{111}x^{28} + \alpha^{236}x^{27} + \alpha^{40}x^{26} + \alpha^{121}x^{25} + \alpha^{143}x^{24} + \alpha^{63}x^{23} + \alpha^{87}x^{22} + \alpha^{80}x^{21} + \alpha^{253}x^{20} + \alpha^{240}x^{19} + \alpha^{126}x^{18} + \alpha^{217}x^{17} + \alpha^{77}x^{16} + \alpha^{34}x^{15} + \alpha^{232}x^{14} + \alpha^{106}x^{13} + \alpha^{50}x^{12} + \alpha^{168}x^{11} + \alpha^{82}x^{10} + \alpha^{76}x^9 + \alpha^{146}x^8 + \alpha^{67}x^7 + \alpha^{106}x^6 + \alpha^{171}x^5 + \alpha^{25}x^4 + \alpha^{132}x^3 + \alpha^{93}x^2 + \alpha^{45}x + \alpha^{105}$ |
| 68 | $x^{68} + \alpha^{247}x^{67} + \alpha^{159}x^{66} + \alpha^{223}x^{65} + \alpha^{33}x^{64} + \alpha^{224}x^{63} + \alpha^{93}x^{62} + \alpha^{77}x^{61} + \alpha^{70}x^{60} + \alpha^{90}x^{59} + \alpha^{160}x^{58} + \alpha^{32}x^{57} + \alpha^{254}x^{56} + \alpha^{43}x^{55} + \alpha^{150}x^{54} + \alpha^{84}x^{53} + \alpha^{101}x^{52} + \alpha^{190}x^{51} + \alpha^{205}x^{50} + \alpha^{133}x^{49} + \alpha^{52}x^{48} + \alpha^{60}x^{47} + \alpha^{202}x^{46} + \alpha^{165}x^{45} + \alpha^{220}x^{44} + \alpha^{203}x^{43} + \alpha^{151}x^{42} + \alpha^{93}x^{41} + \alpha^{84}x^{40} + \alpha^{15}x^{39} + \alpha^{84}x^{38} + \alpha^{253}x^{37} + \alpha^{173}x^{36} + \alpha^{160}x^{35} + \alpha^{89}x^{34} + \alpha^{227}x^{33} + \alpha^{52}x^{32} + \alpha^{199}x^{31} + \alpha^{97}x^{30} + \alpha^{95}x^{29} + \alpha^{231}x^{28} + \alpha^{52}x^{27} + \alpha^{177}x^{26} + \alpha^{41}x^{25} + \alpha^{125}x^{24} + \alpha^{137}x^{23} + \alpha^{241}x^{22} + \alpha^{166}x^{21} + \alpha^{225}x^{20} + \alpha^{118}x^{19} + \alpha^2x^{18} + \alpha^{54}x^{17} + \alpha^{32}x^{16} + \alpha^{82}x^{15} + \alpha^{215}x^{14} + \alpha^{175}x^{13} + \alpha^{198}x^{12} + \alpha^{43}x^{11} + \alpha^{238}x^{10} + \alpha^{235}x^9 + \alpha^{27}x^8 + \alpha^{101}x^7 + \alpha^{184}x^6 + \alpha^{127}x^5 + \alpha^3x^4 + \alpha^5x^3 + \alpha^8x^2 + \alpha^{163}x + \alpha^{238}$ |

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2942

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 411 of 498

# Annex B
(normative)

## Error correction decoding steps

Take the Version 1-M symbol as an example. For the symbol, the (26, 16, 4) Reed-Solomon code under GF($2^8$) is used for error correction. Provided that the code after releasing data masking from the symbol is:

$$R = (r_0, r_1, r_2, \ldots, r_{25})$$

That is,

$$R(x) = r_0 + r_1 x + r_2 x^2 + \ldots + r_{25} x^{25}$$

$r_i$($i$=0-25) is an element of GF($2^8$)

(i)   Calculate $n$ syndromes (where $n$ is equal to the number of codewords available for error correction, given by ($c - k - p$) as shown in Table 9).

Find the syndrome $S_i$($i$=0-(n – 1)).

$$S_0 = R(1) = r_0 + r_1 + r_2 + \ldots + r_{25}$$
$$S_1 = R(\alpha) = r_0 + r_1 \alpha + r_2 \alpha^2 + \ldots + r_{25} \alpha^{25}$$
$$\ldots$$
$$\ldots$$
$$S_7 = R(\alpha^7) = r_0 + r_1 \alpha^7 + r_2 \alpha^{14} + \ldots + r_{25} \alpha^{175}$$

where $\alpha$ is a primitive element of GF($2^8$).

(ii)  Find the error positions:

$$S_0 \sigma_4 - S_1 \sigma_3 + S_2 \sigma_2 - S_3 \sigma_1 + S_4 = 0$$
$$S_1 \sigma_4 - S_2 \sigma_3 + S_3 \sigma_2 - S_4 \sigma_1 + S_5 = 0$$
$$S_2 \sigma_4 - S_3 \sigma_3 + S_4 \sigma_2 - S_5 \sigma_1 + S_6 = 0$$
$$S_3 \sigma_4 - S_4 \sigma_3 + S_5 \sigma_2 - S_6 \sigma_1 + S_7 = 0$$

Find the variable $\sigma_i$($i$ = 1-4) for each error position using the above formulas. Then, substitute the variable for the following polynomial and substitute elements of GF($2^8$) one by one.

$$\sigma(x) = \sigma_4 + \sigma_3 x + \sigma_2 x^2 + \sigma_1 x^3 + x^4$$

Now, it is found that an error is on the $j$th digit (counting from the 0-th digit) for the element $\alpha j$ which makes $\sigma$($\alpha$) = 0.

© ISO/IEC 2015 – All rights reserved                                                                 **77**
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2943

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

(iii) Find the error size.

Supposing that an error is on the $j1, j2, j4$ digits in (ii) above, then find the size of the error.

$$Y_1 \alpha\, j^1 + Y_2 \alpha\, j^2 + Y_3 \alpha\, j^3 + Y_4 \alpha\, j^4 = S_0$$
$$Y_1 \alpha^2\, j^1 + Y_2 \alpha^2\, j^2 + Y_3 \alpha^2\, j^3 + Y_4 \alpha^2\, j^4 = S_1$$
$$Y_1 \alpha^3\, j^1 + Y_2 \alpha^3\, j^2 + Y_3 \alpha^3\, j^3 + Y_4 \alpha^3\, j^4 = S_2$$
$$Y_1 \alpha^4\, j^1 + Y_2 \alpha^4\, j^2 + Y_3 \alpha^4\, j^3 + Y_4 \alpha^4\, j^4 = S_3$$

Solve the above equations to find the size of each error $Y_i (i = 1\text{-}4)$.

(iv) Correct the error.

Correct the error by adding the complement of the error size value to each error position.

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2944

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

# Annex C
## (normative)
# Format information

## C.1 General

The format information consists of a 15-bit sequence comprising 5 data bits and 10 BCH error correction bits. This Annex describes the calculation of the error correction bits and the error correction decoding process.

## C.2 Error correction bit calculation

The Bose-Chaudhuri-Hocquenghem (15,5) code shall be used for error correction. The polynomial whose coefficient is the data bit string shall be divided by the generator polynomial $G(x) = x^{10} + x^8 + x^5 + x^4 + x^2 + x + 1$. The coefficient string of the remainder polynomial shall be appended to the data bit string to form the (15,5) BCH code string. Finally, masking shall be applied by XORing the bit string with **101010000010010** (for QR Code symbols) or **100010001000101** (for Micro QR Code symbols) to ensure that the format information bit pattern is not all zeroes for any combination of data mask pattern and Error Correction Level.

EXAMPLE

Error Correction level M; data mask pattern 101

| | |
|---|---|
| Binary string: | **00101** |
| Polynomial: | **$x^2 + 1$** |
| Raise power to the (15 - 5) th: | **$x^{12} + x^{10}$** |
| Divide by G(x): | **$= (x^{10} + x^8 + x^5 + x^4 + x^2 + x + 1)x^2 + (x^7 + x^6 + x^4 + x^3 + x^2)$** |

Add coefficient string of above remainder polynomial to format information data string:

**00100 + 0011011100 ′ 001010011011100**

| | |
|---|---|
| XOR with mask | **101010000010010** |
| Result: | **100000011001110** |

Place these bits in the format information areas as described in 7.9.

## C.3 Error correction decoding steps

Release the masking of the format information modules by XORing the bit sequence with the mask pattern **101010000010010** (for QR Code symbols) or **100010001000101** (for Micro QR Code symbols).

The Hamming distance of the error correction code used in the format information is 7, which enables up to 3 bit errors to be corrected. There are 32 valid bit sequences for the format information, so decoding by using Table C.1 as a look-up table is efficient. Bit sequences read from the format information area of the symbol are compared with the 32 valid format information bit strings in Table C.1 on a bit by bit basis. The bit string from Table C.1 closest to the bit string read from the symbol is taken, provided the strings differ by 3 bits or less.

© ISO/IEC 2015 – All rights reserved     **79**
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2945

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

Example (for QR Code symbol)

Bit string read from format information area:  **000011101001001**

Closest bit string from table:  **000111101011001**

Since only 2 bits differ between the two bit strings, the comparison is successful, so the symbol format is confirmed as utilising error correction level M with masking pattern 011.

**Table C.1 — Valid format information bit sequences**

| Sequence before masking | | Sequence after masking (QR symbols) | | Sequence after masking (Micro QR Code symbols) | |
|---|---|---|---|---|---|
| Data bits | Error correction bits | binary | hex | binary | hex |
| 00000 | 0000000000 | 101010000010010 | 5412 | 100010001000101 | 4445 |
| 00001 | 0100110111 | 101000100100101 | 5125 | 100000101110010 | 4172 |
| 00010 | 1001101110 | 101111001111100 | 5E7C | 100111000101011 | 4E2B |
| 00011 | 1101011001 | 101101101001011 | 5B4B | 100101100011100 | 4B1C |
| 00100 | 0111101011 | 100010111111001 | 45F9 | 101010101010110 | 55AE |
| 00101 | 0011011100 | 100000011001110 | 40CE | 101000010011001 | 5099 |
| 00110 | 1110000101 | 100111110010110 | 4F97 | 101111111000000 | 5FC0 |
| 00111 | 1010110010 | 100101010100000 | 4AA0 | 101101011110111 | 5AF7 |
| 01000 | 1111010110 | 111011111000100 | 77C4 | 110011110000011 | 6793 |
| 01001 | 1011100001 | 111001011110011 | 72F3 | 110001010100100 | 62A4 |
| 01010 | 0110111000 | 111110110101010 | 7DAA | 110110111111101 | 6DFD |
| 01011 | 0010001111 | 111100010011101 | 789D | 110100011001010 | 68CA |
| 01100 | 1000111101 | 110011000011111 | 662F | 111011001111000 | 7678 |
| 01101 | 1100001010 | 110001100011000 | 6318 | 111001101001111 | 734F |
| 01110 | 0001010011 | 110110001000001 | 6C41 | 111110000010110 | 7C16 |
| 01111 | 0101100100 | 110100101110110 | 6976 | 111100100100001 | 7921 |
| 10000 | 1010011011 | 001011010001001 | 1689 | 000011011111110 | 06DE |
| 10001 | 1110101100 | 001001110111110 | 13BE | 000001111101001 | 03E9 |
| 10010 | 0011110101 | 001110011100111 | 1CE7 | 000110010110000 | 0CB0 |
| 10011 | 0111000010 | 001100111010000 | 19D0 | 000100110000111 | 0987 |
| 10100 | 1101110000 | 000011101100010 | 0762 | 001011100110101 | 1735 |
| 10101 | 1001000111 | 000001001010101 | 0255 | 001001000000010 | 1202 |
| 10110 | 0100011110 | 000110100001100 | 0D0C | 001110100101011 | 1D5B |
| 10111 | 0000101001 | 000100000011011 | 083B | 001100001101100 | 186C |
| 11000 | 0101001101 | 011010101011111 | 355F | 010010100001000 | 2508 |
| 11001 | 0001111010 | 011000001101110 | 3068 | 010000000101111 | 203F |
| 11010 | 1100100011 | 011111100110001 | 3F31 | 010111011100110 | 2F66 |
| 11011 | 1000010100 | 011101000000110 | 3A06 | 010101001010001 | 2A51 |
| 11100 | 0010100110 | 010010010110100 | 24B4 | 011010011100011 | 34E3 |
| 11101 | 0110010001 | 010000110100000 | 2183 | 011000111010000 | 31D4 |
| 11110 | 1011001000 | 010111011011010 | 2EDA | 011111001000101 | 3E8D |
| 11111 | 1111111111 | 010101111101101 | 2BED | 011101110111010 | 3BBA |

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2946

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

# Annex D
(normative)

# Version information

## D.1  General

The version information consists of an 18-bit sequence comprising 6 data bits and 12 Golay error correction bits. This Annex describes the calculation of the error correction bits and the error correction decoding process.

## D.2  Error correction bit calculation

The (18,6) Golay code shall be used for error correction. The polynomial whose coefficient is the data bit string shall be divided by the generator polynomial $G(x) = x^{12} + x^{11} + x^{10} + x^9 + x^8 + x^5 + x^2 + 1$. The coefficient string of the remainder polynomial shall be appended to the data bit string to form the (18,6) Golay code string.

EXAMPLE     Version:                  **7**

Binary string:          **000111**

Polynomial:             $x^2 + x + 1$

Raise power to the (18 - 6) th:   $x^{14} + x^{13} + x^{12}$

Divide by G(x):         $= (x^{12} + x^{11} + x^{10} + x^9 + x^8 + x^5 + x^2 + 1)x^2 + (x^{11} + x^{10} + x^7 + x^4 + x^2)$

Add coefficient string of above remainder polynomial to version information data string:

**$000111 + 110010010100 \rightarrow 000111110010010100$**

Place these bits in the version information areas as described in 7.10.

Table D.1 below shows the full version information bit stream for each version.

## D.3  Error correction decoding steps

The Hamming distance of the error correction code used in the version information is 8, which enables up to 3 bit errors to be corrected. There are 34 valid bit sequences for the version information, so decoding by using Table D.1 as a look-up table is efficient. Bit sequences read from the version information area of the symbol are compared with the 34 valid version information bit strings in Table D.1 on a bit by bit basis. The bit string from Table D.1 closest to the bit string read from the symbol is taken, provided the strings differ by 3 bits or less after the comparison.

EXAMPLE

Bit string read from version information area:          **000111110110010100**

Closest bit string from table:          **000111110010010100**

Since only 1 bit differs between the two bit strings, the comparison is successful, so the symbol version is confirmed as 7.

© ISO/IEC 2015 – All rights reserved                                                                 81
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2947

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

**Table D.1 — Version information bit stream for each version**

| Version | Version information bit stream | Hex equivalent |
|---|---|---|
| 7 | 00 0111 1100 1001 0100 | 07C94 |
| 8 | 00 1000 0101 1011 1100 | 085BC |
| 9 | 00 1001 1010 1001 1001 | 09A99 |
| 10 | 00 1010 0100 1101 0011 | 0A4D3 |
| 11 | 00 1011 1011 1111 0110 | 0BBF6 |
| 12 | 00 1100 0111 0110 0010 | 0C762 |
| 13 | 00 1101 1000 0100 0111 | 0D847 |
| 14 | 00 1110 0110 0000 1101 | 0E60D |
| 15 | 00 1111 1001 0010 1000 | 0F928 |
| 16 | 01 0000 1011 0111 1000 | 10B78 |
| 17 | 01 0001 0100 0101 1101 | 1145D |
| 18 | 01 0010 1010 0001 0111 | 12A17 |
| 19 | 01 0011 0101 0011 0010 | 13532 |
| 20 | 01 0100 1001 1010 0110 | 149A6 |
| 21 | 01 0101 0110 1000 0011 | 15683 |
| 22 | 01 0110 1000 1100 1001 | 168C9 |
| 23 | 01 0111 0111 1110 1100 | 177EC |
| 24 | 01 1000 1110 1100 0100 | 18EC4 |
| 25 | 01 1001 0001 1110 0001 | 191E1 |
| 26 | 01 1010 1111 1010 1011 | 1AFAB |
| 27 | 01 1011 0000 1000 1110 | 1B08E |
| 28 | 01 1100 1100 0001 1010 | 1CC1A |
| 29 | 01 1101 0011 0011 1111 | 1D33F |
| 30 | 01 1110 1101 0111 0101 | 1ED75 |
| 31 | 01 1111 0010 0101 0000 | 1F250 |
| 32 | 10 0000 1001 1101 0101 | 209D5 |
| 33 | 10 0001 0110 1111 0000 | 216F0 |
| 34 | 10 0010 1000 1011 1010 | 228BA |
| 35 | 10 0011 0111 1001 1111 | 2379F |
| 36 | 10 0100 1011 0000 1011 | 24B0B |
| 37 | 10 0101 0100 0010 1110 | 2542E |
| 38 | 10 0110 1010 0110 0100 | 26A64 |
| 39 | 10 0111 0101 0100 0001 | 27541 |
| 40 | 10 1000 1100 0110 1001 | 28C69 |

82
© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2948

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

## Annex E
### (normative)

## Position of alignment patterns

The alignment patterns are positioned symmetrically on either side of the diagonal running from the top left corner of the symbol to the bottom right corner. They are spaced as evenly as possible between the timing pattern and the opposite side of the symbol, any uneven spacing being accommodated between the timing pattern and the first alignment pattern in the symbol interior.

Table E.1 below shows, for each version, the number of alignment patterns and the row or column coordinates of the center module of each alignment pattern.

Table E.1 — Row/column coordinates of center module of alignment patterns

| Version | Number of alignment patterns | Row/Column coordinates of center module | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | - | | | | | | |
| 2 | 1 | 6 | 18 | | | | | |
| 3 | 1 | 6 | 22 | | | | | |
| 4 | 1 | 6 | 26 | | | | | |
| 5 | 1 | 6 | 30 | | | | | |
| 6 | 1 | 6 | 34 | | | | | |
| 7 | 6 | 6 | 22 | 38 | | | | |
| 8 | 6 | 6 | 24 | 42 | | | | |
| 9 | 6 | 6 | 26 | 46 | | | | |
| 10 | 6 | 6 | 28 | 50 | | | | |
| 11 | 6 | 6 | 30 | 54 | | | | |
| 12 | 6 | 6 | 32 | 58 | | | | |
| 13 | 6 | 6 | 34 | 62 | | | | |
| 14 | 13 | 6 | 26 | 46 | 66 | | | |
| 15 | 13 | 6 | 26 | 48 | 70 | | | |
| 16 | 13 | 6 | 26 | 50 | 74 | | | |
| 17 | 13 | 6 | 30 | 54 | 78 | | | |
| 18 | 13 | 6 | 30 | 56 | 82 | | | |
| 19 | 13 | 6 | 30 | 58 | 86 | | | |
| 20 | 13 | 6 | 34 | 62 | 90 | | | |
| 21 | 22 | 6 | 28 | 50 | 72 | 94 | | |
| 22 | 22 | 6 | 26 | 50 | 74 | 98 | | |
| 23 | 22 | 6 | 30 | 54 | 78 | 102 | | |
| 24 | 22 | 6 | 28 | 54 | 80 | 106 | | |
| 25 | 22 | 6 | 32 | 58 | 84 | 110 | | |
| 26 | 22 | 6 | 30 | 58 | 86 | 114 | | |
| 27 | 22 | 6 | 34 | 62 | 90 | 118 | | |

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2949

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

**Table E.1** *(continued)*

| Version | Number of align-ment patterns | Row/Column coordinates of center module | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | - | | | | | | |
| 28 | 33 | 6 | 26 | 50 | 74 | 98 | 122 | |
| 29 | 33 | 6 | 30 | 54 | 78 | 102 | 126 | |
| 30 | 33 | 6 | 26 | 52 | 78 | 104 | 130 | |
| 31 | 33 | 6 | 30 | 56 | 82 | 108 | 134 | |
| 32 | 33 | 6 | 34 | 60 | 86 | 112 | 138 | |
| 33 | 33 | 6 | 30 | 58 | 86 | 114 | 142 | |
| 34 | 33 | 6 | 34 | 62 | 90 | 118 | 146 | |
| 35 | 46 | 6 | 30 | 54 | 78 | 102 | 126 | 150 |
| 36 | 46 | 6 | 24 | 50 | 76 | 102 | 128 | 154 |
| 37 | 46 | 6 | 28 | 54 | 80 | 106 | 132 | 158 |
| 38 | 46 | 6 | 32 | 58 | 84 | 110 | 136 | 162 |
| 39 | 46 | 6 | 26 | 54 | 82 | 110 | 138 | 166 |
| 40 | 46 | 6 | 30 | 58 | 86 | 114 | 142 | 170 |

For example, in a Version 7 symbol the table indicates values 6, 22 and 38. The alignment patterns, therefore, are to be centered on (row, column) positions (6,22), (22,6), (22,22), (22,38), (38,22), (38,38). Note that the coordinates (6,6), (6,38), (38,6) are occupied by finder patterns and are not therefore used for alignment patterns.

 © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2950

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 419 of 498

## Annex F
(normative)

## Symbology Identifier

The Symbology Identifier assigned to QR Code in ISO/IEC 15424, which should be added as a preamble to the decoded data by a suitably programmed decoder is:

> ]Qm

where:

> ]    is the Symbology Identifier flag (ASCII value 93)

> Q    is the code character for the QR Code symbology

> m    is the modifier character with one of the values defined in Table F.1.

In the case of Micro QR Code symbols, the value of m shall always be 1.

**Table F.1 — Symbology Identifier options and modifier values**

| Modifier value | Option |
|---|---|
| 0 | QR Code Model 1 symbol (in accordance with AIM ITS 97-001) |
| 1 | QR Code symbol, ECI protocol not implemented |
| 2 | QR Code symbol, ECI protocol implemented |
| 3 | QR Code symbol, ECI protocol not implemented, FNC1 implied in first position |
| 4 | QR Code symbol, ECI protocol implemented, FNC1 implied in first position |
| 5 | QR Code symbol, ECI protocol not implemented, FNC1 implied in second position |
| 6 | QR Code symbol, ECI protocol implemented, FNC1 implied in second position |

The permissible values of m are: 0, 1, 2, 3, 4, 5, 6.

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2951

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

# Annex G
## (normative)

## QR Code print quality – symbology-specific aspects

### G.1   General

Because of differences in symbology structures and reference decode algorithms, the effect of certain parameters on a symbol's reading performance may vary. ISO/IEC 15415 provides for symbology specifications to define the grading of certain symbology-specific attributes. This Annex therefore defines the method of grading Fixed Pattern Damage and additional parameters (format information and version information) to be used in the application of ISO/IEC 15415 to QR Code.

### G.2   Fixed Pattern damage

#### G.2.1   Features to be assessed

##### G.2.1.1   QR Code symbols

The features to be assessed are:

— Three corner segments, each including:

  — the 7 x 7 finder pattern,

  — the 1X wide separators surrounding the two inner sides of the finder pattern,

  — part of the Quiet Zone of a minimum of four modules width (or more if specified by the application) extending for a length of 15 modules along the two outer sides of the finder pattern.

— The two timing patterns of alternating dark and light modules linking the inner corners of the finder patterns.

— The 5 x 5 alignment patterns (where present, in Model 2 symbols of Version 2 or larger).

The features listed above shall be assessed as six segments, viz.:

— the three corner segments (finder patterns with their associated separators and part of the quiet zone) (Segments A1, A2 and A3 respectively),

— the two timing patterns (Segments B1 and B2 respectively),

— the single segment containing all the alignment patterns (Segment C).

Where a timing pattern crosses an alignment pattern the five modules that coincide with the alignment pattern are assessed both as part of the timing pattern and of the alignment pattern.

In a version 7 symbol (45 x 45 modules) for example, each Segment A occupies 168 modules; each Segment B is 29 modules long, and Segment C occupies a total of 150 modules (i.e. 6 x 25).

These segments, in the case of a Version 7 symbol, are illustrated in Figure G.1 below. A1, A2 and A3 indicate the three corner segments; B1 and B2 indicate the two timing pattern segments, and C indicates the single Segment C (comprising the 6 alignment patterns).

NOTE   For QR Code symbol its width of Quiet Zone shall be 4X. Figure G.1 shows segments that shall be checked at fixed pattern print quality assessment. Remaining regions of quiet zones are not checked.

 © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2952

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



**Figure G.1 — QR Code fixed pattern segments**

### G.2.1.2  Micro QR Code symbols

The features to be assessed are:

— The corner segment, including:

— the finder pattern,

— the 1X wide separators adjoining the two inner sides of the finder pattern,

— part of the Quiet Zone of a minimum of two modules width (or more if specified by the application) extending for a length of 11 modules along the two outer sides of the finder pattern.

— The two timing patterns of alternating dark and light modules running along the top and left side of the symbol from the finder pattern.

The features listed above shall be assessed as three segments, viz.:

— the corner segment (finder pattern with its associated separators and part of the quiet zone) (Segment A), which occupies 104 modules,

— the two timing patterns (Segments B1 and B2 respectively).

In a version M4 symbol (17 x 17 modules) for example, each Segment B is 9 modules long.

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2953

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

These segments, in the case of a Version M4 symbol, are illustrated in Figure G.2 below. A indicates the corner segment; and B1 and B2 indicate the two timing pattern segments.

NOTE   For Micro QR Code symbol its width of Quiet Zone shall be 2X. Figure G.2 shows segment that shall be checked at fixed pattern print quality assessment. Remaining regions of quiet zones are not checked.



Figure G.2 — Micro QR Code fixed pattern segments

### G.2.2   Fixed Pattern Damage grading

Damage to each segment shall be graded based on the modulation of the individual modules that compose it.

The procedure described below shall be applied to each segment in turn

a)   From the reference grey-scale image of the symbol, find the modulation grade for each module based on the values in ISO/IEC 15415. Since the intended light or dark nature of the module is known, any module intended to be dark but the reflectance of which is above the global threshold, and any module intended to be light but the reflectance of which is below the global threshold shall be given modulation grade 0.

b)   For each modulation grade level, assume that all modules not achieving that grade or a higher grade are module errors, and derive a notional damage grade based on the grade thresholds shown in Table G.1. Take the lower of the modulation grade level and the notional damage grade. The notional damage grade is determined as follows:

   1)   For each of Segments A1, A2, and A3, or Segment A in Micro QR Code symbols, count the number of module errors.

                                                   © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2954

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

2) For segments B1 and B2, count the number of module errors. Express this number as a percentage of the total number of modules in the segment.

3) For segments B1 and B2, taking groups of five adjacent modules and progressing along the segment in steps of one module, verify that in any group of five adjacent modules no more than two are damaged; if this test fails, the grade for the segment shall be 0. This test does not apply to Micro QR Code.

4) For Segment C (in QR Code symbols only), count the number of alignment patterns containing a module error. Express this number as a percentage of the number of alignment patterns in the symbol.

5) Assign a notional damage grade to each segment based on the grade thresholds shown in Table G.1.

c) The Fixed Pattern Damage grade for the segment shall be the highest resulting grade for all modulation grade levels.

The Fixed Pattern Damage grade for the symbol shall be the lowest of the segment grades.

**Table G.1 — Grade thresholds for QR Code Fixed Pattern Damage**

| Segments A1, A2 and A3 (QR Code); Segment A (Micro QR Code) | Segments B1 and B2 (QR Code) | Segments B1 and B2 (Micro QR Code) | Segment C (QR Code) | Grade |
|---|---|---|---|---|
| Number of module errors | Percentage of total modules with module errors | Percentage of total modules with module errors | Percentage of alignment patterns with module errors | |
| 0 | 0% | 0% | 0% | 4 |
| 1 | ≤ 7% | | ≤ 10% | 3 |
| 2 | ≤ 11% | ≤30% | ≤ 20% | 2 |
| 3 | ≤ 14% | | ≤ 30% | 1 |
| ≥ 4 | > 14% | >30% | > 30% | 0 |

## G.3  Grading of additional parameters

### G.3.1  General

QR Code symbols contain a duplicated set of modules representing information that defines the format of the symbol, and symbols of Version 7 to 40 also contain a duplicated set of modules representing information that defines the symbol size. Micro QR Code symbols contain a single set of modules representing information that defines the format of the symbol. This data requires to be reliably detected at an early stage of the decoding procedure, and if it cannot be decoded, the remainder of the symbol cannot be decoded. For this reason the format information and version information module blocks are graded separately (in a similar way to Fixed Pattern Damage), and their grades are included in the overall symbol grade determination.

### G.3.2  Grading of format information

For each block of format information, determine a grade for the block according to the following method.

a) From the reference grey-scale image of the symbol, find the modulation grade for each module based on the values in ISO/IEC 15415. Since the intended light or dark nature of the module is known after decode, any module intended to be dark but the reflectance of which is above the global threshold, and any module intended to be light but the reflectance of which is below the global threshold shall

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2955

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

be given modulation grade 0. If the format information in the block cannot be decoded, the grade for the block shall be 0.

b)   For each modulation grade level:

1)   Assume that all modules not achieving that modulation grade or a higher grade are module errors, and derive a notional grade based on Table G.2:

**Table G.2 — Format information notional grading**

| Number of module errors | Grade |
|---|---|
| 0 | 4 |
| 1 | 3 |
| 2 | 2 |
| 3 | 1 |
| ≥ 4 | 0 |

2)   Select the lower of the MOD grade and the notional grade at each level as the grade for that level, as illustrated in Table G.3.

3)   The grade for the block shall be the highest resulting grade, as illustrated in Table G.3.

**Table G.3 — Example of grading of format information block**

| Modulation grade | Notional grade | Lower of grades |
|---|---|---|
| 4 | 2 | 2 |
| 3 | 2 | 2 |
| 2 | 3 | 2 |
| 1 | 3 | 1 |
| 0 | 4 | 0 |
| | Selected (highest) Grade-> | 2 |

c)   The format information grade shall be:

1)   For QR Code symbols, the average of the grades of the two format information blocks, rounded up if necessary to the next integer.

2)   For Micro QR Code symbols, the grade determined in step 2 c).

### G.3.3   Grading of version information (QR Code symbols)

For each block of version information, determine a grade for the block according to the following method.

a)   Find the modulation grade for each module based on the values in ISO/IEC 15415. Since the intended light or dark nature of the module is known after decode, any module intended to be dark but the reflectance of which is above the global threshold, and any module intended to be light but the reflectance of which is below the global threshold shall be given modulation grade 0. If the version information in the block cannot be decoded, the grade for the block shall be 0.

b)   For each modulation grade level:

1)   Assume that all modules not achieving that modulation grade or a higher grade are module errors, and derive a notional grade based on Table G.4:

                                                                 © ISO/IEC 2015 – All rights reserved
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2956

USCA4 Appeal: 23-1850    Doc: 45-6    Filed: 04/01/2024    Pg: 425 of 498

**Table G.4 — Version information notional grading**

| Number of module errors | Grade |
|---|---|
| 0 | 4 |
| 1 | 3 |
| 2 | 2 |
| 3 | 1 |
| ≥4 | 0 |

2) Select the lower of the MOD grade and the notional grade at each level as the grade for that level, as illustrated in Table G.5.

3) The grade for the block shall be the highest resulting grade, as illustrated in Table G.5.

**Table G.5 — Example of grading of version information block**

| Modulation grade | Notional grade | Lower of grades |
|---|---|---|
| 4 | 2 | 2 |
| 3 | 2 | 2 |
| 2 | 3 | 2 |
| 1 | 3 | 1 |
| 0 | 4 | 0 |
| | Selected (highest) Grade-> | 2 |

c) The version information grade shall be the average of the grades of the two version information blocks, rounded up if necessary to the next integer.

## G.4  Scan grade

The scan grade shall be the lowest of the grades for the standard parameters evaluated according to ISO/IEC 15415 together with the grades for Fixed Pattern Damage, format information and (where applicable) version information evaluated in accordance with this Annex.

© ISO/IEC 2015 – All rights reserved    **91**
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2957

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

# Annex H
## (informative)

## JIS8 and Shift JIS character sets

**Table H.1 — 8-bit character set for JIS X 0201 (JIS8)**

| Char. | Hex | Char. | Hex | Char. | Hex | Char. | Hex | Char. | Hex | Char. | Hex | Char. | Hex | Char. | Hex |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NUL | 00 | SP | 20 | @ | 40 | ` | 60 | | 80 | | A0 | タ | C0 | | E0 |
| SOH | 01 | ! | 21 | A | 41 | a | 61 | | 81 | 。 | A1 | チ | C1 | | E1 |
| STX | 02 | " | 22 | B | 42 | b | 62 | | 82 | 「 | A2 | ツ | C2 | | E2 |
| ETX | 03 | # | 23 | C | 43 | c | 63 | | 83 | 」 | A3 | テ | C3 | | E3 |
| EOT | 04 | $ | 24 | D | 44 | d | 64 | | 84 | 、 | A4 | ト | C4 | | E4 |
| ENQ | 05 | % | 25 | E | 45 | e | 65 | | 85 | ・ | A5 | ナ | C5 | | E5 |
| ACK | 06 | & | 26 | F | 46 | f | 66 | | 86 | ヲ | A6 | ニ | C6 | | E6 |
| BEL | 07 | ' | 27 | G | 47 | g | 67 | | 87 | ァ | A7 | ヌ | C7 | | E7 |
| BS | 08 | ( | 28 | H | 48 | h | 68 | | 88 | ィ | A8 | ネ | C8 | | E8 |
| HT | 09 | ) | 29 | I | 49 | i | 69 | | 89 | ウ | A9 | ノ | C9 | | E9 |
| LF | 0A | * | 2A | J | 4A | j | 6A | | 8A | エ | AA | ハ | CA | | EA |
| VT | 0B | + | 2B | K | 4B | k | 6B | | 8B | オ | AB | ヒ | CB | | EB |
| FF | 0C | , | 2C | L | 4C | l | 6C | | 8C | ャ | AC | フ | CC | | EC |
| CR | 0D | - | 2D | M | 4D | m | 6D | | 8D | ュ | AD | ヘ | CD | | ED |
| SO | 0E | . | 2E | N | 4E | n | 6E | | 8E | ョ | AE | ホ | CE | | EE |
| SI | 0F | / | 2F | O | 4F | o | 6F | | 8F | ッ | AF | マ | CF | | EF |
| DLE | 10 | 0 | 30 | P | 50 | p | 70 | | 90 | ー | B0 | ミ | D0 | | F0 |
| DC1 | 11 | 1 | 31 | Q | 51 | q | 71 | | 91 | ア | B1 | ム | D1 | | F1 |
| DC2 | 12 | 2 | 32 | R | 52 | r | 72 | | 92 | イ | B2 | メ | D2 | | F2 |
| DC3 | 13 | 3 | 33 | S | 53 | s | 73 | | 93 | ウ | B3 | モ | D3 | | F3 |
| DC4 | 14 | 4 | 34 | T | 54 | t | 74 | | 94 | エ | B4 | ヤ | D4 | | F4 |
| NAK | 15 | 5 | 35 | U | 55 | u | 75 | | 95 | オ | B5 | ユ | D5 | | F5 |
| SYN | 16 | 6 | 36 | V | 56 | v | 76 | | 96 | カ | B6 | ヨ | D6 | | F6 |
| ETB | 17 | 7 | 37 | W | 57 | w | 77 | | 97 | キ | B7 | ラ | D7 | | F7 |
| CAN | 18 | 8 | 38 | X | 58 | x | 78 | | 98 | ク | B8 | リ | D8 | | F8 |
| EM | 19 | 9 | 39 | Y | 59 | y | 79 | | 99 | ケ | B9 | ル | D9 | | F9 |
| SUB | 1A | : | 3A | Z | 5A | z | 7A | | 9A | コ | BA | レ | DA | | FA |
| ESC | 1B | ; | 3B | [ | 5B | { | 7B | | 9B | サ | BB | ロ | DB | | FB |
| FS | 1C | < | 3C | ¥ | 5C | | | 7C | | 9C | シ | BC | ワ | DC | | FC |
| GS | 1D | = | 3D | ] | 5D | } | 7D | | 9D | ス | BD | ン | DD | | FD |
| RS | 1E | > | 3E | ^ | 5E | ‾ | 7E | | 9E | セ | BE | ゙ | DE | | FE |
| US | 1F | ? | 3F | _ | 5F | DEL | 7F | | 9F | ソ | BF | ゚ | DF | | FF |

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2958

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

Figure H.1 below shows the areas of the 256 x 256 code plane occupied by Shift JIS double byte characters.



**Figure H.1 — Shift JIS character values**

According to JIS X 0208:1997, Annex 1, leading and trailing bytes within the ranges shown shaded are assigned to Shift JIS Kanji characters. Any pairs of bytes within these ranges may be encoded using the Kanji mode compaction scheme.

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2959

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

# Annex I
(informative)

# Symbol encoding examples

## I.1   General

This Annex describes the encoding of the data string **01234567** into both a QR Code symbol and a Micro QR Code symbol.

## I.2   Encoding a QR Code symbol

The data string is to be encoded into a version 1-M symbol, using the Numeric mode in accordance with 7.4.3.

Step 1: Data Encoding

— Divide into groups of three digits and convert each group to its 10 or 7-bit binary equivalent:

— 012 → 0000001100

— 345 → 0101011001

— 67 → 1000011

— Convert character count indicator to binary (10 bits for version 1-M)

Character count indicator (8) = **0000001000**

— Connect mode indicator for Numeric mode (**0001**), character count indicator, binary data, and Terminator (**0000**)

**0001 0000001000 0000001100 0101011001 1000011 0000**

— Divide into 8-bit codewords, adding padding bits (shown underlined for illustration) as needed

**00010000 00100000 00001100 01010110 01100001 10000000**

— Add Pad codewords to fill data codeword capacity of symbol (for version 1-M, 16 data codewords, therefore 10 Pad codewords required (shown underlined for illustration)), giving the result:

**00010000 00100000 00001100 01010110 01100001 10000000 11101100 00010001 11101100 00010001 11101100 00010001 11101100 00010001 11101100 00010001**

Step 2: Error Correction Codeword generation

Using the Reed-Solomon algorithm to generate the required number of error correction codewords (for a Version 1-M symbol, 10 are needed), these (shown underlined for illustration) should be added to the bit stream, resulting in:

**00010000 00100000 00001100 01010110 01100001 10000000 11101100 00010001 11101100 00010001 11101100 00010001 11101100 00010001 11101100 00010001 10100101 00100100 11010100 11000001 11101101 00110110 11000111 10000111 00101100 01010101**

Step 3: Module placement in matrix

                                                     © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2960

As there is only a single error correction block in a version 1-M symbol, no interleaving is required in this instance. The finder patterns, separators and timing patterns are placed in a blank 21 × 21 matrix and the module positions for the format information are left temporarily blank. The codewords from Step 2 are placed in the matrix in accordance with 7.7.3, which results in the arrangement shown in Figure I.1.



**Figure I.1 — Data modules placed in symbol prior to data masking**

Step 4: Data masking pattern selection

Apply the data masking patterns defined in 7.8.2 in turn and evaluate the results in accordance with 7.8.3. The data masking pattern selected is referenced **010**.

Step 5: Format information

The error correction level is M and the data masking pattern is 011. Therefore, from 7.9.1 the data bits of the format information are **00 010**.

The BCH error correction calculation gives **1001101110** as the bit sequence to be added to the data, giving:

**000101001101110** as the unmasked format information.

XOR this bit stream with the mask **101010000010010**:

**000101001101110** (raw bit stream)

**101010000010010** (mask)

**101111001111100** (format information to be placed in symbol)

Step 6: Final symbol construction

Apply the selected data masking pattern to the encoding region of the symbol as described in 7.8, and add format information modules in positions reserved in step 3. The final symbol is shown in Figure I.2.

© ISO/IEC 2015 – All rights reserved                                                                           **95**
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2961

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



**Figure I.2 — Final version 1-M symbol encoding 01234567**

## I.3   Encoding a Micro QR Code symbol

The data string **01234567** is to be encoded into a Version M2 symbol with EC level L, using the Numeric mode in accordance with 7.4.3.

Step 1: Data Encoding

— Divide into groups of three digits and convert each group to its 10 or 7-bit binary equivalent:

    — 012 → 0000001100

    — 345 → 0101011001

    — 67 → 1000011

— Mode indicator for Numeric mode in Version M2 is **0**

— Character count is 8; convert to binary (4 bits for Version M2-L):

Character count indicator (8) = **1000**

— Terminator for Version M2 is 5 zero bits, **00000**

— Connect mode indicator for Numeric mode (**0**), character count indicator (**1000**), binary data, and Terminator (**00000**)

**0 1000 0000001100 0101011001 1000011 00000**

— Divide into 8-bit codewords, adding 3 padding bits (shown underlined for illustration) since final codeword contained only 5 bits

**01000000 00011000 10101100 11000011 00000<u>000</u>**

— No Pad codewords are required to fill data codeword capacity of symbol (for version M2-L, 5 data codewords).

Step 2: Error Correction Codeword generation

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2962

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

Using the Reed-Solomon algorithm to generate the required number of error correction codewords (for a Version M2-L symbol, 5 are needed), these (shown underlined for illustration) should be added to the bit stream, resulting in:

**01000000 00011000 10101100 11000011 00000000 10000110 00001101 00100010 10101110 00110000**

Step 3: Module placement in matrix

The finder pattern and timing patterns are placed in a blank 13 × 13 matrix and the module positions for the format information are left temporarily blank. The codewords from Step 2 are placed in the matrix in accordance with 7.7.3. Figure I.3 shows the module arrangement.



**Figure I.3 — Data modules placed in symbol prior to data masking**

Step 4: Data masking pattern selection

Apply the data masking patterns defined in 7.8.2 in turn and evaluate the results in accordance with 7.8.3. The data masking pattern selected is referenced **01**. Apply the selected data masking pattern to the encoding region of the matrix, as described in 7.8.

Step 5: Format information

The symbol number for an M2-L symbol is 1, which is represented in binary form as **001**, and the data masking pattern is **01**. Therefore, the data bits of the format information are **001 01**.

The BCH error correction calculation gives **0011011100** as the bit sequence to be added to the data, giving:

**001010011011100** as the unmasked format information.

XOR this bit stream with the mask **100010001000101**:

— **001010011011100** (raw bit stream)

— **100010001000101** (mask)

— **101000010011001** (format information to be placed in symbol)

Step 6: Final symbol construction

Add format information modules in positions reserved in step 3. The final symbol is shown in Figure I.4.

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2963

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**



**Figure I.4 — Final version M2-L symbol encoding 01234567**

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2964

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

# Annex J
(informative)

# Optimisation of bit stream length

## J.1   General

As described in this standard, QR Code offers various modes of encoding each of which differs in the number of bits it requires to represent a given data string. Since there is an overlap between the character sets of each mode - for example, numeric data may be encoded in Numeric, Alphanumeric and Byte modes, and Latin alphanumeric data may be encoded in Alphanumeric and Byte modes - the symbol generation software may need to choose the most appropriate mode in which to encode data characters which appear in more than one mode.

A choice may also be possible between a QR Code symbol and a Micro QR Code symbol.

The choice of mode must be made initially and the mode may be changed part way through a data stream.

A number of alternative approaches may be adapted to minimize the bit stream length. The algorithm will need not only to consider the immediate sequence of characters but also look ahead to the next sequence of data in view of the overhead required for switching modes. The term "exclusive subset" is used in this Annex as a short way of referring to the set of characters within the character set of a mode which are not shared with the more restricted character set of another mode, as shown below and in Table J.1.

The numeric exclusive subset is the set of hex values 30 to 39 (digits 0 to 9).

The Alphanumeric exclusive subset is the set of hex values 20, 24, 25, 2A, 2B, 2D to 2F, 3A, and 41 to 5A, mapped as {A - Z, space, $ % * + - . / :}.

NOTE 1    This subset does not include the digits.

The Byte exclusive subset comprises hex values 00 - FF, but excludes hex values 20, 24, 25, 2A, 2B, 2D - 3A, and 41 - 5A.

NOTE 2    The excluded values are contained in the alphanumeric and numeric exclusive subsets.

Table J.1 — Exclusive subset byte values for QR Code modes

| Exclusive subset | Byte values (hex) |
|---|---|
| Numeric | 30 to 39 |
| Alphanumeric | 20, 24, 25, 2A, 2B, 2D to 2F, 3A, and 41 to 5A |
| Byte | 00 to 1F, 21 to 23, 26 to 29, 2C, 3B to 40, 5B to FF (excluding reserved values 80 to 9F and E0 to FF) |
| Kanji | All double bytes in ranges defined in Annex H |

The compaction efficiencies given in 7.4.3 to 7.4.6 need to be interpreted carefully. The best scheme for a given set of data may not be the one with the fewest bits per data character. If the highest degree of compaction is required, account has to be taken of the additional bits required to change modes (additional mode indicator and character count indicator). It should also be noted that even if the number of codewords is minimized, the codeword stream may need to be expanded to fill a symbol. This fill process is done using pad characters.

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2965

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

## J.2  Optimisation for QR Code symbols

For QR Code symbols, the following guidelines form the basis of one possible algorithm to determine the shortest bit stream for any given input data.

Numbers of characters shown in square brackets e.g.[5,7,9] are applicable to versions 1 - 9, 10 - 26, and 27 - 40 respectively.

a)  Select initial mode:

   1)  If initial input data is in the exclusive subset of the Byte character set, select Byte mode;

   2)  If initial input byte is in the Kanji leading byte exclusive subset and the next byte is in the Kanji trailing byte exclusive subset, AND the subsequent data is in the Alphanumeric or Numeric exclusive character set, select Kanji mode, ELSE if subsequent data is in the Byte exclusive character set AND the following[5,5,6] byte pairs are also in the Kanji exclusive subsets, select Byte mode;

   3)  If initial input data is in the exclusive subset of the Alphanumeric character set AND if there are less than[6,8] characters followed by data from the remainder of the Byte character set, THEN select the Byte mode ELSE select Alphanumeric mode;

   4)  If initial data is numeric, AND if there are less than[4,4,5] characters followed by data from the exclusive subset of the Byte character set, THEN select Byte mode ELSE IF there are less than[7,9] characters followed by data from the exclusive subset of the Alphanumeric character set THEN select Alphanumeric mode ELSE select Numeric mode.

b)  While in Byte mode:

   1)  If a sequence of at least[9,12,13] byte pairs from the Kanji set occurs before more data from the exclusive subset of the Byte character set, switch to Kanji mode;

   2)  If a sequence of at least[11,15,16] character from the exclusive subset of the Alphanumeric character set occurs before more data from the exclusive subset of the Byte character set, switch to Alphanumeric mode;

   3)  If a sequence of at least[6,8,9] Numeric characters occurs before more data from the exclusive subset of the Byte character set, switch to Numeric mode;

   4)  If a sequence of at least[6,8] Numeric characters occurs before more data from the exclusive subset of the Alphanumeric character set, switch to Numeric mode.

c)  While in Alphanumeric mode:

   1)  If one or more Kanji characters occurs, switch to Kanji mode;

   2)  If one or more characters from the exclusive subset of the Byte character set occurs, switch to Byte mode;

   3)  If a sequence of at least[13,15,17] Numeric characters occurs before more data from the exclusive subset of the Alphanumeric character set, switch to Numeric mode.

d)  While in Numeric mode:

   1)  If one or more Kanji character occurs, switch to Kanji mode;

   2)  If one or more characters from the exclusive subset of the Byte character set occurs, switch to Byte mode;

   3)  If one or more characters from the exclusive subset of the Alphanumeric character set occurs, switch to Alphanumeric mode.

**100**
© ISO/IEC 2015 – All rights reserved
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2966

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

## J.3    Optimisation for Micro QR Code symbols

### J.3.1    Optimisation principles

Assuming that the data to be encoded is in the exclusive subsets of not more than two modes, and that all the data in each subset is grouped together (e.g. "123abcdef"), an algorithm to determine the shortest bit stream for Micro QR Code data can be derived from Table J.2. These principles can be extended to cater for more than two modes, although care must be taken that the resulting bit stream will fit one of the available symbols.

Because the lower modes use fewer bits per character than the higher modes, there is a point at which the extra overhead of the additional mode indicator and character count indicator for a change of mode is offset by the greater encoding density of the lower mode. Table J.2 shows the minimum number of consecutive characters in a lower mode for which a shorter total bit stream is achieved by changing modes. For fewer characters, encoding all the data in the higher mode will give a shorter bit stream.

**Table J.2 — Minimum characters in lower mode for minimising bit stream length by changing modes**

| Mode combination | M2 symbols | M3 symbols | M4 symbols |
|---|---|---|---|
| Numeric + Alphanumeric | 3 numeric | 4 numeric | 5 numeric |
| Numeric + 8-bit byte | n/a | 2 numeric | 3 numeric |
| Alphanumeric + Byte | n/a | 3 alphanumeric | 4 alphanumeric |

### J.3.2    Capacity of Micro QR Code symbols

Based on the principles of the above table, and the capacities of the various symbol versions, Figures J.1 to J.6 below show, for each combination of modes, the options available for encoding given amounts of data in combinations of modes.

The column and row headings identify the number of characters in each mode. The figures show the symbol versions and error correction levels, omitting the initial M; thus, for example, 4Q refers to a version M4 symbol with error correction level Q. For any given combination of characters and modes, the available symbol versions are those at the appropriate row and column intersection and those shown to the right of or below that intersection.

For example, if the data string was "123456ABCDEFGH", consisting of six numeric characters and eight from the alphanumeric character set, Figure J.1 shows that the data would fit into a version M3-L symbol (total of 77 bits including mode indicators and character count indicators), or a version M4-M symbol or a version M4-L symbol (81 bits for either). The options may be narrowed down either by the space available or the required level of error correction.

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2967

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



Figure J.1 — Micro QR Code symbol capacities - numeric and alphanumeric data

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2968

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



Figure J.2 — Micro QR Code symbol capacities - numeric and Byte data

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2969

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



**Figure J.3 — Micro QR Code symbol capacities - alphanumeric and Byte data**

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2970

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

| Num. | Kanji | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 0 |  |  |  |  | 3M | 4Q | 3L |  | 4M | 4L |
| 1 | 1 |  |  |  | 3M/4Q | 3L |  | 4M | 4L |  |
| 2 | 1 |  |  | 3M | 4Q | 3L | 4M |  | 4L |  |
| 3 | 1 |  |  | 3M | 3L/4Q |  | 4M | 4L |  |  |
| 4 | 1 |  |  | 3M/4Q | 3L |  | 4M | 4L |  |  |
| 5 | 1 |  |  | 3M/4Q | 3L |  | 4M | 4L |  |  |
| 6 | 2M |  | 3M | 4Q | 3L | 4M |  | 4L |  |  |
| 7 | 2M |  | 3M | 3L/4Q |  | 4M | 4L |  |  |  |
| 8 | 2M |  | 3M/4Q | 3L |  | 4M | 4L |  |  |  |
| 9 | 2L |  | 3M/4Q | 3L |  | 4M | 4L |  |  |  |
| 10 | 2L | 3M | 3L/4Q |  | 4M |  | 4L |  |  |  |
| 11 |  | 3M | 3L/4Q |  | 4M | 4L |  |  |  |  |
| 12 |  | 3M/4Q | 3L |  | 4M | 4L |  |  |  |  |
| 13 | 3M | 4Q | 3L |  | 4M | 4L |  |  |  |  |
| 14 | 3M | 3L/4Q |  | 4M |  | 4L |  |  |  |  |
| 15 | 3M | 3L/4Q |  | 4M | 4L |  |  |  |  |  |
| 16 | 3M/4Q | 3L |  | 4M | 4L |  |  |  |  |  |
| 17 | 3M/4Q | 3L |  | 4M | 4L |  |  |  |  |  |
| 18 | 3M/4Q |  | 4M |  | 4L |  |  |  |  |  |
| 19 | 3L/4Q |  | 4M | 4L |  |  |  |  |  |  |
| 20 | 3L/4Q |  | 4M | 4L |  |  |  |  |  |  |
| 21 | 3L/4Q |  | 4M | 4L |  |  |  |  |  |  |
| 22 | 3L | 4M | 4L |  |  |  |  |  |  |  |
| 23 | 3L | 4M | 4L |  |  |  |  |  |  |  |
| 24 |  | 4M | 4L |  |  |  |  |  |  |  |
| 25 | 4M |  | 4L |  |  |  |  |  |  |  |
| 26 | 4M | 4L |  |  |  |  |  |  |  |  |
| 27 | 4M | 4L |  |  |  |  |  |  |  |  |
| 28 | 4M | 4L |  |  |  |  |  |  |  |  |
| 29 | 4M | 4L |  |  |  |  |  |  |  |  |
| 30 | 4M |  |  |  |  |  |  |  |  |  |
| 31 | 4L |  |  |  |  |  |  |  |  |  |
| 32 | 4L |  |  |  |  |  |  |  |  |  |
| 33 | 4L |  |  |  |  |  |  |  |  |  |
| 34 | 4L |  |  |  |  |  |  |  |  |  |
| 35 | 4L |  |  |  |  |  |  |  |  |  |

Figure J.4 — Micro QR Code symbol capacities - numeric and Kanji data

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2971

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

| A/num. | Kanji 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | | | | 3M | 4Q | 3L | | 4M | 4L |
| 1 | 2M | | | 3M | 4Q | 3L | | 4M | 4L | |
| 2 | 2M | | | 3M | 3L/4Q | | 4M | 4L | | |
| 3 | 2M | | | 3M/4Q | 3L | | 4M | 4L | | |
| 4 | 2M | | 3M | 3L/4Q | | 4M | | 4L | | |
| 5 | 2M | | 3M/4Q | 3L | | 4M | 4L | | | |
| 6 | 2L | 3M | 4Q | 3L | 4M | | 4L | | | |
| 7 | | 3M | 3L/4Q | | 4M | 4L | | | | |
| 8 | | 3M/4Q | 3L | | 4M | 4L | | | | |
| 9 | 3M | 3L/4Q | | 4M | 4L | | | | | |
| 10 | 3M/4Q | 3L | | 4M | 4L | | | | | |
| 11 | 3M/4Q | | 4M | | 4L | | | | | |
| 12 | 3L/4Q | | 4M | 4L | | | | | | |
| 13 | 3L/4Q | 4M | | 4L | | | | | | |
| 14 | 3L | 4M | 4L | | | | | | | |
| 15 | | 4M | 4L | | | | | | | |
| 16 | 4M | 4L | | | | | | | | |
| 17 | 4M | 4L | | | | | | | | |
| 18 | 4M | | | | | | | | | |
| 19 | 4L | | | | | | | | | |
| 20 | 4L | | | | | | | | | |
| 21 | 4L | | | | | | | | | |

**Figure J.5 — Micro QR Code symbol capacities - alphanumeric and Kanji data**

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2972

| 8-bit | Kanji | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 0 | | | | | 3M | 4Q | 3L | | 4M | 4L |
| 1 | | | | 3M | 4Q | 3L | | 4M | 4L | |
| 2 | | | | 3M/4Q | 3L | | 4M | 4L | | |
| 3 | | | 3M | 3L/4Q | | 4M | 4L | | | |
| 4 | | 3M | 4Q | 3L | | 4M | 4L | | | |
| 5 | | 3M/4Q | 3L | | 4M | 4L | | | | |
| 6 | 3M | 3L/4Q | | | 4M | 4L | | | | |
| 7 | 4Q | 3L | | 4M | 4L | | | | | |
| 8 | 3L/4Q | | 4M | 4L | | | | | | |
| 9 | 3L/4Q | 4M | | 4L | | | | | | |
| 10 | | 4M | 4L | | | | | | | |
| 11 | 4M | 4L | | | | | | | | |
| 12 | 4M | 4L | | | | | | | | |
| 13 | 4M | | | | | | | | | |
| 14 | 4L | | | | | | | | | |
| 15 | 4L | | | | | | | | | |

Figure J.6 — Micro QR Code symbol capacities - Byte and Kanji data

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2973

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

# Annex K
(informative)

## User guidelines for printing and scanning of QR Code symbols

### K.1  General

Any QR Code application must be viewed as a total system solution. All the symbology encoding/decoding components (surface markers or printers, labels, readers) making up an installation need to operate together as a system. A failure in any link of the chain, or a mismatch between them, could compromise the performance of the overall system.

While compliance with the specifications is one key to assuring overall system success, other considerations come into play which may influence performance as well. The following guidelines suggest some factors to keep in mind when specifying or implementing bar or matrix code systems:

a)  Select a print density which will yield tolerance values that can be achieved by the marking or printing technology being used. Ensure that the module dimension is an integer multiple of the print head pixel dimension (both parallel to and perpendicular to the print direction). Ensure also that any adjustment for print gain (or loss) is performed by changing an equal integer number of pixels from dark to light (or light to dark) on all dark-to-light boundaries of individual or groups of adjoining dark modules in order to ensure that the module center spacing remains constant, although the apparent bit-map representation of the individual dark (or light) modules is adjusted in size to suit the direction of compensation.

b)  Choose a reader with a resolution suitable for the symbol density and quality produced by the marking or printing technology.

c)  Ensure that the optical properties of the printed symbol are compatible with the wavelength of the scanner light source or sensor.

d)  Verify symbol compliance in the final label or package configuration. Overlays, show-through and curved or irregular surfaces can all affect symbol readability.

The effects of specular reflection from glossy symbol surfaces must be considered. Scanning systems must take into account the variations in diffuse reflection between dark and light features. At some scanning angles, the specular component of the reflected light can greatly exceed the desired diffuse component, changing the scanning performance. In cases where the surface of the material or part can be altered, matt, non-glossy surfaces may help minimize specular effects. Where this option is not available, particular must be taken to ensure the illumination of the symbol to be read optimizes the desired contrast components.

### K.2  User selection of error correction level

The users should define the appropriate level of error correction to suit the application requirements. As shown in Table 8, the four levels from L to H offer increasing capabilities of detecting and correcting errors, at the cost of some increase in symbol size for a given message length. For example, a Version 20-Q symbol can contain a total of 485 data codewords, but if a lower level of error correction was acceptable, the same data could also be represented in a Version 15-L symbol (exact capacity 523 data codewords).

The error correction level should be determined in relation to:

— the expected level of symbol quality: the lower the expected quality grade, the higher the level to be applied;

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2974

USCA4 Appeal: 23-1850    Doc: 45-6       Filed: 04/01/2024    Pg: 443 of 498

— the importance of a high first read rate;

— the opportunity for re-scanning in the event of a read failure;

— the space constraints which might reduce the opportunity to use a higher error correction level.

Error correction level L is appropriate for high symbol quality and/or the need for the smallest possible symbol for given data. Level M is described as "Standard" level and offers a good compromise between small size and increased reliability. Level Q is a "High reliability" level and suitable for more critical or poor print quality applications while level H offers the maximum achievable reliability.

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2975

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

# Annex L
(informative)

## Autodiscrimination

QR Code may be read by suitably programmed decoders which have been designed to autodiscriminate it from other symbologies. A properly programmed QR Code reader will not decode a symbol in another symbology as a valid QR Code symbol; however, representations of short linear symbols may be found in any matrix symbol including QR Code.

Although QR Code Model 1 symbols can be autodiscriminated from QR Code symbols by a suitable decoder, it is strongly recommended that the two types of symbol should not be mixed in an application.

The decoder's valid set of symbologies should be limited to those needed by a given application in order to maximize reading security.

 © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2976

## Annex M
(informative)

## Process control techniques

### M.1  General

This Annex describes tools and procedures useful for monitoring and controlling the process of creating scannable QR Code symbols. These techniques do not constitute a print quality check of the produced symbols - the method defined in 10 and Annex G is the required method for assessing symbol quality - but they individually and collectively yield good indications of whether the symbol production process is creating workable symbols.

### M.2  Symbol Contrast

Most verifiers for linear bar code symbols have either a reflectometer mode or a mode for plotting scan reflectance profiles and/or reporting Symbol Contrast, as defined in ISO/IEC 15416, from undecodable scans. Except with symbols requiring special illumination configurations, the symbol contrast readings that can be obtained using a 0,150 mm or 0,250 mm aperture at 660 nm wavelength - either the reported symbol contrast value, the maximum to minimum scan reflectance profile excursions, or the difference between maximum and minimum reflectometer readings - are found to correlate well with an image-derived symbol contrast value. In particular these reading can be used to check that symbol contrast stays well above the minimum allowed for the intended symbol quality grade.

### M.3  Assessing Axial Nonuniformity

For a QR Code symbol, measure the distance from the left edge of the upper left finder pattern to the right edge of the upper right finder pattern, and the distance from the top edge of the upper left finder pattern to the bottom edge of the lower left finder pattern. For a Micro QR Code symbol, measure the distance from the left edge of the upper left finder pattern to the right edge of the rightmost module in the upper timing pattern, and the distance from the top edge of the upper left finder pattern to the bottom edge of the lowest module in the left side timing pattern. Divide each of these by the number of modules in that dimension. E.g. a version 2 symbol would have 25 as a divisor. Substitute the results for $X_{AVG}$ and $Y_{AVG}$ in the formula in G.2.4 and grade the result for an assessment of Axial Nonuniformity.

### M.4  Visual inspection for symbol distortion and defects

Ongoing visual inspection of the Finder and timing patterns in sample symbols can monitor an important aspect of the production process.

Matrix code symbols are susceptible to errors caused by local distortions of the matrix grid. Any such distortions may show up visually as either crooked edges on the finder patterns or uneven spacings within the alternating timing patterns running between the finder patterns and aligned with the inner boundaries of these.

The finder patterns and the adjacent quiet zone areas should always be solidly dark and light. Failures in the print mechanism which may produce defects in the form of light or dark streaks through the symbol should be visibly evident where they traverse the finder pattern or the quiet zone. Such systematic failures in the print process should be corrected.

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2977

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

## M.5  Assessing print growth

A linear bar code verifier capable of outputting direct measurements of bar and space patterns may be used for the assessment of print gain or loss in both horizontal and vertical axes, by measuring along two scan paths at right angles passing through a finder pattern and crossing the center 3 x 3 block of modules. Analysis of the output should reveal an apparent bar/space/bar/space/bar pattern; the print gain (or loss) can be assessed by comparing the five measured element widths with the ideal 1 : 1 : 3 : 1 : 1 ratio of the widths.

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2978

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 447 of 498

**Annex N**
(informative)

## Characteristics of Model 1 symbols

### N.1   Model 1 QR Code symbols

Model 1 of QR Code, as defined in AIM ITS 97-001, is the form of the symbology originally used for a number of early or closed systems applications but is not recommended for use in new or open systems applications, and is unsuitable where data volumes are likely to be high. In most respects it follows the same specification as QR Code but differs in a number of significant aspects which are summarised in this Annex.

### N.1.1   Model 1 overall characteristics

a)  Symbol size (not including quiet zone):

   21 × 21 modules to 73 × 73 modules (Versions 1 to 14, increasing in steps of 4 modules per side).

b)  Maximum data capacity (for maximum symbol size with lowest level of error correction, Version 14-L):

   — numeric data:             1 167 characters

   — alphanumeric data:    707 characters

   — Byte data:                  486 characters

   — Kanji data:                 299 characters

c)  Symbol structure and features compared with QR Code:

   — alignment patterns: Model 1 symbols have no alignment patterns

   — extension patterns: Model 1 symbols have extension patterns on the right-hand and lower sides

   — version information : Model 1 symbols contain no version information

   — symbol character placement : in consequence of the above, symbol character placement follows different rules.

   — Model 1 symbols do not support the ECI protocol

   — Model 1 symbols do not support mirror imaging

   — Model 1 symbols do not support reflectance reversal

d)  Error correction: the error detection and correction codewords are calculated identically with QR Code, but the number and size of error correction blocks for any Version differ. Data and error correction codeword blocks are not subject to interleaving.

Figure N.1 below illustrates the structure of a Version 7 Model 1 QR Code symbol.

Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2979

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)



**Figure N.1 — Structure of a QR Code Model 1 symbol**

### N.1.2   Symbol versions and sizes

There are only fourteen sizes of Model 1 symbol, from Version 1 to Version 14, the sizes of which are identical with those of Model 2 symbols with the same Version numbers, as defined in 6.3.2. Version 1 symbols therefore measure 21 × 21 modules, and Version 14 symbols 73 × 73 modules. Table N.1 shows the data capacity of all Model 1 symbols at the different error correction levels.

**Table N.1 — Data capacity of all versions of Model 1 QR Code**

| Version | No. of Modules/side (A) | Function Patterns Modules (B) | Format Information Modules (C) | Data Modules except (C) $(D=A^2-B-C)$ | Data Capacity [codewords][a] (E) |
|---------|-------------------------|-------------------------------|--------------------------------|----------------------------------------|----------------------------------|
| 1 | 21 | 206 | 31 | 204 | 26 |
| 2 | 25 | 230 | 31 | 364 | 46 |
| 3 | 29 | 238 | 31 | 572 | 72 |
| 4 | 33 | 262 | 31 | 796 | 100 |
| 5 | 37 | 270 | 31 | 1 068 | 134 |
| 6 | 41 | 294 | 31 | 1 356 | 170 |
| 7 | 45 | 302 | 31 | 1 692 | 212 |
| 8 | 49 | 326 | 31 | 2 044 | 256 |
| 9 | 53 | 334 | 31 | 2 444 | 306 |
| 10 | 57 | 358 | 31 | 2 860 | 358 |
| 11 | 61 | 366 | 31 | 3 324 | 416 |
| 12 | 65 | 390 | 31 | 3 804 | 476 |

 © ISO/IEC 2015 – All rights reserved

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2980

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 449 of 498

**Table N.1** *(continued)*

| Version | No. of Modules/side (A) | Function Patterns Modules (B) | Format Information Modules (C) | Data Modules except (C) (D=A$^2$-B-C) | Data Capacity [codewords]$^a$ (E) |
|---|---|---|---|---|---|
| 13 | 69 | 398 | 31 | 4 332 | 542 |
| 14 | 73 | 422 | 31 | 4 876 | 610 |

NOTE     The first codeword is 4 bits in length. All subsequent codewords are 8 bits in length. The first, 4-bit, data codeword is prefixed with 0000 to make its length 8 bits for generating the error correction codewords.

## N.2   Detailed specifications

For complete information regarding the printing and reading of Model 1, see AIM ITS 97-001.

© ISO/IEC 2015 – All rights reserved                                                    **115**
Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2981

BS ISO/IEC 18004:2015
ISO/IEC 18004:2015(E)

# Bibliography

[1]    ISO/IEC 646, *Information technology — ISO 7-bit coded character set for information interchange*

[2]    ISO/IEC 8859-2:1999, *Information technology — 8-bit single-byte coded graphic character sets — Part 2: Latin alphabet No. 2*

[3]    ISO/IEC 8859-3:1999, *Information technology — 8-bit single-byte coded graphic character sets — Part 3: Latin alphabet No. 3*

[4]    ISO/IEC 8859-4:1998, *Information technology — 8-bit single-byte coded graphic character sets — Part 4: Latin alphabet No. 4*

[5]    ISO/IEC 8859-5:1999, *Information technology — 8-bit single-byte coded graphic character sets — Part 5: Latin/Cyrillic alphabet*

[6]    ISO/IEC 8859-6:1999, *Information technology — 8-bit single-byte coded graphic character sets — Part 6: Latin/Arabic alphabet*

[7]    ISO/IEC 8859-7:2003, *Information technology — 8-bit single-byte coded graphic character sets — Part 7: Latin/Greek alphabet*

[8]    ISO/IEC 8859-8:1999, *Information technology — 8-bit single-byte coded graphic character sets — Part 8: Latin/Hebrew alphabet*

[9]    ISO/IEC 8859-9:1999, *Information technology — 8-bit single-byte coded graphic character sets — Part 9: Latin alphabet No. 5*

[10]   ISO/IEC 8859-10:1998, *Information technology — 8-bit single-byte coded graphic character sets — Part 10: Latin alphabet No. 6*

[11]   ISO/IEC 8859-11:2001, *Information technology — 8-bit single-byte coded graphic character sets — Part 11: Latin/Thai alphabet*

[12]   ISO/IEC 8859-13:1998, *Information technology — 8-bit single-byte coded graphic character sets — Part 13: Latin alphabet No. 7*

[13]   ISO/IEC 8859-14:1998, *Information technology — 8-bit single-byte coded graphic character sets — Part 14: Latin alphabet No. 8 (Celtic)*

[14]   ISO/IEC 8859-15:1999, *Information technology — 8-bit single-byte coded graphic character sets — Part 15: Latin alphabet No. 9*

[15]   ISO/IEC 8859-16:2001, *Information technology — 8-bit single-byte coded graphic character sets — Part 16: Latin alphabet No. 10*

[16]   ISO/IEC 15416, *Information technology — Automatic identification and data capture techniques — Bar code print quality test specification — Linear symbols*

[17]   ISO/IEC 15417, *Information technology — Automatic identification and data capture techniques — Code 128 bar code symbology specification*

[18]   ISO/IEC 15424, *Information technology — Automatic identification and data capture techniques — Data Carrier Identifiers (including Symbology Identifiers)*

[19]   ISO/IEC 15434, *Information technology — Automatic identification and data capture techniques — Syntax for high-capacity ADC media*

[20]   ISO/IEC/TR 29158, *Information technology — Automatic identification and data capture techniques — Direct Part Mark (DPM) Quality Guideline*

    © ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2982

[21]  *AIM ITS 97-001 International Symbology Specification - QR Code*, AIM Inc.

[22]  AIM International Technical Specification, Extended Channel Interpretations:—Part 1, Identification Schemes and Protocols

[23]  AIM International Technical Specification, Extended Channel Interpretations:—*Part 2, Registration Procedure for Coded Character Sets and Other Data Formats*

[24]  AIM International Technical Specification, Extended Channel Interpretations:—Character Set Register

[25]  *GS1 General Specifications*, GS1

[26]  JIS X 0208:2012, *7-bit and 8-bit double byte coded KANJI sets for information interchange*

© ISO/IEC 2015 – All rights reserved
Licensed to John Goss. ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2983

BS ISO/IEC 18004:2015
**ISO/IEC 18004:2015(E)**

**ICS  01.080.50; 35.040**

Price based on 117 pages

© ISO/IEC 2015 – All rights reserved

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2984

*This page deliberately left blank*

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

JA2985

NO COPYING WITHOUT BSI PERMISSION EXCEPT AS PERMITTED BY COPYRIGHT LAW

# British Standards Institution (BSI)

BSI is the national body responsible for preparing British Standards and other standards-related publications, information and services.

BSI is incorporated by Royal Charter. British Standards and other standardization products are published by BSI Standards Limited.

## About us

We bring together business, industry, government, consumers, innovators and others to shape their combined experience and expertise into standards -based solutions.

The knowledge embodied in our standards has been carefully assembled in a dependable format and refined through our open consultation process. Organizations of all sizes and across all sectors choose standards to help them achieve their goals.

## Information on standards

We can provide you with the knowledge that your organization needs to succeed. Find out more about British Standards by visiting our website at bsigroup.com/standards or contacting our Customer Services team or Knowledge Centre.

## Buying standards

You can buy and download PDF versions of BSI publications, including British and adopted European and international standards, through our website at bsigroup.com/shop, where hard copies can also be purchased.

If you need international and foreign standards from other Standards Development Organizations, hard copies can be ordered from our Customer Services team.

## Subscriptions

Our range of subscription services are designed to make using standards easier for you. For further information on our subscription products go to bsigroup.com/subscriptions.

With **British Standards Online (BSOL)** you'll have instant access to over 55,000 British and adopted European and international standards from your desktop. It's available 24/7 and is refreshed daily so you'll always be up to date.

You can keep in touch with standards developments and receive substantial discounts on the purchase price of standards, both in single copy and subscription format, by becoming a **BSI Subscribing Member**.

**PLUS** is an updating service exclusive to BSI Subscribing Members. You will automatically receive the latest hard copy of your standards when they're revised or replaced.

To find out more about becoming a BSI Subscribing Member and the benefits of membership, please visit bsigroup.com/shop.

With a **Multi-User Network Licence (MUNL)** you are able to host standards publications on your intranet. Licences can cover as few or as many users as you wish. With updates supplied as soon as they're available, you can be sure your documentation is current. For further information, email bsmusales@bsigroup.com.

## Revisions

Our British Standards and other publications are updated by amendment or revision.

We continually improve the quality of our products and services to benefit your business. If you find an inaccuracy or ambiguity within a British Standard or other BSI publication please inform the Knowledge Centre.

## Copyright

All the data, software and documentation set out in all British Standards and other BSI publications are the property of and copyrighted by BSI, or some person or entity that owns copyright in the information used (such as the international standardization bodies) and has formally licensed such information to BSI for commercial publication and use. Except as permitted under the Copyright, Designs and Patents Act 1988 no extract may be reproduced, stored in a retrieval system or transmitted in any form or by any means – electronic, photocopying, recording or otherwise – without prior written permission from BSI. Details and advice can be obtained from the Copyright & Licensing Department.

## Useful Contacts:

**Customer Services**
**Tel:** +44 845 086 9001
**Email (orders):** orders@bsigroup.com
**Email (enquiries):** cservices@bsigroup.com

**Subscriptions**
**Tel:** +44 845 086 9001
**Email:** subscriptions@bsigroup.com

**Knowledge Centre**
**Tel:** +44 20 8996 7004
**Email:** knowledgecentre@bsigroup.com

**Copyright & Licensing**
**Tel:** +44 20 8996 7070
**Email:** copyright@bsigroup.com

**BSI Group Headquarters**

389 Chiswick High Road London W4 4AL UK



...making excellence a habit.™

Licensed to John Goss.  ANSI store order # X_773713. Downloaded 12/13/2021. Single user license only. Copying and networking prohibited.

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

# INTERNATIONAL STANDARD

# ISO/IEC 15416

Second edition
2016-12-15

## Automatic identification and data capture techniques — Bar code print quality test specification — Linear symbols

*Techniques automatiques d'identification et de capture des données — Spécifications pour essai de qualité d'impression des codes à barres — Symboles linéaires*



EXHIBIT
1003

Reference number
ISO/IEC 15416:2016(E)

© ISO/IEC 2016



JA2987

JA2988

Single user licence only, copying and networking prohibited.
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)



**COPYRIGHT PROTECTED DOCUMENT**

© ISO/IEC 2016, Published in Switzerland

All rights reserved. Unless otherwise specified, no part of this publication may be reproduced or utilized otherwise in any form or by any means, electronic or mechanical, including photocopying, or posting on the internet or an intranet, without prior written permission. Permission can be requested from either ISO at the address below or ISO's member body in the country of the requester.

ISO copyright office
Ch. de Blandonnet 8 • CP 401
CH-1214 Vernier, Geneva, Switzerland
Tel. +41 22 749 01 11
Fax +41 22 749 09 47
copyright@iso.org
www.iso.org

USCA4 Appeal: 23-1850    Doc: 45-6    Filed: 04/01/2024    Pg: 456 of 498

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

ISO/IEC 15416:2016(E)

# Contents

Page

Foreword ............................................................................................................................................................................................................... iv

Introduction ........................................................................................................................................................................................................ v

1   Scope .......................................................................................................................................................................................................... 1

2   Normative references ................................................................................................................................................................ 1

3   Terms and definitions ................................................................................................................................................................ 1

4   Symbols and abbreviated terms .................................................................................................................................... 2
    4.1   Abbreviated terms ...................................................................................................................................................... 2
    4.2   Symbols ................................................................................................................................................................................ 3

5   Measurement methodology ................................................................................................................................................ 4
    5.1   General requirements .............................................................................................................................................. 4
    5.2   Reference reflectivity measurements ...................................................................................................... 4
          5.2.1   General ................................................................................................................................................................. 4
          5.2.2   Measurement light source ................................................................................................................ 4
          5.2.3   Measuring aperture ................................................................................................................................ 4
          5.2.4   Optical geometry ....................................................................................................................................... 5
          5.2.5   Inspection band .......................................................................................................................................... 6
          5.2.6   Number of scans ......................................................................................................................................... 7
    5.3   Scan reflectance profile ......................................................................................................................................... 7
    5.4   Scan reflectance profile assessment parameters ......................................................................... 8
          5.4.1   General ................................................................................................................................................................. 8
          5.4.2   Element determination ....................................................................................................................... 9
          5.4.3   Edge determination ................................................................................................................................ 9
          5.4.4   Decode ................................................................................................................................................................ 10
          5.4.5   Symbol contrast (SC) ........................................................................................................................... 10
          5.4.6   Edge contrast (EC) ................................................................................................................................. 10
          5.4.7   Modulation (MOD) ................................................................................................................................. 10
          5.4.8   Defects ............................................................................................................................................................... 10
          5.4.9   Decodability ................................................................................................................................................. 12
          5.4.10   Quiet zone check .................................................................................................................................... 13

6   Symbol grading .............................................................................................................................................................................. 13
    6.1   General ................................................................................................................................................................................. 13
    6.2   Scan reflectance profile grading .................................................................................................................. 13
          6.2.1   Decode ................................................................................................................................................................ 14
          6.2.2   Reflectance parameter grading ................................................................................................. 14
          6.2.3   Decodability ................................................................................................................................................. 14
    6.3   Expression of symbol grade .............................................................................................................................. 15

7   Substrate characteristics .................................................................................................................................................... 15

Annex A (normative) Decodability ............................................................................................................................................... 16

Annex B (informative) Example of symbol quality grading .............................................................................. 17

Annex C (informative) Substrate characteristics ....................................................................................................... 19

Annex D (informative) Interpretation of the scan reflectance profile and profile grades ....... 23

Annex E (informative) Guidance on selection of light wavelength ........................................................... 26

Annex F (informative) Guidance on number of scans per symbol ............................................................. 28

Annex G (informative) Example of verification report ........................................................................................... 29

Annex H (informative) Comparison with traditional methodologies ................................................... 30

Annex I (informative) Process control requirements .............................................................................................. 33

Bibliography ...................................................................................................................................................................................................... 36

JA2989

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

# Foreword

ISO (the International Organization for Standardization) and IEC (the International Electrotechnical Commission) form the specialized system for worldwide standardization. National bodies that are members of ISO or IEC participate in the development of International Standards through technical committees established by the respective organization to deal with particular fields of technical activity. ISO and IEC technical committees collaborate in fields of mutual interest. Other international organizations, governmental and non-governmental, in liaison with ISO and IEC, also take part in the work. In the field of information technology, ISO and IEC have established a joint technical committee, ISO/IEC JTC 1.

The procedures used to develop this document and those intended for its further maintenance are described in the ISO/IEC Directives, Part 1.  In particular the different approval criteria needed for the different types of document should be noted.  This document was drafted in accordance with the editorial rules of the ISO/IEC Directives, Part 2 (see www.iso.org/directives).

Attention is drawn to the possibility that some of the elements of this document may be the subject of patent rights. ISO and IEC shall not be held responsible for identifying any or all such patent rights.  Details of any patent rights identified during the development of the document will be in the Introduction and/or on the ISO list of patent declarations received (see www.iso.org/patents).

Any trade name used in this document is information given for the convenience of users and does not constitute an endorsement.

For an explanation on the meaning of ISO specific terms and expressions related to conformity assessment, as well as information about ISO's adherence to the WTO principles in the Technical Barriers to Trade (TBT) see the following URL:  Foreword - Supplementary information

The committee responsible for this document is ISO/IEC JTC 1, *Information technology*, Subcommittee SC 31, *Automatic identification and data capture techniques*.

This second edition cancels and replaces the first edition (ISO/IEC 15416:2000), which has been technically revised with the following changes, as well as minor editorial modifications:

— the computation of "Defects" was modified in this revision of ISO/IEC 15416 (see Note 3 in 5.4.8); and

— sharp boundaries between grade levels are avoided by assigning grades within grade boundaries to the first decimal place (see the Notes in 6.2.2 and 6.2.3).

© ISO/IEC 2016 – All rights reserved

JA2990

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

# Introduction

The technology of bar coding is based on the recognition of patterns encoded in bars and spaces of defined dimensions according to rules defining the translation of characters into such patterns, known as the symbology specification.

The bar code symbol is produced in such a way as to be reliably decoded at the point of use, if it is to fulfil its basic objective as a machine readable data carrier.

Manufacturers of bar code equipment and the producers and users of bar code symbols therefore require publicly available standard test specifications for the objective assessment of the quality of bar code symbols, to which they can refer to when developing equipment and application standards or determining the quality of the symbols. Such test specifications form the basis for the development of measuring equipment for process control and quality assurance purposes during symbol production, as well as afterwards.

The performance of measuring equipment is the subject of a separate standard, ISO/IEC 15426-1.

This document is to be read in conjunction with the symbology specification applicable to the bar code symbol being tested, which provides symbology-specific detail necessary for its application.

This methodology provides symbol producers and their trading partners a universally standardized means for communicating about the quality of bar code symbols after they have been printed.

© ISO/IEC 2016 – All rights reserved                                                                                v

JA2991

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**INTERNATIONAL STANDARD**                                 ISO/IEC 15416:2016(E)

# Automatic identification and data capture techniques — Bar code print quality test specification — Linear symbols

## 1   Scope

This document:

— specifies the methodology for the measurement of specific attributes of bar code symbols;

— defines a method for evaluating these measurements and deriving an overall assessment of symbol quality; and

— provides information on possible causes of deviation from optimum grades to assist users in taking appropriate corrective action.

This document applies to those symbologies for which a reference decode algorithm has been defined, and which are intended to be read using linear scanning methods, but its methodology can be applied partially or wholly to other symbologies.

## 2   Normative references

There are no normative references in this document.

## 3   Terms and definitions

For the purposes of this document, the terms and definitions given in ISO/IEC 19762 and the following apply.

ISO and IEC maintain terminological databases for use in standardization at the following addresses:

— IEC Electropedia: available at http://www.electropedia.org/

— ISO Online browsing platform: available at http://www.iso.org/obp

**3.1**
**bar reflectance**
lowest reflectance value in the scan reflectance profile of a bar element

**3.2**
**decode**
determination of the information encoded in a bar code symbol

**3.3**
**edge contrast**
difference between *bar reflectance* (3.1) and *space reflectance* (3.14) of two adjacent elements

**3.4**
**element reflectance non-uniformity**
reflectance difference between the highest *peak* (3.9) and the lowest *valley* (3.16) in the scan reflectance profile of an individual element or quiet zone

**3.5**
**global threshold**
reflectance level midway between the maximum and minimum reflectance values in a scan reflectance profile used for the initial identification of elements

© ISO/IEC 2016 – All rights reserved

JA2993

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

**3.6**
**inspection band**
band (usually from 10 % to 90 % of the height of a bar code symbol) across which measurements are taken

Note 1 to entry: See Figure 2.

**3.7**
**measuring aperture**
opening which governs the effective *sample area* (3.10) of the symbol, and the dimensions of which at 1:1 magnification is equal to that of the sample area

**3.8**
**modulation**
ratio of minimum *edge contrast* (3.3) to *symbol contrast* (3.15)

**3.9**
**peak**
point of higher reflectance in a scan reflectance profile with points of lower reflectance on either side

**3.10**
**sample area**
effective area of the symbol within the field of view of the measurement device

**3.11**
**scan path**
line along which the centre of the *sample area* (3.10) traverses the symbol, including quiet zones

**3.12**
**show-through**
property of a substrate that allows underlying markings or materials to affect the reflectance of the substrate

**3.13**
**space**
light element corresponding to a region of a scan reflectance profile above the *global threshold* (3.5)

**3.14**
**space reflectance**
highest reflectance value in the scan reflectance profile of a space element or quiet zone

**3.15**
**symbol contrast**
difference between the maximum and minimum reflectance values in a scan reflectance profile

**3.16**
**valley**
point of lower reflectance in a scan reflectance profile with points of higher reflectance on either side

## 4   Symbols and abbreviated terms

### 4.1   Abbreviated terms

EC          edge contrast

$EC_{min}$     minimum value of EC

ERN         element reflectance non-uniformity

$ERN_{max}$    maximum value of ERN

**2**                                          © ISO/IEC 2016 – All rights reserved

JA2994

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

| | |
|---|---|
| GT | global threshold |
| MOD | modulation |
| PCS | print contrast signal |
| RT | reference threshold |
| SC | symbol contrast |

## 4.2   Symbols

| | |
|---|---|
| A | average achieved width of element or element combinations of a particular type |
| c | defect adjustment constant |
| e | width of widest narrow element |
| E | width of narrowest wide element |
| $e_i$ | i'th edge to similar edge measurement, counting from leading edge of symbol character |
| F | factor used to soften the effect on defect grades derived from small changes peaks and valleys within an element |
| K | smallest absolute difference between a measurement and a reference threshold |
| k | number of element pairs in a symbol character in a (n, k) symbology |
| M | width of element showing greatest deviation from A |
| m | number of modules in a symbol character |
| N | average achieved wide to narrow ratio |
| n | number of modules in a symbol character in a (n, k) symbology |
| $R_b$ | bar reflectance |
| $R_D$ | dark reflectance |
| $R_L$ | light reflectance |
| $R_{max}$ | maximum reflectance |
| $R_{min}$ | minimum reflectance |
| $R_s$ | space reflectance |
| $RT_j$ | reference threshold between measurements j and (j + 1) modules wide |
| S | total width of a character |
| V | decodability value |
| $V_C$ | decodability value for a symbol character |
| Z | average achieved narrow element dimension or module size, as measured |

© ISO/IEC 2016 – All rights reserved    **3**

JA2995

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

## 5   Measurement methodology

### 5.1   General requirements

The measurement methodology defined in this document is designed to maximize the consistency of both reflectivity and bar and space width measurements of bar code symbols on various substrates. This methodology is also intended to correlate with conditions encountered in bar code scanning hardware.

Measurements shall be made with a defined light source (such as a single light wavelength) and a measuring aperture of dimensions defined by the application specification or determined in accordance with 5.2.1 and 5.2.2. A circular aperture is defined by its diameter in accordance with Table 1. Application specifications may define other aperture diameters or shapes.

Whenever possible, measurements shall be made on the bar code symbol in its final configuration, i.e. the configuration in which it is intended to be scanned. If this is impossible, refer to Annex C for the method to be used for measuring reflectance for non-opaque substrates.

The sampling method should be based on a statistically valid sample size within the lot or batch being tested. A minimum grade for acceptability shall be established prior to quality control inspection. In the absence of a sampling plan defined in formal quality assurance procedures or by bilateral agreement, a suitable plan may be based on the recommendations in ISO 2859-1.

### 5.2   Reference reflectivity measurements

#### 5.2.1   General

Equipment for assessing the quality of bar code symbols in accordance with this document shall comprise a means of measuring and analysing the variations in the diffuse reflectivity of a bar code symbol on its substrate along a number of scan paths which shall traverse the full width of the symbol including both quiet zones. The basis of this methodology is the measurement of diffuse reflectance from the symbol.

All measurements on a bar code symbol shall be made within the inspection band defined in accordance with 5.2.4.

The measured reflectance values shall be expressed in percentage terms by means of calibration and reference to recognized national standards laboratories, where 100 % should correspond to the reflectance of a barium sulphate or magnesium oxide reference sample.

#### 5.2.2   Measurement light source

The light source used for measurements should be specified in the application specification to suit the intended scanning environment. When the light source is not specified in the application specification, measurements should be made using the light source that approximates most closely to the light source expected to be used in the scanning process. Light sources may include narrow band or broad band illumination. Refer to Annex E for guidance on the selection of the light source.

#### 5.2.3   Measuring aperture

The nominal diameter of the measuring aperture should be specified by the user application specification to suit the intended scanning environment. When the measuring aperture diameter is not specified in the application specification, Table 1 should be used as a guide. In an application where a range of X dimensions will be encountered, all measurements shall be made with the aperture appropriate to the smallest X dimension to be encountered.

In the absence of a defined X dimension, the Z dimension shall be substituted.

**4**

© ISO/IEC 2016 – All rights reserved

JA2996

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

The effective measuring aperture diameter may vary slightly from its nominal dimension due to manufacturing tolerances and optical effects. Note that the measured width of some of the narrow elements may be smaller than the measuring aperture diameter.

**Table 1 — Guideline for diameter of measuring aperture**

| X Dimension (mm) | Aperture diameter (mm) | Reference number |
|---|---|---|
| $0,100 \leq X < 0,180$ | 0,075 | 03 |
| $0,180 \leq X < 0,330$ | 0,125 | 05 |
| $0,330 \leq X < 0,635$ | 0,250 | 10 |
| $0,635 < X$ | 0,500 | 20 |
| NOTE    The aperture reference number approximates to the measuring aperture diameter in thousandths of an inch. | | |

NOTE    The measuring aperture is not to be confused with the F-number of a lens.

### 5.2.4   Optical geometry

The reference optical geometry for reflectivity measurements shall consist of the following:

a)   a source of incident illumination which is uniform across the sample area at 45° from a perpendicular to the surface, and in a plane containing the illumination source that shall be both perpendicular to the surface and parallel to the bars;

b)   a light collection device, the axis of which is perpendicular to the surface.

The light reflected from a circular sample area of the surface shall be collected within a cone; the angle at the vertex of which is 15°, centred on the perpendicular to the surface, through a circular measuring aperture, the diameter of which at 1:1 magnification shall be equivalent to that of the sample area.

NOTE     Figure 1 illustrates the principle of the optical arrangement, but is not intended to represent an actual device.

This reference geometry is intended to minimize the effects of specular reflection and to maximize those of diffuse reflection from the symbol. It is intended to provide a reference basis to assist the consistency of measurement. It may not correspond with the optical geometry of individual scanning systems. Alternative optical geometries and components may be used, provided that their performance can be correlated with that of the reference optical arrangement defined in this subclause.

© ISO/IEC 2016 – All rights reserved

**5**

JA2997

USCA4 Appeal: 23-1850      Doc: 45-6      Filed: 04/01/2024      Pg: 466 of 498

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.



**Key**

1    light sensing element
2    aperture at 1:1 magnification (measurement A = measurement B)
3    baffle
4    sample
5    light source

**Figure 1 — Reference optical arrangement**

### 5.2.5   Inspection band

The area within which all measurement scan paths shall lie shall be contained between two lines perpendicular to the height of the bars of the symbol, as illustrated in Figure 2. The lower line shall be positioned at a distance above the average lower edge of the bar pattern of the symbol while the upper line shall be positioned at the same distance below the average upper edge of the bar pattern of the symbol. This distance shall be equal to 10 % of the average bar height or the measuring aperture diameter, whichever is greater. The inspection band shall extend to the full width of the symbol including quiet zones.

© ISO/IEC 2016 – All rights reserved

JA2998

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**



**Key**

1    inspection band (normally 80 % of average bar height)
2    10 % of average bar height, or aperture diameter if greater, above inspection band
3    10 % of average bar height, or aperture diameter if greater, above average bar bottom edge
4    quiet zones
5    scanning lines
6    average bar bottom edge

**Figure 2 — Inspection band**

**5.2.6    Number of scans**

In order to provide for the effects of variations in symbol characteristics at different positions in the height of the bars, a number of scans shall be performed across the full width of the symbol including both quiet zones with the appropriate measuring aperture and a light source of defined nominal wavelength. These scans shall be approximately equally spaced through the height of the inspection band. The minimum number of scans per symbol should normally be 10 or the height of the inspection band divided by the measuring aperture diameter, whichever is lower. Refer to Annex F for guidance on the number of scans.

The overall quality grade of the symbol is determined by averaging the quality grades of the individual scans, in accordance with Clause 6.

**5.3    Scan reflectance profile**

Bar code symbol quality assessment shall be based on an analysis of the scan reflectance profiles. The scan reflectance profile is a plot of reflectance against linear distance across the symbol. If scanning speed is not constant, measuring devices plotting reflectance against time should make provision to compensate for the effects of acceleration or deceleration. If the plot is not a continuous analogue profile, the measurement intervals should be sufficiently small to ensure that no significant detail is lost and that dimensional accuracy is adequate.

Figure 3 is a graphical representation of a scan reflectance profile. The vertical axis represents reflectance and the horizontal axis linear position. The high-reflectance areas are spaces and the low-reflectance areas are bars. The high-reflectance areas on the extreme left and right are the quiet zones. The important features of the scan reflectance profile can be determined by manual graphical

© ISO/IEC 2016 – All rights reserved    **7**

JA2999

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

analysis or automatically by numerical analysis. For example, the highest reflectance point on the scan reflectance profile in Figure 3 is approximately 82 % and the lowest is approximately 10 %.



**Figure 3 — Scan reflectance profile**

## 5.4   Scan reflectance profile assessment parameters

### 5.4.1   General

The scan reflectance profile parameters described in 5.4.2 to 5.4.9 shall be assessed for compliance with this document. Grading of the scan reflectance profile parameters is described in 6.2. Figure 4 is the same scan reflectance profile as Figure 3 with certain features indicated.

© ISO/IEC 2016 – All rights reserved

JA3000

USCA4 Appeal: 23-1850      Doc: 45-6      Filed: 04/01/2024      Pg: 469 of 498

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.



**Figure 4 — Features of scan reflectance profile**

### 5.4.2    Element determination

To locate the bars and spaces, a global threshold shall be established. The global threshold shall be the reflectance value midway between the highest and lowest reflectance values measured in the scan reflectance profile, or:

$$GT = (R_{max} + R_{min})/2$$

where

> $R_{max}$  is the highest reflectance value;
>
> $R_{min}$  is the lowest reflectance value.

Each region above the global threshold shall be regarded as a space and the highest reflectance value in the region shall be designated the space reflectance, $R_s$. Similarly, the region below the global threshold shall be regarded as a bar and the lowest reflectance in the region shall be designated the bar reflectance, $R_b$.

For each space, $R_s$ – GT represents its reflectance margin above the global threshold. For each bar, GT – $R_b$ represents its reflectance margin below the global threshold. A warning should be issued when the minimum reflectance margin for any element is less than 5 % of the SC of a symbol. This warning should caution users to consider the possibility that this symbol is close to an F grade for edge determination.

NOTE      This warning is not required and this recommendation is newly introduced in this revision of this document.

### 5.4.3    Edge determination

An element edge shall be defined as being located at the point where the scan reflectance profile intersects the mid-point between $R_s$ and $R_b$ of two adjacent regions, i.e. where the reflectance value is $(R_s + R_b)/2$. If more than one point satisfying this definition exists between adjoining elements, then

JA3001

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

the edge position and the element widths will be ambiguous and the scan reflectance profile shall fail the decode parameter. The quiet zones and intercharacter gaps, if any, are considered to be spaces.

### 5.4.4    Decode

The symbology reference decode algorithm shall be used to decode the symbol using the element edges determined in 5.4.3. This algorithm may be found in the symbology specification.

### 5.4.5    Symbol contrast (SC)

Symbol contrast is the difference between the highest and lowest reflectance values in a scan reflectance profile.

$$SC = R_{max} - R_{min}$$

### 5.4.6    Edge contrast (EC)

Edge contrast is the difference between the $R_s$ and $R_b$ of adjoining elements including quiet zones. The lowest value of edge contrast found in the scan reflectance profile is the minimum edge contrast, $EC_{min}$.

$$EC = R_s - R_b$$

### 5.4.7    Modulation (MOD)

Modulation is the ratio of the minimum edge contrast to symbol contrast.

$$MOD = EC_{min}/SC$$

### 5.4.8    Defects

Defects are irregularities found within elements and quiet zones, and are measured in terms of element reflectance non-uniformity.

Element reflectance non-uniformity within an individual element or quiet zone is the difference between the reflectance of the highest peak and the reflectance of the lowest valley. When an element consists of a single peak or valley, its reflectance non-uniformity is zero. The highest value of element reflectance non-uniformity found in the scan reflectance profile is the maximum element reflectance non-uniformity. Defect measurement is expressed as the ratio of the maximum element reflectance non-uniformity ($ERN_{max}$) to symbol contrast.

a)   Define the defect adjustment constant "c" equal to 0,075.

    NOTE 1      "c" corresponds to the following:

    — a small amount of "noise" to be reduced to eliminate instability in measurement;

    — an amount of contrast difference that is small enough for scanners to ignore.

    NOTE 2      If "c" would be defined as 0, the method described here is equivalent to the defect grade specified in the previous edition of this document in all cases (because the factor, F, defined below, would always be equal to 1).

b)   For each bar element.

    1)   For each positive Peak Maxima in the element:

        i)      find the lowest valley to the left of it within the element, called $R_{minLeft}$;

        ii)     find the lowest valley to the right of it within the element, called $R_{minRight}$;

        iii)    calculate $ERN_{left}$ as the Peak Maximum $- R_{minLeft}$;

© ISO/IEC 2016 – All rights reserved

JA3002

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

iv) calculate $ERN_{right}$ as the Peak Maximum − $R_{minRight}$;

v) take the lesser of $ERN_{left}$ and $ERN_{right}$ as $ERN'$ (ERN prime);

vi) set F to the value 1 if $ERN' \geq c$. If $ERN' < c$, then calculate $F = ERN'/c$;

vii) calculate the provisional ERN for this peak (and only this peak) as $F \times MAX (ERN_{left}, ERN_{right})$.

2) Take the maximum of the provisional ERN values from all iterations of the previous step as the ERN of this element.

c) Same as b) for each space element, and as follows.

1) For each negative Valley Minima (a local minima):

i) find the highest peak to the left of it within the element, called $R_{maxLeft}$;

ii) find the highest peak to the right of it within the element, called $R_{maxRight}$;

iii) calculate $ERN_{left}$ as $R_{maxLeft}$ − the Valley minimum;

iv) calculate $ERN_{right}$ as $R_{maxRight}$ − the Valley minimum;

v) take the lesser of $ERN_{left}$ and $ERN_{right}$ as $ERN'$ (ERN prime);

vi) set F to the value 1 if $ERN' \geq c$. If $ERN' < c$, then calculate $F = ERN'/c$;

vii) calculate the provisional for this valley (and only this valley) as $F \times MAX (ERN_{left}, ERN_{right})$.

2) Take the maximum of all the provisional ERN values from all iterations of the previous step as the ERN of this element.

d) Take the maximum of all ERN values from b) 2) and c) 2) as $ERN_{max}$ for the overall scan.

Defects = $ERN_{max}/SC$

NOTE 3    The calculation of $ERN_{max}$ described above is modified in this revision of this document.

Three cases are especially useful to illustrate the functioning of this algorithm. The leftmost example shown in Figure 5 is an example of a case that will be affected by this change. The defect will be reduced because $ERN_{left}$ is very small (in particular, it is much less than "c"). The middle example shows a case where many peaks and valleys exist within an element, but $ERN_{left}$ and $ERN_{right}$ are much larger than "c". The defect measurement will not be affected by this change. The rightmost example is actually equivalent to the middle example in as much as this algorithm is concerned, even though $ERN_{left}$ and $ERN_{right}$ are different for each local maxima.



**Figure 5 — Examples to illustrate ERN calculation**

© ISO/IEC 2016 – All rights reserved    **11**

JA3003

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

### 5.4.9   Decodability

The decodability of a bar code symbol is a measure of the accuracy of its production in relation to the appropriate reference decode algorithm. Bar code scanning equipment can generally be expected to perform better on symbols with higher levels of decodability than on those with lower decodability.

Rules governing the nominal dimensions for each bar code symbology are given in particular symbology specifications. The reference decode algorithm allows reasonable margin for errors in the printing and reading processes by defining one or more reference thresholds at which a decision is made as to the widths of elements or other measurements.

The decodability of a scan reflectance profile is the fraction of available margin which has not been consumed by the printing process and is thus available for the scanning process. When calculating the decodability value, V, for a scan reflectance profile, regard shall be to the measurements required by the reference decode algorithm in the relevant symbology specification. In the following paragraph, the term "measurement" shall be taken to refer to either a single element width, in symbologies which use these directly in the reference decode algorithm (e.g. "Code 39"), or to the combined width of two or more adjacent elements, in symbologies using edge to similar edge measurements for decoding (e.g. "Code 128").

The decodability value is calculated with reference to the following:

a)   the average achieved width (referred to in the formula below as A) for measurements of a particular type [e.g. narrow elements, or bar + space combinations nominally totalling 2 (or 3, or 4 ...) modules] in the scan reflectance profile;

b)   the reference threshold applicable to measurements of the same type as A (referred to in the formula below as RT);

c)   the actual measurement showing the greatest deviation from A in the direction of the reference threshold, (referred to in the formula below as M).

The general form of the formula for calculating V is as follows:

V = absolute value of [(RT − M)/(RT − A)]

where

(RT − M)   is the remaining margin not used by printing variation;

(RT − A)   is the total theoretical margin based on the ideal measurement of the element(s).

Figure 6 illustrates this principle. The shaded area represents the range of measurements of the same type as A (e.g. narrow elements). All measurements are taken from 0.



**Figure 6 — Principle of decodability measurement**

                                                    © ISO/IEC 2016 – All rights reserved

JA3004

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

More specific formulae applicable to either two-width symbologies or (n, k) symbologies are defined in Annex A. Reference should also be made to the symbology specification for the particular computation of decodability unique to each symbology.

**5.4.10   Quiet zone check**

The average narrow element width, Z, shall be calculated and revised quiet zones determined based on this dimension. $R_{max}$, ERN of the quiet zones and $R_s$ of the quiet zones, as used in the initial scan reflectance profile analysis, shall be compared with new values obtained for the revised quiet zones. If the value(s) differ, then affected portions of the scan reflectance profile analysis shall be repeated.

# 6   Symbol grading

## 6.1   General

As a consequence of the use of different types of bar code reading equipment under differing conditions in actual applications, the level of quality required of a bar code symbol to ensure an acceptable level of performance will differ. Application specifications should therefore define the required performance in terms of symbol grade in accordance with this document, following the guidelines in D.3.

Symbol grading shall be used to derive a relative measure of symbol quality under the measurement conditions used. Each scan reflectance profile shall be analysed and assigned a grade on a descending scale from 4 to 0 in steps of 0,1. The grade 4 represents the highest quality, while the grade 0 represents failure. The scan reflectance profile grade for each scan reflectance profile shall be the lowest grade of any parameter in that scan reflectance profile. The overall symbol grade shall be the arithmetic mean of the scan reflectance profile grades. If any two scans of the same symbol yield different decoded data, then the overall symbol grade, irrespective of individual scan reflectance profile grades, shall be 0. An example of a symbol quality grading is given in Annex B. For the interpretation of the scan reflectance profile and profile grades, see Annex D.

In order to determine the causes of poor quality grades, it is necessary to examine the grades for each parameter in the scan reflectance profile in question as described in D.2. For process control purposes, the averages of the grade for each parameter obtained from all the scan reflectance profiles may provide meaningful guidance (see I.4). If the grades alone do not provide sufficient explanation, it may also be necessary to examine the plot(s) of the scan reflectance profile(s).

## 6.2   Scan reflectance profile grading

The scan reflectance profile grade shall be the lowest grade of the following:

a)   decode;

b)   symbol contrast (SC);

c)   minimum reflectance ($R_{min}$);

d)   minimum edge contrast ($EC_{min}$);

e)   modulation (MOD);

f)   defects;

g)   decodability (V);

h)   any additional requirements imposed by the application or symbology specification.

It is appropriate to measure these parameters in the sequence given above.

© ISO/IEC 2016 – All rights reserved

JA3005

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

### 6.2.1   Decode

Decodable symbols shall comply with the symbology specification, notably in respect of character encodation, start and stop patterns, symbol check character(s), quiet zones and intercharacter gaps (where applicable). If the scan reflectance profile cannot be decoded using the symbology reference decode algorithm, then it shall receive the failing grade 0. Otherwise, it shall receive the grade 4.

### 6.2.2   Reflectance parameter grading

Depending on their values, symbol contrast, modulation and defects may be graded from 4,0 to 0 in steps of 0,1; minimum reflectance and minimum edge contrast grades may be graded either 4 or 0. These parameters are interdependent and need to be considered together.

Table 2 defines the parameter values corresponding to the various grades.

**Table 2 — Reflectance parameter grading**

| Grade | $R_{min}$ | SC | $EC_{min}$ | MOD | Defects |
|-------|-----------|-------|------------|--------|---------|
| 4,0 | ≤0,5 $R_{max}$ | ≥70 % | ≥15 % | ≥0,70 | ≤0,15 |
| 3,0 | | ≥55 % | | ≥0,60 | ≤0,20 |
| 2,0 | | ≥40 % | | ≥0,50 | ≤0,25 |
| 1,0 | | ≥20 % | | ≥0,40 | ≤0,30 |
| 0 | >0,5 $R_{max}$ | <20 % | <15 % | <0,40 | >0,30 |

For SC, MOD and defects, the grade shall be computed as an interpolated value, rounded to the nearest 0,1 in between grade levels. For example, SC of 52 % shall result in a grade of 2,8 and MOD of 0,69 shall results in a grade of 3,9. In the lowest range, the grade shall be interpolated from 1 down to 0, except defect which shall be 0 for all values greater than 0,30. The decimal part of the SC grade is computed as the fraction of the range for the grade of 2 (15 %) that the measured value (52 %) exceeds the minimum value for a grade of 2 (40 %), computed as 2 + [(52 % – 40 %)/15 %].

NOTE      The interpolation described above is a new feature in this revision of this document and is introduced as a way of reducing meaningless grade level fluctuations when small changes in measurements cause a grade to transition between grade levels.

### 6.2.3   Decodability

The decodability value, V, for each scan reflectance profile shall be calculated according to the formula for the type of symbology in question set out in Annex A, supplemented where necessary by formulae specific to the symbology in question, contained in the symbology specification. Decodability is graded from 4 to 0, rounded to the nearest 0,1, in between grade levels according to Table 3. For example, for V of 0,56 shall result in a grade of 3,5 and V of 0,20 shall result in a grade of 0,8.

**Table 3 — Decodability grades**

| V | Grade |
|---|-------|
| ≥0,62 | 4 |
| ≥0,50 | 3 |
| ≥0,37 | 2 |
| ≥0,25 | 1 |
| <0,25[a] | 0 |
| a      For values less than 0,25, interpolate from 1 down to 0. | |

NOTE      The interpolation described above is a new feature in this revision of this document and is introduced as a way of reducing meaningless grade level fluctuations when small changes in measurements cause a grade to transition between grade levels.

**14**

© ISO/IEC 2016 – All rights reserved

JA3006

USCA4 Appeal: 23-1850    Doc: 45-6    Filed: 04/01/2024    Pg: 475 of 498

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

### 6.3   Expression of symbol grade

A symbol grade is only meaningful if it is expressed in conjunction with the measurement light source and aperture used. It should be shown in the format G/A/L, where G is the overall symbol grade, i.e. the arithmetic mean of the scan reflectance profile grades to one decimal place, A is the aperture reference number, from Table 1, and L indicates the light source, by the light peak wavelength in nanometres for narrow band illumination, the letter "W" for white (broad band) illumination, or other designator defined by an application specification.

For example, 2,7/05/660 would indicate that the average of the grades of the scan reflectance profiles was 2,7 when these scan reflectance profiles were obtained with the use of a 0,125 mm aperture (ref. no. 05) and a 660 nm light source.

## 7   Substrate characteristics

Certain characteristics of the substrate, notably gloss, low opacity and the presence of an over-laminate may affect reflectance measurements, and the recommendations in Annex C should be taken into account if any of these factors is present.

JA3007

USCA4 Appeal: 23-1850      Doc: 45-6      Filed: 04/01/2024      Pg: 476 of 498

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

# Annex A
(normative)

# Decodability

## A.1   General

This annex defines general formulae for the calculation of the decodability value, V, for symbologies for which the reference decode algorithm defines reference thresholds. These formulae may be supplemented by additional formulae specific to an individual symbology and defined in the relevant symbology specification.

## A.2   Two-width symbologies

In each scan reflectance profile, calculate Z and N for the whole symbol.

For each symbol character or auxiliary pattern, calculate RT in accordance with the reference decode algorithm.

Then,

$$V1 = (RT - e)/(RT - Z)$$

$$V2 = (E - RT)/[(N \times Z) - RT]$$

$$V_C = \text{the lesser of V1 or V2}$$

The decodability value, V, for the scan reflectance profile shall be the lowest value of $V_C$ for any symbol character or auxiliary pattern.

## A.3   Edge to similar edge decodable symbologies [(n, k) symbologies]

If necessary in each scan reflectance profile, calculate Z for the whole symbol:

$$Z = (\text{average } S)/n$$

where S and n are as defined in 4.2.

For each symbol character, determine a set of reference thresholds $RT_j$:

for all j = 1 to n – 2(k – 1)

$$RT_j = [(j + 0,5) \times S]/n$$

where S, n and k are as defined in 4.2.

for all i = 1 to 2(k – 1) and all j = 1 to n – 2(k – 1)

let K = smaller of absolute value of $(e_i - RT_j)$ or previous K

where $e_i$ is the measurement from leading edge of element i to leading edge of element (i + 2).

Then, $V_C = K/(S/2n)$.

The decodability value, V, for the scan reflectance profile shall be the lowest value of $V_C$ for any symbol character or auxiliary pattern.

© ISO/IEC 2016 – All rights reserved

JA3008

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

ISO/IEC 15416:2016(E)

# Annex B
## (informative)

# Example of symbol quality grading

## B.1   Individual scan reflectance profile grading

This annex illustrates the determination of the grades for the scan reflectance profile shown in Figure 3, assuming measurement using a 900 nm (infrared) light source and a 0,125 mm aperture.

Referring to Figure 3, the actual reflectance values may be determined graphically in order to grade the scan reflectance profile.

Minimum reflectance ($R_{min}$) is 10 % while the maximum reflectance ($R_{max}$) is 82 %. The global threshold is therefore 46 %. $R_{min}$ satisfies the ($0,5 \times R_{max}$) test by being less than ($0,5 \times 82$ %) = 41 %.

Symbol contrast (SC) is 82 − 10 = 72.

Minimum edge contrast ($EC_{min}$) occurs on edge 4, where $R_s$ and $R_b$ are 76 % and 34 %, respectively. $EC_{min}$ is 76 − 34 = 42.

Modulation (MOD) is therefore 42/72 = 0,58

Maximum element reflectance non-uniformity ($ERN_{max}$), the largest non-uniformity or defect in a scan reflectance profile, can be found as the result of a void in element 7, a bar. $ERN_{max}$ is equal to 36 − 24 = 12. Note that the $ERN_{max}$ can be in any bar, space or quiet zone. The defects value is therefore

12/72 = 0,17.

Assuming that the symbol has decoded correctly (as characters "Start $ M Stop" in "Code 39") and that the decodability value, V, has been calculated as 0,58, the following individual parameter grades and the scan reflectance profile grade can be determined for the scan reflectance profile in Figure 3 (see Table B.1).

**Table B.1 — Grades for the scan reflectance profile as shown in Figure 3**

| Parameter | Value | Grade |
|---|---|---|
| Decode | | 4 |
| $R_{max}$ | 82 % | |
| $R_{min}$ | 10 % | 4,0 |
| SC | 82 − 10 = 72 % | 4,0 |
| $EC_{min}$ | 76 − 34 = 42 % | 4,0 |
| MOD | 42/72 = 0,58 | 2,8 |
| Defects | 12/72 = 0,17 | 3,6 |
| Decodability | 0,58 | 3,7 |

Since the lowest individual grade, in this instance the grade for MOD, is 0,28, the scan reflectance profile grade is also 2,8.

See also Annex G.

JA3009

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

## B.2   Overall symbol grade

Assuming that a series of 10 scans of the symbol used in <u>Figure 3</u> gave the following scan reflectance profile grades:

2, 2, 3, 3, 4, 2, 2, 2, 3, 3,

the arithmetic mean of these grades, and hence the overall symbol grade, is 2,6. The result should be reported in the form

2,6/05/900.

For information, this result would be shown, using alphabetic grading as

B/05/900.

**18**                                                                    © ISO/IEC 2016 – All rights reserved

JA3010

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

ISO/IEC 15416:2016(E)

# Annex C
(informative)

## Substrate characteristics

### C.1   General

In certain circumstances (for example, the design and production of printed packaging materials incorporating bar code symbols), it is necessary or desirable to assess the acceptability of substrates and/or ink colours for a given bar code application, before a bar code symbol is available, which could be tested in accordance with this document.

### C.2   Substrate opacity

The symbol shall be graded according to the reflectance parameters in 6.1.2 when measured in its final configuration, e.g. final filled package.

If it is not possible to measure the symbol in this configuration, then the effects of show-through of high-contrast interfering patterns may be ignored if when measured as follows, the substrate opacity is 0,85 or greater. If the opacity is less than 0,85, the symbol should be measured when backed by a uniform dark surface the reflectance of which is not more than 5 %.

The opacity of the substrate shall be calculated as follows:

Opacity = R2/R1

where

R1   is the reflectance of a sample sheet of the substrate backed with a white surface the reflectance of which is 89 % or greater;

R2   is the reflectance of the same sample sheet backed with a black surface of not more than 5 % reflectance.

### C.3   Gloss

The reference illumination conditions specified for the measurement of reflectance should enable the maximum rejection of specular reflection while giving a representative assessment of the diffuse reflectance of the symbol and substrate. Highly glossy materials and those whose diffuse reflectance characteristics vary with the angle of incident and/or collected light may yield grades differing from those obtained by the use of the reference optical arrangement.

### C.4   Over-laminate

A symbol intended to be covered with a protective lamination should be graded according to the reflectance parameters in 6.2.2 when measured with the laminate in place. The thickness of the laminate including its adhesive should be as small as possible in order to minimize its effects on the reading performance of the symbol.

© ISO/IEC 2016 – All rights reserved

JA3011

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

## C.5    Static reflectance measurements

In some cases, it may be desirable to carry out static reflectance measurements of samples of the substrate on which a bar code is to be printed and on colour patches or ink samples which replicate the colour in which the bar code will be printed. The following guidelines provide a means which, if it is followed, will predict as closely as is generally possible, the results which will be obtained when the symbol is scanned dynamically.

Static reflectance measurements should be made with the wavelength of light, aperture size and optical arrangement which relate to the application and which are specified in accordance with 5.2.1 to 5.2.3.

Where reflectance measurement equipment meeting the requirements of this annex is not available, optical density measurements may be made using a standard densitometer with an appropriate light source and converted to reflectance values; density (D) and reflectance (R) are related as follows:

R = 100/10$^D$.

NOTE      It is impossible to predict to a high degree of accuracy the symbol contrast and, in particular, the edge contrast which will be achieved in the printed symbol. It is therefore appropriate to allow some safety margin above the minimum values for specified grades.

### C.5.1    Prediction of symbol contrast (SC)

The prediction of SC requires that measurements of reflectance be made on samples which simulate the highest ($R_{max}$) and lowest reflectance ($R_{min}$) areas which will be present in the finished symbol.

It is probable that in most bar code symbols, $R_{max}$ will be found in the quiet zone of the symbol; therefore to simulate the conditions found in the quiet zone, $R_{max}$ should be measured in the centre of a sample area, at least 10× in diameter, of the material on which the symbol is to be printed.

It is probable that in most bar code symbols, $R_{min}$ will be found in the widest bars of the symbol; therefore to simulate the conditions most likely to yield a value of $R_{min}$ consistent with that which would be found in practice, reflectance should be measured in the centre of a strip of material 2× to 3× wide and which matches the colour in which the bars are to be printed.

A predicted value of SC can then be calculated as follows:

SC′ = $R_{max} - R_{min}$

### C.5.2    Prediction of minimum edge contrast (EC$_{min}$) and modulation (MOD)

In order to assess the grade for modulation (MOD), it is necessary to predict the minimum value of edge contrast likely to be found in practice. It is best to make measurements of edge contrast on the printed symbol. If that is not possible, the prediction of EC$_{min}$ requires that measurements of reflectance be made on samples which simulate the smallest reflectance difference which will be found between adjacent elements. It is probable that in most bar code symbols, this condition will be found where a light and a dark element which are each 1× in width are adjacent to each other and where the element on the other side of the light element is a wide dark element.

To simulate this condition, a sample of material, which is of the colour in which the bar code symbol will be printed, should be cut to form a mask of the type shown in Figure C.1.

© ISO/IEC 2016 – All rights reserved

JA3012

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**



**Figure C.1 — Mask for static reflectance measurements**

The mask shown in Figure C.1 should be made of a material that is as thin as is practical. It will however have some thickness and would therefore be capable of casting a shadow. To ensure that the effects of this are minimized, it is essential that the light source(s) of the instrument used to make the measurements are oriented to be in line with the long axis of the elements in which the measurements are being made. The narrow dark element AA and the narrow light element BB should each be equal in width to the X dimension of the symbol to be printed and the height of BB should be at least 20× or 10 mm, whichever is greater.

The measurement of the reflectance value $R_s$ should be made in the narrow light element which is formed when the mask in Figure C.1 is placed over a background of the material and colour on which the bar code is to be printed.

The measurement of the reflectance value $R_b$ should be made in the narrow dark element which is formed when the mask in Figure C.1 is placed over a background of the material and colour on which the bar code is to be printed.

A predicted value of $Ec_{min}$ can then be calculated as follows:

$$Ec_{min}' = R_s - R_b$$

For materials which do not satisfy the tests for opacity, which are detailed in C.1, the measurements which are made for the purpose of predicting SC and ECmin should be made with the test samples backed by a uniform dark surface, the reflectance of which is not more than 5 %. The same measurements should then be made with the test samples backed by a uniform surface the reflectance of which is not less than 89 %. The calculated values of static SC and ECmin shall be equal to or greater than the minimum values for the grade selected for the application, for tests on both the dark and light backgrounds.

A predicted value of MOD can be calculated as follows:

$$MOD' = Ec_{min}'/SC'$$

© ISO/IEC 2016 – All rights reserved

JA3013

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

### C.5.3   Acceptability of measured and derived values

The grades corresponding to the static values of SC and $EC_{min}$ and to the derived value for modulation (MOD) shall all be equal to or higher than the minimum overall symbol grade specified for the application.

For applications where print contrast signal (PCS) is the preferred method of determining the reflectance characteristics of a bar code symbol, an approximation of the value of PCS can be determined from the values measured for the purpose of predicting SC. Refer to Annex H.

© ISO/IEC 2016 – All rights reserved

JA3014

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

ISO/IEC 15416:2016(E)

# Annex D
## (informative)

# Interpretation of the scan reflectance profile and profile grades

## D.1   Significance of scan reflectance profiles

The scan reflectance profile represents the signal from a typical bar code scanning device. In a bar code reader, this signal is processed by an edge finding circuit prior to arriving at the decoder.

In order to allow a variety of edge finding circuits to find the intended elements, the following reflectance parameters should be considered:

— the global threshold should be traversed by every edge in the symbol;

— symbol contrast, modulation and minimum edge contrast should not be too low;

— defects and minimum reflectance should not be too high.

In addition, to allow a decoder to function, the following parameters should be considered:

— decode;

— decodability.

## D.2   Interpretation of results

When examining a symbol with a view to drawing conclusions about the possible causes of low grades, individual parameter grades should be examined, as well as the overall grade. There is a degree of interdependence between the parameters, but typical causes and effects are listed below. For process control purposes, significant additional information may be derived by averaging the grades obtained for each parameter for all scan reflectance profiles. In particular, the measurement of the average bar width gain or loss may be used for monitoring the performance of a printer or printing press during an extended print run.

Bar width gain:

— may be reported directly (as average);

— reduces EC;

— reduces MOD;

— reduces decodability:

  — if not systematic, decodability will suffer though average bar width gain does not appear excessive;

  — if systematic, decodability will appear low and average bar width gain will be higher;

— may cause decode failure if excessive.

Bar width loss:

— may be reported directly (as average);

— increases EC initially; when excessive, reduces EC;

© ISO/IEC 2016 – All rights reserved     **23**

JA3015

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

— increases MOD initially; when excessive, reduces MOD;

— may increase $R_{min}$;

— reduces decodability:

   — if not systematic, decodability will suffer though average bar width loss does not appear excessive;

   — if systematic, decodability will appear low and average bar width loss will be higher;

— may cause decode failure if excessive.

Irregular element edges:

— cause variations in decodability between scan reflectance profiles;

— may cause decode failure if excessive.

Uneven inking:

— decreases EC;

— decreases MOD;

— may increase $ERN_{max}$;

— may cause spurious elements to be detected (decode failure).

Voids and/or specks:

— increase ERN;

— if excessive in size may cause spurious elements to be detected (decode failure);

— may cause edge determination failure.

## D.3  Matching grades to applications

Because of the varying features of bar code systems, notably:

— vertical redundancy;

— tolerances in decoding algorithms;

— ability of operators to rescan in the event of failure to read;

— availability of scanning equipment with multiple scan paths.

Symbols with differing grades may give good performance in practice. Application specifications should specify the minimum acceptable grade (together with aperture size and shape and light wavelength or light source) to suit the characteristics of the scanning environment.

Symbols with an overall grade of 3,5 or better are the best quality and will in principle perform most reliably. This grade should be specified as a minimum where the reader crosses the symbol once only (with little possibility of rescanning in the event of failure to read) or is limited to a fixed single scan path.

A symbol graded between 2,5 and 3,5 if scanned in a single path may require rescanning to decode. A minimum grade of 2,5 is appropriate for systems where the symbol will be read on most occasions in a single scan pass, but which allow for rescanning.

© ISO/IEC 2016 – All rights reserved

JA3016

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 485 of 498

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

Symbols graded between 1,5 and 2,5 are more likely to require rescans than those with higher grades. For best read performance, devices which provide for multiple scan paths across the symbol should be used or the system should be prepared to allow frequent rescan attempts.

Symbols with grades between 0,5 and 1,5 should be read by equipment providing for multiple, unique scan paths across the symbol. Some readers may fail to scan some such symbols successfully. System designers may therefore wish to provide for alternative means of data entry in such an event. Prior to the acceptance of symbols of this grade for a particular application, it is recommended that the symbols should be tested with the type of bar code reader to be used to determine that the results are within acceptable limits.

Symbols graded below 0,5 will have had a high proportion of "failed" scan reflectance profiles and are unlikely to perform reliably with any reading equipment.

## D.4   Alphabetic grading

In certain application specifications, grades are identified using the letters A, B, C, D and F to correspond to the numeric grades 4, 3, 2, 1 and 0 respectively used in this document.

Overall symbol grading using this scheme is in accordance with Table D.1.

**Table D.1 — Overall symbol grading — Numeric and alphabetical grading equivalence**

| Numeric range | Alphabetic grade |
|---------------|------------------|
| 3,5 to 4,0 | A |
| 2,5 to <3,5 | B |
| 1,5 to <2,5 | C |
| 0,5 to <1,5 | D |
| below 0,5 | F |

JA3017

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

# Annex E
(informative)

# Guidance on selection of light wavelength

## E.1   General

5.1 and 5.2.2 require measurements to be made using the wavelength of light which the intended scanning environment will use. If, as may happen, an application specification does not specify the light source, a judgment needs to be made in order to determine the most likely wavelength, to enable valid measurements to be made and to be sure that the results will be properly indicative of likely scanning performance in the application.

## E.2   Light sources

Light sources for bar code scanning applications normally fall into two broad areas, namely visible light and infrared light, although a very few highly specialized applications may call for light sources of unusual characteristics such as ultra-violet for fluorescent bar code symbols.

Visible light scanning normally uses light sources with a peak wavelength in the red part of the spectrum, between 620 nm and 700 nm. Infrared scanning uses sources with peak wavelengths between 720 nm and 940 nm.

The most common light sources used for bar code scanning are as follows:

a)   helium-neon laser (633 nm);

b)   light-emitting diode (numerous wavelengths, both visible and infrared);

c)   solid-state laser diode (numerous wavelengths, both visible and infrared);

d)   incandescent lamp (nominally white light);

e)   white LED.

The key characteristics of these are as follows.

A **helium-neon laser** is a gas-filled laser tube which emits highly monochromatic coherent light at a peak wavelength of 632,8 nm (most usually rounded to 633 nm), in the visible red area of the spectrum.

A **light-emitting diode** is a low-power solid-state component most frequently found as the light source in a light pen (wand) or CCD scanner. Operating wavelengths in the visible spectrum may be from 620 nm to 680 nm; most commonly either 633/640 or about 660 nm. In the infrared spectrum, 880 nm to 940 nm is the most common range of wavelengths.

Typical wavelengths used by **solid-state laser diodes** at the date of publication of this document are 780 nm (infrared) and, in the visible spectrum, 660 nm and 680 nm. They are frequently found in hand-held (laser) scanning equipment and a number of fixed scanners.

In bar code scanning applications, **incandescent lamps** are mainly found in systems using CCD array camera and image processing technology rather than scanning techniques. The light source has a power distribution covering much of the visible spectrum and well into the infrared spectrum; optical characteristics are defined in colour temperature terms rather than in those of peak wavelength, because of the wide bandwidth and relative absence of peaks in the power distribution. When used in conjunction with a Wratten 26 filter, the light characteristics of a 2856°K lamp approximate to those of a 620 nm to 633 nm source.

    © ISO/IEC 2016 – All rights reserved

JA3018

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

White LEDs emit a combination of wavelengths that are prominent in the blue and yellow regions. The colour spectrum of white LEDs should be defined within an application.

NOTE     Wavelengths stated above can change as the technology evolves.

## E.3   Effect of variations in wavelength

The reflectance of a substrate or bar code symbol element varies with the wavelength of the incident light. A black, blue or green printed area will tend to absorb visible red light strongly (and appear therefore of low-reflectance), whereas a white, red or orange area will reflect most of the incident light. In the infrared spectrum, the apparent colour of the element does not correlate at all with reflectance; it is the nature of the pigmentation used (for example, the proportion of carbon content) which governs reflectance. Taking reflectance measured at 633 nm as a reference, when measured at 660 nm or 680 nm, the results may differ significantly and sufficiently to cause the symbol grade to change by one or two units, or even more in the case of bars printed on some thermal papers.

JA3019

USCA4 Appeal: 23-1850      Doc: 45-6      Filed: 04/01/2024      Pg: 488 of 498

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

# Annex F
(informative)

# Guidance on number of scans per symbol

Bar code symbols are designed to provide a considerable degree of vertical redundancy of the information contained in them. Localized defects and variations in symbol characteristics may occur in the height of the symbol, resulting in the likelihood of scan reflectance profiles from different scan paths across the symbol differing significantly. It is therefore necessary to assess the overall symbol quality by averaging scan reflectance profile grades from multiple scan paths.

The minimum number of scans per symbol as defined in 5.2.5 should normally be 10 or the height of the inspection band divided by the measuring aperture diameter, whichever is lower.

Where the production process (in particular, in the circumstances defined in I.1) has been shown to be subject to a relatively low incidence of the defects and variations referred to above through documented formal quality assurance procedures in accordance with ISO 9000 and related standards, the number of scans per symbol may be reduced in order to simplify the process of assessment of large numbers of symbols. Refer to I.2 for details of this reduction.

© ISO/IEC 2016 – All rights reserved

JA3020

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

# Annex G
(informative)

# Example of verification report

There exists a wide range of verification equipment designed to measure the quality of bar code symbols. Table G.1 illustrates an example report produced by one of these devices (assuming that the report below was obtained with the use of a measuring aperture of 0,250 mm diameter (ref. no. 10) and with a 660 nm light source. The grade should therefore be reported as 3,3/10/660.

**Table G.1 — Example of verification report**

| VERIFICATION REPORT | | | |
|---|---|---|---|
| Date | 23.12.14 | Time | 16:12:36 |
| Aperture: | 0,25 mm | Wavelength: | 660 nm |
| Symbology: | Code 39 | Decoded data: | $M |
| **Overall Symbol Grade:** | 3,3 (B) | Averaged over (no. of scans): | 1 |
| Scan reflectance profile analysis | | | |
| Parameter | Value | Grade | |
| Decode | Pass | 4 | |
| $R_{max}$ | 79 % | N/A | |
| $R_{min}$ | 2 % | 4 | |
| Global threshold | 41 % | N/A | |
| Symbol contrast | 77 % | 4,0 | |
| Min. edge contrast | 48 % | 4 | |
| Modulation | 63 % | 3,3[a] | |
| Defects | 16 % | 3,8 | |
| Decodability | 75 % | 4,0 | |
| PCS | 97 % | N/A | |
| Average bar gain | +3,0 % | N/A | |
| [a]  Parameter grade(s) determining scan reflectance profile grade. | | | |

© ISO/IEC 2016 – All rights reserved

**29**

JA3021

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

# Annex H
## (informative)

# Comparison with traditional methodologies

## H.1   Traditional methodologies

Traditionally, two methodologies have been used to assess print quality in certain application standards. Advice is given in this document to assist users, particularly producers of symbols, to compare the results obtained with these traditional parameters, which are the following:

a)   the measurement of bar element widths and particularly the amount of gain or loss from the nominal element dimensions;

b)   the calculation of a print contrast signal (PCS) value from the reflectance values $R_L$ and $R_D$.

Where the symbols are used in an application which does not specify print quality in terms conforming with this document, these two parameters may be measured as part of the procedure to assess symbol quality and should be measured especially for the purposes of process control in symbol production (see Annex I). However, they are excluded from the grading scheme of this document because the criteria for acceptance or failure which they use do not reflect the behaviour of scanning systems. Their optional inclusion as measured, but ungraded, parameters is to enable historical quality information to be correlated with the methodology specified herein.

## H.2   Correlation of print contrast signal with symbol contrast measurements

The specifications of a number of bar code applications provide for the contrast between bars and spaces or background to be assessed in terms of print contrast signal (PCS); these specifications define a minimum value of PCS for acceptability. In some cases, this is a fixed value (e.g. $PCS_{min} = 0{,}75$ is a commonly specified value); in others, $PCS_{min}$ is itself a function of the background reflectance.

Print contrast signal is calculated according to the following formula:

$$PCS = (R_L - R_D)/R_L$$

where

$R_L$    is the background (space) reflectance;

$R_D$    is the bar reflectance.

Many of the specifications referred to above do not define the points at which $R_L$ and $R_D$ are measured. There is therefore a risk of inconsistency in the value determined for PCS. Furthermore, the profile evaluation techniques defined in this document more closely represent the nature of bar code scanning than do methods based on PCS. Consequently, when PCS is used for print quality evaluation, symbols that offer good reliable performance may fail the minimum PCS requirement and symbols that meet it may not scan reliably.

It is, however, possible to relate PCS measurements to symbol contrast measurements by taking $R_L$ as equal to $R_{max}$ and $R_D$ as equal to $R_{min}$ (an assumption which may not represent the actual measurement of PCS by a given device). PCS and SC may then be calculated from each other as follows:

$$PCS = SC/R_{max}$$

**30**                                              © ISO/IEC 2016 – All rights reserved

JA3022

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

$$SC = PCS \times R_L$$

NOTE    Scan reflectance profiles in which PCS < 0,50 will fail the $R_{min}$ test of this document (see 6.2.2) and will therefore be graded 0.

Table H.1 shows the values of symbol contrast and PCS for representative combinations of values of $R_{max}$ and $R_{min}$. Table H.2 shows PCS values for various symbol contrast values and grades, for a range of values of $R_{max}$.

**Table H.1 — SC and PCS for various reflectance combinations**

| $R_{max}$ ($R_L$) | | 90 | 80 | 70 | 60 | 50 | 40 | 30 | 20 |
|---|---|---|---|---|---|---|---|---|---|
| $R_{min}$ ($R_D$) | | | | | | | | | |
| 5 | SC | 85 | 75 | 65 | 55 | 45 | 35 | 25 | 15 |
| | PCS | 0,94 | 0,94 | 0,93 | 0,92 | 0,90 | 0,88 | 0,83 | 0,75 |
| 10 | SC | 80 | 70 | 60 | 50 | 40 | 30 | 20 | 10 |
| | PCS | 0,89 | 0,88 | 0,86 | 0,83 | 0,80 | 0,75 | 0,67 | 0,50 |
| 15 | SC | 75 | 65 | 55 | 45 | 35 | 25 | 15 | 5 |
| | PCS | 0,83 | 0,81 | 0,79 | 0,75 | 0,70 | 0,63 | 0,50 | 0,25 |
| 20 | SC | 70 | 60 | 50 | 40 | 30 | 20 | 10 | 0 |
| | PCS | 0,78 | 0,75 | 0,71 | 0,67 | 0,60 | 0,50 | 0,33 | 0 |
| 25 | SC | 65 | 55 | 45 | 35 | 25 | 15 | 5 | 0 |
| | PCS | 0,72 | 0,69 | 0,64 | 0,58 | 0,50 | 0,38 | 0,17 | 0 |
| 30 | SC | 60 | 50 | 40 | 30 | 20 | 10 | 0 | 0 |
| | PCS | 0,67 | 0,63 | 0,57 | 0,50 | 0,40 | 0,25 | 0 | 0 |

NOTE    Cells to the right of the heavy line represent combinations of values which would be graded 0 in a scan reflectance profile according to this document, because SC < 20, because $R_{min} > (0.5 \times R_{max})$, or both.

**Table H.2 — Value of PCS for various values of SC and $R_{max}$ ($R_L$)**

| SC (grade) | 80 (4) | 70 (4) | 60 (3) | 55 (3) | 50 (2) | 40 (2) | 30 (1) | 25 (1) | 20 (1) |
|---|---|---|---|---|---|---|---|---|---|
| $R_{max}$ | | | | | | | | | |
| 80 | 1,0 | 0,88 | 0,75 | 0,69 | 0,63 | 0,50 | 0,38 | 0,31 | 0,25 |
| 70 | | 1,0 | 0,86 | 0,79 | 0,71 | 0,57 | 0,43 | 0,36 | 0,29 |
| 60 | | | 1,0 | 0,92 | 0,83 | 0,67 | 0,50 | 0,42 | 0,33 |
| 50 | | | | | 1,0 | 0,80 | 0,60 | 0,50 | 0,40 |
| 40 | | | | | | 1,0 | 0,75 | 0,63 | 0,50 |
| 30 | | | | | | | 1,0 | 0,83 | 0,67 |
| 25 | | | | | | | | 1,0 | 0,80 |
| 20 | | | | | | | | | 1,0 |

NOTE    Cells to the right of the heavy line represent combinations of values which would be graded 0 on a scan reflectance profile according to this document, because $R_{min} > (0.5 \times R_{max})$.

© ISO/IEC 2016 – All rights reserved

JA3023

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

### H.3  Guidance on grading for applications also specifying PCS

In applications which have based contrast requirements on PCS and need to specify quality grading requirements under this document, the following options may be applied.

a)  For symbols with generally high background reflectance, define a minimum overall symbol grade covering all parameters, based on Table H.2, the value of $PCS_{min}$ specified by the application and the range of background reflectances likely to be encountered in the application.

b)  For applications where a substantial number of low background reflectance symbols may be used (where $R_{max}$ is, for example, typically less than 45 %), define a minimum grade for all parameters except symbol contrast, and a separate (lower) grade for symbol contrast on a similar basis to a). This minimum grade may need to be marginally higher than would have been provided for under a) in order to offset the effects of the low symbol contrast.

These provisions would be applicable if

—  the application specification defines a minimum level of PCS for acceptability, and

—  acceptably low levels of scanning problems are encountered with symbols on low-reflectance backgrounds, but complying with the minimum PCS requirements of the specification.

**32**                                                    © ISO/IEC 2016 – All rights reserved

JA3024

USCA4 Appeal: 23-1850     Doc: 45-6     Filed: 04/01/2024     Pg: 493 of 498

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

# Annex I
(informative)

# Process control requirements

## I.1   General

This annex describes the application of the scan reflectance profile analysis methodology as a source of feedback useful to the control of the principal variables in the symbol production process. These are, most importantly, element width gain or loss and, secondly, the symbol contrast. The method by which correction is applied is a function of the symbol production method used and is not specified here.

## I.2   Process control for repetitive printing

For purposes of process control of symbol production involving

— repetitive printing of the same symbol from the same printing plate or similar material, and

— formal quality assurance procedures designed to ensure consistency of print quality for the image area as a whole throughout the print production run, for example, in the production of printed packaging materials.

The following recommendations may be applied:

— sampling frequency and sample size should be specified as part of the symbol producer's formal quality assurance procedures and should be sufficient to enable detection of significant symbol quality deviations;

— the minimum acceptable symbol grade should be defined;

— the minimum number of scans across each symbol should be determined as set out in I.2, dependent on the variability of the symbol production process and on the amount by which the overall symbol grades achieved exceed the minimum acceptable grade defined in accordance with Clause 6.

In the circumstances provided for by this subclause, equipment designed for online assessment of symbol quality at production speeds may perform the defined number of scans by scanning different positions across a number of symbols produced in sequence within a short time period, and analyse the resulting scan reflectance profiles as though they referred to multiple scans of the same symbol. However, this approach is not an exact substitute for taking samples in accordance with 5.2.4 because it may not sample through the full height of the inspection band.

## I.3   Number of scans

The number of scans during initial production runs (with particular combinations of production process or equipment, substrates and other materials) should be as specified in 5.2.5. Once a quality trend has been determined in terms of the excess of the overall symbol grade achieved over the minimum grade for acceptability defined in accordance with Clause 6, the number of scans may be reduced to that shown in Table I.1, in which the columns headed "grade excess" represent the excess of the grade achieved over the minimum acceptable grade.

The number of scans for the first three symbols in any production batch should be based on the expected grade difference as determined by past experience; thereafter, it should be based on the moving average of the grade differences achieved for the latest three symbols measured.

JA3025

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

**Table I.1 — Number of scans**

| Minimum acceptable grade | | | | | |
|---|---|---|---|---|---|
| ≥3,5 | | | ≥2,5 | ≥1,5 | ≥0,5 |
| Grade excess | No. of scans | Grade excess | No. of scans | | |
| ≥0,2 | 2 | ≥0,4 | 2 | 3 | 3 |
| ≥0,1 | 3 | ≥0,3 | 3 | 4 | 4 |
| <0,1 | 5 | ≥0,15 | 4 | 6 | 6 |
| | | <0,15 | 5 | 8 | 10 |

## I.4  Bar width deviation

### I.4.1  General

The measurement of average bar width gain or loss has been traditionally used as part of a process control procedure to measure print quality. The average bar width gain or loss should be calculated and expressed either directly in dimensional terms or as a percentage of the X dimension (or, if no X dimension has been specified, of the Z dimension) to provide feedback enabling the printing process to be adjusted, which will lead directly to improved decodability and other grades. This factor is not graded since individual element deviations are taken into account in the decodability assessment.

### I.4.2  Two-width symbologies

In the case of two-width symbologies, the achieved wide:narrow ratio N for the symbol is calculated as follows.

   N = (Average wide bar + average wide space)/2Z

The Z dimension is calculated as follows.

   Z = (Average narrow bar + average narrow space)/2

Intercharacter gaps should not be included in these calculations.

### I.4.3  (n, k) symbologies

In the case of (n, k) symbologies, the achieved Z dimensions are calculated as follows:

   Z = (average S)/n

where Z, S and n are as defined in 4.2.

### I.4.4  Average bar width gain/loss

For either type of symbol, the average bar width gain or loss is then given (as a percentage of X or Z) by

   G = 100 × ($\sum_b$ − $\sum_i$)/(X × b)

© ISO/IEC 2016 – All rights reserved

JA3026

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

where

X    (and Z, if necessary) is as defined in 4.2 (see note below);

G    is the bar width gain (if G is negative this represents bar width loss);

$\sum_b$   is the sum of achieved bar widths;

$\sum_i$   is the sum of nominal bar widths (see note below);

b    is the number of bars.

NOTE      In the above formula, the X dimension is replaced by Z if X is unspecified; nominal bar widths are calculated on the basis of the X (or Z) dimension multiplied by either 1 or N for narrow and wide bars, respectively in a two-width symbology, or the number of modules in the bar in a (n, k) symbology.

## I.5    Averaging of grades

As referred to in Clause 6, significant additional information may be gained for process control purposes by taking the means of the individual parameter grades obtained over all scan reflectance profiles for a symbol, in order to ascertain the characteristics of the symbol as a whole while smoothing out the effects of localized variations.

Table I.2 indicates the effect of such an averaging procedure. Figures shown are the grades for the various parameters (except for bar width gain).

**Table I.2 — Example of scan reflectance profile grading and parameter averaging for 10 scans of a symbol**

| Scan no. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Parameter mean |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Decode | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| $R_{min}$ | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| SC | 4 | 4 | 3 | 3 | 4 | 4 | 3 | 3 | 4 | 3 | 3,5 |
| $EC_{min}$ | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| MOD | 2 | 4 | 4 | 3 | 4 | 4 | 2 | 3 | 4 | 4 | 3,4 |
| Defects | 3 | 2 | 3 | 3 | 4 | 2 | 3 | 3 | 3 | 3 | 2,9 |
| Decodability | 3 | 3 | 4 | 3 | 4 | 3 | 3 | 2 | 3 | 3 | 3,1 |
| SRP grade for scan | 2 | 2 | 3 | 3 | 4 | 2 | 2 | 2 | 3 | 3 | 2,6 |
| Bar width gain (%) | 23 | 10 | 7 | 18 | 15 | 23 | 27 | 18 | 20 | 22 | 18,3 |

NOTE      Since each scan reflectance profile grade is based on the lowest individual parameter grade for that scan, the average of the scan reflectance profile grades is not equivalent to the lowest of the average grades for each parameter shown in the right-hand column of the matrix.

Analysis of the scan reflectance profiles above indicates, first, that there is a significant amount of bar width gain, which should be dealt with by printing adjustments (e.g. reducing head temperature on a thermal printer, or reducing impression pressure on a conventional printing press). This has had some effect on decodability; although all scans have decoded correctly, the symbols might not be suitable for the most critical scanning environment and some re-scans might be required. The defects grade is low, indicating the probable presence of numerous specks and voids or, in the case of a relief printing process, the possibility of "squash" effects on ink distribution across the bar, which would also tend to increase bar widths; these will be visible to the eye.

Examination of individual scan reflectance profile grades indicates some variation, suggesting the possibility of unevenness in the printing of the symbol or that of some irregularity in the element edges.

© ISO/IEC 2016 – All rights reserved                                                                                  35

JA3027

USCA4 Appeal: 23-1850    Doc: 45-6    Filed: 04/01/2024    Pg: 496 of 498

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

# Bibliography

[1]   ISO 2859-1, *Sampling procedures for inspection by attributes — Part 1: Sampling schemes indexed by acceptance quality limit (AQL) for lot-by-lot inspection*

[3]   ISO 9000, *Quality management systems — Fundamentals and vocabulary*

[2]   ISO/IEC 15426-1, *Information technology — Automatic identification and data capture techniques — Bar code verifier conformance specification — Part 1: Linear symbols*

[4]   ISO/IEC 19762, *Information technology — Automatic identification and data capture (AIDC) techniques — Harmonized vocabulary*

© ISO/IEC 2016 – All rights reserved

JA3028

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

JA3029

Licensed to York Faulkner / York Faulkner (york.faulkner@ymf-law.com)
ISO Store Order: OP-576484 / Downloaded: 2022-01-21
Single user licence only, copying and networking prohibited.

**ISO/IEC 15416:2016(E)**

**ICS  01.080.50; 35.040.50**

Price based on 36 pages

© ISO/IEC 2016 – All rights reserved

JA3030