FILED: April 2, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1850 (L)
(3:21-cv-00506-KDB-DCK)

_____

HONEYWELL INTERNATIONAL INC.; HAND HELD PRODUCTS, INC.; METROLOGIC INSTRUMENTS, INC.

    Plaintiffs - Appellants

v.

OPTO ELECTRONICS CO., LTD.

    Defendant - Appellee

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places appendix volume numbers VIII through XVI under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk