# Nos. 23-1850, 23-2038

## In the
## United States Court of Appeals
## For the Fourth Circuit

―――――――――――――

HONEYWELL INTERNATIONAL INC.; HAND HELD PRODUCTS, INC.; METROLOGIC INSTRUMENTS, INC.,

*Plaintiffs-Appellants,*

v.

OPTO ELECTRONICS CO., LTD.,

*Defendant-Cross-Appellant.*

―――――――――――――

On Appeal from the United States District Court
for the Western District of North Carolina
Case No. 3:21-cv-506-KDB-DCK

―――――――――――――

**JOINT MOTION FOR EXTENSIONS OF TIME TO FILE APPELLANTS' RESPONSE/REPLY BRIEF AND CROSS-APPELLANT'S REPLY BRIEF**

―――――――――――――

| | |
|---|---|
| Kirk T. Bradley | Brian D. Schmalzbach |
| ALSTON & BIRD LLP | MCGUIREWOODS LLP |
| Vantage South End | Gateway Plaza |
| 1120 S. Tryon Street, Suite 300 | 800 East Canal Street |
| Charlotte, NC 28280-4000 | Richmond, VA 23219 |
| kirk.bradley@alston.com | bschmalzbach@mcguirewoods.com |
| | |
| *Counsel for Plaintiffs-Appellants/ Cross-Appellees* | *Counsel for Defendant-Cross-Appellant* |

*Additional counsel on next page*

York M. Faulkner
YORKMOODYFAULKNER
Tensho Building, 7F, Suite 711
3-17-11 Shibaura, Minato-ku
Tokyo, Japan 108-0023
T: (202) 351-0837
york.faulkner@ymf-law.com

*Counsel for Defendant-Cross-Appellant*

Pursuant to Local Rule 31(c), the parties jointly request (1) a 14-day extension of time to file the response/reply brief of Plaintiffs-Appellants Honeywell International Inc., Hand-Held Products, Inc., and Metrologic Instruments, Inc. (collectively, "Honeywell"); and (2) a 14-day extension of time to file the reply brief of Defendant-Cross-Appellant OPTO Electronics Co. ("OPTO"). These jointly requested extensions would make Honeywell's response/reply brief due June 13, 2024 (from May 30, 3024), and OPTO's reply brief due July 18, 2024 (from June 20, 2024).

Good cause exists for these extensions. The extensions are appropriate to provide this Court with adequate briefing on the substantial number of issues and voluminous record in these appeals. The extensions are also warranted to accommodate counsels' pre-existing professional and family obligations, including the Memorial Day and Independence Day holidays. The parties have made no prior extension requests.

For these reasons, the parties request that the deadline to file Honeywell's response/reply brief be extended by 14 days to June 13, 2024, and the deadline to file OPTO's reply brief be extended by 14 days to July 18, 2024.

1

Dated: May 23, 2024                           Respectfully submitted,

                                              /s/ Brian D. Schmalzbach
Kirk T. Bradley                               Brian D. Schmalzbach
ALSTON & BIRD LLP                             MCGUIREWOODS LLP
Vantage South End                             Gateway Plaza
1120 S. Tryon Street, Suite 300               800 East Canal Street
Charlotte, NC 28280-4000                      Richmond, VA 23219
T: (704) 444-1030                             T: (804) 775-4746
kirk.bradley@alston.com                       bschmalzbach@mcguirewoods.com

*Counsel for Honeywell International*         York M. Faulkner
*Inc., Hand-Held Products, Inc., and*         YORKMOODYFAULKNER
*Metrologic Instruments, Inc.*                Tensho Building, 7F, Suite 711
                                              3-17-11 Shibaura, Minato-ku
                                              Tokyo, Japan 108-0023
                                              T: (202) 351-0837
                                              york.faulkner@ymf-law.com

                                              *Counsel for OPTO Electronics Co., Ltd.*

2

## **CERTIFICATE OF COMPLIANCE**

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 179 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced, 14-point Book Antiqua font using Microsoft Word.

*/s/ Brian D. Schmalzbach*
Brian D. Schmalzbach

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2024, the foregoing was filed with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

*/s/ Brian D. Schmalzbach*
Brian D. Schmalzbach

4