# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 29, 2024

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No.   23-1850 (L),    Honeywell International, Inc. v. OPTO Electronics Co., Ltd.
                     3:21-cv-00506-KDB-DCK

TO:    Hand Held Products, Incorporated
       Metrologic Instruments, Inc.
       OPTO Electronics Co., Ltd.
       Honeywell International, Inc.

RESPONSE DUE: 08/01/2024

Response is required to the notice requesting information regarding similar cases on or before 08/01/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Jeffrey S. Neal, Deputy Clerk
804-916-2702